# United States District Court

_____ DISTRICT OF _____

RHDOE ISLAND

| | |
|---|---|
| The Estate of Yaron Ungar, et al. | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| The Palestinian Authority, et al. | CA 00 105 |

TO: (Name and address of defendant)

Jibril Rajoub

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Strachman, Esquire
Skolnik, McIntyre & Tate Esquires, Ltd.
321 South Main Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE 3/13/00 |
|---|---|
| (BY) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 4-13-00 at 2:38 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Freeman R. Woodbury | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☒ Other (specify): By serving Hasan Abdel Rahman, Head of the PLO Washington Office, authorized to accept. Service was completed at 1730 K Street, N.W., Suite 1004, Washington, DC 20006.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-14-00
             Date

Signature of Server /s/ Vivian J Woodbury

Address of Server
CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.