UNITED STATES DISTRICT COURT
STATE OF RHODE ISLAND


The Estates of YARON UNGAR and
EFRAT UNGAR by and through the
Administrator of their estates David
Strachman, DVIR UNGAR, minor, YISHAI
UNGAR, minor, by his guardians and next friend,
YISHAI UNGAR, minor, by this guardians
and next friend, PROFESSOR MEYER UNGAR,
JUDITH UNGAR, RABBI URI DASBERG,
JUDITH DASBERG, (individually and in their
capacity as legal guardians of plaintiffs Dvir Ungar
and Yishai Ungar); AMICHAI UNGAR, DAFNA
UNGAR and MICHAL COHEN


PLAINTIFFS,


vs.                                                                          C.A. No. 00-105L


THE PALESTINIAN AUTHORITY
(A.K.A. "THE PALESTINIAN INTERIM
SELF-GOVERNMENT AUTHORITY"),
THE PALESTINE LIBERATION
ORGANIZATION, YASSER ARAFAT, JIBRIL
RAJOUB, MUHAMMED DAHLAN, AMIN
AL-HINDI, TAWFIK TIRAWI, RAZI JABALI,
HAMAS -- ISLAMIC RESISTANCE MOVEMENT
(A.K.A. "HARAKAT AL-MUQAWAMA
AL-ISLAMIYYA"), ABDEL RAHMAN ISMAIL ABDEL
RAHMAN GHANIMAT, JAMAL ABDEL FATAH
TZABICH AL HOR, RAED FAKHRI ABU HAMDIYA,
IBRAHIM GHANIMAT, and IMAN MAHMUD HASSAN
FUAD KAFISHE

DEFENDANTS


SKOLNIK, McINTYRE & TATE
ESQuires Ltd.
The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903
401-351-7700
Fax: 401-331-6095

## STIPULATION

By agreement of the parties, the following entry may be made:

1.  The Defendants, The Palestinian Authority, The Palestine Liberation Organization, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al-Hindi, Tawfik Tirawi, and Razi Jabali, who are represented by Attorneys Ramsey Clark and Lawrence W. Schilling shall have until June 15, 2000 to provide a responsive pleading to the Plaintiffs' complaint.

2.  There shall be no further extension of time for the aforementioned Defendants to respond to the Plaintiffs' complaint.

3.  The Plaintiffs shall have 90 days from the date of the receipt of the aforementioned Defendants' responsive pleading to reply to same.

ENTERED as an Order of this Honorable Court this ____ day of May, 2000.

APPROVED:                                                PER ORDER:

_____Ronald R. Lagueux_____          _____Barry Oa_____
~~Justice~~                                              Clerk  6/2/00
USDJ  6/1/00



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400          401-351-7700
Providence, RI 02903                      Fax: 401-331-6095

PRESENTED BY:

FOR THE PLAINTIFFS:

FOR DEFENDANTS:
The Palestinian Authority, The
Palestine Liberation Organization,
Yasser Arafat, Jibril Rajoub, Muhammed
Dahlan, Amin Al-Hindi, Tawfik Tirawi, and
Razi Jabali

_____
DAVID J. STRACHMAN #4404
SKOLNIK, MCINTYRE & TATE
ESQUIRES, LTD.
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

_____
RAMSEY CLARK
LAWRENCE W. SCHILLING
36 East 12th Street
New York, NY 10003
(212) 475-3232


SKOLNIK, McINTYRE & TATE
ESQuires Ltd.
The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903
401-351-7700
Fax: 401-331-6095