JUN 12 2000

# *STATE OF ISRAEL*
## *DIRECTORATE OF COURTS*

*Jerusalem*
25/05/00

Our file: 1-186/00

David Strachman, Esq.
Skolnik, Mc Intyre & Tate Ltd.
321 S. Main St., Ste 400
providence, Rhode Island
USA

Dear Sir,

Subject: <u>Your request for Service of Documents</u>
Dated : 15th March 2000

Please find attached the documents concerning your request.

Sincerely,

Brian Zietman
Senior Coordinator,
Legal Assistance to Foreign Countries

---

22 Kanfei Nesherim St., Jerusalem 95464, P.O.B. 34142
Tel: 02-6556843, Fax: 02-6556846

21