United States District Court
District of Rhode Island

The Estate of Yaron Ungar, et al,  )
                                    )
              v.                    )   Case No. 00 CA 105
                                    )
The Palestinian Authority, et al    )
                                    )
_____)

Declaration of Hasan Abdel Rahman

1.  I am the Chief Representative of the Palestine Liberation Organization in its office in Washington, D.C. which has been officially and formally designated as a foreign mission under the Foreign Missions Act. The Office of Foreign Missions of the U.S. Department of State wrote in 1995 when this office was first authorized that:

> The opening of this office reflects the positive change in the relationship between the United States and the PLO resulting from progress achieved in the peace process. The Department acknowledges that you are the head of this office.

There is no other office of the Palestine Liberation Organization in the United States.

2.  In mid-April, 2000 a bundle of papers was found in the front room of the Mission office containing separate summonses and complaints in a civil case entitled The Estate of Yaron Ungar, et al v. The Palestine Authority, et al. Case Number CA 00

105L. The summonses were addressed to defendants The Palestinian Authority, The Palestine Liberation Organization, Yasser Arafat, Muhammed Dahlan, Amin Al-Hindi, Raxi Jabali, Jibril Rajoub, and Tawfik Tirawi.

3. The Palestinian Authority has no foreign representatives in the United States, or elsewhere, in accordance with the Israeli-Palestinian Interim Agreement entered into in Washington, D.C. on September 28, 1993, and has no presence, or representative in the PLO Mission in Washington, D.C.

4. To the best of my knowledge, information and belief none of the eight defendants named in paragraph 2 above have any presence or representative anywhere in the United States, except for the officially and formally designated foreign mission of the PLO in Washington D.C. in which I am the Chief Representative. Neither I, nor the foreign mission, has any relationship, or authority with any of the eight defendants which authorizes, or permits acceptance of service of legal process on any of the eight defendants and none are otherwise present, or represented in the United States.

5. As Chief Representative of the PLO in its foreign mission I am familiar with the organization of the PLO and all its elements and all the constituent groups within what has been called its "umbrella" and Hamas has never been, or claimed to be, by either the PLO, or Hamas, a part of the PLO. It is an entirely independent and separate entity that pursues its own policies and purposes, which often conflict with those of the PLO over which the PLO has never claimed any authority or sought any