AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

The Estate of Yaron Ungar, et al.

V.

The Palestinian Authority, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

00-105L

TO: (Name and address of defendant)

HAMAS - ISLAMIC RESISTANCE MOVEMENT
(A.K.A. "HARAKAT AL-MUQAWAMA AL-ISLAMIYYA"),
c/o Mohammed Abdul Hamid Khalil Salah
9229 South Thomas Avenue
Bridgeview, IL 60455

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Strachman, Esquire
Skolnik, McIntyre & Tate Esquires, Ltd.
321 South Main Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  6/20/00

23

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6-21-00 |
| NAME OF SERVER (PRINT): JAMES ZWIT | TITLE: Special Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 9229 S. Thomas Bridgeview, IL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 60 00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-21-00
             Date

Signature of Server: James R Zwit

Address of Server: 9805 S. Kilbourn Oaklawn IL

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:00-cv-00105-L-DLM   Document 23   Filed 06/27/00   Page 3 of 3 PageID #: 11087

P.04

Jun-15-00 02:49P

06/14/00   15:55   ☎202 887 5337           PAC                                    ☒005
                                                                                 P.04
Jun-13-00 04:58P

influence and any such claim, or effort, if made, would be strongly resisted by Hamas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2000.

_____  6-14-2000
Hasan Abdel Rahman
Chief Representative
Foreign Mission of the PLO
Washington, D.C.
June    , 2000