UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al ) | |
| ) | |
| v.                                          ) | C.A. No. 00-105L |
| ) | |
| THE PALESTINIAN AUTHORITY, et al ) | |
| ) | |

**DEFENDANTS' PRELIMINARY OBJECTION TO PETITION OF PLAINTIFFS FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Defendants The Palestinian Authority, the Palestine Liberation Organization (PLO), Yasser Arafat, Muhammed Dahlan, Amin Al-Hindi, Razi Jabali, Jibril Rajoub, and Tawfik Tirawi (hereinafter "defendants") hereby object to plaintiffs' Petition for issuance of Letter of Request for Judicial Assistance, pursuant to the Hague Convention of 18 March 1970, on the taking of evidence abroad in civil or commercial matters, to be used in proceedings before this Court.

Defendants hereby submit the accompanying Memorandum in support of this Objection.

Dated: August 3, 2000

                                                     _/s/ Deming E. Sherman_
                                                    Deming E. Sherman (#1138)
                                                    EDWARDS & ANGELL, LLP
                                                    2800 Bank Boston Plaza
                                                    Providence, Rhode Island, 02903
                                                    (401) 274-9200
                                                    (401) 276-6611 (FAX)

- 2 -

        Ramsey Clark
        Lawrence W. Schilling
        36 East 12th Street
        New York, NY 10003
        (212) 475-3232
        (212) 979-1583 (FAX)

        Attorneys for Defendants
        The Palestinian Authority, The PLO,
        Yasser Arafat, Muhammed Dahlan,
        Amin Al-Hindi, Razi Jabali, Jibril Rajoub,
        and Tawfik Tirawi

### CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of August, 2000, I mailed a copy of the within Preliminary Objections of Defendants to Plaintiffs' Petition for Issuance of Letter of Request for Judicial Assistance Pursuant to the Hague Convention Submission by first class mail, postage prepaid, to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and Nitsana Darshan-Leitner, 13 Leonardo da-Vinci Street, Tel Aviv, Israel.

_Dennis P. Sherman_

PRV_382076/DSHERMAN