עובד רשות הדואר: תלוש כאן והחזר.

מד"ל ישראל
מנהלת בתי המשפט

171

מספר התיק א 184/00

בפני כב' השופט אל"ר רוני

הכתב

נקבע נהלת בתי המשפט
תחום תנאי שופטים
וסיוע משפטי למדינות זרות
רח' כנפי נשרים 22 ירושלים
טל: 02-6556909 פקס 02-6556846
ת"ד 34142

בית המשפט/בית הדין ה

המען:  ב ב אלי סלי 97575

(בקור 1) אני X עובד רשות הדואר/עובד ביה"ש מצהיר שבתאריך

(בקור 2) אני עובד רשות הדואר/עובד ביה"ש מצהיר שבתאריך

(בקור 3) אני עובד רשות הדואר/עובד ביה"ש מצהיר שבתאריך

☐ ומסרתי את הכתב לידיו.
☐ מסרתי את הכתב למורשה של הנמען.
☐ בהעדרו מסרתי את הכתב ל
☐ מאחר ולא נמצא אדם בבית בכבין השלישי הדבקתי הכתב על דלת...

חותמת
רשות הדואר

חתימת המקבל

טופס 171 (מהדורה שניה)

4192/98

98/182670 (6.96) 120,000 ה.מ.י"ם

*Reverse of the request*

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served*

- the (date)   15|8|00

- at (place, street, number)

   C/o THE ISRAEL PRISON SERVICE

- in one of the following methods authorised by Article 5:

*a)* in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention*.

*b)* in accordance with the following particular method*:


*c)* by delivery to the addressee, who accepted it voluntarily* .

The documents referred to in the request have been delivered to:   ABDEL RAHMAN
- (identity and description of person)     ISMAIL ABDEL RAHMAN
                                            CHANIMAT
- relationship to the addressee (family, business or other):

2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*ANNEXES:*

Documents returned:

In appropriate cases, documents establishing the service:

Done at JERUSALEM, the 27|8|00

Signature and/or stamp.

* *Delete if inappropriate.*

28

1-184/00

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **David Strachman, Esq.** **Skolnik, McIntyre & Tate Ltd.** **321 S. Main St., Ste. 400** **Providence, Rhode Island** **United States of America** | **The Director of Courts** **Directorate of Courts** **Jerusalem, Israel** |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e,*
(identity and address)

**Abdel Rahman Ismail Abdel Rahman Ghanimat**
**c/o the Israeli Prisons Service**

a) in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention*.

~~b) in accordance with the following particular method (sub-paragraph *(b)* of the first paragraph of Article 5)*:~~

~~c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

*List of documents:*

1) Copy of Complaint filed at the United States District Court, District of Rhode Island, in civil action CA 00 105,  The Estate of Yaron Ungar, el al. v. The Palestinian Authority et al.

2) Copy of Summons issued by the United States District Court, District of Rhode Island, in civil action CA 00 105,  The Estate of Yaron Ungar, el al. v. The Palestinian Authority et al., to Defendant Abdel Rahman Ismail Abdel Rahman Ghanimat

Done at  Providence, Rhode Island, the 15th Day of March, 2000

Signature and/or stamp.

*\* Delete if inappropriate.*

FILED

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965. (Article 5, fourth paragraph)

**Name and address of the requesting authority**:

David J. Strachman, Esquire #4404
Skolnik, McIntyre & Tate Esqs, Ltd.
321 South Main Street, Ste. 400
Providence, Rhode Island, United States  02903

**Particulars of the parties\***:

Plaintiffs: The Estates of Yaron Ungar and Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg,  Judith Dasberg, Amichai Ungar, Dafna Ungar and Michal Cohen

Defendants: The Palestinian Authority, the Palestine Liberation Organization, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al-Hindi, Tawfik Tirawi, Razi Jabali, Hamas -- Islamic Resistance Movement, Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat and Iman Mahmud Hassan Fuad Kafishe

**JUDICIAL DOCUMENT\*\***
**Nature and purpose of the document**:

Copy of Complaint filed at the U.S. District Court, District of Rhode Island, in civil action CA 00 105, The Estate of Yaron Ungar, et al. v. The Palestinian Authority et al and copy of Summons issued by the U.S. District Court to Defendant

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute**:

Civil suit for $250 million against defendants, for damages to plaintiffs resulting from murder of Yaron and Efrat Ungar.

**Date and place for entering appearance\*\***:

Within 20 days of receiving the complaint and summons defendant must serve an answer to the complaint on plaintiffs' attorney David Strachman (at the address above). Failure to do so will result in default judgment against the defendant for relief demanded in complaint. Defendant's answer must also be filed with the Clerk of the U.S. District Court in Providence, Rhode Island, within reasonable time after service.

~~**Court which has given judgment\*\***:~~
~~**Date of judgment\*\***:~~

**Time-limits stated in the document\*\***:

Defendants must serve an answer to the complaint within 20 days, as detailed above.

~~**EXTRAJUDICIAL DOCUMENT\*\***~~

~~**Nature and purpose of the document:**~~
~~**Time-limits stated in the document\*\***:~~

\*  If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF

RHODE ISLAND

The Estate of Yaron Ungar, et al.

**SUMMONS IN A CIVIL CASE**

V.

The Palestinian Authority, et al.

CASE NUMBER:

CA 00 105L

TO: (Name and address of defendant)

Abdel Rahman Ismail Abdel Rahman Ghanimat

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Strachman, Esquire
Skolnik, McIntyre & Tate Esquires, Ltd.
321 South Main Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     3/13/00
CLERK                                DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    *Date*                                 *Signature of Server*

                                        _____
                                        *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.