UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs,

vs.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants

## PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT

For the reasons presented in the accompanying Memorandum and Affidavit in support of this Application, plaintiffs hereby move for the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against defendants Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Iman Mahmud Hassan Fuad Kafishe and Hamas -- Islamic Resistance Movement (a.k.a. "Harakat Al-Muqawama Al-Islamiyya").

```
Default is hereby entered against
defendants Abdel Rahman Ismail
Abdel Rahman Ghanimat, Jamal
Abdel Fatah Tzabich Al Hor,
Raed Fakhri Abu Hamdiya, Ibrahim
Ghanimat, Iman Mahmud Hassan Fuad
Kafishe and H.A.M.A., a/k/a
```

*[signature]*
Deputy Clerk   9/7/00

Plaintiffs
By their Attorneys,

*[signature]*

David J. Strachman #4404
Skolnik, McIntyre & Tate Esqs, Ltd.
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.
The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903
401-351-7700
Fax: 401-331-6095

30

## CERTIFICATION

I hereby certify that on the \_\_6th\_\_ day of September, 2000, I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903

401-351-7700
Fax: 401-331-6095