UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs,

vs.                                       C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants

## AFFIDAVIT OF NON-MILITARY SERVICE

I, David J. Strachman, counsel to the plaintiffs in the above entitled matter, on oath depose and say that the defendants Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Iman Mahmud Hassan Fuad Kafishe and Hamas -- Islamic Resistance Movement (a.k.a. "Harakat Al-Muqawama Al-Islamiyya") are not at the time of the commencement of the above entitled action, nor are they now, in the military service of the United States as defined in Article I of the "Soldiers and Sailors Civil Relief Act of 1940", as amended, nor an infant or an incompetent.

_____
DAVID J. STRACHMAN

Subscribed and sworn to before me this ___6___ day of September, 2000.

_____
NOTARY PUBLIC



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903

401-351-7700
Fax: 401-331-6095