UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs,

vs.                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants

## PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT

For the reasons presented in the accompanying Memorandum and Affidavit in support of this Application, plaintiffs hereby move for the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against defendants Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Iman Mahmud Hassan Fuad Kafishe and Hamas -- Islamic Resistance Movement (a.k.a. "Harakat Al-Muqawama Al-Islamiyya").

**Default is hereby entered against defendants Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Iman Mahmud Hassan Fuad Kafishe and H.A.M.A., a/k/a**

_____
/Deputy Clerk     9/7/00

Plaintiffs
By their Attorneys,

_____
David J. Strachman #4404
Skolnik, McIntyre & Tate Esqs, Ltd.
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700