UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs

vs.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants

## PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Now come the Plaintiffs and hereby object to Defendants' Motion to Dismiss the Complaint. Plaintiffs' objection is supported by the attached Memorandum in Support of Their Objection and accompanying exhibits, as well as all of the pleadings filed in this matter.

Plaintiffs
By their Attorneys,

David J. Strachman #4404
Skolnik, McIntyre & Tate Esqs, Ltd.
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

Dated: September 13, 2000

### CERTIFICATION

I hereby certify that on the 13th day of September, 2000, I mailed a true copy of the within objection to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003



SKOLNIK, McINTYRE & TATE        The Heritage Building
ESQuires Ltd.                   321 South Main Street, Suite 400       401-351-7700
                                Providence, RI 02903                   Fax: 401-331-6095

   I hereby certify that on the 13th day of September, 2000, I hand delivered a copy of the within objection to:

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903

401-351-7700
Fax: 401-331-6095

2