

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

CASE NUMBER:  CV 00-105L        DATE:    9/20/00

TITLE:        Ungar, et al v. PLO, et al

JUDGE:        RONALD R. LAGUEUX

COURTROOM CLERK:        Barbara Barletta
COURT REPORTER:         Joseph Fontes

---

| COUNSEL PRESENT: | | |
|---|---|---|
| | Plaintiff: | David J. Strachman |
| | Defendants: | Deming Sherman |
| | PLO; Yasser Arafat | Ramsey Clark |
| | Jibril Rajoub; Muhammed | Lawrence Schilling |
| | Dahlan; Amin Al-Hindi; Tawifik | |
| | Tirawi & Raji Jabali | |

PROCEEDINGS:    Defendant's M/Dismiss
                        M/Appear Pro Hac Vice
                2:00 P.M. to 2:35 P.M.

Court grants Motions for Ramsey Clark and Lawrence Schilling to appear pro hac vice. Mr. Clark and Mr. Strachman argue Defendants' M/Dismiss. Court gives defendants until close of business on 10/18/00 to file briefs on personal jurisdiction; plaintiffs to respond by close of business on 11/15/00. Court takes matter under advisement.

36