

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 15 2000
CLERK
U.S. DISTRICT COURT
DISTRICT OF R.I.

ESTATE OF YARON UNGAR et al
           Plaintiff(s)

v.
                                 C.A. No. 00-105)L)
PALESTINIAN AUTHORITY, et al
           Defendant(s)

## MOTION FOR ENTRY OF APPEARANCE
## PRO HAC VICE

Defendants Palestinian Authority, PLO and Palestinian officials hereby move that **Ramsey Clark** be admitted **PRO HAC VICE** in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

See attached statement    ☒    The case involves the following complex area of the law, in which _____ counsel specializes:

See attached statement    ☒    _____ counsel's long-standing representation of the client:_____

☐    The local trial bar lacks experience in field of: _____
_____

☐    The case involves complex legal questions under the law of a foreign jurisdiction with which _____ counsel is familiar, specifically:
_____

☐    The case requires extensive discovery in a foreign jurisdiction convenient to _____ counsel, as follows:_____

☐    It is a criminal case, and _____ counsel is defendant's counsel of choice.

☐    Other:_____

Defendant:
By: _Jenny E. Sassman_
Attorney for The Palestinian Authority, The PLO, Yasser Arafat, Muhammed Dahlan, Amin Al-Hindi, Razi Jabali, Jibril Rajoub, and Tawfik Tirawi

_Ramsey Clark_
Ramsey Clark

Dated: _Sept. 14, 2000_

Lawrence W. Schilling

36 East 12th Street
New York, NY 10003
(212)475-3232-voice
(212)979-1583-fax
email: lwschilling @ earthlink.net



ESTATE OF YARON UNGAR
v. PALESTINE AUTHORITY
00 CA 105(L)

## Statement in Support of Pro Hac Vice Application
## of Ramsey Clark and Lawrence W. Schilling

This case involves the following complex area of the law and complex issues, among others, in which proposed associate trial counsel has special expertise and has previously represented the PLO.

Whether the Palestine Authority and the PLO are States under international law or whether they are entitled for various purposes to be treated as States and entitled to some or all of the privileges and immunities to which States are entitled; alternatively, their form of legal organization for purposes of litigation in the United States, including their capacity to be sued in U.S. courts; the amenability to service of process of all Palestinian defendants, including the individual officials named as defendants and the PLO and PA considered in the light of the status of Palestine as Observer at the United Nations and the rights and immunities that arise from this relationship with the United Nations; issues presented by the legislative or judicial assertion that U.S. courts can exercise jurisdiction over events occurring and claims arising far outside the United States and having little or no connection with the U.S.

See as examples of prior experience in this area of law relevant to these issues: Klinghoffer v. S.N.C. Achille Lauro, 937 F.2d 44 (2d Cir. 1991) and United States v. PLO, 695 F.Supp. 1456 (S.D.N.Y. 1988).

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

**RAMSEY CLARK**

(1) I certify that I am a member in good standing of the bar of the State(s) of **New York** and the following federal district, court bar(s) **SDNY**, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified blow, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Name
  Ramsey Clark

Local Associate Counsel
  Deming E. Sherman
  1138
R.I. Bar ID#

Edwards & Angell, LLP
Firm Name
  2800 BankBoston Plaza
  Providence, RI  02903
Business Address

Firm Name
  36 East 12th Street
  New York, NY 10003
Business Address

212-475-3232        212-979-1583
Tel. #               Fax #

401-274-9200        401-276-6611
Tel. #               Fax #

**ORDER:**  This motion is hereby GRANTED

U.S. District Judge

Date: 9/20/00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF YARON UNGAR et al
                Plaintiff(s)

v.

PALESTINIAN AUTHORITY, et al
                Defendant(s)

C.A. No. 00-105)L)



## MOTION FOR ENTRY OF APPEARANCE
## PRO HAC VICE

Defendants Palestinian Authority, PLO and Palestinian officials hereby move that **Lawrence W. Schilling** be admitted **PRO HAC VICE** in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

| | | |
|---|---|---|
| See attached statement | ☒ | The case involves the following complex area of the law, in which _____ counsel specializes: |
| See attached statement | ☒ | _____ counsel's long-standing representation of the client:_____ |
| | ☐ | The local trial bar lacks experience in field of: _____ |
| | ☐ | The case involves complex legal questions under the law of a foreign jurisdiction with which _____ counsel is familiar, specifically: _____ |
| | ☐ | The case requires extensive discovery in a foreign jurisdiction convenient to _____ counsel, as follows:_____ |
| | ☐ | It is a criminal case, and _____ counsel is defendant's counsel of choice. |
| | ☐ | Other:_____ |

Defendant:
By: _Lennie S. Surman_
Attorney for The Palestinian Authority, The PLO,
Yasser Arafat, Muhammed Dahlan, Amin Al-Hindi,
Razi Jabali, Jibril Rajoub, and Tawfik Tirawi

Dated: _14 Sep 2000_

Ramsey Clark

_Lawrence W. Schilling_
Lawrence W. Schilling

36 East 12th Street
New York, NY 10003
(212)475-3232-voice
(212)979-1583-fax
email: lwschilling @ earthlink.net

ESTATE OF YARON UNGAR
v. PALESTINE AUTHORITY
00 CA 105(L)

## Statement in Support of Pro Hac Vice Application
## of Ramsey Clark and Lawrence W. Schilling

This case involves the following complex area of the law and complex issues, among others, in which proposed associate trial counsel has special expertise and has previously represented the PLO.

Whether the Palestine Authority and the PLO are States under international law or whether they are entitled for various purposes to be treated as States and entitled to some or all of the privileges and immunities to which States are entitled; alternatively, their form of legal organization for purposes of litigation in the United States, including their capacity to be sued in U.S. courts; the amenability to service of process of all Palestinian defendants, including the individual officials named as defendants and the PLO and PA considered in the light of the status of Palestine as Observer at the United Nations and the rights and immunities that arise from this relationship with the United Nations; issues presented by the legislative or judicial assertion that U.S. courts can exercise jurisdiction over events occurring and claims arising far outside the United States and having little or no connection with the U.S.

See as examples of prior experience in this area of law relevant to these issues: <u>Klinghoffer</u> v. <u>S.N.C. Achille Lauro</u>, 937 F.2d 44 (2d Cir. 1991) and <u>United States</u> v. <u>PLO</u>, 695 F.Supp. 1456 (S.D.N.Y. 1988).

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

**LAWRENCE W. SCHILLING**

(1) I certify that I am a member in good standing of the bar of the State(s) of **New York** and the following federal district, court bar(s) **SDNY, EDNY**, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

_____

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified blow, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

_____

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

_____          _____
Name                                      Local Associate Counsel
Lawrence W. Schilling                     Deming E. Sherman
                                          1138
                                          R.I. Bar ID#

                                          Edwards & Angell, LLP
_____          _____
Firm Name                                 Firm Name
36 East 12th Street                       2800 BankBoston Plaza
New York, NY  10003                       Providence, RI  02903
Business Address                          Business Address

_____  _____              _____  _____
212-475-3232   212-979-1583               401-274-9200   401-276-6611
Tel. #         Fax #                      Tel. #         Fax #

**ORDER:**     This motion is hereby  **GRANTED**.

_____
U.S. District Judge
        Date: 9/20/00