UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs,

vs.   C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants

### PLAINTIFFS' MOTION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS HAMAS AND HAMAS OPERATIVES

Now come the Plaintiffs and hereby move:

1. For the Court to schedule a two-day hearing in January to determine plaintiffs' damages against the defaulting defendants.

2. For entry of default judgment, pursuant to Rule 55 (b)(2) against defendants Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Iman Mahmud Hassan Fuad Kafishe and Hamas – Islamic Resistance Movement (a.k.a. "Harakat Al-Muqawama Al-Islamiyya").

Plaintiffs' motion is supported by the accompanying memorandum.

Dated: 11/29/00

Plaintiffs, by their Attorneys,

David J. Strachman #4404
Skolnik, McIntyre & Tate Esqs., Ltd.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903

401-351-7700
Fax: 401-331-6095

CERTIFICATION

I hereby certify that on the ___27___ day of November, 2000 I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Abdel Rahman Ismail Abdel Rahman Ghanimat – 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
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Jamal Abdel Fatah Tzabich Al Hor – 972-966-311
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Raed Fakhri Abu Hamdiya – 021-839-76
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Iman Mahmud Hassan Fuad Kafishe – 925-058-380
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Ibrahim Ghanimat
c/o Palestinian Police
Hebron West Bank
VIA Israel



SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903

401-351-7700
Fax: 401-331-6095

Hamas -- Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
c/o Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

A. Bu Yaseer
Hamas -- Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria




SKOLNIK, McINTYRE & TATE
ESQuires Ltd.

The Heritage Building
321 South Main Street, Suite 400
Providence, RI 02903

401-351-7700
Fax: 401-331-6095