AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Rhode Island__

The Estate of Yaron Ungar, et al.

V.

The Palestinian Authority, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-105L

TO: (Name and address of defendant)

Muhammed Dahlan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Strachman, Esquire
Skolnik, McIntyre & Tate Esquires, Ltd.
321 South Main Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: _Paula Farrell_ (BY) DEPUTY CLERK

DATE: December 18, 2000

39

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 12-19-00 at 7:25 pm |
|---|---|
| NAME OF SERVER *(PRINT)*  Freeman R. Woodbury | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: By serving Master Sergeant Piva, Legals Services, authorized to accept. Service was completed at Bolling Air Force base, 21 McDill Avenue, S.W., Washington, DC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-20-00
             Date

Signature of Server  *(signed) Freeman R. Woodbury*

Address of Server  CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.