UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| The Estates of YARON UNGAR and EFRAT UNGAR by and through the Administrator of the their estates David Strachman, et al : : : : : Plaintiffs, : : v. : C.A. No. 00-105L : THE PALESTINIAN AUTHORITY (A.K.A. "THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY"), THE PALESTINE LIBERATION ORGANIZATION, YASSER ARAFAT, et al : : : : : : : | |

### DEFENDANTS' MOTION TO EXTEND TIME
### TO RESPOND TO THE AMENDED COMPLAINT

Defendants Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO") move for an order pursuant to Fed.R.Civ.P. 6 granting them 60 days to answer the amended complaint which was mailed to them on Thursday, August 23, 2001, and received on Monday, August 27, 2001.

A memorandum is submitted in support of this motion.

Date:  September 7, 2001

                                                           Deming E. Sherman (#1138)
                                                           EDWARDS & ANGELL, LLP
                                                           2800 Financial Plaza
                                                           Providence, RI  02903
                                                           (401) 274-9200



Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(212) 475-3232

Attorneys for Defendants, PA and PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, a copy of the within Motion to Extend Time to Respond to the Amended Complaint , together with supporting Memorandum was faxed to David J. Strachman, Esq., Skolnik, McIntyre & Tate, Esqs, Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, 13 Leonardo da-Vinci Street, Tel Aviv, Israel.

_Denise S. Sherman_

PRV_459052/DSHERMAN