UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

        Plaintiffs

vs.                                              C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

        Defendants

## **PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**

Now come the Plaintiffs and hereby object to Defendants' Motion to Extend Time to Respond to the Amended Complaint. Plaintiffs' objection is supported by the attached Memorandum in support of their objection.

                                                                  Plaintiffs
                                                                  By their Attorneys,

_____
David J. Strachman #4404
Skolnik, McIntyre & Tate Esqs, Ltd.
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

## CERTIFICATION

I hereby certify that on the ___13___ day of September, 2001, I mailed a true copy of the within objection and attached memorandum to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903