UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

      Plaintiffs

vs.                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

      Defendants

## PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR A FURTHER ENLARGEMENT OF TIME AND MOTION FOR ENTRY OF DEFAULT

Now come the Plaintiffs and hereby object to Defendants' Motion For a Further Enlargment of Time to Respond to the Amended Complaint, and move the Court to enter default against Defendants. Plaintiffs' Objection and Motion is supported by the attached Memorandum.

                                            Plaintiffs
                                            By their Attorneys,

                                            _____
                                            David J. Strachman #4404
                                            McIntyre, Tate, Lynch & Holt
                                            321 South Main Street, Ste. 400
                                            Providence, RI 02903
                                            (401) 351-7700

## CERTIFICATION

I hereby certify that on the __15__ day of November, 2001, I mailed a true copy of the within objection and attached memorandum to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903