UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al)
                                )
          v.                    )        C.A. No. 00-105L
                                )
THE PALESTINIAN AUTHORITY, et al)

## DEFENDANTS' MOTION FOR DISMISSAL AND ALTERNATIVELY FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL AND A STAY

Defendants the Palestinian Authority (PA), and the Palestine Liberation Organization (PLO), the Palestinian defendants remaining following the Court's dismissal of the individual Palestinian defendants, Yasser Arafat, Muhammed Dahlan, Amin Al-Hindi, Razi Jabali, Jibril Rajoub, and Tawfik Tirawi, respectfully move in the alternative upon the amended complaint filed on August 23, 2001, and this Court's decision and order of July 24, 2001, and all other papers and proceedings herein,

(1) for dismissal of the amended complaint as nonjusticiable and reconsideration and renewal of the grounds of the earlier motion of the PA and PLO to dismiss the complaint on the grounds that the amended complaint fails to state a claim on which relief can be granted and that under all of the pertinent facts and circumstances, including those existing prior to July 24, 2001 and occurring thereafter, the claims against the PA and PLO in the amended complaint should be dismissed, and alternatively

(2) for certification of an interlocutory appeal to the Court of Appeals pursuant to 28 U.S.C. sec. 1292(b) in the exercise of the Court's discretion, and a



stay pending disposition of the application for certification and/or appeal, and for such other and further relief as the Court may deem just and proper.

A Memorandum is filed in support of this motion.

Dated: November 27, 2001

*[signature: Deming E. Sherman]*
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2001, I mailed a copy of the within Defendants' Motion for Dismissal And Alternatively For Certification Of An Interlocutory Appeal and a Stay by first class mail, postage prepaid, to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

*[signature: Deming E. Sherman]*