UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs

vs.                                                              C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants

### PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR DISMISSAL OF THE AMENDED COMPLAINT AND ALTERNATELY FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL AND STAY

Now come the Plaintiffs and hereby object to Defendants' Motion For Dismissal of the Amended Complaint and Alternately for Certification of an Interlocutory Appeal and Stay. Plaintiffs' Objection is supported by the attached Memorandum.

Plaintiffs
By their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

## CERTIFICATION

I hereby certify that on the 24 day of December, 2001, I mailed a true copy of the within objection and attached memorandum to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

