UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### NOTICE OF DEPOSITION

**DEPONENT:**   **RAZI JABALI/The Palestinian Authority**

**DATE:**       **March 19, 2002**

**TIME:**       **9:00 a.m.**

    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of RAZI JABALI/The Palestinian Authority on the 19th day of March, 2002 at 9:00 a.m., before a notary public of the State of Rhode Island, or some other duly qualified person.

    The deposition will continue thereafter from day to day. The deposition will take place at the offices of David J. Strachman at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

### CERTIFICATION

    I hereby certify that a true copy of the within Notice to Take Deposition was sent by regular mail, postage prepaid on this ____24____ day of January, 2002, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920