UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## AMENDED NOTICE OF DEPOSITION

**DEPONENT:**   Keeper of Records of Salomon Smith Barney

**PLEASE TAKE NOTICE** that the records keeper deposition previously scheduled for February 14, 2002 at 1:00 p.m. is hereby cancelled and will not be rescheduled. The deponent was not notified of the previously scheduled deposition nor was a subpoena served on the deponent.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

## CERTIFICATION

I hereby certify that a true copy of the within Notice to Take Deposition was sent via fax and regular mail, postage prepaid on this 25th day of January, 2002, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920