UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                         C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION REQUESTING A RULING ON THEIR PENDING MOTION FOR DEFAULT JUDGMENT AGAINST HAMAS DEFENDANTS**

For the reasons presented in the accompanying memorandum in support of this motion, plaintiffs respectfully request that the Court rule on their pending motion for default judgment against defendant Hamas and individual Hamas defendants.

Plaintiffs, by their Attorney,

David J. Strachman #4404
McIntyre, Tate, Lynch and Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

## CERTIFICATION

I hereby certify that on the ____ day of January, 2002 I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Abdel Rahman Ismail Abdel Rahman Ghanimat – ID no. 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
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Jamal Abdel Fatah Tzabich Al Hor – ID no. 972-966-311
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Raed Fakhri Abu Hamdiya – ID no. 021-839-76
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Iman Mahmud Hassan Fuad Kafishe – ID no. 925-058-380
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Ibrahim Ghanimat
c/o Palestinian Police
Hebron, West Bank
Israel

Hamas – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
c/o Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
Israel

Hamas – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria