UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) ) |

### DEFENDANTS' MOTION FOR LEAVE TO ASSERT DEFENSES IN SUPPORT OF THEIR PENDING MOTION TO DISMISS THE AMENDED COMPLAINT OR ALTERNATIVELY FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL

Defendants The Palestinian Authority (PA) and the Palestine Liberation Organization (PLO) by their counsel respectfully move for leave to assert two defenses which defendants' counsel submit follow from Palestine's status as a state under U.S. and international law. The defenses are that the dismissal of this action is required under 18 U.S.C. sec. 2337(2) and on grounds of sovereign immunity.

A Memorandum is submitted in support of this Motion.

Dated: January 30, 2002

Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)



Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of January, 2002, I mailed a copy of the within Motion by first class mail, postage prepaid, to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

_[signature: Dennis E. Sherman]_