UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                   C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR LEAVE TO ASSERT DEFENSES IN SUPPORT OF THEIR PENDING MOTION TO DISMISS**

Now come the Plaintiffs and hereby object to Defendants' Motion for Leave to Assert Defenses in Support of Their Pending Motion to Dismiss. Plaintiffs' Objection is supported by the attached Memorandum.

Plaintiffs
By their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

CERTIFICATION

I hereby certify that on the 25 day of February, 2002, I mailed a true copy of the within objection and attached memorandum to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____