UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>)<br>) |

## PALESTINIAN DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Defendants the Palestinian Authority (PA) and the Palestinian Liberation Organization (PLO), the Palestinian defendants remaining in this case, move for a protective order pursuant to Fed.R.Civ.P. 26(c) extending their time to respond to the discovery recently initiated by plaintiffs on or about January 24, 2002, by providing that defendants' time to respond to the discovery shall commence on the date of entry of the Court's order determining defendants' pending motion to dismiss or alternatively for certification of an interlocutory appeal as if the discovery had been served and filed on the date of entry of the order in substantially the same form as the order requested by defendants' renewed motion for a stay and leave to seek a protective order.

A copy of a proposed order is attached hereto. A memorandum is submitted in support of this motion.

Dated: February 26, 2002

Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)



Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2002, I mailed a copy of the within Motion by first class mail, postage prepaid, to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

## ORDER

This matter came on before Lagueux, S.J., upon the Palestinian defendants' motion for a protective order pursuant to Fed.R.Civ.P. 26(c), and upon consideration, it is hereby

ORDERED that upon entry of an Order determining the Palestinian defendants' pending motion to dismiss and alternatively for certification of an interlocutory appeal, the time for the Palestinian defendants' to comply, object, seek a further protective order or make any other response under the Federal Rules of Civil Procedure to the discovery recently initiated by the plaintiffs on or about January 24, 2002 shall commence as if the discovery had been served and filed on the date of entry of the Order.

ENTERED as the Order of this Court this         day of         , 2002.

By Order,

_____
Clerk

ENTER:

_____

Presented By:

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO