UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.    C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

The Palestinian Authority and Palestine Liberation Organization obviously have no intent to comply with the Rules of Procedure or their obligation to the plaintiffs and this Court. They have sought to extend every filing deadline and have made three attempts to thwart discovery. On virtually the two year anniversary of the filing of this case, this Court should stop the defendants' dilatory practices, deny their request for protective order and order immediate compliance with the outstanding discovery requests. Defendants' objection is supported by the attached memorandum.

Plaintiffs
By their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

## CERTIFICATION

I hereby certify that on the ___8___ day of March, 2002, I mailed a true copy of the within objection and attached memorandum to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

*/s/ Donna A. Gillian*