UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.

v.                                                      C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.


## PLAINTIFFS' MOTION TO COMPEL DISCOVERY


Defendants have failed to respond to interrogatories and provide a response to plaintiffs'

request for documents propounded on January 24, 2002.  As defendants have failed to respond to

a request for admissions, they are deemed admitted under Fed.R.Civ.P. 36(a).  Counsel has

further indicated that defendants would not produce their employees for deposition scheduled for

March 18, 19, 20, 21, 25, and 26.

Communications between counsel and defendants' requests to stay the proceeding and

motion for a protective order indicate an unwillingness to provide discovery.

Plaintiffs request that this Court enter the proposed order filed herewith.  Plaintiffs'

motion is supported by the attached memorandum.

Plaintiffs, by their Attorney,


David J. Strachman #4404
McIntyre, Tate, Lynch and Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700



## CERTIFICATION

I hereby certify that on the ____ day of March, 2002 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903