UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) |

### PALESTINIAN DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Defendants the Palestinian Authority (PA), and the Palestine Liberation Organization (PLO) ("the Palestinian defendants"), by their attorneys, object to plaintiffs' motion to compel discovery on the grounds and for the reasons set forth in their motion and renewed motion and memoranda in support thereof requesting a stay and leave to seek a protective order following the disposition of defendants' pending motion to dismiss and motion for leave to assert immunity defenses and, alternatively, for certification of an interlocutory appeal.

The Palestinian defendants respectfully incorporate herein by reference pursuant to Fed.R.Civ.P. 10(c) their motions and supporting memoranda requesting a stay and leave to seek a protective order and urge that plaintiffs' motion to compel discovery be denied at this time as premature.

Dated: March 15, 2002

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)



Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of March, 2002, I mailed a copy of the within Palestinian Defendants' Objection to Plaintiffs' Motion to Compel Discovery by first class mail, postage prepaid, to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

                                                                                      _Elizabeth M. Kula_

PRV_493595/DSHERMAN