

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER:** CV00-105L                    **DATE:** June 7, 2002

**TITLE:** Efrat Ungar v. Palestinian Authority, et al
**JUDGE:** RONALD R. LAGUEUX

**COURTROOM CLERK:**     Ryan Jackson
**COURT REPORTER:**      Joseph Fontes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL PRESENT:**

        **Plaintiff:**    David J. Strachman

        **Defendant:**   Deming E. Sherman
                        Lawrence W. Schilling

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:**   Defendants' Motion to Dismiss the Amended Complaint

06/07/02        All Counsel of Record are present. Defendants' argue their Motion to Dismiss the Amended Complaint. Plaintiff argues against the Motion to Dismiss. Court states that it is going to take the Motion under advisement and will issue an opinion.