UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

*RECEIVED JAN 30 2002 Property of U.S. District Court District of Rhode Island*

## PLAINTIFFS' MOTION REQUESTING A RULING ON THEIR PENDING MOTION FOR DEFAULT JUDGMENT AGAINST HAMAS DEFENDANTS

For the reasons presented in the accompanying memorandum in support of this motion, plaintiffs respectfully request that the Court rule on their pending motion for default judgment against defendant Hamas and individual Hamas defendants.

```
Ruled moot.  The court has
scheduled a hearing on
Plaintiffs' Motion for
Default Judgment.
```

Plaintiffs, by their Attorney,

_____
David L. Martin
United States Magistrate Judge
June 20, 2002

_____
David J. Strachman #4404
McIntyre, Tate, Lynch and Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ for determination
☐ _____

Ronald R. Lagueux, Senior U.S. District Judge
Date: 6-19-02

**RECEIVED**

**JUN 19 2002**

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

## CERTIFICATION

I hereby certify that on the ___29___ day of January, 2002 I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Abdel Rahman Ismail Abdel Rahman Ghanimat – ID no. 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
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Jamal Abdel Fatah Tzabich Al Hor – ID no. 972-966-311
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Raed Fakhri Abu Hamdiya – ID no. 021-839-76
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Iman Mahmud Hassan Fuad Kafishe – ID no. 925-058-380
c/o Israel Prison Services
5 Histadrut Street
Jerusalem
Israel

Ibrahim Ghanimat
c/o Palestinian Police
Hebron, West Bank
Israel

Hamas – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
c/o Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
Israel

Hamas – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria

*/s/ Donna A. Williams*