UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, :
et al., :
      Plaintiffs, :
:
v. : C.A. No. 00-105 L
:
THE PALESTINIAN AUTHORITY, :
et al., :
      Defendants. :

### ORDER STAYING DISCOVERY

Before the court are the Palestinian Defendants' Motion for a Protective Order ("Motion for Protective Order") and Defendants' Renewed Motion for a Stay and Motion for Leave to Seek a Protective Order ("Renewed Motion"). The purpose of both motions is to stay discovery until Senior Judge Ronald R. Lagueux has ruled on the pending motion to dismiss filed by the Palestinian Authority and Palestinian Liberation Organization (collectively "Palestinian Defendants"). The Motion for Protective Order and Renewed Motion have been referred to this Magistrate Judge for determination.

The Motion for Protective Order and Renewed Motion are hereby GRANTED. Discovery in this matter is stayed until Judge Lagueux has issued a ruling on the Palestinian Defendants' motion to dismiss.

SO ORDERED.

ENTER:                                BY ORDER:

_____               _____
David L. Martin                       Deputy Clerk
United States Magistrate Judge
June 20, 2002