UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
 )
 )
v. ) C.A. No. 00-105L
 )
THE PALESTINIAN AUTHORITY, )
et al )
 )
_____ )

## PALESTINIAN DEFENDANTS' OBJECTION TO ENTRY OF DEFAULT JUDGMENT

Defendants The Palestinian Authority and The PLO hereby object to entry of default judgment at this time against the HAMAS defendants.

A Memorandum is filed herewith.

Dated: July 10, 2002

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of July, 2002, I faxed and mailed a copy of the within Palestinian Defendants' Objection to Entry of Default Judgment to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

*/s/ Deming E. Sherman*