

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
## CLERK'S MINUTES

**CASE NUMBER:** 00-105L                **DATE:** July 12, 2002

**TITLE:** Efrat Ungar, et al v The Palestinian Authority, et al

**MAGISTRATE JUDGE:** David L. Martin

**COURTROOM CLERK:**        Martha Saucier
**COURT REPORTER:**

---

**COUNSEL PRESENT:**

    Plaintiff: David Strachman

    Defendant: Deming Sherman for Palestinian Authority

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    **PROCEEDINGS:** Motion for Default Judgment Against HAMAS Defendants

July 12, 2002- All counsel of record present. Mr. Sherman states objection to motion for default judgment on behalf of the PLO. Court will not allow objection because it was untimely filed. Court overrules the PLO objection. Mr. Strachman gives opening statement. Nine witnesses sworn in for direct examination by Mr. Strachman. Twelve exhibits entered as full exhibits. Court in recess until Monday, July 15, 2002.

July 15, 2002- Motion hearing continued from Friday, July 12, 2002. Mr. Strachman present. One witness sworn in for direct examination by plaintiffs. Nine exhibits entered as full. Mr. Strachman gives closing arguments and states damages. Court schedules hearing on issue of personal jurisdiction for Friday, July 19, 2002.



**July 19, 2002-** Motion hearing continued from July 15, 2002. Mr. Strachman present. Mr. Strachman responds to the court's inquiry as to the issue of personal jurisdiction. Court takes the matter under advisement. Report and Recommendation to follow.