UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) |

## PALESTINIAN DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR SANCTIONS

Defendants The Palestinian Authority and The PLO hereby object to Plaintiffs' Motion for Sanctions.

A Memorandum is filed herewith.

Dated: August 2, 2002

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of August, 2002, I faxed and mailed a copy of the within Palestinian Defendants' Objection to Plaintiffs' Motion for Sanctions to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

_____

PRV_520295_1/DSHERMAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | )    C.A. No. 00-105L<br>) |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

### MEMORANDUM IN SUPPORT OF
### PALESTINIAN DEFENDANTS' OBJECTION
### TO PLAINTIFFS' MOTION FOR SANCTIONS

Defendants The Palestinian Authority (PA) and Palestine Liberation Organization (PLO) object to plaintiffs' motion for the imposition of sanctions against their attorneys, and in support of their objection state as follows:

There is no basis for the imposition of the sanctions sought by plaintiffs. The grounds advanced by defendants PA and PLO in their objections to the entry of default judgment sought by plaintiffs against the HAMAS defendants were legally sound and prompted by a concern that the Court not be induced to enter default judgment against the HAMAS defendants without consideration of the need for determination of issues of personal jurisdiction and the general rule that calls for deferral of such entry where there are active defendants and where, as here, plaintiffs seek to hold all defendants jointly and severally liable.

For the foregoing reasons, Plaintiffs' Motion for Sanctions should be denied.

Respectfully submitted,

Dated: August 2, 2002

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2002, I faxed and mailed a copy of the within Palestinian Defendants' Objection to Plaintiffs' Motion for Sanctions to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

_____