UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
)
_____ )

## PALESTINIAN DEFENDANTS' OBJECTION
## TO PLAINTIFFS' MOTION TO STRIKE

Defendants The Palestinian Authority and The PLO hereby object to Plaintiffs' Motion to

Strike.

A Memorandum is filed herewith.


Dated: August 2, 2002

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2002, I faxed and mailed a copy of the within Palestinian Defendants' Objection to Plaintiffs' Motion to Strike to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR,    )
et al                         )
                              )
                              )
              v.              )          C.A. No. 00-105L
                              )
THE PALESTINIAN AUTHORITY,    )
et al                         )
                              )
                              )
_____)

**MEMORANDUM IN SUPPORT OF**
**PALESTINIAN DEFENDANTS' OBJECTION**
**TO PLAINTIFFS' MOTION TO STRIKE**

Defendants The Palestinian Authority (PA) and Palestine Liberation Organization (PLO)

object to Plaintiffs' Motion to Strike the Palestinian Defendants' Objection to Entry of Default

Judgment.  Plaintiffs' attempt to have the Court "order Messrs. Clarks [sic], Schilling and

Sherman to either enter an appearance on behalf of the HAMAS defendants or bar them from

advocating on their behalf" lacks merit.  Conflicts of interest alone preclude any such

representation, as does the absence of consent or even knowledge on the part of the HAMAS

defendants.

For the foregoing reasons, Plaintiffs' Motion to Strike should be denied.

Respectfully submitted,

Dated: August 2, 2002

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2002, I faxed and mailed a copy of the within  Palestinian Defendants' Objection to Plaintiffs' Motion to Strike to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

_____

PRV_520321_1/DSHERMAN