UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                    C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

### AFFIDAVIT OF COUNSEL FEES AND COSTS
### PURSUANT TO 18 U.S.C. §2333(a)

Respectfully represents, David J. Strachman, Esquire, being first duly sworn upon oath, does hereby depose and say:

1. That I am an attorney licensed to practice law in Rhode Island and practice with MCINTYRE, TATE, LYNCH & HOLT located at 321 South Main Street, Suite 400, Providence, RI 02903.

2. That I have been a practicing attorney in the State of Rhode Island since 1990 and am knowledgeable and familiar with the fees usually charged for litigation matters in Rhode Island.

3. That concerning the above-referenced case, I have served as counsel for the Plaintiffs and make this affidavit, attesting to the facts contained therein, of my own knowledge.

4. That the fees incurred for professional services and expenses as itemized on Exhibit A (attached hereto and incorporated herein by reference) are fair and reasonable. Said fees and services pertain to the action against HAMAS and the individual HAMAS defendants. Counsel has segregated all time spent on this action as it pertains to the PLO and PA.

5. Plaintiffs request an award of counsel fees and costs pursuant to 18 U.S.C. §2333(a) in support of entry of default judgment against HAMAS, Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat and Iman Mahmud Hassan Fuad Kafishe in the amount of $68,858.97.



Respectfully submitted,

_____
DAVID J. STRACHMAN     #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

STATE OF RHODE ISLAND
County of Providence

In Providence, on July 26, 2002 subscribed and affirmed to before me by David J. Strachman, Esquire.

_____
NOTARY PUBLIC