McINTYRE, TATE, LYNCH & HOLT
Counsellors at Law
321 South Main Street, Suite 400
Providence, Rhode Island 02903-2240
(401) 351-7700

Estate of Yaron & Efrat Ungar

BILLING DATE  07-26-02

ACC'T NO.  DJS00578802

RE: HAMAS

PREVIOUS BALANCE                                                   $0.00

| DATE | PROFESSIONAL SERVICES RENDERED | TIME | |
|---|---|---|---|
| | (SEE ATTACHED LIST) | | |
| TOTAL FOR THE ABOVE SERVICES | | 299.65 | $67,421.25 |

| DATE | EXPENSES | | |
|---|---|---|---|
| 06-24-00 | Jim Zwit constable | $60.00 | |
| 06-25-02 | DHL Express (7 International) | $601.72 | |
| 07-23-02 | Karen Zinni Transcript Fee | $168.00 | |
| 07-23-02 | Joseph Fontes Transcript Fee | $608.00 | |
| TOTAL FOR THE ABOVE EXPENSES | | | $1,437.72 |

TOTAL FOR CURRENT PERIOD  $68,858.97
TOTAL                     $68,858.97

TOTAL PAYMENTS                       $0.00

AMOUNT DUE  $68,858.97

Estate of Yaron & Efrat Ungar

BILLING DATE   07-26-02

ACC'T NO.   DJS00578802

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | |
|---|---|---|---|---|
| 11-04-99 | Conference with co-counsel. Attention to file. | DJS | 0.40 | $90.00 |
| 11-16-99 | Attention to Israeli probate proceedings. | DJS | 0.50 | $112.50 |
| 11-24-99 | Research HAMAS. | DJS | 0.50 | $112.50 |
| 11-28-99 | Research HAMAS. | DJS | 1.00 | $225.00 |
| 01-16-00 | Conference with co-counsel. Research causes of action. | DJS | 1.50 | $337.50 |
| 01-24-00 | Research terrorism cases. | DJS | 0.50 | $112.50 |
| 01-31-00 | Research 1990 Anti-Terrorism Act. | DJS | 2.00 | $450.00 |
| 02-22-00 | Research legal issues re: HAMAS. | DJS | 2.00 | $450.00 |
| 02-29-00 | Attention to file. Telephone conference with clients. | DJS | 1.00 | $225.00 |
| 03-02-00 | Travel to New York and Israel. | DJS | 18.00 | $4,050.00 |
| 03-05-00 | Travel in Israel to-from Jerusalem, Tel Aviv, Herlzya. Research at Interdisciplinary Center. Travel to client's home. Conferences with co-counsel. Return to Jerusalem. | DJS | 15.00 | $3,375.00 |
| 03-06-00 | Research. Telephone conference with experts regarding terrorist attack. Conference with co-counsel. | DJS | 2.00 | $450.00 |
| 03-07-00 | Research. Conference with experts. Travel to Tel Aviv and to meeting with clients. Draft complaint. Conference with co-counsel. | DJS | 8.00 | $1,800.00 |
| 03-08-00 | Travel, from Israel to New York to Providence. | DJS | 20.00 | $4,500.00 |
| 03-11-00 | Attention to summons, research HAMAS and identification of proper recipient of service. | DJS | 1.50 | $337.50 |

