UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ORDER

This matter came on for hearing before Magistrate Judge David L. Martin on July 12, 2002 on plaintiffs' motion for entry of default judgment and the objection of the Palestinian Authority and the Palestine Liberation Organization and after hearing, it is hereby:

## ORDERED

The Court will not allow the Palestinian Authority and the Palestine Liberation Organization to press their objection as it was untimely and filed at the eleventh hour. The Court is not persuaded that the concerns that have been expressed by the Palestinian Authority and the Palestine Liberation Organization were not apparent or should not have been perceived far before July 10, 2002. The Court, therefore, overrules the objection filed by the Palestinian Authority and the Palestine Liberation Organization.

SO ORDERED.

David L. Martin
United States District Court       8-19-02



RECEIVED
AUG 09 2002
U.S. District Court
District of Rhode Island