

# JERUSALEM POST

## Legal Eagle

Hilary Leila Krieger                                                                 Oct. 21, 2002

Known for racking up multi-million dollar judgements in her fight to punish those responsible for terrorism, attorney Nitsana Darshan-Leitner says it's only the beginning.

In a war without battlefields and uniforms, Nitsana Darshan-Leitner is a soldier on the front lines.

"We are in a war, and everyone should take any measures they can to fight this war," says the firebrand lawyer, right before taking to the stage to give a lecture to a packed Jerusalem auditorium.

"I see myself as a soldier," says the 29-year-old who has taken the European Union, Iran, the Palestinian Authority, and Hamas to court for sponsoring terrorism. She hopes her suits, alleging monetary support and even outright complicity in terror, will bankrupt the organizations that carry out attacks and stop the flow of money from states that sponsor them.

Last week the Jerusalem District Court announced a NIS 64 million lien on the Palestinian Authority in anticipation of a judgment in Darshan-Leitner's suit against the PA for its role in the lynching of IDF reservist Cpl. Vadim Novesche on October 11, 2000.

In February 2002, Darshan-Leitner won a $183 million verdict against Iran for funding Hamas following the bombing of a No. 18 Jerusalem bus on February 25, 1996 that killed American-Israeli Ira Weinstein and 25 others. Darshan-Leitner represented the Weinstein family in Jerusalem.

The list of potential actions keeps growing, with a suit in the works seeking the extradition of Palestinian terrorists deported to Europe in the wake of the siege of the Church of the Nativity in Bethlehem in April.

Since May, Darshan-Leitner has pressed for a NIS 100 million judgment against the EU, arguing some of the aid it gives to the PA each month ends up in terrorist coffers.

"The European Union is today one of the biggest funders of Palestinian terror," Darshan-Leitner said, making her case at the Jerusalem talk sponsored by AMIT Women, a religious women's organization.

She noted that when Palestinian Authority Chairman Yasser Arafat couldn't provide adequate accounting to explain how he spent $100 million in American aid allocated under the Oslo Accords, the United States refused to give him more money.

But to this day, the European Union pays $10 million a month to the PA with little ability to track its use. Pointing to the desolation and poverty in the West Bank and Gaza - following $1 billion in European funding - Darshan-Leitner asked, "Where did the money of the EU go?"

She answered by pointing to the 70 checks confiscated from Arafat's Ramallah headquarters by Israel in April during Operation Defensive Shield paying out money from EU deposits to individuals who carried out terror attacks.

Darshan-Leitner claimed the EU was willing to turn a blind eye to the accounting discrepancies in order to get a foothold in the peace process as a key bankroller. Now it claims to see no connection between its transferred funds and terrorism.

Darshan-Leitner said in response to her charges, the EU has invoked the shield of diplomatic immunity - a claim the lawyer believes she can disprove when she faces the EU in court.

"The European Union doesn't deny the allegations. They didn't say, 'We have nothing to do with these allegations.' They didn't say, 'We are willing to come to court to show that we have nothing to do with terror.' They said one thing: 'We have diplomatic immunity. You can't sue [us] in Israel,'" the lawyer declared.

"If you have nothing to hide, if you have nothing to do with terror, if your hands are clean, come to court. Don't run away to Brussels," she challenged.

"Face the Blumberg family and show that you have ... nothing to do with their mother's death. Don't hide," she said, referring to the family she represents in the European Union suit.

The mother, Techiya, five months pregnant, was fatally shot on August 5, 2001 by Palestinian policemen as she and her family drove past them near their West Bank home in Karnei Shomron. The father, Stephen, has been permanently paralyzed as a result of the attack, as has his 14-year-old daughter Tzipora.

Darshan-Leitner insists that the crusade she leads isn't just her own. She also wants "to let the terror victims fight back, to give them the ability to stop being victims."

Because Palestinian policemen carried out the attack on the Blumbergs, Darshan-Leitner feels the connection to EU money - which funds the PA operation as a whole - is clear

She also argues the PA is responsible for the Ramallah lynching of Novesche, whose family she's representing in its suit, and Sgt.-Maj. Yosef Avrahami, since the murders took place at a PA police station and Palestinian police involvement was shown in the widely publicized video of the attack.

Any day now, Darshan-Leitner expects a first-of-its-kind judgment against Hamas.

But getting the ruling can be easier than collecting the payment due from the decision.

In the case of Iran, assets in the United States (where the judgment was rendered) have been frozen. But due to political considerations, the US government has declined to pay money owed to victims from these funds.

There are also times when Darshan-Leitner can't even bring a case to trial. She declined to pursue the United Nations Relief and Works Agency - for failing to stop or at least inform Israel about terrorist activity in refugee camp sites that they operate - because of the diplomatic immunity treaties in place between Israel and the United Nations.

In January 2001, she petitioned the PA justice ministry to represent Alam Bani Odeh, the first Palestinian accused of collaborating with Israel since the outbreak of the intifada. No Palestinian lawyer was willing to represent Bani Odeh and the PA justice minister said he would consider Darshan-Leitner's request.

However, Bani Odeh was executed several days later following a lightning-quick trial with a PA attorney appointed to represent him.

Darshan-Leitner is also fully aware that the attempt to extradite the Palestinians deported from the Church of the Nativity to European countries will be an uphill battle.

Despite her full docket of complicated and volatile cases, she remains undeterred, saying "There is no limit to this war."



This article can also be read at http://www.jpost.com/servlet/Satellite?pagename=JPost/A/JPArticle/ShowFull&cid=1035172997842

[ Back to the Article ]

Copyright 1995-2002 The Jerusalem Post - http://www.jpost.com/