http://msanews.mynet.net/MSANEWS/200008/20000807.0.html

## Subject: Nitsana Darshan-Leitner & Associates: SYRIA SUED FOR SUPPORTING HAMAS TERROR

```
 __  __  _    _  ___  _  _  ___  _  _  _  _  _  ___
|  \/  |/ __|/ \ | \| || __|| \| || |/ |/ __|
| |\/| |\__ \/ _ \| .` || _| | .` || | /\__ \
|_|  |_||___/_/ \_\_|\_||___||_|\_||_/__|___/
```

Support MSANEWS, a project of learning and enlightenment
"A Mind is a Terrible Thing to Waste"

[ see footer for contact and other pertinent information ]

Source: Direct Submission
Organization: Nitsana Darshan-Leitner & Associates, Law-Offices, Israel
Email: golem <golem@netvision.net.il>
Date: Mon, 7 Aug 2000 14:59:32 +0300
Title: RE: SYRIA SUED FOR SUPPORTING HAMAS TERROR

NOTE:

   See references to other lawsuits filed on behalf of Israelis
   and American Jews by the same Law Offices below. (eds.)


TEXT:

FOR IMMEDIATE RELEASE     Wednesday       August 2, 2000

First Anti-Terrorism Lawsuit Against Syria Seeks $330 Million Plus
Punitive Damages

Family of American Killed in Jerusalem Bombing Files Suit in New York
Court Against Syria, Syria Defense Minister Mustafa Tlass and Intelligence
Chief Gen. Ghazi Kanaan

The widow and children of Ira Weinstein, a 53 year-old native of New York
murdered in a suicide bombing in Israel in 1996, have filed suit in a
Nassau County, New York court against Syria, the Syrian Ministry of
Defense, Syrian Defense Minister Mustafa Tlass and the commander of Syrian
Intelligence in Lebanon, General Ghazi Kanaan. The suits seeks $330
million in damages plus punitive damages.

Ira Weinstein died from injuries sustained in the bombing of the number 18
Egged bus in Jerusalem on February 25, 1996, which was carried out by a
suicide bomber from the Hamas terrorist organization. As a result of the
bombing, Weinstein suffered 4th degree burns over 40% of his body and lost

Subject: Nitsana Darshan-Leitner & Associates: SYRIA SUED FOR SUPPORTING HAMAS TERROR

both legs. Repeated surgeries to save his life were to no avail, and Weinstein died of his injuries seven weeks after the bombing, on April 13, 1996. Ira Weinstein is survived by his wife Susan, and their children Joseph, Jennifer and David.

The suit charges that Syria is liable for the death of Ira Weinstein because it provided Hamas terrorists with material resources and military training to carry out the bombing in which he was killed.

The Weinsteins' suit was filed under the Anti-Terrorism and Effective Death Penalty Act which was passed by Congress in 1996. This statute allows American victims of terrorism to file suit in U.S. state courts against foreign countries officially designated as "state sponsors of terrorism".

Syria has been on the list of foreign nations designated by the U.S. government as "state sponsors of terrorism" since 1979, when the first such list was issued.

The Weinsteins' suit cites Congressional testimony by the U.S. State Department's Coordinator for Counterterrorism, which specifically charges Syria with routinely providing Hamas terrorists with training, logistical support and other resources for the commission of terrorist attacks.

The Weinstein family is represented in the United States by the New York law firm of Westerman Shapiro Draghi & Miller, and in Israel by attorney Nitsana Darshan-Leitner of Tel Aviv.

Continued on page 2

According to the Weinsteins' Israeli attorney Nitsana Darshan-Leitner:

"The material support which Syria provides to Hamas on a routine basis played a central role in most of the Hamas terrorist attacks carried out during the '90s, including the mass suicide bombings which we all remember too well. When the New York court imposes a judgment of several hundred million dollars on Syria - as was the case in similar suits against Iran and Cuba - the regime in Damascus will begin to understand that supporting terrorism does not pay.

"The Weinsteins suit is only the first in a series of similar suits by American victims of Hamas terrorism, which we will file against Syria in the coming months. I expect - in light of the size of the judgments handed down against Iran in recent years - that Syria's liability will ultimately exceed one billion dollars. Syria - which is a poor country - will have to chose between terrorism and bankruptcy.

The Weinsteins' suit is the latest in a rapidly growing series of civil actions brought by American victims of terrorism:

▶ In 1998, the U.S. District Court in Washington D.C. awarded the family of Alisa Flatow, an American student killed by an Iranian-sponsored terrorist attack in Israel, a $247,000,000 judgment against Iran.

▶ In March of this year, the U.S. District Court in Washington D.C. ordered Iran to pay former Associated Press reporter Terry Anderson and his family damages totalling $341,000,000. Anderson was held hostage by the Iranian-sponsored Hizballah terrorist organization.

▶ Also in March of this year, the children of Yaron Ungar, a U.S. citizen killed in a Palestinian drive-by attack in Israel in 1996, filed suit against Yasser Arafat and the Palestinian Authority in U.S. federal court in Rhode Island seeking $250 million in damages.

Subject: Nitsana Darshan-Leitner & Associates: SYRIA SUED FOR SUPPORTING HAMAS TERROR

▷ In May of this year, the parents of David Boim, an American teenager murdered in a Hamas shooting 4 years ago, filed suit in a Chicago federal court against a series of U.S.-based Islamic organizations and activists alleged to provide financial support for Hamas.

For a copy of the complaint or for further information contact:

In Israel: 972-53-837-020

---

MSANEWS NOTE:

Other lawsuits filed by "Nitsana Darshan-Leitner & Associates, Law-Offices" on behalf of Israelis and American Jews:

-- Lawsuit against Arafat and the Palestinian Authority
   http://msanews.mynet.net/MSANEWS/200003/20000312.2.html

-- Egyptian Ambassador Sued for Sexual Advances
   http://msanews.mynet.net/MSANEWS/199712/19971226.2.html

-- Egypt Sues Mossad and Israeli Belly-Dancer After Ambassador's
   Name Has Been Cleared
   http://msanews.mynet.net/MSANEWS/199810/19981006.4.html

---

```
 /  |/ / ___|    /  |/  / ___| / | / / ___/ |/  / ___/
/ /| | \ \ / /   / /|  / / __ / | |/ /\ \  /   / /\ \
/ / | |/ / | |/ | / / | | / /__ / /|  / /__/ / | |\ \ \ \
/_/  |_/   |_/  |_/ /_/  |_|/____//_/ |_/____/  |_| \_\_\_\
```

Views expressed on MSANEWS do not necessarily represent those of the MSANEWS editors, the Ohio State University or any of our associated staff and "watchers". Further distribution of material featured on this list may be restricted. In all cases, please obtain the necessary permission of the authors or rightful owners before forwarding any material to or from this list. This service is meant for the exchange of analyses and news, for both academic and activist usage. We depend on your input. However, this is not a discussion list. Thank you.

To subscribe, send e-mail to: <listserver@lists.acs.ohio-state.edu>
with the message body "subscribe MSANEWS Firstname Lastname".
To unsubscribe, send e-mail to the above address, with the message body
"unsubscribe MSANEWS".

MSANEWS Home Page:            <http://msanews.mynet.net/>
Comments to the Editors:      <msanews-ed@msanews.mynet.net>
Submissions for MSANEWS:      <msanews@msanews.mynet.net>
Problems with subscription:   <msaosu@postbox.acs.ohio-state.edu>