NEWS
Israeli Jail Term For Queens Man
The Associated Press

09/13/1986
Newsday
CITY
14
(Copyright Newsday Inc., 1986)

A student from Queens who returned to Israel three weeks ago to face charges of attacking Arabs has pleaded guilty and been sentenced to 30 months in an Israeli prison, his lawyer said yesterday.

The guilty plea was entered Thursday in Jerusalem by Craig Leitner, a student at Pace University, attorney Stanley Lupkin said.

Israel accused Leitner and four others of several terrorist acts, the last of which was an armed attack on a bus carrying Arabs to work near the village of Ramallah on March 4, 1984, Lupkin said. Six Arabs were wounded in a spray of rifle fire.

Leitner, 24, was also charged with pouring kerosene on several cars and a bus owned by Arabs in Hebron and setting them afire during July and August, 1983. The government also said Leitner threw firebombs through the window of an Arab-language newspaper, Al Fajr, in August, 1983, and tried to throw two more bombs the window of an Arab family in Jerusalem.

Leitner and the others were arrested by Israeli police shortly after the bus attack and charged with attempted murder, arson, attempted arson and conspiracy.

Three codefendants pleaded guilty and a fourth was acquitted at a trial at which Leitner was supposed to testify for the government. Instead he fled to the United States.

He was arrested by federal marshals Jan. 15 at Pace.

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Case 1:00-cv-00105-L-DLM    Document 90-5    Filed 11/05/02    Page 3 of 5 PageID #: 11715

NEWS
**NY Student Held in Israel Terror**
By Larry Bivins

01/16/1986
Newsday
CITY
07
(Copyright Newsday Inc., 1986)

A Pace University law student was arrested yesterday in connection with a string of terrorist attacks against Arabs in Israel, including a machine-gun assault that wounded six Palestinians.

A U.S. marshal and a New York City police officer, members of the Fugitive Investigation Strike Team, awoke Craig Arthur Leitner, 24, at his first-floor dormitory room at the White Plains campus. He offered no resistance during the 6:25 a.m. arrest, authorities said.

"He was upset that we woke him up so early," the marshal, Victor O'Boyski, said. "He wanted to know if there was some political reason for it." O'Boyski was assisted by city police Det. Dennis Callahan.

O'Boyski said he began searching for Leitner last March after the Israeli government "asked us to do a discreet inquiry on whether or not he was in New York. They gave us his parents' address, and that's all I had." Israel made the request through Interpol, the international police network, which contacted the State Department in Washington.

The suspect is the son of Benjamin Leitner of Douglaston, Queens, who is under investigation by U.S. postal inspectors in connection with a mail-fraud scheme, according to investigator Rick Evans of the Postal Service in Connecticut. Benjamin Leitner declined to comment yesterday.

Craig Leitner, described by his attorney, Murray Cutler, as a former Eagle Scout who had been working on behalf of the homeless, had admitted to participating in six attacks on Arab citizens in West Jerusalem and the occupied West Bank, according to a complaint by the U.S. attorney's office for the Eastern District of New York.

In one of the attacks, on March 4, 1983, six Palestinians were wounded by machine-gun fire that riddled a bus.

Leitner drove the rented getaway car, the complaint said, and played a major role in planning the attack. He also was accused of several acts of arson against Arab-owned vehicles and the firebombing of an Arab home while the occupants were asleep. There were no injuries in the latter incidents.

Four other men also were accused in the attacks. Three of them pleaded guilty and were convicted and sentenced. A fourth man was acquitted when Leitner failed to appear for the state as he had agreed in return for immunity, the complaint said.

Shortly after the arrest of the five in March, 1984, Rabbi Meir Kahane, founder of the Jewish Defense League based in New York, identified the suspects as members of a militant group he was leading in Israel.

Leitner was ordererd held without bail, pending extradition proceedings, which Israel has 60 days to initiate. The Attacks on Arabs

Craig Arthur Leitner is wanted by Israeli authorities in connection with several terrorist attacks, all of which occurred in 1983:

March 4: A busload of Palestinians on their way to work in Ramallah in the West Bank was hit with machine-gun fire. Six were injured.

July 21-22: Three cars owned by Arabs living in the West Bank city of Hebron were doused with kerosene and set afire. No casualties.

July 31: An Arab-owned bus parked on a Hebron street was soaked in kerosene and set afire. No casualties.

July 31: A Molotov cocktail was hurled through the office windows of the Arab-language newspaper, Al Fajr, in Jerusalem, causing a fire. No casualties.

Dec. 20: Three cars belonging to Arabs in the Wadi Joz district of Jerusalem were scorched in a fire kindled with kerosene. No casualties.

Dec. 22: Two firebombs were thrown at a window of a home where an Arab family was asleep. The firebombs missed their target and struck the wall of an adjacent house in the Shuafat section of Jerusalem. No casualties.

Photo by Donna Dietrich-Federal marshals lead Craig Arthur Leitner, center, into the Metropolitan Correctional Center in Lower Manhattan.; ISRAEL TARGET; Accused Anti-Arab Terrorist Nabbed-Page 7

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.