RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NOV 15 2002

DAVID L. MARTIN U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' MOTION FOR SANCTIONS

For the reasons presented in the accompanying memorandum in support of this motion, plaintiffs respectfully request that the Court impose sanctions against the PA and PLO.

```
With the agreement of Plaintiffs,
RULED MOOT in open court on
12/12/02.
```

Plaintiffs, by their Attorney,

*David L. Martin*
David L. Martin
United States Magistrate Judge
December 12, 2002

David J. Strachman #4404
McIntyre, Tate, Lynch and Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

### CERTIFICATION

I hereby certify that on the ____ day of July, 2002 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

☐ Referred to U.S.M.J. _____
☐ for findings & recommendations
☐ for determination
☐

Ronald R. Lagueux, Senior U.S. District Judge
Date: 11-14-02

92