UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## PLAINTIFFS' MOTION TO STRIKE

For the reasons presented in the accompanying memorandum in support of this motion, plaintiffs respectfully request that the Court strike the PLO and PA defendants' recent filing and order Messrs. Clark, Schilling and Sherman to either enter an appearance on behalf of the HAMAS defendants or bar them from advocating on their behalf.

With the agreement of Plaintiffs, RULED MOOT in open court on 12/12/02.

_____
David L. Martin
United States Magistrate Judge
December 12, 2002

Plaintiffs, by their Attorney,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch and Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

### CERTIFICATION

I hereby certify that on the ___ day of July, 2002 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

