

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

December 12, 2002

TITLE: EFRAT UNGAR, ET AL v PALESTINIAN AUTHORITY, ET AL

CA 00-105L

MAGISTRATE JUDGE: David L. Martin

COURTROOM CLERK: Martha Saucier

---

COUNSEL PRESENT:

Plaintiff: David Strachman

Defendant: Lawrence Schilling
Deming Sherman

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiffs' Motion to Compel Discovery, Motion to Strike, Motion to Sever, Motion for Sanctions and Plaintiffs' Petition for Issuance of Letter of Request for Judicial Assistance

All counsel of record present. Mr. Schilling present via telephone. Mr. Strachman states motions to strike and for sanctions are not being pressed by the plaintiffs. Court rules the motions to strike and for sanctions are moot. Mr. Strachman argues motion to sever. Mr. Schilling states objection. Mr. Strachman responds. Court to issue an order within 24 orders on plaintiffs' motion to sever. Mr. Strachman argues the motion to compel. Mr. Schilling states objections. Court grants the motion to compel discovery with conditions. Mr. Schilling states objections to the Plaintiffs' Petition for Issuance of a Letter of Request for Judicial Assistance. Mr. Strachman argues for the petition. Mr. Strachman to prepare orders.