UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 0 5 2002
Property of U.S. District Court
District of Rhode Island

THE ESTATE OF YARON UNGAR, et al.

v.   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ORDER

This matter was heard via telephone conference before Magistrate Judge David L. Martin on December 2, 2002 on the defendants' request to continue the December 12, 2002 hearing and after hearing, it is hereby:

## ORDERED

Defendants' request to continue the December 12, 2002 hearing on plaintiffs' Motion to Compel Discovery, Motion to Strike, Motion to Sever, Motion for Sanctions, and Petition for Issuance of Letter of Request for Judicial Assistance is hereby denied.

SO ORDERED.

_____
David L. Martin
United States District Court

RECEIVED
DEC 12 2002
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

