UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

### WITHDRAWAL OF PLAINTIFFS' PETITION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE

Now come the Plaintiffs and hereby withdraw their Petition for Issuance of Letter of Request for Judicial Assistance. The Plaintiffs' petition is now moot.

Plaintiffs
By their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

### CERTIFICATION

I hereby certify that on the ___13___ day of January, 2003, I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

RULED MOOT.

David L. Martin
United States Magistrate Judge
January 14, 2003