UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
_____ )

### PALESTINIAN DEFENDANTS' MOTION TO EXCEED TEN-PAGE LIMIT FOR EXHIBITS

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), move to exceed the ten-page limit for exhibits to their Motion for Reconsideration being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: January 27, 2003

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Motion to Exceed Ten-Page Limit for Exhibits to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR,  )
et al                       )
                            )
                            )
        v.                  )    C.A. No. 00-105L
                            )
THE PALESTINIAN AUTHORITY,  )
et al                       )
                            )
_____)

**MEMORANDUM IN SUPPORT OF
PALESTINIAN DEFENDANTS' MOTION TO
EXCEED TEN-PAGE LIMIT FOR EXHIBITS**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the ten-page limit for exhibits to their Motion for Reconsideration. Defendants move to attach the following exhibits (which total 45 pages) to the Memorandum in support of their Motion:

1.  Terror defendant getting off too easy?, World Net Daily, December 21, 2002
    (3 pages)

2.  Legal Eagle, Jerusalem Post, October 21, 2002
    (3 pages)

3.  Ungar v. PA, "Complaint" published on the internet
    (19 pages)

4.  Press release: "Supporting Hamas Terror", Nitsana Darshan-Leitner & Associates, August 2, 2000
    (3 pages)

5a. Jail Term for Queens Man, Newsday, September 13, 1986.
    (1 page)

5b. N.Y. Student Held In Israel Terror, Newsday, January 16, 1986
    (2 pages)

6. Fighting Terrorism In Court: Israeli lawyer sues in bid to cut off funds to Palestinian Authority, National Post, November 23, 2002
(2 pages)

7. Human Rights Watch: "Israel Uses Excessive Force," report, January 15, 2003
(12 pages)

These exhibits are integral to the argument advanced by the defendants and need to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: January 27, 2003

_/s/ Deming E. Sherman_
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903 and mailed to Nitsana Darshan-Leitner, Esq., 28 Emek Ayalon Street, Modi'in 71770, Israel.

_/s/ Deming E. Sherman_