UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
 )
 )
v. ) C.A. No. 00-105L
 )
 )
THE PALESTINIAN AUTHORITY, )
et al )
 )
_____ )

## PALESTINIAN DEFENDANTS' MOTION TO EXCEED TEN-PAGE LIMIT FOR EXHIBITS

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), move to exceed the ten-page limit for exhibits to their Motion for Reconsideration being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: January 27, 2003

_Deming E. Sherman_
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

Granted:
_Ronald R. Lagueux_
Sr. USDJ  1/30/03

[Stamp: RECEIVED JAN 29 2003 Property of U.S. District Court District of Rhode Island]