UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ORDER

This matter came on for hearing before Magistrate Judge David L. Martin on December 12, 2002 on the plaintiffs' Motion to Compel Discovery and Defendant's objection and after hearing in court in open court, it is hereby:

## ORDERED

1. The Plaintiffs' Motion to Compel is granted.

2. The Palestinian Authority shall respond to the interrogatories, request for production of documents, and request for admissions filed on January 24, 2002 (and stayed by this Court's order of June 20, 2002) within 45 days of December 12, 2002. The Palestinian Authority's responses may include appropriate objections. However, the Court has advised the defendant that any objection may be deemed waived for its failure to file objections prior to December 12, 2002.

3. Plaintiffs may issue deposition notices to The Palestinian Authority officers and employees upon 60 days notice. The deposition notices may issue for depositions to occur in the District of Rhode Island. The Palestinian Authority may file objections to the depositions indicating with specificity their objection, such as location, etc.

4. The defendants' request to stay this order is denied.

SO ORDERED.

David L. Martin , USMJ
United States District Court