**UNITED STATES DISTRICT COURT**
DISTRICT OF RHODE ISLAND
JOHN O. PASTORE FEDERAL BUILDING
TWO EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903-1779

DAVID L. MARTIN
U.S. MAGISTRATE JUDGE

(401) 752-7080
FAX (401) 752-7085

December 13, 2002

David J. Strachman, Esquire
McIntyre, Tate, Lynch & Holt
Counsellors at Law
321 South Main Street, Suite 400
Providence, RI 02903

Lawrence W. Schilling, Esquire
Ramsey Clark & Lawrence W. Schilling Law Offices
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

RE: <u>Estate of Ungar, et al. v. The Palestinian Authority, et al.</u>   C.A. No. 00-105L

Dear Counsel:

During the hearing on December 12, 2002, Mr. Schilling made reference to Defendants' Renewed Motion for a Stay and Motion for Leave to Seek a Protective Order (document filing #60) and Palestinian Defendants' Motion for a Protective Order (document filing #63).

The court received the impression that Mr. Schilling was suggesting the court either had not ruled on both motions or had not ruled definitely that discovery was stayed only until Judge Lagueux issued his decision on the Palestinian Defendants' motion to dismiss. Because the court did not have immediately at hand its June 20, 2002, Order Staying Discovery, the court did not reject that suggestion as strongly as the record warrants.

As is reflected on the enclosed copy of the Order, the court ruled upon both motions and discovery was stayed until Judge Lagueux issued his ruling. That ruling was issued on November 4, 2002, and the stay ended on that date.

Very truly yours,

*David L. Martin*

DAVID L. MARTIN
U.S. MAGISTRATE JUDGE

DLM/mis
enc.