1997 WL 326594  Page 1
(Cite as: 1997 WL 326594 (S.D.N.Y.))

**H**
Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter, as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al., Defendants.
Sophie CHASSER and Anna Schneider, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman, Paul Weltman and Evelyn Weltman, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO ED ALTRI-GESTIONE M/N ACHILLE LAURO S.N.C., et al., Defendants.

Nos. 85 CIV. 9303(LLS), 86 CIV. 6332(LLS), 85 CIV. 9708(LLS), 86 CIV. 4657(LLS).

June 12, 1997.

LOUIS L. STANTON, District Judge.

*1 Counsel having shown cause by letters dated May 20, 1997 and June 3, 1997, it is

ORDERED that this court's order dated April 2, 1997 is vacated and--

(1) the time by which trial witnesses on behalf of the Palestine Liberation Organization must complete their depositions is extended to Tuesday, July 15, 1997;

(2) on or before Monday, July 28, 1997, the parties plaintiff shall serve on the parties defendant a draft joint pre-trial order in the form prescribed in this court's standing orders;

(3) on or before Friday, August 15, 1997, the parties shall file a joint pre-trial order in the form prescribed in this court's standing orders, and each side shall file proposed voir dire questions, requests to charge, and trial briefs;

(4) a final pre-trial conference pursuant to Fed.R.Civ.P. 16(d) will be held at noon on Monday, August 25, 1997; and

(5) the case is set for jury trial to begin at 10:00 a.m. on Tuesday, September 2, 1997.

All papers must be delivered by hand or express mail so that they are received by 5:00 p.m. on the date stated.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other action as may be just in the circumstances.

1997 WL 326594, 1997 WL 326594 (S.D.N.Y.)

END OF DOCUMENT

1997 WL 158393                                                                                          Page 1
(Cite as: 1997 WL 158393 (S.D.N.Y.))

▶ Only the Westlaw citation is currently available.

United States District Court,
S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter,
as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE
MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al.,
Defendants.
Sophie Chasser and Anna Schneider, Plaintiffs,
v.
Achille Lauro Lines, The Lauro Lines Flotto Achille,
Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola Meskin, Seymour Meskin, Sylvia Sherman,
Paul Weltman and Evelyn Weltman,
Plaintiffs,
v.
Achille Lauro Lines, The Lauro Lines Flotto Achille,
Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald Saire and Anna G. Saire, Plaintiffs,
v.
Achille Lauro Ed Altri-Gestione M/N Achille Lauro
S.N.C., et al., Defendants.

Nos. 85 Civ. 9303(LLS), 85 Civ. 9708(LLS), 86
Civ. 4657(LLS), 86 Civ.
6332(LLS).

April 3, 1997.

MEMORANDUM AND ORDER

STANTON, District Judge.

*1 Counsel having shown cause by letter dated April 2, 1997, it is

ORDERED that

(1) the time by which trial witnesses on behalf of the Palestine Liberation Organization must complete their depositions is extended to Tuesday, June 17, 1997;

(2) on or before Monday, June 30, 1997, the parties plaintiff shall serve on the parties defendant a draft joint pre-trial order in the form prescribed in this court's standing orders;

(3) on or before Friday, July 18, 1997, the parties shall file a joint pre- trial order in the form prescribed in this court's standing orders, and each side shall file proposed voir dire questions, requests to charge, and trial briefs;

(4) a final pre-trial conference pursuant to Fed.R.Civ.P. 16(d) will be held at noon on Friday, July 25, 1997;

(5) the case is set for jury trial to begin at 10:00 a.m. on Monday, August 4, 1997; and

(6) this court's order dated January 17, 1997 is vacated to the extent inconsistent with this order.

All papers must be delivered by hand or express mail so that they are received by 5:00 p.m. on the date stated.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other action as may be just in the circumstances.

1997 WL 158393, 1997 WL 158393 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1997 WL 23189    Page 1
(Cite as: 1997 WL 23189 (S.D.N.Y.))

▶ Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter, as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al., Defendants.
Sophie CHASSER and Anna Schneider, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman, Paul Weltman and Evelyn Weltman, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO ED ALTRI-GESTIONE M/N ACHILLE LAURO S.N.C., et al., Defendants.

