UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                        C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' CORRECTED* MOTION TO STRIKE

For the reasons presented in the accompanying memorandum in support of this motion, plaintiffs hereby move:

(1) that the Court strike sections 2(c) (in toto) and 2(d) (second sentence only) of the memorandum submitted by defendants PA and PLO in support of their Motion for Reconsideration dated November 20, 2002, which sections contain statements prohibited by Fed.R.Civ.P. 11 and 12(f);

(2) that the Court strike sections 3 though 12 of the memorandum submitted by defendants PA and PLO in support of their Motion for Reconsideration dated January 27, 2003, which sections contain statements prohibited by Fed.R.Civ.P. 11 and 12(f);

(3) that the Court strike the attachments/exhibits to the defendants' memoranda as the inclusion of said documents in defendants' filings is prohibited by Fed.R.Civ.P. 11 and 12(f);

---

*
Purely as the result of a typographical error, §§ 2 and 3 of plaintiffs' original Motion to Strike omitted clear references to defendants' January 27, 2003 motion and memorandum, which error has been corrected herein. In any case, plaintiffs' memorandum made clear that the instant motion referred to both of defendants' motions. Plaintiffs also note that the relief sought in §4 of this motion has been mooted by the subsequent filing of plaintiffs' Memorandum in Opposition to defendants motion to reconsider of January 27, 2003.

(4) that the Court stay the time for plaintiffs' answer to defendants' Motion for Reconsideration January 27, 2003, pending the Court's decision on the instant motion.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ___2___ day of February, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903