UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
)
_____)

## PALESTINIAN DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants The Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move for reconsideration of the Court's order of January 14, 2003 granting plaintiffs' motion to compel discovery and denying a stay, and defendants request that the Court reconsider and set aside and/or stay its discovery order of January 14, 2003.

A copy of a letter from Ambassador Al-Kidwa to Magistrate Judge Martin dated January 27, 2003 is attached hereto and incorporated by reference.

A Memorandum is filed herewith.

Dated: January 27, 2003

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

☐ Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination

_____ R. Lagueux, Senior U.S. District Judge
Date: 2/26/03

**RECEIVED FEB 26 2003**

DENIED for the reasons stated in Plaintiffs' Memorandum in Opposition.

David L. Martin, U.S.M.J.
March 20, 2003

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

116