

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

April 1, 2003

CA 00-105L

TITLE: EFRAT UNGAR, ET AL v THE PALESTINIAN LIBERATION ORGANIZATION

MAGISTRATE JUDGE: David L. Martin

COURTROOM CLERK: Martha Saucier

---

COUNSEL PRESENT:

        Plaintiff: David Strachman
        Defendant: Deming Sherman
                Ramsey Clark
                Lawrence Schilling

**************************************************************************

**Plaintiff's Motion to Enter Default Against The Palestinian Authority and The Palestinian Liberation Organization**

All counsel of record present. Mr. Strachman argues motion to enter default against the PA and the PLO. Mr. Clark states objections to the motion. Mr. Strachman responds to the objections. Mr. Clark responds. Court takes matter under advisement

