# EXHIBIT A

With reference to the following entities please provide for the period 1993 to the present:

PLO
P.L.O.
Palestine Liberation Organization
PNA
P.N.A.
Palestinian National Authority
Palestinian Authority
Palestinian National Fund
Palestine Liberation Organization, Palestinian National Fund
Ministry of Finance
Palestinian National Authority, Ministry of Finance Account
Palestine Monetary Fund
Palestinian National Authority, Palestine Monetary Fund
Joint Investment Fund
Palestine Liberation Organization Pension Fund
Palestinian National Authority Pension Fund
P.E.C.D.A.R.
P.C.S.C.
P.A.
Palestine Liberation Organization, P.L.O., Palestinian National Fund
SAMED
Palestinian National Authority, Palestine Monetary Fund, Joint Investment Fund
Palestinian National Authority, Palestine Monetary Authority
P.M.A.
P.M.A., Investment Department
Palestinian National Authority, Palestine Monetary Authority, Investment Department

All books and records of any asset, including but not limited to deposits, accounts, brokerage accounts, shares, bonds, stocks, securities, notes, funds, investments, investment trusts, trust funds, hedge funds, partnerships, trusts, realty trusts, and joint ventures titled, held and/or owned and/or in which any of said entities controls, directs, or has an equitable and/or legal interest.

All books and records of loans, loan applications, borrowing, and lines of credit.

All books and records indicating control, direction, an equitable and/or legal ownership interest in any asset of whatever nature and kind.

All records of employee benefit plans of whatever nature and kind.