UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT
AGAINST THE PA AND PLO
AND FOR OTHER RELIEF FOR
REFUSAL TO SUBMIT TO DEPOSITIONS**

For the reasons presented in the accompanying memorandum in support of this motion, plaintiffs hereby move,

(1) For an order pursuant to Fed.R.Civ.P. 37(b)(2)(C) rendering default judgment against the PA and PLO; or in the alternative,

(2) For an order pursuant to Fed.R.Civ.P. 37(b)(2)(D) holding the PA and PLO in contempt of Court for their refusal to comply with the Order of this Court of January 14, 2003, concerning the depositions of their employees and officials and imposing monetary sanctions in such amount as the Court finds appropriate; and

(3) For an order pursuant to Fed.R.Civ.P. 37(b)(2)(E) requiring the PA and PLO to pay plaintiffs their reasonable expenses, including attorney's fees, caused by defendant's refusal to comply with the Order of this Court of January 14, 2003, including the expenses arising from the instant motion.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ___9___ day of April, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____