UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                          C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION

Now come the plaintiffs and hereby move to exceed the ten-page limitation on exhibits to motions. Plaintiffs wish to file the following documents in support of their Supplemental Memorandum in Opposition to Defendants' Motion for a Protective Order.

1. Bucheit v. Palestine Liberation Organization and Palestinian Authority, 00-CV-1455 – nine-page docket report.

2. Haksharat Hayishuv Insurance Company Ltd. v. The Palestinian Authority and the Palestinian Council, transcript of testimony of Muhanad Aljouni, Palestinian Assistant Minister of Finance.

These documents have just become available to plaintiffs, are crucial to a determination of the Motion for Protective Order, to show the PA and PLO have committed fraud on this Court. These documents directly undermine and contradict the position taken by the defendants in their Motion for Protective Order as outlined in the plaintiffs supplemental memorandum.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Granted: Ronald R. Lagueux
Sr. USDJ 4/9/03