# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

CASE NUMBER: CA00-105L   DATE: April 11, 2003

TITLE: ESTATE OF YARON UNGUR VS. PALESTINIAN AUTHORITY

SENIOR DISTRICT JUDGE: RONALD R. LAGUEUX

COURTROOM CLERK: DOREEN L. BALDINELLI

COURT REPORTER: JUDITH MONTIE

IN COURT:

COUNSEL PRESENT:  Plaintiff - David J. Strachman, Esquire
Defendant - Deming E. Sherman, Ramsey Clark, Lawrence W. Schilling

Proceedings: Defendants' Motion for Reconsideration/Plaintiffs' Motion to Strike
10:20 a.m. - 10:46 a.m.

All Counsel of record present; Plaintiff Counsel - David J. Strachman; Defendant Counsel - Deming E. Sherman, Ramsey Clark, Lawrence W. Schilling; Court Reporter- Judith Montie; Arguments heard; Defendant argues his Motion for Reconsideration; Court denies Defendants' Motion for Reconsideration; Court also denies the part of the Motion that asks for stay - NO STAY; Defendant will file an appeal with the 1st circuit court; Plaintiff argues his motion to strike; Defendant argues against the Motion to strike; Court grants the Plaintiffs' Motion to Strike; Court informs Counsel that the case will go forward and it will be resolved; Attorney Strachman to prepare an order.