UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                      C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

**EXHIBITS TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

A.  Bucheit v. Palestine Liberation Organization and Palestinian Authority, 00-CV-1455 – nine-page docket report.

B.  Haksharat Hayishuv Insurance Company Ltd. v. The Palestinian Authority and the Palestinian Council, translated transcript of testimony of Muhanad Aljouni, "Assistant Minister of Finance" March 12, 2003, Jerusalem District Court

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the 11th day of April, 2003 I hand delivered a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903