Docket as of April 4, 2003 7:38 pm                    Web PACER (v2.3)

# U.S. District Court

## USDC District of Columbia (Washington)

## CIVIL DOCKET FOR CASE #: 00-CV-1455

## BUCHEIT v. PALESTINE LIBERATION, et al

Filed: 06/20/00
Assigned to: Judge Gladys Kessler
Jury demand: Plaintiff
Demand: $6,600,000
Nature of Suit: 190
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Breach of Contract

Case type: 1. civil 2. null

B. J. BUCHEIT, Trustee
    plaintiff

Michael H. Selter
FTS 261-1000
202-887-0336 FAX
Suite 700
[COR LD NTC ret]
MANELLI, DENISON & SELTER
2000 M Street, NW
Washington, DC 20036-3307
AREA CODE (202)
B. J. BUCHEIT
FTS 795-6124
[COR LD NTC pse] [PRO SE]
9023 Baybury Lane
West Palm Beach, FL 33411
AREA CODE (561)

    v.

THE PALESTINE LIBERATION
ORGANIZATION
    defendant

Maher Hanna Hanania
FTS 778-2400
Suite 101
[COR LD NTC ret]
HANANIA  KHEDER & NAWASH
6066 Leesburg Pike
Falls Church, VA 22041
AREA CODE (703)

PALESTINIAN AUTHORITY
    defendant

Maher Hanna Hanania
(See above)
[COR LD NTC ret]

OVERSEAS PRIVATE INVESTMENT
CORPORATION (OPIC)
    Non Party

Robert Ernest Leidenheimer, Jr.
FTS 514-7238
202-305-0955 FAX
Room 10-816
[COR LD NTC ret]
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

AREA CODE (202)

# DOCKET   PROCEEDINGS

DATE   #        DOCKET   ENTRY

6/20/00  1      COMPLAINT filed by plaintiff B. J. BUCHEIT; jury demand;
                attachments (2) (bm) [Entry date 06/21/00]

6/20/00  --     SUMMONS (2) issued for defendants PALESTINE LIBERATION, and
                PALESTINIAN AUTH. (bm) [Entry date 06/21/00]

7/21/00  2      RETURN OF SERVICE/AFFIDAVIT of summons and complaint
                executed on 6/23/00 upon defendant PALESTINE LIBERATION,
                defendant PALESTINIAN AUTH. (tb) [Entry date 07/24/00]

8/8/00   3      AFFIDAVIT in support of default  by plaintiff B. J. BUCHEIT
                (tb) [Entry date 08/15/00]

8/15/00  4      DEFAULT vs. defendant PALESTINE LIBERATION, defendant
                PALESTINIAN AUTH.  By Clerk (N) (tb)

9/14/00  5      MOTION filed by defendant PALESTINE LIBERATION, defendant
                PALESTINIAN AUTH. for Maher H. Hanania to appear pro hac
                vice ( 1510 H Street, NW, Suite 20 Washington, DC, 20005
                (202) 347-5800, ) (tb) [Entry date 10/20/00]

9/14/00  6      MOTION filed by defendant PALESTINE LIBERATION, defendant
                PALESTINIAN AUTH. vacating defendant judgment (tb)
                [Entry date 10/20/00] [Edit date 10/20/00]

9/25/00  7      MEMORANDUM by plaintiff B. J. BUCHEIT  in opposition to
                motion vacating defendant judgment [6-1] by PALESTINIAN
                AUTH., PALESTINE LIBERATION (tb) [Entry date 10/20/00]

10/6/00  8      REPLY by defendant PALESTINE LIBERATION, defendant
                PALESTINIAN AUTH. in opposition to motion vacating
                defendant judgment [6-1] by PALESTINIAN AUTH., PALESTINE
                LIBERATION (tb) [Entry date 10/24/00]

10/26/00 9      ORDER by Judge Gladys Kessler: granting motion for Maher H.
                Hanania to appear pro hac vice ( 1510 H Street, NW, Suite
                20 Washington, DC, 20005 (202) 347-5800, ) [5-1] by
                PALESTINIAN AUTH., PALESTINE LIBERATION (N) (pob)

11/24/00 11     NOTICE OF CHANGE OF ADDRESS by B. J. BUCHEIT representing
                plaintiff B. J. BUCHEIT . New address: 9023 Baybury Lane
                West Palm Beach Florida 33411 (561)795-6124. (td)
                [Entry date 12/04/00]

