**Li⟨ ⟩ Reiss-Wolicki, Advocate & Nota⟨ ⟩**

לינדה ריס-ווליצקי, עו"ד נוטריון

31 Reuven Street, Beit Shemesh Israel

02-9918218 Fax: 02-9997505

--------------------------------------------------------

## No. 360/2003 מס׳

## CERTIFICATION OF TRANSLATION

אישור תרגום

I, the undersigned Linda Reiss-Wolicki a Notary in Beit Shemesh hereby declare that I am well acquainted with the Hebrew and English languages and that the document attached marked – **A'** is a correct English translation of the original document drawn up in the Hebrew language which has been presented to me and of which a true copy is attached and marked **B.'**

אני החי"מ לינדה ריס ווליצקי נוטריון בבית שמש

מצהירה כי אני שולטת היטב בשפות עברית ואנגלית וכי המסמך המצורף והמסומן באות א׳ הוא תרגום באנגלית

מדויק של המסמך המקורי הערוך בשפת העברית שהוצג בפני ושהעתק נכון ממנו מצורף ומסומן באות ב׳

In witness whereof I certify the correctness of the said translation and the copy by my signature and seal.

ולראיה הנני מאשרת את דיוק התרגום ונכונות ההעתק הנ"ל בחתימת ידי ובחותמי.

This day 02 April 2003

היום 02 אפריל 2003

N.I.S. 357 - fees paid.

שכר בסך 357 ש"ח שולם.

NOTARY'S SEAL
חותם הנוטריון

חתימה
SIGNATURE







עינת ברגר
EINAT BERGER

## APOSTILLE
### (Convention de la Haye du 5 Octobre 1961)

1. STATE OF ISRAEL
This public document
2. Has been signed by

_Linda Reiss Wolicki_ Advocate

3. acting in capacity of Notary
4. bears the seal/stamp of the above Notary
Certified
5. at the Ministry of Justice, Jerusalem
6. by an official appointed by the Minister of Justice under the Notaries Law, 1976

7. Serial number _____

8. Seal/Stamp

9. Signature _____

10. Date _____ 3/4/2003 _____

.1 מדינת ישראל
מסמך ציבורי זה
.2 נחתם ע״ד

עו״ד _לינדה רייס וולצקי_

.3 המכהן בתור נוטריון
.4 נושא את החותם / החתומת של נוטריון הנ״ל
**אושר**
.5 במשרד המשפטים בירושלים
.6 על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, תשל״ז-1976

.7 מס׳ סידורי _____

.8 החותם / חתומת

.9 חתימה

.10 ביום ברגר
עינת ברגר
EINAT BERGER

עינת ברגר
EINAT BERGER

**[National Symbol]**
# COURT

**JERUSALEM DISTRICT COURT**

Misc. Civ. 000585/03

Before: Hon. Judge Miriam Mizrahi

3/12/2003

In the Matter of:     **Haksharat Hayishuv Insurance Company Ltd.**
By counsel, attorney D. Abulafiyah

**Movant**

**Versus**

1. **The Palestinian Authority**
2. **The Palestinian Council**
By counsel, attorneys Y. Arnon, B. Salameh,
Y. Granot

**Respondents**

Present:     Counsel for the movant, attorney D. Abulafiyah
Counsel for the respondents, attorneys Y. Arnon, B. Salameh,
Y. Granot
Court interpreter - Mr. Nehemia Eshed

# PROTOCOL

**The witness, Muhanad Aljouni after being lawfully cautioned and sworn**

**Examination by attorney Arnon**

Q. A.   The content of my affidavit is true.

**Cross Examination**

Q.       I understand that you are the Palestinian Assistant Minister of Finance?

A.       Yes.

Q.       In what field do you serve as Assistant Minister?

A.   I am Dr. Fayed's assistant, I aide him in a number of matters. My primary profession is accounting. As he requires my assistance I provide it, such as arranging meetings or sometimes an administrative report, or matters relating to taxes, it depends on the requirements he presents to me.

Q.   For how long have you served as Assistant Minister?

A.   Nearly six months.

Q.   What did you do previously?

A.   I worked in various fields, including assistant to the executive committee for constitutional matters, as well as in matters concerning not-for-profit organizations, NPO, and the European Union.

Q.   Everything in financial matters?

A.   Both financial and administrative.

Q.   How much time has passed since you completed your degree in accounting?

A.   I received the diploma in '94.

Q.   Did you assist the Finance Minister to clarify what the assets of the Palestinian Authority are, and to ascertain exactly what they are?

