UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                        C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION

Now come the plaintiffs and hereby move to exceed the five-page limitation on exhibits to motions. Plaintiffs wish to file the following documents in support of their Motion for Judgment by Default Against the PA and PLO and for Other Relief For Refusal to Submit to Depositions:

1.  Bucheit v. Palestine Liberation Organization and Palestinian Authority, 00-CV-1455 – nine-page docket report.

2.  Haksharat Hayishuv Insurance Company Ltd. v. The Palestinian Authority and the Palestinian Council, translated transcript of testimony of Muhanad Aljouni, "Assistant Minister of Finance" March 12, 2003, Jerusalem District Court

These documents have just become available to plaintiffs, are crucial to a determination of the plaintiffs' motion and show the PA and PLO have committed fraud on this Court.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Granted: Ronald R. Lagueux
Sn. USDJ 4/15/03

129