UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al )<br>)<br>v. )<br>)<br>THE PALESTINIAN AUTHORITY, et al )<br>)<br>) | C.A. No. 00-105L |

## PALESTINIAN DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO STRIKE

Defendants The Palestinian National Authority and The PLO hereby object to Plaintiffs' Motion to Strike certain statements and exhibits in a Memorandum submitted by the Defendants in support of their Motion for a Protective Order dated March 12, 2003.

A Memorandum is filed herewith.

Dated: April 17, 2003

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian National Authority and
The PLO

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Objection to Plaintiffs' Motion to Strike to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*/s/ Deming E. Sherman*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR,  )
et al                       )
                            )
        v.                  )   C.A. No. 00-105L
                            )
THE PALESTINIAN AUTHORITY,  )
et al                       )
                            )
_____)

**MEMORANDUM IN SUPPORT OF
PALESTINIAN DEFENDANTS' OBJECTION
TO PLAINTIFFS' MOTION TO STRIKE**

Defendants The Palestinian National Authority and The PLO have objected to Plaintiffs' Motion to Strike certain statements and exhibits in a Memorandum submitted by the Defendants in support of their Motion for a Protective Order dated March 12, 2003.

Plaintiffs filed a similar Motion to Strike portions of Defendants' Memorandum in support of their Motion for Reconsideration dated November 20, 2003, and Defendants objected on February 20, 2003. The same reasons given then apply here with equal force. A copy of Defendants' Memorandum dated February 20, 2003 is attached hereto and is incorporated by reference.

Conclusion

For the foregoing reasons, Plaintiffs' Motion to Strike should be denied.

Respectfully submitted,

Dated: April 17, 2003

*[signature]*
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian National Authority and
The PLO

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Memorandum in Support of Objection to Plaintiffs' Motion to Strike to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v. )
) C.A. No. 00-105L
THE PALESTINIAN AUTHORITY, )
et al )
)
)
)

## MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO STRIKE

This memorandum is submitted in support of the objection of defendants the Palestinian Authority and the Palestine Liberation Organization, constituting the present Palestinian government, to the motion plaintiffs docketed on February 5, 2003, seeking to strike defendants' motion for reconsideration dated November 20, 2002.

### ARGUMENT

1. <u>Plaintiffs' motion is fatally unclear.</u>

The first paragraph of plaintiffs' motion to strike defines defendants' memorandum in support of their motion for reconsideration dated November 20, 2002 as "the memorandum." Paragraph 2 of plaintiffs' motion to strike attacks "sections 3 through 12 of the memorandum," and seeks to strike these sections as prohibited by Fed.R.Civ.P. 11 and 12(f). It is unclear what "sections" plaintiffs have in mind here. The November 20th memorandum has no provisions designated as sections 3 through 12. The next to last paragraph of plaintiffs' memorandum in support of their motion to strike refers to sections 3 through 12 of a different pending motion of defendants' dated January 27, 2003 seeking reconsideration and a stay with respect to discovery. It would seem to follow that plaintiffs are attacking the papers on this second motion of January