UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, by and through the Administrator of his estate, David Strachman, DVIR UNGAR, minor, by his guardians and next friend, YISHAI UNGAR, minor, by his guardians and next friend, PROFESSOR MEYER UNGAR, JUDITH UNGAR (individually and in their capacity as legal guardians of plaintiffs Dvir Ungar and Yishai Ungar), RABBI URI DASBERG, JUDITH DASBERG (in their capacity as legal guardians of plaintiffs Dvir Ungar and Yishai Ungar), AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE PALESTINIAN AUTHORITY (A.K.A. "THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY"), THE PALESTINE LIBERATION ORGANIZATION, HAMAS -- ISLAMIC RESISTANCE MOVEMENT (A.K.A. "HARAKAT AL-MUQAWAMA AL-ISLAMIYYA"), ABDEL RAHMAN ISMAIL ABDEL RAHMAN GHANIMAT, JAMAL ABDEL FATAH TZABICH AL HOR, RAED FAKHRI ABU HAMDIYA, IBRAHIM GHANIMAT and IMAN MAHMUD HASSAN FUAD KAFISHE,<br>　　　　　　　　　Defendants. | C.A. No. 00-105 L |

**ORDER GRANTING
MOTION TO STRIKE**

Before the court is Plaintiffs' Motion to Strike and for Other Relief ("Motion to Strike") filed on April 2, 2003. Plaintiffs seek to strike certain sections and exhibits from the memorandum submitted by the Palestinian Authority and the Palestine Liberation Organization (collectively the "Palestinian

Defendants") in support of the Palestinian Defendants' Motion for Protective Order dated March 12, 2003. The basis for the Motion to Strike is that the memorandum and exhibits contain frivolous, irrelevant, and scandalous statements prohibited by Fed. R. Civ. P. 11 and 12(f). The court has reviewed the challenged material and agrees that it is irrelevant and constitutes an effort to malign Plaintiffs by association. The Motion to Strike is, therefore, well founded. Accordingly, the court grants the Motion to Strike and strikes from the Memorandum in Support of Palestinian Defendants' Motion for Protective Order the following: from page 3, from the second full paragraph on; page 4 in its entirety; page 5, up to the section entitled "Conclusion); and Exhibits 2 and 3. The court also cautions the Palestinian Defendants against submitting filings containing similar material in the future.

So Ordered.

ENTER:

_____
David L. Martin
United States Magistrate Judge
April 18, 2003

BY ORDER:

_____
Deputy Clerk