UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAR 10 2003

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION TO ENTER DEFAULT AGAINST DEFENDANTS PA AND PLO PURSUANT TO FED.R.CIV.P. 55(a)**

For the reasons presented in the accompanying Memorandum in support of this Motion, plaintiffs hereby move for the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against defendants PA and PLO.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Referred to U.S.M.J. Martin
for findings & recommendations
✓ for determination

Ronald R. Lagueux, Senior U.S. District Judge
Date: 3-10-03

CERTIFICATION

I hereby certify that on the 7th day of February, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

DEFAULT HEREBY ENTERED AGAINST PA and PLO

Martha Saucier/ Deputy Clerk
04/21/03