UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) |

RECEIVED
APR 18 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## ORDER

This matter came on for hearing on April 11, 2003 upon the motion of defendants The Palestinian National Authority (PNA) and the Palestine Liberation Organization (PLO) filed on November 20, 2002 for reconsideration of the Court's decision and order entered on November 5, 2002 which denied the motion of the PNA and PLO to dismiss the amended complaint and upon the defendants' motion for a stay of proceedings pending appeal.

After argument, and upon consideration, it is hereby ORDERED:

(1) That the motion of defendants PNA and PLO for reconsideration filed on November 20, 2002 is denied.

(2) That the defendants' motion for a stay of proceedings pending appeal is denied.

ENTERED as the Order of this Court this          day of April, 2003.

By Order,

_____
Clerk

ENTER:

_____
Lagueux, S.J.

Dated: April 22, 2003

*Plaintiffs' motion to strike Section 2C and the 2nd sentence of Section 2D in Defendants' Memo in support of Motion for Reconsideration was granted:* Ronald R. Lagueux
Sh. USKS 4/22/03

(135)