UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
                                                    )
            v.                              )    C.A. No. 00-105L
                                                    )
THE PALESTINIAN AUTHORITY, )
et al )
                                                    )
_____)

## NOTICE OF APPEAL OF DEFENDANTS PALESTINIAN AUTHORITY AND PALESTINE LIBERATION ORGANIZATION

Notice is hereby given that the Palestinian Authority (PA) and the Palestine Liberation Organization (PLO), defendants in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from:

(1) the Order entered in this action on the 22nd day of April, 2003, denying the motion of defendants PA and PLO filed on November 20, 2002 for reconsideration of this Court's Decision and Order entered on November 5, 2002, which denied the motion of defendants PA and PLO to dismiss the amended complaint, and

(2) the Decision and Order entered in this action on the 5th day of November, 2002, which denied the motion of defendants PA and PLO to dismiss the amended complaint.



Dated: April 22, 2003

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)
Attorneys for Defendants
The Palestinian Authority
  and The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 22ndday of April , 2003, I faxed and mailed a copy of the within Notice of Appeal to David J. Strachman, Esq., Skolnik, McIntyre & Tate Esqs., Ltd., Suite 400, 321 South Main Street, Providence, RI 02903.

_____