UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 24, 2003

Richard Donovan
Clerk of the Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA  02109

    RE: Ungar, et al vs. Palestinian Authority, et al

Dear Mr. Donovan:

    Enclosed herewith you will find an supplemental on appeal in the above entitled case.

    Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: *Doreen L. Baldinelli*
    DEPUTY CLERK

Enc: Receipt of payment.