UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | )    C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

### PALESTINIAN DEFENDANTS' <br> MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to Plaintiffs' Motion for Default Judgment and for Other Relief with respect to depositions noticed by plaintiffs being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: April 28, 2003

                      _____
                      Deming E. Sherman (#1138)
                      Annemarie M. Carney (#3980)
                      EDWARDS & ANGELL, LLP
                      2800 Financial Plaza
                      Providence, Rhode Island 02903
                      401-274-9200
                      401-276-6611 (FAX)

                      Ramsey Clark
                      Lawrence W. Schilling
                      36 East 12th Street
                      New York, NY 10003
                      212-475-3232
                      212-979-1583 (FAX)

                      Attorneys for Defendants
                      The Palestinian Authority and
                      The PLO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | )    C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS'**
**MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits to their Objection to Plaintiffs' Motion for Judgment by Default and for Other Relief with respect to depositions noticed by plaintiffs. Defendants move to attach the following exhibit (which totals 20 pages) to the Memorandum in support of their Motion:

A.    Defendants' Motion Under Rule 8(a)(2) for a Stay Pending Appeal
     (20 pages)

This exhibit is integral to the argument advanced by the defendants and needs to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: April 28, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____