UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
  )
         v.    ) C.A. No. 00-105L
  )
THE PALESTINIAN AUTHORITY, )
et al )
_____)

## ENTRY OF APPEARANCE

Appearance is hereby entered on behalf of Defendants The Palestinian Authority and The Palestine Liberation Organization.

Dated: April 28, 2003

_____
Annemarie M. Carney (#6380)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2003, I faxed and mailed a copy of the within Entry of Appearance to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____

PRV_571130_1.DOC/ACARNEY