


| David A. DiMarzio<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>*District of Rhode Island* | Robert R. Henry<br>Chief Deputy Clerk |
|---|---|---|

April 23, 2003

Richard Donovan, Clerk  
United States Court of Appeals  
One Courthouse Way  
Boston, Massachusetts 02110

03-1544

**RE:   The Estate of Yaron Ungar, et al VS. The Palentinian Authority, et al**  
      **CA:00-105L**

Dear Mr. Donovan:

Enclosed please find RECORD ON APPEAL, a certified copy of the docket together with the appeal form, in the above-referenced matter.

Kindly acknowledge receipt on the enclosed copy of this letter and return the same to me with your designated Court Docket number.

Sincerely,

David A. DiMarzio  
Clerk of Court

BY: /s/ Doreen P. Baldinelli  
Doreen L. Baldinelli/Barbara D'Amico

U.S. COURT OF APPEALS  
RECEIVED  
APR 29 2003  
FOR THE FIRST CIRCUIT

Enc. Appeal Form  
    Order dated April 22, 2003  
    Plaintiff's Objection to Deft's Motion for Reconsideration  
    Defendant's Motion for Reconsideration  
    Decision and Order dated November 4, 2002

143