UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                    C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Now come the Plaintiffs and hereby object to the Palestinian Defendants' Motion to Exceed Page Limit for Exhibits. Plaintiffs' objection is supported by the attached memorandum.

Plaintiffs
By their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700



## CERTIFICATION

I hereby certify that on the ___ day of April, 2003, I mailed a true copy of the within objection and attached memorandum to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Plaintiffs object to Defendants' attempt to circumvent the rules of this Court by requesting that a memorandum filed in the Court of Appeals serve as an "exhibit" to their objection to plaintiffs' motion for default judgment and other relief under Rule 37. Their 20 page memorandum proposed as an "exhibit" serves no purpose with regard to the motion for default judgment and other relief under Rule 37 except to circumvent this Court's page limitation for memoranda. The purported "exhibit" serves no function in the matter pending before this court and is not truly an exhibit. Rather defendants have brazenly acknowledged their violation of the rules by stating "Defendants incorporate by reference herein their motion for a stay in the Court of Appeals and have attached a copy to this Memorandum for the Court's convenience." Additionally, a pleading in an alleged appeal on an unrelated issue has no bearing in the discovery motion pending before this Court. Therefore, plaintiffs respectfully request that defendants' motion be denied and the reference to the memorandum filed in the Court of Appeals be stricken.

Plaintiffs
By their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the 30 day of April, 2003, I mailed a true copy of the within memorandum to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____