UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) |

### PALESTINIAN DEFENDANTS' OBJECTION TO ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

Defendants The Palestinian Authority (PA) and The Palestine Liberation Organization (PLO) hereby object to the Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to strike certain statements and exhibits from the memorandum in support of defendants' motion for a protective order dated March 12, 2003 against the taking of depositions.

A Memorandum is filed herewith.

Dated: May 5, 2003

Deming E. Sherman (#1138)
Annemarie M. Carney (#6380)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
)

## MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS' OBJECTION TO ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

Defendants The Palestinian Authority (PA) and The Palestine Liberation Organization (PLO) have objected to the Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to strike certain statements and exhibits from the memorandum in support of defendants' motion for a protective order dated March 12, 2003 against the taking of depositions.

As grounds for this objection, defendants attach hereto as Exhibit A and incorporate by reference their memorandum filed on April 17, 2003 in support of their objection to the motion to strike.

Respectfully submitted,

Dated: May 5, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#6380)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

- 2 -

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____