UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

## PALESTINIAN DEFENDANTS'
## MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to the Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to strike certain statements and exhibits from the memorandum in support of defendants' motion for a protective order dated March 12, 2003 against the taking of depositions being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: May 5, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Exhibits to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_/s/ Deming E. Sherman_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

## MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits to their Objection to the Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to strike certain statements and exhibits from the memorandum in support of defendants' motion for a protective order dated March 12, 2003 against the taking of depositions.

Defendants move to attach the following exhibit (which totals 6 pages) to the Memorandum in support of their Motion:

    A.    Memorandum in Support of Palestinian Defendants' Objection to Plaintiffs' Motion to Strike (filed on April 17, 2003)
          (6 pages)

This exhibit is integral to the argument advanced by the defendants and needs to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: May 5, 2003

                                                  Deming E. Sherman (#1138)
                                                  Annemarie M. Carney (#3980)
                                                  EDWARDS & ANGELL, LLP
                                                  2800 Financial Plaza
                                                  Providence, Rhode Island 02903
                                                  401-274-9200
                                                  401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.