UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | ) C.A. No. 00-105L |
| | ) |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

## PALESTINIAN DEFENDANTS' OBJECTION TO MEMORANDUM AND ORDER GRANTING PLAINTIFFS' MOTION TO ENTER DEFAULT

Defendants The Palestinian Authority (PA) and The Palestine Liberation Organization (PLO) hereby object to the Memorandum and Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to enter default pursuant to Fed.R.Civ.P. 55(a) against the PA and the PLO for failure to file an answer to the amended complaint.

A Memorandum is filed herewith.

Dated: May 5, 2003

Deming E. Sherman (#1138)
Annemarie M. Carney (#6380)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Objection to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
 )
 )
v. )  C.A. No. 00-105L
 )
 )
THE PALESTINIAN AUTHORITY, )
et al )
 )
 )

## MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS' OBJECTION TO MEMORANDUM AND ORDER GRANTING PLAINTIFFS' MOTION TO ENTER DEFAULT

Defendants The Palestinian Authority (PA) and The Palestine Liberation Organization (PLO) have objected to the Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to enter default pursuant to Fed.R.Civ.P. 55(a) against the PA and the PLO for failure to file an answer to the amended complaint.

As grounds for this objection, defendants attach hereto as Exhibit A and incorporate by reference their memorandum filed on February 27, 2003 in support of their objection to the motion to enter default.

Respectfully submitted,

Dated: May 5, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#6380)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*