UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

## PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to the Memorandum and Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to enter default pursuant to Fed.R.Civ.P. 55(a) against the PA and the PLO for failure to file an answer to the amended complaint being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: May 5, 2003

Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Exhibits to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | )    C.A. No. 00-105L |
| | ) |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>) |

**MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS'
MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits to their Objection to the Memorandum and Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to enter default pursuant to Fed.R.Civ.P. 55(a) against the PA and the PLO for failure to file an answer to the amended complaint.

Defendants move to attach the following exhibit (which totals 8 pages) to the Memorandum in support of their Motion:

    A.    Memorandum of Defendants Palestinian Authority and Palestine Liberation Organization in Support of Objection to Plaintiffs' Motion to Enter Default Pursuant to Fed.R.Civ.P. 55(a) and supporting document.
         (8 pages)

This exhibit is integral to the argument advanced by the defendants and needs to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: May 5, 2003

                                                               Deming E. Sherman (#1138)
                                                              Annemarie M. Carney (#3980)
                                                               EDWARDS & ANGELL, LLP
                                                               2800 Financial Plaza
                                                               Providence, Rhode Island 02903
                                                               401-274-9200

401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_Deming S. Sherman_