UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

### PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to Plaintiffs' Motion for Default Judgment and for Other Relief with respect to depositions noticed by plaintiffs being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: April 28, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

Granted!
Ronald R. Lagueux
Sr. USDJ 5/5/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | )    C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

### PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to the Memorandum and Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to enter default pursuant to Fed.R.Civ.P. 55(a) against the PA and the PLO for failure to file an answer to the amended complaint being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: May 5, 2003

*Granted:*
*Ronald R. Lagueux*
*Sr. USDJ 5/6/03*

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

## PALESTINIAN DEFENDANTS'
## MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to the Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to strike certain statements and exhibits from the memorandum in support of defendants' motion for a protective order dated March 12, 2003 against the taking of depositions being filed simultaneously herewith.

A Memorandum is filed herewith.

Dated: May 5, 2003

Granted:
Ronald R. Lagueux
SA. USDJ 5/6/03

Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO