UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v.    )    C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
_____ )

## EXHIBIT TO PALESTINIAN DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO MEMORANDUM AND ORDER GRANTING PLAINTIFFS' MOTION TO ENTER DEFAULT

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), file herewith the exhibit to their Memorandum in Support of Objection to the Memorandum and Order entered by Martin, M.J. on April 18, 2003 granting plaintiffs' motion to enter default pursuant to Fed.R.Civ.P. 55(a) against the PA and the PLO for failure to file an answer to the amended complaint. The exhibit is filed pursuant to the Court's Order entered May 6, 2003 granting Defendants' Motion to Exceed Page Limit for Exhibits.

Dated: May 13, 2003

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2003, I mailed a copy of the within Exhibits to Memorandum in Support of Palestinian Defendants' Objection to Memorandum and Order Granting Plaintiffs' Motion to Enter Default to David J. Strachman, Esq., McIntyre, Tate, Lynch & Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*