

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

May 14, 2003

CA 00-105L

TITLE: THE ESTATE OF YARON UNGAR, ET AL v THE PALESTINIAN AUTHORITY, ET AL

MAGISTRATE JUDGE: David L. Martin

COURTROOM CLERK: Martha Saucier

---

COUNSEL PRESENT:

    Plaintiff: David Strachman

    Defendant: Lawrence Schilling
    Deming Sherman

*************************************************************************

Defendants' Motion for Protective Order
Plaintiffs' Motion for Judgement by Default Against PA
Plaintiffs' Motion for Judgement by Default Against PA and PLO for Refusal to Submit to Depositions

All counsel of record present. Mr. Schilling argues defendants' motion for protective order. Mr. Strachman states objections. Mr. Schilling responds to the objections. Court denies the defendants' motion for protective order. Mr. Strachman to prepare an order. Mr. Strachman argues plaintiffs' motions for Judgement by Default against PA and

Judgement by Default against PA and PLO for Refusal to Submit to Depositions. Mr. Schilling states objections. Mr. Strachman responds to the objections. Court continues the matter until July 14, 2003 at 10:00 a.m. Court orders the defendants to notify plaintiffs by June 16, 2003 as to details regarding depositions. Court to prepare an order in regards to the motions for judgement by default.