UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND



THE ESTATE OF YARON UNGAR, et al.

vs.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION TO ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**

Defendants PA and PLO have filed an objection pursuant to Fed.R.Civ.P. 72(a) to the Order of Magistrate Judge David Martin of April 18, 2003 granting plaintiffs' Motion to Strike of April 2, 2003.

The statements and exhibits struck by Magistrate Judge Martin contain personal attacks on an attorney and others that are irrelevant to the matters before the court. The decision to strike these materials therefore parallels the recent decision and order by Senior Judge Ronald Lagueux to strike similar materials submitted by defendants. See Order of April 22, 2003; transcript of April 11, 2003 hearing, pp. 11-14.

For the reasons cited in the Order and in plaintiffs' Motion to Strike of April 2, 2003, incorporated herein by reference, the decision of Magistrate Judge Martin was correct, proper and necessary, and was certainly not "clearly erroneous or contrary to law," Fed.R.Civ.P. 72(a), 28 U.S.C. §636.

Therefore, the plaintiffs request that the court deny defendants' objection to the Order.

Plaintiffs
By their attorneys,
McIntyre, Tate, Lynch & Holt

_____
David J. Strachman   #4404
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the __13__ day of May, 2003 I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____