UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION TO MEMORANDUM
AND ORDER GRANTING PLAINTIFFS' MOTION TO ENTER DEFAULT**

The defendants have filed an objection pursuant to Fed.R.Civ.P. 72(a) to the Memorandum and Order of Magistrate Judge David Martin of April 18, 2003 granting plaintiffs' motion to enter default against the PA and the PLO for failure to file an answer to the Amended Complaint.

Magistrate Judge Martin entered default many months after defendants' answer was due, and after defendants notified the court, in their pleadings and at an oral hearing, that though they are capable of answering they would not do so.

For the reasons cited in the Memorandum and Order and in plaintiffs' Motion to Enter Default, incorporated herein by reference, the decision of Magistrate Judge Martin was correct, proper and necessary, and was certainly not "clearly erroneous or contrary to law," Fed.R.Civ.P. 72(a), 28 U.S.C. §636.

Therefore, the plaintiffs request that the court deny defendants' objection to the Memorandum and Order.

The plaintiffs request oral argument on the defendants' objection.

Plaintiffs
By their attorneys,
McIntyre, Tate, Lynch & Holt

_____
David J. Strachman    #4404
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)


<u>CERTIFICATION</u>


I hereby certify that on the _____ day of May, 2003 I mailed a true copy of the within

to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____

2