UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
    )
    )
        v.        )      C.A. No. 00-105L
    )
THE PALESTINIAN AUTHORITY, )
et al )
    )
    )

## DESIGNATION PURSUANT TO F.R.A.P. 11(g)

Defendants The Palestinian Authority and the Palestine Liberation Organization, having

made a motion in the United States Court of Appeals for the First Circuit for a stay pending

appeal (No. 03-1544), respectfully request the Clerk of the District Court to send to the Court of

Appeals the Order Continuing Hearing On Motions For Default Judgment that was entered by

Magistrate Judge David L. Martin on May 14, 2003, Docket #158.

Respectfully submitted,

Dated: May 15, 2003

*Deming E. Sherman*

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2003, I mailed a copy of the within Designation Pursuant to F.R.A.P. 11(g) to David J. Strachman, Esq., McIntyre, Tate, Lynch & Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

PRV_575331_1/DSHERMAN