UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 15, 2003



03-1544

Richard Donovan
Clerk of the Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA   02109

    RE: The Estate of Yaron Ungar v. The Palestinian Authority
       CA: 00-105L

Dear Mr.Donovan:

    Enclosed herewith you will find an supplemental on appeal in the above entitled case.

    Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: Doreen L. Baldinelli
    DEPUTY CLERK

Enc: Certified Docket, Order continuing hearing on Motions
     for Default Judgment dated May 14, 2003.