UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L ) |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

### PALESTINIAN DEFENDANTS'
### MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Notice of Appeal from the Order entered by Martin, M.J. on May 14, 2003.

A Memorandum is filed herewith.

Dated: May 29, 2003

_Deming E. Sherman_
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Exhibits to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature: Dennis S. Sherman]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

**MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS'**
**MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits to their Notice of Appeal from the Order entered by Martin, M.J. on May 14, 2003.

Defendants move to attach the following exhibits (which totals 66 pages) to the Memorandum in support of their Motion:

    A.    Order dated May 14, 2003 (2 pages)

    B.    Deposition Notices (13 pages)

    C.    Discovery Requests to PA (30 pages)

    D.    Letter dated January 27, 2003 from PA Ambassador (2 pages)

    E.    "Road Map" (4 pages)

    F.    Newspaper Articles (13 pages)

    G.    Judgment of First Circuit, May 27, 2003 (2 pages)

These exhibit is integral to the argument advanced by the defendants and needs to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: May 29, 2003

*/s/ Deming E. Sherman*
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2003, I faxed and mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*/s/ Deming E. Sherman*