UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION

    Now come the plaintiffs and hereby move to exceed the five-page limitation on exhibits to motions. Plaintiffs wish to file sixteen documents in support of their Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) Against Defendants the Palestinian Authority and the Palestine Liberation Organization. The documents which plaintiffs propose to introduce are necessary for the Court to review to determine the issues presented in the motion for default judgment. The proposed documents are described in the attached Exhibit list.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

### CERTIFICATION

    I hereby certify that on the ___30___ day of May, 2003 I mailed and faxed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
**(Fax 212-979-1583)**



Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
**(Fax 401- 276-6611)**

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

**EXHIBITS TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2) AGAINST DEFENDANTS THE PALESTINIAN AUTHORITY AND THE PALESTINE LIBERATION ORGANIZATION**

A. Affidavit of David J. Strachman

B. Curriculum vitae of Hasan Abdel Rahman, Chief Representative of he PLO and the Palestinian Authority in the United States.

C. New York Times article of October 16, 2000.

D. Washington Post article of Thursday, October 12, 2000.

E. Report of the Attorney General to Congress of the United States on the Administration of Foreign Agents Registration Act of 1938, as amended, for the six months ending June 26, 1999, October 31, 1999, September 30, 2001 and April 28, 2002.

F. Washington Post article of Thursday, January 20, 2000.

G. Forward article.

H. Int'l Techs. Integration, Inc. v. Palestine Liberation Organization, 66 F. Supp. 2d 3 (D.D.C. 1999).

I. Int'l Techs. Integration, Inc. v. Palestine Liberation Organization, 98-00756 (CKK) order of July 2, 1999.

J. Affidavits of Norfork County Deputy Sheriff Peter J. Morin.

K. Affidavit of Process Server Freeman R. Woodbury.

L. Declaration of Mr. Marwan Jilani.

M.  Declaration of Hasan Abdel Rahman.

N.  Short Form Listing of Registrant's Foreign Agents

O.  Damages Memorandum

P.  Proposed Findings of Law and Fact