UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 30 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                          C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION

Now come the plaintiffs and hereby move to exceed the five-page limitation on exhibits to motions. Plaintiffs wish to file sixteen documents in support of their Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) Against Defendants the Palestinian Authority and the Palestine Liberation Organization. The documents which plaintiffs propose to introduce are necessary for the Court to review to determine the issues presented in the motion for default judgment. The proposed documents are described in the attached Exhibit list.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Granted;
Ronald R. Lagueux
Sr. USDJ  6/9/03

### CERTIFICATION

I hereby certify that on the __30__ day of May, 2003 I mailed and faxed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
**(Fax 212-979-1583)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L ) |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

FILED

MAY 29 2003

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

### PALESTINIAN DEFENDANTS'
### MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Notice of Appeal from the Order entered by Martin, M.J. on May 14, 2003.

A Memorandum is filed herewith.

Dated: May 29, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

Granted!
Ronald R. Lagueux
Sr. USDJ 6/9/03