UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | )  C.A. No. 00-105L<br>) |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>)<br>) |

### EXHIBITS TO PALESTINIAN DEFENDANTS' MEMORANDUM IN SUPPORT OF APPEAL OF MAGISTRATE JUDGE'S ORDER ENTERED MAY 14, 2003

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), file herewith the exhibits to their Memorandum in Support of their appeal from the Order Continuing Hearing on Motions for Default Judgment entered by Martin, M.J. on May 14, 2003. The exhibits are filed pursuant to the Court's Order entered June 9, 2003 granting Defendants' Motion to Exceed Page Limit for Exhibits.

Dated: June 11, 2003

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2003, I mailed a copy of the within Exhibits to Memorandum in Support of Palestinian Defendants' Appeal of Magistrate Judge's Order Entered May 14, 2003 to David J. Strachman, Esq., McIntyre, Tate, Lynch & Holt, Suite 400, 321 South Main Street, Providence, RI. 02903.

*[signature]*