UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                          C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

**EXHIBITS TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2) AGAINST DEFENDANTS THE PALESTINIAN AUTHORITY AND THE PALESTINE LIBERATION ORGANIZATION**

A. Affidavit of David J. Strachman

B. Curriculum vitae of Hasan Abdel Rahman, Chief Representative of he PLO and the Palestinian Authority in the United States.

C. New York Times article of October 16, 2000.

D. Washington Post article of Thursday, October 12, 2000.

E. Report of the Attorney General to Congress of the United States on the Administration of Foreign Agents Registration Act of 1938, as amended, for the six months ending June 26, 1999, October 31, 1999, September 30, 2001 and April 28, 2002.

F. Washington Post article of Thursday, January 20, 2000.

G. Forward article.

H. <u>Int'l Techs. Integration, Inc. v. Palestine Liberation Organization</u>, 66 F. Supp. 2d 3 (D.D.C. 1999).

I. <u>Int'l Techs. Integration, Inc. v. Palestine Liberation Organization,</u> 98-00756 (CKK) order of July 2, 1999.

J. Affidavits of Norfork County Deputy Sheriff Peter J. Morin.

K. Affidavit of Process Server Freeman R. Woodbury.

L. Declaration of Mr. Marwan Jilani.



    M.    Declaration of Hasan Abdel Rahman.

    N.    Short Form Listing of Registrant's Foreign Agents

    O.    Damages Memorandum

    P.    Proposed Findings of Law and Fact