UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR,      )
et al                            )
                                 )
                                 )
            v.                   )          C.A. No. 00-105L
                                 )
THE PALESTINIAN AUTHORITY,       )
et al                            )
_____ )


**PALESTINIAN DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR
JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2)**


Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") hereby move for an extension of time to respond to Plaintiffs' Motion for Judgment By Default Pursuant to Fed.R.Civ.P. 55(b)(2) to within ten (10) days of the date of this Motion.  As grounds for this Motion, defendants state:

On May 30, 2003, plaintiffs filed a motion to exceed the page limitation for exhibits to their Motion for Judgment by Default, the proposed exhibits consisting of sixteen (16) documents.  On June 9, 2003, this Court granted plaintiffs' motion and allowed plaintiffs to file the exhibits.  The defendants PA and PLO received the exhibits this date but are unable to timely respond - by this date - to the Motion for Judgment by Default.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted and that they be allowed to respond to the Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) within ten (10) days of the date of this Motion.



Dated: June 13, 2003

Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Motion for Extension of Time to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

PRV_581383_1/DSHERMAN