UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
                              )
                              )
         v.                   )      C.A. No. 00-105L
                              )
                              )
THE PALESTINIAN AUTHORITY,    )
et al                         )
                              )

## PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to the Affidavit of Ambassador Nasser Al-Kidwa in support of Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint. A Memorandum is filed herewith.

Dated: June 13, 2003

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2003, I mailed a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Exhibits to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v.   )   C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
_____)

**MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS'
MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits (which total 109 pages) to the Affidavit of Ambassador Nasser Al-Kidwa in support of Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint.

Defendants move to attach the following exhibits to the Affidavit:

1. General Assembly: Resolution 181 (II)< Future government of Palestine (19 pages)

2. Security Council: Resolution 242 (1967) of 22 November 1967 (2 pages)

3. Security Council: Resolution 338 (1973) of 22 October 1973 (1 page)

4. General Assembly: 3237 (XXIX), Observer Status for the Palestine Liberation Organization (2 pages)

5. Declaration of Independence, November 15, 1988 (4 pages)

6. General Assembly: 43/177 Question of Palestine (2 pages)

7. General Assembly: Security Council: Letter dated 14 December 1988 from the Charge d'affaires a.i. of the Permanent Mission of Qatar to the United Nations addressed to the Secretary-General (2 pages)

8.  General Assembly: Security Council: Letter dated 13 December 1988 from the Charge d'affaires a.i. of Oman to the United Nations addressed to the Secretary-General (3 pages)

9.  PLO-Israel Letters of Mutual Recognition (2 pages)

10. General Assembly: Security Council: Letter dated 8 October 1993 from the Permanent Representatives of the Russian Federation and the United States of America to the United Nations addressed to the Secretary-General (15 pages)

11. Protocol on Economic Relations Between the Government of Israel and the PLO: dated Paris 29 April 1994 (8 pages)

12. Agreement on the Gaza Strip and the Jericho Area, May 4, 1994 (10 pages)

13. Agreement on Preparatory Transfer of Powers and Responsibilities, August 29, 1994 (7 pages)

14. Interim Agreement on the West Bank and the Gaza Strip, September 28, 1995 (11 pages)

15. The Wye River Memorandum (8 pages)

16. The Sharm El-Sheikh Memorandum on Implementation Timeline of Outstanding Commitments of Agreements Signed and the Resumption of Permanent Status Negotiations (5 pages)

17. Draft adopted on 7 July 1988 as resolution 52/250: Question of Palestine (3 pages)

18. General Assembly: 4 August 1998 Participation of Palestine in the work of the United Nations (3 pages)

19. General Assembly: Resolution adopted by the General Assembly 57/269. Permanent sovereignty of the Palestinian people in the Occupied Palestinian Territory, including East Jerusalem, and of the Arab population in the occupied Syrian Golden over their natural resources (2 pages)

These exhibits are integral to the argument advanced by the defendants and need to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: June 13, 2003

*/s/ Deming E. Sherman*
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2003, I ~~faxed and~~ mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*/s/ Deming E. Sherman*