UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) |

### PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to the Affidavit of Ambassador Nasser Al-Kidwa in support of Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint. A Memorandum is filed herewith.

Dated: June 13, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

Granted:
Ronald R. Lagueux
Sr. USDJ 6/16/03

