UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

**PALESTINIAN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2)**

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") hereby move for an extension of time to July 11, 2003 to respond to Plaintiffs' Motion for Judgment By Default Pursuant to Fed.R.Civ.P. 55(b)(2). As grounds for this Motion, defendants state that in order to properly respond to this substantial Motion, defendants will require additional time.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted and that they be allowed to respond to the Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) on or before July 11, 2003.

Dated: June 27, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2003, I faxed and mailed a copy of the within Palestinian Defendants' Motion for Extension of Time to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*