UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

**FILED**

JUN 18 2003

**U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND**

## PALESTINIAN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2)

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") hereby move for an extension of time to respond to Plaintiffs' Motion for Judgment By Default Pursuant to Fed.R.Civ.P. 55(b)(2) to within ten (10) days of the date of this Motion. As grounds for this Motion, defendants state:

On May 30, 2003, plaintiffs filed a motion to exceed the page limitation for exhibits to their Motion for Judgment by Default, the proposed exhibits consisting of sixteen (16) documents. On June 9, 2003, this Court granted plaintiffs' motion and allowed plaintiffs to file the exhibits. The defendants PA and PLO received the exhibits this date but are unable to timely respond - by this date - to the Motion for Judgment by Default.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted and that they be allowed to respond to the Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) within ten (10) days of the date of this Motion.

*[handwritten annotation: 182]*

Objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 7/2/03