FILED
JUN 24 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

C.A. No. 00 - 105L

vs.

THE PALESTINIAN AUTHORITY, et al.

## PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS THE AMENDED COMPLAINT

For the reasons presented in the accompanying Memorandum in support of this Motion, plaintiffs hereby move for an enlargement of time until July 31, 2002, to respond to the "Palestinian Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint," filed by defendants The Palestinian Authority and The Palestine Liberation Organization.

Plaintiffs, by their Attorneys,

David J. Strachman (KSP)
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 7/8/03