UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.

v.                                          C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.


### MOTION TO EXCEED PAGE LIMITATION


Now come the plaintiffs and hereby move to exceed the five-page limitation on exhibits to motions.  Plaintiffs wish to file the following documents in support of their Memorandum in Response to Defendants' Appeal From the Order of May 14, 2003 Continuing Hearing on Motions for Default Judgment:

A.    Deposition transcript of Ghassan Ramadan, March 31, 2003.

B.    Bucheit v. Palestine Liberation Organization and Palestinian Authority, 00-CV-1455 docket report.

C.    Haksharat Hayishuv Insurance Company Ltd. v. The Palestinian Authority and the Palestinian Council, translated transcript of testimony of Muhanad Aljouni, Assistant Minister of Finance,  March 12, 2003, Jerusalem District Court

These documents have recently become available to plaintiffs, are crucial to a determination of the plaintiffs' motion and show the PA and PLO have committed fraud on this Court.

Plaintiffs, by their Attorneys,


_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ____ day of July, 2003 I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903