UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 14, 2003

Richard Donovan
Clerk of the Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA  02109

    RE: The Estate of Yaron Ungar Vs. The Palestinian Authority
        CA: 00-105L

Dear Mr. Donovan:

    Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

    Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: *Doreen L. Baldinelli*
    DEPUTY CLERK

Enc. Certified Docket, Deft's Motion and memorandum for
    Enlargement of Time, Deft's Motion and memorandum for
    Continuance.