UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 27 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

## PALESTINIAN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2)

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") hereby move for an extension of time to July 11, 2003 to respond to Plaintiffs' Motion for Judgment By Default Pursuant to Fed.R.Civ.P. 55(b)(2). As grounds for this Motion, defendants state that in order to properly respond to this substantial Motion, defendants will require additional time.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted and that they be allowed to respond to the Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) on or before July 11, 2003.

Dated: June 27, 2003

Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☐ for determination
☐ _____
Ronald R. Lagueux, Senior U.S. District Judge
Date: 7-11-03

GRANTED.
David L. Martin
U.S. Magistrate Judge
July 14, 2003

191