

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

### July 14, 2003

**CA 00-105L**

**TITLE: THE ESTATE OF YARON UNGAR, ET AL v THE PALESTINIAN AUTHORITY, ET AL**

**MAGISTRATE JUDGE:** David L. Martin

**COURTROOM CLERK:** Martha Saucier

---

**COUNSEL PRESENT:**

Plaintiff: David Strachman

Defendant: Deming Sherman
Ramsey Clark
Lawrence Schilling

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff's Motion for Judgment by Default Against PA and Plaintiff's Motion for Judgment by Default Against PA and PLO for Refusal to Submit to Depositions and Defendant's Motion to Continue Hearing Scheduled for 7/14/03

All counsel of record present. Mr. Clark and Mr. Schilling present via telephone. Court gives travel of case. Mr. Clark argues motion to continue today's hearing. Mr. Strachman states objections to the defendants' motion to continue. Court denies the motion to continue. Court enters three exhibits as full. Mr. Strachman to prepare an order. Mr. Strachman argues the motions for default judgment. Defendant states objections. Court takes matter under advisement. Court to issue a Report and Recommendation.