AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _Rhode Island_

_Ungar, et al_ v. _Palestinian Authority, et al_

## EXHIBIT AND WITNESS LIST

CASE NUMBER: _00-105L_

| PRESIDING JUDGE _Martin_ | PLAINTIFF'S ATTORNEY _David Strachman_ | DEFENDANT'S ATTORNEY _Clark/Schilling/Sherman_ |
|---|---|---|
| TRIAL DATE(S) _Hearing on 7-14-03_ | COURT REPORTER | COURTROOM DEPUTY _Martha Liddell_ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | B | 7-14-03 | | 7/14/03 | Letter: Clark to Strachman dated 6-6-03 |
| | | " | | " | " : Strachman to Court " 6-17-03 |
| | | " | | " | " : Clark to Court " 6-18-03 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

193