UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

**EXHIBITS TO PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANTS' APPEAL FROM THE ORDER OF MAY 14, 2003 CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT**

A. Deposition transcript of Ghassan Ramadan, March 31, 2003.

B. Bucheit v. Palestine Liberation Organization and Palestinian Authority, 00-CV-1455 docket report.

C. Haksharat Hayishuv Insurance Company Ltd. v. The Palestinian Authority and the Palestinian Council, translated transcript of testimony of Muhanad Aljouni, Assistant Minister of Finance, March 12, 2003, Jerusalem District Court

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

FILED
JUL 18 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

197

CERTIFICATION

      I hereby certify that on the ___17___ day of July, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

T:\MISCELLANEOUS\Ungar\motions\Exhibits to Memo in Response to D's Appeal From Order of May 14   7-17-03.doc