RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUL 21 2003

THE ESTATE OF YARON UNGAR, et al.

v.

THE PALESTINIAN AUTHORITY, et al.

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

C.A. No. 00 - 105L

### ORDER

This matter came on for hearing on July 14, 2003 before the Honorable Magistrate Judge David L. Martin on the Palestine Defendants' Motion for Continuance of July 14, 2003 Hearing and after hearing in open court, it is hereby:

### ORDERED

1.  Defendants' motion to continue the July 14, 2003 hearing is hereby denied.

SO ORDERED.

_____
Magistrate Judge David L. Martin
United States District Court

PRESENTED BY:

_____
David J. Strachman  #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

      I hereby certify that on the ___17___ day of July, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

*/s/ Donna A. Collins*