# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA:00-105L**                    **DATE: July 30, 2003**

**TITLE: ESTATE OF YARON UNGAR V. PALESTINIAN AUTHORITY**

**SENIOR DISTRICT JUDGE: RONALD R. LAGUEUX**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER:  KAREN BETTENCOURT**

**IN COURT: 11:10 -  A.M. - 11:35 A.M.**

---

**COUNSEL PRESENT:  Plaintiff - David J. Strachman, Esquire**
                        **Defendant - Deming E. Sherman, Esquire**
                        **Lawrence W. Schilling, Esquire**

**RE:  Objection to Mag Order dated 5/27/03; Obj to Mag Order dated 5/14/03; and Obj to Mag. Order dated 4/18/03.**

**Proceedings:** All counsel of record present.  Arguments heard.  Court affirms Magistrate's Order dated 4/18/03 Motion to Strike; Court affirms Magistrate's Order dated May 14, 2003 continuing hearing on Motions for Default Judgment; Magistrate Judge Martin to schedule hearing on Proof of Claim;  Court affirms Magistrate's Order May 27, 2003 Motion for Protective Order; Court addresses to counsel that the defendant's are in default.  Court recommends Plaintiff's to file a Motion for Entry of Judgment, before Court will enter Judgment;  Court advises Plaintiff's counsel (Strachman) to consult with the authorities before Court takes any action on Report and Recommendation;  Attorney Strachman to prepare the Order.

**200**