UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                          No. 00 CV - 105L

THE PALESTINIAN AUTHORITY, THE PALESTINE
LIBERATION ORGANIZATION, et al.

ORDER

This matter came on for hearing before the Honorable Judge Ronald R. Lagueux on July 30, 2003 on the Palestinian Authority and Palestine Liberation Organization's appeal of Magistrate Judge David L. Martin's May 27, 2003 order denying defendants' Motion for Protective Order (Docket No. 162) and after hearing thereon, it is hereby ordered,

1.   There is no basis to support the Palestinian Authority and Palestine Liberation Organization's request for a protective order.

2.   As the Palestinian Authority and Palestine Liberation Organization are in default, the only basis for future depositions of their employees would be if Plaintiffs require their testimony for determination of damages.

3.   Therefore, the Court shall affirm Magistrate Judge Martin's Order of May 27, 2003 concerning the denial of the Defendants' Motion for Protective Order (Docket No. 162). SO ORDERED.

*Ronald R. Lagueux*
Senior Judge Ronald R. Lagueux
United States District Court
8/4/03