UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                                      No. 00 CV - 105L

THE PALESTINIAN AUTHORITY, THE PALESTINE
LIBERATION ORGANIZATION, et al.

<u>ORDER</u>

This matter came on for hearing before the Honorable Judge Ronald R. Lagueux on July 30, 2003 on the appeal of the Palestinian Authority and Palestine Liberation Organization of Magistrate Judge David L. Martin's Memorandum and Order granting Motion to Enter Default (Docket No. 133) and after hearing it is hereby ordered:

1. The Palestinian Authority and Palestine Liberation Organization are in serious default and had an obligation to answer this matter. By Mr. Clark's own admission, his clients instructed him not to provide an answer.

2. Therefore, the Memorandum and Order granting Motion to Enter Default rendered by Magistrate David L. Martin on April 18, 2003 (Docket No. 133) is hereby affirmed.

3. The Clerk shall enter default against the Palestinian Authority and Palestine Liberation Organization forthwith.

SO ORDERED.

                                                                                                    Senior Judge Ronald R. Lagueux
                                                                                                    United States District Court
                                                                                                    8/4/03