UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                CV - 105L

THE PALESTINIAN AUTHORITY, THE PALESTINE
LIBERATION ORGANIZATION, et al.

### ORDER

This matter came on for hearing before the Honorable Judge Ronald R. Lagueux on July 30, 3003 on the Palestinian Authority and Palenstine Liberation Organization's appeal of Magistrate Judge David L. Martin's Order Continuing Hearing on Motion for Default Judgment of July 14, 2003 (Docket No. 158) and after hearing thereon it is hereby ordered,

1. Magistrate Judge David L. Martin allowed the Palestine Authority and Palestine Liberation Organization additional time to provide a response to the three discovery requests and comply with the order regarding depositions.

2. Therefore, the Court shall affirm the Order Continuing Hearing on Motions for Default Judgment rendered by Magistrate Judge Martin on May 14, 2003 (Docket No. 158).

SO ORDERED.

*[handwritten note: should be may 14, 2003]*

Senior Judge Ronald R. Lagueux
United States District Court
8/4/03



1