UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                          No. 00 CV - 105L

THE PALESTINIAN AUTHORITY, THE PALESTINE
LIBERATION ORGANIZATION, et al.

ORDER

This matter came on for hearing before the Honorable Judge Ronald R. Lageux on July 30, 2003 on the Palestinian Authority and Palestine Liberation Organization's appeal of Magistrate Judge David L. Martin's Order Granting Plaintiffs' Motion to Strike (Docket No. 132) and after hearing thereon it is hereby ordered:

1.  The materials contained in Defendants' Motion for Protective Order and the exhibits thereto constitute a personal attack on counsel in Israel, bear no relevance to this case, are scandalous, scurrilous and irrelevant to this matter.

2.  Therefore, the Court shall affirm Magistrate Judge Martin's Order of April 18, 2003 Granting Plaintiff's Motion to Strike (Docket No. 132).

SO ORDERED.

Senior Judge Ronald R. Lageux
United States District Court

8/4/03



1