03-1599

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY - 1 2003
By _____ U.S. Court of Appeals

April 30, 2003

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA  02109

    RE: CA: 00-105L The Estate of Yaron Ungar, et al Vs. The
          Palestinian Authority, et al

Dear Mr.Donovan:

Enclosed herewith you will find the initial RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzo
Clerk of Court

*Doreen L. Baldinelli*
  DEPUTY CLERK

ENC: Certified Docket, Amended Complaint, Motion to Dismiss, Opposition to Motion to Dismiss, Opposition to Motion for Leave, and Transcript dated June 7, 2002.