# United States Court of Appeals
## For the First Circuit

**CERTIFIED COPY**

No. 03-1544

EFRAT UNGAR, by and through the Administrator of his Estate,
David Strachman, ET AL.,

Plaintiffs, Appellees,

v.

THE PALESTINIAN LIBERATION ORGANIZATION, ET AL.,

Defendants, Appellants.

---

YASSER ARAFAT, ET AL.,

Defendants.

---

Before

Selya, Lipez and Howard,
<u>Circuit Judges</u>.

---

ORDER OF COURT

Entered: July 11, 2003

Appellees' motion to assess fees is <u>allowed in part and denied in part</u>. Costs in the amount of $417.63 shall be taxed against appellants. The district court is requested to add such costs to the mandate issued on June 17, 2003. <u>See</u> Fed. R. App. P. 39(d)(3). The request for an award of attorney's fees is <u>denied</u>.

By the Court:

Richard Cushing Donovan, Clerk

By: MARK R. SYSKA
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 7-11-3

[Cert. cc: Hon. Ronald R. Lagueux and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: Clark, Schilling, Sherman and Strachman]