UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, :
et al., :
    Plaintiffs, :
     :
    v. : CA 00-105L
     :
THE PALESTINIAN AUTHORITY, :
et al., :
    Defendants. :

**ORDER GRANTING
MOTION FOR ENLARGEMENT**

    Before the court is the Palestinian Defendants' Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) ("Motion for Enlargement"). This matter has been referred to me for determination. Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") seek an enlargement of time from the previously "extended date of July 11, 2003 to ten days after the disposition of defendants' pending Rule 12(b)(1) motion ...." Memorandum in Support of Palestinian Defendants' Motion for Continuance of July 14, 2003 Hearing and Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) at 1. Plaintiffs have objected to the Motion for Enlargement, charging that it is a further attempt to delay this litigation. See Plaintiffs' Memorandum in Opposition to Defendants' Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) at 1.

    The court has scheduled a hearing on Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2) for August 22, 2003. Although the court rejects Defendants' request for an enlargement of time until disposition of the pending Rule



12(b)(1) motion, **the Palestinian Defendants may have until August 18, 2003, to file to their response to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2).**

SO ORDERED.

ENTER:

_____
David L. Martin
United States Magistrate Judge
August 7, 2003

BY ORDER:

_____
Deputy Clerk