UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 06 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

### MOTION TO EXCEED PAGE LIMITATION
(Memorandum)

Now come the plaintiffs and hereby move to exceed the page limitation on memoranda. Plaintiffs wish to file the attached Memorandum in Opposition to Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Granted:

Ronald R. Lagueux
Sr. USDJ  8/7/03



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**FILED**

AUG 0 6 2003

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.   C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

**MOTION TO EXCEED PAGE LIMITATION**
**(Exhibits)**

Now come the plaintiffs and hereby move to exceed the limitation on exhibits to motions. Plaintiffs wish to file the following documents in support of their Memorandum in Opposition to Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint:

A.   Declaration of Professor E. Morgan

B.   *A New Civil Cause of Action in Federal Law for International Terrorism, 1990: Hearings on S. 2465 before the Subcomm. on Courts and Administrative Practice of the Senate Comm. on the Judiciary,* 101st Cong., (1990) (Statement of Steven R. Valentine, Deputy Assistant Attorney General, Civil Division)

C.   *A New Civil Cause of Action in Federal Law for International Terrorism, 1990: Hearings on S. 2465 before the Subcomm. on Courts and Administrative Practice of the Senate Comm. on the Judiciary,* 101st Cong., (1990) (Statement of Alan J. Kreczko, Deputy Legal Adviser, Department of State)

D.   Declaration of Principles on Interim Self-Government Arrangements, September 13, 1993

E.   Israeli-Palestinian Interim Agreement on the West Bank and the Gaza Strip, September 28, 1995 (including all annexes) (including Israeli-Palestinian Interim Agreement Maps)

F.   Agreement on the Gaza Strip and the Jericho Area, May 4, 1994 (including all Annexes)

G.   Agreement on Preparatory Transfer of Powers and Responsibilities, August 29, 1994

H.   Protocol on Further Transfer of Powers and Responsibilities, August 27, 1995

I.   Agreement on Temporary International Presence in the City of Hebron, May 9, 1996 (including Protocol Concerning the Redeployment in Hebron)

J.   The Wye River Memorandum, October 23, 1998

Granted / Ronald R. Lagueux
Sr. USDJ  8/8/03