UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                     C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION

Now come the plaintiffs and hereby move to exceed the page limitation on memoranda. Plaintiffs wish to file a Memorandum in Support of Plaintiffs' Motion for Entry of Final Judgment Against HAMAS Pursuant to Rule 54(b) which slightly exceeds the page limit.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the __13__ day of August, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903



HAMAS
Mohammed Abdul Hamid Khilil Solah
9229 South Thomas
Bridgeview, Illinois

HAMAS
Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria

*/s/ Donna A. Collins*

T:\MISCELLANEOUS\Ungar\motions\Motion to Exceed Page Limitation 54b Memo 8-8-03.doc