UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                                C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST HAMAS PURSUANT TO RULE 54(b)**

The Plaintiffs move for entry of final judgment against HAMAS pursuant to Rule 54(b). For the reasons indicated in the memorandum attached in support hereof, plaintiffs request that this Court:

(1) grant plaintiffs' motion to enter default judgment against HAMAS;

(2) adopt the Report and Recommendation of Magistrate Judge David L. Martin of July 3, 2003;

(3) make an express determination that, for the reasons stated in the attached memorandum, there is no just reason for delaying entry of final judgment;

(4) direct the Clerk to enter final judgement consistent with the Report and Recommendation, with the addition of prejudgment interest in the amount of $75,014,038 as calculated in the attached memorandum.

Plaintiffs attach a proposed decision and order.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the __18th__ day of August, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

HAMAS
Mohammed Abdul Hamid Khilil Solah
9229 South Thomas
Bridgeview, Illinois 60455

HAMAS
Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria

_____

T:\MISCELLANEOUS\Ungar\motions\Motion for Entry of FJ Against Hamas Pursuant to Rule 54(b).doc