UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L ) |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) |

## PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Objection to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2).

A Memorandum is filed herewith.

Dated: August 20, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2003, a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Exhibits was faxed and mailed to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*/s/ Dennis P. Sherman*
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

**MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS'
MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits to Objection to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2).

Defendants move to attach the following exhibits (which total 51 pages) to the Memorandum in support of their Motion:

1. Palestinian National Authority Official Website, International Relations, "EMBASSIES, MISSIONS, GENERAL AND SPECIAL DELEGATIONS OF PALESTINE ABROAD" at "UNITED STATES OF AMERICA" (17 pages);

2. Declaration of Ed Morgan (34 pages).

These exhibits are integral to the argument advanced by the defendants and need to be submitted for the Court to fully understand the defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated:  August 20, 2003

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

## CERTIFICATE OF SERVICE

     I hereby certify that on the 20th day of August, 2003, a copy of the within Memorandum was faxed and mailed to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____

PRV_595277_1/DSHERMAN