UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
)

**EXHIBITS TO PALESTINIAN DEFENDANTS' MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FED.R.CIV.P. 55(b)(2)**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), file herewith the exhibits to their Memorandum in Support of Objection to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P. 55(b)(2).

1. Palestinian National Authority Official Website, International Relations, "EMBASSIES, MISSIONS, GENERAL AND SPECIAL DELEGATIONS OF PALESTINE ABROAD" at "UNITED STATES OF AMERICA"

2. Declaration of Ed Morgan

Dated: August 22, 2003

_____
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2003, I hand delivered a copy of the within Exhibits to David J. Strachman, Esq., McIntyre, Tate, Lynch & Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature]*