UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 14 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION

Now come the plaintiffs and hereby move to exceed the page limitation on memoranda. Plaintiffs wish to file a Memorandum in Support of Plaintiffs' Motion for Entry of Final Judgment Against HAMAS Pursuant to Rule 54(b) which slightly exceeds the page limit.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

### CERTIFICATION

I hereby certify that on the __13__ day of August, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Granted:
Ronald R. Lagueux
Sr. USDJ  8/15/03

