UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.

vs.                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.


**EXHIBITS TO PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF
THEIR MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO
FED.R.CIV.P.55(b)(2) AGAINST DEFENDANTS THE PALESTINIAN AUTHORITY
AND THE PALESTINE LIBERATION ORGANIZATION[1]**


E.   [2]Foreign Agents Registration Reports 1997 – 2002 (revised from exhibits to Memorandum).

Q.   Prepared Statement of Hasan Abdel Rahman, Chief Representative of the PLO and the PNA to the United States Before the Senate Appropriations Committee Subcommittee on Foreign Operations (March 25, 1999) (pp. 1 – 2).

R.   Senate Appropriations Subcommittee on Foreign Operations:  Hearing on Wye River Aid Package (March 25, 1999) (pp. 26 – 27).

S.   Interview with Hasan Abdel Raman, ABC, October 7, 2001 (pp. 24 – 25).

T.   Interview with Hasan Abdel Raman, CNBC, November 10, 2001 (pp. 1 – 2).

U.   Interview with Hasan Abdel Raman, CNN, December 2, 2001 (p. 1).

V.   Interview with Hasan Abdel Raman, CNN, November 6, 1998 (p. 1).

---

[1] Plaintiff's Reply Memorandum references the exhibits to the Motion for Judgment by Default and the additional documents provided herein.

[2] Exhibit E has been revised to include all eleven FARA reports submitted by the PA to the Department of Justice that are available on its website at www.usdoj.gov/criminal/fara/index.html#farareports.

W.    Interview with Hasan Abdel Raman, FOX, December 4, 2001.

X.    Affidavit of Ronn D. Torossian.

Y.    Presidential Determination No. 94-13, "Lifting Restrictions on U.S. Relations With the Palestine Liberation Organization" 59 FR 4777, February 1, 1994, at I (A) (3).

Z.    Affidavit of David J. Strachman, Esq.

AA.  Nasser Al-Kidwa statements (summary) found on Nexus.

BB.  Abdel Rahman's interviews (summary) found on Nexus wherein he is identified as a Palestinian Authority official.

CC.  Remarks of Hasan Abdel Rahman, Palestinian National Authority, at the National Press Club, Washington, D.C.  May 9, 2000 at 10:00 a.m.

DD.  The Challenge of Strengthening the Peace, November 30 – December 2, 1999, list of participants, Project on Justice in Time of Transition International Advisory Board.

EE.  U.S. Conference of Catholic Bishops' letter to Rahman of December 4, 2001.

FF.  Middle East Forum – press release September 5, 2001, quoting from Mr. Rahman's biography (p. 2).

GG.  Marwan Jilani statements (summary) found on Nexus.

HH.  Affidavit of Michael Billow.

II.    Interview with Khalil Foutah, PBS March 24, 1997, pp. 3-6.

JJ.    Palestine Monetary Authority website materials  www.pma-palestine.org

<u>CERTIFICATION</u>

I hereby certify that on the 29th day of August, 2003 I delivered a true copy of the within to:


Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
        Via Federal Express


Deming E. Sherman
Annemarie Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
        Via Hand Delivery

T:\MISCELLANEOUS\Ungar\Exhibits to P's Reply Memo 8-28-03.doc