ALL-STATE LEGAL® 800 222-0510



# United States Department of Justice

# Foreign Agents Registration Act

## Report to Congress for six months ended June 30, 1997

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDED JUNE 30, 1997

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials* disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 1997.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 1997, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and

their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 1997, the Department received 42 new registration statements and terminated 30 registrations, leaving a total of 577 active registrations, representing 829 foreign principals on file as of June 30, 1997. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 249 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,783 as of June 30, 1997. There were 87 new agreements with foreign principals reported by agents under the Act during this period.

## LEGISLATIVE CHANGES

Congress enacted the Lobbying Disclosure Act of 1995 on December 19, 1995. That law, effective January 1, 1996, focuses the Foreign Agents Registration Act more on those who act as agents of foreign governments or foreign political parties, and requires more frequent reports by this office to the Congress on administration and enforcement of the Act.

Congress enacted P.L. 102-395 on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act. Some $265,872.00 in filing fees was received during the 6-month period ended June 30, 1997, and a total of $2,689,679.00 has been collected since the program was initiated through June 30, 1997.

*Respectfully submitted,*

*Janet Reno*

---

* The term "political propaganda", which has appeared in previous reports on the administration of FARA, was deleted as a result of passage of the Lobbying Disclosure Act of 1995, and replaced by the new term, "informational materials". (cf. Meese v. Keene, 481 U.S. 465 (1987) )

---

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY
## FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN
## ACTIVE STATUS AT ANY TIME DURING
## THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.
(t) Indicates foreign principal terminated during this six month reporting period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

---

# PALESTINE



Return to the Country Listing

Larry C. Wallace & Associates, P.A., #5070
Palestine Arab Delegation, #1459
Palestine Liberation Organization, Washington, #5074
Stroock & Stroock & Lavan, #5141

Larry C. Wallace & Associates, P.A., #5070

    425 West Capitol
    Suite 3801
    Little Rock, AR 72201

    Palestinian National Authority Gaza

Palestine Arab Delegation, #1459

    Grand Central Station
    Post Office Box 608
    New York, NY 10163

    Arab Higher Committee for Palestine

FARA - PALESTINE

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$23,000.00 for the six month period ending June 26, 1997

Palestine Liberation Organization, Washington, #5074

    1730 K Street N.W.
    Suite 1004
    Washington, DC 20006

    PLO HeadQuarters

The registrant prepared radio and television broadcasts and answered letters from members of Congress in an effort to advance the relations between the U.S. Government and the PLO.

$139,935.83 for the six month period ending May 31,1997

Stroock & Stroock & Lavan, #5141

    180 Maiden Lane
    New York, NY 10038 -4982

    Palestinian National Authority

The registrant provided legal services to the foreign principal regarding various financial, commercial, and development projects.

$55,975.00 for the six month period ending April 30,1997

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

FARA - Larry C. Wallace & Associates, P.A.

# Larry C. Wallace & Associates, P.A.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

<u>JAPAN:</u> Embassy of Japan
<u>PALESTINE:</u> Palestinian National Authority Gaza

## Short Form Listing of Registrant's Foreign Agents

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

FARA - Stroock & Stroock & Lavan

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act

## Report to Congress for six months ended December 31, 1997

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDED DECEMBER 31, 1997

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials* disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 1997.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1997, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents

Foreign Agents Registration Act - 1997

and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending December 31, 1997, the Department received 34 new registration statements and terminated 37 registrations, leaving a total of 581 active registrations, representing 843 foreign principals on file as of December 31, 1997. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 235 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,771 as of December 31, 1997. There were 91 new agreements with foreign principals reported by agents under the Act during this period.

## LEGISLATIVE CHANGES

Congress enacted the Lobbying Disclosure Act of 1995 on December 19, 1995. That law, effective January 1, 1996, focuses the Foreign Agents Registration Act more on those who act as agents of foreign governments or foreign political parties, and requires more frequent reports by this office to the Congress on administration and enforcement of the Act.

Congress enacted P.L. 102-395 on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act. Some $278,440.50 in filing fees was received during the 6-month period ended December 31, 1997, and a total of $2,968,119.50 has been collected since the program was initiated through December 31, 1997.

