Content and programming copyright 1998 Cable News Network Transcribed under license by Federal Document Clearing House, Inc. Formatting copyright 1998 Federal Document Clearing House, Inc. All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to Cable News Network. This transcript may not be copied or resold in any media.

CNN

SHOW: CNN MORNING NEWS 09:00 am ET

November 6, 1998; Friday 10:32 am Eastern Time

Transcript # 98110610V09

TYPE: INTERVIEW

SECTION: News; International

LENGTH: 555 words

HEADLINE: Palestinian Official Says West Bank, Gaza Territories Can Be Secured

GUESTS: LEXIS-NEXIS Related Topics Full Article Related Topics Overview

This document contains no targeted Topics.

BYLINE: Bill Hemmer

HIGHLIGHT:
Israel's cabinet has suspended implementation of the Wye River accord with the Palestinians. Talks were under way, and grudging approval expected, when a car bomb exploded in a crowded Jerusalem market. **Hasan Abdel Rahman** gives the **Palestinian Authority's** perspective on the repercussions from the bombing.

BODY:
THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

DARYN KAGAN, CNN ANCHOR: Israel's cabinet has suspended implementation of the Wye River accord with the Palestinians. Talks were under way, and grudging approval expected, when a car bomb exploded in a crowded Jerusalem market. Two people were killed, and at least 20 others injured. The Islamic militant group Hamas has claimed responsibility for the attack.

BILL HEMMER, CNN ANCHOR: Now the obvious question: Where does this leave the fragile Wye River accord?

For some insight, we turn to a man who helped negotiate that deal. **Hasan Abdel Rahman** is the Palestinian rep. to the U.S. He is live in Washington this morning.

Sir, good morning to you.

**HASAN ABDEL RAHMAN**, PALESTINIAN REP. TO U.S.: Good morning.

HEMMER: I wish we could meet under different circumstances, but right now, the Palestinians have denounced this bombing, and the question and focus shifts to the Palestinians. Can the West Bank and the Gaza Strip be secured by the **Palestinian Authority**, sir?

RAHMAN: I should reiterate our condemnation for this act because we believe that it directed as much against the **Palestinian Authority** as it is against Israelis. It is intended to disrupt the peace process.

I hope that our Israeli partners in this enterprise will view it from a different point of view. They should look at it as an incentive to move ahead with the peace process rather than as an excuse or pretext in order not to implement the agreement that we signed.

HEMMER: Again, can those territories be secured?

RAHMAN: I believe that we will, from our side. And we committed ourselves to exert 100 percent efforts to fight terrorism. But remember that this unfortunate incident took place in Jerusalem under the Israeli jurisdiction. The question should be asked also to the Israelis. Can they secure their cities?

The responsibility is not only on the Palestinians. We have a responsibility, but they have theirs, too. And in partnership and cooperation, we both can combat terrorism and violence. But we cannot do it alone. We will do our up most...

HEMMER: Sir, I apologize for the interruption, but, you know, the Israeli cabinet has suspended debating the Wye River accord, and there are also indications from Jerusalem that more demands might be made for security. Have you been given an indication what Israeli demands might be there?

RAHMAN: Well, I think that the Israeli cabinet was halfhearted to start with. There was a great deal of opposition. The right wingers in Israel, the settlers, and those who opposed the peace process, and their representatives in Israeli cabinet, all opposed to the agreement, to start with. They are looking for an excuse. If they are looking for an excuse, they will find it. Everyday there is going to be an excuse.

As I said, we should not reward those who oppose the peace process. We should fight them by accelerating the peace process, and not by playing into their hands.

HEMMER: In the interest of time, sir, we must leave it there.

**Hasan Abdel Rahman,** live from Washington. Sir, thanks for your time today.

RAHMAN: Thank you.

HEMMER: We wish you the best of luck. Thank you.

TO PURCHASE A VIDEOTAPE OF THIS PIECE, PLEASE CALL 800-CNN-NEWS

**LOAD-DATE:** November 6, 1998