Copyright 2001 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** The O'Reilly Factor

**December 4, 2001, Tuesday PM ET**

**NETWORK:** Fox News Channel Cable Programming

**MEDIUM:** Cable

**LENGTH:** 79 words

**BODY:**

START: 04.43

Teased Segment - Israel, Yasser Arafat. Israel is taking action against terrorist attacks on Israel.
Studio Interview - **Hasan Abdel Rahman,** PLO representative to U.S., says no one should kill babies or civilians. Rahman says the **Palestinian authority** condemn, and oppose the killing of civilians.
Visual - Jerusalem, Israel.
Visual - Ramallah, West Bank.
Visual - Ariel Sharon, Israeli Prime Minister.
Visual - Yasser Arafat.
END: 12.06

**SEGMENT-ID:** 6

**PROGRAM-ID:** fnc20001204

**LOAD-DATE:** January 5, 2002