UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                         No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## DECLARATION OF RONN D. TOROSSIAN

Ronn D. Torossian, of New York City, New York, declares pursuant to 28 U.S.C. §1746, as follows:

1. In 2000 I was employed in the position of Vice-President and Group Leader in the MWW Group, which is a communications and public relations firm located in New York City.

2. In October 2000, MWW Group was requested by the family of Yaron Ungar to obtain information and records about news media interviews and other public speaking activities of Mr. Hasan Abdel Rahman of Washington, D.C..

3. Accordingly, on October 19, 2000, I telephoned Hasan Abdel Rahman's office in Washington, D.C., and spoke to a person who identified himself as Mr. Abdel Rahman's administrative assistant. I asked Mr. Abdel Rahman's administrative assistant if Mr. Abdel Rahman had an official curriculum vitae and/or biography that he provides to the public, and he replied in the affirmative. I then asked Mr. Abdel Rahman's administrative assistant to fax me a copy of this curriculum vitae/biography. Several minutes later, in response to my request, Mr. Abdel Rahman's administrative assistant faxed me a document entitled *"Biography Hasan Abdel Rahman Chief Representative of the P.L.O. and the P.N.A. in the United States"*. A notation,

"*To: Ron Toro*", was handwritten on the upper left-hand corner. A true and exact copy of this document as received from Mr. Abdel Rahman's office is attached hereto.

4.   I subsequently provided the attorney for the Estate of Yaron Ungar, David J. Strachman of Providence, Rhode Island, with a true copy of the attached document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 27, 2003

_____
Ronn Torossian

Signed before me on the
27th day of August, 2003

_____

RITA KOTELEVETS
Notary Public, State of New York
No. 01KO5071505
Qualified in Nassau County
Commission Expires Jan. 13, 2007

To: Ron Toro

# Biography

## HASAN ABDEL RAHMAN

Chief Representative of the P.L.O. and the P.N.A. in the United States

Since 1994, Mr. Hasan Abdel Rahman has headed the Palestinian Mission in the United States as Chief Representative of the Palestine Liberation Organization (P.L.O.) and the Palestinian National Authority (P.N.A.).

From 1992 to 1993, Mr. Abdel Rahman served as Chief of the Palestinian Mission in Canada. Between October 1991 and September 1993, Mr. Abdel Rahman served as Senior Political Advisor to the Palestinian Delegation to the Madrid Peace Conference and the peace talks in Washington, D.C.

From 1988 to 1992, he was Director of the Palestine Affairs Center in Washington, D.C.

From 1982 to 1988, Mr. Abdel Rahman served as the Director of the Palestine Information Office in Washington, D.C.

From 1974 to 1982, he served as Deputy Permanent Representative of the P.L.O. to the United Nations where he represented the P.L.O. on the Special Political Committee of the General Assembly and the Security Council.

Mr. Abdel Rahman has given presentations on Palestinian issues and the Israeli-Arab conflict at universities, thinktanks and clubs in the United States and abroad. He has represented the P.L.O. and the P.N.A. at various international conferences and other forums. He is a frequent guest on television news programs on CNN, NBC, CBS and ABC. His interviews have been printed in the U.S., Arab and Latin American press. Mr. Abdel Rahman is fluent in Arabic, English, Spanish and Portuguese.

In 1972, he obtained a Master of Arts degree in Public Administration from the University of Puerto Rico. In 1971, he received a Bachelor of Arts degree in Political Science from the Catholic University of Puerto Rico. From 1972 until 1974, Mr. Abdel Rahman was a doctoral candidate in Comparative Politics at the City University of New York.