

*59 FR 4777,* *

FEDERAL REGISTER

VOL. 59, No. 21

Presidential Documents

PRESIDENT OF THE UNITED STATES

**Presidential Determination No. 94-13 of January 14, 1994**

Title 3-

The President

Lifting Restrictions on U.S. Relations With the **Palestine Liberation Organization**

Part III

59 FR 4777

**DATE:** Tuesday, February 1, 1994

**ACTION:** Memorandum for the Secretary of State

---
To view the next page, type .np* TRANSMIT.
To view a specific page, transmit p* and the page number, e.g. p*1
---

[*4777]

I. Pursuant to the authority vested in me by the Middle East Peace Facilitation Act of 1993, Public Law 103-125, as amended, I hereby:

(A) certify that it is in the national interest to suspend the application of the following provisions of law until July 1, 1994:

(1) Section 307 of the Foreign Assistance Act of 1961 (22 U.S.C. 2227), as it applies with respect to the **Palestine Liberation Organization** or entities associated with it:

(2) Section 114 of the Department of State Authorization Act, Fiscal Years 1984 and 1985 (22 U.S.C. 287e note), as it applies with respect to the **Palestine Liberation Organization** or entities associated with it;

(3) Section 1003 of the Foreign Relations Authorization Act, Fiscal years 1988 and 1989 (22 U.S.C. 5202); and

(4) Section 37 of the Bretton Woods Agreement Act (22 U.S.C. 286w), as it applies to the granting to the **Palestine Liberation Organization** of observer status or other official status at any meeting sponsored by or associated with the International Monetary Fund.

(B) certify that the **Palestine Liberation Organization** continues to abide by its commitments: in its letter of September 9, 1993, to the Prime Minister of Israel; in its letter of September 9, 1993, to the Foreign Minister of Norway; and in, and resulting from the implementation of the Declaration of Principles on interim self-government arrangements signed on September 13, 1993.

II. Pursuant to the authority vested in me by section 516 of the Foreign Operations, Export Financing, and Related Programs Appropriations Act, Public Law 103-87, I hereby determine that the suspension of section 516(a) of that Act with respect to the **Palestine Liberation Organization** (PLO), programs for the PLO, and programs for the benefit of entities associated with it, which accept the commitments made by the PLO on September 9, 1993, is in the national interest. [*4778]

You are hereby authorized and directed to transmit this determination to the Congress and to publish it in the **Federal Register.**

/s/ William J. Clinton

**THE WHITE HOUSE,**

*Washington, January 14, 1994.*

**Editorial note:** For the statement by the Press secretary on the death of Norwegian Minister Holst, see page 86 of volume 30 of the *Weekly Compilation of Presidential Documents*

[FR Doc. 94-2386 Filed 1-31-94; 9:44 a.m]

Billing code 4710-10-M