ALL-STATE LEGAL   800-222-0510   EDR11   RECYCLED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.


v.                                          C.A. No.: 00-105L


THE PALESTINIAN AUTHORITY, et al.


### AFFIDAVIT OF DAVID J. STRACHMAN


I, David J. Strachman, affirm and declare:

1.      The term "exhibit" refers herein to exhibits submitted in support of plaintiffs' Motion For Judgment By Default Pursuant To Fed.R.Civ.P. 55(B)(2) Against Defendants The Palestinian Authority And The Palestine Liberation Organization and Reply Memorandum In Further Support Of Their Motion For Judgment By Default Pursuant To Fed.R.Civ.P. 55(B)(2) Against Defendants The Palestinian Authority And The Palestine Liberation Organization.

2.      Exhibits E 1-11 are true and accurate printouts of documents electronically stored and published on the United States Department of Justice website, www.doj.gov/criminal/fara.

3.      Exhibit JJ is a true and accurate printout of a webpage electronically stored and published on the website of the Palestine Monetary Authority, www.pma-palestine.org.   The Palestine Monetary Authority is and identifies itself as a department of the Palestinian Authority. see www.pma-palestine.org/establish/establish.html.

4.      Exhibits C, D, F, G and H are true and accurate printouts of documents and transcripts electronically recorded, compiled, stored and published commercially by the news corporations respectively listed on each of these exhibits.  These news corporations record, compile and commercially publish these documents and transcripts in the course of their regular business practice, simultaneously or virtually simultaneously with the events recorded therein. Documents and transcripts of this type, published by each of these news corporations, are considered accurate, and are widely used and relied upon, by the public.

5.      Exhibits D, R, S, T, U, V, W, and H  are true and accurate printouts of documents and transcripts electronically recorded, compiled, stored and published commercially by the news and data corporations respectively listed on each of these exhibits.  These news and data corporations record, compile and commercially publish these documents and transcripts in the course of their regular business practice, simultaneously or virtually simultaneously with the events recorded therein.  Documents and transcripts of this type, published by each of these news and data corporations, are considered accurate, and are widely used and relied upon, by the public.

6.      The origin of Exhibits AA, BB, and GG is as described in § 5 above.  These exhibits feature excerpts containing the sections of each transcript relevant to supporting plaintiffs' claims.  Counsel printed these exhibits as excerpts, rather than full text documents, because the full texts, which are unnecessary to prove plaintiffs' assertions, consist of many hundreds of pages.  The full texts are in the possession of counsel. If defendants raise any claim of deficiency or otherwise impugn or contest the admissibility, accuracy or weight of these excerpts, plaintiffs will provide the Court with the full text versions of these transcripts.

1. Video Monitoring Services of America, NBC 5 News at, April 15, 2002, Monday, AM, WMAQ-TV, Television, Television, 195 words, 8, wmaq05000415
... Interview - Nasser Al **Kidwa**, Palestinian Rep. to the UN,  ...

2. CNN, PEOPLE IN THE NEWS 11:00, April 13, 2002 Saturday, Transcript # 041300CN.V78, News; International, 6321 words, Profiles of Yasser Arafat, Colin Powell, Paula Zahn, Andrea Koppel
... clear. NASSER AL-**KIDWA**, PALESTINIAN REPRESENTATIVE TO U.N.: What was  ...
... peace was killed. AL-**KIDWA**: I remember seeing him  ...

3. CNN, CNN WOLF BLITZER REPORTS 17:00, April 2, 2002 Tuesday, Transcript # 040200CN.V67, News; Domestic, 7410 words, Bloodshed at Bethlehem Church; Middle East Conflict Intensifies, Anton Salman, Ken Woodward, Alon Pinkas, Nasser Al-Kidwa, Tim Dumas, Andrea Koppel,Christiane Amanpour,Michael Holmes,Patty Davis,Susanna Martinez,Barbara Starr, Deborah Feyerick, Caroline Lowe, Richard Quest, Lou Dobbs
... York; and Nasser Al-**Kidwa**, the Palestinian observer to the United  ...
... KOPPEL: Nasser Al-**Kidwa**, I'd like to ask you what you  ...
... leave? NASSER AL-**KIDWA**, PALESTINIAN OBSERVER TO UNITED  ...
... Arafat, Mr. Al-**Kidwa**, would consider any possible  ...
... on the table? AL-**KIDWA**: This is absolutely ludicrous. It  ...
... heard from Mr. Al-**Kidwa** and decide from themselves if Israel  ...
... KOPPEL: Nasser Al-**Kidwa**, I ask you the same  ...
... States the take? AL-**KIDWA**: We want to see a  ...
... KOPPEL: Nasser Al-**Kidwa**, the Palestinian representative to the United  ...

5. MSNBC, SHOW: HARDBALL 19:00, March 12, 2002 Tuesday, NEWS; INTERNATIONAL, 8759 words, Israeli Raids Leave 30 Palestinians Dead, Chris Matthews; Dana Lewis; Pete Williams
... Netanyahu; Nasser El-**Kidwa**
... gunmen. Nasser El-**Kidwa** is the permanent observer of Palestine to the  ...
... Israel. Mr. El-**Kidwa** let me ask you about the  ...
... charge? NASSER EL-**KIDWA**, PALESTINIAN REPRESENTATIVE TO THE UNITED  ...
... MATTHEWS: Mr. El-**Kidwa**, what do you think is the Israeli strategy at this point? EL-KIDWA: The problem is that there might be no  ...
... in planning? EL-**KIDWA**: I think this is a  ...
... cease-fire? EL-**KIDWA**: Yes. We appreciate the decision of  ...
... 67 borders? EL-**KIDWA**: I think the answer is the  ...
... 67 borders? EL-**KIDWA**: Well, I believe there  ...
... much, Nasser El-**Kidwa**, who is the observer at the  ...
... earlier with Mr. El-**Kidwa** on behalf of the Palestinians, the  ...

6. Video Monitoring Services of America, Late Edition, November 25, 2001, Sunday, 12:00 PM ET, CNN Cable Programming, Cable, 129 words, 23, cnn12001125
... Interview - Nasser Al-**Kidwa**, Palestinian observer to UN  ...

9. Video Monitoring Services of America, CNN Live at Daybreak, September 7, 2001, Friday, AM ET, CNN Cable Programming, Cable, 222 words, 13, cnn07000907
... Interview - Nasser Al-**Kidwa**, Official Palestinian Delegate,  ...

10. Video Monitoring Services of America, World News, September 6, 2001, Thursday, AM ET, CNN International Cable Programming, Cable, 155 words, 7, cnni05000906
... Bites - Nasser Al-**Kidwa**, Palestinian observer to U.N.,  ...

11. Video Monitoring Services of America, The Newshour with Jim Lehrer, August 27, 2001, Monday, PM ET, PBS Network Programming, Television, Network, 273 words, 5, pbs19000827
... Interview - Nasser Al **Kidwa**, says racism and descrimination are ...
INTERVIEW-NASSER AL **KIDWA** (93%); COLIN POWELL ( ...

13. Video Monitoring Services of America, Special Report with Brit Hume, August 20, 2001, Monday, PM ET, Fox News Channel Cable Programming, Cable, 173 words, 21, fnc18000820
... Bites - Nasser Al-**Kidwa**, Palestinian Un Observer ( ...

15. Video Monitoring Services of America, Charlie Rose, June 4, 2001, Monday, 11:00 AM ET, PBS Network Programming, Television, Network, 137 words, 4, pbs23000604
... Interview - Nasser Al-**Kidwa**, ambassador to the United Nations, ...
... all of the time. Al-**Kidwa** says more than 20,000 Palestinians were injured. Al-**Kidwa** says there has generally been much ...
... co-exist. Al-**Kidwa** says they want serious ...
NASSER AL-KIDWA (94%); ALON PINKAS ( ...

17. Video Monitoring Services of America, CBS Saturday Morning, April 21, 2001, Saturday, AM ET, CBS Network Programming, Television, Network, 251 words, 3, cbs07000421
... Interview - Nasser al **Kidwa**, Palestinian Observer to the U.N., ...

18. Video Monitoring Services of America, Headline News, March 28, 2001, Wednesday, AM ET, CNN Headline News Cable Programming, Cable, 119 words, 11, hdln07300328
... Bites - Nasser Al-**Kidwa**, Palestinian Observer to U.N., ...

19. Video Monitoring Services of America, Charlie Rose, February 15, 2001, Thursday, 11:00 AM ET, PBS Network Programming, Television, Network, 641 words, 4, pbs23000215
... Interview - Nasser al-**Kidwa**, Palestinian Ambassador to the UN, ...
... even be made. al-**Kidwa** says what Mr. Gold is ...
... Palestinian control. al-**Kidwa** says that figure is absolutely ...
... Jerusalem to see that. al-**Kidwa** says they are the ones being ...
... Clinton's agreement. al-**Kidwa** says the outgoing Israeli ...
... York Times". al-**Kidwa** says Palestinians are dying ...

20. Video Monitoring Services of America, Sunday Today In New York, January 14, 2001, Sunday, 7:00 AM, WNBC-TV, Television, Television, 240 words, 23, wnbc07000114
... place. Interview - Al-**Kidwa**, says they don't reward ...
... sides, Interview - Al-**Kidwa**, says he's not sure if ...
... violence. Interview - Al-**Kidwa** says there is still hope and ...
... Ackerman, says he and Al-**Kidwa** could reach an agreement with ...

21. Video Monitoring Services of America, Prime, January 12, 2001, Friday, 9:00 PM, Texas Cable News Network Cable ProgrammiN/A, Cable, 115 words, 40, txcn21000112
... Dr Nasser Al-**Kidwa**, Palestinian Diplomat, says there has been ...
... 62%); NASSER AL-**KIDWA** (57%);

22. Video Monitoring Services of America, News 4 New York At, January 11, 2001, Thursday, PM, WNBC-TV, Television, Television, 116 words, 14, wnbc17000111
... Amb. Nassar Al-**Kidwa** says I hope ...
... 56%); NASSAR AL-**KIDWA** (56%); NATAN SHARANSKY ( ...

23. Video Monitoring Services of America, World View, January 7, 2001, Sunday, 7:00 PM ET, CNN Cable Programming, Cable, 98 words, 7, cnn19000107
... Interview - Nasser Al-**Kidwa**, Palestinain rep to US, ...
... 62%); NASSER AL-**KIDWA** (57%); ALON PINKAS ( ...

24. Video Monitoring Services of America, Charlie Rose, January 2, 2001, Tuesday, 11:00 AM ET, PBS Network Programming, Television, Network, 144 words, 4, pbs23000102
... Interview - Nasser Al-**Kidwa**, Ambassador to the United Nations ...
... 73%); NASSER AL-**KIDWA** (63%); THOMAS FRIEDMAN ( ...

25. Video Monitoring Services of America, Newschannel 4 Daybreak, December 19, 2000, Tuesday, AM, WDAF-TV, Television, Television, 62 words, 25, wdaf05001219
... Interview - Nasser Al-**Kidwa**, Palestinian observer UN, ...
NASSER AL-**KIDWA** (64%); JOHN PAUL ...

26. Video Monitoring Services of America, World View, November 4, 2000, Saturday, PM ET, CNN Cable Programming, Cable, 218 words, 3, cnn18001104
... Interview - Nasser Al-**Kidwa**, Palestinian Observer to UN, ...

30. Video Monitoring Services of America, Fox Morning News, October 19, 2000, Thursday, AM, WTTG-TV, Television, Television, 113 words, 10, wttg06301019
... Visual - Nasser Al-**Kidwa**, Palestinian Observer to UN, ...

31. Video Monitoring Services of America, Northwest News, October 18, 2000, Wednesday, AM, Northwest Cable News Network Cable ProgrN/A, Cable, 106 words, 7, nwcn10001018
... Interview - Nasser Al-**Kidwa**, Palestinian observer; explaining their ...

32. Video Monitoring Services of America, Headline News, October 16, 2000, Monday, PM, CNN Headline News Cable Programming, Cable, 76 words, 4, hdln18001016
... Interview - Nasser Al-**Kidwa**, Palestinian Observer to the UN, we ...

33. Video Monitoring Services of America, World View, October 15, 2000, Sunday, 6:00 PM ET, CNN Cable Programming, Cable, 151 words, 13, cnn18001015
... Interview - Nasser al-**Kidwa**, Palestinian Observer to U.N., ...

