UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ORDER

Plaintiffs' Motion to Exceed Page Limitation Concerning Plaintiffs' Reply (and Exhibits) to Defendants' Objection to Plaintiffs' Motion for Default Judgment Pursuant to Fed.R.Civ.P.55(b)(2) is hereby granted. The clerk shall accept Plaintiffs' attached Reply Memorandum and Exhibits.

SO ORDERED.

_____
Magistrate Judge David L. Martin
United States District Court

PRESENTED BY:

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

RECEIVED

AUG 2 9 2003

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND