UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                                                         No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ERRATA SHEET

**For Plaintiffs' Reply Memorandum In Further Support Of Their Motion For Judgment By Default Pursuant To Fed.R.Civ.P. 55(B)(2) Against Defendants The Palestinian Authority And The Palestine Liberation Organization**

The following paragraph was inadvertently omitted from footnote 7 of plaintiffs' Reply Memorandum:

In any case, defendants' implied argument, i.e., that these news interviews misidentify Mr. Rahman as a PA representative, collapses in the face of plaintiffs' Exhibit BB, which (as explained in the Affidavit of David J. Strachman, Exhibit Z) contains relevant excerpts from the transcripts of published interviews with Mr. Rahman that demonstrate that Mr. Rahman has been so identified in several dozen such interviews over the past several years. It strains credulity far past the breaking point to suppose that Mr. Rahman was "misidentified" dozens of times. The true explanation is that Mr. Rahman was repeatedly identified by these interviewers as a PA representative, because that is exactly how he represented himself to them.



Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

### CERTIFICATION

I hereby certify that on the 2nd day of September, 2003 I mailed and faxed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(Fax 212-979-1583)

Deming E. Sherman
Annemarie Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(Fax 401-276-6611)