UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

**PALESTINIAN DEFENDANTS'**
**MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Reply Memorandum in Support of their Rule 12(b)(1) motion.

A Memorandum is filed herewith.

Dated: September 12, 2003

                                                                                                                            */s/ Lawrence W. Schilling*
Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2003, a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Exhibits was faxed and mailed to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)
_____)

## MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the five-page limit for exhibits to their Reply Memorandum in Support of their Rule 12(b)(1) motion.

Defendants move to attach as an exhibit the following article (which has 30 pages) to their Reply Memorandum:

John Quigley, MAKING PEACE AGREEMENTS WORK: THE IMPLEMENTATION AND ENFORCEMENT OF PEACE AGREEMENTS BETWEEN SOVEREIGNS AND INTERMEDIATE SOVEREIGNS: ARTICLE: The Israel-PLO Interim Agreements: Are They Treaties?, 30 Cornell Int'l L.J. 717 (1997).

This exhibit is an integral part of the argument advanced by the defendants and needs to be submitted to fully present defendants' position.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: September 12, 2003

                                               Ramsey Clark
                                               Lawrence W. Schilling
                                               36 East 12th Street
                                               New York, NY 10003