UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
            v.                       )    C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
_____)

FILED SEP 15 2003

## PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the five-page limit for exhibits to their Reply Memorandum in Support of their Rule 12(b)(1) motion.

A Memorandum is filed herewith.

Dated: September 12, 2003

Granted:
Ronald R. Lagueux
Sr. USDJ 9/22/03

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



- 1 -