# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CLERK'S MINUTES**

**CASE NUMBER:** CA00-0105T  **DATE:** October 1, 2003

**TITLE OF CASE: Efrat Ungar v. PLO**

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK:   James E. Webb

COURT REPORTER:   Angela Gallogly

---

Plaintiff motion for default judgment against defendant HAMAS

Pla's Attorney   David Strachman

Dft's attorney   none

counsel will submit additional brief to judge regarding judgment and pre judgement issues.