UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                       C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY

For the reasons presented in the accompanying Memorandum in support of this Motion, plaintiffs hereby move for leave to file the attached Surreply in Further Opposition to Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 14th day of October, 2003 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(via fax 212-979-1583)