UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.    C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION
(Surreply and Exhibit)

Now come the plaintiffs and hereby move to exceed the page limitation on briefs and exhibits. Plaintiffs move to file the attached Surreply in Further Opposition to Defendants' Rule 12(b)(1) Motion to Dismiss the Amended Complaint and Supplemental Declaration of Professor E. Morgan as an exhibit.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the __14__ day of October, 2003 I faxed and mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)

Deming E. Sherman, Esquire
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

*Donna R. Cullen*   (241)

Granted: Ronald R. Lagueux
Sr. USDJ 10/15/03