# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CLERK'S MINUTES**

**CASE NUMBER:** CA 00-0105l          **DATE:** October 16, 2003

**TITLE OF CASE:** EFRAT UNGAR V. P.L.O.

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK:    James E. Webb

COURT REPORTER:    Anne Clayton

---

Hearing held re: Defendant's motion to dismiss

Atty. for Plaintiff  David J. Strachman

Atty for Defendants:  Ramsey Clark
                     Lawrence W. Schilling
                     Annemarie M. Carney

Atty. Clark argues for Deft motion.
Plat atty. argues re: objection dismiss

matter taken under advisement