UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

### PALESTINIAN DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SURREPLY IN FURTHER SUPPORT OF DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants The Palestinian Authority and The PLO respectfully move for an Order granting them leave to file the attached proposed Response to Plaintiffs' Surreply which was filed on or about October 14, 2003.

A Memorandum is filed herewith.

October 28, 2003

_Deming E. Sherman_
Deming E. Sherman (#1138)
Annemarie M. Carney (#6380)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO



Granted:
_Ronald R. Lagueux_
Sr. USDJ 10/30/03



247