UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                                C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' NEW ARGUMENTS IN SUPPORT OF THEIR RULE 12(b)(1) MOTION**

For the reasons presented in the accompanying Memorandum in support of this Motion, plaintiffs hereby move for leave to file the attached Reply to Defendants' New Arguments in Support of Their Rule 12(b)(1) Motion to Dismiss the Amended Complaint.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the ___17th___ day of November, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003



Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

*[signature: Donna R. Cullinan]*

T:\MISCELLANEOUS\Ungar\motions\Motion for Reply to D's New Arguments Re Rule 12(b)(1) Motion 11-14-03.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' NEW ARGUMENTS IN SUPPORT OF THEIR RULE 12(b)(1) MOTION

While plaintiffs are loathe to burden the Court with further pleadings, the PA and PLO have filed a "Response to Plaintiffs' Surreply in Further Support of Defendants' Rule 12(b)(1) Motion to Dismiss" containing two _entirely new arguments_ that were not included in defendants' Motion to Dismiss or their Reply brief.

Plaintiffs should be given an opportunity to _briefly_ address these two new arguments.

Therefore, the Court is respectfully requested to permit plaintiffs to file the attached Reply to Defendants' New Arguments in Support of Their Rule 12(b)(1) Motion to Dismiss the Amended Complaint

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the _____ day of November, 2003 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

T:\MISCELLANEOUS\Ungar\motions\Memo for Reply to New Arguments 11-14-03.rtf

2