Bank of England 2003 News Release - Terrorist Financing: List of Suspects, 15 September...

Case 1:00-cv-00105-L-DLM Document 252-1 Filed 01/26/04 Page 2 of 3 PageID #: 12984

☒ Publications

☒ Selected Topics

**Consolidated List**
For the latest list, follow this link to the Financial Sanctions Homepage and follow the link in the Selected Topics

**Financial Sanctions Main Page**

**News Release Main Page**

## News Release - Terrorist Financing: List of Suspects

15

This news release is issued in respect of the financial mea against terrorism.

The Bank of England, as agent for Her Majesty's Treasury, news release to advise that Council Decision 2003/646/EC Article 2(3) of Regulation (EC) No. 2580/2001 on specific r measures directed against certain persons and entities witl combating terrorism and repealing Decision 2003/480/EC the Official Journal of the European Union on Saturday 13 2003. The Council Decision adds the entity named below t those to whom Regulation 2580/2001 applies. As a result I whole is now on the list of those to whom Regulation 2580/ previously only Hamas-Izz al-Din al-Qassem appeared on

The Bank of England, as agent for Her Majesty's Treasury, there is as a result a binding and directly applicable obligat Community law to freeze all funds, other financial assets a resources of Hamas, and not to make any funds, other fina economic resources available to Hamas: Article 2(1) of Re 2580/2001. Financial institutions are requested to check wl maintain any accounts for the entity named below and, if s freeze the accounts and report their findings to the Bank of

**Entity**

1. **Hamas** (including Hamas-Izz al-Din al-Qassem).

The above name is in addition to those listed in:

The Bank's Notices dated 5 September 2003, 26 August 2( 2003, 29 May 2003, 6 May 2003, 28 February 2003, 20 Fe January 2003, 24 January 2003, 13 December 2002, 19 N 24 October 2002, 18 October 2002, 14 August 2002, 18 Ju 2002, 9 January 2002, 28 December 2001, 21 December 2 December 2001 - each entitled NOTICE CONTAINING A [ UNDER ARTICLE 4 OF THE TERRORISM (UNITED NATI MEASURES) ORDER 2001 (S.I. 2001/3365);

The Bank's Notices dated 5 September 2003, 24 January 2 2002 and 11 March 2002 - each entitled NOTICE CONTAII DIRECTION UNDER ARTICLE 8 OF THE AL-QA'IDA ANT (UNITED NATIONS MEASURES) ORDER 2002 (S.I. 2002

**References**

Council Decision 2003/646/EC implementing Article 2(3) o (EC) No. 2580/2001 on specific restrictive measures direct certain persons and entities with a view to combating terroi repealing Decision 2003/480/EC is in Official Journal No. L p.22.)

Regulation (EC) No. 2580/2001 on specific restrictive mea against certain persons and entities with a view to combatii Official Journal No. L344, 28.12.2001, p. 70.

**Note to Editors**

Previous Notices and news releases concerning Terrorism the Taliban are available from the Financial Sanctions page