UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATES OF YARON UNGAR AND )
EFRAT UNGAR BY AND THROUGH THE )
ADMINISTRATOR OF THEIR ESTATES )
DAVID STRACHMAN; )
DVIR UNGAR, MINOR, BY HIS )
GUARDIANS AND NEXT FRIEND, )
PROFESSOR MEYER UNGAR; )
JUDITH UNGAR; )
RABBI URI DASBERG; )
JUDITH DASBERG (INDIVIDUALLY AND )
IN THEIR CAPACITY AS LEGAL )
GUARDIANS OF PLAINTIFFS DVIR )
UNGAR AND YISHAI UNGAR); )
AMICHAI UNGAR;  DAFNA UNGAR; AND )
MICHAL COHEN, )
               Plaintiffs, )
  V. )  C.A.No. 00-105L
THE PALESTINIAN AUTHORITY )
(A.K.A. "THE PALESTINIAN INTERIM )
SELF-GOVERNMENT AUTHORITY"); )
THE PALESTINE LIBERATION )
ORGANIZATION; YASSER ARAFAT; )
JIBRIL RAJOUB; MUHAMMED DAHLAN; )
AMIN AL-HINDI; TAWFIK TIRAWI; )
RAZI JABALI; HAMAS – ISLAMIC )
RESISTANCE MOVEMENT (A.K.A. )
"HARAKAT AL-MUQAWAMA AL-ISLAMIYYA") )
ABDEL RAHMAN ISMAIL ABDEL RAHMAN )
GHANIMAT; JAMAL ABDEL FATAH )
TZABICH AL HOR; RAED FAKHRI ABU )
HAMDIYA; IBRAHIM GHANIMAT; AND )
IMAN MAHMUD HASSAN FUAD KAFISHE, )
               Defendants

## **JUDGMENT**

Judgment shall enter for the plaintiffs as follows:

Estate of Yaron Ungar
    for lost earnings:                              $1,432,158.00
    for pain and suffering of decedent:    $1,500,000.00



Dvir Ungar (son)
    for loss of companionship, society,
    and guidance and mental anguish:    $30,000,000.00
    For loss of parental services:    $488,482.50[1]

Yishai Ungar (son)
    for loss of companionship, society,
    and guidance and mental anguish:    $30,000,000.00
    for loss of parental services:    $488,482.50[2]

Judith Ungar (mother)
    for loss of society and companionship
    and mental anguish:    $15,000,000.00

Meir Ungar (father)
    for loss of society and companionship
    and mental anguish:    $15,000,000.00

Michal Cohen (sister)
    for loss of society and companionship
    and mental anguish:    $7,500,000.00

Amichai Ungar (brother)
    for loss of society and companionship
    and mental anguish:    $7,500,000.00

Dafna Ungar (sister)
    for loss of society and companionship
    and mental anguish:    $7,500,000.00
                              Total:    $116,409,123.00

Plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 in court costs.

*Barbara J. D'Amico*
Deputy Clerk
January 27, 2004