UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND



THE ESTATE OF YARON UNGAR, et al.

vs.                                      C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

LETTER OF REQUEST FOR JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970
ON THE TAKING OF EVIDENCE ABROAD
IN CIVIL OR COMMERCIAL MATTERS

The United States District Court for the District of Rhode Island presents its compliments to the Foreign and Commonwealth Office of the United Kingdom and requests assistance, pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, in obtaining documents and information relevant to the above-captioned matter.

The above-captioned matter is a civil action pursuant to Section 2333 of Title 18 of the United States Code, brought by the heirs, family members and the administrator of the estates of U.S. citizen Yaron Ungar and his wife Efrat Ungar, who were killed in a terrorist attack carried out on June 9, 1996, in Israel.

Four operatives of the organization known as "HAMAS - Islamic Resistance Movement" (HAMAS) were convicted by an Israeli court for their part in the murder of decedents. The

defendants in this action are HAMAS, the Palestine Liberation Organization and the Palestinian Authority.

Defendant HAMAS was served with process in this action but failed to appear or otherwise defend the suit.

On July 3, 2003, a Magistrate Judge of this Court issued a Report and Recommendation that default judgment against HAMAS be granted, and plaintiffs' motion to enter final judgment against HAMAS is now before the Court. WAS GRANTED 1/27/04.   RRL

The assistance requested of the United Kingdom consists of obtaining from the relevant authorities in the United Kingdom information and documents detailing and/or listing financial assets of HAMAS that have been frozen or blocked by the United Kingdom, that would be subject to execution in satisfaction of a final judgment entered against HAMAS in this action.

This Court requests the assistance described above as necessary in the interests of justice.

This Court requests that the documents and information described above be returned to Counsel for the plaintiffs:

> David J. Strachman, Esq.
> McIntyre, Tate, Lynch & Holt.
> 321 South Main Street, Ste. 400
> Providence, RI 02903 U.S.A
> (401) 351-7700
> (401) 331-6095 (fax)

The plaintiffs, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing this request.

This Court expresses its appreciation to the Foreign and Commonwealth Office of the United Kingdom for its courtesy and assistance in this matter and states that it will be ready and willing to assist the courts of the United Kingdom in a similar fashion when required.

Date: 1/29/04

_Ronald R. Lagueux_
Ronald R. Lagueux
Sr. United States District Judge
United States District Court
District of Rhode Island