UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                              C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### ORDER

Upon consideration of Plaintiffs' Motion and their Memorandum in support thereof, and the grounds cited and good cause shown therein, it is hereby:

ORDERED, pursuant to 28 U.S.C. §1963, that the judgment entered in this action on January 28, 2004, against defendant Hamas - Islamic Resistance Movement (a/k/a Harakat Al-Muqawama Al-Islamiyya) may be registered instanter in any federal district.

SO ORDERED:

Ronald R. Lagueux,
Senior United States District Judge

Date: 2/5/04

