UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATES OF YARON UNGAR AND EFRAT UNGAR BY AND THROUGH THE ADMINISTRATOR OF THEIR ESTATES DAVID STRACHMAN; DVIR UNGAR, MINOR, BY HIS GUARDIANS AND NEXT FRIEND, PROFESSOR MEYER UNGAR; JUDITH UNGAR; RABBI URI DASBERG; JUDITH DASBERG (INDIVIDUALLY AND IN THEIR CAPACITY AS LEGAL GUARDIANS OF PLAINTIFFS DVIR UNGAR AND YISHAI UNGAR); AMICHAI UNGAR; DAFNA UNGAR; AND MICHAL COHEN, <br>                     Plaintiffs, <br>     V. <br> THE PALESTINIAN AUTHORITY (A.K.A. "THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY"); THE PALESTINE LIBERATION ORGANIZATION; YASSER ARAFAT; JIBRIL RAJOUB; MUHAMMED DAHLAN; AMIN AL-HINDI; TAWFIK TIRAWI; RAZI JABALI; HAMAS – ISLAMIC RESISTANCE MOVEMENT (A.K.A. "HARAKAT AL-MUQAWAMA AL-ISLAMIYYA") ABDEL RAHMAN ISMAIL ABDEL RAHMAN GHANIMAT; JAMAL ABDEL FATAH TZABICH AL HOR; RAED FAKHRI ABU HAMDIYA; IBRAHIM GHANIMAT; AND IMAN MAHMUD HASSAN FUAD KAFISHE, <br>                     Defendants | C.A.No. 00-105L |

## AMENDED JUDGMENT

Final Judgment shall enter for the plaintiffs against defendant Hamas as follows:

Estate of Yaron Ungar
    for lost earnings:                                  $1,432,158.00
    for pain and suffering of decedent:   $1,500,000.00

```
Dvir Ungar (son)
    for loss of companionship, society,
    and guidance and mental anguish:        $30,000,000.00
    For loss of parental services:          $488,482.50[1]

Yishai Ungar (son)
    for loss of companionship, society,
    and guidance and mental anguish:        $30,000,000.00
    for loss of parental services:          $488,482.50[2]

Judith Ungar (mother)
    for loss of society and companionship
    and mental anguish:                     $15,000,000.00

Meir Ungar (father)
    for loss of society and companionship
    and mental anguish:                     $15,000,000.00

Michal Cohen (sister)
    for loss of society and companionship
    and mental anguish:                     $7,500,000.00

Amichai Ungar (brother)
    for loss of society and companionship
    and mental anguish:                     $7,500,000.00

Dafna Ungar (sister)
    for loss of society and companionship
    and mental anguish:                     $7,500,000.00
                                            --------------
                                   Total:   $116,409,123.00
```

Plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 in court costs.

*Barbara J. D'Amico*
Deputy Clerk
February 9, 2004

---

[1] The amount designated for loss of parental services shall be paid to the legal guardians of Dvir Ungar.

[2] The amount designated for loss of parental services shall be paid to the legal guardians of Yishai Ungar.