UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. §1963 PERMITTING REGISTRATION OF PLAINTIFFS' AMENDED JUDGMENT AGAINST DEFENDANT HAMAS IN OTHER FEDERAL DISTRICTS WITHOUT DELAY**

For the reasons presented in the accompanying Memorandum, plaintiffs hereby move the Court for an Order, pursuant to 28 U.S.C. §1963, permitting plaintiffs to register their amended final judgment against defendant HAMAS in other federal districts without delay. A proposed order is attached hereto.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

1

## CERTIFICATION

I hereby certify that on the /0th day of February 2004 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

HAMAS
Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                                                     C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. §1963 PERMITTING REGISTRATION OF PLAINTIFFS' AMENDED JUDGMENT AGAINST DEFENDANT HAMAS IN OTHER FEDERAL DISTRICTS WITHOUT DELAY

On January 28, 2004, final judgment was entered in this action against defendant Hamas - Islamic Resistance Movement (a/k/a Harakat Al-Muqawama Al-Islamiyya) pursuant to this Court's Memorandum and Order of January 27, 2004.

On February 5, 2004 this Court granted Plaintiffs' original motion permitting registration of judgment without delay.

On February 9, 2004, the Clerk entered an Amended Judgment with slight technical changes to the original judgment.

WHEREFORE, plaintiffs respectfully request that the Court enter an Order permitting the registration of the Amended Judgment against Hamas in any federal district instanter.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095  (fax)


CERTIFICATION

I hereby certify that on the 10th day of February 2004 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

HAMAS
Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria