UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATES OF YARON UNGAR AND           )
EFRAT UNGAR BY AND THROUGH THE           )
ADMINISTRATOR OF THEIR ESTATES           )
DAVID STRACHMAN;                         )
DVIR UNGAR, MINOR, BY HIS                )
GUARDIANS AND NEXT FRIEND,               )
PROFESSOR MEYER UNGAR;                   )
JUDITH UNGAR;                            )
RABBI URI DASBERG;                       )
JUDITH DASBERG (INDIVIDUALLY AND         )
IN THEIR CAPACITY AS LEGAL               )
GUARDIANS OF PLAINTIFFS DVIR             )
UNGAR AND YISHAI UNGAR);                 )
AMICHAI UNGAR;  DAFNA UNGAR; AND         )
MICHAL COHEN,                            )
                   Plaintiffs,           )
     V.                                  )      C.A.No. 00-105L
THE PALESTINIAN AUTHORITY                )
(A.K.A. "THE PALESTINIAN INTERIM         )
SELF-GOVERNMENT AUTHORITY");             )
THE PALESTINE LIBERATION                 )
ORGANIZATION; YASSER ARAFAT;             )
JIBRIL RAJOUB; MUHAMMED DAHLAN;          )
AMIN AL-HINDI; TAWFIK TIRAWI;            )
RAZI JABALI; HAMAS – ISLAMIC             )
RESISTANCE MOVEMENT (A.K.A.              )
"HARAKAT AL-MUQAWAMA AL-ISLAMIYYA")      )
ABDEL RAHMAN ISMAIL ABDEL RAHMAN         )
GHANIMAT; JAMAL ABDEL FATAH              )
TZABICH AL HOR; RAED FAKHRI ABU          )
HAMDIYA; IBRAHIM GHANIMAT; AND           )
IMAN MAHMUD HASSAN FUAD KAFISHE,         )
                   Defendants

## 2nd AMENDED JUDGMENT

Final Judgment shall enter for the plaintiffs against defendant Hamas – Islamic Resistance Movement (a/k/a Harakat Al-Muqawama Al-Islamiyya) as follows:

Estate of Yaron Ungar
    for lost earnings:                              $1,432,158.00
    for pain and suffering of decedent:             $1,500,000.00



```
Dvir Ungar (son)
    for loss of companionship, society,
    and guidance and mental anguish:        $30,000,000.00
    For loss of parental services:          $488,482.50¹

Yishai Ungar (son)
    for loss of companionship, society,
    and guidance and mental anguish:        $30,000,000.00
    for loss of parental services:          $488,482.50²

Judith Ungar (mother)
    for loss of society and companionship
    and mental anguish:                     $15,000,000.00

Meir Ungar (father)
    for loss of society and companionship
    and mental anguish:                     $15,000,000.00

Michal Cohen (sister)
    for loss of society and companionship
    and mental anguish:                     $7,500,000.00

Amichai Ungar (brother)
    for loss of society and companionship
    and mental anguish:                     $7,500,000.00

Dafna Ungar (sister)
    for loss of society and companionship
    and mental anguish:                     $7,500,000.00
                                            ---------------
                                  Total:    $116,409,123.00
```

Plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 in court costs.

*Barbara J. D'Amico*
Deputy Clerk
February 11, 2004

---

[1] The amount designated for loss of parental services shall be paid to the legal guardians of Dvir Ungar.

[2] The amount designated for loss of parental services shall be paid to the legal guardians of Yishai Ungar.