UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### ORDER

Upon consideration of Plaintiffs' Motion and their Memorandum in support thereof, and the grounds cited and good cause shown therein, it is hereby:

ORDERED, pursuant to 28 U.S.C. §1963, that the Second Amended Judgment entered in this action on February 11, 2004, against defendant Hamas - Islamic Resistance Movement (a/k/a Harakat Al-Muqawama Al-Islamiyya) may be registered instanter in any federal district.

SO ORDERED:

_____
Ernest C. Torres
Chief Judge, United States District Court

Date: 2/11/04

