AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

The Estate of Yaron Ungar, et al.

V.

The Palestinian Authority, et al.

SUBPOENA IN A CIVIL CASE

Case Number:[1]  00-105L

TO: United States Department of the Treasury
Attn: Records Keeper
380 Westminster Street
Providence, RI 02903

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION McIntyre, Tate, Lynch & Holt<br>321 South Main St., Ste. 400, Providence, RI 02903 | DATE AND TIME<br>February 20, 2004    11:30 a.m |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule A

| PLACE McIntyre, Tate, Lynch & Holt<br>321 South Main St., Ste. 400, Providence, RI 02903 | DATE AND TIME<br>February 20, 2004    11:30 a.m. |
|---|---|

__ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* atty for Plaintiff | DATE<br>2/10/04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   David J. Strachman
McIntyre, Tate, Lynch & Holt, 321 South Main St., Ste. 400
Providence, RI 02903    (401) 351-7700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

DATE 2/10/04   PLACE 380 Westminster St. Prov, RI

SERVED United States Dept. of the Treasury   Keeper of Records

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

SERVED BY (PRINT NAME) Vincent P. Catamero Constable State of R.I. License #6023   TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  2/10/04
DATE

SIGNATURE OF SERVER  Vincent P. Catamero Constable State of R.I. License #6023

ADDRESS OF SERVER  1408 Atwood Ave. Johnston, RI

X E. Benedetti
2/10/04

## SCHEDULE A

Definitions:

The phrase "Hamas-related blocked assets" as used herein refers to the blocked assets in the sum of approximately $5,196,634 that are attributed to Hamas and Hamas' "Related Designees" in the chart entitled "Blocked Assets under the SDGT, SDT, and FTO Programs" attached as Exhibit A to the "Terrorist Assets Report" submitted by the Treasury to Congress for the 2003 calendar year.

The phrase "full details" as used herein means:

In respect to all assets other than chattels: the names and addresses of the banks, financial institutions and/or other third parties holding the assets; the account names and account numbers of each account in which the assets are held; the last known balance of each such account.

In respect to chattels: the names and addresses of the storage companies, facilities and/or other third parties holding the chattels; the rough estimated value of the chattels held in or by each such storage company, facility and/or third party; the names of the Hamas-related individuals or entities which had possession of the chattels prior to their being blocked.

You are requested to provide full details of all Hamas-related blocked assets.