UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

DEPONENT:      Keeper of Records, United States Department of the Treasury

**DATE:**          **February 20, 2004**

**TIME:**          **11:30 a.m.**

    **PLEASE TAKE NOTICE** that Plaintiffs will take the testimony, on oral examination, of the keeper of records of United States Department of the Treasury on the 20th day of February, 2004 at 11:30 a.m., before a notary public of the State of Rhode Island, or some other duly qualified person.

    The deposition will continue thereafter from day to day.  The deposition will take place at the offices of David J. Strachman at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

David J. Strachman, Esq.  #4404
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)



## CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid on this _10_ day of February, 2004, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Keeper of Records
United States Department of the Treasury
380 Westminster Street
Providence, RI 02903

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
c/o Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920