UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### NOTICE OF DEPOSITION

DEPONENT:       Keeper of Records, JP Morgan Chase

DATE:           March 8, 2004

TIME:           3:00 p.m.

**PLEASE TAKE NOTICE** that Plaintiffs will take the testimony, on oral examination, of the keeper of records of JP Morgan Chase on the 8th day of March, 2004 at 3:00 p.m., before a notary public of the State of Rhode Island, or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of David J. Strachman at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

David J. Strachman, Esq.  #4404
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid on this ___20___ day of February, 2004, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

JP Morgan Chase, Agent of Service
CT Corporation
101 Federal Street
Boston, MA 02110

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
c/o Sheik Ahmed Yassin
Sabra District
Gaza, Palestinian Authority
VIA Israel

HAMAS – Islamic Resistance Movement
Harakat Al-Muqawama Al-Islamiyya
Yarmouk Refugee Camp
Damascus
Syria

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920