AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

The Estate of Ungar, et al.

V.

The Palestinian Authority, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:¹ 00-105 L

TO: JP Morgan Chase, Agent of Service
CT Corporation
101 Federal St., Boston, MA 02110

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 321 South Main St., Ste. 400 Providence, RI 02903 | March 8, 2004 at 3:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):    See attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| 321 South Main St., Ste. 400 Providence, RI 02903 | March 8, 2004 at 3:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Atty for Plaintiff | 2/26/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   David J. Strachman
321 South Main St., Ste. 400, Providence, RI 02903   (401) 351-7700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

## **SCHEDULE A**

Definitions:

The phrase "blocked accounts" as used herein refers to any account blocked by the United States Treasury under law.

The phrase "full details" as used herein means the address of the branch and/or institution holding the account(s); the account names and account numbers of each account; the last known balance of each such account.

1. You are requested to provide full details of any blocked accounts that belong to the Holy Land Foundation for Relief and Development ("HLF"), and/or in which HLF has an interest, in any JP Morgan Chase financial institution.

2. Specifically, without derogating from the general scope of section (1), you are requested to provide full details of the blocked account(s) that belong to the HLF and/or in which HLF has an interest, known to be held in JP Morgan Chase financial institutions in Texas.