# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

DATE:    June 23, 2004

CASE NUMBER:    00-0105L

TITLE OF CASE: Efrat Ungar v. PLO

Ronald R. Lagueux,  Senior, U.S.  District  Judge

COURTROOM CLERK:    James E. Webb

COURT REPORTER:    Anne Clayton

Hearing re: objection to R&R and motion to amend  prior decision and order.

Atty. for Plaintiff    David Strachman

Atty for Defendant    Deming Sherman
Annemarie Carney

Oral arguments held.

Judge will issue order relating to the above objection and motion.