UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATES OF YARON UNGAR AND         )
EFRAT UNGAR BY AND THROUGH THE         )
ADMINISTRATOR OF THEIR ESTATES         )
DAVID STRACHMAN;                       )
DVIR UNGAR, MINOR, BY HIS              )
GUARDIANS AND NEXT FRIEND,             )
PROFESSOR MEYER UNGAR;                 )
JUDITH UNGAR;                          )
RABBI URI DASBERG;                     )
JUDITH DASBERG (INDIVIDUALLY AND       )
IN THEIR CAPACITY AS LEGAL             )
GUARDIANS OF PLAINTIFFS DVIR           )
UNGAR AND YISHAI UNGAR);               )
AMICHAI UNGAR;  DAFNA UNGAR; AND       )
MICHAL COHEN,                          )
                        Plaintiffs,    )
        V.                             )          C.A.No. 00-105L
THE PALESTINIAN AUTHORITY              )
(A.K.A. "THE PALESTINIAN INTERIM       )
SELF-GOVERNMENT AUTHORITY");           )
THE PALESTINE LIBERATION               )
ORGANIZATION; YASSER ARAFAT;           )
JIBRIL RAJOUB; MUHAMMED DAHLAN;        )
AMIN AL-HINDI; TAWFIK TIRAWI;          )
RAZI JABALI; HAMAS - ISLAMIC           )
RESISTANCE MOVEMENT (A.K.A.            )
"HARAKAT AL-MUQAWAMA AL-ISLAMIYYA")    )
ABDEL RAHMAN ISMAIL ABDEL RAHMAN       )
GHANIMAT; JAMAL ABDEL FATAH            )
TZABICH AL HOR; RAED FAKHRI ABU        )
HAMDIYA; IBRAHIM GHANIMAT; AND         )
IMAN MAHMUD HASSAN FUAD KAFISHE,       )

                        Defendants.    )

## **FINAL JUDGMENT**

Final judgment for the Plaintiffs listed below against Defendants, the Palestinian Authority and the Palestine Liberation Organization, who are jointly and severally liable for the following amounts with respect to each Plaintiff:

| | |
|---|---|
| The Estate of Yaron Ungar | $ 2,932,158.00 |
| Dvir Ungar | $30,488,482.50 |
| Yishai Ungar | $30,488,482.50 |
| Judith Ungar | $15,000,000.00 |
| Meir Ungar | $15,000,000.00 |
| Michal Cohen | $ 7,500,000.00 |
| Amichai Ungar | $ 7,500,000.00 |
| Dafna Ungar | $ 7,500,000.00 |



Judgment for Plaintiffs as a group awarding them attorneys' fees against the Palestinian Authority in the amount of $11,925.00 and against the Palestine Liberation Organization in the amount of $6,345.00. The total amount of judgment, including attorneys' fees, shall be $116,421,048.00 against the Palestinian Authority and $116,415,468.00 against the Palestine Liberation Organization.

*[signature]*
Deputy Clerk
July 13, 2004