UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al ) ) ) | |
| v. ) ) | C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al ) ) ) ) | |

### PALESTINIAN DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Defendants the Palestinian Authority (PA) and Palestine Liberation Organization (PLO) pursuant to Fed.R.Civ.P. 62, Fed.R.App.P. 8(a) and the All Writs Act, 28 U.S.C. sec. 1651(a), move for an order in the exercise of the Court's discretion staying all proceedings for the enforcement of the default judgment entered against them herein on July 13, 2004, including issuance of any execution upon the judgment, pending defendants' appeal to the United States Court of Appeals for the First Circuit.

A Memorandum is filed herewith.

Dated: July 23, 2004

_Deming E. Sherman_
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)



- 2 -

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2004, I mailed a copy of the within Motion to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____