UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | )<br>)<br>) |
| v. | ) C.A. No. 00-105L<br>) |
| THE PALESTINIAN AUTHORITY, et al | )<br>)<br>) |

### PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR STAY PENDING APPEAL

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the 10-page limit for their memorandum in support of their Motion for Stay Pending Appeal.

A Memorandum is filed herewith.

Dated: July 23, 2004

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of July, 2004, I mailed a copy of the within Palestinian Defendants' Motion to Exceed Page Limit for Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) |

**MEMORANDUM IN SUPPORT OF PALESTINIAN DEFENDANTS'
MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM
IN SUPPORT OF MOTION FOR STAY PENDING APPEAL**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), have moved to exceed the ten-page limit for their memorandum in support of their Motion for Stay Pending Appeal. Defendants state that they require approximately 16 pages to adequately present their argument in this complex case.

WHEREFORE, defendants PA and PLO respectfully request that this Motion be granted.

Dated: July 23, 2004

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority
and The PLO

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2004, I mailed a copy of the within Memorandum to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*[signature: Deming I. Sherman]*