UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, )
et al )
)
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, )
et al )
)

## PALESTINIAN DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR STAY PENDING APPEAL

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") move to exceed the 10-page limit for their memorandum in support of their Motion for Stay Pending Appeal.

A Memorandum is filed herewith.

Dated: July 23, 2004

_____
Deming E. Sherman (#1138)
Annemarie M. Carney (#3980)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The PLO

Granted:
Ronald R. Lagueux
Sn. USDJ 8/4/04