UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) ) |

### NOTICE OF APPEAL OF DEFENDANTS PALESTINIAN AUTHORITY AND PALESTINE LIBERATION ORGANIZATION

Notice is hereby given that the Palestinian Authority (PA) and the Palestine Liberation Organization (PLO), defendants in the within action, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered on July 13, 2004.

Dated: August 6, 2004

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)
Attorneys for Defendants
The Palestinian Authority
and The PLO



## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of August, 2004, a copy of the within Notice of Appeal was faxed and mailed to the following counsel of record:

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
Suite 400
321 South Main Street
Providence, RI  02903

*[signature]*