UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.   No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' MOTION TO ENLARGE

Plaintiffs hereby move the Court to enlarge the period of time in which to file their response to defendants' Motion for Stay Pending Appeal. Plaintiffs request an enlargement until September 3, 2004.

Plaintiffs' motion is accompanied by the attached memorandum.

Plaintiffs, by their Attorney,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)



UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ENLARGE

Plaintiffs respectfully request that the Court enlarge until September 3, 2004 the period in which to respond to defendants' Motion for Stay Pending Appeal.

Defendants filed their motion, but not accompanying memorandum, on July 23, 2004. They simultaneously filed a Motion to Exceed Page Limit. On July 29, 2004, defendants filed an Amended Motion to Stay Pending Appeal, without an accompanying memorandum. Defendants filed their memorandum in support of their motion to stay with exhibits on August 10, 2004 and it arrived at plaintiffs' office only on August 11, 2004.[1] Consequently, plaintiffs' response is due August 30, 2004. Out of an abundance of caution, plaintiffs file this motion.

Additionally, As a result of vacation and court appearances, counsel is in need of additional time to prepare a response to defendants' motion.

---

[1] Defendants did provide an unsigned draft of their memorandum without exhibits earlier.

Plaintiffs, by their Attorney,

_____
David J. Strachman  #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ___23___ day of August, 2004 I mailed a true copy of the within memorandum to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____

2