UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.


v.                                                                                          00 - 105L


THE PALESTINIAN AUTHORITY, et al.


**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION
FOR STAY PENDING APPEAL**

Now come the Plaintiffs and hereby object to Defendants' Motion for Stay Pending Appeal. Plaintiffs' objection is supported by the attached memorandum.

Plaintiffs, by their Attorney,

David J. Strachman  #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)



## CERTIFICATION

I hereby certify that on the ____9____ day of September, 2004 I faxed and mailed a true copy of the within objection along with supporting memorandum to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)