UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.


          v.                                             00 - 105L


THE PALESTINIAN AUTHORITY, et al.


**PLAINTIFFS' MOTION TO EXCEED LIMIT FOR EXHIBITS**

    Plaintiffs move to exceed the five page limit on exhibits to their Objection to the

Defendants' Motion for Stay Pending Appeal.  A memorandum is filed herewith.


                            Plaintiffs, by their Attorneys,


                            David J. Strachman #4404
                            McIntyre, Tate, Lynch & Holt
                            321 South Main Street, Ste. 400
                            Providence, RI 02903
                            (401) 351-7700
                            (401) 331-6095  (fax)


<u>CERTIFICATION</u>

    I hereby certify that on the _____ day of September, 2004 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)



Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.


v.                                                    00 - 105L


THE PALESTINIAN AUTHORITY, et al.


## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXCEED LIMIT FOR EXHIBITS

The Plaintiffs move to exceed the five page limit on exhibits to pleadings. Plaintiffs desire to provide the Court with exhibits which exceed five pages to fully support the argument in their Objection to Defendants' Motion for Stay Pending Appeal and for the Court's convenience, so as to not require the retrieval of the underlying documents.

Plaintiffs, by their Attorneys,


David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095  (fax)


## CERTIFICATION

I hereby certify that on the ____ day of September, 2004 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)