UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                                                                  00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**MOTION TO EXCEED MEMORANDUM PAGE LIMITATIONS**

Now come the Plaintiffs and hereby move to exceed the page limitation on their memorandum in response to Defendants' Motion for Stay Pending Appeal. Plaintiffs' motion is supported by the attached memorandum.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ___7___ day of September, 2004 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

_____

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                                          00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## MEMORANDUM IN SUPPORT OF MOTION TO EXCEED MEMORANDUM PAGE LIMITATIONS

Plaintiffs wish to file the attached Memorandum in Opposition to Defendants' Motion for Stay Pending Appeal which exceed the Court's page limitation. Plaintiffs require additional space to respond to the lengthy and detailed Motion for Stay Pending Appeal proffered by the Defendants.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095  (fax)

## CERTIFICATION

      I hereby certify that on the ____ day of September, 2004 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)

Deming E. Sherman
Annemarie M. Carney
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)