UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED MEMORANDUM PAGE LIMITATIONS

Now come the Plaintiffs and hereby move to exceed the page limitation on their memorandum in response to Defendants' Motion for Stay Pending Appeal. Plaintiffs' motion is supported by the attached memorandum.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Granted!
Ronald R. Lagueux
Sr. USDJ 9/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                      00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION TO EXCEED LIMIT FOR EXHIBITS**

Plaintiffs move to exceed the five page limit on exhibits to their Objection to the Defendants' Motion for Stay Pending Appeal. A memorandum is filed herewith.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the ___9___ day of September, 2004 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(fax 212-979-1583)

Granted:
Ronald R. Lagueux
Sr. USDJ 9/13/04