UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                    00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' FURTHER MOTION TO ENLARGE

Plaintiffs hereby move the Court to enlarge the period of time in which to file their response to defendants' Motion for Stay Pending Appeal. Plaintiffs request an enlargement until September 9, 2004.

Plaintiffs' motion is accompanied by the attached memorandum.

Plaintiffs, by their Attorney,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Granted : Ronald R. Lagueux
Sr. USDJ 9/13/04

295