# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER:** CA00-0105T　　　　　　　　　　**DATE:** September 23, 2004

**TITLE OF CASE:** Efrat Ungar v. PLO

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK:　　James E. Webb

COURT REPORTER:　　Karen Zinni

---

Deft's motion to stay pending appeal
Deft's motion to stay enforcement of judgment pending appeal
Pla's Attorney   David Strachman

Dft's attorney   Demining Sherman

Motion to stay is granted in part.

Stay shall be in effect until September 30, 2004 at 12:00noon.

At that time if deft have not filed a bond in the amount of $50,000,000.00 and it is approved by the court stay will be removed.