

| David A. DiMarzio<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>*District of Rhode Island* | Paulette Dube<br>Chief Deputy |
|---|---|---|

September 28, 2004

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: CA00-105L - Efrat Ungar v. PLO

Dear Mr. Donovan:

With reference to the above appeal, please find file no. 7 and a certified copy of the docket..

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

**Barbara J. Gilfillan**
Deputy Clerk



One Exchange Terrace • 119 Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 528-5100 • Fax: (401) 528-5112