UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATES OF YARON UNGAR, et al.    )
                                       )
                    Plaintiffs,        )
                                       )
vs.                                    )
                                       )
THE PALESTINIAN AUTHORITY and          )    C.A No. 00-105L
THE PALESTINE LIBERATION ORGANIZATION, )
et al.                                 )
                    Defendants         )

## ORDER

This matter came on for hearing before Lagueux, S.J. on September 23, 2004, upon the motion of The Palestinian Authority and the Palestine Liberation Organization for an unsecured stay of the Judgment pending appeal, and after submission of memoranda and a hearing, for the reasons stated by the Court at the hearing, it is hereby ORDERED as follows:

1. That The Palestinian Authority and the Palestine Liberation Organization's motion for a stay pending appeal is hereby denied.

2. That this Court shall require a supersedeas bond in the amount of $50 million to stay the Judgment.

3. That the Judgment shall be stayed for one week until September 30, 2004 at 12 Noon to allow The Palestinian Authority and the Palestine Liberation Organization to file a supersedeas bond in the amount of $50 million for approval by the Court. If such a bond is filed by The Palestinian Authority and the Palestine Liberation Organization and approved by the



Court, the stay shall continue in effect. If such a bond is not filed and approved by the Court, the stay shall expire.

ENTERED as the Order of the Court this 28th day of September, 2004.

By Order,

*[signature]*
Clerk

ENTER:

*[signature: Ronald R. Lagueux]*
Sr. USDJ 9/27/04

September   , 2004

Presented by:

*[signature]*
Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232
212-979-1583 (FAX)

Attorneys for Defendants
The Palestinian Authority and
The Palestine Liberation Organization

- 2 -

PRV_669612_1/DSHERMAN