UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### NOTICE OF DEPOSITION

**DEPONENT:**   Palestine Liberation Organization

**DATE:**   April 20, 2005

**TIME:**   4:00 p.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of the Palestine Liberation Organization on the 20th day of April, 2005 at 4:00 p.m., before a notary public of the State of Rhode Island, or some other duly qualified person.

The Palestine Liberation Organization is directed pursuant to Fed. R. Civ. P. 30(b)(6) to designate a person or persons to testify on its behalf in the following matters:

1.   The identification of all assets of whatever nature and kind, including but not limited to real estate, investment accounts, bank accounts, and personal property in the United States in which the Palestine Liberation Organization and any of its agents or subdivisions, has an equitable and/or legal interest.

Plaintiffs request that the Palestine Liberation Organization provide (1) the names and titles of the persons it will designate to give testimony and (2) summaries of the areas in which each designated person will give testimony.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of David J. Strachman at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination.



Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this _____ day of April, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

_____