UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

**DEPONENT:**  The Palestinian Authority

**DATE:**  April 20, 2005

**TIME:**  2:00 p.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of The Palestinian Authority on the 20th day of April, 2005 at 2:00 p.m., before a notary public of the State of Rhode Island, or some other duly qualified person.

The Palestinian Authority is directed pursuant to Fed. R. Civ. P. 30(b)(6) to designate a person or persons to testify on its behalf in the following matters:

1. The identification of all assets of whatever nature and kind, including but not limited to real estate, investment accounts, bank accounts, and personal property in the United States in which the Palestinian Authority and any of its agents or subdivisions, has an equitable and/or legal interest.

Plaintiffs request that the Palestinian Authority provide (1) the names and titles of the persons it will designate to give testimony and (2) summaries of the areas in which each designated person will give testimony.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of David J. Strachman at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this _11th_ day of April, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

RAMSEY CLARK

LAWRENCE W. SCHILLING

April 19, 2005

LAW OFFICES
36 EAST 12TH STREET
NEW YORK, N.Y. 10003
(212) 475-3232
FAX (212) 979-1583

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, RI 02903

BY FAX: 401-331-6095
AND MAIL

Dear Mr. Strachman,

Your notices of deposition dated April 11, 2005 were faxed on receipt to the Mission of Palestine to the United Nations for transmission to Palestine.

As you know, Palestine's former U.N. Ambassador, Nasser al Kidwa has been appointed Foreign Minister, no replacement has been named, and we continue to communicate through Minister Al-Kidwa. He was traveling outside Palestine and I was unable to reach him until Thursday of last week in Jordan. I talked with him at that time and explained the deposition notices and the need to determine whether Palestine is obligated or will agree to produce witnesses pursuant to the notice and if so, who will have the information requested.

Minister al-Kidwa called late yesterday to say no one in the U.S. has the information sought. Under the difficult circumstances existing in Palestine and the many demands on the new government, it will take several weeks to make a thorough search for the information sought and determine the appropriate witness to testify. That witness will be made available then, probably in Ramallah, and hopefully not later than the week of May 9 if Palestine determines that it is obligated, or will agree to the depositions.

I will advise you as soon as a decision is made and a time for the deposition can be determined and with sufficient advance notice for counsel to be present.

If you wish to discuss this please, call me, or Larry Schilling.

Sincerely,

Ramsey Clark