**CT** CORPORATION

April 19, 2005

David J. Strachman
McIntyre, Tate, Lynch & Holt LL
321 South Main Street, Suite 400
Providence, RI  02903

Re: The Estate of Yaron Ungar, et al., Pltfs. Vs The Palestinian Authority, et al., including C T Corporation System, Dfts.
Case No. 00-1051

Dear Mr. Strachman:

We are in receipt of a Notice of Restraining Order, Restraining Order wherein you have named C T Corporation System as a defendant.

C T Corporation System merely acts as statutory agent on behalf of C T Corporation System in the State of CT to receive service of process and forward same to the recipient designated by the entity's attorney. C T Corporation System has no business connection with C T Corporation System other than to furnish the statutory agent for the entity.

We request, at this time, that you take the necessary steps to remove CT Corporation System as a defendant and forward to us a copy of the request to the court.

We will look to you for attorney fees, if it becomes necessary to make an appearance.

Very truly yours,

Mary Foran
Sr. Fulfillment Specialist

Log# 510142213

cc: Rhode Island
    United States District Court
    One Exchange Terrace
    Federal Building and Courthouse
    Providence, RI  02903

cc: New York SOP Support
    One Commercial Plaza
    Hartford, CT 06103
    Tel. 860 724 9044
    Fax 860 724 2001

A WoltersKluwer Company