# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| The Estate of Yaron Ungar, et al | ) |
| PLAINTIFF | ) DOCKET NO. 00-105L |
| V. | ) |
| The Palestinian Authority, et al | ) |
| DEFENDANT | ) |
| Chittenden Corp. | ) |
| TRUSTEE | ) |

## DISCLOSURE UNDER OATH

1. At the time of service of the Trustee Summons, I had in my possession the following goods, effects, credits or other property belonging to the Defendant(s):
   No Accounts
   (If none, so state. Answer Questions No. 3 if you do not know whether some or all of the property should be subject to trustee process.)

2. Today, I have in my possession the following additional goods, effects, credits or other property belonging to the Defendant(s):
   No Accounts
   (If none, so state. Answer Question No. 3 if you do not know whether some or all of the property should be subject to trustee process.)

3. I do not know whether certain of the goods, effects, credits or other property should be subject to trustee process in this case because of the following facts:
   No Accounts
   (Itemize the goods, effects, credits or other property and indicate why such property is in this category. Reasons may include uncertainty as to ownership, possible exemption, or other circumstances.)

4-21-05
Dated

_____
Trustee

STATE OF VERMONT
CHITTENDEN COUNTY, SS.

Before me, personally appeared above-named trustee, or duly disclosed agent of said trustee, and made oath that the above disclosure by him/her subscribed is true.

4-21-05
Dated

_____
Notary Public