**CT** CORPORATION

April 21, 2005

David J. Strachman
McIntyre, Tate, Lynch & Holt LLP
321 South Main Street, Suite 400
Providence, RI  02903

Re:  The Estate of Yaron Ungar, et al., Pltfs. Vs The Palestinian Authority, et al., including Canaan Equity II Offshore C.V., Dfts.
Case No.  00-1051

Dear Mr. Strachman:

We are herewith returning the Notice of Restraining Order, Restraining Order which we received regarding the above captioned matter.

<u>*Canaan Equity II Offshore C.V.*</u>  is not listed on our records or on the records of the State of Connecticut.

Very truly yours,


Mary Foran
Sr. Fulfillment Specialist

Log# 510149392

  cc:  Rhode Island
       United States District Court
       One Exchange Terrace
       Federal Building and Courthouse
       Providence, RI  02903

  cc:  New York SOP Support


One Commercial Plaza
Hartford, CT 06103
Tel. 860 724 9044
Fax 860 724 2001

A WoltersKluwer Company