UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al

Vs.                                                          C.A. NO. 00-105L

THE PALESTINIAN AUTHORITY, et al

### ENTRY OF APPEARANCE

I, Raymond A. Marcaccio, Esquire, hereby enter my appearance on behalf of Brandywine Asset Management, LLC.

_____
Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI  02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 3, 2005