# United States District Court

_____ DISTRICT OF _____

Efrat Ungar

v.

PLO

**APPEARANCE**

CASE NUMBER: 00-105L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Wachovia Corp.

5-5-05
**Date**

X _____
**Signature**

KAREN PERCZARSKI
**Print Name**

BLISH & CAVANAGH
**Address**

30 Exchange Ter
Providence   RI   02903
**City**    **State**    **Zip Code**

401 831 8900
**Phone Number**

319