# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER:** CA 00-105L          **DATE:** 5/5/05

**TITLE OF CASE:** Estate of Yaron Ungar v. The Palestinian Authority

---

Senior District Judge  -    Ronald R. Lagueux

Courtroom clerk  -          Barbara J. Gilfillan

Court Reporter  -           Karen Zinni

---

Motion hearing re: Motion for preliminary injunction and Motion to register judgment is other jurisdictions ; Mr. Strackman for plaintiff, Mr. Sherman/Clarke for defendant; Mr. Maccarcio for Brandywine Asset; Ms. Pelczarski for Wachovia Corp ; arguments heard; motions granted; an injunction shall remain in force and effect until further order of the Court; Order shall enter to register the judgment in other districts; subpoenas shall be returnable on May 11, 2005 at 2:00 pm in this court