UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                  C.A. No.: 00-105L

THE PALESTINIAN AUTHORITY, et al.

## MOTION TO EXCEED PAGE LIMITATION
### (Exhibits)

Now come the plaintiffs and hereby move to exceed the limitation on exhibits to motions. Plaintiffs wish to file the extensive documents in support of their Motion for an Order Pursuant to 28 U.S.C. §1983 permitting immediate registration of their judgment against Defendants PA and PLO in other Federal Districts (these documents have been previously filed with the court as exhibits to Plaintiffs' Memorandum in Support of Plaintiffs' Motion for an Ex Parte Restraining Order and a Temporary).

Plaintiffs, by their Attorneys,

_Granted:_
_Ronald R. Lagueux_
_Sr USDJ   5/5/05_

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ___9th___ day of April 2005 I mailed a true copy of the within to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003

323