UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                         C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

**DEPONENT:**  Canaan Equity II L.P.

**DATE:**  May 13, 2005

**TIME:**  9:00 a.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of Canaan Equity II L.P. on the 13th day of May, 2005 at 9:00 a.m., before a notary public, or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Capalbo & Hartford, 67 High Street, Westerly, RI 02801, at which time and place you may appear and take part in the examination.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)



# CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this _____ day of May, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Canaan Equity II L.P.
105 Rowayton Avenue
Rowayton, CT 06853

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

_____

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

C.A. No. 00 - 105L

v.

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

**DEPONENT:** Canaan Equity III Offshore C.V.

**DATE:** May 13, 2005

**TIME:** 9:00 a.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of Canaan Equity III Offshore C.V. on the 13th day of May, 2005 at 9:00 a.m., before a notary public, or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Capalbo & Hartford, 67 High Street, Westerly, RI 02801, at which time and place you may appear and take part in the examination.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this _____ day of May, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Canaan Equity III Offshore C.V.
105 Rowayton Avenue
Rowayton, CT 06853

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                      C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

**DEPONENT:** Canaan Offshore Management N.V.

**DATE:** May 13, 2005

**TIME:** 9:00 a.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of Canaan Offshore Management N.V. on the 13th day of May, 2005 at 9:00 a.m., before a notary public, or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Capalbo & Hartford, 67 High Street, Westerly, RI 02801, at which time and place you may appear and take part in the examination.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## **CERTIFICATION**

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this _____ day of May, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Canaan Offshore Management N.V.
105 Rowayton Avenue
Rowayton, CT 06853

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

C.A. No. 00 - 105L

v.

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

**DEPONENT:**  Canaan Equity III L.P.

**DATE:**  May 13, 2005

**TIME:**  9:00 a.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of Canaan Equity III L.P. on the 13th day of May, 2005 at 9:00 a.m., before a notary public, or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Capalbo & Hartford, 67 High Street, Westerly, RI 02801, at which time and place you may appear and take part in the examination.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this _____ day of May, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Canaan Equity III L.P.
105 Rowayton Avenue
Rowayton, CT 06853

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

C.A. No. 00 - 105L

v.

THE PALESTINIAN AUTHORITY, et al.

## NOTICE OF DEPOSITION

**DEPONENT:**   Canaan Equity II Offshore C.V.

**DATE:**   May 13, 2005

**TIME:**   9:00 a.m.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30 Plaintiffs will take the testimony, on oral examination, of Canaan Equity II Offshore C.V. on the 13th day of May, 2005 at 9:00 a.m., before a notary public, or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Capalbo & Hartford, 67 High Street, Westerly, RI 02801, at which time and place you may appear and take part in the examination.

Plaintiffs,
By their attorneys,
McINTYRE, TATE, LYNCH & HOLT

_____
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

# CERTIFICATION

I hereby certify that a true copy of the within Notice of Deposition was sent by regular mail, postage prepaid and fax on this ___4___ day of May, 2005, to:

Ramsey Clark, Esquire
Lawrence W. Schilling, Esquire
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman, Esquire
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)

Canaan Equity II Offshore C.V.
105 Rowayton Avenue
Rowayton, CT 06853

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920