UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                                                        00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### ORDER

Upon consideration of Plaintiffs' issuance of subpoenae in connection with this matter, it is hereby:

**ORDERED** that the return date of the subpoenae issued to Wachovia, Ernst & Young LLP, Standard & Poor's Corp., Blackwatch, Brokerage, Inc. and Raymond James financial Services, Inc. shall be extended until May 11, 2005 at 2:00 p.m. when said entities shall appear in courtroom #4 on the second floor of United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, RI 02903 before the Honorable Ronald R. Lagueux.

**SO ORDERED.**

_/s/ Ronald R. Lagueux_
Senior Judge Ronald R. Lagueux
United States District Court
5/9/05

1