# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER:** 00-0105L  **DATE:** May 11, 2005

**TITLE OF CASE:** Estate Efrat Ungar v. P.L.O.

---

Senior, U.S. District Judge Ronald R. Lagueux

**COURTROOM CLERK:** James E. Webb

**COURT REPORTER -** Anne Clayton

---

Hearing: Return of Subpoena

Atty. for Plaintiff      David Strachman, Esq.

Atty. for Deft. PLO   Deming Sherman, Esq.

Atty. for Wachovia   Mary Dunn, Esq.

Both sides make arguments

Wachovia has one week to submit documents to Mr. Strachman.

Atty. David Strachman to prepare order.

Atty. Thomas Laprade to prepare order.