**CT** CORPORATION

May 09, 2005

David J. Strachman
McIntyre, Tate, Lynch & Holt LLP
321 South Main Street
Suite 400
Providence, RI  02903

Re:  The Estate of Yaron Ungar, et al., Pltfs. vs. The Palestinian Authority, et al., Including Canaan Equity III, Offshore C.V., Dfts.
Case No.  00-1051

Dear Sir:

We are herewith returning the Notice of Injunction, Injunction, which we received regarding the above captioned matter.

Canaan Equity III, Offshore C.V. is not listed on our records or on the records of the State of CT.

Very truly yours,


Angela Farineau
Fulfillment Specialist

Log# 510193155

cc:  Rhode Island
     United States District Court,
     One Exchange Terrace,
     Federal Building and Courthouse,
     Providence, RI  02903

cc:  New York SOP Support




One Commercial Plaza
Hartford, CT 06103
Tel.  860 724 9044
Fax 860 724 2001

A WoltersKluwer Company



**CT** CORPORATION

May 10, 2005

David J. Strachman
McIntyre, Tate, Lynch & Holt LLP
321 South Main Street
Suite 400
Providence, RI  02903

Re:  The Estate of Yaron Ungar, et al., Pltfs. vs. The Palestinian Authority, et al., Including Canaan Equity II Offshore C.V., Dfts.
Case No.  00-105L

Dear Sir:

We are herewith returning the Notice of Injunction, Injunction, which we received regarding the above captioned matter.

Canaan Equity II Offshore C.V. is not listed on our records or on the records of the State of CT.

Very truly yours,


Angela Farineau
Fulfillment Specialist

Log# 510198440

cc:  Rhode Island
     United States District Court
     One Exchange Terrace
     Federal Building and Courthouse
     Providence, RI  02903

cc:  New York SOP Support

One Commercial Plaza
Hartford, CT 06103
Tel. 860 724 9044
Fax 860 724 2001

A WoltersKluwer Company

**CT** CORPORATION

May 10, 2005

David J. Strachman
McIntyre, Tate, Lynch & Holt LLP
321 South Main Street
Suite 400
Providence, RI 02903

Re: The Estate of Yaron Ungar, et al., Pltfs. vs. The Palestinian Authority, et al., Including Canaan Equity III Offshore C.V., Dfts.
Case No. 00-105L

Dear Sir:

We are herewith returning the Notice of Injunction, Injunction, which we received regarding the above captioned matter.

Canaan Equity III Offshore C.V. is not listed on our records or on the records of the State of CT.

Very truly yours,


Angela Farineau
Fulfillment Specialist

Log# 510198570

cc: Rhode Island
    United States District Court
    One Exchange Terrace
    Federal Building and Courthouse
    Providence, RI 02903

cc: New York SOP Support

One Commercial Plaza
Hartford, CT 06103
Tel. 860 724 9044
Fax 860 724 2001

A WoltersKluwer Company