# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

   v.            00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## **ORDER**

Upon consideration of Plaintiffs' issuance of subpoenae in connection with this matter on May 11, 2005, it is hereby:

**ORDERED** that Wachovia Corp. shall provide a response to the subpoena previously issued no later than May 18, 2005 directly to the plaintiff.

**SO ORDERED.**

Senior Judge Ronald R. Lagueux
United States District Court

5/17/05

329