**CT** CORPORATION

May 09, 2005

McIntyre, Tate, Lynch & Holt LLP
321 South Main Street,
Suite 400,
Providence, RI  02903

Re:  The Estate of Yaron Ungar, et al., Pltfs. vs. Corporation Trust Co.
Case No.  00-105L

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice and Injunction.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


Jacqueline Witzman
Process Specialist

Log# 510195005

FedEx #7922-7711-9350

cc:  Rhode Island US District Court
    Garrahy Judicial Complex,
    1 Dorrance Plaza,
    Providence, RI  02903

cc:  New York SOP Support



Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Tel. 302 777 0200
Fax 302 658 2919

A WoltersKluwer Company