**CT** CORPORATION

May 11, 2005

McIntyre, Tate, Lynch & Holt
321 South Main Street,
Suite 400,
Providence, RI 02903

Re: The Estate of Yaron Ungar, et al., Pltfs. vs. The Palestinian Authority, et al., Dfts. To: Mellon Financial
Case No. 00-105L

Dear Sir/Madam:

We are herewith returning the Notice of Injunction. which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Mellon Financial. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 510195054

cc: Rhode Island District: United States District Court
    John O. Pastore Federal Building,
    Two Exchange Terrace,
    Providence, RI 02903-1779



cc: New York SOP Support

   111 Eighth Avenue
   New York, NY 10011
   Tel. 212 894 8940
   Fax 212 590 9180

A WoltersKluwer Company