

KeyBank
Judgment Processing
4910 Tiedeman Road
Brooklyn, OH 44144

Tel: 1-877-370-6177 (option 2)
Fax: (216) 357-6595

Via Certified Mail

May 19, 2005

David J. Strachman
321 South Main Street, Suite 400
Providence, RI 02903

RE:   *The Estate of Yaron Ungar vs. The Palestinian Authority.*, Injuction
      United States District Court of Rhode Island

Dear Mr. Strachman:

In response to the above-mentioned order served on KeyBank on May 17, 2005, the following has been determined regarding the accounts of The Palestinian Authority:

| | |
|---|---|
| Palestinian Authority | No record in based on information provided. |
| Palestine Liberation Organization | No record in based on information provided. |
| Palestinian National Authority | No record in based on information provided. |
| Palestinian Investment Fund | No record in based on information provided. |
| Palestine Pension Fund | No record in based on information provided. |
| Palestine Commercial Services Company | No record in based on information provided. |
| Palestine Pension Fund Ins. And Pension General Corp. | No record in based on information provided. |
| Palestinian National Fund | No record in based on information provided. |
| Palestine Monetary Fund | No record in based on information provided. |
| SAMED | No record in based on information provided. |
| PECDAR | No record in based on information provided. |



**Palestine Monetary**         No record in based on information provided.
**Authority**

If you have any questions, please feel free to contact me at 216-813-7730
Sincerely,

Dawn Salcedo
Special Operations/Judgment Processing

cc: US District Court Northern District of Rhode Island