UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' URGENT *EX PARTE* MOTION FOR AN EXPEDITED HEARING

For the reasons set forth in the accompanying Memorandum, plaintiffs respectfully move the Court for an Order

(1) Setting a hearing on or before June 10, 2005, on Plaintiffs' Motion for Appointment of a Receiver;

(2) Directing that Plaintiffs' Motion for Appointment of a Receiver shall be filed with the Court, and served on the office of Defendants' counsel by facsimile or in hand, by June 3, 2005;

(3) Directing that Defendants' response, if any, to Plaintiffs' Motion for Appointment of a Receiver shall be filed with the Court, and served on the office of Plaintiffs' counsel by facsimile or in hand, at least 48 hours prior to the hearing thereon.

Plaintiffs, by their Attorneys,

_____  6/2/05
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

1

*Granted – hearing set for June 14, 2005 at 10 AM Courtroom 4;*

*Ronald R. Lagueux, Sr USDJ 6/7/05*