UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.

v.                                                   C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### MOTION TO EXCEED PAGE LIMITATION

Now come the plaintiffs and hereby move to exceed the page limitation on memoranda.

Plaintiffs move to file the attached VERIFIED MEMORANDUM IN SUPPORT OF

PLAINTIFFS' MOTION FOR APPOINTMENT OF A RECEIVER which slightly exceeds the

page limitation.  In order to provide a complete factual basis and a complete legal basis for the

relief sought, it is necessary for the plaintiffs to provide a rich discussion of the issues involved.

Plaintiffs believe that the Court will be greatly assisted by plaintiffs' proposed memorandum.


Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095  (fax)

<u>CERTIFICATION</u>

I hereby certify that on the ___3___ day of June 2005 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(via Federal Express and Email)

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(via hand delivery)

2