UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**MOTION TO EXCEED PAGE LIMITATION**

Now come the plaintiffs and hereby move to exceed the page limitation on memoranda. Plaintiffs move to file the attached VERIFIED MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF A RECEIVER which slightly exceeds the page limitation. In order to provide a complete factual basis and a complete legal basis for the relief sought, it is necessary for the plaintiffs to provide a rich discussion of the issues involved. Plaintiffs believe that the Court will be greatly assisted by plaintiffs' proposed memorandum.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 3 day of June 2005 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(via Federal Express and Email)

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(via hand delivery)