UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                                           00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Plaintiffs move to exceed the five page limit on exhibits to their Verified Memorandum in Support of Plaintiffs' Motion for Appointment of a Receiver. The exhibits are as follows:

| | |
|---|---|
| A. | Plaintiffs' deposition notice to Palestine Liberation Organization |
| B. | Plaintiffs' deposition notice to Palestinian Authority |
| C. | Correspondence of April 19, 2005 from defendants' counsel to plaintiffs' counsel |
| D. | Valuation and "Transparency Diagnostics Methodology" report prepared by the Standard and Poors and the Democracy Council for the Canaan Equity II Offshore CV |
| E. | Valuation and "Transparency Diagnostics Methodology" report prepared by the Standard and Poors and the Democracy Council for the Canaan Equity III Offshore CV |
| F. | Valuation and Transparency reports for Chalcedony |
| G. | West Bank and Gaza Country Financial Accountability Assessment, published in June 2004 |
| H. | PIF webpage "About Us" at www.pa-inv-fund.com/About.aspx |
| I. | Valuation and Transparency reports for Onyx |
| J. | Valuation and Transparency reports for Silverhaze |

K. Valuation and Transparency reports for Delma

L. Declaration of Avraham Colthof

M. Objections of Defendants Palestinian Authority and Palestine Liberation Organization

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ___ day of June, 2005 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(via Federal Express and Email)

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(via hand delivery)

_____