UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Plaintiffs move to exceed the five page limit on exhibits to their Verified Memorandum in Support of Plaintiffs' Motion for Appointment of a Receiver. The exhibits are as follows:

A. Plaintiffs' deposition notice to Palestine Liberation Organization

B. Plaintiffs' deposition notice to Palestinian Authority

C. Correspondence of April 19, 2005 from defendants' counsel to plaintiffs' counsel

D. Valuation and "Transparency Diagnostics Methodology" report prepared by the Standard and Poors and the Democracy Council for the Canaan Equity II Offshore CV

E. Valuation and "Transparency Diagnostics Methodology" report prepared by the Standard and Poors and the Democracy Council for the Canaan Equity III Offshore CV

F. Valuation and Transparency reports for Chalcedony

G. West Bank and Gaza Country Financial Accountability Assessment, published in June 2004

H. PIF webpage "About Us" at www.pa-inv-fund.com/About.aspx

I. Valuation and Transparency reports for Onyx

J. Valuation and Transparency reports for Silverhaze

K. Valuation and Transparency reports for Delma

L. Declaration of Avraham Colthof

M. Objections of Defendants Palestinian Authority and Palestine Liberation Organization

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 3rd day of June, 2005 I mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(via Federal Express and Email)

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(via hand delivery)