UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.

v.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.


**MOTION TO EXCEED PAGE LIMITATION**


Now come the plaintiffs and hereby move to exceed the page limitation on memoranda.

Plaintiffs move to file the attached VERIFIED MEMORANDUM IN SUPPORT OF

PLAINTIFFS' MOTION FOR APPOINTMENT OF A RECEIVER which slightly exceeds the

page limitation.  In order to provide a complete factual basis and a complete legal basis for the

relief sought, it is necessary for the plaintiffs to provide a rich discussion of the issues involved.

Plaintiffs believe that the Court will be greatly assisted by plaintiffs' proposed memorandum.


Plaintiffs, by their Attorneys,


David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095  (fax)


Granted :  Ronald R. Lagueux
Sr. USDJ  6/7/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THE ESTATE OF YARON UNGAR, et al.


v.                                                                        00 - 105L


THE PALESTINIAN AUTHORITY, et al.


## PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Plaintiffs move to exceed the five page limit on exhibits to their Verified Memorandum in Support of Plaintiffs' Motion for Appointment of a Receiver.  The exhibits are as follows:

A.        Plaintiffs' deposition notice to Palestine Liberation Organization

B.        Plaintiffs' deposition notice to Palestinian Authority

C.        Correspondence of April 19, 2005 from defendants' counsel to plaintiffs' counsel

D.        Valuation and "Transparency Diagnostics Methodology" report prepared by the Standard and Poors and the Democracy Council for the Canaan Equity II Offshore CV

E.        Valuation and "Transparency Diagnostics Methodology" report prepared by the Standard and Poors and the Democracy Council for the Canaan Equity III Offshore CV

F.        Valuation and Transparency reports for Chalcedony

G.        West Bank and Gaza Country Financial Accountability Assessment, published in June 2004

H.        PIF webpage "About Us" at www.pa-inv-fund.com/About.aspx

I.        Valuation and Transparency reports for Onyx

J.        Valuation and Transparency reports for Silverhaze

Granted : Ronald R. Lagueux
SJ, USDJ 6/7/05