**CT** CORPORATION

June 02, 2005



David R. Strachman
McIntyre, Tate, Lynch & Holt LLP
321 South Main Street, Suite 400,
Providence, RI 02903

Re: To: Wells Fargo Re: Notice of Injunction

Dear Sir/Madam:

We are herewith returning the Notice of Injunction which we received regarding the above captioned matter.

**Wells Fargo** is not listed on our records or on the records of the State of CA.

Very truly yours,

Mara Velasco
Sr. Process Specialist

Log# 510268220

cc: Rhode Island, United States District Court
    One Exchange Terrace, Federal Building and Courthouse
    Providence, RI 02903 ** **

cc: New York SOP Support

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017
Tel. 213 627 8252
Fax 213 614 1876

A WoltersKluwer Company