UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

------------------------------------x

THE ESTATE OF YARON UNGAR, et al. :

Plaintiffs, : Case No. 00-105L

v. :

THE PALESTINIAN AUTHORITY, et al. :

Defendants. :

------------------------------------x

**MOTION OF NON-PARTIES CANAAN EQUITY OFFSHORE C.V., CANAAN EQUITY II OFFSHORE C.V. AND CANAAN EQUITY III OFFSHORE C.V. TO EXCEED THE PAGE LIMITATION FOR APPENDICES AND/OR EXHIBITS**

Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") respectfully move for leave to file an oversized affidavit (with exhibits), not to exceed 55 pages in total, in support of their impending motion seeking clarification of the Court's May 5, 2005 injunction that was sent to them by plaintiffs' counsel (the "Injunction").

Since learning of the Injunction, Canaan has endeavored to comply with its letter and spirit. There are, however, two aspects of the Injunction in connection with which the Court's guidance is required so that Canaan can continue to remain in compliance with the Injunction. Canaan thus intends to file a motion seeking clarification as to which of the limited partner investors in its venture funds are covered by the Injunction and whether, in light of the Injunction, certain management actions may be taken by Canaan in connection with those funds.



Granted: Ronald R. Lagueux
Sr. USDJ 6/14/05