# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER: CA 00-105L**           **DATE: 6/15/05**

**TITLE OF CASE: Ungar v. PLO**

_____

Senior District Judge -    Ronald R. Lagueux

Courtroom clerk -        Barbara J. Gilfillan

Court   Reporter-       Karen   Zinni
_____

Motion hearing re: motion for appointment of a receiver; arguments heard; motion denied; Mr. Strachman for plaintiff,
Mr. Sherman/Schilling for defendant, Karen Zinni court reporter