# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER: CA 00-105L** **DATE: 6/15/05**

**TITLE OF CASE: Ungar v. PLO**

---

Senior District Judge - Ronald R. Lagueux

Courtroom clerk - Barbara J. Gilfillan

Court Reporter- Karen Zinni

---

Motion hearing re: motion for appointment of a receiver; arguments heard; motion denied; Mr. Strachman for plaintiff, Mr. Sherman/Schilling for defendant, Karen Zinni court reporter