UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.                                                                                          00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### PLAINTIFFS' MOTION FOR APPOINTMENT OF A RECEIVER

For the reasons set forth in the accompanying Verified Memorandum and the exhibits thereto, plaintiffs respectfully move the Court for an Order appointing a Receiver to enforce the judgment entered by this Court against The Palestinian Authority and The Palestine Liberation Organization on July 13, 2004.[1]

*Denied after hearing*
*Ronald R. Lagueux*
*Sn. USDJ  6/15/05*

Plaintiffs, by their Attorneys,

_____ 6/3/05
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

---

[1] As discussed at length in their Verified Memorandum, plaintiffs seek appointment of a Receiver solely to enforce their judgment. The Receiver would be free to initiate necessary proceedings against the PA and PLO and any parties holding their property, but the Receiver would have no authority over the operations and activities of the PA and the PLO themselves. In other words, plaintiffs are not seeking to place the PA and PLO themselves "in receivership," but rather to appoint a Receiver to act as an officer and "arm" of the Court to conduct consolidated enforcement proceedings.

1