**CT** CORPORATION

RECEIVED
JUN 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

May 27, 2005

Rhode Island, United States District Court
1 Dorrance Plaza,
Providence, RI 02903

Re: The Estate of Yaron Unger, et al., Pltf. vs. The Palestinian Authority, et al., Dft. TO: Cannan Equity II Offshore C V
Case No. 00105L

Dear Sir/Madam:

We are herewith returning the Notice of Injunction which we received regarding the above captioned matter.

Cannan Equity II Offshore C V is not listed on our records or on the records of the State of CA.

Very truly yours,

Cora Polk
Process Specialist

Log# 510254927

cc:

cc: New York SOP Support