UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Plaintiffs move to exceed the five page limitation on exhibits to their Memorandum in Support of Plaintiffs' Urgent Motion to Add Clarificatory Language to the Injunction of May 5, 2005.

Plaintiffs desire to file two documents which total 10 pages.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 27 day of June, 2005 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Deming E. Sherman
EDWARDS & ANGELL, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(v/fax 401-276-6611)