UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.

THE PALESTINIAN AUTHORITY, et al.



00- 105L

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS

Plaintiffs move to exceed the five page limitation on exhibits to their Memorandum in Support of Plaintiffs' Urgent Motion to Add Clarificatory Language to the Injunction of May 5, 2005.

Plaintiffs desire to file two documents which total 10 pages.

Plaintiffs, by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

### CERTIFICATION

I hereby certify that on the ___ day of June, 2005 I faxed and mailed a true copy of the within to:

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
(v/fax 212-979-1583)

Granted;

Ronald R. Lagueux
Sr. USDJ  7/6/05