UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al. | : | |
| Plaintiffs, | : | Case No. 00-105L |
| v. | : | |
| THE PALESTINIAN AUTHORITY, et al. | : | |
| Defendants. | : | |

**MOTION OF NON-PARTIES CANAAN EQUITY OFFSHORE C.V., CANAAN EQUITY II OFFSHORE C.V. AND CANAAN EQUITY III OFFSHORE C.V. SEEKING CLARIFICATION OF THE COURT'S MAY 5, 2005 INJUNCTION**

Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. hereby move for clarification of the Court's May 5, 2005 Injunction, for the reasons set forth in the memorandum of law and affidavit submitted herewith.

CANAAN EQUITY OFFSHORE C.V.,
CANAAN EQUITY II OFFSHORE C.V., AND
CANAAN EQUITY III OFFSHORE C.V.

By Their Attorneys,

JAMES R. OSWALD, ESQ.
R. BART TOTTEN, ESQ.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607 / 751-0604

Dated: June 14, 2005

**- and -**

**ROBERT A. ALESSI, ESQ.**
**TAMARA L. SCHLINGER, ESQ.**
**CAHILL GORDON & REINDEL LLP**
**Eighty Pine Street**
**New York, New York 10005-1702**
**Tel: (212) 701-3000**
**Fax: (212) 269-5420**

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within to be mailed via United States mail, postage prepaid, on this 14th day of June, 2005 to:

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, RI 02903

Deming E. Sherman, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Ramsey Clark, Esq.
Lawrence W. Schilling, Esq.
Ramsey Clark & Lawrence W. Schilling Law Offices
36 East 12th Street
New York, NY 10003