UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al.<br>Plaintiffs | :<br>:<br>: |
| vs. | :    C.A. No: 00-105L |
| THE PALESTINIAN AUTHORITY, et al.<br>Defendants | :<br>:<br>: |

## MOTION FOR ENTRY OF APPEARANCE
## PRO HAC VICE

Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") hereby move that Tamara L. Schlinger be admitted *Pro Hac Vice* in the above case as associate trial counsel with local associate counsel identified below for the purpose of participating in the hearing on Canaan's June 14, 2005 Motion Seeking Clarification of the Court's May 5, 2005 Injunction and proceedings relating thereto, on the grounds of the longstanding representation of the Canaan entities by Ms. Schlinger's firm.

By their attorneys,

/s/ James R. Oswald
James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903-2543
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: July 20, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.  :
        Plaintiffs  :
           :
vs.  :  C.A. No: 00-105L
           :
THE PALESTINIAN AUTHORITY, et al.  :
        Defendants  :

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the Bar of the State of New York and of the Bars of the U.S. District Courts for the Eastern, Northern and Southern Districts of New York, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months, I have not appeared or applied to be admitted in any cases in the District of Rhode Island.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the

Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7.  For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

/s/ Tamara L. Schlinger
Tamara L. Schlinger
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005-1702
Tel: (212) 701-3000
Fax: (212) 269-5420

Local Associate Counsel:

James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607