# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v.  00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ORDER

The Restraining Order issued by this Court on April 19, 2005 ("Restraining Order") and the Injunction issued by this Court on May 5, 2005 ("Injunction") are hereby amended *nunc pro tunc* as follows:

1. At the end of Paragraph 2 of the Restraining Order and the Injunction, the following clarificatory language is added:

> **Nothing in this paragraph shall limit or restrict Plaintiffs from conducting any collection, attachment, enforcement or turnover proceedings against any funds or deposits in the office accounts, or shield any funds or deposits in the office accounts from such proceedings.**

2. Following Paragraph 3 of the Restraining Order and the Injunction, the following clarificatory Paragraph 4 is added:

> **4. Nothing herein shall enjoin, restrain or otherwise prevent any person or entity from turning over or transferring to any of the Plaintiffs any assets or property in which either Defendant has an interest.**

SO ORDERED

Date: 8/3/, 2005

Senior Judge Ronald R. Lagueux
United States District Court