UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al. Plaintiffs | : | |
| vs. | : | C.A. No: 00-105L |
| THE PALESTINIAN AUTHORITY, et al. Defendants | : | |

**ORDER**: This motion is hereby GRANTED

Ronald R. Lagueux
U.S. District Judge
Date: 8/3/05

Presented by

James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

*334403_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.
Plaintiffs

vs. : C.A. No: 00-105L

THE PALESTINIAN AUTHORITY, et al.
Defendants

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") hereby move that Tamara L. Schlinger be admitted *Pro Hac Vice* in the above case as associate trial counsel with local associate counsel identified below for the purpose of participating in the hearing on Canaan's June 14, 2005 Motion Seeking Clarification of the Court's May 5, 2005 Injunction and proceedings relating thereto, on the grounds of the longstanding representation of the Canaan entities by Ms. Schlinger's firm.

By their attorneys,

James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903-2543
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: July 20, 2005

SCANNED
356

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al.<br>Plaintiffs | : | |
| vs. | : | C.A. No: 00-105L |
| THE PALESTINIAN AUTHORITY, et al.<br>Defendants | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") hereby move that Robert A. Alessi be admitted *Pro Hac Vice* in the above case as associate trial counsel with local associate counsel identified below for the purpose of participating in the hearing on Canaan's June 14, 2005 Motion Seeking Clarification of the Court's May 5, 2005 Injunction and proceedings relating thereto, on the grounds of the longstanding representation of the Canaan entities by Mr. Alessi and his firm.

By their attorneys,

James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza – 8th Floor
Providence, RI 02903-2543
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: July 20, 2005

SCANNED

357