**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

CASE NUMBER:    CA05-105L                                September 14, 2005

TITLE: Efrat Ungar v. PLO, et al

SENIOR DISTRICT JUDGE:  Ronald R. Lagueux

COURTROOM CLERK:  Barbara J. Gilfillan

COURT REPORTER:  Anne Clayton

INTERPRETER: n/a

_____

COUNSEL PRESENT:     Plaintiff/Government -  David Strachman
                     Non-party Canaan - James Oswald

**RE**:  Non-party Canaan's Motion for clarification of Order -  Motion will be withdrawn; Mr. Oswald will prepare an order