**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-105L** **September 14, 2005**

**TITLE: Efrat Ungar v. PLO, et al**

**SENIOR DISTRICT JUDGE: Ronald R. Lagueux**

**COURTROOM CLERK: Barbara J. Gilfillan**

**COURT REPORTER: Anne Clayton**

**INTERPRETER: n/a**

---

**COUNSEL PRESENT:** **Plaintiff/Government - David Strachman**
**Non-party Canaan - James Oswald**

RE: Non-party Canaan's Motion for clarification of Order - Motion will be withdrawn; Mr. Oswald will prepare an order