UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al :
Plaintiffs :
VS. : C.A. NO 00-105L
:
THE PALESTINIAN AUTHORITY, et al :
Defendants :

**ORDER**

WHEREAS, non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") requested by letter dated September 8, 2005 that the hearing on their pending motion for clarification of this Court's May 5, 2005 Injunction (the "Clarification Motion") be continued so that Canaan, the parties to this lawsuit and other interested persons can litigate these issues in one forum – the related proceeding commenced by plaintiffs in the United States District Court for the District of Connecticut, captioned David Strachman, Administrator of the Estate of Yaron Ungar, et al v. The Palestinian Authority, et al., No. 3:05-mc-00208-PCD (the "Connecticut Proceeding"); and

WHEREAS, neither plaintiffs nor defendants to this lawsuit objected to Canaan's request to continue the hearing on its Clarification Motion in light of the Connecticut Proceeding; and

WHEREAS, this Court held a hearing on September 14, 2005 in connection with the Clarification Motion; and

WHEREAS, upon the recommendation made by the Court during the September 14, 2005 hearing, Canaan orally moved during that hearing to withdraw its Clarification Motion without prejudice in light of the Connecticut Proceeding;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Canaan's motion to withdraw its Clarification Motion without prejudice is GRANTED.

**SO ORDERED:**

Ronald R. Lagueux
Ronald R. Lagueux, J. Sr. USDJ

Dated: 9/20/05

Respectfully submitted,

CANAAN EQUITY OFFSHORE C.V.,
CANAAN EQUITY II OFFSHORE C.V.,
AND CANAAN EQUITY III OFFSHORE C.V.

By Their Attorneys,

JAMES R. OSWALD, ESQ.
R. BART TOTTEN, ESQ.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607 / 751-0604

Dated: September 19, 2005

- and -

ROBERT A. ALESSI, ESQ.
TAMARA L. SCHLINGER, ESQ.
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005-1702
Tel: (212) 701-3000
Fax: (212) 269-5420

## CERTIFICATION

I hereby certify that I caused a true and accurate copy of the within to be mailed via United States mail, postage prepaid, on this 19th day of September, 2005 to:

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, RI 02903

Deming E. Sherman, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

*346018_1.doc*