UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | ) ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al | ) ) ) ) ) ) |

## NOTICE OF FILING

Notice is hereby given that The Palestinian Authority and the Palestine Liberation Organization are filing motions for abatement of proceedings in all actions pending against them in United States courts under the Anti-Terrorism Act of 1991. A copy of one such motion is attached hereto as Exhibit A.

Since there are no matters pending in this case at this time, no motion is filed. The defendants reserve the right to file such a motion or seek similar relief in the event that there are further proceedings in this case.

January 31, 2006

_/s/ Deming E. Sherman_
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)

Ramsey Clark
Lawrence W. Schilling
37 West 12th Street - 2B
New York, NY 10011
212-989-6613
212-979-1583 (Fax)

Attorneys for Defendants
The Palestinian Authority and
The PLO

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2006, I mailed a copy of the within Notice of Filing to David J. Strachman, Esq., McIntyre, Tate, Lynch and Holt, Suite 400, 321 South Main Street, Providence, RI 02903.

*Deming E. Sherman*

- 2 -

PRV_783919_1/DSHERMAN