UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**NOTICE OF DEPOSITION**

**DEPONENT: Pieter Stalenhoef, Evergreen Investment Management**

**DATE: April 5, 2006**

**TIME: 9:00 a.m.**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 69(a) and 30, Plaintiffs will take the testimony, on oral examination, of Peter Salenhoef, an employee of Evergreen Investment Management on the 5th day of April, 2006 at 9:00 a.m., before a notary public or some other duly qualified person, at which time and place Evergreen Investment Management must cause Pieter Stalenhoef, an officer/employee of Evergreen Investment Management to appear.

The deposition will continue thereafter from day to day. The deposition will take place at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 22nd day of March 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

Pieter Stalenhoef
Evergreen Investment Management
200 Berkley Street
Boston, MA 02116
(fax 617-210-2786)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**NOTICE OF DEPOSITION**

**DEPONENT: Citigroup Asset Management National LTD**

**DATE: April 5, 2006**

**TIME: 10:00 a.m.**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 69(a) and 30, Plaintiffs will take the testimony, on oral examination, of an officer or employee of Citigroup Asset Management National LTD on the 5th day of April, 2006 at 10:00 a.m., before a notary public or some other duly qualified person, at which time and place Citigroup Asset Management National LTD must cause an officer/employee to appear.

The deposition will continue thereafter from day to day. The deposition will take place at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 22nd day of March 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

Citigroup Asset Management National LTD
331 Roberts Street, Suite 203
East Hartford, CT 06108

______________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**NOTICE OF DEPOSITION**

**DEPONENT: Mark Miller c/o Fortis Investments**

**DATE: April 5, 2006**

**TIME: 11:00 a.m.**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 69(a) and 30, Plaintiffs will take the testimony, on oral examination, of Mark Miller, an employee of Fortis Investments on the 5th day of April, 2006 at 11:00 a.m., before a notary public or some other duly qualified person, at which time and place Fortis Investments must cause Mark Miller, an officer/employee of Fortis Investments to appear.

The deposition will continue thereafter from day to day. The deposition will take place at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 23 day of March 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

Mark Miller
Fortis Investments
75 State Street, Suite 27
Boston, MA 02109
(fax 617-439-9789)

________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**NOTICE OF DEPOSITION**

**DEPONENT: Masroor Siddiqui, Putnam Investments**

**DATE: April 5, 2006**

**TIME: 12:00 p.m.**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 69(a) and 30, Plaintiffs will take the testimony, on oral examination, of Masroor Siddiqui, an employee of Putnam Investments on the 5th day of April, 2006 at 12:00 p.m., before a notary public or some other duly qualified person, at which time and place Putnam Investments must cause Masroor Siddiqui, an officer/employee of Putnam Investments to appear.

The deposition will continue thereafter from day to day. The deposition will take place at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 27 day of March 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

Masroor Siddiqui
Putnam Investments
100 Financial Park
Franklin, MA 02038-3232
(fax 800-250-8214)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

**NOTICE OF DEPOSITION**

**DEPONENT: Francis Cueto, Bain Capital**

**DATE: April 5, 2006**

**TIME: 1:00 p.m.**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 69(a) and 30, Plaintiffs will take the testimony, on oral examination, of Francis Cueto, an employee of Bain Capital on the 5th day of April, 2006 at 1:00 p.m., before a notary public or some other duly qualified person, at which time and place Bain Capital must cause Francis Cueto, an officer/employee of Bain Capital to appear.

The deposition will continue thereafter from day to day. The deposition will take place at McIntyre, Tate, Lynch & Holt, 321 South Main Street, Suite 400, Providence, RI 02903, at which time and place you are to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 21st day of March 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

Francis Cueto
Bain Capital
111 Huntington Avenue
Boston, MA 02199
(fax 617-516-2010)

[signature]