UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

      Plaintiffs – Judgment Creditors

  v.                                               C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

      Defendants – Judgment Debtors

**PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBIT F TO PLAINTIFFS' CREDITOR'S BILL PURSUANT TO R.I.G.L. §9-28-1**

Plaintiffs move pursuant to LR Gen 102 to file under seal Exhibit F to Plaintiffs' Creditors' bill. Plaintiffs' motion is supported by the attached memorandum. A proposed order is also attached.

                                                      Plaintiffs, by their Attorneys,

                                                      _____
                                                      David J. Strachman #4404
                                                      McIntyre, Tate & Lynch
                                                      321 South Main Street, Suite 400
                                                      Providence, RI 02903
                                                      (401) 351-7700
                                                      (401) 331-6095 (fax)

CERTIFICATION

1

I hereby certify that on the ___3rd___ day of July 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)



2

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs – Judgment Creditors

v.                                                 C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants – Judgment Debtors

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO FILE UNDER SEAL EXHIBIT F TO PLAINTIFFS' CREDITOR'S BILL PURSUANT TO R.I.G.L. §9-28-1

Simultaneous with the filing of this motion, Plaintiffs have filed a Creditor's Bill pursuant to R.I.G.L. §9-28-1. Plaintiffs' pleading references an Exhibit F, which they obtained in response to a subpoena and which is subject to a confidentiality agreement. Therefore, Plaintiffs move to file said exhibit under seal.

                                    Plaintiffs, by their Attorneys,

                                    David J. Strachman  #4404
                                    McIntyre, Tate & Lynch
                                    321 South Main Street, Suite 400
                                    Providence, RI 02903
                                    (401) 351-7700
                                    (401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on the ⁔3-7⁔ day of July 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)



2