UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBIT F TO PLAINTIFFS' CREDITOR'S BILL PURSUANT TO R.I.G.L. §9-28-1**

Plaintiffs move pursuant to LR Gen 102 to file under seal Exhibit F to Plaintiffs' Creditors' bill. Plaintiffs' motion is supported by the attached memorandum. A proposed order is also attached.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate & Lynch
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 3rd day of July 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)

____________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO FILE UNDER SEAL EXHIBIT F TO PLAINTIFFS' CREDITOR'S BILL PURSUANT TO R.I.G.L. §9-28-1**

Simultaneous with the filing of this motion, Plaintiffs have filed a Creditor's Bill pursuant to R.I.G.L. §9-28-1. Plaintiffs' pleading references an Exhibit F, which they obtained in response to a subpoena and which is subject to a confidentiality agreement. Therefore, Plaintiffs move to file said exhibit under seal.

Plaintiffs, by their Attorneys,

David J. Strachman #4404
McIntyre, Tate & Lynch
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 27 day of July 2006, I faxed and mailed a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
(fax 212-979-1583)

Deming E. Sherman
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
(fax 401-276-6611)