# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs – Judgment Creditors

v.                                                      C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants – Judgment Debtors

## ORDER

Upon consideration of Plaintiffs' motion to seal, it is hereby ordered that said motion is granted and that Exhibit F to Plaintiffs' Creditor's Bill may be filed under seal.

*Ronald R. Lagueux*
Sn. USDJ 7/17/06

1