UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

ORDER

Upon consideration of Plaintiffs' motion to seal, it is hereby ordered that said motion is granted and that Exhibit F to Plaintiffs' Creditor's Bill may be filed under seal.

Ronald R. Lagueux
Sn. USDJ 7/17/06