UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

The Estate of Yaron Ungar, et al

vs. CA00-105L

The Palestinian Authority, et al

**ORDER**

The Plaintiffs' request for default on the Creditor's Bill is scheduled for hearing before Senior US District Judge Ronald R. Lagueux on September 13, 2006 at 11:00 am in Courtroom 4 at USDC for the District of Rhode Island.

ENTER:

Ronald R. Lagueux
Senior US District Judge
8/3/06

SO ORDERED: