UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**ORDER**

Upon consideration of Plaintiffs' Application for Relief Under Fed.R.Civ.P. 55 in Respect to Their Creditor's Bill and for the reasons stated therein, and upon the hearing held thereon on September 13, 2006, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Clerk shall forthwith enter the default of defendant Palestinian Authority for failure to plead or otherwise defend against plaintiffs' Creditor's Bill (docket #370); and

(2) Following such entry of default the Clerk shall forthwith prepare and enter a final judgment for the plaintiffs and against defendant Palestinian Authority on plaintiffs' Creditor's Bill (docket #370), which final judgment shall state as follows:

> Final judgment for Plaintiffs, The Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Judith Ungar, Meir Ungar, Michal Cohen, Amichai Ungar and Dafna Ungar, against Defendant, the Palestinian Authority.
>
> All of the Palestinian Authority's ownership rights in the Palestinian Commercial Services Company (a/k/a "Palestine Commercial Services Company") that are evidenced by the certificates attached hereto to as Appendices 1 and 2, and

all of the Palestinian Authority's ownership rights in the Palestine Investment Fund Company (a/k/a "Palestinian Investment Fund" or "Sharekat Sundouk al-Istithmar al-Filistinee") that are evidenced by the certificate attached hereto to as Appendix 3, and

all rights, benefits and interests of the Palestinian Authority in all property, assets and credits, of any type, that are titled and/or owed to the Palestinian Commercial Services Company (a/k/a "Palestine Commercial Services Company") and/or to the Palestine Investment Fund Company (a/k/a "Palestinian Investment Fund" or "Sharekat Sundouk al-Istithmar al-Filistinee"),

are hereby assigned, transferred and conveyed to The Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Judith Ungar, Meir Ungar, Michal Cohen, Amichai Ungar and Dafna Ungar.

and;

(3) The Clerk shall attach to the final judgment described above true copies of the documents that are attached to plaintiffs' Creditor's Bill (docket #370) as Exhibits C, D and F, and shall mark those documents as Appendices 1, 2 and 3, respectively, to the final judgment; and

(4) The assignment, transfer and conveyance effected by the final judgment described above shall not constitute satisfaction of any part of the judgment entered in this matter on July 13, 2004. The plaintiffs shall file a partial or full satisfaction (as the case may be) of the judgment entered on July 13, 2004, only upon actual receipt by the plaintiffs of any cash recovery, and only to the extent of any such actual cash recovery.

**SO ORDERED.**

September 13, 2006

Ronald R. Lagueux

Senior Judge Ronald R. Lagueux
United States District Court
9/13/06