Palestinian National Authority
Ministry of Economy Industry
& I Companies Controller



IIS~uIIr~lr~
COMPANIES CONTP,nI,,LKll
Eₐ t
t,I=rs].Ia "CU,,','j
. 01
CC NOIr1Y.II In.

## Certificate of a Public Shareholding Company Issued by Companies Controller
### In accordance with Companies Law No. (12) for the year 1964

This is to certify that Sharekat Sundouk Alistithmar Alfilistinee "Palestine Investment Fund" Public Shareholding Company. Address Gaza,

With details below is registered at the Companies Registry as Public Shareholding Company wider No. (56260718) on 17/3/2003

With Issued Share capital US $ 500,000,000.00

| Shareholders | Address | Activity | Authorized Signature on behalf of the Company |
|---|---|---|---|
| Palestinian National Authority | Gaza | General Investment as detailed in Company's Articles of Association. | As determined by Board of Directors |

Comps us Co"r"
CONTROLLER
Omar Alltroub
D>1.55J~

e, t39
J"ar""FY⁴



MINISTRY
OF ECONOMY. INDUSTRY 6 TRADE

,1-03 Sid



بسام مصلح و محمد زبعي
B. MUSLEH & M. A. RABAI

No. 563104165
Date: 4/8/1994

Palestine National Authority
Gaza Strip-Ministry of Justice
Company Registrar Office

### Company Law, Year 1929 and its Amendments
### Certificate of Company Incorporation

I certify that the Palestinian Commercial Services Company (PCSC) has been incorporated in accordance with the Company Law for the year 1929 and it's Amendments as a company owned and controlled by the Palestinian Authority.

It has been registered in Gaza under number (563104165) on the 4th day of August 1994.

This Certificate has been issued under my signature on 4th day of August 1994.

Company Registrar
Fathi Mohammed Al-Aloul

I certify that this is a true copy of the original Certificate.

Attorney
Bassam Musleh                    13/1/2003

BASSAM MUSLEH

Al-Birch - Al-Irsal St. - Al-Salam Building
Tel. 2966124 - 2966125



**B. MUSLEH & M. A. RABAI**

No. 563104165

Date: 21/3/1998

Palestine National Authority

Ministry of Justice - Gaza Strip

Company Registration Department

Company Law, Year 1929 and its Amendments

Certificate

I certify that the Palestinian Commercial Services Company (PCSC) a joint stock company (private), incorporated in Gaza under No. (563104165) dated 4/8/1994, that its capital has been increased to US Dollars Twenty Million ($20,000,000) in accordance with the Board of Directors decision on 19/3/1998.

The increase in the capital has been registered in Company Registry on 21st March 1998.

This Certificate has been given under my signature on 21st March 1998.

Company Registrar

Fathi Mohammed Al-Aloul

I certify that this is a true copy of the original Certificate.

Attorney
Bassam Musleh

BASSAM MUSLEH

13/1/2003

Al-Bireh - Al-Irsal St. - Al-Salam Building
Tel 2966124 - 2966125