UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**PLAINTIFFS' MOTION TO MODIFY STIPULATION AND CONFIDENTIALITY ORDER**

For the reasons set forth in the accompanying Memorandum, plaintiffs respectfully move for an Order

(1) Modifying the confidentiality stipulation between plaintiffs and Canaan Equity Offshore and its affiliates (collectively "Canaan") dated May 13, 2005, so as to exclude from the provisions thereof any documents generated by the Palestine Investment Fund ("PIF") and any documents to which the PIF is a party or signatory (collectively: "PIF Documents");

(2) Modifying the sealing order entered by the Court on July 15, 2005, so as to exclude the PIF Documents from the provisions thereof; and

(3) Granting such further relief as the Court finds just, appropriate or necessary.

Plaintiffs, by their Attorneys,

/S/

David J. Strachman #4404
McIntyre, Tate & Lynch
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 8th day of November, 2006, I served via e-mail, mail and ECF, a true copy of the within to:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011
lwschilling@earthlink.net

Deming E. Sherman
Edwards, Angell, Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903
dsherman@eapdlaw.com

James R. Oswald
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
joswald@apslaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**[PROPOSED] ORDER**

For the reasons set forth in Plaintiffs' Motion to Modify Stipulation and Confidentiality Order and the accompanying Memorandum, it is hereby

ORDERED, that the confidentiality stipulation between plaintiffs and Canaan Equity Offshore and its affiliates (collectively "Canaan") dated May 13, 2005, is hereby modified such that any documents generated by the Palestine Investment Fund ("PIF") and any documents to which the PIF is a party or signatory (collectively: "PIF Documents") are excluded from the provisions of that stipulation; and it is further

ORDERED that the sealing order entered by the Court on July 15, 2005, is hereby modified such that PIF Documents are excluded from the provisions of that order.

**SO ORDERED**

Date:

________________________________
Senior United States District Judge