UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs – Judgment Creditors

v.                                                                                                                                                 C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants – Judgment Debtors

**[PROPOSED] ORDER**

    For the reasons set forth in Plaintiffs' Motion to Modify Stipulation and Confidentiality Order and the accompanying Memorandum, it is hereby

    ORDERED, that the confidentiality stipulation between plaintiffs and Canaan Equity Offshore and its affiliates (collectively "Canaan") dated May 13, 2005, is hereby modified such that any documents generated by the Palestine Investment Fund ("PIF") and any documents to which the PIF is a party or signatory (collectively: "PIF Documents") are excluded from the provisions of that stipulation; and it is further

    ORDERED that the sealing order entered by the Court on July 15, 2005, is hereby modified such that PIF Documents are excluded from the provisions of that order.

**SO ORDERED**

Date:

                                                                      _____
                                                                      Senior United States District Judge