Case 1:00-cv-00105-L-DLM   Document 383-5   Filed 11/08/06   Page 1 of 1 PageID #: 344
Case 1:00-cv-00105-L   Document 354   Filed 07/18/2005   Page 1 of 1
221

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

------------------------------------x

THE ESTATE OF YARON UNGAR, et al.          :

       Plaintiffs,          :           Case No. 00-105L

       v.          :

THE PALESTINIAN AUTHORITY, et al.          :

       Defendants.          :

------------------------------------x

## MOTION OF NON-PARTIES CANAAN EQUITY OFFSHORE C.V., CANAAN EQUITY II OFFSHORE C.V. AND CANAAN EQUITY III OFFSHORE C.V. TO SEAL

       Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") respectfully move for leave to file their papers in support of their annexed clarification motion, including their memorandum of law and affidavit (with exhibits), under seal.

       Canaan comes to this Court as a non-party to this lawsuit seeking the Court's guidance so that it may continue to comply with the terms of the Injunction. Since learning of the Injunction, Canaan has endeavored to comply with both its letter and its spirit. There are, however, two aspects of the Injunction in connection with which the Court's guidance is required so that Canaan can continue to remain in compliance with the Injunction. Accordingly, along with this motion, Canaan is filing a motion seeking clarification as to which of the limited partner investors in its venture funds

Granted: Ronald R. Lagueux
Sr. USDJ   7/15/05

-1-