UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| The Estates of Yaron Ungar and Efrat Ungar by and through the administrator of their estates David Strachman; Dvir Ungar, minor, by his guardians and next friend; Yishai Ungar, minor, by his guardians and next friend; Professor Meyer Ungar; Judith Ungar; Rabbi Uri Dasberg; Judith Dasberg (individually and in their capacity as legal guardians of plaintiffs Dvir Ungar and Yishai Ungar); Amichai Ungar; Dafna Ungar; and Michal Cohen, <br><br> Plaintiffs, <br><br> v. <br><br> The Palestinian Authority (a.k.a. "The Palestinian Interim Self-Government Authority"); The Palestine Liberation Organization; Hamas–Islamic Resistance Movement (a.k.a. "Harakat Al-Muqawama Al-Islamiyya"); Abdel Rahman Ismail Abdel Rahman Ghanimat; Jamal Abdel Fatah Tzabich Al Hor; Raed Fakhri Abu Hamdiya; Ibrahim Ghanimat; and Iman Mahmud Hassan Fuad Kafishe, <br><br> Defendants. | C.A. No. 00-105L |

## FINAL JUDGMENT

Final judgment for Plaintiffs, The Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Judith Ungar, Meir Ungar, Michal Cohen, Amichai Ungar and Dafna Ungar, against Defendant, the Palestinian Authority.



1

All of the Palestinian Authority's ownership rights in the Palestinian Commercial Services Company (a/k/a "Palestine Commercial Services Company") that are evidenced by the certificates attached hereto to as Appendices 1 and 2, and

all of the Palestinian Authority's ownership rights in the Palestine Investment Fund Company (a/k/a "Palestinian Investment Fund" or "Sharekat Sundouk al-Istithmar al-Filistinee") that are evidenced by the certificate attached hereto to as Appendix 3, and

all rights, benefits and interests of the Palestinian Authority in all property, assets and credits, of any type, that are titled and/or owed to the Palestinian Commercial Services Company (a/k/a "Palestine Commercial Services Company") and/or to the Palestine Investment Fund Company (a/k/a "Palestinian Investment Fund" or "Sharekat Sundouk al-Istithmar al-Filistinee"),

are hereby assigned, transferred and conveyed to The Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Judith Ungar, Meir Ungar, Michal Cohen, Amichai Ungar and Dafna Ungar.

_/s/ Ronald R. Lagueux_
Senior Judge Ronald R. Lagueux
United States District Court
September 15, 2006
19

بسام مصلح و محمد ربعي
B. MUSLEH & M. A. RABAI

No. 563104165

Date: 21/3/1998

Palestine National Authority
Ministry of Justice - Gaza Strip
Company Registration Department

Company Law, Year 1929 and its Amendments

Certificate

I certify that the Palestinian Commercial Services Company (PCSC) a joint stock company (private), incorporated in Gaza under No. (563104165) dated 4/8/1994, that its capital has been increased to US Dollars Twenty Million ($20,000,000) in accordance with the Board of Directors decision on 19/3/1998.

The increase in the capital has been registered in Company Registry on 21st March 1998.

This Certificate has been given under my signature on 21st March 1998.

Company Registrar
Fathi Mohammed Al-Aloul

I certify that this is a true copy of the original Certificate.

Attorney
Bassam Musleh          BASSAM MUSLEH          13/1/2003

Al-Bireh - Al-Irsal St. - Al-Salam Building
Tel 2965124 - 2966125
Fax 2966126



بسام مصلح و محمد ربعي
B. MUSLEH & M. A. RABAI

No. 563104165    Palestine National Authority
Date: 4/8/1994    Gaza Strip-Ministry of Justice
            Company Registrar Office

Company Law, Year 1929 and its Amendments
Certificate of Company Incorporation

I certify that the Palestinian Commercial Services Company (PCSC) has been incorporated in accordance with the Company Law for the year 1929 and it's Amendments as a company owned and controlled by the Palestinian Authority.

It has been registered in Gaza under number (563104165) on the 4th day of August 1994.

This Certificate has been issued under my signature on 4th day of August 1994.

Company Registrar
Fathi Mohammed Al-Aloul

I certify that this is a true copy of the original Certificate.

Attorney
Bassam Musleh                   13/1/2003

BASSAM MUSLEH

Al-Birch - Al-Irsal St. - Al-Salam Building
Tel. 2966124 - 2966125



Palestinian National Authority
Ministry of Economy Industry
& I Companies Controller

IS~ull r ~lr~
COMPANIES CONTP,nl,,LkII
E₁ₐ t
t,I=rsJ.Ia "CU,;',';
· 01
CC NOlr1Y.II !n.

### Certificate of a Public Shareholding Company Issued by Companies Controller
In accordance with Companies Law No. (12) for the year 1964

This is to certify that Sharekat Sundouk Alistithmar Alfilistinee "Palestine Investment Fund"
Public Shareholding Company. Address Gaza,
With details below is registered at the Companies Registry as Public Shareholding Company wider No. (56260718)
on 17/3/2003
With Issued Share capital US $ 500,000,000.00

| Shareholders | Address | Activity | Authorized Signature on behalf of the Company |
|---|---|---|---|
| Palestinian National Authority | Gaza | General Investment as detailed in Company's Articles of Association. | As determined by Board of Directors |





,1-03 Sid

Comps us Co"t"
CONTROLLER
Omar Alltroub
D>1.55/~
          e, t39
MINISTRY
OF ECONOMY. INDUSTRY 6 TRADE

COMPANIES

J"ₐᵢ"'FY^

CONFIDENTI 1

C 00412