**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| **THE ESTATE OF YARON UNGAR, et al.** : | |
| Plaintiffs, : | Case No. 00-105L |
| v. : | |
| **THE PALESTINIAN AUTHORITY, et al.** : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**OBJECTION OF NON-PARTIES CANAAN EQUITY OFFSHORE C.V., CANAAN EQUITY II OFFSHORE C.V. AND CANAAN EQUITY III OFFSHORE C.V. TO PLAINTIFFS' MOTION TO MODIFY STIPULATION AND CONFIDENTIALITY ORDER**

Non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively "Canaan") respectfully tender this objection in response to plaintiffs' November 8, 2006 Motion To Modify Stipulation and Confidentiality Order, Docket Nos. 382 & 385 (the "Modification Motion").

Plaintiffs' Modification Motion is premised upon the contention that, by operation of this Court's September 19, 2006 Final Judgment, plaintiffs have become the sole owners and possess all the legal rights and obligations of the Palestine Investment Fund ("PIF"). (*See* Pl. Memorandum in Support [Docket No. 383] at 1.) Given the uncertainty surrounding plaintiffs' contention that has been raised in the Complaint for Declaratory Judgment filed with this Court on November 17, 2006 by LeBoeuf, Lamb, Greene & MacRae LLP, No. 1:06-cv-00501-L-DLM (a copy of which is annexed hereto), Canaan respectfully opposes plaintiffs' request to modify the Confidentiality Agreement and Sealing Order referenced in the Modification Motion.

CANAAN EQUITY OFFSHORE C.V.,
CANAAN EQUITY II OFFSHORE C.V., AND
CANAAN EQUITY III OFFSHORE C.V.

By Their Attorneys,


 /s/ *James R. Oswald*
**JAMES R. OSWALD  (#5727)**
joswald@apslaw.com
**ADLER POLLOCK & SHEEHAN P.C.**
**One Citizens Plaza**
**Providence, Rhode Island 02903-1345**
Tel:  (401) 274-7200
Fax:  (401) 351-4607 / 751-0604

Dated:  November 27, 2006

- and -

**CAHILL GORDON & REINDEL** LLP
Robert A. Alessi
Tamara L. Schlinger
**Eighty Pine Street**
**New York, New York 10005-1702**
Tel:  (212) 701-3000
Fax:  (212) 269-5420

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 27, 2006, a true copy of the foregoing Objection of Non-Parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. to Plaintiffs' Motion to Modify Stipulation and Confidentiality Order was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECT System.

David J. Strachman, Esq.  
McIntyre, Tate & Lynch  
321 South Main Street, Suite 400  
Providence, RI  02903

Deming E. Sherman, Esq.  
Edwards, Angell, Palmer & Dodge  
2800 Financial Plaza  
Providence, RI 02903

Lawrence W. Schilling, Esq.  
Ramsey Clark, Esq.  
37 West 12th Street  
New York, New York  10011  
Hartford, CT 06114-1190

                                                */s/ James R. Oswald*

*400524_1.doc*