AO 435
(Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

Read Instructions on Back

| 1. NAME SHARIFA WILLIAMS | 2. PHONE NUMBER 800-477-3320 | 3. DATE 6/5/07 |
| --- | --- | --- |
| 4. MAILING ADDRESS 195 Broadway, 10th Fl. | 5. CITY New York | 6. STATE NY | 7. ZIP CODE 10007 |

| 8. CASE NUMBER 00CV105 | 9. JUDICIAL OFFICIAL Mag. Martin | DATES OF PROCEEDINGS |
| --- | --- | --- |
| | | 10. FROM 12/12/02 | 11. TO 12/12/02 |

| 12. CASE NAME Ungar v. Palestinian | LOCATION OF PROCEEDINGS |
| --- | --- |
| | 13. CITY | 14. STATE |

**15. ORDER FOR**
- ☐ APPEAL      ☐ CRIMINAL             ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
- ☐ NON-APPEAL  ☒ CIVIL                ☐ IN FORMA PAUPERIS       ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☒ OTHER (Specify) Motion Hearing | 12/12/02 |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
| --- | --- | --- | --- |
| ORDINARY | ☐ | ☐ | NO. OF COPIES |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES |
| DAILY | ☐ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  Sharifa Williams

19. DATE  6/5/07

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY