AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

[redacted]

*Read Instructions on Back*

1. NAME: SHARIFA WILLIAMS
2. PHONE NUMBER: 800-477-3320
3. DATE: 6/5/07
4. MAILING ADDRESS: 195 Broadway, 10th Fl.
5. CITY: New York
6. STATE: NY
7. ZIP CODE: 10007
8. CASE NUMBER: 00CV105
9. JUDICIAL OFFICIAL: Mag. Martin

DATES OF PROCEEDINGS

10. FROM: ~~12/12/02~~
11. TO: ~~12/12/02~~
12. CASE NAME: Ungar v. Palestinian

LOCATION OF PROCEEDINGS

13. CITY:
14. STATE:

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing | 12/12/02 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES |
| DAILY | ☐ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: Sharifa Williams
19. DATE: 6/5/07

[redacted]

(Previous editions of this form may still be used)

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY