UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

Plaintiffs – Judgment Creditors,

v. C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

Defendants – Judgment Debtors.

**ERRATA SHEET**
**(For Plaintiffs – Judgment Creditors' Motion for Declaratory Judgment and Supporting Memorandum)**

1. In the Motion the word "mater" should be "matter".

2. In the penultimate paragraph of page 2 of the Memorandum the phrase "in June 2007" should be "on July 5, 2007".

3. In the second paragraph of page 6 of the Memorandum, the phrase "in November 2000" should be "on October 27, 2000" and the phrase "some six months" should be "some seven months".

4. In the last paragraph of page 6 of the Memorandum, the commas should be stricken from the phrase "PA and PLO official, Nasser Al-Kidwa, sent".

5. In the last paragraph of page 10 of the Memorandum, the word "pending" should be "the pendency".

6. In the last paragraph of page 11 of the Memorandum, the phrase "rejected by the D.C." should be "rejected by the D.C. federal court".

7. In the fifth paragraph on page 12 of the Memorandum, the quotation from Gonzalez Rucci v. U.S. I.N.S., 405 F.3d 45, 48 (1st Cir. 2005) starts with the word "will" and thus quotation marks should have preceded the word "will".

8. In the first paragraph of page 13 of the Memorandum, the phrase "now longer available" should be "no longer available".

Plaintiffs, by their Attorneys,

/s/David J. Strachman
David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

CERTIFICATION

I hereby certify that on August 13, 2007, I served a true copy of the within via ECF to counsel of record:

Lawrence W. Schilling
Ramsey Clark
37 West 12th Street, 2B
New York, NY 10011

Deming E. Sherman
Annemarie M. Carney
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

James R. Oswald
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Robert A. Alessi
Tamara L. Schlinger
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

/s/David J. Strachman