UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

THE ESTATE OF
YARON UNGAR, et al
Plaintiff(s)

v.

Dkt. No. 00-105L

THE PALESTINIAN AUTHORITY, et al
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendants The Palestinian Authority and The Palestine Liberation Organization hereby moves that Richard A. Hibey be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. Ramsey Clark and Lawrence Schilling will be withdrawing their appearance for defendants.

The Palestinian Authority
The Palestine Liberation Organization
(Plaintiff/Defendant)

By: /s/ Deming E. Sherman
Bar ID No. 1138
Address: Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

DATED: August 15, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of the District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. Dist. Ct. for the Dist. of Columbia, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Richard A. Hibey — DC Bar # 74823
Print Name — State Bar ID #

Miller & Chevalier Chartered
Firm Name

655 Fifteenth St., N.W, Suite 900, Washington, DC 20005
Business Address

(202) 626-5800 — (202) 628-0850
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Deming E. Sherman

Signature of Local Counsel
Deming Sherman, Esq. — 1138
Print Name — RI Bar ID #

Firm and Business Address
Edwards, Angell, Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. # 401-276-6443 Fax # 401-276-6611

---

**ORDER**

This is motion
hereby____________________________________

__________________________
District Judge

Date:

# CERTIFICATION

I hereby certify that on the 15th day of August, 2007, a copy of the within Motion for Admission *Pro Hac Vice* was sent by electronic means (ECF) to the following counsel of record:

- **Raymond A. Marcaccio**
  ram@om-rilaw.com
- **James R. Oswald**
  joswald@apslaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **David J. Strachman**
  djs@mtlhlaw.com

and mailed to the following counsel of record:

Ramsey Clark, Esq.
Lawrence W. Schilling, Esq.
37 West 12th Street - 2B
New York, NY 10011

Tamara L. Schlinger, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

/s/ Deming E. Sherman