ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

August 8, 2007

RECEIVED

AUG 09 2007

Property of U.S. District Court
District of Rhode Island

**VIA HAND DELIVERY**

The Honorable Ronald Lagueux
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**Re: The Estate of Yaron Ungar, et al v. The Palestinian Authority, et al, No. 00-105L**

Dear Judge Lagueux:

This office is co-counsel to non-parties Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V., and Canaan Equity III Offshore C.V. in the above action (collectively "Canaan").

Canaan respectfully requests a hearing on Plaintiffs' Motion to Modify Stipulation and Confidentiality Order. As a signatory to the agreed-upon Confidentiality Agreement, Canaan respectfully requests the opportunity to be heard on Plaintiffs' attempt to modify that agreement. It is our understanding that any hearing on Plaintiffs' motion would not be scheduled until September in light of the Court's schedule. Canaan is available for a September hearing.

Canaan does not agree with the assertions made in David Strachman's August 7, 2007 letter to the Court, in which Mr. Strachman attempts to re-argue his untimely reply memorandum. However, Canaan will not respond at present to those assertions, and instead will hold any response until the time of the requested hearing on Plaintiffs' Motion.

Respectfully,

JAMES R. OSWALD

JRO:jv

cc: David J. Strachman, Esq.
Deming E. Sherman, Esq.
Ramsey Clark, Esq.

425400_1.doc