

GEOTEXT
Translations, Inc.

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached Supplementary Notice in the case of the Palestinian Authority and the Palestinian Liberation Organization v. Yishai Unger, et al.

C. Lianides

Corin Lianides, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 27th day of august, 2007.

Kristen D. Plonka

KRISTEN D. PLONKA
Notary Public, State of New York
No. 01PL6121852
Qualified in Queens County
Commission Expires January 31, 2009

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

**In the Jerusalem District Court**

**Opening Motion 4318/05**
**Decided before the Honorable Judge A. Farkash**

[Stamp] Jerusalem
District Court (58)
August 26, 2007
**Received/Checked**
Time_______________
Signature_____________

**1. The Palestinian Authority**
**2. The Palestinian Liberation Organization**
Both of whom are represented by Adv. Yosef Arnon et al.,
of 18 Shlomzion Hamalka Street, Jerusalem 94146
Tel. 02-6245245 Fax 02-6250777

**The Petitioners**
The Respondents

- Versus -

**Yishai Unger et al.**
All of whom are represented by Advs. Mordechai Heller & Co.
of 10 Koresh Street, Jerusalem 94144
Tel. 02-9999837 Fax 02-6667211

**The Respondents**
The Petitioners

## Supplementary Notice
## (Regarding Motion for Deferral of Date for Handing Down Verdict)

Following developments that have occurred in recent days in the Court in the United States, attached is a short supplementary notice with regard to the motion for the deferral of the date for handing down the verdict.

1. This motion, for the deferral of the date for handing down the verdict, was filed on August 6, 2007.

2. Attached to the motion was a deposition from the new attorneys of the Petitioners in the United States, in which it is stated that they are intending to file a motion with the Court in Rhode Island for the cancellation of the verdict.

K.S. 4250\93\10116

**CARMELI – ARNON**
**Law Office**
**Jerusalem**

3. Following the filing of this motion, the Respondents (the plaintiffs in the Court in the United States) moved quickly to file, on August 10, 2007 or thereabout, an urgent motion with the Court in Rhode Island, which seeks (to the best of the understanding of the undersigned) to prevent or to have a quasi-declaratory order granted to prevent the Petitioners from filing their motion for the cancellation of the verdict.

   A copy of the motion, without the appendices, is attached as **Appendix A** and is an integral part of this notice.

4. In the motion filed in the United States (that to the best of the understanding of the undersigned seems to be a preventive measure), the Court is being asked to determine that the Petitioners are not entitled, or will not be entitled, to the remedy of cancellation of the verdict.

5. The state of affairs as of today is that the Petitioners herein have to file a response to this motion (in the United States) by August 27, 2007. If the Court in Rhode Island should reject the motion of the Respondents, then the Petitioners will be allowed to file their motion for the cancellation of the verdict, this of course being subject and pursuant to the holding of appeal proceedings that can and will be held with regard to the decision that will be given on the motion.

6. It appears to the undersigned that, if the Respondents herein did not believe that there is a chance that the Court in the United States might find that there really is something in the arguments of the Petitioners for the cancellation of the verdict, they would not be hurrying to file their motion in Rhode Island, as has been done, and this reinforces the arguments of the Petitioners that there are indeed proceedings in the United States with regard to this matter and that it is necessary to wait for these to be finalized.

7. It should be recalled that, as stated in the motion and the deposition, there are additional causes on which the motion is expected to be based, in addition to said claim against Iran.

K.S. 4250\93\10116

**CARMELI – ARNON**
**Law Office**
**Jerusalem**

8. The undersigned would like to take this opportunity to clarify that, in the motion to postpone the issue of the judgment, it was argued, *inter alia*, that the plaintiffs in the United States have concealed from the Court in Rhode Island the fact that there is a parallel action against Iran taking place in the Court in Washington in respect of the same event (in section 3 of the motion). However, in the affidavit that was attached to the motion, no such argument was set forth, and it appears that an error was made when translating the affidavit. At this point in time, the undersigned does not know if, when and how the plaintiffs in the United States will inform the Court in Rhode Island about their parallel claim.

