

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached Motion for Extension.

Corin Lianides, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 28th day of June, 2007.

KRISTEN D. PLONKA
Notary Public, State of New York
No. 01PL6121852
Qualified in Queens County
Commission Expires January 31, 2009

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

**In the Jerusalem District Court**

**Opening Motion 4318/05**
**Before the Honorable Judge Aharon.Farkash**

**In re:** **Enforcement of Foreign Judgments Act, 5718 – 1958**

**Yishai Unger** ***et al.***
Represented by Counsel, Advs. Mordechai Heller & Co.
of 10 Koresh Street, Jerusalem 94144
Tel. (02) 999-9837 Fax (02) 666-7211

**The Petitioners**

- Versus -

**The Palestinian Authority** ***et al.***
Represented by Counsel, Adv. Yosef Arnon *et al.*
of 18 Shlomzion Hamalka Street, Jerusalem 94146
Tel. (02) 624-5245 Fax (02) 625-0777

**The Respondents**

**Motion for Extension**

1. On August 6, 2007, the Palestinian Authority and the Palestine Liberation Organization filed a "Motion for the Postponement of the Date for Handing Down the Judgment" in which it was argued that the Petitioners in the opening motion in question had concealed from the Federal Court in Rhode Island the fact that an action had been filed against Iran in respect of the murder of the deceased, that the arguments of the Petitioners against Iran in the same action contradict their arguments against the Palestinian Authority and the Palestine Liberation Organization in Rhode Island, and that therefore the Palestinian Authority and the Palestine Liberation Organization had no intention of filing a motion with the Court in Rhode Island for the cancellation of the judgment with respect to the opening motion in the case at hand.

   The Honorable Court has instructed the petitioners to respond to the motion for postponement by August 23, 2007.

2. In their response, the Petitioners will prove that the motion for postponement is based on patently false arguments: not only was the Court in Rhode Island well aware of the action against Iran, but it was also aware that the Palestinian Authority and the Palestine Liberation Organization at the time raised an argument before the Court—exactly as they are arguing now—that the arguments against Iran contradict the arguments against the Palestinian Authority and the Palestine Liberation Organization. The Court in Rhode Island was not convinced by this argument. Moreover: the action against Iran was denied (a fact that was omitted from the motion for postponement), after the Court that heard it determined that the murderers of Yaron Unger of blessed memory obtained weapons and money from sources outside Hamas—a determination that is completely in congruence, of course, with the arguments of the Petitioners in the action against the Palestinian Authority and the Palestine Liberation Organization.

   The response of the Petitioners will also prove, based on an expert opinion from an expert in American law, that the chances that the judgment will be cancelled are negligible.

3. The problem is that, due to the summer vacation and prior commitments, and the relatively short notice, the expert will finalize his opinion only in approximately one week.

4. Therefore, the Honorable Court is requested to extend the date for filing the response of the Petitioners by one week, until August 30, 2007.

[signature]

Adv. Mordechai Heller
Counsel for the Petitioners

**בבית המשפט המחוזי**
**בירושלים**

**בה.פ. 4318/05**
**בפני כב' השופט אהרון פרקש**

**בעניין:** **חוק אכיפת פסקי-חוץ, התשי"ח - 1958**

**ישי אונגר ואח'**
ע"י ב"כ עו"ד מרדכי הלר ושות'
מרחוב כורש 10 ירושלים 94144
טל. 999-9837 (02) פקס 666-7211 (02)

**המבקשים**

**- נ ג ד -**

**הרשות הפלשתינית ואח'**
ע"י ב"כ עוה"ד יוסף ארנון ואח'
מרח' שלומציון המלכה 18 ירושלים 94146
טל: 624-5245 (02) פקס: 625-0777 (02)

**המשיבים**

## בקשה לארכה

1. ביום 6/8/07 הרש"פ ואש"ף הגישו "בקשה לדחיית מועד מתן פסק הדין" בה נטען כי המבקשים בהמרצת הפתיחה דנן הסתירו מביהמ"ש הפדרלי ברוד איילנד את העובדה שהגישו תביעה נגד איראן בגין רצח המנוח, כי טענות המבקשים נגד איראן באותה תביעה סותרות את טענותיהם נגד הרש"פ ואש"ף ברוד איילנד, וכי אי לזאת בכוונת הרש"פ ואש"ף להגיש לביהמ"ש ברוד איילנד בקשה לביטול פסק הדין נשוא המרצת הפתיחה דנן.

ביהמ"ש הנכבד הורה למבקשים להגיב לבקשת הדחייה עד יום 23/8/07.

2. בתגובתם יוכיחו המבקשים כי בקשת הדחייה מושתתת על טיעונים כוזבים בעליל: לא זו בלבד שביהמ"ש ברוד איילנד היה מודע היטב לתביעה נגד איראן, אלא שהרש"פ ואש"ף טענו בפניו בזמנו – בדיוק כפי שטוענים כעת – כי הטענות נגד איראן סותרות את הטענות נגד הרש"פ ואש"ף. ביהמ"ש ברוד איילנד לא השתכנע מטיעון זה. יתירה מזו: התביעה נגד איראן נדחתה (עובדה שהושמטה מבקשת הדחייה) לאחר שביהמ"ש שדן בה קבע כי רוצחיו של ירון אונגר ז"ל קבלו נשק וכספים ממקורות חוץ מהחמאס – קביעה התואמת לחלוטין, כמובן, את טענות המבקשים בתביעה נגד הרש"פ ואש"ף.

תגובת המבקשים גם תוכיח, על סמך חוות דעת מאת מומחה לדין האמריקאי, כי הסיכוי שפסק הדין יבוטל הינו אפסי.

3. דא עקא, בשל תופשת הקיץ והתחייבויות קודמות, וההתראה הקצרה יחסית, המומחה ישלים את חוות דעתו רק בעוד כשבוע.

4. אשר על כן, ביהמ״ש הנכבד מתבקש להאריך את המועד להגשת תגובת המבקשים בשבוע אחד, עד ליום 30/8/07.

מרדכי הלר, עו״ד
ב״כ המבקשים