UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

THE ESTATE OF
YARON UNGAR, et al
_____
         Plaintiff(s)

v.                                            Dkt. No. __00-105L_____

THE PALESTINIAN AUTHORITY, et al
_____
         Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

The Palestinian Authority and
~~Plaintiff/Defendant~~ s The Palestine Liberation Organization    hereby moves that
Richard A. Hibey    _____    be admitted PRO HAC VICE in the
above case as counsel with local counsel identified below. Ramsey Clark and Lawrence Schilling will
be withdrawing their appearance for defendants.    The Palestinian Authority
                                                   The Palestine Liberation Organization
                                                   (Plaintiff/Defendant)

                                                   By: /s/ Deming E. Sherman
                                                   Bar ID No. 1138
                                                   Address: Edwards Angell Palmer &
DATED: August 15, 2007 _____              Dodge LLP
                                                   2800 Financial Plaza
                                                   Providence, RI  02903

### ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of  the District of Columbia
_____ and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. Dist. Ct.
for the Dist. of Columbia , and my eligibility to practice before those courts has not been
restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary
authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have
never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had
any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case
in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission
during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who
presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my
answers to the preceding questions.

Form 1 (cont'd)

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

_____
Signature of *Pro Hac Vice* Applicant

| | |
|---|---|
| Richard A. Hibey | DC Bar # 74823 |
| Print Name | State Bar ID # |
| Miller & Chevalier Chartered | |
| Firm Name | |
| 655 Fifteenth St., N.W. Suite 900, Washington, DC 20005 | |
| Business Address | |
| (202) 626-5800 | (202) 628-0850 |
| Tel. # | Fax # |

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Deming E. Sherman
_____
Signature of Local Counsel

Deming Sherman, Esq.        1138
Print Name                  RI Bar ID #

_____
Firm and Business Address
Edwards, Angell, Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. # 401-276-6443 Fax # 401-276-6611

---------------------------------------------------

## ORDER

This is motion hereby ___GRANTED___

_Ronald R. Lagueux_
Sh. District Judge

Date: 9/11/07