UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

THE ESTATE OF YARON UNGAR, et al,

       Plaintiffs,

v..

THE PALESTINIAN AUTHORITY, et al,        00-105(L)

       Defendants

---

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Pursuant to Local Rule 206(e)(1), Ramsey Clark and Lawrence W. Schilling, attorneys for the defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), hereby notice the withdrawal of their appearance in this case as attorneys for the PA and PLO, pro hac vice, and in support of their withdrawal state:

    1. The PA and PLO have retained new counsel of choice who are appearing herein pursuant to orders of this Court authorizing their appearance pro hac vice signed on September 11, 2007 and entered on September 12, 2007, as attorneys for the PA and PLO together with Deming E. Sherman, Bar ID No. 1138, Edwards Angell Palmer & Dodge LLP, who is continuing as local counsel for the PA and PLO.

2. Ramsey Clark and Lawrence W. Schilling are no longer retained to represent the PA and PLO in this case and accordingly are withdrawing their appearance as counsel for the PA and PLO.

Dated: September 18, 2007

Respectfully submitted,

*Lawrence W Schilling*

Ramsey Clark
  Lawrence W. Schilling
  37 West 12th Street 2B
  New York, NY 10011
  212-989-6613
  212-979-1583-fax

To:

Clerk of Court
Raymond A. Marcaccio
James R. Oswald
Karen Ann Pelczarski
Tamara L. Schlinger
David J. Strachman
Richard A Hibey
Mark J. Rochon
Deming E. Sherman

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2007, a copy of the within Notice of Withdrawal of Appearance as Counsel was sent by first class mail to the following counsel of record at the addresses shown:

  David J. Strachman, Esq.
  McIntyre, Tate & Lynch LLP
  321 South Main Street, Suite 400
  Providence, RI 02903

James R. Oswald, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

Tamara L. Schlinger, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

Karen Ann Pelczarski
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Raymond A. Marcaccio
Oliverio & Marcaccio, LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

Richard A Hibey
Mark J. Rochon
Miller & Chevalier Chartered
655 Fifteenth St. NW
Suite 900
Washington, DC 20005

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

_____
Lawrence W. Schilling