UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

RECEIVED
SEP 20 2007
Property of U.S. District Court
District of Rhode Island

## ORDER

Upon consideration of Plaintiffs – Judgment Creditors' Motion to Modify the Stipulation and Confidentiality Order and upon the reasons and findings set forth by the Court on the record during the hearing in this matter on September 18, 2007, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1)    The Motion to Modify the Stipulation and Confidentiality Order is granted.

2)    The Stipulation shall be and hereby is modified, such that any and all documents generated by the PIF and any and all documents to which the PIF is a party or signatory (collectively hereinafter: "PIF Documents") are hereby excluded from the provisions of the Stipulation.

3)    The Confidentiality Order shall be and hereby is modified, such that any and all PIF Documents are hereby excluded from the provisions of the Confidentiality Order.

1

**ORDERED**

Date: 9/25, 2007.

*[signature]*

Enter:

*[signature]*
Ronald R. Lagueux
Senior United States District Judge
9/25/07