# EXHIBIT K

POWERED BY
LOOKSMART
BNET.com

FindArticles > US Department of State Dispatch > May 6, 1996 > Article > Print friendly

## U.S., Israel sign counter-terrorism cooperation accord - includes test of the accord - Pres. Bill Clinton, Israeli Prime Minister Shimon Peres - Transcript

Counter-Terrorism Cooperation

Accord Signing Ceremony

Remarks at signing ceremony,

Washington, DC, April 30, 1996.

President Clinton. Good afternoon, Mr. Prime Minister and members of the Israeli and American delegations, ladies and gentlemen. For the past three years, Israel and the United States have worked hand-in-hand to advance the peace process in the Middle East. Today, with this U.S.-Israel Counter-Terrorism Cooperation Accord, we strengthen our partnership to stop the enemies of peace.

With every new step along the path to peace, its enemies grow more and more desperate. They know a new day is dawning in the Middle East, and that the vast majority of its people want to enjoy the blessings of a normal life. Their answer - more violence and terror, more bullets and bombs - may seem senseless, but it is the product of cold calculation. By murdering innocent people, they aim to kill the growing hope for peace itself.

We will not do what the enemies of peace want. We will not let our anger turn us away from the pursuit of peace in the Middle East. Maintaining our resolve for peace does not mean, however, turning the other cheek. We must do everything in our power to stop the killing and bring the terrorists to justice. That is the only way to give those who have chosen peace the confidence they need that they have made the right choice and the courage to keep moving forward.

This agreement does just that, by deepening the cooperation between o two countries in the fight against terrorism. Prime Minister Peres and I worked on it during my visit to Israel last month, in the wake of a terrible string of suicide bombings. Now we have agreed upon areas for greater cooperation on information sharing, on the search and development; on training and technical assistance; on investigation, prosecution, and extradition. In each one we will look at very practical ways in which we can work together better.

I am pleased to sign this accord. I am also pleased that the budget I signed just last week included the $50 million I requested earlier this year for our joint anti-terrorism efforts this year, including today's accords. I thank the Congress for their prompt action here and for the bipartisan support it received.

To my friend, the Prime Minister, and the people of Israel, let me say that the United States stands with Israel through good times and bad, because our countries share the same ideals - freedom, tolerance, democracy. We know that wherever those ideals are under siege in one country, they are threatened everywhere. We have never been more determined to achieve and to defend those ideals and to achieve our goal of a just and lasting peace for all the people of the Middle East. Mr. Prime Minister.

Prime Minister Peres. I would like to thank - from the depths of my heart in the name of the people of Israel - the President, his delegation, his team, and him, personally, for really showing the deepest understanding that one can hope for, the immediate response whenever it is necessary, and the friendship that he has offered time an again over the last years.

I see the difference between the camp of terror and the free world. The camp of terror is operating under orders. it's disciplined; it's organized. The camp of freedom keeps its freedom. You cannot lead the camp of freedom unless you have a lead great inspiration and outstanding capacity.

In my own judgment, Bill Clinton has this great capacity to inspire the whole free world with his ideas; with his determination; with his capacity to distinguish what is light and what is wrong, what is immediate and what is long-range, what is support and what is response. I feel myself very lucky to see a person like him standing ahead and trying to lead the whole world to peace and to peace for everybody - not just for us, the Israelis, but also for our neighbors; not just for the Middle East but for Bosnia, Haiti, or other places.

We are leaving this century with a history of bloodshed. And with God-speed, let's hope that we're entering a different world- one of peace and understanding.

The President played a major role in bringing peace between us and the Jordanians, between us and the Palestinians. He and his Secretary of State are now opening a new chapter to bring peace between us, Syria, and Lebanon that may be the last peace which is necessary in order to make the peace comprehensive and all-embracing.

Mr. President, I really, with a full heart of thanks, would like to express both our admiration and gratefulness to you, to your Administration, to the American Congress, and to the American people. The world is a better place to live with this sort of policy and this sort of leadership. Thank you very much.

Text of Counter-Terrorism

Cooperation Accord Between the

Government of the United States

Of America and the Government

Of the State of israel

Released by the White House, Office of

the Press Secretary, Washington, DC,

April 30, 1996.

