# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DVIR UNGAR, et al.,            .

            Plaintiffs,        . Docket No. CA 00-2606 JR
                               .
            v.                 . Washington, D.C.
                               . Tuesday, January 15, 2002
THE ISLAMIC REPUBLIC OF IRAN,  . 9:44 a.m.
et al.,                        .
                               .
            Defendants.        .
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**FILED**

FEB 1 3 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        McINTYRE, TATE, LYNCH, AND HOLT
                           DAVID J. STRACHMAN, ESQ.
                           321 South Main Street
                           Suite 400
                           Providence, Rhode Island 02903
                           Phone: 401-351-7700


For the Defendants:        (No appearances)



Court Reporter:            DENNIS A. DINKEL, RDR, CRR
                           Official Court Reporter
                           Room 6818, U.S. Courthouse
                           Washington, D.C. 20001
                           PHONE:  (202) 289-8661

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription

1    just to tell the head of the anti-terrorist branch of the CIA

2    on this time, Winston Canistrano [phonetic], I hope I pronounce

3    the name good, he was -- he said in 1995, that we know about

4    Iran; we have to fight against Iran, because today they're

5    doing -- they're training people to put bombs in Jerusalem and

6    in Tel Aviv and tomorrow, that's what he said exactly, it's

7    going to be -- the bomb is going to be in Washington.  He was

8    not far away.

9         THE COURT:  Mr. Shaked, thank you very much, sir.

10        MR. STRACHMAN:  Thank you, Your Honor.

11    That's all, Mr. Shaked.

12    (Witness excused.)

13        MR. STRACHMAN:  We have our next witness, Judge.  I

14    think he's in the hall.

15        THE DEPUTY CLERK:  Would the witness step forward,

16    please?

17        REUVAN PAZ, PLAINTIFFS' WITNESS, AFFIRMED

18        THE DEPUTY CLERK:  Would you please be seated and

19    speak into the microphone, sir?

20                    DIRECT EXAMINATION

21    BY MR. STRACHMAN:

22    Q.   Your name, sir?

23    A.   Reuven Paz.

24    Q.   Okay.  Dr. Paz, what is your field of expertise?

25    A.   My field of expertise is Palestinian society and politics,

1    and mainly Islamic movements all over the world.

2    Q.    And what -- you have a Ph.D. in what subject, sir?

3    A.    The development of the Palestinian Islamic groups between

4    '67 and '88.

5    Q.    And have you qualified as an expert witness in this very

6    courthouse on several other occasions?

7    A.    Yes.  This is actually my fifth expert testimony.

8    Q.    Okay.  And do you -- have you written about Palestinian

9    terrorism?

10   A.    Yes.  I have written mainly about -- mainly about Hamas

11   and the Palestinian Islamic jihad.

12   Q.    Okay.  Where are you currently employed?

13   A.    Well, right now I am senior research fellow at the

14   International Policy Institute for Contraterrorism in Israel;

15   and since last October, I'm developing a new project of the

16   research of radical Islam or radical Islamic movements in

17   Israel.

18   Q.    Dr. Paz, I'm going you what has been marked for

19   identification number 4.  Is that your CV?

20   A.    Yes.  That's right.

21            MR. STRACHMAN:  Your Honor, I'd like to offer this as

22   a full exhibit.

23            THE COURT:  Exhibit 4 will be received.

24                          (Plaintiffs' Exhibit No. 4 was

25                            received into evidence.)

1    BY MR. STRACHMAN:

2    Q.    Your Honor, based on the testimony and the CV, I'd ask

3    that Dr. Paz be admitted as a -- offer him rather as an expert

4    in Palestinian terrorism and terrorist groups?

5          THE COURT:  Yes.  He -- his testimony, his expert

6    testimony in those areas will be received.

7          MR. STRACHMAN:  Thank you.

8    BY MR. STRACHMAN:

9    Q.    Now, Dr. Paz, could you tell us about the relationship --

10   the relationship between Hamas, Iran, its genesis and what

11   brings the two together?

12   A.    In the first two or three years of the intifadah, the

13   Palestinian uprising, and the establishment of Hamas on

14   December '87, Hamas, a Sunni movement of the Muslim

15   brotherhood, was opposing actually the Islamic ideology of the

16   Iranian regime and did not tend at that time to cooperate with

17   the Iranians; and actually, the turning point was mainly in '91

18   following the Gulf War where unlike the PLO and the Palestinian

19   national leadership, which sided totally with the Iraqis, Hamas

20   as a rival of the PLO, started to side with the Saudis, the

21   Kuwaitis, and therefore this was one of the main reasons for a

22   change in the policy and the ideology of Hamas towards the

23   Iranians.

24         That was one point.

25         Another point, which is also connected to the Gulf War,

1  was the fact that Saudi Arabia and the other Gulf states seized

2  at the time to support the PLO and Palestinian national

3  leadership and actually gave -- I would say -- Hamas a green

4  light to change their attitude or their relations with Iran;

5  and following that year, we started to -- the -- to witness

6  growing relations between Hamas and Iran, not only on the

7  political or ideological basis, but gradually on the

8  operational basis as well.

9  Q.    What brings them together?  What do they have in common?

10  A.    Well, first of all, maybe I should add another element

11  which is important here in regard to the year '91.  This was

12  the Madrid conference which was actually the real start of --

13  that led afterwards to a kind of reconciliation between Israel

14  and the Palestinians.

15      The Middle Eastern power that was, let's say, mostly

16  opposed to this new process was first of all Iran and on the

17  Palestinian level, it was Hamas which denied any possibility of

18  any contact, any link, any conciliation with Israel and started

19  to criticize very much the -- the then PLO and on this ground,

20  there was common -- there was a common interest between Iran

21  and Hamas as the leading forces against the new line of policy

22  of the Palestinian leadership.

23  Q.    So did they come to a specific modus operandi or specific

24  agreement as to how to further that common interest?

25  A.    Well, at that time, there was -- there was a very

1    important linking point between Iran and Hamas, and this was

2    mainly the Sudan, which was supported by the Iranians where

3    Hamas actually opened its first office, official office outside

4    of the Palestinian arena; and through the Sudan, the Iranians

5    did a lot of effort -- paid a lot of effort in order to make

6    contact with Hamas; and more and more, let's say, on the

7    operational level and the level of financing.

8    Q.    And is it fair to characterize them as having reached an

9    agreement to act upon the -- their common interest?

10   A.    Well, I have never seen any document -- I mean, in this

11   kind of relations, there are no official treaties like between

12   states; but with the development of these relations through the

13   Sudanese and later on, by the way, through the Syrians, there

14   was an agreement to cooperate in favor of terrorism against

15   Israel.

16   Q.    How does the notion of jihad enter into their agreement or

17   what they may have had in common?

18   A.    Well, Iran formed the start of the Islamic revolution in

19   Iran.   Iran was the leading country in the region of the Middle

20   East to -- let's say -- to act in order to actually eliminate

21   the state of Israel as a Jewish state; and it was also very

22   prominent on the background of other processes in the Middle

23   East like the peace agreement Israel and Egypt and later on the

24   peace agreements with -- agreements with other countries in the

25   region; and the Iranians were very much afraid at that time

1    that the process started by the -- the peace agreement between

2    Israel and Egypt is going to lead to the recognition of the

3    entire world in the existence of Israel, no matter with --

4    with -- in -- which borders but at least the existence of

5    Israeli entity in the Middle East.

6        And since then, the line of policy was to look for every

7    element in the Arab world and of course in the Palestinian

8    arena that might cooperate with them to prevent this process.

9    Q.  In order to further that cooperation with Hamas, what was

10   it that Iran was doing?  What were they -- what was their end

11   of the agreement or the process?

