# EXHIBIT P



# ISRAEL MINISTRY OF FOREIGN AFFAIRS

Search

MFA ≻ MFA Library ≻ 1997 ≻ Mar ≻ Suicide Bombing in Tel-Aviv

**Suicide Bombing in Tel-Aviv**
21 Mar 1997

- E-mail to a friend
- Print the article
- Add to my bookmarks



**MFA newsletter**

About the Ministry
MFA events
Foreign Relations
Facts About Israel
Government
Jerusalem
Treaties
History of Israel
Peace Process
Terrorism
The Iranian Threat
Anti-Semitism/Holocaust
Israel beyond politics
Int'l development
MFA Publications
Our Bookmarks
News Archive
MFA Library

## Suicide Bombing in Tel-Aviv
### March 21, 1997

Three women died and forty-eight people were wounded in a suicide bombing on Friday, March 21, in Tel Aviv.

At 1:45 p.m., a suicide bomber detonated a bomb shortly after sitting at a table on the terrace of the packed Apropo cafe, in central Tel Aviv. The cafe, like many other places in downtown Tel Aviv, was filled with families celebrating the Jewish holiday of Purim.

The blast, which was heard throughout the downtown area, blew out windows of nearby buildings and vehicles. Furniture and people were hurled meters from the scene, some into the middle of the street.

Anat Winter-Rosen, a Herzliya lawyer and the mother of a six-month-old baby-girl who was also wounded, died from her wounds at Ichilov Hospital. Dr. Michal Avrahami, 32, of Tel Aviv, a Wolfson Hospital radiologist, died shortly after being taken to the hospital. She was pregnant with her first child. Her husband and mother-in-law were moderately wounded. The third victim was Yael Gilad, 32, a social worker from Neveh Monosson.

Among the injured were several children, some in their Purim costumes.

The terrorist was later identified as Moussa Ranimat, 28, a resident of Kafr Tsurif near Hebron and the father of four.

The terrorist group Hamas claimed responsibility for the blast.

Feedback   |   Map   |   Hebrew

© 2007 Israel Ministry of Foreign Affairs - The State of Israel. All rights reserved.   Terms of use   Use of cookies