# EXHIBIT Q

# ISRAEL MINISTRY OF FOREIGN AFFAIRS

Search 

MFA > MFA Library > 1996-1997 > Israel Submits Formal Requests to the Palestinians

**Israel Submits Formal Requests to the Palestinians to Hand Over PA Police Commander - 22-Sep-97**
22 Sep 1997

- E-mail to a friend
- Print the article
- Add to my bookmarks

MFA newsletter

- About the Ministry
- MFA events
- Foreign Relations
- Facts About Israel
- Government
- Jerusalem
- Treaties
- History of Israel
- Peace Process
- Terrorism
- The Iranian Threat
- Anti-Semitism/Holocaust
- Israel beyond politics
- Int'l development
- MFA Publications
- Our Bookmarks
- News Archive
- MFA Library

Jerusalem, September 22, 1997

## Israel Submits Formal Requests to the Palestinians to Hand Over PA Police Commander Ghazi Jabali and 4 Other Terror Suspects

PA Refuses to Hand Over 4 Terrorists Involved in Murder of 4 Americans

(Communicated by the Israel Government Press Office)

The Agreement - The Interim Agreement (Oslo 2) states that Israel may request from the Palestinian Authority (PA) the transfer ("extradition") of an individual located in the autonomous areas who is suspected of an offense that falls under Israeli criminal jurisdiction (Annex IV, Article 2, par. 7b). The PA is obligated to comply with all formal requests and to arrest and transfer the suspect to Israel (Annex IV, Article 2, par. 7f (1)).

In the Note for the Record attached to the January 15, 1997 Hebron Protocol, the Palestinians reaffirmed their commitment that "Requests for transfer of suspects and defendants will be acted upon in accordance with Article II (7)(f) of Annex IV to the Interim Agreement."

The Violations

On September 17, 1997, Israel submitted five new requests to the PA for the transfer of terror suspects. Previously, on March 31, 1997, Israel submitted 31 formal requests for the transfer of terror suspects. Thus far, the PA has not responded to any of Israel's 36 requests (except for two cases in December 1994, when the PA rejected Israel's requests).

Of the 36 terror suspects whose transfer is being sought by Israel, 12 are either serving in the Palestinian police or are in the process of joining its ranks.

Among the suspects the PA is refusing to hand over are four who were involved in attacks in which 4 American citizens were killed. The four terror suspects are: Nafez Mahmoud Sabih, Muhi a-Din a-Sharif, Abd al-Majid Dudin and Imjad Muhammad Hinawi (details concerning them appear on the list below - see suspects # 2, 14, 31, and 32).

The PA's failure to transfer terror suspects to Israel is a flagrant violation of the Oslo Accords. By refusing to turn them over to Israel, the PA has allowed terrorists to go unpunished, thereby encouraging others to carry out attacks in the knowledge that they will not have to answer for their actions.

5 New Formal Requests Submitted to the PA

1. Col. Ghazi Jabali - Commander of the Palestinian Police Force. Suspected of organizing terrorist cells within the Palestinian police and issuing instructions to Palestinian policemen to carry out terror attacks against Israelis.

2. Imjad Muhammad Hinawi - member of Hamas who took part in the murder of 16-year old David Boim, an American-Israeli citizen, in Beit El in May 1996. The PA detained Hinawi but subsequently released him in February 1997 on holiday leave for the Id al-Fitr festival.

3. Abdel-Rahman Ghneimat - member of the Tzurif terror cell who was involved in numerous terror attacks against Israelis. He took part in the kidnapping and murder of Israeli soldier Sharon Edri and planned the March 21, 1997 bombing at a Tel Aviv cafe which killed Yael Gilad, Anat Rozen-Winter and Michal Avrahami. He was also involved in the murder of Yaron and Efrat Ungar on June 9, 1996 and the murder of Uri, Rachel and Zeev Munk on July 26, 1996.

4. Jamal al-Hor - member of the Tzurif terror cell who was involved in numerous terror attacks against Israelis. He took part in the kidnapping and murder of Israeli soldier Sharon Edri and planned the March 21, 1997 bombing at a Tel Aviv caf which killed Yael Gilad, Anat Rozen-Winter and Michal Avrahami. He was also involved in the murder of Yaron and Efrat Ungar on June 9, 1996 and the murder of Uri, Rachel and Zeev Munk on July 26, 1996.