Estate of Yaron & Efrat Ungar

BILLING DATE   07-26-02

ACC'T NO.    DJS00578802

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | |
|---|---|---|---|---|
| 03-12-00 | Revise pleadings. | DJS | 2.00 | $450.00 |
| 03-13-00 | Finalize and file complaint, prepare cover sheet and summons. | DJS | 3.00 | $675.00 |
| 03-14-00 | Conference with experts. | DJS | 2.50 | $562.50 |
| 03-15-00 | Attention to service of process issues, research Hague Convention. | DJS | 6.00 | $1,350.00 |
| 03-16-00 | Research service issues in U.S. and abroad. | DJS | 3.00 | $675.00 |
| 03-19-00 | Travel to Baltimore and Washington D.C. for conferences with experts and with investigator. | DJS | 9.00 | $2,025.00 |
| 03-21-00 | Prepare correspondence and package to Directorate of Courts. Attention to service on HAMAS defendants. | DJS | 0.75 | $168.75 |
| 05-04-00 | Prepare correspondence to Ministry of Justice regarding service on HAMAS defendant. | DJS | 0.20 | $45.00 |
| 06-12-00 | Prepare correspondence to court. | DJS | 0.10 | $22.50 |
| 06-13-00 | Prepare correspondence to court. | DJS | 0.10 | $22.50 |
| 06-13-00 | Attention to Chicago constable. Receive and review Hague certificates. | DJS | 0.50 | $112.50 |
| 06-20-00 | Locate process server in Chicago. Prepare package of pleadings and correspondence for Chicago process server. | DJS | 0.75 | $168.75 |
| 06-21-00 | Receive and review fax from Chicago process server. | DJS | 0.10 | $22.50 |
| 06-29-00 | Prepare correspondence to Directorate of Courts. | DJS | 0.20 | $45.00 |
| 08-29-00 | Attention to preparation of HAMAS default pleadings, draft motion, affidavit and memorandum. | DJS | 3.00 | $675.00 |

Estate of Yaron & Efrat Ungar

BILLING DATE 07-26-02

ACC'T NO. DJS00578802

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | |
|---|---|---|---|---|
| 09-06-00 | Revise default pleadings. | DJS | 0.80 | $180.00 |
| 09-10-00 | Finalize default pleadings. | DJS | 0.75 | $168.75 |
| 09-19-00 | Prepare correspondence to court. | DJS | 0.20 | $45.00 |
| 11-15-00 | Prepare default judgment motion. Conference with Y. Barsky, expert witness on HAMAS activities in U.S. | DJS | 1.00 | $225.00 |
| 11-16-00 | Prepare default judgment motion. Conference with Y. Barsky. | DJS | 1.00 | $225.00 |
| 11-17-00 | Prepare default judgment motion. Conference with Y. Barsky. | DJS | 1.00 | $225.00 |
| 11-20-00 | Prepare default judgment motion. Conference with Y. Barsky. | DJS | 1.00 | $225.00 |
| 11-21-00 | Prepare default judgment motion. Conference with Y. Barsky. | DJS | 2.50 | $562.50 |
| 11-22-00 | Prepare default judgment motion. Conference with Y. Barsky. | DJS | 1.00 | $225.00 |
| 11-24-00 | Prepare default judgment motion. | DJS | 4.00 | $900.00 |
| 11-26-00 | Prepare default judgment memorandum. | DJS | 1.00 | $225.00 |
| 11-27-00 | Prepare default judgment memorandum. | DJS | 6.00 | $1,350.00 |
| 11-28-00 | Prepare default judgment motion. Conference with Y. Barsky. | DJS | 1.50 | $337.50 |
| 01-28-02 | Prepare motion and memorandum regarding ruling on motion to enter default. | DJS | 1.50 | $337.50 |
| 03-11-02 | Receive and review fax from Dr. Tennenbaum. | DJS | 0.10 | $22.50 |
| 03-12-02 | Prepare correspondence to Dr. Tennenbaum. | DJS | 0.20 | $45.00 |
| 04-01-02 | Prepare correspondence to Dr. Levy. Prepare correspondence to Dr. Hiss. Receive and review correspondence. | DJS | 0.25 | $56.25 |