Nos. 85 Civ. 9303 (LLS), 85 Civ. 9708 (LLS), 86 Civ. 4657 (LLS), 86 Civ. 6332 (LLS).

Jan. 21, 1997.

MEMORANDUM AND ORDER

STANTON, District Judge.

*1 Counsel having appeared before me today at a pre-trial conference, and the court being fully advised, it is

ORDERED that

(1) this court's orders dated March 24, 1994 and November 15, 1995 are vacated;

(2) no witness on behalf of the Palestine Liberation Organization shall be permitted to testify at trial unless (a) the deposition of the witness is completed on or before Friday, April 18, 1997, or (b) before April 1, 1997, the Palestine Liberation Organization tenders the witness, and the parties plaintiff decline to take his or her deposition;

(3) on or before Thursday, May 1, 1997, the parties plaintiff shall serve on the parties defendant a draft joint pre-trial order in the form prescribed in this court's standing orders;

(4) on or before Monday, May 19, 1997, the parties shall file a joint pre-trial order in the form prescribed in this court's standing orders, and each side shall file proposed voir dire questions, requests to charge, and trial briefs;

(5) a final pre-trial conference pursuant to Fed.R.Civ.P. 16(d) will be held at 2:20 p.m. on Friday, May 23, 1997; and

(6) the case is set for jury trial to begin at 10:00 a.m. on Monday, June 2, 1997.

All papers must be delivered by hand or express mail so that they are received by 5:00 p.m. on the date stated.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other action as may be just in the circumstances.

1997 WL 23189, 1997 WL 23189 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1996 WL 469314 Page 1
(Cite as: 1996 WL 469314 (S.D.N.Y.))

**H**
Only the Westlaw citation is currently available.

1996 WL 469314, 1996 WL 469314 (S.D.N.Y.)

END OF DOCUMENT

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter, as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al., Defendants.
Sophie CHASSER and Anna Schneider, Plaintiffs,
v.
ACHILLE LAURO LINES, the Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman, Paul Weltman and Evelyn Weltman,
Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO ED ALTRI-GESTIONE M/N ACHILLE LAURO S.N.C., et al., Defendants.

No. 85 CIV. 9303 LLS, 85 CIV. 9708 LLS, 86 CIV. 4657 LLS, 86 CIV. 6332 LLS.

Aug. 19, 1996.

MEMORANDUM AND ORDER

STANTON, District Judge.

*1 Sufficient cause appearing, the date set in the final paragraph of this court's order dated November 15, 1995 for the Clerk to enter an order directing judgment on issues of liability to be entered in favor of Crown Travel and against the Palestine Liberation Organization, and directing an inquest, is postponed until Monday, January 13, 1997, and the last date set for counsel to file an affidavit showing compliance with this court's order dated March 24, 1994 is extended to Thursday, January 9, 1997.

So ordered.

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1996 WL 389285                                Page 1
(Cite as: 1996 WL 389285 (S.D.N.Y.))

**H**
Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter,
as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE
MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al.,
Defendants.
Sophie CHASSER and Anna Schneider, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto
Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman,
Paul Weltman and Evelyn Weltman,
Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto
Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO ED ALTRI-GESTIONE M/N
ACHILLE LAURO S.N.C., et al., Defendants.

Nos. 85 Civ. 9303 LLS, 85 Civ. 9708 LLS, 86 Civ.
4657 LLS and 86 Civ. 6332 LLS.

July 10, 1996.

MEMORANDUM AND ORDER

*1 Sufficient cause appearing, the date set in the final paragraph of this court's order dated November 15, 1995 for the Clerk to enter an order directing judgment on issues of liability to be entered in favor of Crown Travel and against the Palestine Liberation Organization, and directing an inquest, is postponed until Monday, October 14, 1996, and the last date set for counsel to file an affidavit showing compliance with this court's order dated March 24, 1994 is extended to Thursday, October 10, 1996.

So ordered.

1996 WL 389285, 1996 WL 389285 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1996 WL 173347  Page 1
(Cite as: 1996 WL 173347 (S.D.N.Y.))