11/28/00 10     INITIAL SCHEDULING ORDER  by Judge Gladys Kessler status
                hearing set for 10:00 1/5/01 (N) (pob) [Entry date 11/29/00]

1/2/01   14     MEET AND CONFER STATEMENT/REPORT PURSUANT TO L.R. 16 filed
                by plaintiff B. J. BUCHEIT, defendant PALESTINE LIBERATION,
                defendant PALESTINIAN AUTH. . (tb) [Entry date 01/08/01]

| Date | No. | Entry |
|---|---|---|
| 1/4/01 | 12 | ORDER by Judge Gladys Kessler: granting motion vacating defendant judgment [6-1] by PALESTINIAN AUTH., PALESTINE LIBERATION; judgment entered on 8/15/00 is vacated.  (N) (pob) |
| 1/5/01 | -- | STATUS HEARING before Judge Gladys Kessler: discovery closes 3/5/01; dispositive motions due 3/20/01; status hearing set for 9:30 4/10/01; witness list due 1/22/01; Post-R. 26)(a) Discovery due 2/5/01. Reporter: Susan Tyner (pob) |
| 1/5/01 | 13 | ORDER by Judge Gladys Kessler: confirming status hearing of 01/05/01 (N) (pob) |
| 2/13/01 | 15 | ORDER by Judge Gladys Kessler  : status hearing set for 9:30 4/10/01   (N)  (pob) [Entry date 02/14/01] |
| 2/23/01 | 16 | MOTION filed by plaintiff B. J. BUCHEIT to extend time for filing discovery for 60 days, and to extend time for dispositive motions and all other deadlines in this case for 60 days; exhibits (1) (cdw) [Entry date 02/26/01] |
| 3/13/01 | 17 | ORDER by Judge Gladys Kessler  : granting motion to extend time for filing discovery for 60 days [16-1] by B. J. BUCHEIT, granting motion to extend time for dispositive motions and all other deadlines in this case for 60 days [16-2] by B. J. BUCHEIT  (N)  (pob) |
| 4/10/01 | -- | STATUS HEARING before Judge Gladys Kessler: oral motion by plaintiff to extend discovery heard and granted; Status Report due: 7/12/01; status hearing set for 9:30 7/17/01 Reporter: Susan Tyner (pob) |
| 4/10/01 | 18 | ATTORNEY APPEARANCE  for plaintiff B. J. BUCHEIT by Michael H. Selter (pob) |
| 4/10/01 | 19 | ORDER by Judge Gladys Kessler: discovery closes 7/6/01; status hearing set for 9:30 7/17/01;Status Report due: 7/12/01  (N)  (pob) |
| 6/18/01 | -- | SCHEDULING NOTICE: status hearing reset from 7/17/01 to 10:00 7/26/00 before Judge Gladys Kessler Courtroom 19, 6th Floor. (pob) |
| 6/20/01 | 20 | MOTION filed by plaintiff B. J. BUCHEIT for an ordering sanctioning defendants for failure toproduce a witness with knowledge to testify regarding matters in two rule 30(b)(6) deposition notices; exhibits (5) (cdw) [Entry date 06/21/01] |
| 6/28/01 | -- | SCHEDULING NOTICE: status hearing reset for 9:30 8/15/01 before Judge Gladys Kessler Courtroom 19, 6th Floor. (pob) |
| 7/10/01 | 21 | MOTION filed by plaintiff B. J. BUCHEIT to strike defendants affirmative defenses, or alternatively for an order compelling defendants to supplement their answers; exhibits (2) (cdw) [Entry date 07/11/01] |
| 7/11/01 | 22 | REPLY by plaintiff B. J. BUCHEIT in support of motion to strike defendants affirmative defenses [21-1] by B. J. BUCHEIT (aet) [Entry date 07/12/01] |
| 7/12/01 | 23 | STATUS REPORT by plaintiff B. J. BUCHEIT, defendant PALESTINE LIBERATION, defendant PALESTINIAN AUTH. (aet) [Entry date 07/15/01] |



7/23/01  24    RESPONSE by defendants to plaintiff's motion for an
               ordering sanctioning defendants for failure toproduce a
               witness with knowledge to testify regarding matters in two
               rule 30(b)(6) deposition notices [20-1] and memorandum in
               support of by B. J. BUCHEIT (cdw) [Entry date 07/24/01]

7/26/01  --    SCHEDULING NOTICE: status hearing reset for 10:15 8/15/01
               before Judge Gladys Kessler Courtroom 19, 6th Floor. (pob)