A.   If you mean the report, then, yes, in order clarify that, an agreement was made with an international company to examine the accuracy of the accounts, the company is Standard and Poors.

Q.   Did you assist the Finance Minister to prepare the report, to gather the various records?

A.   The examination was intentionally assigned to an international company, so that no internal element would interfere in this matter.

Q.   Have you read the law suit and the motion for attachments?

A.   He explained the matter to us, and we conferred with the lawyer about it.

Q.   Who explained to you?

A.   The law firm.

Q.      I asked if you had read the law suit and the motion for an attachment?

A.      Yes.

Q.      You say in paragraph 4 of your affidavit, that from the financial perspective the law suit is extremely exaggerated, and I request that you explain what is exaggerated in the law suit.

A.      I do not agree to your law suit.

Q.      That's not the question. What is exaggerated in the law suit?

A.      From a fundamental perspective, I do not agree to the law suit.  I do not agree to any monetary item that appears in the law suit, because I fundamentally do not agree to it.

Q.      So, its not that there are exaggerated amounts in the law suit?

A.      Without distinguishing between the amounts that are written and the main reason - I object to everything.

Q.      I am asking about the amounts, do you know what amount the law suit is for?

A.      Yes, according to what I recall, you are seeking more than 20 million New Israeli Shekels in damages from us.

Q.      What is the law suit about?

A.      About an insurance company, about car thefts and your attempt to file a law suit on that basis.

Q.      Do you know anything about car thefts?

A.      No.

Q.      Then why don't you agree to the suit?

A.      The Finance Ministry has no connection to all these issues.

Q.      If I ask you how many stolen cars have reached the Authority, you won't be able to answer the question?

A.      Of course I don't know.



Q.    You attached to your affidavit an article from the Globes newspaper (exhibit A to the affidavit), do you read Hebrew?

A.    The lawyer showed me the article and explained it to me.

Q.    Is it correct?

A.    From what I understood it is correct.

Q.    You say in paragraph 14 of your affidavit, that the attachments prevent the transfer of funds to Palestinian families as salaries?

A.    We, the Finance Ministry, have a arrangement made up of different categories. There is something called a budget. The two most important items in the budget, or the balance, are the income and the expenses.  Income is important, and so are expenses, since one is connected to the other.

Q.    Do the attachments interfere with payment of salaries to employees?

A.    Those salaries have to come out of the budget.

Q.    So salaries are not being paid now?

A.    They are being paid.

Q.    Do you know what the Palestinian Authority's debts to other parties are?

A.    Debts to whom?

Q.    To all types of parties in the country, in the world, in Palestine?

A.    In general, there are loans, according to the authorization of the Finance Ministry, or part of it [sic -*translator*] the legislative council agreed regarding the loans, and all this is connected to the balance, the budget, according to the economic plan.

Q.    Do you know who the Authority owes money to, is there a list of debts?

A.    These matters are in the budget and are published on the internet.

Q.    Is there a list of who is owed money?

A.    There are agreements with every institution with which we reached an agreement.

Q.    Do you know which debts the Authority pays and which it does not pay?



A.    Every debt that is based on agreements, in which the dates on which payment is to be made are written, and according to what percentages, and there are set dates for payment, according to what I know, the authority pays according to the fixed dates.

Q.    Do you know to whom the Authority owes money, and how much?

A.    Most of the money which it receives, it receives as grants, for example from the World Bank, what's called INF [sic -*translator*].

Q.    Do you know if the Palestinian Authority owes money to the Israeli Electric Company?

A.    There is an agreement that they will provide electricity to the Authority, according to what I know, this matter has a financial side and according to the agreement the Authority has to pay money, and there are sums that were paid and there are sums the payment of which was delayed.  As far as I know, these issues are determined by the Energy Minister and the responsible person in the Electric Company.

Q.    Do you know who else in Israel the Authority owes?

A.    There are several matters for which the Palestinian Authority is being sued. As far as I know, the suits are in court and no decisions have been given about them, and they are still pending. To the best of my knowledge, it has not yet been determined that the Authority has debts.

Q.    Do you know of bodies in Israel to which the Authority owes money?

A.    All the debts in respect to Israel can be divided in two: either according to agreements, or on the basis of law suits. In general, the relations which the Authority has with Israel are according to clear agreements.