Foreign Agents Registration Act · 1997

Respectfully submitted,



Janet Reno

---

\* The term "political propaganda", which has appeared in previous reports on the administration of FARA, was deleted as a result of passage of the Lobbying Disclosure Act of 1995, and replaced by the new term, "informational materials". (cf. Meese v. Keene, 481 U.S. 465 (1987) )

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.
(t) Indicates foreign principal terminated during this six month reporting period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

FARA - PALESTINE

# PALESTINE



Return to the Country Listing

Larry C. Wallace & Associates, P.A., #5070
Palestine Arab Delegation, #1459
Palestine Liberation Organization, Washington, #5074
Stroock & Stroock & Lavan, #5141


Larry C. Wallace & Associates, P.A., #5070


   425 West Capitol
   Suite 3801
   Little Rock, AR 72201

   Palestinian National Authority Gaza


Palestine Arab Delegation, #1459


   Grand Central Station
   Post Office Box 608
   New York, NY 10163

   Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$23,000.00 for the six month period ending December 26,1997

Palestine Liberation Organization, Washington, #5074

1730 K Street N.W.
Suite 1004
Washington, DC 20006

PLO HeadQuarters

The registrant worked to advance the relations and cooperation between the U.S. Government and the PLO. The registrant also sought to advance the relations and cooperation between the Palestinian people and the American people by participating in television and radio interviews and attending a debate, a workshop and conventions.

$64,752.25 for the six month period ending November 30,1997

Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant represented the foreign principal in negotiations with commercial projects and rendered legal advice as to matters of public law and treaty.

$200,000.00 for the six month period ending October 31,1997

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Larry C. Wallace & Associates, P.A.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

JAPAN: Embassy of Japan
PALESTINE: Palestinian National Authority Gaza

## Short Form Listing of Registrant's Foreign Agents

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

FARA - Stroock & Stroock & Lavan

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 1998

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 1998

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 1998.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 1998, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

Foreign Agents Registration Act  1998

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 1998, the Department received 37 new registration statements and terminated 29 registrations, leaving a total of 549 active registrations, representing 728 foreign principals on file as of June 30, 1998. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 228 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,472 as of June 30, 1998. There were 83 new agreements with foreign principals reported by agents under the Act during this period.

Congress enacted P.L. 102-395 on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act. $244,617.50 in filing fees was received during the 6-month period ended June 30, 1998. A total of $3,212,737.00 has been collected since the program was initiated through June 30, 1998.

Respectfully submitted,

*Janet Reno*

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

http://www.usdoj.gov/criminal/fara/fara1st98/Index.htm

8/28/2003

(†) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



<u>Return to the Country Listing</u>

<u>Palestine Arab Delegation, #1459</u>
<u>Palestine Liberation Organization, #5244</u>
<u>Stroock & Stroock & Lavan, #5141</u>

Palestine Arab Delegation, #1459

        Grand Central Station
        Post Office Box 608
        New York, NY 10163

        Arab Higher Committee for Palestine

        The registrant engaged in meetings at the United Nations for the purpose of winning support of
the United Nations Delegations for the cause of the Palestine Arab people.

        $24,000.00 for the six month period ending June 26,1998

Palestine Liberation Organization, #5244

        1730 K Street, N.W.

Suite 1004
Washington, DC 20006

Palestine Liberation Organizations Office

The registrant will make appearances, conduct interviews give lectures, and contact the media on behalf of the foreign principal. The registrant will also conduct discussions with U.S. Governmental agencies and departments on behalf of the foreign principal.

$92,829.00 received prior to registration on March 18, 1998


Stroock & Stroock & Lavan, #5141


180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant represented the foreign principal in negotiations with commercial projects and rendered legal advice as to matters of public law and treaty.

Finances: None Reported

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

FARA - Stroock & Stroock & Lavan

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 1998

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 1998

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 1998.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1998, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

STATISTICAL SUMMARY

During the 6-month period ending December 31, 1998, the Department received 33 new registration statements and terminated 14 registrations, leaving a total of 522 active registrations, representing 727 foreign principals on file as of December 31, 1998. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 214 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,409 as of December 31, 1998. There were 80 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $230,328.30 in filing fees was received during the 6-month period ending December 31, 1998. A total of $3,443,065.30 has been collected since the program was initiated through December 31, 1998.

Respectfully submitted,

*Janet Reno*

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

Foreign Agents Registration Act ~ 1998                                                    Page 3 of 3

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Palestine Arab Delegation, #1459

      Grand Central Station
      Post Office Box 608
      New York, NY 10163

      Arab Higher Committee for Palestine

      The registrant engaged in meetings at the United Nations for the purpose of winning support of
the United Nations Delegations for the cause of the Palestine Arab people.