34. Video Monitoring Services of America, Fox News Live, October 13, 2000, Friday, AM ET, Fox News Channel Cable Programming, Cable, 106 words, 12, fnc09001013
... Interview - Nassar Al **Kidwa**, UN Palestinian Observer, ...

35. CNN, CNN BREAKING NEWS 10:19, October 12, 2000; Thursday, Transcript # 00101220V00, News; International, 1031 words,  Palestinian Observer to U.N. Nasser Al-Kidwa Discusses Escalating Mideast Tensions,  Nasser Al-Kidwa,  Daryn Kagan, Bill Hemmer
 Nasser Al-**Kidwa**, the Palestinian observer to the U.N., ...
... in Nasser Al-**Kidwa**, who is joining us from the ...

Mr. **Kidwa**, thank you for joining  ...
... today. NASSER AL-KIDWA, PALESTINIAN OBSERVER TO U.N.:  ...
... who are living there? AL-**KIDWA**: I think it's the  ...
... Israeli soldiers? AL-**KIDWA**: I'm not aware of the  ...
... calm and peace? AL-KIDWA: Of course he has the authority.  However, the
matter is  ...
... respect of that relationship? AL-**KIDWA**: If we are talking about the past,
...
... no return? AL-KIDWA: We were responding positively to the American  ...
... KAGAN: Nasser Al-**Kidwa**, Palestinian observer to the United  ...
... sir -- Bill. AL-**KIDWA**: Thank you. BILL HEMMER,  ...
... 85%); NASSER AL-KIDWA (84%);

36. Video Monitoring Services of America, The News with Brian Williams, October
12, 2000, Thursday, PM ET, MSNBC Cable Programming, Cable, 237 words, 5,
msnbc2100.1012.5
... Interview - Nasser Al **Kidwa**, Palestinian Observer to the UN,  ...

37. Video Monitoring Services of America, Fox News Live, October 12, 2000,
Thursday, 12:30 PM ET, Fox News Channel Cable Programming, Cable, 108 words, 10,
fnc12301012
... Conference - Nasser Al-**Kidwa**, Palestinian, UN Observer,  ...

1. Fox News Network, FOX ON THE RECORD WITH GRETA VAN SUSTEREN (22:15), June 11, 2003 Wednesday, Transcript # 061102cb.260, News; International, 938 words, Interview With Hasan Abdel Rahman, Hasan Abdel Rahman, Greta Van Susteren
... on the phone from Ramallah is **Hasan Abdel Rahman**, chief **Palestinian authority** representative to the United States. Welcome, Hasan. **HASAN ABDEL RAHMAN, PALESTINIAN AUTHORITY CHIEF SPOKESPERSON: Thank you. ...
... cannot equate the position of the **Palestinian authority** with that of the government of Israel. Yes, you ...
**HASAN ABDEL RAHMAN** (98%); VAN SUSTEREN ( ...

2. Video Monitoring Services of America, On The Record, June 11, 2003, Wednesday, 22:00-23:00 ET, Fox News Channel, Television, National Cable, 58 words, 9, fnc22000611
... Rantisi. Studio Interview - **Hasan Abdel Rahman, Palestinian Authority** Chief Spokesman, discusses the ...

3. CNN, LIVE FROM THE HEADLINES 19:00, May 30, 2003 Friday, Transcript # 053002CN.V94, News; Domestic, 1125 words, Interview With Hasan Rahman, Mark Regev, Hasan Rahman, Mark Regev, Daryn Kagan
Interview With **Palestinian Authority** representative to the United States   ...
... Palestinian and Israeli perspectives. **Hasan Abdel Rahman Palestinian Authority's** representative to the United States is  ...
... terror group like that? **HASAN ABDEL RAHMAN, PALESTINIAN REPRESENTATIVE TO U.S.:**  ...
**HASAN ABDEL RAHMAN** (96%); DARYN KAGAN (  ...

4. Video Monitoring Services of America, Fox News Live, September 19, 2002, Thursday, AM ET, Fox News Channel Cable Programming, Cable, 59 words, 5, fnc10000919
... Bombing. Studio Interview - **Hasan Abdel Rahman, Palestinian Authority** Chief Rep., says we  ...

5. National Public Radio (NPR), All Things Considered (9:00 PM ET) - NPR, June 24, 2002 Monday, 431 words, Hasan Abdel Rahman discusses his thoughts on President Bush's Mideast policy speech, ROBERT SIEGEL
ROBERT SIEGEL, host: **Hasan Abdel Rahman** is the chief representative to the United States for the **Palestinian Authority.** He's in Washington, and joins us by phone. **Hasan Abdel Rahman,** President Bush is saying the  ...
... peace process forward.' Is the **Palestinian Authority** actually pleased with his speech?
Mr. **HASAN ABDEL RAHMAN (Palestinian Authority** Representative): Well, what we are saying is the  ...
... progress is shown by the **Palestinian Authority** on security and reforms, then ...
... fairly cloudy for the **Palestinian Authority** on this. Mr. RAHMAN:  ...
... occupation is untenable. SIEGEL: **Hasan Abdel Rahman,** thank you very much for ...
... RAHMAN: Thank you. SIEGEL: **Hasan Abdel Rahman** is the chief representative to the United States of the **Palestinian Authority.** He spoke to us from Washington.
**HASAN ABDEL RAHMAN** (96%); ROBERT SIEGEL (  ...
**PALESTINIAN AUTHORITY** (92%);
**PALESTINIAN AUTHORITY** (92%);

6. Video Monitoring Services of America, America At War, June 18, 2002, Tuesday,

they have killed already  ...

20. Video Monitoring Services of America, World News, July 20, 1999, Tuesday, AM ET, CNN International Cable Programming, Cable, 96 words, 6, cnni00000720
... Military Vehicles. Interview - **Hasan Abdel Rahman, Palestinian Authority** Rep. to US, says there is  ...

21. CNN, CNN WORLDVIEW 18:00 pm ET, July 19, 1999; Monday 6:16 pm Eastern Time, Transcript # 99071903V18, News; Domestic, 461 words,  U.S.-Israel Summit: Syria Attempts to Take More Active Role in Middle East Peace Process, LEXIS-NEXIS Related Topics Full Article Related Topics Overview   This document contains no targeted Topics. ,  Bernard Shaw, Jonathan Karl
... see things differently. **HASAN ABDEL RAHMAN, PALESTINIAN AUTHORITY** REP. TO U.S.: The attempts of  ...

22. CNN, CNN NEWSROOM 04:30 am ET, July 15, 1999; Thursday 4:30 am Eastern Time, Transcript # 99071500V05, News; International, 4496 words,  NEWSROOM for July 15, 1999, LEXIS-NEXIS Related Topics Full Article Related Topics Overview   This document contains no targeted Topics. ,  Cassandra Henderson, Tony Frassrand, Andy Jordan, Wolf Blitzer, Jerrold Kessel, Ann Kellan, Mike Chinoy, Cynde Strand, May Lee, Jeff Flock, Tom Haynes
... come to fruition. As the leader of the **Palestinian Authority,** Yasser Arafat's primary  ...
... between Mr. Barak and **Palestinian Authority** President Yasser Arafat  ...
... Palestinians are resisting his idea. **HASAN ABDEL RAHMAN, PALESTINIAN AUTHORITY** REPRESENTATIVE TO U.S.: I  ...

23. CNN, CNN WORLDVIEW 18:00 pm ET, July 14, 1999; Wednesday 6:08 pm Eastern Time, Transcript # 99071403V18, News; International, 484 words,  Ehud Barak Comes to Washington Amid Hope That Meetings Could Restart Middle East Peace Process, LEXIS-NEXIS Related Topics Full Article Related Topics Overview   This document contains no targeted Topics. ,  Judy Woodruff, Wolf Blitzer
... between Mr. Barak and **Palestinian Authority** President Yasser Arafat  ...
... Palestinians are resisting his idea. **HASAN ABDEL RAHMAN, PALESTINIAN AUTHORITY** REPRESENTATIVE TO U.S.: I  ...

24. Video Monitoring Services of America, FOX 4 News, September 7, 1997, Sunday, 10:00-10:20 PM CT,  KDFW-TV, Television, Television, 67 words, 19, kdfw22000907
... on Tuesday;  Interview - **Hasan Abdel Rahman,** Rep of the **Palestinian Authority,** the Israelis have to stop thier  ...

1. CNBC News Transcripts, The News with Brian Williams (7:00 PM ET) - CNBC, February 27, 2003 Thursday, 1093 words, Hasan Abdel Rahman, chief Palestinian representative in US, discusses Bush's argument that deposing Saddam Hussein would lead to Israeli-Palestinian peace, JOHN SEIGENTHALER
... joined from Washington by **Hasan Abdel Rahman,** the chief Palestinian representative ...
Mr. **HASAN ABDEL RAHMAN (Palestinian National Authority):** I think the--the question is ...
... Iraq. SEIGENTHALER: Mr. **Hasan Abdel Rahman,** as always, thank you very much ...
**HASAN ABDEL RAHMAN** (98%); JOHN SEIGENTHALER (  ...

2. Video Monitoring Services of America, Fox News Live, December 17, 2002, Tuesday, 11:00-12:00 ET, Fox News Channel, Television, National Cable, 119 words, 9, fncl1001217
... Palestinians. Studio Interview - **Hasan Abdel Rahman, Palestinian National Authority,** says we want a  ...

3. Video Monitoring Services of America, CSPAN-1 Daily Schedules, May 12, 2002, Sunday, 12:00 PM ET, CSPAN-1 Cable Programming, Cable, 51 words, 4, cspn00030512
... King Abdullah of Jordan, **Hasan Abdel Rahman, Palestinian National Authority,** Chief US Representative. ...

4. Video Monitoring Services of America, CSPAN-1 Daily Schedules, May 9, 2002, Thursday, PM ET, CSPAN-1 Cable Programming, Cable, 26 words, 12, cspn00020509
... East. Sound Bites - **Hasan Abdel Rahman, Palestinian National Authority** Chief US Representative. ...

5. Video Monitoring Services of America, CSPAN-1 Daily Schedules, April 4, 2002, Thursday, 6:00 AM ET, CSPAN-1 Cable Programming, Cable, 60 words, 11, cspn00040404
... Lebanese Ambassador to the U.S. **Hasan Abdel Rahman, Palestinian National Authority.** END: 04.32.30

6. Video Monitoring Services of America, CSPAN-2 Daily Schedules, October 24, 2001, Wednesday, 12:00 AM ET, CSPAN-2 Cable Programming, Cable, 47 words, 4, cspn00051024
... for Peace and Development. **Hasan Abdel Rahman, Palestinian National Authority** Chief U.S. Representative. ...

7. Video Monitoring Services of America, CSPAN-1 Daily Schedules, October 23, 2001, Tuesday, 6:00 PM ET, CSPAN-1 Cable Programming, Cable, 34 words, 9, cspn00021023
... Journal. Sound Bites - **Hasan Abdel Rahman, Palestinian National Authority** Chief U.S. Representative;  ...

8. CNN, CNN CROSSFIRE 19:30, August 6, 2001 Monday, Transcript # 080600CN.V20, News; Domestic, 4054 words, Conflict in the Middle East: Who's at Fault?, Hasan Abdel Rahman, Alon Pinkas, Robert Novak, Bob Shrum
**Hasan Abdel Rahman,** chief Palestinian representative to the  ...
... Novak.  In the CROSSFIRE, **Hasan Abdel Rahman,** chief Palestinian representative to the  ...
... incapable of stopping what's happening? **HASAN ABDEL RAHMAN, CHIEF PALESTINIAN REPRESENTATIVE TO THE**  ...

... Israel or the Palestinians? With us are **Hasan Abdel Rahman,** the chief representative of the **Palestinian National Authority** in the U.S., and in ...
... ARIEL SHARON (67%); **HASAN ABDEL RAHMAN** (67%); YASSER ARAFAT (  ...

9. Video Monitoring Services of America, CSPAN-1 Daily Schedules, January 5, 2001, Friday, 12:00 AM ET, CSPAN-1 Cable Programming, Cable, 32 words, 9, cspn00010105
... Embassy of Israel, Spokesman. **Hasan Abdel Rahman, Palestinian National Authority,** Chief US Representative.  ...
**HASAN ABDEL RAHMAN** (80%); MARK REGEV (  ...