[Signature]

Adv. Yosef Arnon
License No. 8005
Attorney for the Petitioners

**בבית המשפט המחוזי בירושלים** | **ה"פ 4318/05**
קבוע בפני כב' הש' א. פרקש

**1. הרשות הפלסטינית**
**2. הארגון לשחרור פלסטין**
שניהם ע"י ב"כ עו"ד יוסף ארנון ואח'
מרח' שלומציון המלכה 18, ירושלים 94146
טל' 02-6245245 פקס 02-6250777

**המבקשים**
המשיבים

בית משפט המחוזי
בירושלים (58)
26-08-2007
נתקבל/נבדק
בשעה
חתימה

- נגד -

**ישי אונגר ואח'**
כולם ע"י ב"כ עו"ד מרדכי הלר ושות'
מרח' כורש 10, ירושלים 94144
טל' 02-9999837 פקס 02-6667211

**המשיבים**
המבקשים

## הודעת השלמה

## (בנוגע לבקשה לדחיית מועד מתן פסק הדין)

בעקבות התפתחויות שחלו בימים האחרונים בבית המשפט בארצות הברית, רצ"ב הודעת השלמה קצרה בעניין הבקשה לדחיית מועד מתן פסק הדין.

1. בקשה זו, לדחיית מועד מתן פסק הדין, הוגשה ביום 6.8.07.

2. לבקשה צורף תצהיר מאת ב"כ החדשים של המבקשים בארצות הברית, בו נטען כי בכוונתם להגיש לבית המשפט ברוד איילנד בקשה לביטול פסק הדין.

3. בעקבות הגשת בקשה זו, מיהרו והגישו המשיבים (התובעים בבית המשפט בארצות הברית), ביום 10.8.07 או בסמוך לכך, בקשה דחופה לבית המשפט ברוד איילנד, המבקשת (למיטב הבנת הח"מ) למנוע או ליתן מעין צו הצהרתי המונע מן המבקשים להגיש את בקשתם לביטול פסק הדין.

העתק הבקשה, ללא נספחים, רצ"ב **כנספח א'** וכחלק בלתי נפרד מהודעה זו.

4. בבקשה שהוגשה בארצות הברית (שלמיטב הבנת הח"מ היא בגדר הקדמת תרופה למכה) מתבקש בית המשפט לקבוע כי המבקשים אינם זכאים, או לא יהיו זכאים, לסעד של ביטול פסק הדין.

**כרמלי-ארנון**
**משרד עורכי דין**
ירושלים

ק.ש. 4250\93\10116

5. מצב הדברים נכון להיום הוא כי על המבקשים דכאן להגיש תשובה לבקשה זו (בארצות הברית) עד יום 27.8.07. אם בית המשפט ברוד איילנד ידחה את בקשת המשיבים, אזי המבקשים יהיו רשאים להגיש את בקשתם לביטול פסק הדין, זאת כמובן, בכפוף ובהתאם לקיומם של הליכי ערעור שיכול ויתקיימו על ההחלטה שתתקבל בבקשה.

6. נדמה לחיים כי אלמלא סברו המשיבים דכאן כי קיים סיכוי כי בית המשפט בארצות הברית ימצא כי יש ממש בטענות המבקשים בדבר ביטול פסק הדין, לא היו מזדרזים ומגישים את בקשתם ברוד איילנד כפי שהוגשה, והדבר אך מחזק את טענות המבקשים כי אכן מתקיימים הליכים בארצות הברית בעניין זה וכי יש להמתין עד לסיומם.

7. יוזכר, כי כאמור בבקשה ובתצהיר, קיימות עילות נוספות שעליהן צפויה להתבסס הבקשה, מעבר לאותה תביעה נגד איראן.

8. בהזדמנות זו מבוקש להבהיר כי בבקשה לדחיית מועד פסק הדין נטען בין היתר כי התובעים בארצות הברית העלימו מעיני בית המשפט ברוד איילנד את עצם קיומה של תביעה מקבילה בבית המשפט בוושינגטון בגין אותו ארוע כנגד איראן (בסעיף 3 לבקשה), אולם בתצהיר שצורף לבקשה לא נטענה טענה כזו, ונדמה כי בעת תרגום התצהיר נפלה שגגה. לחיים לא ידוע בשלב זה אם, מתי וכיצד ידעו התובעים בארצות הברית את בית המשפט ברוד איילנד אודות תביעתם המקבילה.

יוסף ארנון, עו"ד

מ.ר. 8005

ב"כ המבקשים