The Government of the United States of America and the Government of the State of Israel ("the Parties"):

Unequivocally condemning ill acts, methods and practices of terrorism as criminal and unjustifiable, wherever and by whomever committed and whatever the motivation, in particular the recent heinous acts perpetrated against civilians in Israel;

Recalling the declaration of the participants in the historic Middle East Summit of the Peacemakers on March 13, 1996 that acts of terror are "alien to the moral and spiritual values shared by the peoples of the region" and urging all governments to join in condemning and opposing such acts;

Convinced that the suppression of acts of international terrorism, including those in which States are directly or indirectly

involved, is an essential element for the maintenance of international peace and security;

Calling upon all states to renounce terrorism and to deny financial support, the use of their territory, the provision of arms and equipment, or any other means of support to terrorist organizations;

Convinced that those responsible for acts of international terrorism must be brought to justice through prosecution, extradition, or other legal mechanisms;

Sharing the view that international cooperation is an essential factor in halting the scourge of international terrorism and that states that support terrorism should be subject to sanctions;

Recalling their long-standing and fruitful cooperation on this and other topics of mutual security concern;

Resolved to strengthen their own cooperation in combatting international terrorism and in encouraging and assisting other states to join in this effort;

Have agreed as follows:

Article 1

Spheres of Cooperation

1. With a view to enhancing their capabilities to deter, prevent, respond to and investigate international terrorist acts or threats of international terrorist acts against the United State or Israel, and to enlist the cooperation of others in combatting international terrorism, the Parties agree to share expertise and otherwise assist each other in the following spheres, among others:

1) sharing of information and analyses regarding terrorists and terrorist organizations;

2) training;

3) exchange of experts;

4) exchange of experience in dealing with terrorist incidents, including crisis management;

5) exchange of information regarding terrorism-related investigations;

6) exchange of information on transfers of funds to organizations involved in international terrorism;

7) extradition, prosecution and other legal mechanisms;

8) research and development;

9) consulting closely on counterterrorism policy, including regional and global counterterrorism initiatives; and

10) enhancing the counterterrorism capabilities of others.

2. This agreement is intended to supplement existing agreements and arrangements between the Parties to address international terrorism. Nothing in this agreement shall be construed as derogating from the provisions of such agreements or arrangements.

Article 2

Establishment of Joint

Counterterrorism Group

1. In order to strengthen further their cooperation on counterterrorism the Parties hereby establish the United States-Israel Joint Counterterrorism Group (JCG). The JCG will serve as a forum for regular consultations and development and facilitation of pro@ grams of counterterrorism cooperation in the spheres listed in Article 1 as we as on other mutually agreed counter-terrorism topics.

2. The JCG will be composed of representatives from each Party, including as appropriate representatives from the various relevant agencies and departments of each Party that work on counterterrorism issues. The JCG will be co-chaired by senior counterterrorism officials of each Party.

3. The JCG will normally meet annually, alternately in the United States and Israel. In addition, special meetings of the JCG may be held to deal with particular issues or at the request of either Party. At the request of the JCG, experts of the Parties may meet and be in direct communication at any other time to assist in fulfilling the purposes of this agreement.

4. The JCG may from time to time enter into written understandings or implementing arrangements setting forth specific activities to be conducted under this agreement.

5. Between meetings of the JCG, participants will maintain contacts with their counterparts as required to carry out the purposes of this agreement.

Article 3

Security of Information

To the extent that any items, plans, specifications or information furnished in connection with the implementation of this agreement are classified by either Party for security purposes, the General Security of Information Agreement dated 10 December 1982 between the Parties and that Agreement's Industrial Security Annex, dated 3 March 1983, shall apply, unless the Parties agree upon alternative arrangements for protecting the material from unauthorized disclosures.

Article 4

General Provision

All undertakings of the Parties under this agreement are to be carried out in accordance with their national laws, obligations and policies, and are subject to the availability of appropriated funds, resources and personnel.

Article 5

Interpretation and Amendment

1. All questions or disputes related to the interpretation or implementation of this agreement shall be settled exclusively through the diplomatic channel to the mutual satisfaction of the Parties.

2. Either Party may, at any time, request revision of this agreement by giving the other Party written notice. Each Party should be prepared to discuss the proposal within 90 days thereafter.

Article 6

Entry into Force and Duration

This agreement will enter into force on the date of the second of the diplomatic notes by which the two Parties notify each other of the completion of any necessary internal procedures for entry into force of the agreement. It will remain in force until 6 months after either Party provides written notice to the other through the diplomatic channel of its intention to terminate the agreement.