12   A.  Well, there was another element in the year '92 and mainly

13   '93 which actually helped close the -- caused Iran and Hamas to

14   become closer.  This was the deportation of about 400 Hamas

15   members, actually almost all the infrastructure of the movement

16   in the Palestinian territories; and in -- they were deported

17   between December '92 and December '93 when they were allowed to

18   return to the territories.  They were deported to south Lebanon

19   where Hizbollah, as a proxy group, initiated and activated

20   actually by the Iranians and the Iranian groups of the Islamic

21   Revolutionary Guards were maintaining closer and closer

22   relations with these Hamas members; and started through -- to

23   offer them financial support and military training.

24   Q.  And is that basically the first time that Iran acted upon

25   this agreement with Hamas to -- actually to provide something

1    substantial to them?

2    **A.**   No.   There were -- there were also some members -- I would

3    say a few members that started to go to training in Iran

4    around -- if I remember correctly -- around '92.   Some of them

5    were even sent from the United States, Palestinians, recruited

6    in the United States, mainly by Moussa abu Marzook who was then

7    the commander of Hamas in the states, and they were sent to

8    training in the -- in -- on Iranian soil.

9        In '92, there was also another development, there was

10   opened the first Hamas office with the position of official

11   representation in Tehran.

12   **Q.**   And of those 400 people who were deported, 400 Hamas

13   members who were deported to Israel, how many of them received

14   training in Hizbollah camps in Lebanon?

15   **A.**   Well, I don't have the exact numbers; but as far as I

16   remember, at least 70 of them received military training.   We

17   have to understand that of these 400, only about 380 were Hamas

18   members.   The rest were members of the Palestinian Islamic

19   jihad who was -- was in close connections to the Iranians long

20   before.

21       So among these people, there were many people who were

22   over the age of 50, 60; so only the younger -- the younger

23   members who were in this camp received military training; so as

24   far as I remember, there were about 70 Hamas members.

25   **Q.**   Now, we talked about the -- we're talking about the

1  Iranian contribution.  In addition to training, what other

2  kinds of contributions did Iran make to this agreement or this

3  partnership with Hamas?

4  A.  Well, first of all, they started to give Hamas -- they

5  started to give Hamas financial support.  I don't know the

6  exact numbers at that time, but it developed, and the amounts

7  of financial support grew during the years.

8      Besides that, they were assisting them in relations and

9  all kinds of operational -- operational connections like false

10  documentation, like flights to all kinds of places.  Either to

11  Beirut or Damascus, or to the Sudan or to Tehran for those who

12  were going to receive military training there.

13  Q.  What was Hamas' contribution to this partnership?

14  A.  First of all, if I may use here a term we used to say in

15  Hebrew, the relations during the start of the connections

16  between the two parties, even until today, are that in a state

17  that Iran is like a cow that wants to give -- wants to give

18  more milk to the organizations that she wants their support,

19  than they are willing to receive, because there was in the

20  beginning some -- there were some reservations for -- by Hamas

21  from cooperation with them, and these reservations actually

22  during the year '93, in '94, they disappeared and the action of

23  Hamas was terrorism.  They didn't assist Iran, but by the

24  persistence, persistent struggle, terrorist struggle and

25  violence against Israel and in the attempt to serve the Iranian

1    interest to thwart the peace agreement and peace process

2    between the Palestinians and Israel.

3    Q.    So is it fair to say they provided the manpower, the

4    bodies to do the work?

5    A.    Hamas, yes.  Yes.

6    Q.    Okay.  You talked about the training and the -- the

7    training from the deportees.  In 1994, was there another group

8    of training that occurred in Iran?

9    A.    Yes.  In 1994, actually this was as far as I know the

10   first group of Palestinians from the territories that went to

11   Iran through the Sudan and Syria to receive training.  It was

12   also the -- for the first time quite a large group of 19

13   people.

14        It was organized in the Sudan.  From there, they moved

15   through -- they flew through Damascus to Tehran and received

16   training for about three and a half months.

17   Q.    What specifically was the training and who gave them the

18   training?

19   A.    Well, the training -- according to the confessions of

20   those who were trained in that group, the training included the

21   composing of all kinds of explosives, shooting all kinds of

22   weapons, and clandestine behavior, and, let's say,

23   indoctrination, political indoctrination in order to, let's

24   say, to increase their awareness, their political awareness and

25   their devotion for the cause.

Q.    Who in Iran specifically was conducting this training?

A.    Well, the camp nearby Tehran belonged to the Revolutionary

Guards; and the trainers, according to the confessions of those

who trained there, they didn't know their trainers.   They

didn't know them by name; and there were -- they were separated

actually from the trainer, closed in this camp, they couldn't

get out of this camp; and actually, from their point of view,

it was the Iranian Revolutionary Guards.

Q.    Okay.  And one of the 19 members who went to Iran in 1994

was Hassan Salame; is that true?

A.    Yes.  That's true.

Q.    What do we know -- excuse me, before we get to that.   The

training that occurred there, were the 19 people trained to

become the foot soldiers, the trigger men, or were they trained

to become commanders, leaders, and trainers?

A.    Well, first of all, I can't say what the Iranians wanted

them to be; but in the point of view of Hamas, those that

returned to the territories -- not all of them by the way

returned to the territories -- those that returned became

actually the leading trainers of the organization, the leading

people who could compose all kinds of explosives; and from the

Hamas point of view, they became senior members of the military

wing of the movement; and it was important because some of them

did not even like -- like Hassan Salame -- did not actually

take part in terrorist operations but remained behind the scene

1    in order to keep him safe in order that he could train others,

2    compose all kinds of explosives, record people, et cetera.

3    Q.    Was that his function in the explosion that killed

4    Eisenfeld and Duker and also Leia Moussa?

5    A.    Leia Moussa was wounded.

6    Q.    Excuse me, I apologize.

7    A.    Yes.  He actually was -- he trained the three members that

8    were supposed to -- and actually did carry out the suicide

9    operations.  He composed the explosives.  He showed them how to

10    activate it; and he was actually, in this case, the -- maybe

11    the most important figure of -- that -- of that group.

12    Q.    You testified in the Eisenfeld and Duker case and also in

13    the Moussa case?

14    A.    Yes, I did.

15    Q.    And what -- can you tell us more about Mr. Salame and what

16    his -- what his -- his function in Hamas was?

17    A.    First of all, he was quite senior prior to his training in

18    Iran.  He was actually sent to the Sudan in order to work

19    the -- in the official office of Hamas there.

20         And there, he was -- he was actually in close touch with

21    the most senior officials of Hamas that arrived to the Sudan to

22    organize the activity, to organize the -- the connections with

23    the Iranians, and to organize all kinds of propaganda and

24    financial issues.

25         And when he was sent to Iran, it was -- and let's say,

1  when he returned, it was quite obvious that he became one of

2  the senior members of the group mainly in the area of -- the

3  southern part of the southern region of the West Bank.

4  Q.   Have you reviewed the documents pertaining to the Ungar

5  murder, the confessions, convictions, information provided by

6  the Israelis?

7  A.   Yes, I did.

8  Q.   Okay.  And what can you tell us about this incident and

9  about how this fits into the scheme of Hamas?

10  A.   Well, if I may add in connection to that another element

11  which -- an important element which the Iranians actually

12  influence Hamas, it was the suicide bombing, the modus operandi

13  of suicide bombing, terrorist modus operandi that's actually

14  started in the Middle East in Lebanon by Hizbollah during the

15  eighties and through the influence of Iran and Hizbollah, Hamas

16  started to use this modus operandi since '93 and later on much

17  more frequently in '95, '96, et cetera, until today.

18       So I mention it because the -- all this activity created

19  an attempt at that time of the Palestinian authority since it

20  was established in '94, not only by Israel to limit Hamas

21  activity.