5. Ibrahim Ghneimat - member of the Tzurif terror cell who was involved in numerous terror attacks against Israelis. He took part in the kidnapping and murder of Israeli soldier Sharon Edri and planned the March 21, 1997 bombing at a Tel Aviv caf which killed Yael Gilad, Anat Rozen-Winter and Michal Avrahami. He was also involved in the murder of Yaron and Efrat Ungar on June 9, 1996 and the murder of Uri, Rachel and Zeev Munk on July 26, 1996.

31 Formal Requests Previously Submitted to the PA

6. Ibrahim Salah Mustafa Alkam - suspect in the murder of Etta Tzur and her 12-year old son Ephraim on December 11, 1996, who were shot to death by terrorists near Beit El while driving in their car.

7. Abdel Nasser Ismail Hassin Alkaisi - suspect in the murder of Etta Tzur and her 12-year old son Ephraim on December 11, 1996, who were shot to death by terrorists near Beit El while driving in their car.

8. Ibrahim Massad Elias Hani - suspect in the murder of Etta Tzur and her 12-year old son Ephraim on December 11, 1996, who were shot to death by terrorists near Beit El while driving in their car.

9. Bassam Khalil Abdel Rahman Aram - resident of Khan Yunis; suspect in the attempted murder of Zvi Fixler at Moshav Gan-Or on December 10, 1993. He was arrested and then set free by the Palestinian police and is now active in the Palestinian security forces.

10. Yasser Muhammad Musa Aram - resident of Khan Yunis;

active in Islamic Jihad; suspected of involvement in the attempted murder of Zvi Fixler at Moshav Gan-Or on December 10, 1993. He was arrested and then set free by the Palestinian police. There are indications that he may have joined the Palestinian security forces.

11. Abdallah Mahmoud Samiri - suspect in the murder of 75-year old Naftali Sahar near Rehovot on February 10, 1994. Sahar, a farmer, was found dead in his orange grove after having been beaten with an iron bar. Islamic Jihad claimed responsibility for the attack.

12. Bassam Subhi Issa - suspected of involvement in the terror attack on Yoel Solomon street in Jerusalem on October 9, 1994. Two people were killed and eight injured in the attack when terrorists opened fire on the crowded street lined with open-air cafes. He also took part in the murder of three IDF soldiers in April 1993. He was arrested and later released by the Palestinian police, and was then drafted to serve in Jibril Rajoub's Palestinian Preventive Security Service.

13. Hisham Salim Dib - suspected on involvement in the suicide bombing attack at Dizengoff Center on March 4, 1996. 13 people were killed in the attack, for which Hamas claimed responsibility.

14. Nafez Mahmoud Sabih - suspected of involvement in planning the two suicide bombing attacks on Bus 18 in Jerusalem on February 25 and March 2, 1996, and the suicide bombing attack in Ashkelon on February 25, 1996. A total of 45 people were killed in the three attacks, for which Hamas claimed responsibility. Among the victims were 2 American citizens - Sara Duker and Matthew Eisenfeld.

15. Imad Mahmoud Issa Abbas - suspect in the murder of Moshe Bino and Amikam Zaltzman, who were stabbed to death in their Karni vegetable packing house near Gaza by terrorists posing as buyers on June 25, 1992.

16. Atef Hamadan - suspect in the attempted kidnapping and murder of an IDF soldier on September 18, 1992, and the murder of several Palestinians suspected on collaborating with Israel. In September 1996, he was arrested and then released by the Palestinian police, and was drafted to serve in Jibril Rajoub's Palestinian Preventive Security Service.

17. Rajah Khalil Ali Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megiddish of Gan-Or on March 9, 1993. Israel formally requested his transfer on September 29, 1994. On December 24, 1994, the Palestinians rejected Israel's request. He has since been arrested by the Palestinian police for having killed a local Palestinian. He confessed to the crime, was tried, and is currently awaiting sentencing.

18. Amru Abdallah Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megiddish of Gan-Or on March 9, 1993. Israel formally requested his transfer on September 29, 1994. On December 24, 1994, the Palestinians rejected Israel's request.

19. Salah Mustafa Othman - resident of Jabalya, Gaza; member of the Hamas military wing, took part in the attack on Bus 25 in Jerusalem on July 1, 1993 (attempted to commandeer the bus with two accomplices, shot and killed one Israeli passenger and wounded several others). Israel formally requested his transfer on several occasions: January 26, 1995, August 29, 1995 and September 6, 1995.

20. Raid Abu Libda - resident of Rafah, Gaza; member of the

PFLP, suspected of murdering Natalia Ivanov in Ashdod on September 23, 1994. Israel formally requested his transfer on November 30, 1994. Currently held by the Palestinian police. An accomplice to the crime, Iman Ahmed Abdallah Hassin, was captured by the IDF on December 14, 1994 near Kfar Darom and is currently in prison.