Estate of Yaron & Efrat Ungar

BILLING DATE  07-26-02

ACC'T NO.   DJS00578802

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | |
|---|---|---|---|---|
| 06-20-02 | Prepare for HAMAS trial, conference with client, and experts. | DJS | 7.50 | $1,687.50 |
| 06-21-02 | Prepare for trial. | DJS | 1.00 | $225.00 |
| 06-22-02 | Research for trial. | DJS | 1.50 | $337.50 |
| 06-23-02 | Prepare for trial. Telephone conferences with experts and clients. | DJS | 4.50 | $1,012.50 |
| 06-24-02 | Prepare for HAMAS trial. Attention to exhibits, experts, research scope of damages. Telephone conferences with clients. | DJS | 5.00 | $1,125.00 |
| 06-25-02 | Prepare for trial. | DJS | 0.75 | $168.75 |
| 06-26-02 | Prepare for trial. | DJS | 2.00 | $450.00 |
| 06-27-02 | Prepare for HAMAS trial. | DJS | 2.50 | $562.50 |
| 06-28-02 | Prepare for trial. | DJS | 4.00 | $900.00 |
| 06-28-02 | Research legislative regarding proof of claim issues. | RSP | 3.00 | $675.00 |
| 06-30-02 | Prepare for trial. Telephone conferences with witnesses. | DJS | 4.00 | $900.00 |
| 07-01-02 | Complete review of legislative history of Anti-Terrorism Act; draft memo to David Strachman regarding same. | RSP | 1.50 | $337.50 |
| 07-01-02 | Prepare for trial. Telephone conferences with clients. | DJS | 7.50 | $1,687.50 |
| 07-02-02 | Prepare for HAMAS hearing. Conference with client and experts. Research memo on damages. | DJS | 9.00 | $2,025.00 |
| 07-03-02 | Telephone conferences with experts. Prepare for trial. | DJS | 8.00 | $1,800.00 |
| 07-04-02 | Telephone conferences with client. Conference with expert. Prepare for trial. | DJS | 7.50 | $1,687.50 |

Estate of Yaron & Efrat Ungar

BILLING DATE 07-26-02

ACC'T NO.   DJS00578802

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | |
|---|---|---|---|---|
| 07-05-02 | Prepare for trial. | DJS | 8.00 | $1,800.00 |
| 07-06-02 | Attention to legislative history of ATA. | DJS | 1.50 | $337.50 |
| 07-07-02 | Telephone conference with experts. Telephone conferences with clients. Prepare memorandum. | DJS | 9.00 | $2,025.00 |
| 07-08-02 | Conferences with clients. Conference with experts. Prepare memorandum. Attention to exhibits. | DJS | 12.50 | $2,812.50 |
| 07-09-02 | Prepare for trial. | DJS | 6.00 | $1,350.00 |
| 07-10-02 | Revise pretrial memo. Telephone conference with client. Research. Conference with witnesses. Conference with opposing counsel. | DJS | 14.00 | $3,150.00 |
| 07-11-02 | Prepare for trial. Legal research re: PLO motion. Conference with court. Telephone conference with opposing counsel. Prepare exhibits. | DJS | 13.00 | $2,925.00 |
| 07-12-02 | Prepare with clients. Hearing in District Court. clients. | DJS | 9.00 | $2,025.00 |
| 07-13-02 | Prepare for hearing. Conference with expert. | DJS | 1.00 | $225.00 |
| 07-14-02 | Prepare for hearing. Conference with expert. | DJS | 2.00 | $450.00 |
| 07-15-02 | Conference with expert. Research damages. Finalize memo. Appearance in Federal Court. | DJS | 6.00 | $1,350.00 |
| 07-16-02 | Research jurisdiction issues. | DJS | 2.50 | $562.50 |
| 07-17-02 | Research jurisdiction issues. | DJS | 2.00 | $450.00 |
| 07-18-02 | Prepare for hearing. Attention to expert's affidavit. | DJS | 2.50 | $562.50 |
| 07-19-02 | Research. Appearance in District Court. | DJS | 3.00 | $675.00 |

Estate of Yaron & Efrat Ungar

BILLING DATE   07-26-02

ACC'T NO.   DJS00578802

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | |
|---|---|---|---|---|
| 07-24-02 | Prepare proposed findings. | DJS | 1.00 | $225.00 |
| 07-24-02 | Prepare proposed findings of fact. Attention to fee application. | DJS | 3.50 | $787.50 |
| 07-25-02 | Attention to fee application. Prepare proposed findings of fact. | DJS | 5.00 | $1,125.00 |