**H**
Only the Westlaw citation is currently available.

END OF DOCUMENT

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter,
as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE
MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al.,
Defendants.
Sophie CHASSER and Anna Schneider, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto
Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman,
Paul Weltman and Evelyn Weltman,
Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto
Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO ED ALTRI-GESTIONE M/N
Achille Lauro S.N.C., et al., Defendants.

No. 85CIV.9303 (LLS), 85CIV.9708 (LLS),
86CIV.4657 (LLS), 86CIV.6332 (LLS).

April 11, 1996.

MEMORANDUM AND ORDER

STANTON, District Judge.

*1 Sufficient cause appearing, the date set in the final paragraph of this court's order dated November 15, 1995 for the Clerk to enter an order directing judgment on issues of liability to be entered in favor of Crown Travel and against the Palestine Liberation Organization, and directing an inquest, is postponed until Monday, July 15, 1996, and the last date set for counsel to file an affidavit showing compliance with this court's order dated March 24, 1994 is extended to Friday, July 12, 1996.

So ordered.

1996 WL 173347, 1996 WL 173347 (S.D.N.Y.)

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1996 WL 63062
(Cite as: 1996 WL 63062 (S.D.N.Y.))

Page 1

**H**
Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter, as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE MOTONAVE ACHILLE LAURO IN
AMMINISTRAZIONE STRAORDINARIA, et al., Defendants.
Sophie CHASSER and Anna Schneider, Plaintiffs,
v.
ACHILLE LAURO LINES, the Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman, Paul Weltman and Evelyn Weltman, Plaintiffs,
v.
ACHILLE LAURO LINES, the Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO ED ALTRI-GESTIONE M/N Achille Lauro S.N.C., et al., Defendants.

Nos. 85 Civ. 9303 (LLS), 85 Civ. 9708 (LLS), 86 Civ. 4657 (LLS), 86 Civ. 6332 (LLS).

Feb. 13, 1996.

MEMORANDUM AND ORDER

STANTON, District Judge.

*1 Sufficient cause appearing, the date set in the final paragraph of this court's order dated November 15, 1995 for the Clerk to enter an order directing judgment on issues of liability to be entered in favor of Crown Travel and against the Palestine Liberation Organization, and directing an inquest, is postponed until Monday, April 15, 1996, and the last date set for counsel to file an affidavit showing compliance with this court's order dated March 24, 1994 is extended to Friday, April 12, 1996.

So ordered.

1996 WL 63062, 1996 WL 63062 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1996 WL 15685                          Page 1
(Cite as: 1996 WL 15685 (S.D.N.Y.))

**H**
Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter, as Co-Executrixes of the
Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO Ed Altri-Gestione Motonave Achille Lauro In
Amministrazione Straordinaria, et al., Defendants.
Sophie CHASSER and Anna SCHNEIDER, Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Viola MESKIN, Seymour Meskin, Sylvia Sherman, Paul Weltman and Evelyn Weltman,
Plaintiffs,
v.
ACHILLE LAURO LINES, The Lauro Lines Flotto Achille, Chandris Cruise Lines and
ABC Tours Travel Club, Defendants.
Donald SAIRE and Anna G. Saire, Plaintiffs,
v.
ACHILLE LAURO Ed Altri-Gestione M/N Achille Lauro S.N.C., et al., Defendants.

Nos. 85 Civ. 9303 (LLS), 85 Civ. 9708 (LLS), 86 Civ. 4657 (LLS), 86 Civ. 6332 (LLS).

Jan. 17, 1996.

MEMORANDUM AND ORDER

STANTON, District Judge.

*1 Sufficient cause appearing, the date set in the final paragraph of this court's order dated November 15, 1995 for the Clerk to enter an order directing judgment on issues of liability to be entered in favor of Crown Travel and against the Palestine Liberation Organization, and directing an inquest, is postponed until Thursday, February 15, 1996, and the last date set for counsel to file an affidavit showing compliance with this court's order dated March 24, 1994 is extended from Friday, January 12, 1996 to Tuesday, February 13, 1996.

So ordered.

1996 WL 15685, 1996 WL 15685 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1995 WL 680931  
(Cite as: 1995 WL 680931 (S.D.N.Y.))

Page 1

▶ Only the Westlaw citation is currently available.