8/14/01  25    ORDER by Judge Gladys Kessler  : granting motion for an
               ordering sanctioning defendants for failure to produce a
               witness with knowledge to testify regarding matters in two
               Rule 30(b)(6) deposition notices [20-1] by B. J. BUCHEIT;
               plaintiff shall within two weeks from the date of this
               Order submit the foregoing expenses, including reasonable
               attorney's fees to defendants for payment, if parties are
               unable to agree on the amount, they shall sumit this
               dispute to the Court. (N) (pob)

8/14/01  26    ORDER by Judge Gladys Kessler: denying motion to strike
               defendants affirmative defenses [21-1] by B. J. BUCHEIT,
               denying motion for an order compelling defendants to
               supplement their answers [21-2] by B. J. BUCHEIT   (N) (pob)

8/22/01  --    STATUS HEARING  before Judge Gladys Kessler  : motion for
               summary judgment due 9/28/01; response to motion for
               summary judgment due 10/15/01; reply motion for summary
               judgment due 10/30/01   Reporter: Susan Tyner (pob)

9/4/01  27     SCHEDULING ORDER  by Judge Gladys Kessler dispositive
               motions due 9/28/01 ; response to dispositive motions due
               10/15/01 ; reply to dispositive motions due 10/30/01 ;
               (N) (dam)

9/21/01  28    MOTION (CONSENT) filed by plaintiff B. J. BUCHEIT to amend
               the Court's 9/4/01 order [27-1],[27-2] (cdw)
               [Entry date 09/24/01]

10/3/01  29    ORDER by Judge Gladys Kessler: granting motion to amend the
               Court's 9/4/01 order [27-1],[27-2] [28-1] by B. J. BUCHEIT;
               dispositive motions due 10/9/01; response to dispositive
               motions due 10/23/01; reply to dispositive motions due
               11/6/01  (N) (pob)

10/5/01  30    MOTION (CONSENT) filed by plaintiff B. J. BUCHEIT to amend
               the Court's order of 9/4/01 [27-1], [27-2] (cdw)
               [Entry date 10/09/01]

10/10/01 31    ORDER by Judge Gladys Kessler: granting motion to amend the
               Court's order of 9/4/01 [27-1], [27-2] [30-1] by B. J.
               BUCHEIT; dispositive motions due 10/15/01; response to
               dispositive motions due 10/29/01; reply to dispositive
               motions due 11/12/01 (N) (pob)

10/15/01 32    MOTION (CONSENT) filed by plaintiff B. J. BUCHEIT to amend
               order of 10/10/01 [31-1], [31-2] (cdw) [Entry date 10/17/01]

10/18/01 33    ORDER by Judge Gladys Kessler: granting motion to amend
               order of 10/10/01 [31-1], [31-2] [32-1] by B. J. BUCHEIT
               dispositive motions due 10/23/01; response to dispositive
               motions due 11/6/01; reply to dispositive motions due
               11/20/01  (N) (pob)

10/23/01 34    MOTION filed by plaintiff B. J. BUCHEIT for partial
               summary judgment; exhibits (36) (cdw) [Entry date 10/25/01]

10/23/01 35    MOTION filed by defendant PALESTINE LIBERATION, defendant

(                                    (

       PALESTINIAN AUTH. to dismiss  complaint [1-1], or in the
       alternative for summary judgment; declarations (1),
       exhibits (1) (cdw) [Entry date 10/25/01]

11/1/01  36     MOTION filed by defendant PALESTINE LIBERATION, defendant
       PALESTINIAN AUTH. to amend order filed 10/18/01 [33-1],
       order [33-2] (tth) [Entry date 11/02/01]

11/6/01  37     ORDER by Judge Gladys Kessler: granting motion to amend
       order filed 10/18/01 [33-1], order [33-2] [36-1] by
       PALESTINIAN AUTH., PALESTINE LIBERATION; dispositive
       motions due 10/23/01; response to dispositive motions due
       11/13/01; reply to dispositive motions due 11/27/01 (N) (pob)

11/13/01 38     RESPONSE by defendant PALESTINE LIBERATION, defendant
       PALESTINIAN AUTH. to motion for partial summary judgment
       [34-1] by B. J. BUCHEIT; exhibits (11) (cdw)
       [Entry date 11/16/01]

11/13/01 39     RESPONSE by plaintiff B. J. BUCHEIT in opposition to motion
       to dismiss complaint [1-1] [35-1] or alternatively for
       summary judgment [35-2] by PALESTINIAN AUTH., PALESTINE
       LIBERATION; exhibits (1) (cdw) [Entry date 11/16/01]