Q.    Are you familiar with the list or not?

A.    I don't know if a list even exists.

Q.    Are you familiar with the agreements that were signed between the Palestinians and Israel?

A.    Are you referring to the economic aspect?

Q.    No, in general.

A.    Yes, generally.

Q.    If I ask you about the agreements will you be able to answer?

A.    I want to remind you that I am an official in the Finance Ministry and do not deal with political matters. My knowledge is general.

Q.    The Palestinian Council ....

A.    Are you referring to the legislative council?

Q.    Yes. Do you know what Palestinian Council is?

A.    Yes.

Q.    What is the executive body of the Palestinian Council?

A.    I want to repeat my previous remarks, in general we have the Finance Ministry which is connected to the Authority, and if you have a defined question I will answer.

Q.    Is it true that the Palestinian Authority is the executive arm of the Palestinian Council?

A.    I don't know about these political issues.

Q.    In other words, in paragraph 7 of your affidavit, when you speak about the agreements, you don't know what is actually in the agreements?

**Attorney Arnon**: I request not to mislead the witness. What my colleague asked is not written. There is precise language about what he knows regarding the agreements.

Q.    In paragraph 7 you referred to the agreements. To which agreements do you refer?

A.    The things that I know, in respect to paragraph 7, is that there are agreements between the Authority and the State of Israel, and on the basis of those agreements Israel collects the taxes.

Q.    That's written, but which agreements are we talking about?

A.    At this moment I cannot answer which agreements, but I could easily obtain them. This is one of the most important provisions between Israel and the Authority in respect to financial matters. In fact, from '94, since the establishment of the Authority until the end of the 90's, the transfer of money was based on the provision that I mentioned, in a very good fashion between the sides.

Q.    You mentioned to us that the report appears on the internet?

A.    Correct.

Q.    I see that "Palestine Investment Fund" appears. What is that?

A.    A council of trustees was formed at the head of which is Dr. Salim Fayed, who is Finance Minister, whose expertise is international. He is the person responsible for this fund.

Q.    Do all these assets which you speak of belong to the fund?

A.    To the best of my knowledge, there are 79 companies and institutions, some of which are local and some of which are international, some of them are in the West Bank and some are in Jordan, Egypt and other countries, and yes, they do belong to the fund.

Q.    Where is this fund, is it a legal, or other, body?

A.    Yes, and I believe that there is information about all the financial policy and members of the administrative council most of whom are Palestinian businessmen, headed by Dr. Fayed, all of the information, in detail, is on the internet.

Q.    I asked if this fund is a legal body?

A.    Yes.

Q.    Where is located, situated?

A.    The meetings of the administrative council that took place in recent months were in Ramallah and I believe that one or two meetings took place in Jericho.

Q.    Where is this fund registered?

A.    To the best of my knowledge, in Ramallah.

Q.    I refer to exhibit 2 that was attached to your affidavit, regarding assets which are controlled or owned – do you know which assets are owned and which are controlled?

A.    Yes, all of the investments mentioned in exhibit 2, some of them are owned by the Authority, and in some of them the Authority has shares. Those owned by the Authority are under the total control of the Authority according to law, while those in which the Authority has shares, it depends on how many shares these companies have. Therefore, next to each company a percentage is listed.

Q.    Is it possible that some of these assets are registered in the name of the *Ra'is*? [Arabic term denoting leader of the PA, i.e. Mr. Arafat - *translator*]

A.    To the best of my knowledge, and according to all that has been done by Dr. Fayed, these companies are the property of the Palestinian people and not of a specific person.

Q.    When you say that you do not agree to the law suit, why do you say that?

A.    There is more than one reason but the most important is that my minister, Dr. Fayed, and the Finance Ministry, as well as the legal advisors, also do not agree to it.

Q.    I asked why you yourself do not agree?

A.    In accordance with my previous answer, and what I discussed with the lawyers and the ministry, and as an official of the ministry, I don't see a reason for the law suit.

Q.    Why?

A.    I have no further explanation beyond what I said in the paragraph.

Q.    What are the reasons?

A.    The discussion about the reasons was together with the defense lawyer.

Q.    What are the reasons that you oppose the suit?

**Attorney Arnon**: The witness does not have to relate to the entire defense brief now.

A.    What I have to say is that this law suit was rejected by the Finance Ministry, and therefore we do not accept it. If there are reasons why it should be accepted its your job to say what they are.

Q.    You don't know what they are?

A.    As far as I know, and according to my discussion with the lawyers, and according to my discussions with the Finance Ministry and the people in charge, there is no basis for the filing of the suit.