      $23,000.00 for the six month period ending December 26,1998

Palestine Liberation Organization, #5244

      1730 K Street, N.W.

Suite 1004
Washington, DC 20006

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the foreign principal. The registrant also contacted various U.S. Governmental agencies and departments on behalf of the foreign principal.

$290,541.86 for the six month period ending September 30,1998

Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$335,015.25 for the six month period ending October 31,1998

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

---

FARA - Stroock & Stroock & Lavan

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 1999

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 1999

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 1999.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1998, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 1999, the Department received 21 new registration statements and terminated 15 registrations, leaving a total of 502 active registrations, representing 691 foreign principals on file as of June 30, 1999. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 224 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,374 as of June 30, 1999. There were 82 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $253,077.50 in filing fees was received during the 6-month period ending June 30, 1999. A total of $3,696,142.80 has been collected since the program was initiated through June 30, 1999.

Respectfully submitted,

Robert Raben
Assistant Attorney General
Office of Legislative Affairs

---

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

Case 1:00-cv-00105-L-DLM    Document 229-1    Filed 08/29/03    Page 35 of 88 PageID #: 13353

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



<u>Return to the Country Listing</u>

<u>Palestine Arab Delegation, #1459</u>
<u>Palestine Liberation Organization, #5244</u>
<u>Stroock & Stroock & Lavan, #5141</u>

Palestine Arab Delegation, #1459

     Grand Central Station
     Post Office Box 608
     New York, NY 10163

     Arab Higher Committee for Palestine

     The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

     $24,000.00 for the six month period ending June 26,1999

Palestine Liberation Organization, #5244

     1730 K Street, N.W.

Suite 1004
Washington, DC 20006

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the foreign principal. The registrant also contacted various U.S. Government agencies and departments on behalf of the foreign principal.

$200,132.74 for the six month period ending March 31,1999

Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$335,083.50 for the six month period ending April 30,1999

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K.
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 1999

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 1999

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 1999.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 1999, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

STATISTICAL SUMMARY

During the 6-month period ending December 31, 1999, the Department received 34 new registration statements and terminated 17 registrations, leaving a total of 495 active registrations, representing 697 foreign principals on file as of December 31, 1999. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 273 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,454 as of December 31, 1999. There were 94 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $226,490.50 in filing fees was received during the 6-month period ending December 31, 1999. A total of $3,922,633.30 has been collected since the program was initiated through December 31, 1999.

Respectfully submitted,

Robert Raben
Assistant Attorney General
Office of Legislative Affairs

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD

Foreign Agents Registration Act  1999                                                                 Page 3 of 3

## OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
## ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
7th Floor
Washington, DC 20006

Palestinian Authority

The registrant agreed to contact members of Congress, congressional staffers, and U.S.
Government officials in order to educate them on the concerns of the Palestinian Authority
including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also
agreed to arrange international visits of representatives of the Palestinian Authority.

Finances: None Reported

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,1999


Palestine Liberation Organization, #5244


1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the foreign principal. The registrant also contacted various U.S. Government agencies and departments on behalf of the foreign principal.

$352,894.79 for the six month period ending September 30,1999


Stroock & Stroock & Lavan, #5141


180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$693,305.00 for the six month period ending October 31,1999

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority
UNITED ARAB EMIRATES: Government of the United Arab Emirates (t

## Short Form Listing of Registrant's Foreign Agents

Bannerman, M. Graeme
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Woodrow, Lorianne

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Eaton, Richard K. (t)
Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 2000

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 2000

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 2000.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the first 6 months of 2000, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 2000, the Department received 23 new registration statements and terminated 23 registrations, leaving a total of 484 active registrations, representing 640 foreign principals on file as of
June 30, 2000. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 176 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,330 as of June 30, 2000. There were 55 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $202,655.00 in filing fees was received during the 6-month period ending June 30, 2000. A total of $4,125,288.30 has been collected since the program was initiated through
June 30, 2000.

Respectfully submitted,

Robert Raben
Assistant Attorney General
Office of Legislative Affairs

## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
7th Floor
Washington, DC 20006

Palestinian Authority

The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also arranged international visits for representatives of the Palestinian Authority.

$374,973.00 for the six month period ending April 28,2000

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of
the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,2000


Palestine Liberation Organization, #5244

1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, and contacted the media on behalf of the
foreign principal. The registrant also contacted various U.S. Government agencies and
departments on behalf of the foreign principal.