10. Video Monitoring Services of America, CSPAN-1 Daily Schedules, January 4, 2001, Thursday, PM ET, CSPAN-1 Cable Programming, Cable, 88 words, 3, cspn00020104
... Embassy of Israel spokesman, **Hasan Abdel Rahman, Palestinian National Authority** Chief US Rep.,  ...
RICK LARSEN (71%); **HASAN ABDEL RAHMAN** (70%); MARK REGEV (  ...
**PALESTINIAN NATIONAL AUTHORITY** (70%); EMBASSY OF ISRAEL (  ...
... CO LTD (65%);  **PALESTINIAN NATIONAL AUTHORITY** (70%); EMBASSY OF ISRAEL (  ...

## Remarks of Hasan Abdel Rahman, Palestinian National Authority, at the National Press Club, Washington, D.C. May 9, 2002 10:00 a.m.  Questions Follow

[Audio feeds of Newsmakers at the National Press Club are available on-line, along with a list of people who appear there, at http://www.press.org]

Good morning and thank you for coming.  I was invited here today to share with you our perspective on the situation in the Middle East and discuss with you where we go from here.

All of you are aware of probably the intentions of Mr. Sharon when he waged his latest invasion of the Palestinian territories.  His main objective was obvious.  He wanted to change the political landscape in the region, undo the Oslo peace process, and construct a new situation in the Palestinian territories that is suitable to his own political and ideological positions.

He inflicted a great deal of damage to the Palestinian Authority infrastructure and to the Palestinian society as a whole.  The damage that was inflicted was very extensive on the institutions of the Palestinian National Authority, on the economy of the Palestinian people and on the infrastructure of the Palestinian people: the roads, the electricity, the water, nothing escaped the destruction of the Israeli army.

The number of casualties was very high, it is in the hundreds, and the wounded are in the thousands, adding to the number that was already very high since the beginning of September, the year 2000.  So far we have almost about 3,000 Palestinians killed, we have about 38,000 Palestinian wounded.  The number of houses destroyed are in the thousands, even the crops, trees were not spared the Israeli destruction.

Mr. Sharon was here in Washington last week.  In fact, two days ago.  And he made his plans very clear.  Mr. Sharon is not interested in making peace with the Palestinians.  He is interested in dictating to the Palestinians the terms of surrender.  That was very clear from the statements he made before and after meeting with President Bush.  When he was asked about a Palestinian state, he said it was premature to discuss the Palestinian state.  That's putting himself against the international consensus that includes also the United States.

So we have Mr. Sharon on one side and the rest of the world on the other side.  The issue of Jewish settlements in the Palestinian territories.  Mr. Sharon refused to discuss the issue of the continuation of building Jewish settlements in the Palestinian territories.  One month after the United Nations Security Council adopted  resolution 1402 and 1403, still the Israeli army has not withdrawn from the Palestinian cities and towns.  Every single Palestinian city is encircled by the Israeli army.

So, the situation in the Palestinian territories continue to deteriorate as a result of the Israeli policies.  Mr. Sharon is intent on undermining the international efforts that are being made at the moment to move the region from the brink of total war into the path of peace.  I take this opportunity to thank President Bush, and the European leaders and the Secretary General of the United Nations for their efforts they are exerting to move the region back into the political path, because without a vision for peace and without a plan to achieve that peace the region can only go into further confrontation and further bloodshed.

The terms of the political settlement as we see it were made very clear by the Arab Summit Conference in Beirut.  The adoption of the Saudi peace initiative, Prince Abdullah, which calls for Israel's withdrawal from the Arab territories that were occupied in 1967, in exchange for the establishment of full diplomatic and normal relations with Israel are the foundations for any peace

Remarks of Hasan Abdel Rahman

process.

We can not, the Palestinian people, accept again to become involved in interim arrangements. Interim arrangements are a formula for the continuation of Israel's occupation. Consequently, they are a formula for confrontation because the Israeli occupation in our views is really the infrastructure of terrorism in our region because occupation is a system of terror and it also a systematic terrorism against the Palestinian people.

So occupation generates resistance. And if we [are] to deal with the whole situation of violence in the region, occupation must end. With all that it entails including, of course, the construction of illegal Jewish settlements in the Palestinian territories. Our position on this is very clear because we have seen the statements made by Sharon and by his advisors, and by his spokesman and the spokeswoman of the Israeli government that he wants long term interim arrangements after which a discussion on final status can take place.

We can not accept that. We will accept a process that the conclusion of which is very clear to us. There is an internationally accepted solution and that is the establishment of an independent Palestinian state along the lines of 1967 boundaries. This end game has to be clear from the beginning and any process must be a plan to achieve that objective and not to negotiate about negotiations or interim arrangements.

This is what I have to say this morning. If you have any questions, I would be more than happy to answer. Thank you very much.

QUESTION: Yes, good morning. I'm Jonathan Reich from Reuters. Hasan, I wondered if you could give your interpretation to us of this sudden interest that there seems to be in reform of the Palestinian Authority? What's your interpretation? How do you explain this sudden interest and how do you intend to deal with it?

RAHMAN:  We read about it in the papers. Of course, we were not approached by anyone to ask us for that. However, we feel that good governance and democracy and the construction of and building of efficient institutions of the Palestinian Authority are Palestinian demands, those are Palestinian objectives.

We want to have an efficient government for the Palestinian people. We want a democratic government and we do not need advice from abroad on our needs for that. We will do it ourselves and we will do it to serve the interests of the Palestinian people. Our security institutions of course will be in charge of maintaining law and order in the Palestinian territories. Their main interest and main function will be to preserve the Palestinian security, security for the Palestinian people.

But also it will protect any agreement that we sign with anyone, with Israel or with anybody else. So, we are very ready to engage in reconstruction of our national institutions and the institutions of the Palestinian National Authority.

QUESTION: Good morning. Brad Wright with CNN. It has been suggested that the Israeli response to the latest suicide bombing probably will come in Gaza. Do you believe that's the case? What do you

think the proportion of this will be?

RAHMAN:  Well, if Mr. Sharon was looking for a pretext to destroy Gaza, he can have a pretext.  This tragic event of the day before yesterday, or any other event, we hope that there will be enough pressure on Mr. Sharon in order not to become involved in such an aggression.  Because each Israeli incursion in the Palestinian territories, each killing of a Palestinian by Israel, any destruction of Palestinian property by Israel would only lead to the generation of more defiance and more hostility toward Israel.  The Israeli tanks and bulldozers do not bulldoze only Palestinian roads, but they also bulldoze the foundations of possibilities of peace with Israel.

  So what we need really is instead of violence and counter-violence is a path outside of this vicious circle.  We need to look at the causes of this conflict and deal with them rather than dealing with the symptoms.


QUESTION:  I'm Jim Harriet, worldnet TV division of the Voice of America.  There is a front page story in the New York Post today that indicates President Bush, I'm paraphrasing, in effect is saying that nothing can go forward until Chairman Arafat goes.  Are you aware of the story and your response?

RAHMAN:  No, I am not aware of this particular story.  I am aware of what is being said on behalf of Mr. Bush by everybody except Mr. Bush himself.  So, Mr. Bush has not told us that and from the statements that I hear from members of the administration that's not the case.  Mr. Bush and Colin Powell both believe that President Arafat is essential for any progress to be made on the Palestinian - Israeli track and that his role is very very important to move the process forward.

QUESTION:  So if I may follow.  You're saying that Chairman Arafat stays and Mr. Bush has in effect been misquoted?

RAHMAN:  I didn't see that quote by Mr. Bush but what I'm saying that this is the message we get from the administration, that Yasser Arafat is essential for the peace process.  His role is important, being the elected leader of the Palestinian people.  We have not been told by the Americans any other position.

QUESTION:  If that is the position.

RAHMAN:  I'm not going really to...

QUESTION:  Hypothetical.

RAHMAN:  No, I'm not going to deal with hypothetical questions.


QUESTION:  Matt Berger with JTA.  Do you believe that Chairman Arafat's comments yesterday in Arabic was a significant step and do you believe that it will have an effect on quelling the violence?

RAHMAN:  Well I think they are reiteration of previously stated positions.  If you look at the speech of Yasser Arafat on December 16th in Arabic it contained exactly the same substance.  If you look at the speech of Yasser Arafat that was made to the Arab Summit Conference on March 28th, it included exactly the same thing.

Probably, he used stronger language yesterday, but it is the same substance and our position has been always very clear.  We are against any action against Israeli civilians, that's directed against Israeli civilians in the same manner that we condemn and oppose and ask others to do the same when Israel directs its attacks against Palestinian civilians.  So that we wanted to have Palestinian and Israeli civilians out of this conflict.  So this is a very very principled position of the Palestinian Authority.

QUESTION:  But if he's made these comments before and suicide bombings have not stopped, does that say something about his leadership of the Palestinian people?

RAHMAN:  No, it does not.  It says something about the circumstances.  You see Yasser Arafat will make all the statements necessary and he will exert all the efforts that are necessary.  But whether he succeeds or not does not depend on Yasser Arafat alone.  It depends also on the way the Israeli government and the Israeli army behaves toward the Palestinian people.

You can not tell every Palestinian whose mother or father or children are killed not to react.  It's impossible.  You can not stop the Palestinians who live under seige, under miserable situation, 60% of them are unemployed, people have to carry their children to school because they are not allowed to drive their cars, if they can not walk if they can not go to their businesses, if they are humiliated on a daily basis, you can't tell them, don't react.  Even if you tell them don't react, they are not going to listen to you.

That's why we believe in order for us to succeed in our effort we need two conditions.  One is the incentive to the Palestinian public.  We have to tell the Palestinian public there is light at the end of the tunnel, your situation is changing.  But if all that we are promised is more Jewish settlements and more Israeli oppression then it is... The second is you need the instruments to achieve that and that is Palestinian security forces which has been battered and destroyed by the Israeli troops.

So Yasser Arafat will use his moral authority, he will use his political authority, but in order to achieve that objective much more is needed.

QUESTION:  That's close to what I wanted to discuss.  My name's Ron Bajus, Kuwait News Agency.  If no one can influence Mr. Sharon and to date there is no indication that anyone can, and then if Mr. Arafat can not control Hamas, I question, and I would like to discuss, how would Mr. Tenet's visit and this idea of reconstituting the Palestinian security.  Let's assume that some time passes and it is reconstituted, how would this influence Hamas, Islamic Jihad, is this also futile?

RAHMAN: First of all let me deal with the first part of your question and that is no one can influence Sharon.  I believe that Sharon can be influenced.  I mean Sharon can not be fighting all international community.

QUESTION: He has to date.

RAHMAN:  Well, he has to date because there was acquiescence and tolerance to his positions from the United States.  But if the United States...Look at what happened in the United Nations over the question of the international commission of inquiry into the war crimes in Jenin.  I mean you have 14 positive votes and only 1 negative vote.  If the United States did not provide that protection for Sharon I assure you that Sharon may be indicted for war crimes.

So, the United States can and has the possibilities to pressure Sharon. Sharon can not defy the whole international community. Peace in the region is not so irrelevant that it can be left to Sharon to decide. Because the impact of peace and war in the region has repercussions for the Israelis, for the Palestinians, for the Arabs, for the United States, for everyone.

So you can not let Mr. Sharon free handed because we know how Mr. Sharon operates. Now, as far as Hamas is concerned we, as I said, will do everything within our means to achieve control of those elements who want to carry on actions against Israeli civilians. But whether we will succeed 100% or not is going to depend on Israeli behavior in the Palestinian territories also. Because if Israel behaves in such a way to provoke the Palestinian people, it is difficult to have full control and full success, that's what I'm trying to say. But as far as efforts are concerned we are willing to exert our efforts. Now, results is going to depend also on the Israelis and their behavior in the Palestinian territories.

QUESTION: I'm Laurie Kenney with Hearst Argyle television. Are you concerned at all that in addition to the military response that the Israeli cabinet has apparently authorized that the Israelis will take this opportunity to go that one step further and perhaps arrest and exile Mr. Arafat as has been suggested before and if that were to happen what would the result be and the result for the Palestinian leadership?

RAHMAN: Well, I hope they will not because if they take such a very drastic and irresponsible and dangerous step, I think they will open the gates of the conflict wide open that it becomes very very difficult to bring the genie back into the bottle.

QUESTION: Are you concerned that it is a real possibility?

RAHMAN: I mean I can not trust Mr. Sharon. And his chief of staff, of course.

QUESTION: Ed Epstein from the San Francisco Chronicle. To follow up on these questions about the calls for reforming the Palestinian Authority and possibly removing Chairman Arafat. At the White House on Tuesday Condolezza Rice was asked repeatedly if Israel should negotiate with Arafat and she just never said yes.

RAHMAN: But did she say no?