DONE at Washington, D.C., in duplicate, in English and Hebrew, both texts being equally authentic, this 30th day of April, 1996, corresponding to the 11th day of Iyar, 5756.

FOR THE GOVERNMENT OF THE UNITED STATES OF AMERICA:

FOR THE GOVERNMENT OF THE STATE OF ISRAEL:

U.S.-Israel Joint Statement

Released by the White House, Office

of the Press Secretary, Washington,

DC, April 30, 1996.

President Clinton and Prime Minister Peres have concluded two days of intensive discussions on a broad range of issues relating to the U.S.-Israeli relationship. Those discussions reflect the deep, long-standing and unique bonds of friendship which have characterized the U.S.-Israeli relationship and the legacy of shared values, common interests, and mutual respect for democracy that have made this close and special relationship endure.

The President and Prime Minister reviewed the extent of the U.S.-Israeli relationship in all its dimensions. They agreed that this cooperation in security, economic, and diplomatic areas is grounded in institutions that are functioning extremely effectively to the benefit of both countries. At the same time, they agreed that, in view of continuing threats to regional peace and stability, and in particular the dangers posed by proliferation of weapons of mass destruction and advanced military technologies, U.S.-Israeli strategic cooperation will grow in importance.

To this end, the President and the Prime Minister agreed that a steering committee headed by the U.S. Secretary of State and the Israeli Minister Foreign Affairs would be established explore means of enhancing and, where appropriate, formalizing, that cooperation. Two working groups will report the steering committee. The first, dealing with security and defense matters, will consider all options including the possibility of more form security accords, for how best to meet common threats in the years

to come. It will also identify ways to maximize the effectiveness of U.S. aid to Israel. The second will deal with other policy matters relating to U.S.-Israeli strategic cooperation.

The two leaders affirmed that the strategic partnership between the t countries will continue to be based on two key principles. first, the United States, unshakable commitment to Israel's security and its determination to minimize the risks and costs Israel confronts as it pursues peace; and second, the U.S.-Israeli mutual commitment to a comprehensive peace and their determination to move toward that goal.

With respect to Israel's security, the President specifically reaffirmed the United States, commitment to maintain Israel's qualitative edge and to preserve and to strengthen Israel's capability to deter and defend itself, b itself, against any adversary or likely combination of adversaries.

The President and Prime Minister took great pride in signing the U.S.-Israel Counter-Terrorism Cooperation Accord. This agreement sets out practical measures enabling their two countries to make the best possible u of expertise, resources, and capabilities in the war against terror. A Joint Counter-Terrorism Group has been established to monitor and oversee the implementation of the agreement. Israel and the United States also agreed to seek to coordinate their efforts with the international effort against terror launched at Sharm al-Sheikh on March 13, 1996.

The President and the Prime Minister also took note of the joint statement on theater missile defense cooperation signed by the Prime Minister and Secretary of Defense Perry April W. The United States and Israel recognize the defense of Israel will be made more effective by undertaking necessary steps to ensure that Israel's theater missile defenses are supported by related United States capabilities. The two leaders expressed satisfaction with the positive results to date of the ongoing bilateral dialogue on issues relating to the transfer of equipment and technology to third countries.

With respect to their determination to achieve a comprehensive peace, the two leaders agreed on the importance of implementation of agreements reached and the need to expand the orbit of Arab-Israeli peacemaking with a view toward achieving normal, peaceful relations between Israel and all its Arab neighbors. They welcomed the decision by the Palestinian National Council to cancel all the provisions of the Palestinian National Covenant which deny Israel's right to exist or are otherwise inconsistent with the September 1993 exchange of letters between Prime Minister Rabin and Chairman Arafat. This action is an important demonstration by the Palestinians of their commitment to honor the terms of the 1993 Oslo Accords.

The President and Prime Minister also expressed satisfaction with the improved understanding reached last week on Southern Lebanon as a result of Secretary of State Christopher's negotiating efforts and after discussions with the governments of Israel and Lebanon and in consultation with Syria. They noted the importance of prompt activation of the monitoring committee and consultative group established by the understanding.

Finally, the President and the Prime Minister agreed on the need to end the Arab boycott and to eliminate discrimination against Israel in all international organizations, including the United Nations.

COPYRIGHT 1996 U.S. Government Printing Office
COPYRIGHT 2004 Gale Group