22       So all these cells created by Hamas actually in some cases

23  were very fragile and some of them -- and some of the members

24  became wanted either by Israel or by the Palestinian authority.

25       So it was very important at that time to use members who

1   were -- who received such good military training like Hassan

2   Salame to use them in several missions.

3       Now parallel to his mission in the -- in the case of the

4   Jerusalem -- the cell in Jerusalem that carried out these

5   suicide operations in the buses that you mentioned before, he

6   also started to train many other members in other cells in that

7   region of the southern region of the West Bank.

8       Part of his training was to kidnap soldiers and -- to

9   kidnap Israelis in this case, but mainly soldiers and to shoot

10  from a -- from moving cars; and in the beginning of -- if I'm

11  not mistaken, in February, '95, Hamas decided -- sorry.  In

12  February '96, Hamas decided at least temporarily to stop the

13  use of suicide bombing and to move to the modus operandi of

14  kidnaping soldiers and shooting from moving cars.

15      And actually, Hassan Salame started to train in these

16  months, this period, other members of Hamas in carrying out

17  these operations; and this was exactly actually how -- this was

18  the operation in which the late Ungar couple were killed.

19  Q.  Was he -- was Salame the trainer for the Talachmeh cell?

20  A.  I don't know for sure.  But it is probably -- since he

21  confessed that he trained most of the Hamas members in that

22  region at that time, and since he was the main trainer of Hamas

23  at that time in this region, it is very probably, I can say,

24  that he was the trainer of the Talachmeh cell.

25  Q.  Is there anyone else that you know of who could have or

1  would have done the training for the cell that killed the

2  Ungars?  Is there anyone else who has been identified as a

3  trainer of that cell?

4  **A.**    No.  Not that I know of.  And if I may add we are talking

5  here in this case -- we are not talking about explosives, but

6  we are talking about kidnaping and shooting from moving cars

7  which in no other members of Hamas besides those who were

8  trained in Iran actually were trained in such methods of

9  operation.

10          So it is very likely that he was the guy who trained the

11  Talachmeh cell; although they didn't know -- the trainer was

12  masked.  They didn't know him by name.  And they didn't know

13  him at all; and actually, he was also -- he was not from that

14  region.  He was from the Gaza Strip; so he wasn't known by

15  local people.

16  **Q.**    The confessions of the four individuals who killed the

17  Ungars, they talk about the training that they did?

18  **A.**    Yes.  They talk about it.

19  **Q.**    They themselves said that the trainers were masked or

20  hooded?

21  **A.**    Yes.

22  **Q.**    What word did they use?  Do you recall if it was hooded or

23  masked?

24  **A.**    Well, in Hebrew, it is the same.  It is the same word.

25  **Q.**    Okay.

1  A.    But I think maybe we should say they were hooded.

2  Q.    Okay.  And is that typical of the methodology of Hamas

3  training, that the trainers are not identified to the trainees?

4  A.    Yes.  First of all, it was also -- there was much

5  improvement in those years in the operational activity of

6  Hamas.  Part of it was due to the training of some of its

7  members by the Iranians or by Hizbollah in other cases; and --

8  by Hizbollah in Lebanon in other cases.

9      And part of this improvement was the fact that they became

10  more and more clandestine.  They kept much more discipline and

11  they were better organized than in the years before.

12  Q.    Was Salame -- did he discuss his role in choosing

13  locations for attacks as well as -- or the -- sort of the

14  change from suicide bombing to drive-by shootings?

15  A.    The change was not -- in his confession, he said that

16  Talachmeh actually -- who was senior in the hierarchy of Hamas

17  at that time --

18  Q.    Excuse me.  Talachmeh was senior?

19  A.    Talachmeh was senior.  The problem with Talachmeh at the

20  time was that he was in a Palestinian jail in Jericho; so part

21  of his activity and the connection with him was -- I mean the

22  members of his cell had to come to him in jail and talk to him,

23  and he was not free, out of jail.

24      But he was actually senior, and Talachmeh actually told

25  Salame about the change in policy.  This is another element

1    that I can conclude from it that since they changed -- there

2    was this change in the policy, he wanted or he had the interest

3    that Salame who trained his people, the members of his cell, I

4    mean Talachmeh's cell in the new, let's say, activities of

5    kidnapping and shooting.

6    Q.   And what do we know about where the weapons and the

7    finances for this organization -- for specifically Talachmeh's

8    organization, what do we know about where that came from?

9    A.   Well, in two cases, one -- a battle rifle, a Kalashnikof

10    was given to them by Talachmeh as he told them -- he told

11    Ismail Ghanimat that it was a present from Hamas.

12    Q.   Excuse me one second.  That's Ghanimat.  G-H-A-N-I-M-A-T.

13    Is that one of the individuals on the list?

14    A.   In our country we pronounce it differently.  Okay.  The

15    pronunciation in English.

16    And he gave them money to buy the other Kalashnikov; and

17    beside that, he gave them at least once money to buy a gun.

18    Q.   What do you know about Ghanimat's capability prior to the

19    beginning of 1996?  Was he in need of training?  Was he already

20    an expert, a person who could carry out acts or did he need to

21    be trained?

22    A.   No.  Actually prior to -- prior to the -- let's say --

23    February-March of '96, he was involved in several attempts

24    of -- several terrorist attempts and actually he failed in some

25    of them either in shooting or in kidnapping.

1    And only after February '96, he and his mates started

2    actually to carry out -- from their point of view -- successful

3    operations like the killing of actually five other Jews,

4    Israelis besides the Ungar couple.

5    Q.   So is it fair then to make a distinction between pre-'96

6    and post-'96?

7    A.   I think we can say that after the training, mainly the

8    training by shooting, there was a major improvement of the

9    operations.

10   Q.   Now, Mr. Salame was convicted, and what was he

11   specifically convicted of with regard to training?

12   A.   He was -- well, he was convicted in training between

13   February or March and May '96 -- in training Hamas members in

14   the conviction, let's say -- it didn't say exactly who -- which

15   members.  But he was convicted, among other things -- it was

16   not his main conviction, but he was convicted in training Hamas

17   members in that period until he was arrested.

18   Q.   But what was he -- training them in what?

19   A.   Training in -- mainly in shooting and explosives.

20   Q.   Okay.  And where does -- where and how does Hamas get or

21   obtain weapons to carry out such attacks?

22   A.   Well, they have different sources.  There is -- first of

23   all, there is a difference between the period of prior to '94

24   and after '94.  When I say '94, I mean the establishment of the

25   Palestinian authority and the amount of weapons that the

1   Palestinian authority was actually given by Israel as a

2   legitimate weapon during that period.

3       So I mentioned it because after '94, there was a lot of

4   weapons in the territories; so their sources were either from

5   the Palestinian authority or weapons stolen from Israel, either

6   from civilians or from the Israeli military forces; and weapons

7   smuggled from outside the Palestinian territories either from

8   Egypt to the Gaza Strip or from Jordan or through Jordan to the

9   West Bank.

10  Q.    And was there an incident approximately eight months ago

11  where a series of shipment of weapons was sent to Hamas on a

12  boat?

13          THE COURT:  Eight months ago?

14          THE WITNESS:  Yes.  There was a ship captured by

15  Israel.  There was a ship coming from Lebanon and it was

16  actually -- a deal of -- of -- of -- of weapons for Hamas, a

17  combination of the Iranians, Hizbollah, and the group of --

18          THE COURT:  Mr. Strachman, I don't know how much

19  longer you have with this witness.  I have a meeting to go to.

20  If you're not going to be finished in the next three or four

21  minutes, we have to break for lunch.

22          MR. STRACHMAN:  We probably have three or four

23  minutes.  Maybe we'll just conclude after lunch.