21. Iyad Hamdi Abu-Shakafa - resident of Khan Yunis; Fatah member suspected in the attempted murder of Shaul David in Ramle on February 9, 1994. Israel formally requested his transfer on several occasions: September 13, 1994, December 13, 1994, August 22, 1995 and September 6, 1995. Currently serving in the Palestinian police.

22-24. Three Palestinian Policemen - During riots at Erez checkpoint on July 17, 1994, Palestinian policemen opened fire on Israeli forces and killed border policeman Jackie Attias. On April 26, 1995, Israel submitted photographic evidence to the PA showing 3 Palestinian policemen shooting at Israeli troops and requested their transfer to Israel.

25. Iyad Abdelkader Ismail Basheeti - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on August 26, 1994. Israel formally requested his transfer on several occasions: August 28, 1994 and August 22, 1995. He was arrested and then set free by the Palestinian police, who then apparently drafted him to join their ranks.

26. Yusuf Mahmoud Abdelaziz Malahi - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on August 26, 1994. Israel formally requested his transfer on August 28, 1994 and August 22, 1995. He was arrested and then set free by the Palestinian police, and is currently in the process of being drafted to serve in their ranks.

27. Shahdi Subhi Abdel Rahman Abu Khaja - suspect in the attempted murder of Shimon Dror on September 19, 1994. Israel formally requested his transfer on several occasions: December 13, 1994, August 29, 1995 and September 6, 1995. The PA has failed to respond to the Israeli requests. An accomplice to the crime, Majdi Khalifa, was caught by Israel and is currently serving a 12-year prison sentence.

28. Yusuf Muhammad Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on July 18, 1995. Israel formally requested his transfer on September 13, 1995 and November 14, 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to 7 years in prison.

29. Shaher Ali Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on July 18, 1995. Israel formally requested his transfer on September 13, 1995 and November 14, 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to 7 years in prison and hard labor. He remains under detention by the Palestinian General Intelligence Service.

30. Khader Saba Yakub Abu Abra - resident of Beit Jallah, Bethlehem; member of the PFLP, suspected of attempts to obtain weapons for the PFLP, and apparently issued instructions to the attackers who killed two Israeli hikers in Wadi Kelt on July 18, 1995. Israel formally requested his transfer on September 13, 1995 and November 14, 1995. He was arrested by the Palestinian police on February 15, 1996 in the wake of a grenade attack on a joint patrol near Beit Jallah. He was held until May 1996, when he was released

and placed under house arrest.

31. Muhi a-Din a-Sharif - transported the explosives to the terrorist who carried out the suicide bombing attack against Bus 26 in Jerusalem in August 1995. Three people were killed in the attack, including Joan Davenny, an American schoolteacher from Connecticut, and 103 others were injured. Israel formally requested his transfer on March 13, 1996.

32. Abd al-Majid Dudin - resident of Dura; Hamas member, trained people to carry out suicide bombings, including the terrorist who attacked Bus 26 in Jerusalem in August 1995. Three people were killed in the attack, including Joan Davenny, a schoolteacher from Connecticut, and 103 others were injured. Israel formally requested his transfer on March 12, 1996. He was arrested by the Palestinian police in July 1996 and sentenced to 12 years in prison.

33. Ala Ahmed Abd al-Munim Salah - resident of Khan Yunis; member of the DFLP; suspected of involvement in the murder of Yossi Zindani in Beni-Ayish on March 31, 1994. Israel formally requested his transfer on July 10, 1996. He was recently arrested by the Palestinian police, apparently in connection with criminal activity.

34. Awad Silmi - resident of Gaza; took part in many terror attacks, including the murder of Lt. Col. Meir Mintz and various shooting attacks, and was connected to at least one suicide bombing attack. Israel formally requested his transfer on March 13, 1996. Currently detained by the Palestinian Preventive Intelligence Service.

35. Ibrahim Lateef Shaheed - resident of Tulkarem; Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on October 12, 1994. Fled to Jericho and is active under the protection of the Palestinian Preventive Security Service. Israel requested his transfer on June 18, 1995 and September 6, 1995. Currently serves in the Palestinian police in Tulkarem.

36. Khalil Abdel Rahman Abadi - suspect in the murder of his brother on March 13, 1995. The motive is believed to have been his brother's alleged collaboration with Israel or perhaps a family dispute. Israel formally requested his transfer on August 29, 1995.

**Feedback** | **Map** | **Hebrew**

© 2007 Israel Ministry of Foreign Affairs - The State of Israel. All rights reserved.  *Terms of use*  *Use of cookies*