United States District Court, S.D. New York.

Ilsa KLINGHOFFER and Lisa Klinghoffer Arbitter, as Co-Executrixes of the Estates of Leon and Marilyn Klinghoffer, Plaintiffs,
v.
S.N.C. ACHILLE LAURO ED ALTRI-GESTIONE MOTONAVE ACHILLE LAURO IN AMMINISTRAZIONE STRAORDINARIA, et al., Defendants.
Sophie Chasser and Anna Schneider, Plaintiffs,
v.
Achille Lauro Lines, The Lauro Lines Flotto Achille, Chandris Cruise Lines and ABC Tours Travel Club, Defendants.
Viola Meskin, Seymour Meskin, Sylvia Sherman, Paul Weltman and Evelyn Weltman, Plaintiffs,
v.
Achille Lauro Lines, The Lauro Lines Flotto Achille, Chandris Cruise Lines and ABC Tours Travel Club, Defendants.
Donald Saire, and Anna G. Saire, Plaintiffs,
v.
Achille Lauro Ed Altri-Gestione M/N Achille Lauro S.N.C.,, et al., Defendants.

Nos. 85 Civ. 9303(LLS), 85 Civ. 9708(LLS), 85 Civ. 4657(LLS), 85 Civ. 6332(LLS).

Nov. 16, 1995.

MEMORANDUM AND ORDER

STANTON, District Judge:

*1 On March 24, 1994 the court, having considered with counsel for the parties the need for the testimony of Yasser Arafat (including his prior professions of willingness to testify, his personal participation [FN*] in and knowledge of the arrangements respecting the hostages aboard the *Achille Lauro,* and the inadequacy of alternate techniques of discovery) allowed more than five months for the taking of his deposition at his office, and directed that--
 ... on or before Monday, September 12, 1994, the defendant Palestine Liberation Organization appear by Yasser Arafat for the taking of its deposition at the office of the Palestine Liberation Organization (or any successor to the Palestine Liberation Organization) in Tunis, Tunisia, or at such other place as may be agreed to by the parties.

Despite statements made by the PLO in August, September and October of 1994 reflecting apparent willingness to set a time and place for the deposition, almost twenty months have passed without its compliance with the March 24, 1994 order. Defendant Crown Travel having moved on May 5, 1995 under F. R. Civ. P. 37 for a default judgment against the third-party defendant Palestine Liberation Organization, its motion is granted to the following extent:

Without the need for further application to the court, the Clerk will enter an order on Monday, January 15, 1996 directing that judgment on issues of liability be entered in favor of Crown Travel and against the Palestine Liberation Organization, and that a Magistrate Judge of this court be chosen, by the usual process of random selection, to hold an inquest and submit a report and recommendation regarding the amount of damages, costs and disbursements to be awarded defendant Crown Travel and against the Palestine Liberation Organization, unless on or before Friday, January 12, 1996, any counsel files an affidavit showing compliance with this court's order of March 24, 1994.

So ordered.

FN* See, *e.g.,* the assertion at p. 4 of the PLO's June 12, 1995 Memorandum In Opposition that Mr. Arafat "labored ceaselessly to end the seizure, protect the passengers and crew, and return the ship to its owners ...."

1995 WL 680931, 1995 WL 680931 (S.D.N.Y.)

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

```
------------------------X
DONALD SAIRE, et al.,              :
              Plaintiffs,          :
         - against -               :      86 Civ. 6332 (LLS)
ACHILLE LAURO ED ALTRI-GESTIONE M/N :
ACHILLE LAURO S.N.C., et al.,      :
              Defendants.          :
------------------------X
```

The court having heard the parties at a pre-trial conference this day, and being informed of the circumstances, it is

ORDERED that

(1) this court's order dated February 7, 1994, is superseded as follows, and

(2) on or before Monday, September 12, 1994, the defendant Palestine Liberation Organization appear by Yasser Arafat for the taking of its deposition at the office of the Palestine Liberation Organization (or any successor to the Palestine Liberation Organization) in Tunis, Tunisia, or at such other place as may be agreed to by the parties.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other action as may be just in the circumstances.

Dated: March 24, 1994
       New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.