11/27/01 40     MOTION (CONSENT) filed by plaintiff B. J. BUCHEIT to
       extend time to 11/30/01 for parties to file replies in
       support of their respective dispositive motions (cdw)
       [Entry date 11/29/01]

11/29/01 41     ORDER  by Judge Gladys Kessler : granting motion to
       extend time to 11/30/01 for parties to file replies in
       support of their respective dispositive motions [40-1] by
       B. J. BUCHEIT reply to dispositive motions due by 11/30/01 ;
        (N) (dam) [Entry date 11/30/01]

11/30/01 42     REPLY by defendant PALESTINE LIBERATION, defendant
       PALESTINIAN AUTH. in support of motion to dismiss complaint
       [1-1] [35-1] or for summary judgment [35-2] by PALESTINIAN
       AUTH., PALESTINE LIBERATION (cdw) [Entry date 12/04/01]

11/30/01 43     REPLY by plaintiff B. J. BUCHEIT in support of motion for
       partial summary judgment [34-1] by B. J. BUCHEIT; exhibits
       (2) (cdw) [Entry date 12/04/01]

1/17/02 44     MOTION filed by plaintiff B. J. BUCHEIT to enforce
       sanctions order; exhibits (6) (cdw) [Entry date 01/23/02]

2/21/02 45     ORDER   by Judge Gladys Kessler: directing that within two
       weeks from the date of this Order, Defendants shall pay
       Plainitiff his expenses, including reasonable attorney's
       fees, associated with Plaintiff's Motion for Sanctions in
       the amount of $2,963.50. (N) (tth) [Entry date 02/22/02]

6/13/02 46     SUPPLEMENTAL MEMORANDUM  by plaintiff B. J. BUCHEIT  in
       support of motion for partial summary judgment [34-1] by B.
       J. BUCHEIT; exhibits (1) (cdw) [Entry date 06/17/02]
       [Edit date 06/17/02]

9/23/02 47     MEMORANDUM OPINION  by Judge Gladys Kessler   (N) (tb)
       [Entry date 09/24/02]

9/23/02 48     ORDER   by Judge Gladys Kessler : denying motion for
       partial summary judgment [34-1] by B. J. BUCHEIT  (N) (tb)
       [Entry date 09/24/02]

9/26/02 49     MEMORANDUM OPINION  by Judge Gladys Kessler    (N) (tth)

9/26/02  50    ORDER   by Judge Gladys Kessler  : denying motion to
               dismiss  complaint [1-1] [35-1] by PALESTINIAN AUTH,
               PALESTINE LIBERATION  (N) (tth)

10/4/02  51    MOTION filed by plaintiff B. J. BUCHEIT for
               reconsideration of order of 9/23/02 [48-1] (cdw)
               [Entry date 10/08/02]

10/7/02  --    SCHEDULING NOTICE: status hearing set for 11:15 10/16/02 ;
               before Judge Gladys Kessler Courtroom 19, Sixth Floor.
               (tth)

10/16/02 --    STATUS HEARING  before Judge Gladys Kessler  : pretrial
               conference set for 2/6/03; trial set for 2/26/03;
               Reporter: Patty Gels (tth) [Entry date 10/18/02]

10/16/02 52    SCHEDULING ORDER  by Judge Gladys Kessler pretrial
               conference set for 4:15 2/6/03 ; trial set for 9:30 2/26/03
               ;  (N) (tth) [Entry date 10/21/02]

10/18/02 53    MOTION filed by defendants to extend time to 10/28/02 to
               file opposition to plaintiff's motion for reconsideratiuon
               of Courts order of 9/23/02 (cdw) [Entry date 10/22/02]

10/18/02 54    ORDER   by Judge Gladys Kessler  : granting motion to
               extend time to 10/28/02 to file opposition to plaintiff's
               motion for reconsideratiuon of Courts order of 9/23/02
               [53-1] by PALESTINIAN AUTH, PALESTINE LIBERATION (N) (tth)
               [Entry date 10/24/02]

10/28/02 55    CONSENT MOTION filed by defendants to extend time to file
               oppositon to plaintiff's motion for reconsideration of
               order of 9/23/02 (cdw) [Entry date 10/30/02]

10/29/02 56    ORDER   by Judge Gladys Kessler  : granting motion to
               extend time to file oppositon to plaintiff's motion for
               reconsideration of order of 9/23/02 [55-1] by PALESTINIAN
               AUTH, PALESTINE LIBERATION  (N) (tth) [Entry date 10/30/02]