Q.    You don't know the reasons?

A.    That's all I can say.

Q.    Can the Authority provide the court with a bank guarantee from a European bank in lieu of the attachment?

A.    The Authority is a type of entity whose activity is similar to that of a state. It has monthly income, some of which comes via the State of Israel, and some by other income, and any agreements that another state can make the Authority can fulfill.

Q.    That's not what I asked, rather, can the Authority provide a bank guarantee from a European bank in place of the attachment?

A.    I don't know exactly, but there are agreements with foreign banks pursuant to which large sums are transferred to various ministries, and some of the amounts are larger, for example, than the amount of this suit. There are also agreements with a number of banks in institutions [sic -*translator*] and all of the agreements are honored and valid. The most important agreement in my opinion is Israel's collection, more than 100 million New Israeli Shekels per month, and Israel collects these amounts and transfers them to the Authority.

Q.    Do you know what a bank guarantee is?

A.    I believe I know.

Q.    Can the Authority provide a bank guarantee?

**Attorney Arnon**: In my opinion the witness gave a full answer to the question.

**Re-Direct Examination**

Q.    You said that you didn't know about the report, if the property listed in it belongs to the Palestinian Authority, and you were asked how much belongs to the Authority and how much belongs to Arafat.  You answered that part of the assets belong to the people. What did you mean?

A.    I am trying to follow the path of Dr. Fayed, which is, in respect to us, that we be professionals, that we have no connection to politics, and I believe that the leader of any state, the property of that state does not belong to him.

Q.    In the registration of most of the property, of 600 million dollars ....

**Attorney Abulafia**: I object. My colleague is attempting to lead the witness.

**Attorney Arnon**: I want to know what percentage out of the six hundred million is registered in the name of the Authority and what in the name of the people.



## <u>DECISION</u>

**I permit the question.**

**Given this day, 8th of Adar II, 5763 (March 12, 2003).**

_____

**Miriam Mizrahi, Judge**

A.    According to what I know, all of those assets belong to the Palestine Investment Fund, the full six hundred million in its complete entirety.

Q.    You were asked whether the Authority can provide a bank guarantee to the court. Will giving a bank guarantee harm the Authority's line of credit?

A.    As far as I know, the Authority has the ability to make agreements, and it all depends on the amount of the loan.

## <u>DECISION</u>

**Summations by counsel for the movant within 7 days; summations by counsel for the respondents within 7 days after receipt of summations by counsel for the movant. Right of reply to counsel for the movant within 5 days.**

**The secretariat shall transfer the file to me after receipt of the parties' summations.**

**Given this day, 8th of Adar II, 5763 (March 12, 2003) in the presence of the parties.**

_____

**Miriam Mizrahi, Judge**

"B"

14

בית המשפט

בשא"ב 000355/03
12/03/2003

**בית משפט מחוזי ירושלים**

בפני:      כבוד השופטת מרים מזרחי

בעניין:    חכשרת הישוב חברה לביטוח בע"מ          **המבקשת**
           ע"י ב"כ עו"ד   ד' אבולעפיה

נ ג ד

1. הרשות הפלסטינאית
2. המועצה הפלסטינאית                              **המשיבים**
ע"י ב"כ עו"ד   י' ארגון, ב' סלאמה, י'
גרנות

נוכחים:    ב"כ המבקשת עו"ד אבולעפיה
           ב"כ המשיבות עורכי חדין י' ארגון, ב' סלאמה, י' גרנות
           מתורגמן ביהמ"ש - מר נחמיה אשד

**פרוטוקול**

**העד, מותני אלג/עוני לאחר שהוזהר והתחייב בדיני**

**חקירה לעו"ד ארגון**

ש.ת. האמור בתצהירי אמת.

**חקירה נגדית**

ש. אני מבין שאתה עוזר שר האוצר הפלסטיניני

ת. כן.

ש. באיזה תחום אתה משמש עוזר השר?

ת. אני עוזרו של ד"ר פייאד, אני עוזר לו במספר עניינים. מקצועי חעיקרי הוא ראיית חשבון, כשיש לו צורך בעזרתי אני עוזר לו, כמו בסידור פגישות או לפעמים בדו"ח מינחלי או עניינים חקשורים למסים, וזה תלוי לפי חדרישות שהוא מציג לי.

ש. כמה זמן אתה משמש עוזר השר?

ת. קרוב לשישה חודשים.

ש. מה עשית קודם?