$21,579,418.00 for the six month period ending March 31,2000


Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various infrastructure projects and pension matters.

$684,404.50 for the six month period ending April 30,2000

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.
Woodrow, Lorianne

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

FARA - Stroock & Stroock & Lavan

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 2000

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 2000

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 2000.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 2000, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending December 31, 2000, the Department received 27 new registration statements and terminated 18 registrations, leaving a total of 465 active registrations, representing 595 foreign principals on file as of
December 31, 2000. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 194 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,148 as of December 31, 2000. There were 47 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $190,627.00 in filing fees was received during the 6-month period ending December 31, 2000. A total of $4,315,915.30 has been collected since the program was initiated through
December 31, 2000.

Respectfully submitted,

*[signature]*

Sheryl L. Walter
Acting Assistant Attorney General
Office of Legislative Affairs

---

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT

Foreign Agents Registration Act    2000

## ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
7th Floor
Washington, DC 20006

Palestinian Authority

The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also discussed the Israeli-Palestinian Peace Process during T.V. and radio appearances on behalf of the foreign principal.

$499,984.00 for the six month period ending October 28,2000

Palestine Arab Delegation, #1459

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of
the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending December 26,2000


Palestine Liberation Organization, #5244

1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, attended conferences, forums and symposiums
on behalf of the foreign principal.

$384,238.47 for the six month period ending September 30,2000


Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various commercial infrastructure projects and pension
matters.

$180,511.15 for the six month period ending October 31,2000

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.
Woodrow, Lorianne (t)

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority

## Short Form Listing of Registrant's Foreign Agents

Masiee, Elise C.
Pozen, Walter
Shockey, George R. , Jr.
Tanenbaum, James R.
Zagorin, Janet

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 2001

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 2001

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents
Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires
the Attorney General to report every 6 months to the Congress concerning the administration of the Act,
as well as the nature, sources and content of informational materials disseminated and distributed by
agents of foreign principals registered under the Act. This report covers the administration and
enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 2001.

The text of this report lists, according to geographical area or nationality field, all agents who were
registered at any time during the first 6 months of 2001, or who reported for the first time in that period
activities, receipts or disbursements for the previous period. It includes the identities of the agents and
their foreign principal(s), a description of the agent's activities, a total figure for monies received, a
description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

STATISTICAL SUMMARY

During the 6-month period ending June 30, 2001, the Department received 40 new registration statements and terminated 22 registrations, leaving a total of 483 active registrations, representing 631 foreign principals on file as of
June 30, 2001. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 255 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,241 as of June 30, 2001. There were 84 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $222,035.00 in filing fees was received during the 6-month period ending June 30, 2001. A total of $4,537,950.30 has been collected since the program was initiated through
June 30, 2001.

Respectfully submitted,

Daniel J. Bryant
Assistant Attorney General
Office of Legislative Affairs

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
ANY TIME DURING THIS SEMI-ANNUAL REPORT

Foreign Agents Registration Act   2001

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Arab Delegation, #1459
Palestine Liberation Organization, #5244
Stroock & Stroock & Lavan, #5141

Bannerman & Associates, Inc., #3964

    888 - 16th Street, N.W.
    7th Floor
    Washington, DC 20006

    Palestinian Authority

The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade. The registrant also discussed the Israeli-Palestinian Peace Process during T.V. and radio appearances on behalf of the foreign principal.

    $249,984.00 for the six month period ending April 28,2001

Palestine Arab Delegation, #1459

FARA - PALESTINE

Grand Central Station
Post Office Box 608
New York, NY 10163

Arab Higher Committee for Palestine

The registrant engaged in meetings at the United Nations for the purpose of winning support of the United Nations Delegations for the cause of the Palestine Arab people.

$24,000.00 for the six month period ending June 26,2001


Palestine Liberation Organization, #5244

1717 K Street, N.W.
Suite 407
Washington, DC 20036

Palestine Liberation Organizations Office

The registrant conducted interviews, gave lectures, attended conferences, forums and symposiums on behalf of the foreign principal.

$169,026.93 for the six month period ending March 31,2001


Stroock & Stroock & Lavan, #5141

180 Maiden Lane
New York, NY 10038 -4982

Palestinian National Authority

The registrant provided representation in various legal matters, commercial infrastructure projects and pension matters.