QUESTION: She kept saying that he is the elected head of the Authority, but she never would say yes. Also, I believe the President and Condi Rice said that, called for new leadership, that so far the leadership of the Palestinian Authority has failed the Palestinian people terribly. So I think that's where these stories came from plus this calls for reform was seen as kind of a code word to bring new leadership to the Authority. Is that the way you read it?

RAHMAN: I honestly don't feel like getting involved in dispute with president over his assessment of the performance of the Palestinian Authority. I am interested in one thing and that is, does the United States recognize Yasser Arafat as the elected leader of the Palestinian people, or not? If President Bush is asking Arafat to lead better, then he believes that he is the leader. And therefore, that's his opinion.

Now, on the question of the legitimacy of the leadership of Yasser Arafat, I don't think it is anyone's business to decide who is the leader of the Palestinian people except the Palestinians themselves. In the

Remarks of Hasan Abdel Rahman

same way we think that Sharon is a war criminal, but the Israeli people elected him.  If you ask 90% of the Arab world, they think that Sharon is a war criminal, and he's a bully and he's a murderer.  But that's not our business, that's the Israeli people who elected him and put him there.

We are interested not in the person, we are interested in solving the issues.  And so let's deal with the issues, because focusing on the person, in my view, is a pretext for not dealing with issues.  Sharon is focusing on Yasser Arafat, not because what he thinks is right or wrong, because he really does not want to deal with issues of occupation, of building illegal Jewish settlements in the Palestinian territories.  He does not want to deal with any of those, so he focuses on Yasser Arafat.

QUESTION:  What do you make of President Bushes continuing refusal to talk to Yasser Arafat?

RAHMAN:  Well, I mean the American administration deals with Yasser Arafat, that's why you have the Secretary of State dealing with him, talking to him almost weekly.  The time will come when President Bush will deal with Yasser Arafat.  For the time being we deal with the Secretary of State.

QUESTION:  Carl Osgood with Executive Intelligence Review.  I'd like you to comment on the timing of this latest, most recent bombing, since it came just as Sharon was meeting with Bush in the White House.  Even Richard Cohen in the Washington Post this morning suggests that the only person who benefits from this is Sharon himself because it serves his political and ideological purposes.

RAHMAN:  I don't believe in conspiracy mentalities.  I think that the practical effects of this tragic incident is very damaging to the Palestinian cause.  And therefore we are opposed to it and we are against it and I think President Arafat made it clear that he will take action against the, look for the perpetrators and take action against them.

QUESTION: Miles Pomper from Congressional Quarterly.  Two questions.  One is on this question of political reform it has been suggested that perhaps Mr. Arafat would move to more of a ceremonial role, rather and as a result a prime minister or constitution change would do more of the day to day government of the authority and wanted your reaction to that.

And secondly, wanted your reaction to, there's a bill by Senator McConnell and Senator Feinstein on the Hill to cut ties with the Authority and what effect it would have if it became law.

RAHMAN  Well, you know I watched those members of congress in action and I've seen their positions made public on television and honestly I'm very very disappointed by what I see because those positions are neither based on legality nor on morality.  And they don't even serve the political interests of the United States.

You have the Senate of the United States and the Congress acting against the President of the United States in support of a foreign power.  In my view, this is even nationally irresponsible.  Because once when the whole world is moving in one direction and the Congress of the United States is trying to gear things in a totally opposite direction.

I am totally disappointed when I see the Congress of the United States that is supposed to be the bastion of law and order, of rule of law and democracy, endorsing an action by a government that was

http://www.leinsdorf.com/rahman.htm                                                                8/21/2003

condemned by everyone in the world including the United States of America. So, this tells something about the motives and the reasons behind those positions. It is not that the whole world is wrong and that Diana Feinstein is right. So, again, if it illegal and if it is immoral, I don't think it's wrong to have an irrelevance to what happens in our region.

QUESTION: Barry White AP. Could you please elaborate a little bit about the Palestinian Authority's willingness to engage in reconstituting security forces? I mean do you see particular things down the road: talks, also, small point, I'm a little confused because the Palestinian position has been that these forces were decimated by the Israelis, so how much work has to be done?

RAHMAN: Well, not every one single Palestinian who was a member of the security was killed, I'm not saying that. What was decimated is the infrastructure, namely the buildings, the automobiles, the cars, the files, etc. etc. So you have to reconstitute those.

   Now, the reconstitution of the Palestinian Security Forces will be in accordance with the perceived needs of the Palestinian people, that's what I'm trying to say. And definitely we have to reconstruct those works. We will use technical assistance from anyone who offers it to us. We will discuss among ourselves how to build, rebuilt it in a more efficient way. But again, the guiding, the guidance for that are the interests of the Palestinian people and the maintenance of the law and order in the Palestinian society and, of course, to safeguard any commitments that we make with our neighbors including Israel.

QUESTION: Are there meetings with the Americans?

RAHMAN: We have not had any Americans visiting. We heard Mr. George Tenet will come to the region and we welcome him.

QUESTION: Kittery McKenzie with Southern News. The suicide bombings, as you have said, give Sharon the excuse, the fig leaf not to deal with the settlements and the underlying issue of the occupation. How do you impress upon Bush and others that that is indeed the case and try and change that. I've just come back from there and the Israeli people, the Jewish people, many of whom were indeed in the peace camp in '95, '96 are now firmly behind Sharon because they don't feel that they've got any, that they can escape the suicide bombing, so how do you break (unintelligible)?

RAHMAN: Well, we realize that the peace camp in Israel has been damaged and we are very concerned about that because those are our partners in the peace process. And for any future peace between the Palestinians and Israelis the overwhelming majority of the Israeli society must join the peace camp, we are very aware of that. Otherwise we can not make peace with Israel because you may reach an agreement with the Israelis, unless the public supports it, it is not going to work.

   In the same way on the Palestinian side. If you look at the Palestinians also, we are at 75% or more support for the peace process. Today maybe this number is much much less. But there is something very interesting about the polls in Israel and on the Palestinian side. While you may have 80% of the Israelis support Sharon, yet you have a majority that supports the peace process, if and when it can be achieved. On the Palestinian side, the same thing. You may have 82% of the Palestinians who are supporting violence against Israel, but 70% will support a peace agreement with Israel based on the accepted fundaments of a peace.

In other words, when there is confrontation it is always the right wing, the extremists will be in the majority. When there is a process on the table, I believe, it will be supported by the overwhelming majority of both sides, Palestinians and Israelis alike.

So, even President Bush in the presence of Sharon the other day said hopelessness creates suicide bombers. I think he was addressing himself to Mr. Sharon. That the conditions of the Palestinian people have to really improve considerably so we can succeed in our effort to stop the suicide bombing, not ... I am opposed, I want to make it clear, I am opposed to suicide bombing not because of what it does to Israel only, but because of what it does to our society.

I don't want to see Palestinian youth wanted to die and kill others in the process. We want a Palestinian youth that loves life, because that's the way I was brought up. And that's how my generation was brought up. And I blame Israeli brutality for brutalizing the Palestinian society. Turning a very peaceful society into a violent society. Because the system of violence imposed on the Palestinians turned many many Palestinians into violence.

If you look at our society before 1967 and after 1967 any sociology can study of the Palestinian society behavior before 1967, even before Likud came to power in Israel, will find out that violence was very very minimum. In fact, it was unknown as I was growing up in Palestine. And today, it has become the norm as a result of the occupation and what it has done to the Palestinian society. And I hope that we can reverse this process. We can go back. Because even if you look at the eight years of peaceful negotiations with Israel, you will have the curve going down.

In the year 2000, until September, there was not one single suicide bombing. And now it is going up because the number of Palestinian casualties, the pain inflicted on the Palestinians is so huge that it turning people who would have otherwise not been even involved politically into... involved into becoming involved in resistance and violence.

QUESTION: If I may just go back to the question. You don't appear to be able or you're not succeeding in getting that point across whereas the Israelis and Sharon have managed very successfully with their spin machine to turn this into September 11th and a war on terrorism. Whereas the fundamental point of occupation and of the settlements is not being addressed.

RAHMAN: That is absolutely true. And that is not only due to our failure in reaching the American public and the Israeli public, but also to the overwhelming propaganda machine that is working day and night to perpetuate those distortions. You know you look around and you see that is the business of the pro-Israeli think tanks in this city, the media who support Israel, the right wingers in this city and around the country, but I mean haven't you noticed that there is a difference between American public's perception and the rest of the world's perception of what is going on?

Even in Israel there is much more debate within the Israeli Knesset over Sharon's policy than in the American congress. There is much more debate within the Israeli press over Israeli policies than in the American press. But that's not the case outside the United States. Because here it seems that anyone who is engaged in criticism of Sharon's policies is intimidated by either being called an anti-semite or anti-Israel, so people are really, or for any other reason. But that's not the case elsewhere.

Thank you very much, really.

Return to Institute of Election Analysis Home Page

Project on

# Justice in Times of

HARVARD UNIVERSITY

# Transition



RETURN HOME

ABOUT PROJECT

CURRENT PROGRAMS

PEOPLE

PUBLICATIONS

79 John F. Kennedy St.
Cambridge MA
02138

Tel: (617) 495-0544
Fax: (617) 496-1983

E-mail:

justice_project@harvard.edu

## PEOPLE

The Project's international Advisory Board utilizes the talents of a group of distinguished individuals and has enabled the Project to have a significant impact around the world. With the expanded mandate that came with the Project's move to Harvard University, a Strategy Committee - which includes individuals who have been involved in the Project's initiatives and others who work in related fields - was created to expand and implement future programs and develop a cohesive body of knowledge which will further support the process of change in societies in transition. The Project's activities are guided and carried out with the help of an inter-faculty, inter-disciplinary Steering Committee and staff.

The work of the Project on Justice in Times of Transition is facilitated by an extensive and diverse group of individuals around the world. Their experiences confronting difficult transitions - as professional politicians, community leaders, journalists, businesspeople, clergy, and academics - shape the discussions at Project events and further the process of learning through the sharing of first-hand practical knowledge. Speakers at Project initiatives have included, among others:

**Hasan Abdel Rahman**, Chief Representative of the Palestinian Authority in the US
**Sandy Africa**, General Manager, South African Intelligence Academy
**Jan Krzysztof Bielecki**, former Prime Minister of Poland
**Violeta Barrios de Chamorro**, former President of Nicaragua
**Samuel del Villar**, Attorney General of Mexico City, Mexico
**Maria Eugenia Brizuela de Avila**, Minister of Foreign Affairs, El Salvador
**Kim Campbell**, former Prime Minister of Canada
**Pavol Demes**, former advisor on the Third Sector to President Kovac, Slovakia
**David Ervine**, member of the Northern Ireland Assembly
**Konstanty Gebert**, former Editor-in-Chief of *Midrasz Magazine*, Poland
**Edgar Gutierrez**, Secretary of Strategic Analysis, Guatemala
**Mehmed Halilovic**, former Editor-in-Chief of *Oslobodjenje*, Bosnia

**Brandon Hamber**, Center for the Study of Violence and Reconciliation, South Africa
**Ana Guadalupe Martinez**, President, Institute for a New El Salvador
**Monica McWilliams**, co-founder of the Northern Ireland Women's Coalition
**Graciela Fernandez Meijide**, founder of Mothers of the Disappeared, Argentina
**Jerzy Osiatynski**, former Minister of Finance, Poland
**Rigoberto Queme**, Mayor of Quetzaltenango, Guatemala
**Albie Sachs**, Justice, South African Constitutional Court
**David Trimble**, First Minister, Northern Ireland
**Jan Urban**, journalist, Czech Republic

With the involvement of individuals such as these, the Project acts as a catalyst in a number of ways. Not only do its programs encourage discussion of difficult issues, but they also link people working on similar problems worldwide to create partnerships which continue long after specific programs have ended.

RETURN TO TOP

Project on

# Justice in Times of

HARVARD UNIVERSITY

# Transition



## THE CHALLENGE OF STRENGTHENING THE PEACE

November 30 - December 2, 1999
Guatemala City

### Participants

RETURN HOME

GUATEMALA

CURRENT PROGRAMS

LECTURES

PEOPLE

PUBLICATIONS

79 John F. Kennedy St.
Cambridge MA
02138

Tel: (617) 495-0544
Fax: (617) 496-1983

E-mail:

justice_project@harvard.edu

**Hasan Abdel Rahman, Palestine**
Hasan Abdel Rahman is Chief Representative of the Palestine Liberation Organization and the Palestinian National Authority in the United States. From 1992 to 1993 Abdel Rahman served as Chief of the Palestinian Mission in Canada. He also acted as Senior Political Advisor to the Palestinian Delegation to the Madrid Peace conference and the Washington peace talks between 1991 and 1993. In addition, Abdel Rahman was formerly the Deputy Permanent Representative of the PLO to the United Nations and represented the PLO on the Special Political Committee of the General Assembly and in the Security Council.