24          THE COURT:  I think we should break for lunch now.

25  Let's be back at 1:40.

1          MR. STRACHMAN:  Great.  Thank you, Your Honor.

2          THE COURT:  Thank you.

3      (Recessed at 12:36 p.m.)

4              **AFTERNOON SESSION** - (1:47 p.m.)

5          THE COURT:  All right.  Ready to proceed,

6   Mr. Strachman?  Go ahead.

7          MR. STRACHMAN:  Thank you.

8   BY MR. STRACHMAN:

9   Q.   Dr. Paz, when we -- we left off, we were talking about a

10  shipment of arms that was sent from Hizbollah and other

11  organizations to Hamas.  Was that -- where did those weapons

12  come from?

13  A.   Well, usually all the weapons of Hizbollah in Lebanon

14  comes from Iran through shipments mainly by flights through the

15  Damascus airport.

16      So I suppose that these arms were also from Iran.

17  Q.   And is that shipment, that process of shipping arms to

18  sponsored groups in Palestine or the territories, is that

19  something that has been going on for a while or is that

20  something that first started with that boat eight months ago?

21  A.   First of all, as far as we know, this boat was the first

22  that was captured by Israel.  There might be some other boats

23  that managed to smuggle arms through the sea.  But there were

24  other ways of smuggling arms either from Iran or from other

25  countries through -- not through the sea, but through the land,

1    on the ground.

2    Q.    Okay.  And does that involve Iran directly or does it

3    involve Hizbollah?

4    A.    Mainly Hizbollah.  I would say the ship that was captured

5    two weeks ago, it involved Iran directly; but in that case, the

6    weapons were for the Palestinian authority; but mainly through

7    Hizbollah, most of the Iranian activity with the Islamic groups

8    except for the training on the Iranian soil was through

9    Hizbollah.

10   Q.    And does Hizbollah have the same kind of relationship with

11   Iran that Hamas does, or is it of a different nature?

12   A.    No.  It's of a different nature.  Actually, Hizbollah was

13   created by the Iranian Revolutionary Guards in '82 in order to,

14   let's say, to maintain Iranian influence and dominance among

15   the Shiites in south Lebanon and to fight the Israeli

16   occupation of south Lebanon at the time; and it was almost

17   totally under the control of the Iranians.

18        Since June or July '82, Iranian troops and Iranian

19   intelligence officers are in the Bekaa Valley, the eastern part

20   of Lebanon; and they are there since then and actually they

21   controlled and still control the activity of Hizbollah.

22   Q.    And the activities of Iran either directly or through

23   Hizbollah, are they approved of and are they part of the

24   general Iranian -- Iran -- Republic of Iran's -- is that part

25   of their general policy or is that sort of a separate function

1  or a separate goal of individuals in the government?

2  A.   No.   I would say that this is the Iranian policy.

3       I must say that even what those people who are in recent

4  years viewed as more moderate in Iran like President Hatami,

5  for example, in what concerns the fight against Israel and the

6  wish to eliminate Israel as a Jewish state in the Middle East,

7  there are no moderates or hard-liners in the Iranian regime;

8  and this is the official policy of Iran to fight Israel as much

9  as they can.

10 Q.   In order to do so then, what people like the supreme

11 leader, Ayatollah Khamenei and the president, Mr. Rafsanjani at

12 the time, and the ministry of information, Mr. Khuzestani,

13 would those people have to approve of the relationship between

14 Iran and Hamas?

15 A.   Yes.   The relationship with Hamas was part of, let's say,

16 a policy that was actually decided and directed by the superior

17 leadership the Iranian regime; and those names that you

18 mentioned were actually at the time the highest leadership; and

19 actually even today, they're still -- they still have a lot of

20 influence in Iran; and, yes, such a policy was dictated

21 actually by the superior leadership.

22 Q.   So the relationship between Hamas and Iran could not have

23 existed without the approval of these people?

24 A.   Yes.   Sure.   Sure.   And Iran was always -- we have to

25 understand maybe another point which is not directly connected

1    to terrorism but which is important, and that is that Iran

2    since the -- since the Islamic revolution, was always looking

3    for legitimacy in the Arab world, which is Sunni and non-Shiite

4    Islamic world.

5         So, therefore, they were looking for every possible corner

6    where they can put their hand and find cooperation and support

7    for their cause.

8         So that's why the relations they had since the early

9    eighties with the Islamic Palestinian jihad was useless because

10   the Islamic Palestinian jihad was and still is a very, very

11   small and marginal organization among the Palestinians.

12        So they were always looking for groups like Hamas with a

13   lot of influence in -- among the Palestinians and especially

14   that Hamas viewed itself as a rival and as an alternative to

15   the Palestinian -- to the PLO, to the Palestinian authority,

16   and to the national Palestinian leadership.

17        So they always wished to increase their relations and

18   cooperation with such a big group like Hamas.

19   Q.   They're always willing to give milk?

20   A.   That's right.

21   Q.   By the way, is that an expression in Hebrew?  Is that a

22   common expression in Hebrew?

23   A.   Yes.  This is a very common expression in Hebrew.  It is

24   accepted among most of these experts that that's the way to

25   describe the Iranian policy in this regard.

1   Q.   And does the ministry of information in Iran, do they

2   monitor Hamas' operations?

3   A.   No.

4   Q.   Well, how do they communicate about the Hamas activities?

5   A.   Well, their policy is to encourage Hamas to carry out as

6   much as possible terrorist activity against Israel on the one

7   hand and to do the best to prevent any improvement or any

8   progress in the peace progress between Israel and the

9   Palestinian leadership.

10      So this eggs their policy and for that, they -- let's say

11   in order to achieve this policy, they encourage mainly Hamas

12   terrorism as the main tool to interfere with the peace process

13   and to influence either the Palestinians or the Israeli public

14   opinion.

15   Q.   How do they do that?

16   A.   They do that first of all by financing all kinds of Hamas

17   activities.  They do it by training, and they do it by a lot of

18   propaganda in support either directly or through their

19   influence in Lebanon and through Hizbollah.

20   Q.   Let's talk about the financing for a minute.  Do you have

21   an idea as to how much money Iran spent financing Hamas over

22   the past decade?

23   A.   Well, I can only estimate.  As far as I know the only

24   estimations -- I would say -- or I can -- I would estimate that

25   in the early or -- let's say in the first half of the nineties,

86

1    Iran gave Hamas -- directly -- about $3 million per year; and

2    this sum of money increased.

3         And now there is information, talking about $18 million in

4    the last year, during this year of the -- what they called the

5    second intifadah, the second uprising.

6         So there is an increase in the financial support of the

7    Iranians; but I would mention that this is, let's say, the

8    direct financial support.  There is financial support by other

9    means such as the trainings, the flights, the false

10   documentations, et cetera.

11   Q.   The $3 million in the early eighties, that's basically

12   cash payments, right?  That doesn't include the training, the

13   income --

14   A.   Yes.  I assumed that.

15   Q.   Is it fair to say that there's some wide -- within the

16   academic community there's some wide -- there's a wide range of

17   ideas as to how much money actually Iran gets?

18   A.   Yes.

19   Q.   Is it --

20   A.   I can say that there are people who are talking about $30

21   million a year; but this is my assumption -- this is my

22   estimation.

23   Q.   You're on the conservative side?

24   A.   Yes.  That's right.

25   Q.   And the money that is given by Hamas -- excuse me, given

1  by Iran to Hamas, is that money give for any specific purpose

2  or is it given general -- generally to Hamas for all of its

3  activities?

4  A.    No.  It is not -- the Iranians are not financing so far

5  and didn't do it in earlier years.  They are not financing the

6  social or cultural or educational infrastructure of Hamas.