11/1/02  57    RESPONSE by defendants to motion for reconsideration of
               order of 9/23/02 [48-1] [51-1] by B. J. BUCHEIT (cdw)
               [Entry date 11/05/02]

1/23/03  58    JOINT MOTION by plaintiff B. J. BUCHEIT, and defendants
               PALESTINE LIBERATION, PALESTINIAN AUTH to extend time to
               2/3/03 to file joint pretrial statement (bm)
               [Entry date 01/24/03]

1/28/03  59    ORDER   by Judge Gladys Kessler: granting joint motion to
               extend time to 2/3/03 to file joint pretrial statement
               [58-1] by PALESTINIAN AUTH, PALESTINE LIBERATION, B. J.
               BUCHEIT  (N) (tth)

2/3/03   60    JOINT PRETRIAL STATEMENT by plaintiff B. J. BUCHEIT, and
               defendants PALESTINE LIBERATION, PALESTINIAN AUTH;
               attachments (3) (Note: attachments 2 and 4 to be supplied)
               (bm) [Entry date 02/04/03]

2/5/03   61    NOTICE OF FILING by plaintiff, defendants exhibits 2 and 4
               to the joint pretrial statment filed on 2/3/03 (cdw)
               [Entry date 02/10/03]

2/6/03   --    PRE-TRIAL CONFERENCE held before Judge Gladys Kessler
               reporter: Santa Zizzo (tth) [Entry date 02/12/03]

2/10/03  62    ORDER   by Judge Gladys Kessler: defendants shall file a
               briefing of the relevant law of the Gaza Strip as of

12/20/95, including, but not limited to, the law of
conversion, contracts, partnership, agency, and creditor
prioritization, by 2/12/03; any opposition shall be filed
by 2/18/03; (N) (tth) [Entry date 02/11/03]

2/12/03   63   MOTION filed by defendants to extend time to 2/21/03 to
               file its motion on Palestinian Laws (rje)
               [Entry date 02/13/03]

2/13/03   64   ORDER  by Judge Gladys Kessler: granting motion to extend
               time to 2/21/03 to file its motion on Palestinian Laws
               [63-1] by PALESTINIAN AUTH, PALESTINE LIBERATION motion due
               by 2/12/03; response to motion due by 2/21/03; (N) (tth)
               [Entry date 02/14/03]

2/14/03   65   MOTION filed by defendant PALESTINE LIBERATION, defendant
               PALESTINIAN AUTH to extend time to file the Commercial
               Laws of Palestine (nmr) [Entry date 02/19/03]

2/19/03   67   MOTION filed by defendants to extend time to 2/20/03 to
               file commerical/corporate laws of Palestine (rje)
               [Entry date 02/22/03]

2/20/03   66   ORDER  by Judge Gladys Kessler: granting motion to extend
               time to file the Commercial Laws of Palestine [65-1] by
               PALESTINIAN AUTH, PALESTINE LIBERATION; Brief on Commercial
               Laws of Palestine due 2/18/03. (N) (tth)

2/20/03   68   MOTION filed by plaintiff B. J. BUCHEIT to enforce
               subpoenas to the overseas private investment corporation;
               exhibits (9) (rje) [Entry date 02/24/03]

2/20/03   70   MEMORANDUM by defendant PALESTINE LIBERATION, defendant
               PALESTINIAN AUTH of Brief of the Commerical/Corporate Laws
               of Palestine; Attachments  (Bulky) (ks)
               [Entry date 02/24/03]

2/21/03   69   ORDER  by Judge Gladys Kessler: granting motion to extend
               time to 2/20/03 to file defendant's motion for extension of
               time to file commerical/corporate laws of Palestine [67-1]
               by PALESTINIAN AUTH, PALESTINE LIBERATION motion due by
               2/20/03; (N) (tth) [Entry date 02/24/03]

2/24/03   71   MOTION (Consent) filed by defendants for re-schedule
               trial (rje) [Entry date 02/25/03]

2/24/03   73   ORDER   by Judge Gladys Kessler: granting motion to
               re-schedule trial [71-1] by PALESTINIAN AUTH, PALESTINE
               LIBERATION trial set for 4/2/03;  (N) (tth)
               [Entry date 02/27/03]

2/25/03   72   MOTION filed by plaintiff B. J. BUCHEIT to extend time to
               3/12/03 for filing their memorandum on Palestinian
               Corporate Law. (ks) [Entry date 02/26/03]