ת. עבדתי בתחומים שונים ביניחם עוזר של הועד חפועל לענייני תוקח, ולגם בדברים הקשורים למוסדות שאינם רווחיים, מלכ"ר, ובאיחוד האירופי.



**בית המשפט**

<u>בית משפט מחוזי ירושלים</u>                    בשא"מ 000585/03

                                                12/05/2003

בפני:      כבוד השופטת מרים מזרחי

ש. הכל מדברים כספיים?

ת. גם כספיים וגם מינהליים.

ש. כמה זמן חלף מאז השלמת את התואר בראיית חשבון?

ת. בשנת 94' קיבלתי את תעודה.

ש. האם עזרת לשר האוצר לברר מה חרמוש של הרשות הפלסטינית, ולוודא מהו בדיוק?

ת. אם אתה מתכוון לדו"ח אז כן, כדי לברר זאת נערך הסכם עם חברה עולמית כדי לבדוק את הדיוק של החשבונות, החברה היא סטנדרטס אנד פורס.

ש. האם עזרת לשר האוצר לחפין את הדו"ח, לאסוף את חרישומים חשובים?

ת. חבירור ניתן בכוונה לחברה העולמית כדי שגורם פנימי לא יתערב בעניין חזה.

ש. האם קראת את התביעה ואת חבקשה לעיקולים?

ת. חוא חסביר לנו את העניין ודנו עם עורך חדין על כך.

ש. מי חסביר לך?

ת. משרד עורך חדין.

ש. שאלתי האם קראת את כתב התביעה ובקשת חעיקולי?

ת. כן.

ש. אתח אומר בתצחירך בסעיף 4, שמחצד חכספי חתביעה מופרזת ביותר ואני מבקש שתסביר מח מופרז בתביעה.

ת. אני איננו מסכים לתביעה שלכם.

ש. אין זו חשאלח, מה מופרז בתביעח?

ת. אני לא מסכים לגבי חתביעה מבחינה יסודית. אני לא מסכים לאף סעיף כספי שמופיע בתביעה מכיוון שבאופן יסודי איננו מסכים לח.

ש. אז זח לא שיש סכומים מופרזים בתביעה?

ת. מבלי לחבחין בין הסכומים שכתובים לבין חסיבה חעיקרית – אני מתנגד לכל.

ש. אני שואל על חסכומים, האם אתה יודע על מה סכומי התביעה?

ת. כן, לפי מה שאני זוכר מדובר על מעל 20 מיליון ש בעניין פגיעתכם לפיצויים מאיתנו.

ש. בקשר למה תתביעה?

16



בית המשפט

בית משפט מחוזי ירושלים

בפני: כבוד השופטת מרים מזרחי

ת. בקשר לחברת הביטוח, בקשר לגניבת רכבים וניסיון מצדכם לחגיש תביעה על סמך זאת.

ש. אתה יודע משהו על גניבות רכב?

ת. לא.

ש. אז מדוע אינך מסכים לתביעה?

ת. למשרד הכספים אין קשר לכל הענייינים הללו.

ש. אם אשאל אותך כמה כלי רכב גנובים הגיעו לרשות אינך יכול לענות על חשאלתי?

ת. כמובן שאינני יודע.

ש. צירפת לתצחיר שלך ידיעה מעיתון גלובס (נספח א' לתצחיר), האם אתה קורא עברית?

ת. עורך הדין הציג לי את הידיעה וחסביר לי אותח.

ש. האם היא נכונה?

ת. לפי מה שחשבנתי היא נכונה.

ש. אתה אומר בסעיף 14 לתצחירך, שהעיקולים מונעים חעברת כספים למשפחות הפלסטינאיות למשכורות?

ת. אנו משרד חאוצר יש לנו סדר שחוא בנוי מסוגים שונים. יש דבר שנקרא תקציב. שני חסעיפים חחשובים ביותר בתקציב, או חמאזן, חן חחכנסות וחהוצאות. חחכנסות חשובות וכך גם ההוצאות כאשר אחד קשור בשני.

ש. האם חעיקולים מפריעים לשלם משכורות לעובדים?

ת. חמשכורות חאלו צריכות לצאת מחתקציב.

ש. אז לא משולמים עכשיו משכורות?

ת. משולמים.

ש. האם אתח יודע מחן חובות חרשות חפלסטינית לאחרים?

ת. חובות למי?

ש. לכל מיני גורמים בארץ, בעולם, בפלשתין?