$330,062.09 for the six month period ending April 30,2001

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
PALESTINE: Palestinian Authority

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark
Higdon, Sarah
Hingeley, Anne
Miner, William A.
Perugino, Roxanne
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

# Stroock & Stroock & Lavan (T)

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

PALESTINE: Palestinian National Authority (t

## Short Form Listing of Registrant's Foreign Agents

Masiee, Elise C.
Pozen, Walter (t)
Shockey, George R. , Jr. (t)
Tanenbaum, James R. (t)
Zagorin, Janet (t)

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing



# United States Department of Justice

# Foreign Agents Registration Act - 2001

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
DECEMBER 31, 2001


TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:


On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires the Attorney General to report every 6 months to the Congress concerning the administration of the Act, as well as the nature, sources and content of informational materials disseminated and distributed by agents of foreign principals registered under the Act. This report covers the administration and enforcement of the Foreign Agents Registration Act for the 6 months ending December 31, 2001.

The text of this report lists, according to geographical area or nationality field, all agents who were registered at any time during the second 6 months of 2001, or who reported for the first time in that period activities, receipts or disbursements for the previous period. It includes the identities of the agents and their foreign principal(s), a description of the agent's activities, a total figure for monies received, a description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending December 31, 2001, the Department received 24 new registration statements and terminated 16 registrations, leaving a total of 460 active registrations, representing 615 foreign principals on file as of
December 31, 2001. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 183 new short-form registration statements under the Act, bringing the total of active short-form registrations to 2,178 as of December 31, 2001. There were 61 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $139,877.50 in filing fees was received during the 6-month period ending December 31, 2001. A total of $4,677,827.80 has been collected since the program was initiated through
December 31, 2001.



## LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT ANY TIME DURING THIS SEMI-ANNUAL REPORT

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

Foreign Agents Registration Act    2001

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE



<u>Return to the Country Listing</u>

<u>Bannerman & Associates, Inc., #3964</u>
<u>Palestine Liberation Organization, #5244</u>

Bannerman & Associates, Inc., #3964

    888 - 16th Street, N.W.
    Suite 250
    Washington, DC 20006

    Palestinian Authority

    The registrant met with members of Congress, congressional staffers, and U.S. Government officials in order to educate them on the concerns of the Palestinian Authority including issues affecting foreign policy, foreign assistance, defense, and trade.

    Finances: None Reported

Palestine Liberation Organization, #5244

    1717 K Street, N.W.
    Suite 407
    Washington, DC 20036

    Palestine Liberation Organizations Office

    The registrant conducted interviews, gave lectures, attended conferences, forums and symposiums on behalf of the foreign principal.

    $211,381.60 for the six month period ending September 30,2001

<u>Return to the FARA Home Page</u>

FARA - PALESTINE

Return to the Registrant Listing
Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

---

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
KAZAKHSTAN: Government of Kazakhstan (t
PALESTINE: Palestinian Authority
PHILIPPINES: Government of the Philippines

---

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Habeeb, William Mark (t)
Higdon, Sarah
Hingeley, Anne
Miner, William A.
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.

---

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

RECYCLED

ED11

ALL-STATE LEGAL SUPPLY CO., 1-800-222-0510



# United States Department of Justice

# Foreign Agents Registration Act - 2002

Country Listing
Registrant Listing
Short Form Listing

REPORT OF THE ATTORNEY GENERAL TO THE
CONGRESS OF THE UNITED STATES ON THE
ADMINISTRATION OF THE FOREIGN AGENTS
REGISTRATION ACT OF 1938, AS AMENDED,
FOR THE SIX MONTHS ENDING
JUNE 30, 2002

TO THE SENATE AND HOUSE OF REPRESENTATIVES
OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED:

On behalf of the Attorney General I have the honor to report on the administration of the Foreign Agents
Registration Act of 1938, as amended, pursuant to Section 11 of the Act (22 U.S.C. 621), which requires
the Attorney General to report every 6 months to the Congress concerning the administration of the Act,
as well as the nature, sources and content of informational materials disseminated and distributed by
agents of foreign principals registered under the Act. This report covers the administration and
enforcement of the Foreign Agents Registration Act for the 6 months ending June 30, 2002.

The text of this report lists, according to geographical area or nationality field, all agents who were
registered at any time during the first 6 months of 2002, or who reported for the first time in that period
activities, receipts or disbursements for the previous period. It includes the identities of the agents and
their foreign principal(s), a description of the agent's activities, a total figure for monies received, a
description of any informational materials disseminated, and a listing of all individual agents.