**Shulamit Aloni, Israel**
Shulamit Aloni was a Member of the Israeli Parliament from 1965 to 1996 and served as the Minister of Education and Culture from 1992 to 1996. She is the founder of the Israeli Civil Rights and Peace Movement and has advocated electoral reform, the separation of religion and state, and a Basic Law for Civil Rights. Aloni has worked as a teacher and a lawyer, as well as a radio producer of programs dealing with legislation and legal procedures. She was a columnist for *Yediot Ahronot*, the country's leading paper, and has written a number of books, including *A Citizen and His State* and *Children's Rights in Israel*.

**Mario Antonio Ardón Aguilar, Guatemala**
Mario Antonio Ardón Aguilar is an Infantry Colonel in the Guatemalan Army. He obtained his military degree in Honduras and received training in parachuting, infantry, as an expert in the jungle and in systems and telecommunications. He has been an instructor at the Adolfo V. Hall Military Academy and acted as Secretary of the Presidential General Staff of Guatemala. In 1994, Ardón Aguilar was Director of Adolfo V. Hall Military Academy in Quiché. He held the same position in the Military Academy of the North in 1996. Between 1977 and 1999 he has been awarded 18 military decorations.

**Jean Arnault, France**

Jean Arnault is the Special Representative of the Secretary General and Chief of the United Nations Verification Mission in Guatemala (MINUGUA). He was appointed the United Nations Observer to the Guatemala peace negotiation in June 1992 and served as Moderator of the negotiations until the signing of the peace accord in December 1996. Since 1984 Arnault has held various posts at the United Nations, including Officer in Charge of the Secretary General's Office in Afghanistan and Pakistan and Political Advisor to the Special Representative of the Secretary General for the Western Sahara. Arnault was also the Desk Officer for Central America at the Department of Political Affairs and worked with the United Nations Transition Assistance Group (UNTAG).

**Paul Arthur, Northern Ireland**
Paul Arthur is a Professor of Politics and Course Director of the Master's Program in Peace and Conflict Studies at the University of Ulster, Northern Ireland. He is Ulster Television's analyst of all major political events and a frequent contributor to the *Irish Times*. Arthur is the author of several books and journal articles, including *Government and Politics of Northern Ireland* and *Northern Ireland Since 1968*. He has served on a number of public bodies, including the Northern Ireland Community Relations Council, the Cultural Traditions Group, and the Independent Commission to examine the report of the New Ireland Forum.

**Alvaro Arzú Irigoyen, Guatemala**
Alvaro Arzú Irigoyen is the President of Guatemala as well as a businessman who has 18 years of experience in the public sector. He was appointed director of the Guatemalan Tourist Commission in 1978 and served for three years until he resigned to run for election as mayor of Guatemala City. Arzú won the election but a military coup d'état prevented him from taking office. In 1985 he was again elected mayor and served a five-year term during which time he was noted for his fight against corruption and efforts to improve the municipal infrastructure. A co-founder of the National Advancement Party (PAN), Arzú was the party's presidential candidate in 1990. His campaign was not successful but he was appointed Minister of Foreign Relations in 1991. Following his resignation from this post, Arzú served as General Secretary of the PAN when he was elected President of the Republic of Guatemala in January 1996. During his term of office, the Guatemalan peace accords were signed.

**John Biehl, Chile**
John Biehl is the Secretary General of the Presidency of Chile and President of the Advisory Board of the National Commission for the Environment. He was formerly Chilean Ambassador to the United States and a political advisor to the Minister of the Interior and the President of the Senate during the presidency of Patricio Aylwin. Biehl served as Director of the United Nations Regional Program for Latin America and the Carribean which focused on governmental transformations in the Post-Cold War era. He has been a columnist for *HOV* magazine and an editorialist for the national paper *Epoca*, and has written articles related to economic development and the strengthening of the peace and democratic institutions for many Chilean and international publications.

**Jan Krzysztof Bielecki, Poland**
Jan Krzysztof Bielecki has been active in political and economic affairs in Poland for over two decades, serving as Prime Minister, Minister for European Integration, and Member of Parliament. He was co-founder of the Liberal-Democratic Congress and the Freedom Union in Poland.

Since 1993 Bielecki has been Executive Director of the London-based European Bank for Reconstruction and Development. He is a board member of the Center for Economic Policy Research and the Institute of East-West Studies in New York and taught comparative politics at the University of Colorado–Boulder. Bielecki wrote *Histoire de l'Europe* and has published articles for numerous magazines, including the *Wall Street Journal*, *Rzeczpospolita,* and *Gazeta Wyborcza.*

**Carlos Chocoj, Guatemala**
Carlos Chocoj works for the Rigoberta Menchú Foundation as Regional Coordinator of the Indigenous Institute for Education. He participated in community education programs during the peace accords and worked to promote an increase in citizen participation. Chocoj has worked with many groups to prevent conflict and represented the indigenous vision before the Commission for Historical Clarification (CEH). Chocoj is also a former high school philosophy teacher.

**Robert Conway, South Africa**
Robert Conway is the Chair of the Peace and Reconstruction Foundation which works with communities throughout South Africa to establish peace committees. These peace committees bring together a facilitator with representatives of business and government in order to develop projects with tangible results at the community level. Trained as a lawyer, Conway has been a professional mediator in South Africa for nearly 20 years. He has been involved in reconstruction and development work in violence-torn areas and has focused on a range of issues, including policing and conflict resolution. Conway acted as the facilitator to the South African national peace accords and was instrumental in bridging the gap between the African National Congress and Inkatha.

**Lars Franklin, Sweden**
Biographical information not available.

**Konstanty Gebert, Poland**
Konstanty Gebert is the Editor-in-Chief of the Jewish monthly magazine *Midrasz* and an international reporter and commentator for the nation's leading daily newspaper, *Gazeta Wyborcza.* He is one of Poland's prominent social and political analysts who gained prominence as a dissident journalist during Poland's period of martial law in the 1980s, when he wrote from the underground as "Dawid Warsawsky." Gebert played a key role in the negotiations between the Solidarity movement and the Polish government which led to the movement's legalization and to Poland's democratic revolution. He wrote *A Piece of Furniture, A Break for Thinking,* and *The Defense of the Sarajevo Post Office,* as well as several other books and political essays.

**General Edgar Leonel Godoy Samayoa, Guatemala**
Edgar Leonel Godoy Samayoa is an Infantry Brigadier General who graduated from the Polytechnic Military Academy of Guatemala in 1966. He completed courses on Arms, Intelligence, Command and General Staff, Business Administration and Strategic Studies. He was an instructor of Arms Applications of the Military Studies Center in 1984. Godoy Samayoa was previously the Commander of five military bases and the Director of a Military Studies Center. He is currently a General at the Mariscal Zavala Military Base and has received various military decorations.

**Linn Hammergren, United States**

Linn Hammergren is a public sector specialist in the World Bank Latin America Regional Department, working in the areas of judicial reform and anti-corruption strategies. She spent 12 years managing Administration of Justice Projects for USAID in Peru, El Salvador, and Costa Rica. She also headed the agency's Regional Administration of Justice Project, and held a USAID Democracy Fellowship. Hammergren taught Latin American and Comparative Politics at Vanderbilt University and has published on local politics and decentralization, administrative reform, judicial politics and reform, and the politics of foreign assistance. She has written four manuals for practitioners on the lessons learned from Latin American judicial reform programs.

**Philip Heymann, United States**
Philip Heymann is a James Barr Ames Professor of Law at Harvard University. From his first job as clerk to US Supreme Court Justice John Harlan to his post as Deputy US Attorney General (1993-94), he has spent much of his career in the government. A former Fulbright Scholar with degrees from Yale University, Harvard Law School and the Sorbonne, he has been Assistant US Attorney General in charge of the criminal division and Assistant to the Solicitor General in the Justice Department, acting Administration of the State Department's Bureau of Security and Consular Affairs, Deputy Assistant of the Secretary of State for the Bureau of International Organizations and Executive Assistant to the Undersecretary of State. In addition, he was Associate Prosecutor and Consultant to the Watergate Special Force.

**Robert Hutchings, United States**
Robert Hutchings is Assistant Dean of the Woodrow Wilson School at Princeton University, where he teaches international politics. He was Fellow and Director of International Studies at the Woodrow Wilson International Center for Scholars in Washington, DC. Hutchings also served as Director for European Affairs with the National Security Council and Special Advisor to the Secretary of State, with the rank of Ambassador. He was formerly Deputy Director of Radio Free Europe and on the faculty of the University of Virginia. His most recent books are *At the End of the American Century* and *American Diplomacy and the End of the Cold War*. In 1998, the President of Poland awarded Hutchings the Order of Merit of the Republic of Poland for his contributions to Polish freedom.

**Branka Kaselj, Croatia**
Branka Kaselj is the Executive Director of the Centre for Peace, Non-Violence and Human Rights in Osijek, Croatia. She has been with the Centre in various capacities since 1993 and is responsible for a wide range of programs and activities. The Centre's programs include the promotion and protection of human rights, education for peace and psycho-social development, and peace-building and community development to facilitate rebuilding trust. Kaselj has focused much of her work around providing support to community leaders and disseminating information about the projects with which she works.

**James LeMoyne, United States**
James LeMoyne is the Chief Political Advisor for the United Nations Development Program - Latin America. He has 20 years of experience working in Latin America and extensive knowledge of the peace processes in El Salvador, Nicaragua, and Guatemala. LeMoyne was the Bureau Chief of the *New York Times* based in El Salvador from 1983 to 1990. He has written for several publications, including *Foreign Affairs, The New York Times Magazine,* and *The New Republic.*

**Fermina López, Guatemala**
Biographical statement not available.

**Héctor Mauricio López Bonilla, Guatemala**
Héctor Mauricio López Bonilla is a retired Lieutenant Colonel of the Guatemalan Army. López Bonilla is a Political Consultant and Executive Vice President of Interimage Latinomericana, a firm offering political, communication and public relations services. Additionally, he writes a column for *Prensa Libre*, the largest newspaper in Guatemala, and serves as a professor at the Institute of Political Studies of Francisco Marroquin University. From 1988 to 1990 he was a member of the official Government delegation before the Human Rights Commission of the United Nations and acted as liaison between the Minister of Defense and the Office of UNHRC. Between 1993 and 1996 he acted as liaison between the Minister of Defense and the general command of the URHG.

**Wendy Luers, United States**
Wendy Luers is the founder and President of the Foundation for a Civil Society and has been decorated by the Foreign Minister of the Czech Republic and the President of Slovakia for the Foundation's contribution to civil society. Luers is also the founder and President of the Friends of Art and Preservation in Embassies. She has been a presidential appointee to the National Council on the Arts and Chair of the White House Fellows New York Regional Selection Panel. She serves on numerous non-profit boards in Central Europe and is a Director of the Pimco Central Europe Value Fund and Galaxie-TV, Prague. She was Director of Special Projects for Amnesty International - USA from 1975 to 1979 and for Human Rights Watch from 1987 to 1989. She has been a journalist with *Time*, a commentator for KQED-TV, and the Assistant Editor of San Francisco Magazine.

**Beatriz Manz, United States**
Beatriz Manz is a Professor of Anthropology at the University of California, Berkeley. From 1992 to 1997 she was Director of the Center for Latin American Studies at Berkeley. She has also taught at Wellesley College in Massachusetts and Wayne State University in Detroit. Manz has written extensively on the political and social situation in Guatemala and her publications include: *Refugees of a Hidden War: The Aftermath of Counterinsurgency in Guatemala* and *Repatriation and Reintegration: An Arduous Process in Guatemala*. Manz has been the recipient of grants from numerous foundations including the Institute on Global Conflict and Cooperation and the MacArthur Foundation.

**Ana Guadalupe Martinez, El Salvador**
Ana Guadalupe Martinez is president of the Institute for a New El Salvador (INESA). From 1973 to 1992 she was a member of the guerrilla movement. She was one of the founders of the Farabundo Marti National Liberation Front (FMLN) and since 1994 she has been a member of its national directorate. She was the former Vice President of the Legislative Assembly and a member of the peace negotiating commission that signed the 1992 peace accords. She has also been a consultant on issues of health.