7      They are financing mainly terrorism.

8  Q.    Okay.  Now, you also talked about the other mechanism of

9  support, and that's the training that's provided?

10  A.    Yes.

11  Q.    Can you tell us a little more about the training?

12  A.    Well, the training, so far -- as I can estimate -- there

13  were over 100 members of Hamas trained directly on Iranian

14  soil; and about another 100 or 150 members trained by Hizbollah

15  and Iranians from the Revolutionary Guards in Lebanon.

16      The training was mainly -- let's say in all kinds of

17  terrorism and guerilla warfare.  I mean there were military

18  trainings as well as training on specific terrorist operations

19  like making explosives, very sophisticated explosives, and

20  shooting.

21  Q.    They trained them with missiles as well?

22  A.    Not -- they were trained -- you cannot call -- let's say

23  rockets.

24  Q.    Rockets?

25  A.    Rockets and mortars.

Q.   Parachuting?

A.   No.   No.

Q.   And is it the ministry of information that provides the sort of umbrella for the training facilities?

A.   Yes.   Let's say on the top of the hierarchy there the ministry of information who deals with Iranian terrorism in general.

Q.   And did you -- you've reviewed -- I think I already asked you if you reviewed the confessions, and you reviewed the government -- the Israeli government's documents pertaining to the Ungar murder.

Could you tell us how this group came to shoot at the car driven by the Ungars?

A.   Well, at that time after they were informed by Talachmeh that that -- the movement -- Hamas is going to stop the suicide bombing, they started to look for soldiers, for kidnapping soldiers and for shooting; and unlike previous periods, they started to drive inside what we call the green line, inside Israel in order to find soldiers who were waiting for a lift or something like that.

And all shooting at moving cars and according to their confessions, they -- the 9th of June, '96, they drove to the rear of -- in the direction, let's say, of the south of Israel in order to -- one of them said in order to kidnap soldiers and to shoot at cars.

One of them said just to shoot at cars, and they were driving there for about an hour unenforced and until actually they saw the car of the Ungar family.

Q.    What did Mr. Hamdiya say about why this particular car was chosen?

A.    Well, he said that it was chosen because they saw a woman was driving this car.

Q.    What significance did that have for him?

A.    Well, for them as devoted Muslims, it might be more annoying, the fact that a woman was driving the car.

Q.    Okay.  And in conclusion, knowing what you know about Iran and about Hamas and the relationship between the two, can you tell us or give us a brief picture as to what Hamas would look like if it did not have the partnership with Iran and did not receive the training, support, propaganda support, et cetera?

THE COURT:  That in the adversary process would be objected to and sustained, but I'll listen to the answer.

THE WITNESS:  Well, I would say that Hamas at that time, without the Iranian support, mainly by training, by military training, would seem, let's -- I would say quite anemic, contrary to the well-organized and much more successful group they became especially after '95 and during '96.  I would say another thing.  In confession -- in a confession of another guy who was not connected to the Ungar case -- and I'm just referring to him as an example -- he was sent by Moussa abu

1    Marzook to military training in, first of all, in the military

2    camp of Hamas in Kansas City; and then Moussa abu Marzook did

3    not approve the level of the training, so he sent him to

4    Lebanon and Moussa abu Marzook again did not approve the level

5    of the training, so he sent him to Iran in order to be really

6    well-trained.

7        So I bring that just as an example the training in Iran

8    became very important factor in the improvement of Hamas in its

9    terrorist activity.

10            MR. STRACHMAN:  Thank you.  That's all, Your Honor.

11            THE COURT:  Thank you very much, Dr. Paz.

12            THE WITNESS:  You're welcome.

13        (Witness excused.)

14            MR. STRACHMAN:  Your Honor, we would like to call

15    Dr. Clawson.

16            THE COURT:  All right.

17        PATRICK CLAWSON, PLAINTIFFS' WITNESS, AFFIRMED

18            THE DEPUTY CLERK:  Please be seated and speak into

19    the microphone.

20                    DIRECT EXAMINATION

21    BY MR. STRACHMAN:

22    Q.   Doctor, your name sir?

23    A.   Patrick Clawson.

24    Q.   Okay.  And where do you work, sir?

25    A.   I work at the Washington Institute for Near East Policy.

Q.   In what capacity?

A.   I'm the director for research at the institute.

Q.   And what do you do there in your capacity as director of research?

A.   I direct a staff of approximately a dozen senior researchers and an equal number of research assistants who look at the contemporary Middle East and U.S. policy towards the Middle East.

Q.   And what is your area of expertise?

A.   I'm by professional training an economist.  The country that I follow most closely is, however, Iran, and I cover its -- I study its politics, its military, its support for terrorism, as well as its economy and history.

Q.   And have you written on Iran's relationship or sponsorship of terrorist organizations?

A.   Yes.  I've written numerous articles and a few books and edited a few books about Iran's strategy, including it support for terrorism.

Q.   And have you testified in this court about Iran and its relationship to terrorism?

A.   Yes, sir.  I've testified in several cases in this Court about Iran's support for terrorism.

Q.   And, Dr. Clawson, I'm showing you a document.  Could you tell us what that is?

A.   That is a brief professional resume.

1  Q.   Okay.  You prepared it?

2  A.   Correct, sir.

3       MR. STRACHMAN:  Your Honor, we would ask that Exhibit

4  No. 6, which is Dr. Clawson's CV be admitted and also that

5  Dr. Clawson be admitted as an expert to testify concerning Iran

6  and Iranian policy.

7       THE COURT:  All right.  He may testify and Exhibit 6

8  will be received.

9                              (Plaintiffs' Exhibit No. 6 was

10                              received into evidence.)

11       MR. STRACHMAN:  Thank you.

12  BY MR. STRACHMAN:

13  Q.   Dr. Clawson, could you describe for us the relationship

14  between Hamas and Iran?

15  A.   Well, it's gone through several phases.  Initially in the

16  1980s, Hamas was quite suspicious of Iran because of its

17  prejudices about Shiism.  By the late 1980s, Hamas and Iran

18  began cooperating; and certainly by the mid-1990s, they

19  developed something of a partnership.

20       It has its ups and downs.  One might make an analogy to a

21  marriage which sometimes the two sides are pretty close to each

22  other and sometimes the two sides are fighting; and

23  occasionally, each one has an affair on the side with somebody

24  else.

25  Q.   But despite that history, is it fair to say --

1    THE COURT:  That's some marriage you just talked

2  about.

3    THE WITNESS:  Well...

4    I'm afraid, Your Honor, that marriages have been known --

5  such marriages have been known to exist.

6    THE COURT:  Well, I'll never tell; but go ahead,

7  Doctor.

8    MR. STRACHMAN:  In the Middle East.  This is a Middle

9  Eastern marriage.

10    THE COURT:  I hope not.  In the Middle East you're in

11  real trouble with a marriage like that.

12    Go ahead.

13  BY MR. STRACHMAN:

14  Q.  Is it fair to say that despite the ups and downs, they've

15  continued to maintain this partnership over the last 10 years

16  or so?

17  A.  Over the last 10 years, yes, sir.  In December 1992, there

18  was an episode the Israelis deported about 300 Hamas members to

19  Lebanon.  Lebanon wouldn't let them in.  They sit there on the

20  border for a long time.  There's a real breakthrough in the

21  relationship between the two sides.  Since then Hamas and Iran

22  have cooperated relatively closely, sometimes extremely

23  closely, sometimes with a little more suspicion on the two

24  sides.

25  Q.  Does our government -- did the United States government

1  have an articulate -- an official position concerning Iran and

2  concerning its relationship to terrorism?

3  **A.**   Yes, sir.  Every year there is a report issued by the

4  State Department called Patterns of Global Terrorism.  That

5  report is a product of a great deal of effort throughout the

6  intelligence and foreign affairs community.  Every word is

7  carefully weighed.  I've been consulted at times about exactly

8  which word to use in some of the sentences.