2/27/03   74   ORDER   by Judge Gladys Kessler: granting motion to extend
               time to 3/12/03 for filing their memorandum on Palestinian
               Corporate Law. [72-1] by B. J. BUCHEIT memorandum due by
               3/12/03; (N) (tth)

3/3/03    75   MOTION (Consent) filed by Non Party OVERSEAS PRIV INVST to
               extend time to 3/11/03 to respond to the plaintiff enforce
               subpoenas (rje) [Entry date 03/04/03]

3/5/03    76   ORDER   by Judge Gladys Kessler: granting motion to extend
               time to 3/11/03 to respond to the plaintiff enforce
               subpoenas [75-1] by OVERSEAS PRIV INVST response to

motion(s) due by 3/11/03; (N) (tth) [Entry date 03/07/03]

3/10/03  77      MOTION (Second Consent) filed by Non Party OVERSEAS PRIV
                 INVST to extend time to 3/18/03 to respond to plaintiff's
                 motion to enforce a subpoena. (rje) [Entry date 03/11/03]

3/11/03  78      ORDER  by Judge Gladys Kessler: granting motion to extend
                 time to 3/18/03 to respond to plaintiff's motion to enforce
                 a subpoena. [77-1] by OVERSEAS PRIV INVST response to
                 motion due by 3/18/03; (N) (tth)

3/12/03  79      MEMORANDUM by plaintiff B. J. BUCHEIT on Palestinian Law;
                 exhibits (5) (rje) [Entry date 03/13/03]

3/17/03  80      MOTION (Consent Protective) filed by Non Party OVERSEAS
                 PRIV INVST to extend time to respond to the motion of
                 plaintiff's to enforce a subpoena (rje)
                 [Entry date 03/19/03]

3/18/03  81      ORDER  by Judge Gladys Kessler: granting motion to extend
                 time to respond to the motion of plaintiff's to enforce a
                 subpoena to Overseas Private Investment Corporation within
                 seven days of the entry of an order, if any, declining to
                 accept the stipulation concerning OPIC's testimony. [80-1]
                 by OVERSEAS PRIV INVST (N) (tth) [Entry date 03/19/03]

3/24/03  82      ORDER  by Judge Gladys Kessler: granting motion to enforce
                 subpoenas to the overseas private investment corporation
                 [68-1] by B. J. BUCHEIT; OPIC shall produce the opinion by
                 Sharhabeel Y. Al-Zaeem by 3/28/03; OPIC shall produce
                 Richard Corrigan to testify as a witness on behalf of
                 plaintiff at the trial beginning 4/2/03. (N) (tth)

3/26/03  83      MOTION (Consent) filed by plaintiff B. J. BUCHEIT to amend
                 joint pre-trial statement dated 2/3/03 [60-1] by
                 PALESTINIAN AUTH, PALESTINE LIBERATION, B. J. BUCHEIT;
                 exhibit (1) (rje) [Entry date 03/27/03]

3/27/03  84      ORDER  by Judge Gladys Kessler: granting motion to amend
                 joint pre-trial statement; Pl. Ex. 64-71 shall be added to
                 Plaintiff's Exhibit List. Defendants shall note any
                 objections to these new exhibits prior to the commencement
                 of trial. [60-1] by PALESTINIAN AUTH, PALESTINE LIBERATION,
                 B. J. BUCHEIT [83-1] by B. J. BUCHEIT  (N) (tth)
                 [Entry date 03/28/03]

4/1/03   85      STIPULATION filed and fiated  by Judge Gladys Kessler
                 concerning testimony of non-party overseas private
                 investment corporation. (N) (tth) [Entry date 04/03/03]

4/2/03   --      NON-JURY TRIAL   before Judge Gladys Kessler  begun and
                 continued to 10:00 4/3/03. Plaintiff's Witnesses: Bernard
                 Bucheit, Ghassan Abu Ramadan. reporter: Susan Tyner (tth)
                 [Entry date 04/04/03]

4/3/03   --      NON-JURY TRIAL   before Judge Gladys Kessler  begun,
                 concluded and taken under advisement. Defendant's Witness:
                 Leonard Lock Jr.,  reporter: Susan Tyner (tth)
                 [Entry date 04/04/03]

---

Case Flags:
TYPE

F JURY

END OF DOCKET: 1:00cv1455

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/08/2003 11:57:21 | | |
| PACER Login: | ▬▬▬ | Client Code: | |
| Description: | docket report | Search Criteria: | 1:00cv01455 |
| Billable Pages: | 11 | Cost: | 0.77 |