ת. יש באופן כללי חלוואות, לפי חסכמח של משרד חאוצר, או חלק ממנח, חמועצח חמחוקקת חסכימח לגבי חלוואות, וכל זאת קשור למאזן, חתקציב, לפי חתכנית חכספית.

ש. האם אתח יודע למי חרשות חייבת כספים, האם יש רשימת חובות?

17



בית המשפט

בשא 000585/03

12/03/2003

בפני:    כבוד השופטת מרים מזרחי

ת. הדברים האלה נמצאים בתקציב ומפורסמים באינטרנט.
ש. האם יש רשימה למי חייבים כסף?
ת. ישנם הסכמים עם כל מוסד עמו חגענו לידי הסכם.
ש. האם אתה יודע אלו חובות הרשות משלמת? ואלו אינה משלמת?
ת. כל חוב שמבוסס על הסכמים וכתוב בהם תאריכים מתי יש לשלם אותם,
ולפי אלו אחוזים, וישנם תאריכים קבועים לתשלום, לפי מה שאני יודע,
הרשות משלמת לפי התאריכים הקבועים.
ש. אתה יודע למי הרשות חייבת כספים ומתי?
ת. רוב חכספים שמגיעים אליה מגיעים כמענקים, למשל מהבנק הבינלאומי
מח שנקרא FNI.
ש. האם אתה יודע אם הרשות הפלסטינית חייבת כספים לחברת החשמל
הישראלית?
ת. יש חסכם שיספקו חשמל לרשות, לפי ידיעתי, יש לנושא זה צד כספי
וחרשות בהתאם לחסכם צריכה לשלם כספים, ויש סכומים ששולמו ויש
סכומים שתשולמם נדחה. לפי ידיעתי, חדברים האלה נקבעים לפי שר האנרגיח
וחאדם האחראי בחברת החחשמל.
ש. האם אתה יודע למי עוד חייבת חרשות בישראל?
ת. יש כמח דברים שתובעים מחרשות הפלסטינית. לידיעתי, חתביעות נמצאות
בביחמ"ש וטרם ניתנו חחלטות לגביחן, ועדיין נמצאות בדיון. למיטב ידיעתי
טרם חתברר שיש חובות לרשות.
ש. האם אתה מכיר גופים בישראל לחם חייבת הרשות כספים?
ת. כל החתובות לגבי ישראל מתחלקים לשניים: או בהתאם להסכמים או
בהתאם לחגשת תביעות. באופן כללי, חקשרים שיש לרשות עם מדינת ישראל
חם בהתאם לחסכמים ברורים.
ש. האם אתה מכיר את חרשימה או לא?
ת. אני לא יודע אם בכלל קיימת רשימה.
ש. אתה מכיר את החסכמים שנחתמו בין חפלסטינאים לבין ישראל?
ת. אתה מתיחס לצד הכלכלי?
ש. לא, בכלל.
ת. כן, באופן כללי.





18



**בית המשפט**

<u>בית המשפט מחוזי ירושלים</u>

בפני:                    כבוד השופטת מרים מזרחי

ש. אם אשאל אותך אודות החסכמים תוכל להשיב?
ת. ברצוני לחזכיר לך שאני פסיד במשרד האוצר ולא מטפל בעניינים מדיניים. הידיעות שלי חן כלליות.
ש. חמועצה הפלסטינית...
ת. אתה מתכוון למועצה המחוקקת?
ש. כן. האם אתה יודע מחי חמועצה הפלסטינית?
ת. כן.
ש. מי חגוף חמבצע של המועצה הפלסטינית?
ת. אני רוצה לחזור על דבריי קודם, באופן כללי יש לנו את משרד האוצר שהוא קשור לרשות, ואם יש לך שאלה מוגדרת אשיב.
ש. האם נכון שהרשות הפלסטינית חיא חזרוע המבצעת של חמועצה הפלסטינית?
ת. בעניינים מדיניים אלה אינני יודע.
ש. כלומר, כשאתה מדבר בסעיף 7 בתצחירך על החסכמים אתה לא יודע מח יש בחסכמים ממש?

<u>עו"ד ארגנו</u>: אבקש שלא לחטעות את העד. מח שחברי שאל לא כתוב, יש ניסוח מדויק מח בחסכמים חוא יודע.