This report includes a number of improvements made possible by the ongoing conversion of the Foreign Agents Registration Act records system from a paper based filing system to a computerized filing system. This report will also be made available through the Department of Justice website on the Internet at **http://www.usdoj.gov/criminal/fara/**

The principal purpose of Congress in enacting the Foreign Agents Registration Act was to ensure that the Government and the people of the United States would be informed of the identity of persons engaging in political activities for or on behalf of foreign governments, foreign political parties and other foreign principals, so that they might appraise their statements and activities in the light of their associations.

Registration under the Act does not imply recognition by the United States Government of the legitimacy of any particular foreign government, or foreign political party. Furthermore, registration does not indicate approval by the United States Government of the activities of any registered agent or the content of any informational materials they disseminate.

## STATISTICAL SUMMARY

During the 6-month period ending June 30, 2002, the Department received 39 new registration statements and terminated 20 registrations, leaving a total of 468 active registrations, representing 589 foreign principals on file as of
June 30, 2002. Individuals acting as officials or employees or rendering assistance to a registrant for or in the interests of the latter's foreign principal filed 265 new short-form registration statements under the Act, bringing the total of active short-form registrations to 1,956 as of June 30, 2002. There were 83 new agreements with foreign principals reported by agents under the Act during this period.

Pursuant to P.L. 102-395 enacted on October 6, 1992, which authorized the Attorney General to establish fees to recover the cost of administering the Foreign Agents Registration Act, $235,755.00 in filing fees was received during the 6-month period ending June 30, 2002. A total of $4,913,582.80 has been collected since the program was initiated through
June 30, 2002.

Respectfully submitted,

*Patrick M. O'Brien, PDAAG*

Daniel J. Bryant
Assistant Attorney General
Office of Legislative Affairs

LISTING ACCORDING TO GEOGRAPHICAL AREA OR NATIONALITY FIELD
OF REGISTRANTS WHOSE STATEMENTS WERE IN ACTIVE STATUS AT
ANY TIME DURING THIS SEMI-ANNUAL REPORT

Foreign Agents Registration Act   2002                                                                Page 3 of 3

(T) Indicates registration terminated during this six month reporting period.

(t) Indicates foreign principal terminated during this six month report period.

The dollar figure included for each registrant represents the total amount of money received in the United States in furtherance of the agency purpose by agents working on behalf of the foreign principal. This information is based on the registrant's reporting period rather than the calendar year.

The list is compiled alphabetically by country; however, it necessarily will include foreign principals which have no association with the government.

The report sets forth the name, address and registration number of the registrant, the identity of the foreign principal, the nature of their activities, and the amount of monies received, if any.

Country Listing
Registrant Listing
Short Form Listing

# PALESTINE

Return to the Country Listing

Bannerman & Associates, Inc., #3964
Palestine Liberation Organization, #5244

Bannerman & Associates, Inc., #3964

888 - 16th Street, N.W.
Suite 250
Washington, DC 20006

Palestinian Authority

The registrant contacted members of Congress, congressional staffers, and U.S. Government officials to discuss all facets of the bilateral relationship including, but not limited to, defense, trade, foreign assistance, and international visits of governmental officials.

$374,984.00 for the six month period ending April 28, 2002

Palestine Liberation Organization, #5244

c/o 1100 17th Street, N.W.
Suite 602
Washington, DC 20036

Palestine Liberation Organizations Office

Activities: None Reported

Finances: None Reported

Return to the FARA Home Page
Return to the Registrant Listing

FARA - PALESTINE

Return to the Short Form Listing
Return to the Country Listing

# Bannerman & Associates, Inc.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing

EGYPT: Arab Republic of Egypt
EL SALVADOR: Embassy of El Salvador
KAZAKHSTAN: Government of Kazakhstan (t
PALESTINE: Palestian Authority
PHILIPPINES: Government of the Philippines

## Short Form Listing of Registrant's Foreign Agents

Abington, Edward G.
Bannerman, M. Graeme
Higdon, Sarah
Hingeley, Anne (t)
Miner, William A.
Schultz, Valerie Anne
Silvers, Curtis M.
Sittnick, Tammy M.

Return to the FARA Home Page
Return to the Registrant Listing
Return to the Country Listing
Return to the Short Form Listing