**Roelf Meyer, South Africa**
Roelf Meyer is a United Democratic Movement Member of Parliament who has played a key role in South Africa's post-apartheid transition. He was elected to Parliament in 1979 and subsequently acted as Minister of Constitutional Development, Justice, Communication, and Provincial

international cooperation among Latin American, European Community and Nordic Governments as a result of his decade-long involvement with CADESCA (Action Committee of Support of the Social and Economic Development of Central America). He has been a Professor of Political Science in Guatemala and El Salvador and has lectured at a number of universities.

**Silvia Rueda de Uranga, Argentina**
Silvia Rueda de Uranga is President of the Conciencia Association in Argentina which focuses on civic education and the promotion of democratic ideals. She was previously Director of the Network Project and organized community seminars on negotiation, consensus project planning, and evaluation. Rueda de Uranga has been a board member of Rural Argentine Missions and designed a fundraising course manual for non-profit organizations and rural teachers. She has written *Education at the Crossroads* and *Interaction for a Project*.

**Lech Walesa, Poland**
Lech Walesa is a Nobel Laureate and former President of Poland. As leader of the nation's independent trade union, Walesa spearheaded the Solidarity movement, which brought Communist rule to an end in Poland during the 1980s. He was awarded the Nobel Peace Prize in 1983, and in 1990 Walesa became the first democratically-elected president, a position which he held until 1995. Walesa has been awarded honorary degrees from many universities, as well as the Medal of Freedom, the Award of Free World, and the European Award of Human Rights. He is currently head of the Lech Walesa Institute, which aims "to advance the ideals of democracy and free market reform throughout Eastern Europe and the rest of the world".

**Raquel Zelaya, Guatemala**
Raquel Zelaya is the Secretary of the Peace of the Republic of Guatemala and coordinator of the Commission of Accompaniment of the Peace Accords. She was a member of the Peace Commission and Executive Secretary of the Association of Investigation and Social Studies. She was also Minister of Public Finance and a member of the State Council as a representative of the womens' associations in Guatemala. She was a professor of economics at the School of Social Law at the University of Rafael Landivar. She has given various professional services to SIECA and worked for the Chamber of Commerce and Ministry of Public Finance in Guatemala.

RETURN TO TOP

U.S. Catholic Bishops - Social Development & World Peace

## Social Development and World Peace

Search          (GO)

December 4, 2001

Mr. Hasan Abdel Rahman
Chief Representative of the Palestinian Liberation Organization
and the Palestinian National Authority
1717 K Street, N.W., St. 407
Washington, D.C. 20036

Dear Mr. Rahman:

I feel certain that you will agree that the terrorist attacks against innocent Israeli civilians this weekend were "moral obscenities, which deserve universal condemnation." I enclose a copy of my remarks concerning these attacks made at the Cathedral of the Holy Cross in Boston last Sunday.

In a major statement this past June, the full body of bishops was clear about the heavy moral responsibility of the Palestinian Authority for stopping terrorism. They said: "Palestinian leaders must clearly renounce violence and terrorist acts against innocent civilians, take effective steps to stop them, and bring to justice those responsible." I reiterate now what I have said in the past – that the failure of the Palestinian Authority to control Palestinian violence is "intolerable." Much more must be done to stop the violence without further delay.

As dim as prospects for peace now seem, we remain convinced that peace between Israelis and Palestinians is possible. There is no alternative to standing up to those who are determined to thwart the peace process. As I have noted in a letter to the Israeli Ambassador, I fear that the nature of the Israeli government's military response will only strengthen the opponents of peace. The Palestinian Authority and the Government of Israel must find a way out of the current violence and resume serious peace negotiations based on respect for the legitimate rights and aspirations of both Israelis and Palestinians.

Assuring you of my prayers for a just and peaceful resolution of the Israeli-Palestinian conflict I am,

Sincerely yours,

Bernard Cardinal Law
Chairman, Committee on International Policy
U.S. Conference of Catholic Bishops

U.S. Catholic Bishops - Social Development & World Peace                          Page 2 of 2

enclosure

---

Office of Social Development & World Peace
United States Conference of Catholic Bishops
3211 4th Street, N.E., Washington, DC 20017-1194 (202) 541-3000

June 03, 2003 Copyright © by United States Conference of Catholic Bishops

< < < Date > > > | < < < Thread > > >

# Middle East Forum Involving Senior Israeli and Palestinian Government Officials

### by Peter Wirth

### 05 September 2001 13:05 UTC

For More Information Contact:                                        For Immediate Release
Peter Wirth 315-476-3396
pwirth@accucom.net

## Middle East Forum Involving Senior
## Israeli and Palestinian Government Officials

Tuesday, September 11 at 7:30 PM, the first public forum ever, in the United States before a live audience involving high-level government representatives of Israel and Palestine to discuss the Middle East conflict will take place at St. Alban's Episcopal Church (located on the grounds of the Washington National Cathedral), corner of Wisconsin Ave. NW and Massachusetts Ave.

Moshe Fox, current Minister of Public Affairs at the Embassy of Israel in Washington, DC, will present the Israeli perspective. Hasan Abdel Rahman, Chief Representative of the Palestinian Liberation Organization and the Palestinian National Authority, will present the Palestinian perspective.

Ambassador Walker, former U.S. Ambassador to Israel and Egypt and President of the Middle East Institute, will serve as moderator.

Questions - developed by an Interfaith Task Force comprised of Christians, Jews and Muslims from the Middle East Committee of the Episcopal Diocese of Washington's Commission on Peace and Ambassador Walker - will cover three general issues:

> * **Occupation and settlements**
> * **Violence and its underlying causes**
> * **Future status of Jerusalem**

The specific questions will not be shared with the participants in advance.

Format:

Case 1:00-cv-00105-L-DLM   Document 229-11   Filed 08/29/03   Page 37 of 57 PageID #: 18523

The format will follow the presidential debate format with each speaker given 5 minutes for opening comments followed by specific questions from the moderator and either a similar question posed to or a brief response from the other speaker.

Episcopal Bishop Allen Bartlett will give opening remarks at 7:30 PM, followed by prayers for peace from a minister, rabbi, and imam. The panel discussion will start just before 8:00 PM and will end at 9:30PM.

The event is sponsored by the Commission on Peace of the Episcopal Diocese of Washington, DC and co-sponsored by the Inter-religious Council of Northwest Washington and the United Religions Initiative of Greater Washington.

Biographical Material:

*Moshe Fox*: Current Minister of Public Affairs at the Israeli Embassy since August 2000. Born in Haifa in 1948, Mr. Fox is an historian and archivist by training and a career diplomat.

Mr. Fox joined the Israeli Foreign Ministry after graduating from Hebrew University. In 1977 he was assigned to the Information Division of the Foreign Ministry and two years later worked for the late Moshe Dayan and Yitzhak Shamir. From 1981 to 1984 he served in the Israeli embassy in Washington until when he returned to Israel to serve as assistant director of the World Jewish Affairs Division. In 1987 he returned to this country as Consul of Information. Upon his return to Israel in 1991, he served in a variety of positions: Deputy Director of the North American Division; Senior Member of the policy planning staff, and finally, Director of the North American Division until taking up his current position.

*Hasan Abdel Rahman*: Chief Representative of the Palestinian Liberation Organization and the Palestinian National Authority since 1994.

From 1974 to 1982, Mr. Rahman served as Deputy Permanent Representative of the PLO to the United Nations. From 1982 to 1988, he served as Director of the Palestinian Information Office in Washington, DC and from 1988 to 1992, he was Director of the Palestinian Affairs Center.

From 1992 to 1993, Mr. Rahman served as Chief of the Palestinian Mission to Canada and also served as Senior Political Advisor to the Palestinian Delegation to the Madrid Peace Conference between October 1991 and September 1993.

He is fluent in Arabic, English, Spanish and Portugese. He has a BA in Political Science from Catholic University of Puerto Rico, a MA in Public Administration from the University of Puerto Rico and was a doctoral candidate for two years in Comparative Politics at City University of New York.

*Edward Walker*: CEO and President of The Middle East Institute since May, 2000. Prior to

Case 1:00-cv-00105-L-DLM    Document 229-11    Filed 08/29/03    Page 38 of 57 PageID
#: 13524
Middle East Forum Involving Senior Israeli and Palestinian Government ()              Page 3 of 3

this, he was Assistant Secretary of State for Near Eastern Affairs for the US State Department.   A career service officer for 35 Years, Mr. Walker was Ambassador to Israel from 1997 to 1999 and
Ambassador to the Arab Republic of Egypt from 1994 to 97. In the course of his career he has had tours of service in Israel, Syria, Lebanon, Tunisia and Egypt. His DC assignments amongst others included two years as Special Assistant for the Middle East Peace Negotiations from 1979 to 81.

The event is open to the public. Members of the press will be given reserved seats if they call by no later than September 11th at noon. Reporters sitting in the reserved seating section will be given access to the speakers following the event. Please contact: **The Commission on Peace** at 202-537-6546 and leave your name and your news organization's name.

- 30 -

Peter Wirth
GW Associates
702 S. Beech
Syracuse, NY 13210
315-476-3396
603-590-8273 Fax
pwirth@accucom.net
http://come.to/public.interest.media

---

<<< Date >>> | <<< Thread >>> | Home

---

FOCUS - 1 of 2 DOCUMENTS

Copyright 2002 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** Eyewitness News

April 11, 2002, Thursday AM

**NETWORK:** KYW-TV

**MEDIUM:** Television

**TYPE:** Television

**LENGTH:** 97 words

**BODY:**
START: 35.54

Teased Segment - Middle East violence. Partial pullout by Israeli forces from
West Bank.
Graphic - Palestinian and Israeli flags.
Visual - Israeli military activity.
Visual - Ariel Sharon touring Army camp.
Visual - Secretary of State Colin Powell, will meet Yasser Arafat.
Visual - LaSalle Univ forum on the Middle East last night.
Interview - Giora Becher, Israeli consul general, says aim of operation is
terrorists.
Interview - Marwani **Jilani**, Palestinian diplomat, says situation calls for
international intervention.
END: 37.11

**SEGMENT-ID:** 34

**PROGRAM-ID:** kyw05000411

**LOAD-DATE:** May 21, 2002

FOCUS - 2 of 2 DOCUMENTS

Copyright 2001 Video Monitoring Services of America, L.P.
Video Monitoring Services of America

**SHOW:** Channel 11 News at 10

October 12, 2001, Friday PM (ET)

**NETWORK:** WPIX-TV

**MEDIUM:** Television

**TYPE:** Television

**LENGTH:** 95 words

**BODY:**
START: 22.55
Mideast. Even though the Bush administration supports a Palestinian state, there is still a lot of anti-American hatred among Palestinians.
Press Conference - Bush says he supports a Palestinian state as long as Israel is recognized also.
Interview - Malcolm Hoelein, Major American Jewish Org. says we shouldn't support terrorism.
Visual - Arafat.
Visual - Palestinian Mission in Manhattan.
Interview - Marwan **Jilani**, Palestinian Deputy Ambassador says he was happy that Bush supports a Palestinian state. Pauline Liu Reporting.
END: 24.45

**SEGMENT-ID:** 18

**PROGRAM-ID:** wpix22001012

**LOAD-DATE:** November 17, 2001

# AFFIDAVIT OF
# MICHAEL BILOW

Now comes Michael Bilow under oath and states as follows:

1.     My professional background is that I am co-founder, and, since its founding in 2000, Chief Engineer of Registration Technologies, Inc., an Internet domain registrar accredited by the Internet Corporation for Assigned Name and Numbers ("ICANN").  I have also been an independent computer consultant since 1977, with a number of Internet Service Providers ("ISPs") as clients.

2.     At the request of Plaintiffs in this matter, I conducted an investigation as to the Palestine Monetary Authority web site, www.pma-palestine.org.

3.     A web site "host" computer stores the text, image, and other files which make up the web site.  When the maintainer of a web site wishes to change the contents of their web site, they do so by modifying these files stored on the host computer.  When a user of a web browser program wishes to view the web site, they do so by requesting copies of the files to be sent to them from the web site host computer over the Internet.

4.     I was asked to determine the physical geographical location of the web server which "hosts" the web site WWW.PMA-PALESTINE.ORG.  Two methods were used to answer this question, both of which produced results in agreement.

5.     Each Internet domain address, such as WWW.PMA-PALESTINE.ORG, must be translated to a numeric address called an Internet Protocol address ("IP address") in order to be reached on the physical network of computers which comprises the Internet.  Each IP address uniquely identifies a particular computer (or closely cooperating set of computers) somewhere in the world.