9      And that report has a description about Iran's role as a

10  state sponsor of terrorism and has for years now described Iran

11  as either, one, a leading sponsor or the leading state sponsor

12  of terrorism; and the report also describes in some detail the

13  Iran-Hamas connection.

14  **Q.**   And is it fair to say that Iran is a charter member of

15  this designation of state -- being a state sponsor of

16  terrorism?

17  **A.**   Charter member?  Certainly since the Iranian revolution

18  more than 20 years ago, it's been on that list.  There was a

19  precursor to that list that began a couple of years before the

20  revolution; but since it has been a formal list, Iran has been

21  on it.

22  **Q.**   Since the list was designated and formulated by the State

23  Department, Iran has been on that list each and every year?

24  **A.**   I'd have to go back and check as to whether it first began

25  in 1977 or 1978.  Iran has been on there for more than 20

1    years.

2    Q.    Okay.  How was Iran characterized in 1996, the year that

3    the Ungars were murdered?

4    A.    It was characterized as the principal state sponsor of

5    terrorism.

6    Q.    In the world?

7    A.    In the world, that's correct.

8    Q.    Okay.  And is that designation, is that sort of a tool

9    of -- or used by our government to sort of announce policy or

10   is it sort of a -- a tool to -- you know, as a propaganda tool?

11   Is it conservative in its designation or is it exaggeratory?

12   A.    Well, the report is a very careful and conservative

13   report.  The formal designation of which states are state

14   sponsors has many legal implications.  I think it is fair to

15   say that the list has become kind of frozen in time in the

16   number of countries -- like Cuba -- that are on the list as

17   they -- the report describes are no longer actively supporting

18   terrorism but are still on the list because of their -- they

19   have never prosecuted or handed over for prosecution the

20   terrorists they supported in the past.

21        Iran, as the report describes, is a very different

22   situation.  It is still an active state sponsor.  As a result,

23   under law, there are a whole variety of benefits that are

24   denied to Iran.

25   Q.    How is that -- how were -- did that designation -- how is

1   that taken by the Iranian government?  How does that affect the

2   government?

3   A.    This has always deeply offended the Iranian government.

4   Its self-conception is, after all, as a religious or moral

5   government; and also Iranians are a proud people, proud of

6   their country, proud of their civilization; and they feel that

7   this is -- the Iranian government feels this is disparaging

8   that civilization.

9   Q.    And what is the significance of a designation?  I think

10  you said principal sponsor, and I think the report makes it

11  premiere.  What's the significance of the use of that type of

12  word in connection with Iran's sponsorship of terrorism?

13  A.    At the time in the mid-1990s, the United States was having

14  an active discussion -- shall we say? -- with a number of our

15  European allies about how best to press Iran to drop its

16  terrorist activities.

17       And a number of those European countries were suggesting

18  that all Iran's activity in terrorism was a matter of the past;

19  and when it sponsored the hijackings of the -- the kidnappings

20  of the Americans in Lebanon and that wording in that report and

21  the information in that report was part of a vigorous effort by

22  the U.S. government to persuade European governments to take a

23  stronger stance against Iranian terrorism, in particular

24  against Iranian support for terrorism directed against Israel

25  and in Israel.

Q.   How -- in doing your research or -- how do you gather information about Iran?

A.   Iran is actually a relatively open country.  There's a lot of newspapers in Iran.  They like to scoop each other by publishing secret documents.

After all the Iran-contra affair, news of that, that was leaked from Iran not from the United States.  And at the time we're talking about, there's a reform movement in Iran that started to gather steam and criticized the government.  So we see a pretty lively political debate about many of these issues.

It is circumspect about national security affairs, but still quite a bit of information comes through.

Q.   And what was the reason that Iran began to have a relationship with Hamas?

A.   Iran wanted a relationship with Hamas dating back to the earlier days of the Iranian revolution.  It was Hamas which was reluctant.  Iran supports the goal of creating an Islamic state in all of the mandatory Palestine, and, therefore, Iran wanted to work with Hamas.

Iran was a little -- was concerned that Hamas was too moderate because initially Hamas in the early 1980s wasn't sponsoring terrorist attacks inside Israel itself, only in the West Bank and Gaza was Hamas involved in terrorist attacks.  That was one reason that Iran essentially created a more

radical group than Hamas, the Palestinian Islamic jihad; but Iran then was very pleased it was able to work with Hamas and that Hamas adopted a more radical agenda.

Q.    Is the position of the government, the Iranian government, compatible with the goals of Hamas as articulated in its charter?

A.    Absolutely.  Indeed, Iran's complaint has been at times that Hamas hasn't been vigorous enough in using military force and using terrorism to achieve those goals in that charter.

Q.    And do -- how do each -- each, Hamas and Iran -- how do they each conceptualize the notion of jihad?  Is that something that they conceptualize differently or that they share?

A.    Well, Iran is going to -- Iran emphasizes the use of force, the use of violence for jihad.  If anything somewhat more than Hamas does.  People in Hamas may talk about jihad as both this violent use of terrorism as well as a more moralistic and striving for moral purity where Iran emphasizes the militaristic aspect much more.

Q.    And how -- what methods or what mechanisms do -- does Iran use to encourage this terrorism by Hamas?

A.    Well, Iran provides financial support; and, indeed, there have been credible supports from numerous sources -- including Iranian ones -- that suggest that Iran provides payment after terrorist actions, especially after spectacular terrorist actions.  Iran can provide a considerable amount of payment.

1    Iran provides a great deal of training for those to carry

2    out terrorism, and Iran provides a lot of propaganda support.

3    Iran, after all, has a lot of radio stations, newspapers that

4    carry its message throughout the Muslim world.

5    And especially in the -- from the mid-1990s onward, Iran

6    has used it prestige as a radical force in the world Muslim

7    community.  In an earlier period, Iran had problem doing that

8    because of this prejudice against Shiites which has only been

9    overcome in the last -- in the 1990s.

10   Q.   And you talk about the financial support.  Can you give us

11   an estimate as to how much money is paid by Iran on a yearly

12   basis and does it change?  Has it changed over time?

13   A.   Well, we have only imperfect information, to put it

14   mildly, on how much Iran provides for terrorism overall.  But

15   I've never seen any credible estimates that Iran's total

16   spending on terrorism at the time we're talking about were as

17   low as $50 million a year.  I think that they were -- most of

18   the credible estimates are considerably higher, some as high as

19   200 million a year.  Much of that, however, is in Lebanon in

20   the Palestinian area, I mean in -- its -- quite a bit less,

21   some of that goes to the Palestinian Islamic jihad.

22   How much specifically goes to Hamas, I don't know.  But

23   certainly in the millions of dollars.

24   Q.   Per year?

25   A.   Per year.

Q.   Okay.  And the balance then of the funds that you talked about would be used with -- in Iran for training?

A.   No.  The Hizbollah in Lebanon or for that matter some -- Iran at this time, '95, '96 is starting to get going for support for terrorism in the Balkans.  Iran is using terrorism to target Iranian dissidents abroad; for instance, there's a murder in Berlin which becomes quite a *cause celebre*, a trial in a German court that finds that the top leaders of the Iranian government were the ones who ordered that assassination; and, indeed, the court finds that they -- the top leaders of the Iranian government are -- provide approval for lots of terrorist actions or are very involved in the approval for terrorism.

Q.   You talked about providing funds in response to spectacular activities.

A.   Yes.

Q.   How does that occur with respect to Hamas?

A.   There's been credible reports that after a Hamas suicide bombing, Iran provides literally a cash payment.

Q.   Okay.  How do --

THE COURT:  To the family of the suicide?