ש. בסעיף 7 התייחסת לחסכמים. לאלו חסכמים אתה מפנח?
ת. הדברים שאני יודע לגבי סעיף 7 שיש חסכמים בין חרשות למדינת ישראל ועל יסוד אותם חסכמים ישראל גובח את המסים.
ש. זה רשום, אך באלו חסכמים מדוברז
ת. ברגע זה לא אוכל לחשיב על אלו חסכמים, אך אוכל לחשיג אותם בקלות. זה אחד חסעיפים חחשובים ביותר בין ישראל לבין חרשות בכל חנוגע לעניינים כספיים. למעשה, משנת 94' מאז חקמת חרשות ועד סוף שנות ח-90 חעברת חכספים נסמכה על יסוד סעיף זה שחזכרתי, בצורה טובה מאוד בין שני הצדדים.
ש. אמרת לנו שהדו"ח מופיע באינטרנט?
ת. נכון.



19

**בית המשפט**

בש"א 000585/03    בית משפט מחוזי ירושלים

12/03/2003

בפני:    כבוד השופטת מרים מזרחי

ש. אני רואה שמופיע Palestine investment fund מי אלה?

ת. חורכבה מועצה של נאמנים ובראשותה עומד ד"ר סלאם פייאד שהוא שר האוצר וחמומחיות שלו היא בינלאומית. הוא האשיה אחראי על הקרן חזו.

ש. כל הנכסים האלה עליהם אתה מדבר האם חינ שייכים לקרון

ת. למיטב ידיעתי, ישנם 79 חברות ומוסדות שחלקם מקומיים וחלקם בינלאומיים, חלקם בגדה חמערבית וחלקם בירדן ובמצרים ובארצות אחרות, ואכן חם שייכים לקרו.

ש. איפה הקרן חזו, האם היא גוף משפטי או אחר?

ת. כן, ואני סבור שיש גם ידיעות על כל חמדיניות הכספית וחברי חמועצה חמינחלית שרובם אנשי עסקים פלסטיניים ברשות ד"ר פייאד, כל חידיעות, ובאופן מפורט, נמצאות באינטרנט.

ש. שאלותי האם חקרן חזו היא גוף משפטי?

ת. כן.

ש. איפה חיא ממוקמת, יושבת?

ת. הפגישות של חמועצה חמינחלית שחתקיימו בחודשים חאחרונים חיו ברמאללה ואני סבור שישבה אחת או שתיים חתקיימו בירירחו.

ש. היכן רשומה חקרן חזו

ת. למיטב ידיעתי, ברמאללה.

ש. מפנה לנספח 2 שצורף לתצחירך באשר לנבסים בשליטה או בבעלות - חאם אתח יודע אלו אלו נכסים חם בבעלות ואלו חם בשליטח?

ת. כן, כל חחשקעות חמוזכרות בנספח 2 חלקן בבעלות חרשות ובחלקם יש לרשות מניות. החחלקים שחם בבעלות חרשות נמצאים תחת שליטותה חמלאה של חרשות בחתאם לחוקים, ואילו אלו שיש לרשות מניות בחם, תלויים במספר חמניות שיש לחברות חללו. לכן, ליד כל חברת רשום אחוז.

ש. חאם יתכן שחלק מחנגסים רשומים על שם חראיס?

ת. למיטב ידיעתי, ובחתאם לכל חנעשה על ידי ד"ר פייאד, חחברות חללו חן רכוש חעם חפלסטיני ולא של אדם מסוים.

ש. כשאתח אומר שאינך מסכים לתביעה מדוע אתח אומר כך?

ת. יש יותר מסיבה אחת אך חחשובה ביותר היא שחשר שלי ד"ר פייאד, ומשרד חאוצר, כמו חיועצים חמשפטיים, גם אינם מסכימים לה.

20



**בית המשפט**

<u>בית משפט מחוזי ירושלים</u>

12/09/2005                          בפני :    כבוד השופטת מרים מזרחי

ש. שאלתי מדוע אתה אינך מסכים!

ת. בהתאם לתשובתי הקודמת, ובהתאם לדברים שדיברתי עם עורכי חדין והמשרד, ובתור פקיד במשרד, אינני רואה סיבה לתביעה.

ש. מדוע:

ת. אין לי חסבר נוסף למח שאמרתי בסעיף.

ש. מחן הסיבות:

ת. חדיון באשר לסיבות חיה ביחד עם עורך דין החגנה.

ש. מחן חסיבות בגינן אתח מתנגד לתביעה:

<u>עו"ד ארנון</u>: חעד לא חייב לחתייחס לכל כתב חחגנח עתח.

ת. מה שיש לי לומר חוא, שחתביעה הזו סורבח על ידי משרד חאוצר ולכן אנו לא מסכימים לקבל אותח. אם ישנן סיבות שצריך לקבלח תפקידכם לומר מחן.