6.     When an Internet domain, such as PMA-PALESTINE.ORG, is registered, the registrant designates "name server" computers which are responsible for performing the translation of domain addresses to IP addresses for that domain and for "sub-domains" based upon it such as WWW.PMA-PALESTINE.ORG.

7.     A user of a web browser program who wishes to view a particular web site at a particular domain address, such as WWW.PMA-PALESTINE.ORG, will cause their web browser, first, to determine the addresses of the designated name servers for the domain and, second, to ask these designated name servers for the IP address of the computer which "hosts" the web site.  Although this process usually happens automatically for the user, it is possible to trace the process manually.

8.     In the case of PMA-PALESTINE.ORG, the designated authoritative name servers are NS1.ONWX.COM and NS2.ONWX.COM, according to Network Solutions, Inc., of Virginia, who is the registrar for this domain.

9.     Asking either of these two authoritative name servers produces the result that the IP address of WWW.PMA-PALESTINE.ORG is 64.246.58.108.

10.     The first method used to determine the location of the computer which hosts this IP address, and therefore this web site, was to look up the responsible organization to whom this IP address is allocated by the American Registry of Internet Numbers ("ARIN"). For reasons of technical efficiency, blocks of contiguously numbered IP addresses are allocated to the same organization and used by them in a limited number of locations. According to ARIN, all IP addresses between 64.246.0.0 and 64.246.63.255, a block which includes the IP address in question, are allocated to "Everyones Internet, Inc., 2600 Southwest Frwy., Suite 500, Houston, TX 77098," in the United States. See attached.

11.     Everyone's Internet states on its own web site -- http://www.ev1.net/english/about/aboutnew.asp -- it is in the business of, among other things, providing hosting services for web sites and web servers at its Houston facility: "Today, we've become the largest independent ISP in the United States with over 300,000 users on our service and are on solid financial ground turning profits every month. EV1 also owns one of the largest dedicated hosting firms in the United States, Rackshack.net."

12.     The second method used to determine the location of the computer which hosts the web site WWW.PMA-PALESTINE.ORG was to perform a "traceroute" to the host computer, compiling a list of intermediate routers along the path and using the reported information to determine their respective locations, which by convention are often coded into their hostnames by the telecommunications companies which operate them.

13.     Beginning from our own site at INTAP.NET in Providence, RI, the traceroute result was:

```
traceroute to www.pma-palestine.org (64.246.58.108), 30 hops max, 38 byte packets
 1  gw.intap.net (207.51.72.101)  0.949 ms  0.748 ms  0.704 ms
 2  209.19.31.1 (209.19.31.1)  8.451 ms  8.947 ms  8.629 ms
 3  a5-1-135.border1.eqx.iad.transedge.com (216.217.3.162)  17.493 ms  14.939 ms
16.293 ms
 4  WASHDC5LCE1.3.0.wcg.net (206.223.115.83)  15.998 ms  14.710 ms  15.993 ms
 5  hrndva1wcx3-oc48.wcg.net (64.200.95.117)  53.076 ms  52.896 ms  52.848 ms
 6  drvlga1wcx2-pos4-0.wcg.net (64.200.232.125)  54.951 ms  55.313 ms  54.028 ms
 7  drvlga1wcx1-oc48.wcg.net (64.200.127.49)  52.941 ms  52.933 ms  52.817 ms
 8  dllstx1wcx3-oc48.wcg.net (64.200.240.21)  53.443 ms  55.146 ms  54.001 ms
 9  dllstx1wcx2-pos9-0.wcg.net (64.200.110.129)  53.396 ms  53.292 ms  52.804 ms
10  hstntx1wce2-pos4-0.wcg.net (64.200.240.74)  54.356 ms  56.468 ms  56.422 ms
11  hstntx1wce2-everyonesinternet-gige.wcg.net (65.77.93.54)  57.296 ms  53.378 ms
62.416 ms
12  207.218.223.51 (207.218.223.51)  54.115 ms  51.965 ms  54.422 ms
13  rs-64-246-58-108.ev1.net (64.246.58.108)  57.393 ms  60.149 ms  66.482 ms
```

14.    The above traceroute shows a path through Washington, DC ("WASHDC…"), Herndon, VA ("hrndva…"), Georgia ("drvlga…"), Dallas, TX ("dllstx…"), and finally to Houston, TX ("hstntx…") where Everyone's Internet is physically located. The IP address in question, 64.246.58.108, appears to be a computer operated by Everyone's Internet with a host name "rs-64-246-58-108.ev1.net" and which is used as a web server to host a number of web sites including WWW.PMA-PALESTINE.ORG.

15.    Both the ARIN record for the IP address of the computer which hosts the WWW.PMA-PALESTINE.ORG web site and the traceroute to that same computer are consistent with the location of that computer in Houston, Texas.

16.    In other words, in non-technical terms, the computer files that collectively constitute the web site of the Palestine Monetary Authority are installed in a computer physically located in Houston, Texas. Whenever the Palestine Monetary Authority updates, removes, or otherwise changes its web site, it is in actuality manipulating files on said computer in Texas.

17.    Likewise, whenever other persons view the web site of the Palestine Monetary Authority they are in fact accessing the files that the Palestine Monetary Authority has installed on said computer in Houston, Texas.


_____
Michael Bilow

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE


Subscribed and affirmed to before me on the 29th day of August, 2003 under the pains and penalties of perjury.

_____
NOTARY PUBLIC

My Commission Expires: 5/16/04

Case 1:00-cv-00105-L-DLM    Document 229-11    Filed 08/29/03    Page 46 of 57 PageID
#: 13532
Output from ARIN WHOIS                                                              Page 1 of 1

# Output from ARIN WHOIS

---

ARIN Home Page     ARIN Site Map     ARIN WHOIS Help     Tutorial on Querying ARIN's WHOIS

---

Search for :                        [ Submit Query ]