THE WITNESS:  Yes, sir, but -- Your Honor, but also to Hamas as an organization as well, for it to be able to carry out further such activities.  After all, Iran has been concerned that at times it didn't think Hamas was being radical

1    enough.   So when Hamas does something radical, which Iran

2    approves, it is going to want to reward Hamas for having done

3    that.

4    BY MR. STRACHMAN:

5    Q.    How -- is there communication between Hamas requesting the

6    reward and Iran to --

7    A.    We don't have -- I don't have a very good idea how that

8    works.   I suspect some of our intelligence communities do.

9    There had been various suggestions that intermediaries are

10   used, for instance, people here in the United States, but I

11   don't know exactly.

12   Q.    Frequently, or recently, are Hamas activities videotaped

13   to present to Iran?

14   A.    More recently, yes.   Right.   More recently Hamas has been

15   videotaping its terrorist bombings, and there is reason to

16   believe that is in part to be better able to get payment from

17   Iran.

18   Q.    Okay.   Now, the Iranian support for Hamas, is that part of

19   a sort of a national policy of the Iranian government?

20   A.    Absolutely.   There is a broad consensus within the Iranian

21   government about its opposition to the existence of the state

22   of Israel and about the appropriateness of the use of terrorism

23   in order to fight against the existence of the state of Israel.

24        So while there are many disputes in Iran among the

25   political leaders, there's broad consensus on that issue.

1  Q.    And could the -- could the -- strike that.

2       What is the role of the ministry of information and

3  security with regard to the -- this relationship between -- or

4  this marriage -- as you said -- between Hamas and Iran?

5  A.    Well, the ministry of information and security is a very

6  large agency.  And it's the -- shall I put it? -- the heir of

7  the -- the secret police of the former Shah; and it has a lot

8  of technical expertise and provides a lot of technical training

9  in terrorism techniques to Hamas members as well as to other

10 terrorist groups.

11 Q.    How many members or how many employees are there of the

12 ministry of information and security?

13 A.    Certainly 30,000. Potentially more.  We know quite a bit

14 about its activities because most of its activities are

15 directed against dissidents inside Iran.  And the reform

16 movement in Iran has in recent years revealed a great deal of

17 information about the organization's activities.

18      We also know a lot about its activities from the defector

19 from that organization who testified in the Berlin trial about

20 the killings I mentioned earlier.

21 Q.    What is its annual budget?  Do you have an idea as to

22 that?

23 A.    Its credibly said to be something on the order of a

24 hundred million dollars.

25 Q.    A hundred million?

A.    That may be a bit high but certainly is more than 50 million.

Q.    Were there some estimates that its budget is 500 million?

A.    Estimates that are much higher, yes; but that, I think, is an exaggeration based on the fact Iran has a very artificial economy kind of like the old Soviet Union.  So the country's exchange rate is very different.  The official exchange rate is very different from the black market rate.

Q.    Do the funds that go to Hamas, that are dedicated to Hamas for terrorism, do they come from the ministry of information and security's budget?

A.    It would seem they come almost entirely from the ministry of information and security.  For some other terrorist groups, the Revolutionary Guards get very involved.  For instance with Hizbollah, the Revolutionary Guards seem to be more important; but it would seem with the Palestinians that it is much more the ministry of information and security that's involved.

Iran is a rather messy government with a lot of overlapping institutions, like the Revolutionary Guards is a revolutionary institution created by the new government after the revolution, whereas the ministry of information and security is sort of a technocratic institution of secret police that's been there for a long, long time.

Q.    And are there specific communications in relationships between people in Hamas and the ministry of information and

1  security?

2  A.   Certainly in 1993, when this large group of this some 300

3  people from Hamas are in southern Lebanon, we have good reason

4  to believe that some of them that went on to get direct

5  training from the ministry of information and security

6  operatives.

7  Q.   How would you describe the relationship between Hamas and

8  Iran?  How would you characterize it during the specific period

9  of 1995 and 1996?

10  A.   Oh, at that point the relationship had been improving

11  pretty steadily for -- well, almost eight years.  And it had

12  become a pretty tight relationship.  In fact, I would say in

13  early 1996, at that point it looked like eight years of steady

14  improvement, the relationship was becoming better and better.

15  Since then there have been ups and downs, but...

16  Q.   And the -- what's described -- this relationship between

17  Hamas and Iran, is this something that's fairly well known in

18  public or is this something that only through research such as

19  your own, such as you -- you or other scholars would do would

20  be able to uncover?

21  A.   It's hardly a secret.  Hamas leaders visit Iran and are

22  greeted by the top leaders of the Iranian government.  Iranian

23  leadership -- the Iranian newspapers comment on it.  It is

24  commented on by people from these -- from Hamas by scholars

25  writing about Hamas.  It is commented on.  It is frequently by

1    PLO chairman Yasar Arafat who is not happy about it.

2    Q.    Specifically in the period of early 1996, did the

3    relationship come to the forefront of international affairs?

4    A.    Absolutely.  At that time the Israeli prime minister,

5    Shimon Peres, faced a very difficult election campaign in

6    Israel; and he was complaining that the suicide bombings, which

7    Hamas was principally responsible for, were undercutting his

8    campaign and he, of course, went on to lose by a very narrow

9    margin; and Mr. Peres frequently said that he thinks that it

10    was the Iranians who short-circuited the peace process and

11    prevented the successful completion of an Israeli Palestinian

12    peace in the late 1990s.

13         And that's an evaluation which the Iranians generally

14    share.  They think this was a great strategic triumph for them,

15    their support for Hamas at this time.

16    Q.    In that period of time, spring of 1996, were their

17    comments from Chairman Arafat as to his opinion about the

18    relationship between Iran and Hamas?

19    A.    Chairman Arafat was pretty sharp about it, not as sharp as

20    Mr. Peres.  In fact, not as sharp as Mr. Arafat became after

21    the fall of '96 when he had to deal with the new Israeli prime

22    minister Mr. Netanyahu and realized what a big problem it

23    caused for him.

24         It was by late 1999 that Arafat is bitterly denouncing

25    Hamas and is describing -- exposed how much Hamas had been

1    responsible for the bombings that previous -- earlier that

2    year.

3    Q.    Did he comment about the relationship between -- did

4    Chairman Arafat comment on the relationship between Hamas and

5    Iran during that period of time, the spring of 1996?

6    A.    Yes.  Chairman Arafat was blaming Iran for its

7    encouragement of the suicide bombings and at a summit attended

8    by many world leaders in Sharm al Sheek in the Sinai peninsula

9    of Egypt, numerous world leaders condemned Iran for its support

10    for the suicide bombings.  Many of them did not mention that

11    the suicide bombings were claimed by Hamas.

12    Q.    What was the argot -- our government -- the United States

13    government's position concerning responsibility of Iran for

14    that spate of terrorism?

15    A.    Both President Clinton and Secretary of State Christopher

16    frequently condemned Iran for its sponsorship of the suicide

17    bombings.  I'm not sure if Mr. Clinton made the direct

18    connection to Hamas as the intermediary through which this was

19    done, but certainly Mr. Christopher did.

20    Q.    And you've reviewed -- have you had an opportunity to

21    review the confessions and the convictions of the four

22    individuals who participated in the murder of the Ungars?

23    A.    Yes, sir.

24    Q.    And how would you characterize their -- this incident with

25    regard to their training or their expertise?

**A.**   Well, their confessions certainly describe a -- quite a

professionally trained group, and many of the skills which they

described for carrying out the terrorist actions are precisely

the kind of skills which Iran was noted for in the -- by the

Berlin court in the killings there.  Many of those skills are

precisely the things that Hamas did not have a few years

earlier before its cooperation with Iran became much closer.