ש. אתח אינך יודע מחן:

ת. בהתאם לידיעתי, ובחתאם לשיחתי עם עורכי חדין, ובחתאם לשיחותיי עם משרד חאוצר וחאנשים חממונים, אין יסוד לחגשת חתביעה.

ש. את חסיבות אינך יודע:

ת. זח כל מח שאוכל לומר.

ש. חאם חרשות יכולח לחמציא לביחמ"ש במקום חעיקול ערבות בנקאית של בנק אירופי:

ת. חרשות חיא מעין גוף שפעילותו דומה לפעילות מדינה. יש לו חבנסות חודשיות, חלקן מגיעות באמצעות מדינת ישראל, וחלקן על ידי חבנסות אחרות וכל חסכמים שיכולח לעשות מדינה אחרת יש לרשות יכולת לקיימם.

ש. זח לא מח ששאלתי, אלא חאם חרשות יכולח לתת ערבות בנקאית של בנק אירופי במקום חעיקול:

ת. אינני יודע בדיוק, אך ישנם חסכמים עם בנקים זרים לפיחם מוזרמים סכומים גדולים למשרדים שונים, וחלק מחסכומים יותר גדולים מחסכומים למשל של חתביעה חזו. יש גם חסכמים עם מספר בנקים במוסדות וכל חחסכמים מכובדים וקיימים. חחסכם חחשוב ביותר לפי ידיעתי חיא חגבייח של ישראל למעלח ממאח מיליון ₪ לחודש, וישראל גובח סכומים אלח ונותנת אותם לרשות.





21



**בית המשפט**

<u>בית משפט מחוזי ירושלים</u>                    בש"א 000585/03

בפני:  כבוד השופטת מרים מזרחי              12/03/2003

ש. אתה יודע מהי ערבות בנקאית?

ת. אני סבור שאני יודע.

ש. האם הרשות יכולה להעביר ערבות בנקאית?

<u>עו"ד ארנון</u>: לדעתי העד נתן תשובה מלאה לשאלה.

<u>חקירה חוזרת</u>

ש. אמרת שאינך יודע על חד"וח אם הרכוש בו שייך לרשות הפלסטינית, ונשאלת כמה שייך לרשות וכמה שייך לערפאת. השבת שחלק מהנכסים שייכים לעם. למה התכוונת?

ת. אני מנסח ללכת בדרכו של ד"ר פייאד שהיא ביחס אלינו שנהיה אנשים מקצועיים, שאין לנו קשר לפוליטיקה, ואני סבור שנשיא של מדינה כלשהי, חרכוש של אותח מדינה לא שייכת לו.

ש. בריישום רוב חרכוש של 500 מיליון דולר...

<u>עו"ד אפולעסיה</u>: אני מתנגד. חברי מנסה לחדריך את חעד.

<u>עו"ד ארנון</u>: אני רוצח לדעת איזה אחוז מתוך חשש מאות מיליון רשום על שם חרשות ואיזח על שם חעם.

**החלטה**

מתירה את השאלה.

ניתנה חיום ח' ב אדר ב', תשס"ג (12 במרץ 2003).

---

<u>מרים מזרחי, שופטת</u>

ת. לפי מח שאני יודע, כל הכספים חאלה שייכים לקרן וחשקעות הפלסטיני, כל חשש מאות מיליון בשלומותם ובמלואם.

ש. נשאלת אם הרשות יכולה לתת ערבות בנקאית לביחמ"ש. אם יתנו ערבות בנקאית חאם זח יפגע בקו חאשראי של הרשות?

ת. לפי ידיעתי, יש לרשות יכולת לעשות חסכמים וכל זה תלוי בגודל החלוואח.

22



בית המשפט

בשא000585/03

12/05/2003

בית משפט מחוזי ירושלים

בפני:    כבוד השופטת מרים מזרחי

<u>החלטה</u>

סיכומי ב"כ המבקשת תוך 7 ימים; סיכומי ב"כ המשיבות תוך 7 ימים לאחר
קבלת סיכומי ב"כ המבקשת. זכות תשובה לב"כ המבקשת תוך 5 ימים.

המזכירות תעביר אליו חתיק לאחר קבלת סיכומי הצדדים.

ניתנה היום ח' ב אדר ב, תשס"ג (12 במרץ 2003) במעמד הצדדים.

מרים מזרחי, שופטת