---

## Search results for: 64.246.58.108

```
OrgName:    Everyones Internet, Inc.
OrgID:      EVRY
Address:    2600 Southwest Frwy., Suite 500
City:       Houston
StateProv:  TX
PostalCode: 77098
Country:    US

NetRange:   64.246.0.0 - 64.246.63.255
CIDR:       64.246.0.0/18
NetName:    EVRY-BLK-9
NetHandle:  NET-64-246-0-0-1
Parent:     NET-64-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.EV1.NET
NameServer: NS2.EV1.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-10-05
Updated:    2003-03-31

TechHandle: RW172-ARIN
TechName:   Williams, Randy
TechPhone:  +1-713-400-5400
TechEmail:  admin@ev1.net

OrgTechHandle: RW172-ARIN
OrgTechName:   Williams, Randy
OrgTechPhone:  +1-713-400-5400
OrgTechEmail:  admin@ev1.net

# ARIN WHOIS database, last updated 2003-08-28 19:15
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

*If contact information is out of date or incorrect, please contact* hostmaster@arin.net. *Include all relevant information in your e-mail and ARIN will investigate the matter.*





PBS Home    Search    Programs A-Z    TV Schedules    Shop    Station Finder

# ONLINE FOCUS



# PARTNERSHIP ENDING?

## MARCH 24, 1997

### *TRANSCRIPT*

---

*The news from Israel over the past two weeks has been more reminiscent of the pre-peace accord days of the early nineties than what has been the norm of late. Palestinians are throwing rocks at Israeli soldiers, the soldiers reply with tear gas, suicide bombers in Tel Aviv and a chill in relations between Israel and Jordan. For more on this story, Margaret Warner talks to an Israeli diplomat and a Palestinian representative in Washington following a backgrounder.*

MARGARET WARNER: It has been a violent weekend in the Middle East. On Friday a suicide bomber set up a blast in a crowded Tel Aviv cafe, killing himself and three Israelis and wounding dozens of others. It was the kind of attack not seen in Israel for nearly a year. The Islamic group, Hamas, claimed responsibility. Throughout the weekend and again today hundreds of Palestinian demonstrators clashed with Israeli troops. In some places Palestinian police tried to help quell the demonstrations but with little success. Israeli Prime Minister Benjamin Netanyahu put the blame for Friday's suicide bombing and the subsequent unrest squarely on the shoulders of Yasser Arafat's Palestinian Authority.



BENJAMIN NETANYAHU, Prime Minister, Israel:



Every time there's an impasse or the Palestinians have a grievance against us, they send terrorists -- in this case they were sent with a green light from the Palestinian Authority on what we have absolute information--and they blow up our people. That is not a peace process.

MARGARET WARNER: Specifically, Israeli officials fault Arafat for releasing known Islamic extremists from Palestinian jails, and they say he has quietly encouraged them to commit violent acts. Arafat publicly condemned

A RealAudio version of <u>this</u> NewsHour segment is available.

**Related NewsHour Stories**

*March 4, 1997:*
Charles Krause talks about the unravelling middle-east development with <u>Hanan Ashrawi</u>, a senior Arafat advisor.

*February 13, 1997:*
Charles Krause discusses the meeting between Clinton and Netanyahu with <u>Dore Gold</u>, foreign policy aide to Netanyahu.

*January 15, 1997:*
Jim Lehrer leads a discussion of the Hebron deal.

*December 18, 1996:*
<u>Henry Kissinger</u> and <u>Zbigniew Brzezinski</u> debate a letter sent by eight former U.S. foreign policy chiefs to Israel criticizing settlements in the West Bank. -

them to commit violent acts. Arafat publicly condemned Friday's suicide bombing. And he and his lieutenant denied doing anything to encourage the violence. The Palestinians blame the unrest on Netanyahu's decision to launch a new Jewish housing project in Arab East Jerusalem. Ground-breaking for the project began last week.

**October 15, 1996:**
**Warren Christopher discusses the state of the peace process.**
*October 2, 1996:*
**A NewsHour interview with U.S. Ambassador to Israel Martin Indyk.**
*October 1, 1996:*
**A NewHour look at the emergency White House Peace Summit between Netanyahu and Arafat.**
*May 31, 1996:*
**Israeli Election Forum : Reporting from Jerusalem, the NewsHour's Charles Krause answered your questions about Netanyahu's victory.**
*May 23, 1996:*
**Seeing the Future : a look at the Israeli elections.**
**Browse the NewsHour's coverage of the Middle-East.**



HANAN ASHRAWI, Palestinian National Authority: I stand before you wracked by the knowledge that the Palestinian-Israeli peace process is in serious jeopardy; that violence is unleashed on our world claiming the lives of innocents on both sides; that the extremism of the Israeli government is feeding extremist elements among us.

MARGARET WARNER: The development, called the Har Homa by the Israelis and Jabal Abu Gheneim by the Arabs, will ultimately house some 30,000 Jewish residents. The Israeli decision stirred outrage among Palestinians when it was announced in late February. Since that time the Israeli-Palestinian peace process has suffered several setbacks. President Clinton expressed dismay over Israel's plans during a visit to Washington early this month by Palestinian Leader Arafat.





PRESIDENT CLINTON: I would prefer the decision not have been made because I don't think it builds confidence. I think it builds mistrust, and I wish that it had not been made.

MARGARET WARNER: Prime Minister Netanyahu refused to reconsider. He responded to Clinton's criticism on March 5th by ordering the closing of four Palestinian offices in East Jerusalem. In turn, on March 9th, Arafat rejected Israel's offer to withdraw from an additional 9 percent of the West Bank, saying it was too small. Palestinian authorities refuse to take charge of the territory. Heightened tensions prompted Jordan's King Hussein to rebuke Netanyahu in an angry and anguished personal letter which was leaked to the press on March 11th. The king's letter accused the Israeli prime minister of "continued deliberate humiliation of your so-called Palestinian partners" and warned of an abyss of bloodshed and disaster ahead. "How could I work with you as a partner and true friend," the king wrote, "when I sense an intent to destroy all I worked to build." Netanyahu responded with a letter of his own, saying he was baffled by the personal level of Hussein's attacks against him and urging the Jordanian king not to automatically adopt the Palestinian position. Then on March 13th, there was bloodshed. A Jordanian soldier fired on a group of Israeli schoolgirls touring a scenic border outpost called the Island of Peace. Seven girls ages 12 and 13 were killed. Six more were wounded. There was one attempt at reconciliation in the days after the slain schoolgirls were buried. King Hussein, accompanied by Netanyahu, made emotional visits to the homes of all the victims' families. But in the days since





visits to the homes of all the victims' families. But in the days since then there's been little evidence of reconciliation anywhere in the region.

MARGARET WARNER: Now the Israeli and Palestinian perspectives on all this. They come from Shlomo Gur, the deputy chief of mission at the Israeli embassy, and Khalil Foutah, the deputy chief representative of the Palestinian Liberation Organization in Washington. Welcome, gentlemen. Mr. Gur, starting with you, the reports from the regions say that your government is calling for a crackdown on the Islamic militants. What specifically do you want Yasser Arafat to do now?

SHLOMO GUR, Israeli Embassy: We made it clear that actually for him to stand up to his commitment to fight terrorism, as we agreed upon in the Declaration of Principle that was signed in 1993. Actually, one thing has to be clear; that terror and peace are incompatible. Once they took a decision, strategic decision, to embark on the path of peace, you have to pursue your goal next to the negotiating table. And you cannot resort neither to violence nor to terror. And to your question, we want very specific things: One is to increase the cooperation between the Palestinian security authorities and the Israeli security authorities. And actually, as you reported in your presentation earlier, Mohammed Anan, the head of the security in Gaza said he is not going to do that. The other thing that we have asked is to arrest, or to locate, to arrest, and prosecute terrorists.



MARGARET WARNER: Are you--are you asking for the re-arrest of this more than 100 Islamic extremists, or your government, that were in jail that Arafat has released?



SHLOMO GUR: What we are asking is that anyone who is involved in terror would be arrested and prosecuted. Everyone, every organization that we've engaged in terror has to be cracked down. That's why we are asking that an additional demand is to crack down on the terrorist organization and its infrastructure and to stop the policy of revolving doors, meaning to arrest somebody and the next day to release them because that is being understood by them as that famous green light that we were talking about, because if there's a meeting between Arafat and the terrorist organization, that took place on the 9th of March in Gaza, they understood, the terrorists understood that terrorism would be tolerated, and if that happens, and the next move is to release thousands of--of Palestinians, and of people who engaged in terrorism, and one of them, if you want, came out and immediately so that the only way to achieve the goal is by Jihad, is by killing Israelis wherever they live, whether it is in Tel Aviv--that was before they attacked--or in Latin America. And it was not accidental that he used Latin America, because that was exactly five years to the terrorist attack on our embassy in Buenos Aires.

MARGARET WARNER: All right. Are these demands or proposals or requests something that the Palestinian Authority can meet?

KHALIL FOUTAH, Palestine Liberation Organization: Let me just say in answering your question and the comments that has been said, we are partners in peace, first of all, the two sides. Our relation with the Israelis, it's not relation on the security issues only. It's--it has economic, political, security issues. We are partners in peace. We are trying to achieve a comprehensive peace from settlement for the Arab-Israeli conflict. And I want to state here the opposition of the Palestinian National Authority under



Case 1:00-cv-00105-L-DLM    Document 229-11    Filed 08/29/03    Page 51 of 57 PageID #: 13537

state here the opposition of the Palestinian National Authority under President Arafat, that we are still committed to that peace process. And we condemn terrorism. We've condemned what happened in Tel Aviv, and terrorism is not our policy. And it's not going to be our policy at all because we already choose the path of peace. And--

MARGARET WARNER: Do you think they're asking for the wrong thing?

KHALIL FOUTAH: Regarding what they're asking for, okay, regarding what they're asking for, we have also demands, so we are partners, and the peace process can't really go and succeed on one leg. It has to have two legs to move forward. And we ask also the Israeli government to refrain from taking unilateral decisions regarding very sensitive issues like the issue of Jerusalem and the settlement activities because this is--this is what caused the whole violent situation that we witness right now.

MARGARET WARNER: All right. I want to get to that issue. But are you saying that until Prime Minister Netanyahu agrees to say postpone that development, you're not ready to respond to the demands about terror?

KHALIL FOUTAH: I'm saying that security is two-way street. It's not one-way street. Security for the Palestinians and for Israelis and the whole peace process in danger, what's going on right now is very dangerous and it could derail the whole peace process. This is not our objective. We want this peace process to succeed, and we want the Israelis to be partners with us, but they have to reconsider their decisions and to try to re-evaluate the whole situation.

MARGARET WARNER: And otherwise--

KHALIL FOUTAH: They tried before. They tried before, and we tried before. Violence is not going to make any result and this is--we know it. We know it. We are in this peace process for good, and hopefully it will succeed after we review this current situation.

MARGARET WARNER: All right. Let's look at the other leg of this, which is this housing development. Why is the Israeli government--explain to people who don't follow this every day why the Israeli government is so determined to go ahead with this development.

SHLOMO GUR: Let me say one thing regarding what Khalil just said, and I fully agree with him. The process stands on two legs, and therefore, we have to sit and negotiate all the issues on the table, but the only way, the only way to resolve those problems is at the negotiating table, not in the street, and definitely by not terror. And as long as terror is being even considered as an option, there's no way that the peace process will be successful, because, as Khalil knows very well, and we've been--we've gone together a long way--this peace process has its ups and its downs. And we had high points and low points, and at  the low point, it's only when we sat and tried really to find very creative ways to come out of problems and creative ways to find solutions to the existing problems, that we were able to move forward.

MARGARET WARNER: All right.

SHLOMO GUR: But never, never to resort to violence because once you resort to violence, the process will--is deteriorating.

MARGARET WARNER: All right. But you're both agreeing violence is terrible, yet it's occurring, so let me just ask you now, for instance, about this development and just explain why is it so important for the Israeli government to go ahead for it.

SHLOMO GUR: I think one thing has to be clear; that the question of Jerusalem was left, and intentionally so because it's one of the hottest problems, to the final status negotiation. Nowhere in the agreement it says that until then the city will freeze and choke and there will be impossible to enable the people of Jerusalem to live and to develop. And that's exactly what happened. There is building in Jerusalem for Jews and for Arabs, and it will continue to be so until there will be a solution. It does not preempt any result of the negotiations. We have a very firm and a clear position on Jerusalem. And I know the Palestinians have a very clear position on Jerusalem. And that will be resolved at the negotiating table at the final status negotiations. Until then the city has to live. It will continue to live, and building in Jerusalem does not contradict the agreement, and, therefore, any arguments, any discussions with regard to that, will be found in solutions at the negotiating table, and once again, not in terror. And let me remind once again one important issue because now the reason for terror is being alleged to be the construction in the Har Homa. Exactly a year ago--and it's exactly a year ago that we had this terrible wave of terrorism--there was no the Har Homa at that time. There was no--there was no building in anywhere in Jerusalem or elsewhere. So the--the resort is to terrorism, has to be totally--totally abandoned.

KHALIL FOUTAH: Let me just, again, confirm here that tourism is not our policy, and we don't condone it. We condemn all kinds of terrorism. Okay. We are committed to the peace process. Jerusalem is--is supposed to be the final negotiation issue to discuss, and let me just also state here about the agreement. The agreement says in the Declaration of Principle, neither party should do any--create new facts on the ground that could preempt or abridge the results of the final status negotiations, which is Jerusalem and the settlement and the border and the security issues. So it is really very clear. This is not our reading of the agreement. Our agreement of the agreement, Jerusalem should be for the final status negotiations. It is covered under the 242, the United Nations Resolution 242 and 338, and we should discuss it when we start talking about the final status negotiation. And we have our claim on Jerusalem. We have their claim. We'll settle it on the negotiating table peacefully.

MARGARET WARNER: All right. The administration here is talking about perhaps sending special Mideast negotiator Dennis Ross back. My question is, very briefly, what does he have to work with? I mean, if the United States gets re-involved right at this stage, what can the United States do?

SHLOMO GUR: The United States played a very important role, and I think we both appreciate the role. I think what they have to do now is (a) to ensure that terrorism will cease completely and forever, and that 100 percent of the effort will be taken in order to eradicate it, and once that is being done to move forward with the many issues that we have on the table, the outstanding issues of the interim agreement and the results of the final status negotiations.

MARGARET WARNER: What do you think that the United States can do?

KHALIL FOUTAH: I think the United States should take a bigger role in this. This is

Online NewsHour: Israel-Palestine Peace Accord - March 4, 1997

very serious, what's going on right now. It could derail the whole peace process, and they should really send somebody, a special envoy there, and try to get the parties to the negotiating table, and to ask the Israelis to reconsider their policies regarding their settlement policy and Jerusalem.

MARGARET WARNER: All right, gentlemen. We'll have to leave it there. Thank you both very much.



        

SEARCH   PAST PROGRAMS   ESSAYS & DIALOGUES   SHIELDS & GIGOT   LETTERS   REAL AUDIO   OFF CAMERA   FORUM   HOME

|Search|Past Programs|Essays & Dialogues|Shields & Gigot|
|Letters|RealAudio|Off Camera|Forums|Home|PBS Online|

Palestine Monetary Authority - PMA



**Welcome to the Official Website**

# PALESTINE MONETARY AUTHORITY

**Accomplishments**

- Establishment
- Objectives
- Functions
- PMA's Regulatory Framework
- Press Releases
- Annual Report
- Statistical Bulletin
- Accomplishments
- Laws & Regulations
- Banking Environment
- Banks In Palestine
- Activities
- Balance of payments

## Establishment

The Palestinian leadership realized the immense importance of establishing a **Monetary Authority** responsible for regulating and supervising banking activities, while simultaneously establishing a safe and sound banking system that operates effectively and contributes in supporting of restructuring efforts in addition to establishment of an advanced Palestinian economy based on both private and public sectors.

The establishment of the PMA was based on **H.E President Yaser Arafat's** decision number 184 on 1/12/1994 which included the establishment of the PMA, assignment of **Dr. Amin Mohammed Haddad** as acting Governor and exerting all efforts to make the PMA functional.

## General Objective:

The Objective of the PMA is to secure the stability of the banking and monetary system and encourage economic growth in Palestine in accordance with general policy of the PNA.

**PMA Objectives:**

1. Regulating and managing the currency.
2. Holding and managing the PNA's gold and foreign currency reserves.
3. Consolidating and regulating the quantity and cost of credit in accordance with the requirements and necessities of the Palestinian economy.
4. Maintaining an efficient and developed banking system.



**Welcome to the Official Website**

# PALESTINE MONETARY AUTHORITY

## PMA Establishment Decision

## Decision number (184) for 1994

**The President**

**Executive Committee of the Palestine Liberation Organization**

**The Chairman, Palestinian National Authority**

Based on the powers invested in US, and based on public interests,

Decides the following:

1. **Establishing the Palestine Monetary Authority**
2. **Assigning Dr. Amin Mohammed Haddad as the General Director of the Palestine Monetary Authority (Deputy Minister)**
3. **The decision shall be effective as of the date below.**

Gaza: December 1, 1994

## Yasir Arafat

## President Executive Committee of the PLO

## Chairman, PNA



Welcome to the Official Website

# PALESTINE MONETARY AUTHORITY

## Functions

The Monetary Authority aims at securing soundness of banking work, maintaining monetary stability and encouraging economic growth in Palestine in line with the general policies of the National Authority, To realize these objectives it shall perform the following, in accordance with the provisions of the law:

1. Exercise the privilege of issuing the national currency and coins in due course, in accordance with the terms and conditions to be determined by the law relative to the issuing of currency and securing the cash reserve necessary.
2. Organize banking activities, issue and cancel licenses of banks, control and supervise them, and impose penalties on them.
3. Prepare, organize and publish the balance of payments.
4. Provide cash flow to the banks within the legally established limits.
5. Work out, organize and implement monetary and credit policies as well as the policies of dealing in foreign currencies, in accordance with the provisions of the Currency and Credit law.
6. Keep and manage the National Authority reserve of gold and foreign currencies.
7. Render financial and economic advice to the National Authority, carry out economic and monetary analyses on regular basis and publish the results.
8. Serve as financial agent to the National Authority and Palestinian public institutions inside and outside Palestine.
9. Work out and implement the regulations, decisions and instructions which guarantee maintenance of an effective, secure and sound banking system.
10. Organize credit quantity, quality and cost in order to respond to the requirements of economic growth and monetary stability, in accordance with the provisions of the Currency and Credit Law.
11. Work as a bank for the licensed banks, specialized lending institutions and finance companies and control them in a way that guarantees soundness of their financial standing and protection of depositors' rights.
12. Organize activity of the exchange profession, finance companies, development and investment funds, as well as issue relevant licenses, and control and supervise them.

**Navigation menu:**
- Establishment
- Objectives
- Functions
- PMA's Regulatory Framework
- Press Releases
- Annual Report
- Statistical Bulletin
- Accomplishments
- Laws & Regulations
- Banking Environment
- Banks In Palestine
- Balance of payments
- Activities
- Main Page