**Q.**   And in the last few years, there have been a series of

judgments against Iran for its participation or its support or

involvement in terrorism.

How are those -- how are those judgments -- how are

those -- how do they impact the government of Iran?  How do

they relate to those pronouncements, those judicial

pronouncements?

THE COURT:  Is that any of my business?

MR. STRACHMAN:  Well --

THE COURT:  Do I need to know that?

MR. STRACHMAN:  I think it is significant, Judge, and

I think it has to do with the nature of Iran and how they --

how they interact with their sponsorship of terrorism.

THE COURT:  All right.

THE WITNESS:  Initially, the judgments were generally

ignored in Iran.  But especially since Congress changed the law

to allow claimants to receive funds, there's been a great deal

of attention paid in the Iranian press to these judgments; and

1    the way the issue is presented in the Iranian press is that the

2    payments that are being made are out of Iranian money.

3        I know that that's something of a simplification of how

4    the process takes place, but that's how it is presented in the

5    Iranian press; and there's been a great deal of anger

6    expressed.  Iran passed -- the parliament passed a law allowing

7    Iranian citizens to sue the United States in response; and

8    there have been a lot of criticisms directed against the

9    current Iranian government for not finding a way to bring an

10   end to these lawsuits.

11   BY MR. STRACHMAN:

12   Q.   Has there been a specific pronouncement by the Iranian

13   government itself?

14   A.   The Iranian supreme leader, the Iranian foreign minister,

15   the head of the judiciary, the -- the parliament, in the

16   preamble to the law allowing suits against Americans have all

17   condemned these suits.

18   Q.   And have you spoken to any officials of the Iranian

19   government about these types of legal procedures?

20   A.   Yes.  I have spoken to -- well, officials of the Iranian

21   government.  I've spoken to lawyers who work for Iran.  For

22   instance, the head counsel for Iran at the Iran-U.S. claims

23   tribunal in the Hague who, in fact, when he made a presentation

24   here in Washington devoted his entire presentation to the

25   subject of these suits, and why he thought they were

1    inappropriate; and he described also --

2        THE COURT:  When was that?

3        THE WITNESS:  I would have to refresh my memory, Your

4    Honor.  I believe the answer is that it was approximately 15

5    months ago.  I would have to check that.

6        THE COURT:  Are those comments available on the web

7    or some other place?

8        THE WITNESS:  I have never seen those comments

9    available, I'm afraid to say.  I tried to get a copy of them,

10    and I urged him to write them up for review.

11        THE COURT:  You mentioned the perception in Iran that

12    the money is coming from Iran.  Is any money being paid on any

13    of these judgments; and if so, by whom, and where is it coming

14    from?

15        THE WITNESS:  Your Honor, the money is being paid in

16    these judgments for the compensatory damages, and the funds are

17    paid out of the U.S. Treasury against the law which says the

18    funds are to be then reclaimed from the assets which Iran had

19    paid in to the U.S. Treasury before the revolution as

20    prepayment for arms that were to be shipped to Iran.

21        And there's a sum of more than $400 million that Iran

22    prepaid at that time.  And the U.S. government resisted calling

23    that frozen money, frozen funds; and for a long time, there was

24    quite a dispute taking place in Congress -- which I testified

25    frequently -- about this money; and in the end, Congress said

1    that payments could be made from the U.S. Treasury with a

2    directive that the government was then to seek recovery from

3    that account.

4            THE COURT:  And is the government seeking recovery

5    from that account?

6            THE WITNESS:  That's a matter of considerable

7    dispute.  Because that account is in -- is in dispute in this

8    U.S.-Iran claims tribunal.  So one way of characterizing what's

9    going to happen --

10           THE COURT:  All in one lump sum or case by case.

11           THE WITNESS:  Case by case, 10,000 lines are being

12   disputed and have been for 20 years.  As you might suspect,

13   Your Honor, the accounting from the Defense Department was not

14   perfect; and there's a lot of dispute about each line item, and

15   there was a lot of bad will on both sides.

16           THE COURT:  What about all these $300 million

17   judgments that have come down from this Court?

18           THE WITNESS:  The punitive damages, Congress provided

19   that the individuals could collect -- if they agreed to suborn

20   their punitive damages to the U.S. government, they could

21   collect --

22           THE COURT:  Subrogate?

23           THE WITNESS:  Subrogate.  Excuse me.  I'm sorry.

24           THE COURT:  Suborning is a different idea entirely.

25           THE WITNESS:  Yes, sir.  My apologies, Your Honor.

1    Then the individuals could collect an additional amount

2    based on the compensatory damages.  So, in other words, if you

3    agree to subrogate your punitive damages you get an additional

4    amount calculated as a percentage of your compensatory damages.

5    My understanding is that a number of the -- those who have

6    gotten these judgments have agreed to that subrogation.  A

7    number of them have not.

8        And some of the lawyers involved are vigorously pursuing

9    all kinds of ways of trying to collect money and come up with a

10   variety of ideas that are --

11           THE COURT:  But the compensatory damages are paid out

12   promptly?

13           THE WITNESS:  For those cases which were specifically

14   cited by Congress in the law.

15       Now there's an interesting process going on of trying to

16   add additional cases to that list --

17           THE COURT:  You mean --

18           THE WITNESS:  The law cited specific -- sorry to

19   interrupt, Your Honor.

20           THE COURT:  The 1996 law?

21           THE WITNESS:  Then there was an amendment to that

22   law.  Excuse me, an additional feature -- it wasn't an

23   amendment -- to that law which allowed then collections from

24   this.

25           MR. STRACHMAN:  If I could, Your Honor, it is my

understanding that in October of last year, of 2000, Congress

amended the Foreign Sovereign Immunities Act and said --

allowed for five judgments that were then -- had been obtained

from the District Court.  Those five judgment creditors would

be paid the compensatory damages only.  As I understand, four

of them are against Iran, one was against Cuba.

The structure that was -- Dr. Clawson spoke about was

accurate in the sense that there was a provision in the law

that allowed for a 10 percent addition to the compensatory

damage if the claimants transferred their right to punitive

damages to the United States government.  There are no -- has

been no amendment to that law, to the best of my understanding;

so no claims who have been made after -- excuse me, who

received judgments that are not included in those five cases

have been paid.  Including the Elahi case which come down, was

heard in December and the -- for instance, and the -- I think

that was the first one after the law was passed.

THE WITNESS:  I think, sir, there were a couple of

other cases cited that in the event of judgments, payment could

be made.  I'm not sure about this.  That was my impression.

THE COURT:  We can look that up.  That's very

interesting.  Go ahead.

THE WITNESS:  Certainly what's gotten all the

attention in Iran is the big numbers.  What's gotten the

attention in Iran is the large judgment amounts.

BY MR. STRACHMAN:

Q.   So then the effect -- is it fair to say there is an effect to a large punitive damage award?

A.   The large punitive damage awards gets attention in the Iranian newspapers and the foreign ministry regularly gets excoriated for not having figured out to way to stop this, and the United States gets attacked and there is discussion in the Iranian press as to whether or not Iran's national interests are best served by continuing to have -- its refusal to have dialogue with the United States; and it has helped in the process over the last year and a half of making the question of relations with the United States a matter of vigorous debate inside Iran.

Q.   Okay.

MR. STRACHMAN:  I believe that's all, Your Honor.

THE COURT:  All right.  Thank you, Dr. Clawson.

THE WITNESS:  Thank you, sir.

(Witness excused.)

MR. STRACHMAN:  Your Honor, that's all we have today in terms of the expert witnesses on the issue of liability.  We initially thought we would have four witnesses.  We have sort of tailored that back to three.  We would ask -- I would ask if we could move to admit some of the other exhibits that are on our list.

THE COURT:  Let's talk about them.