# EXHIBIT S



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK      )
                       )
                       )    ss
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Arabic into English of the attached documents regarding the Sureef

Al Qassam Cell.

Corin Liandes, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this _3rd_ day of _December,_ 20_07_ .

KRISTEN D. PLONKA
Notary Public, State of New York
No. 01PL6121852
Qualified in Queens County
Commission Expires January 31, 20 09

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

**Sureef Al Qassam Cell... Read the most important operations.**

Sureef Al Qassam Cell: Will Palestinian mothers be able to give birth to a new cell?

The cell was able to kill 11 Zionists in absolute secrecy.  It snatched Zionist soldier Sharon Edri, killed him, hid him for seven entire months, and rubbed Shabak's nose in the mud after four years of struggle and resistance.

<center>Al Qassam Exclusive</center>

((And We have put a bar in front of them and a bar behind them, and further, We have covered them up; so that they cannot see.))

With these words, then 25 years old Abdul Rahman Ghneimat used to jump over fences at night and cross checkpoints during the day, as he carried out his Jihad mission between 1994 and 1997. Abdul Rahman Ghneimat and the martyr Moussa Ghneimat from the town of Sureef in Hebron Province, Jamal Al Hour, Ayman Qafisheh, and Ra'ed Abu Hamadieh from Hebron were like resting lions.  They defined their target, planned and carried out their operations with precision.  They dealt a huge blow to the Zionist Shabak Agency when they succeeded in hiding the remains of the Zionist soldier Sharon Edri for seven months without anyone suspecting its whereabouts, until General Jibril Rajoub was able to do so in a dirty operation coordinated with the occupying authorities.

<center>The Beginning of the Start</center>

Since the end of 1995 and the beginning of 1996, the Sureef cell started its activities and carried out quality operations over four years during which it operated in complete secrecy.  No one was able to get to it; there weren't any leads that could eventually lead to it.  The Sureef cell included five fighters, three of whom were from the town of Sureef located about 15 km Northwest of Hebron, with a population of over 13,000, and two from Hebron.  The cell was identified after the operation carried out by the martyr Moussa Ghneimat at the café Apropos on 3/13/1997, which killed four Zionists instantly and injured more than forty.

<center>Discovery of the Cell:</center>

On the morning of 3/21/1997, Moussa Abdel Kader Abu Dieh Ghneimat got up and had a cup of tea. Before he finished it, he took a look around the house and asked his mother for her blessing, then he went to his wife and asked her to take good care of the kids.  After that, he picked up his suitcase containing his personal clothes and headed to Tel Aviv (Spring Hill) where he had been working for over 8 years at the Rishon Café.  The café is located south of Tel Aviv.  The plan that the cell members had put together for Moussa called for him to place the bag with the explosives at the restaurant and leave, then detonate it remotely from outside at a 0.5 km range.  Moussa was born in 1969.  He was married and the father of four children: Israa, Bushra, Abdelkader, and Mohammed. He spoke Hebrew fluently and was known to be calm and quiet.

At the Café Apropos, Moussa put his bag next to him and sat quietly in the middle of many full tables. However, due to a technical problem, the bomb inside the bag detonated before the martyr Moussa left the place, killing him along with four Zionists, and injuring over 40 others.  At that point, the identity of the martyr Moussa was uncovered, as well as his political affiliation.  Several hours after the operation, the occupation forces surrounded the town of Sureef and imposed a curfew on the town for 45 days, during which they caused a lot of damage, destroyed 3 homes belonging to cell members and arrested dozens of people.  The siege lasted from 3/21/1997 to 5/4/1997.  The Zionist forces were able to identify the remaining members of the cell with the help of Jibril Rajoub and the Protective Security Service.  Ayman Qafisheh was arrested on 4/5/1997 in the neighborhood of Tel Al Ramideh and Ra'ed Abu Hamadieh was arrested on the Zionist side.  Also arrested were Abdul Rahman Ghneimat, Jamal Al Hour, and Ibrahim Ghneimat, who is the full brother of the martyr Moussa Ghneimat.  On 4/9/1997, the Protective Security Service determined that the latter was not linked to the cell.  During

this same period, the remains of the soldier Sharon Edri were discovered on 4/10/1997 in the town of Sureef, seven months after he was kidnapped and killed. We will tell his story in the course of this report.

<div align="center">A Well Thought Out Plan</div>

The Sureef cell carried out several heroic operations. The occupation authorities had blamed it for the killing of 11 Zionists. However, the most intriguing operation for the Zionist intelligence was the kidnapping of Zionist soldier Sharon Edri. The story started to develop when the cell decided to carry out kidnapping operations in order to free our brave prisoners from the prisons of the occupying authorities. The objective was set while Ra'ed Abu Hamadieh and the martyr Moussa Ghneimat were driving around the Ministry of Defense. They observed a soldier looking for a vehicle at exactly 6:00 p.m. The soldier stopped them and asked them if they wanted to go to the city of Beth Shemesh. When they said yes, he got into the car with them, at which point he was subdued. When the vehicle approached a checkpoint, the soldier started to make noise in order to draw attention to the situation, so they controlled and killed him so that he did not draw any suspicion. He was screaming aloud "Ani lo retsi lamoot" (I don't want to die).

The soldier's body was hidden in the town of Sureef. A few months later, it was removed to another location. The members of the cell stated that the body was treated with dignity and well maintained. The goal behind kidnapping this soldier was to use him to negotiate the release of Sheikh Ahmed Yassin and other prisoners from the occupation prisons. According to reliable information from sources close to the Palestinian Authorities' Intelligence Service, the latter did not spare any effort to identify and locate cell members, including the use of a technique called "opening the mandel," which is a sorcery technique to locate the requested targets.

<div align="center">The Full Story:</div>

After the occupation authorities' arrested fighter Ayman Qafisheh from the Al Qassam Brigades and fighter Ra'ed Saleh Abu Hamadieh, and after the Autonomous Authority's Protective Security Service arrested Jamal Al Hour, Abdul Rahman Ghneimat and Ibrahim Ghneimat, there was one missing episode to complete this story. This episode took place between the Hebron prison in the south, and the Hawareh triangle in Northern Palestine, where Rajoub carried out his filthy plan of handing over members of the cell under the accusation of endangering the so called "security of the Palestinian State." Indeed, in a sort of open drama, the Protective Security Service transported the members of the cell from the Hebron City Municipal Building to a prison in the Nablus area. One of the sources close to the Al Qassam hero Abdul Rahman Ghneimat told us that, according to the cell members themselves after they were arrested and kidnapped, the Protective Security Service suddenly decided that the members of the cell would be transported from the Hebron prison to the city of Nablus to await trial. According to official statements made by Rasmia Ghneimat, who had been placed in Zionist prisons for three months, an unknown individual contacted the department in which she works at the Al Ahly Hospital in Hebron, and told her that Abdul Rahman's family should not go to the Palestinian Authority's prison to visit him on 11/14/1997, the day after the cell was handed over. The members of the cell rejected this decision and their family members officially requested that the Protective Security Service not transfer them to any other prison. The Protective Security Service promised the detainees' families that they would keep them at the Hebron prison and said that they would protect them and not let anything happen to them. On 11/13//1997, the members of the cell were transported out of Hebron via the Valley of Fire road linking Bethlehem, Jerusalem, Ramallah, and Nablus in the north. According to the statement we received, the detainees refused to get into the vehicle but the members of the Protective Security Service attacked, chained and carried them into the vehicle against their will (according to the statement made by Abdul Rahman Ghneimat in a letter he was able to sneak out of his cell after he was handed over to the Jews).

On the road to the northern region, when the convoy carrying the members of the cell reached the Valley of Fire road, a Zionist vehicle approached it and photographed all the Palestinian vehicles, including the one carrying the members of the cell. The members of the cell stated that they were escorted by several vehicles, and that 10 members of the Protective Security Service escorted the

convoy. The communication between the vehicle carrying the members of the cell and the other escort vehicles was interrupted every now and then. The detainees observed the last vehicle flashing low and bright lights. They felt that these were signals sent to other parties as communication was interrupted and the lights were flashing. According to the information given by the detainees, they were told that they would be going to Jericho for trial on Thursday afternoon. When the vehicles passed by the roads leading to Jericho, they felt that they were being taken to the Zionist enemy's camps, not to Jericho. The members of the cell noticed that before the vehicles carrying them reached the Hawareh triangle, the Palestinian vehicles started to flash bright lights only and the communication was completely interrupted between the vehicles of the convoy.

When the Palestinian vehicles approached the Hawareh triangle, which is north of Nablus, Zionist forces in large numbers stopped the Palestinian vehicles and more than 50 Zionist soldiers surrounded the vehicle carrying the members of the cell. Using loud speakers, they called out each cell member's name and demanded that they surrender quietly. They laughed and shouted the good news "Ghneimat, Ghneimat!" Although the members of the Protective Security Service who were escorting the members of the cell on a GMC truck were very strong and fit, there were times where they were made to lay on the ground without any resistance, with the weapons of the Zionist forces placed on their chests while the cell members being identified and detained. The three detainees were taken to Israeli prisons, in one of the filthiest operations directed by Rajoub, that led to the handover of the cell members. This operation was and will remain a mark of shame on the forehead of Rajoub and the Protective Security Service forever.

Jibril Rajoub, who was then the head of the Protective Security Service, quickly condemned the operation and called it "a piracy in broad daylight." He announced that an investigative committee had been set up to investigate the facts of this matter. Until today, no one knows who the members of this committee are and we have yet to see any of its decisions.

This decision was preceded by several letters from the members of the cell to their families, in which they expressed rising concern that they were going to be handed over to the Zionist Entity. They also said that they had asked to be tried in Palestinian prisons and that the Palestinian Authority told them that it had no intention to try them because they were its guests.

On 11/16/1997, hundreds of citizens from Sureef and Hebron came out and marched to the Authority's headquarters shouting slogans against Rajoub, the Protective Security Service, and the Palestinian Authority. The demonstrators accused Rajoub of handing over the members of the cell openly and in broad day light, and threw rocks on the Authority's headquarters. Sureef residents also held another demonstration during which they burned a car belonging to Palestinian Legislative Council member Ali Abulreesh. The Al Qassam Brigades issued a military release on 11/18/1997, stating that the Palestinian Security Services handed over fighters to the occupation forces, and holding the heads of the security services responsible. The release also mentioned that Rajoub and General Dahlan handed over the members of the cell in a cowardly operation that resulted from the so called "security coordination" with the Zionist enemy. The release included the text of a letter sent by the detainees from the prisons of the Palestinian Authority, before they were handed over. The letter was written by Aymen Qafisheh and Ra'ed Abu Hamdieh to the leaders of the Islamic Movement to keep them up do date with the facts of the event.

The letter stated that the members of the cell decided to disclose the whereabouts of soldier Sharon Edri's remains in exchange of several conditions, including that the Zionist army does not enter areas under the control of the Palestinian Authority, lifting the security perimeter around the Palestinian territories and the siege against Sureef. They also demanded that the homes of the cell members be spared from destruction. They demanded not to be handed over to the Zionist army and to remain at the Hebron prison. Rajoub agreed to all these conditions after he contacted

Arafat. Once he received the map leading to the remains of the soldier, Rajoub broke his promise under the agreement and the three detainees' homes were destroyed, including that of martyr Moussa Ghneimat. The members of the cell stated that one of the investigators told them that the person who had the authority to condemn them to a life sentence also had to authority to release them. In their letter, they also mentioned that they had handed over their weapons to the Palestinian Authority. They ended the letter with the following statement: "Despite all these commitments, we felt that these people wanted to find the roots of the military system and hit the organization's infrastructure. They started to threaten that they will transfer the group to other investigative systems to continue the interrogations. They also threatened to resort to several techniques or transfer us to Jericho or Gaza." The letter ended with the sentence "We feel that they are handing us over indirectly to the Jews."

Jibril Rajoub, the head of the Protective Security Service, denied any responsibility over this matter. In a statement to the Al Quds newspaper on 11/3/1997, he called what happened a "despicable act of piracy by the occupation forces," and said that by doing what they did, the occupation forces started a battle that will not end until the detainees are returned to the Palestinian Authorities.

At the same time, the enemy's radio reported that what happened was part of a deal to stop the trial of three members of the Palestinian police force.

In its 11/22/1997 issue, the Jordanian newspaper Sheihan stated that Rajoub refused to comply with the investigative committee, according to a Fatah official who declined to reveal his name. The same official said that Rajoub refused to comply with the investigative committee set up by Arafat and headed by Tayeb Abderrahim, which also included Nasr Youssef, Hajj Ismail, Abderrazak Al Mujaideh, and Yahya Ashour, regarding his actions and attacks against members of the Legislative Council.

Heroes of the Cell:

Abdul Rahman Ismail Ghneimat was born in 1975 in the town of Sureef located 13 km northeast of Hebron. He is single. He received his primary and secondary education in Sureef, then went on to the University of Jerusalem's Hebron campus. His arrests in 1993 and 1994 because of his activities with Hamas prevented him from continuing his education. Abdul Rahman became a member of the Al Qassam Brigades in 1993 through Mohammed Aziz Rushdi, the leader of the Ezzedine Al Qassam Brigades in charge of the Hebron region. Initially, Abdul Rahman was in charge of aiding and assisting the members of the brigades under the direction of Mohammed Aziz, Maher Abu Soroor from Betlehem (who killed a Shabak operative several months before he was killed), martyr al-Hay Salah Othman, and martyr Mohammed Al Hindi, both from Gaza. The cell was established with Jamal Al Hour and Abdul Rahman Ghneimat as members and received weapons and ammunition. Aymen Qafisheh and Ra'ed Abu Hamadieh from Hebron joined the cell before martyr Moussa Ghneimat who remained a member of the cell until he was killed. After the members of the cell were arrested by the occupation authorities and Abdul Rahman, Jamal Al Hour and Ibrahim Ghneimat (who denied any connection to the cell) were handed over, Abdul Rahman Ghneimat was condemned to five military life sentences and 20 years of prison, which is the equivalent of 515 years. As for Ra'ed Abu Hamadieh, he received four military life sentences, which amounts to 401 years. Jamal Al Hour was condemned to five life sentences and 18 years in prison, which amounts to 513 years. Aymen Abu Qafisheh received 35 years in jail, which was the lightest sentence because he was accused of assisting cell members. He was the one who brought the bag of explosives and gave it to cell members Ghneimat and Al Hour, and trained them on how to use it. The last two were the ones who sent Moussa Ghneimat to the Café Apropos to carry the abovementioned operation.

Operations Carried out by the Sureef cell:

In reality, one of the most important components of this cell's success was the complete secrecy observed in planning, preparing and carrying out its operations, in addition to the fact that its members were very well aware of the geography of the region in which they carried out their operations—Moussa Ghneimat worked in Jerusalem for eight years and knew its streets by heart. Ra'ed Hamidieh worked in Jerusalem, held a blue identity card, and knew the city by heart. Abdul Rahman Ghneimat was known to be wise and politically and militarily smart. Aymen Qafisheh lived in Hebron and is as smart, skilled and committed as any other cell member.

Most important operations claimed by the cell:

    1- Prophet Daniel operation injuring one settler, which was carried out after Yahya Ayash was killed.

    2- Cell members fired on a Renault near the city of Halhoul, killing a Zionist soldier and injuring one of his comrades.

    3- The Beth Shemesh operation, where the cell members went 30 kilometers inside the green line and fired on a vehicle carrying settlers from Kyriat Arbaa, killing two settlers.

    4- An operation carried out near the Bitar settlement in Bethlehem, killing three settlers.

    5- Kidnapping the soldier Sahron Edri from Beth Shemesh and hiding his body after killing him. The cell did not plan to kill the soldier, but wanted to use him to negotiate the prisoners' release.

    6- The first link that led to the discovery of the cell and the arrest of its members was the café Apropos operation, where the identity of the martyr Moussa Ghneimat was uncovered at the site of the explosion. He was supposed to detonate the bag half a kilometer away and come back home with Ra'ed Hamadieh who was waiting for him in a Jerusalem street. When Ra'ed learned that the operator had been killed, he started to drive his car in the opposite direction of traffic. The story ends here, but their path to greatness did not. This is how the cell was discovered by coincidence and with the will of Allah above all, after the tremendous failure of the Zionist intelligence to do so during four years of this cell's continuous struggle.

Text of the letter sent by our heroes from the Sureef cell while they were in the Palestinian Authority prison, as sure evidence that they hold the Palestinian Authority's Security Services responsible for handing them over, especially Jibril Rajoub.

Praise be to Allah, the Lord of the Worlds and peace be upon Prophet Mohammed, his companions and followers:

From the Sureef cell that belongs to the Martyr Ezzeddine Al Qassam Brigades, two of its members; Ayman Qfisha and Raed Abu Hamida are detained by the Jews and two members; Abdul Rahman Ghneimat and Jamal Al Hour, are detained by the [Palestinian] Authority.

To the members of the Islamic Movement, we inform you of what happened to us, we, who are detained and interrogated by the Palestinian Authority in Hebron prison:

1 – Regarding the body of the soldier Sharon Edri; there was an agreement made directly with Jibril Rajoub to disclose the location of the body and in return the occupation army would not enter the Authority's areas, would lift the security ring surrounding the areas, lift the siege of Sureef, the houses of the cell members would not be destroyed, we would not be handed to the Israeli army and that our final destiny is to spend a short period of time in Hebron prison. One of the interrogators said: "Whoever issues a sentence for life, [can] also issue a release order."

2 – Regarding surrendering the weapons: they were surrendered to the Authority in return for ending the situation of one of the brothers accused of possession of these pieces and who has no relation

whatsoever with this cell. Rajoub promised to do that.

Despite all these promises, we have felt that the real intention of these people is to investigate more about the roots of the military apparatus and to strike at the infrastructure of the organization. As we inform you about what happened and the intricacies of this issue, we call on you to act in order to stop this criminal plan, to stop their actions and behavior, which have exceeded the actions and behavior of the Jews. They are threatening to move members of the group to other investigative authorities in order to finish the investigation, and they are threatening to use several procedures and move us to Gaza or Jericho (and we feel that they might indirectly hand us to the Jews).

<div align="center">

May Allah grant us success.

Peace and Allah's blessings be upon you.

Your sons,

Abdul Rahman Ghneimat and Jamal Al Hour
</div>

Military communiqué from Ezzeddine Al Qassam Brigades:

The Authority Security Forces Hand Over Militants from our Brigades to the Occupation Forces:
Letter smuggled from behind the bars of the Authority prison. Two members of Sureef cell accuse the Authority of its intention to hand them over.
Security Forces heads and chief among them; Jibril Rajoub shall be responsible for this treacherous crime.
The Authority Security Forces, in a shameful and treacherous move, handed the two Brothers Abdul Rahman Ghneimat and Jamal Al Hour, members of Sureef cell that belongs to our militant brigades, to the Zionist Occupation Forces through a theatrical performance directed by the heads of the Authority Security Forces, in association with the heads of the enemy's intelligence services, setting a very serious precedent and a very bad omen for the future of Palestinian society, people, and jihadist forces. Because the detention of our militant heroes was the beginning of humiliation and shame in the face of the Authority's Security Forces, the cowardly act consisting of surrendering our heroes to the Zionist enemy, this treacherous action, is one more evidence that these treacherous meetings aim at liquidating the jihadist project and its pioneer jihadist heroes and to turn the heads of the Authority security forces, by words and deeds, into senior delegates for the Zionist Shabak in the autonomous territories.
It is possible that Rajoub and Al Hindi, these two bastards, were misled by our movement's commitment and the promise we made that we shall fight only the Zionist enemy and to avoid all internal discords despite their treacherous maneuvers inside or outside prison walls and investigation halls. Rajoub and Al Hindi informed the American intelligence service (CIA) and befriended Ami Eylon and Kahlani at their parties... We do not do that out of weakness but because we refuse to be dragged into an internal confrontation in respect of our Movement's commitment.
We also believe that our weapon is too pure to aim it at someone other than the Occupation. We do not issue our accusations lightly [and] we have informed our Brothers Ghneimat and Al Hour, through an official in the Authority security forces, of the intention to move them from their prison to a different one. The two Brothers refused to be moved and expressed their fear that it is only an attempt to hand them to the Occupation forces. Their conviction and their intuition were right and the crime happened and the surrender took place... We do not believe that Jibril Rajoub, Al Hindi and their ilk, were aware of the content of that letter smuggled by our heroes out of prison and in which they spoke of an existing plan to hand them to the Zionist enemy. That letter is a truthful testimony and the evidence about the treachery and the collaboration of those two bastards. For our part, we put our trust in Allah and in His justice and we put our trust in our people and history's judgment. We surrender the fate of oppressors to Allah. Soon enough, these oppressors shall know the wonders of Allah's power. Oppression engenders bad consequences. We shall respond to that treacherous crime in our own way. We shall pierce the heart of the Zionist enemy, and what a better response than that? Let all conspirators carve it in their hearts; the Al Qassam Brigades do not leave their heroes.

(And ye shall certainly know the truth of it (all) after a while. Allah hath full power and control over His affairs; but most among mankind know it not.)

Brigades of the Martyr Ezzeddine Al Qassam
Palestine
Heartssmil heartssmil

Sureef cell

Al Qassam abduction cell and the heroic epic

From A to Z

[The] Sureef cell that was active in the South in the mid-nineties is considered one of the

best cells of Al Qassam Brigades in that area. Its quality operation caused many controversies among the ranks of Zionist intelligence services and has been a puzzling riddle because of the strength and military and secure nature of its operations. During these operations, members of the cell opened fire and stopped traffic in winding roads. They also conducted several other actions, among which the most damaging were the bombing of Café Apropos and the abduction carried out by the cell  that ended in a strange and tragic way, in which the security forces, led by Jibril Rajoub, helped with achieving their elimination

The heroes of Sureef cell, and after several years of detention, break their silence and tell their story to the "Brigades" website. In a testimony witnessed by Allah and history, they give many details about its foundation in addition to extremely accurate specifics about its actions and operations, told for the first time ever... how did the cell execute its first operation with two guns and how detentions hit the popular front.  Why the first abduction attempt failed and how Sureef cell, succeeded after several attempts in abducting a Zionist soldier and how it could hide him and puzzle the Zionist security forces.

Read new details about the Beth Shemesh operation and the new strategy used by the cell in its abduction operations, and how it used an officially licensed "Zionist" car and how the abduction was aborted after the soldier got inside the car, and how explosives were used by the Sureef Brigade and more details about its martyr operations.

Read about the reasons of the disclosure of the Al Qassam brigade and the detention operations carried out by Zionist and Palestinian authorities. What did we request from the office of Uni Al Reji'i, one of the investigators with the protective security forces and what was his reply when we told him: "How do you secure the roads from Zionists?, and why site officers were transferred that day, and what is the "filsher" s secret behind Issam Al Qadumi's car, and many more details about the "handover" journey with irrefutable

evidence. Here are the details:
First episode

In the name of Allah, the Most Compassionate the Most Merciful

Sureef Cell: The Heroic Epic

Introduction to the Cell:
We will introduce this study by starting with one of the members, the Al Qassam martyr, the leader: Moussa Abdelkader Ghneimat, the hero of the Apropos operation.

I call on the blood of the martyr and it tells me, do you see a reason to shake hands with my killer?

Blood nurtured the flowers of Jerusalem with revenge and if watered with treason they will fade.

This land is watered with our blood, do we sell it one day to the soldiers of immorality?

This is the blood that quenched [the thirst] of the land and the proof of its ownership, its flowers' fragrance and the best of memories that can be remembered by generations. How beautiful is the advice of Abu Ayyub Al Ansari, the revered companion [of the prophet,] to his Mujahideen brothers on his deathbed during the siege of Constantinople: "When I die, take my body under the cover of darkness and bury me at the nearest point from the walls of Constantinople." That's what Muslims did, they buried him there and left back to their land, and each time they were asked about Abu Ayyub, they say: His graveyard is there, awaiting the flowers of Muslim generations to cleanse it from the filth of the Romans. His graveyard became a symbol for Muslim conquests and a song handed down by Mujahideen to others for more than six hundred years. "Here we come Abu Ayyub!" until his graveyard was freed under the hands of the great Ottoman general: "Mohammed the Conqueror." It was as described by the Prophet, peace be upon him, when he said: "Constantinople shall be conquered. Blessed is its army and blessed is its general that does so."

Introduction to the martyr Moussa Abdelkader Ghneimat in a few lines:

We will be introduced through these lines to the life of the martyr Abu Moussa Abdelkader Ghneimat; the martyr who grasped Abu Ayyub's philosophy and who decided to join the cells of his clean body and the drops of his blessed blood to the soil of the violated city Tel Rabia so that his children shall grow up and ask about their father and to hear the faithful mother tell the story: "Your father is there, in your occupied land, waiting for you to cover his graveyard with flowers, and recite the verses of al Isra' and bring him the good tidings that "the army of destruction was destroyed."

He was a jihadist that refused to be swayed by the politics of normalization, and was not duped by the politics and the slogans of false peace, and did not accept in his beliefs words such as cohabitation, conceding, adaptation, and truce. They tempted him by working with their services, when he yearned to hold his rifle and aim it at his enemy's chest. Their rusty rifles aim only at the noble mujahideen's back. His answer was to refuse absolutely. When his companion in Hamas, Jamal Al Hour, asked him to join the Sureef cell in the Azzadine Al Qassam Brigades, he felt such a joy and said: "What are you waiting for, let's go down tonight to Beth Shemesh settlement? Let's not wait for tomorrow!" This is how the martyr Moussa Abdelkader Ghneimat carried himself. He was tall, slender and his face was lit. He was a man who sold his life with all its content and bought what Allah had to offer. He did not hesitate one single instant, nor did he think of his children: (Abdelkader, Isra', Bushra and Mohammed) nor his wife, father or family.

He answered the call to Jihad and used all his talents and capabilities to fulfill his purpose.

He mastered Hebrew better than Jews and knew the alleys of Tel Rabia – Tel Aviv, better than the occupiers. He used to joke with his brethren when they spoke of abducting a soldier to exchange him for prisoners and say: "I challenge Netanyahu if he rides with me in the car to find out or suspect for one moment that I am an Arab or a Palestinian." He spent, may Allah bless him, most of his life working in Zionist shops and restaurants, which added to his faith and his belief that his enemy is dirty and soiled. The rifle became the nymph of his dreams and his lover, he yearned to embrace it and use its bullets to explode the heads of the descendents of monkeys who occupied his land and displaced his people.

He was chosen as a member of the Sureef cell for several reasons: His devotion and his calculated enthusiasm, his character and clean background, his knowledge of Hebrew and driving, and his intimate knowledge of the roads and the precise habits of the Jews, in addition to his mastery of Kung Fu. He was, prior to that, an active member in Hamas in the village of Sureef and he was detained and interrogated in the past for more than a month. He resisted and was released without revealing any secrets about his jihad and his membership. Prior to joining Hamas and because he wanted to fight the Occupation, he was a member of Fatah and participated in confrontations, actions and the taming of some collaborators. However, he soon defined his Islamic identity and his belonging when Hamas' presence became strong in Sureef and after he learned of the true, frugal, and courageous ways of its Mujahideen.

Our martyr Abu Abdelkader was born in 1969 and was known for his calm and poise. He was loved by his brethren and the people of his village. He heard a lot in childhood about the hero "Ibrahim Abu Diyye" who was born in Sureef and was martyred in the '30s fighting against the British occupation and Jewish settlers. Moussa was arrested the first time in 1993 during a campaign that targeted

everyone who had helped or was related to the Intifada in Sureef. Since 1996, he participated in tens of operations aiming at abducting soldiers and carried by the Sureef cell in order to use them to free the prisoners, until the cell succeeded in abducting the soldier Sharon Edri and hiding his body for many months. However, Jibril Rajoub gave it as a present, without anything in return, to his masters in the Zionist intelligence service Shabak and followed by surrendering the two members of the cell: Abdul Rahman Ghneimat and Jamal Al Hour, in a disgraceful and obvious theatrical show that he could not play or direct well enough. Abduction attempts continued until the events of Abu Ghneim settlement, and the group was tasked by the leader Adil Aoudh Allah to plant remote explosives to avenge the dignity of our Palestinian people and sanctity of our land. In the beginning, it was decided that the member Ra'ed Abu Hamadieh will plant the bag and explode it and Moussa would only drive the car.

On 3/21/1997, our hero and Al Qassam martyr and leader Moussa Abdelkader Ghneimat, got up early in the morning, performed Al Fajr prayer in Salah Eddine mosque in the village, took his breakfast with his wife and children, kissed them and embraced them while crying, as if he knew that it was his last farewell to the most endearing people to his heart. He did not know that the plan changed and it was decided that he should plant the bomb and explode it remotely because of his quietness and his self-control. There in Tel Aviv and at Café Apropos, our martyr walked his last steps in his Jihadi path and bidding farewell to life on his way to eternity, to become a martyr in heaven after he killed and wounded 54 Jews when the bag exploded before it reached its planned target because of a defect that has not yet been determined. This is Moussa Abdelkader Ghneimat… the martyr of Tel Rabia. The knight of the Sureef Cell… Who rode off on a mount of his own blood and chanted a line from his Sheikh Al Qassam: "It is a struggle for Victory or Martyrdom." Peace be upon your clean soul oh Abu Abdelkader… We will meet there in Heaven, in a seat of truth before a competent King… This is our martyr and from all of us…

## Rajub Sent Hamas Members into an Israeli Ambush

Tension between Hamas and the Palestinian Authority: Hamas claims that two of the movement's activists that were detained by the Palestinian Preventive Security Service were intentionally transferred to Qalqilia so that they would be eliminated by Israel. At the funeral of Bilal Al Awal, who was killed yesterday, Hamas and Fatah members marched separately.

Ali Wakad

Published: August 24, 2001 at 12:02 A.M.

There is tension, of late, between the Palestinian Authority organizations and Hamas following a series of incidents between the two sides in the last twenty four hours.

Hamas claims that two activists in the movement, Abdullah and Bilal Barghouti, from the village of Beit Rima in the Ramallah region, who were detained approximately two weeks ago by Jibril Rajub's West Bank Preventive Security Service, were beaten as they were being detained. Hamas claims that Rajub tricked his people and directed them to detain the Barghuti brothers, after explaining to them that the two were collaborators with Israel.

Hamas further claims that CIA agents were present during the interrogations of the Barghouti brothers. Members of the movement claim that Rajub directed that the two be transferred to Qalqilia, this despite the closure that is imposed on the territories. Hamas claims that the transfer was intended to bring about the interception and elimination of the two by Israel while they were on their way to Qalqilia. Hamas claims that this trick is identical to one that Jabril carried out against the members of the Tzurif group, who were detained near Hebron, and whom Rajub asked to be transferred to Jerico. On the way to Jerico, the Israel Defense Force detained the group and Rajub's people, and eliminated the members of the group.

According to Hamas, the attempt to transfer the two to Qalqilia was cancelled at the last moment by a special directive of Arafat.

Hamas also claims that members of the West Bank Preventive Security Service attacked two Hamas activists in the Bureij refugee camp in the Gaza Strip when the activists reported, on loudspeakers, the elimination yesterday of Bilal Al Awal, the son of Adnan Al Awal, Deputy Commander of Iz Al-Din al-Qassam Battalions in the Gaza Strip.

Hamas claims that the West Bank Preventive Security Service people attacked ten Hamas activists who were near the hospital to which Al Awal was rushed immediately after the elimination action. Hamas claims that the West Bank Preventive Security Service people seized Al Awal's corpse in order to prevent Hamas activists from participating in the funeral.
In the funeral, which took place yesterday (Thursday), the Hamas people and their supporters marched separately and yelled out slogans condemning Arafat and the Palestinian Authority, and they were accused of treason and of shooting at the Palestinian fighters.

At the same time, Hamas claims that a telephone conversation between Gamal Mantzur, a senior Hamas member who was killed in Nablus at the beginning of the month, and a journalist of the British BBC station, is what led to discovery of the exact location of the Hamas activists. This permitted the Israeli Defense Forces to make an exact identification and led to a direct hit of their offices. In Hamas voices are being heard that request an investigation of the matter.

Hamas further claims that in the course of the same period strange noises were heard on the telephone lines of Hamas activists.

خلية صور يف القسامية ...وإقرأ أبرز العمليات

خلية صور يف القسامية هل تنجح الأمهات الفلسطينيات في إنجابها من جديد

الخلية نجحت في قتل 11 صهيونيا بسرية كاملة واختطفت الجندي الصهيوني شارون ادري وقتلته واستطاعت إخفاءه لمدة سبعة اشهر كاملة ومرغ انف الشاباك في الوحل بعد أريع سنوات من الجهاد والمقاومة.

خاص – قسام

(( وجعلنا من بين أيديهم سدا ومن خلفهم سدا فأغشيناهم فهم لا يبصرون. ))

بهذه الكلمات كان عبد الرحمن اغنيمات والذي كان آنذاك عمره 25 عاما يتخطى الحواجز ليلا ويجتاز نقاط التفتيش نهارا ،أثناء تنفيذه لمهامه الجهادية في الفترة الواقعة بين الأعوام 1994-1997.

عبد الرحمن اغنيمات والشهيد موسى اغنيمات من بلدة صوريف في محافظة الخليل وجمال الهور ، ايمن قفيشه ، ورائد أبو حمدية من مدينة الخليل كانوا كالأسود الرابضة يحددون الهدف يخططون وينفذون بدقة ، حيث وجهوا صفعة قوية لجهاز الشاباك الصهيوني حينما نجحوا في إخفاء رفات الجندي الصهيوني (شارون ادري) لمدة سبعة اشهر دون اكتشافهم حتى تم ذلك على يد العقيد جبريل الرجوب في عملية تنسيق قذرة مع سلطات الاحتلال

بداية الانطلاق

منذ نهاية عام 1995 وبداية 1996 بدأت خلية صوريف نشاطاتها وقامت بعمليات نوعية على مدى ما أربعة أعوام دون اكتشاف أمرها أو الوصول إليها او إلى خيط يمكن أن يؤدي إلى ذلك وقد ضمت خلية صوريف خمسة مجاهدين ثلاثة منهم من بلدة صوريف التي تبعد حوالي 15 كلم إلى الشمال الغربي لمدينة الخليل ويبلغ عدد سكانها اكثر من 13 ألف نسمة واثنين من مدينة الخليل ، وقد انكشف أمر الخلية بعد تنفيذ عملية مقهى ابوربو التي نفذها الشهيد موسى غنيمات بتاريخ 1997/3/13 وأدت في حينه إلى قتل أربعة صهاينة وجرح اكثر من أربعين.

اكتشاف الخلية

في صباح 1997/3/21 وقف موسى عبد القادر أبو دية اغنيمات وتناول كأسا من الشاي وقبل أن يكمله جال بنظراته في محيط البيت وطلب من والدته أن ترضى عليه ثم ذهب الى زوجته واوصاها بأبنائه خيرا ثم حمل حقيبته التي تحتوي على ملابسه الشخصية وانطلق إلى مدينة تل أبيب (تل الربيع) حيث كان يعمل في مقهى ريشون منذ 8 سنوات خلت ويقع هذا المقهى جنوب مدينة تل أبيب وقد كانت الخطة التي رسمت لموسى من قبل أفراد الخلية هو أن يضع موسى حقيبة المتفجرات في المقهى ثم يغادر حيث يتم تفجيرها عن بعد نصف كلم من خارج المقهى.وموسى من مواليد عام 1969 وهو متزوج وأب لأربعة أطفال هم إسراء وبشرى وعبد القادر ومحمد وكان يتحدث اللغة العبرية بطلاقة اكثر ما يميزه الهدوء والسكينة .

وفي مقهى ابوربو وضع موسى حقيبته وجلس بهدوء بين عدة طاولات كانت تعج بالزبائن ولكن لوجود ما انفجرت العبوة الناسفة الموجودة في الحقيبة قبل أن يغادر الشهيد موسى المكان مما أدى إلى استشهاده ومقتل أربعة صهاينة واصابة اكثر من 40 بجروح وعند ذلك عرفت هوية الشهيد موسى وانتمائه السياسي وقد قامت سلطات الاحتلال بعد عدة ساعات بتطويق بلدة صوريف وفرض حظر التجول عليها لمدة (45) يوما وقد عاثوا

فيها فسادا وهدموا فيها 3 منازل لأفراد الخلية واعتقلوا العشرات وقد امتدت فترة الحصار من 1997/3/21 إلى 1997/5/4 وقد تم اكتشاف بقية أفراد الخلية من قبل القوات الصهيونية بمساعدة جبريل الرجوب وجهاز الأمن الوقائي وقد تم اعتقال أيمن قفيشة في حي تل الرميدة في 1997/4/5 وراند أبو حمدية لدى الجانب الصهيوني فيما أعتقل كلا من عبد الرحمن اغنيمات وجمال الهور وإبراهيم اغنيمات شقيق الشهيد موسى اغنيمات والذي ثبت عدم علاقته بالخلية فيما بعد لدى جهاز الأمن الوقائي في 1997/4/9 وقد تم أيضا في هذه الفترة اكتشاف رفات الجندي) شارون ادري( في بلدة صوريف بعد سبعة أشهر على اختطافه وقتله ذلك في تاريخ 10/4/1997 والذي سنروي قصته في سياق هذا التقرير.

## الخطة المحكمة

خلية صوريف قامت بعدة عمليات بطولية فقد نسبت إليها سلطات الاحتلال قتل (11) صهيونيا ولكن العملية التي أذهلت جهاز المخابرات الصهيوني هي عملية اختطاف الجندي الصهيوني (شارون ادري) وقد بدأت فصول القصة عندما قررت ان تقوم بعمليات اختطاف من اجل تحرير أسرانا البواسل من براثن سجون الاحتلال وقد تم تحديد الهدف اثناء تجول رائد أبو حمدية والشهيد موسى اغنيمات امام وزارة الدفاع حيث شاهدوا جنديا صهيونيا يبحث عن سيارة في تمام الساعة السادسة ليلا فاستوقفوهم وسألوه هل تريدون الذهاب إلى مدينة بيت شيمش وقد صعد إلى السيارة عندما كان الرد بالإيجاب ثم تمت السيطرة عليه وعندما حاولت السيارة الاقتراب من أحد الحواجز الصهيونية قام الجندي بإثارة الجلبة داخل السيارة وتمت السيطرة عليه وقتله كي لا يثير الشبهة وكان يصرخ بأعلى صوته (أني لو رئسي لموت) أي انا لا أريد أن أموت.

وقد تم إخفاء جثة الجندي في بلدة صوريف وبعد عدة اشهر تم تغيير مكانها وحسب اعترافات أفراد الخلية فقد تعاملوا مع الجثة باحترام وحافظوا عليها وقد كان الهدف من اختطاف الجندي هو المساومة عليها لاطلاق سراح الشيخ احمد ياسين ومعتقلين آخرين من سجون الاحتلال وحسب معلومات مؤكدة من عناصر مقربة من جهاز المخابرات في السلطة الفلسطينية فان الجهاز بذل قصارى جهده للوصول إلى أفراد الخلية وقد ذكرت نفس المصادر أنها لجأت إلى فتح (المندل) وهي طريقة من طرق السحر لتحديد الأهداف المطلوبة.

## القصة الكاملة

بعد أن اعتقلت سلطات الاحتلال المجاهد القسامي (أيمن قفيشة )والمجاهد (راند صالح أبو حمدية )واعتقل جهاز الأمن الوقائي التابع لسلطة الحكم الذاتي جمال الهور وعبد الرحمن اغنيمات وإبراهيم اغنيمات بقيت حلقة واحدة لتكتمل القصة حيث تمت هذه الحلقة بين سجن الخليل جنوبا ومثلث حواره شمال فلسطين حيث شهد هذا المثلث على قذارة ما قام به الرجب من تسليم لا أفراد الخلية بتهمة التعرض لما يسمى أمن الدولة الفلسطينية حيث قرر جهاز الأمن الوقائي نقل أفراد الخلية في تمثيلية مكشوفة من مبنى المقاطعة في الخليل إلى أحد السجون في منطقة نابلس وقد روى لنا أحد المقربين للبطل القسامي عبد الرحمن غنيمات بحسب الرواية الصحيحة التي صدرت من أفراد الخلية أنفسهم بعد اعتقالهم واختطافهم حيث جاء في حيثيات القصة أن جهاز الأمن الوقائي قرر فجأة بأنه سيتم نقل أفراد الخلية من سجن الخليل إلى مدينة نابلس تمهيدا لمحاكمتهم وبناء على أقوال رسمية اغنيمات التي تعرضت للاعتقال في السجون الصهيونية مدة ثلاثة اشهر فإن شخصها مجهول/ا تصل بالقسم الذي تعمل فيه في مستشفى الأهلي في الخليل واخبرها بأن لا تقوم عائلة عبد الرحمن بزيارته في سجن السلطة في 14 1997/11/ أي بعد تسليم الخلية بيوم واحد وقد رفض أعضاء الخلية هذا القرار كما قام أهالي أفراد الخلية بالطلب بشكل رسمي من جهاز الأمن الوقائي عدم نقل أبناءهم إلى أي سجن آخر وقد وعد الجهاز أهالي المعتقلين بان يبقوا في سجن الخليل وقالوا بأنهم في حمايتهم ولن يفرطوا بهم وقد تم نقل أفراد الخلية في 13/11/1997 من مدينة الخليل عبر طريق واد النار الذي يربط بين مدينة بيت لحم ومدينة القدس المحتلة ومدينة رام الله ثم نابلس شمالا وحسب الرواية التي وصلت إلينا فإن المعتقلين رفضوا الصعود في السيارة ولكن أفراد الأمن الوقائي هجموا عليهم وقيدوهم وحملوهم في السيارة عنوة (حسب رواية عبد الرحمن اغنيمات في رسالة سريها من

سجنه بعد تسليمه لليهود ) وفي الطريق إلى منطقة الشمال وعندما وصلت القافلة إلى طريق واد النار شوهدت
سيارة عسكرية صهيونية تقترب من موكب أفراد الخلية وقد قامت بتصوير السيارات الفلسطينية بما فيها السيارة
التي يستقلها أفراد الخلية وقد ذكر أفراد الخلية أن السيارات التي كانت تقلهم كانت تحتوي على عدة سيارات
وكان برفقة المعتقلين 10 من عناصر الأمن الوقائي تواجدوا مع الموكب حيث كان الاتصال ينقطع بين الحين
والآخر بين السيارة التي كان يستقلها أفراد الخلية وبين السيارات الأخرى المرافقة لها في حين كانت تشاهد آخر
السيارات التي كانت تضاء بشكل خافت أحيانا وأحيانا أخرى بشكل مرتفع حيث يشعر أفراد الخلية أن هناك إشارات
ما كانت ترسل إلى جهات أخرى عبر انقطاع الاتصال وأضواء السيارات كما أن أفراد الخلية وحسب معلومات
صدرت منهم أبلغوا في البداية أنهم سيحاكمون في أريحا وأنهم عصر يوم الخميس سيتوجهون إليها ولما
قامت السيارات بتجاوز الطرق المؤدية إلى أريحا شعروا بأنهم في طريقهم إلى معسكرات العدو الصهيوني وليس
إلى أريحا وقبل أن تصل السيارات التي كانت تقل أفراد الخلية إلى مثلث حوارة لاحظوا أن السيارات الفلسطينية
بدأت تستخدم الأضواء المرتفعة فقط .كما أن الاتصال انقطع تماما بين سيارات الموكب


وعندما اقتربت السيارات الفلسطينية من مثلث حوارة شمال مدينة نابلس شوهدت قوات صهيونية كبيرة تعترض
السيارات الفلسطينية وقد التف أكثر من 50 جنديا صهيونيا حول سيارة أفراد الخلية ثم اخذوا ينادوا بمكبرات
الصوت على أفراد الخلية بأسمائهم مطالبين بتسليم أنفسهم بكل هدوء وكانوا يضحكون بصوت مرتفع
وهم مستبشرين غنيمات ...غنيمات ، وبالرغم من أن أفراد الأمن الوقائي الذين كانوا يرافقون أفراد الخلية في
سيارة من نوع (جي ام سي) يتمتعون بقدر عال من اللياقة البدنية إلا أنهم في لحظات كانوا مطروحين على
الأرض بدون أي نوع من المقاومة وأسلحة أفراد القوات الصهيونية إلى صدورهم حيث تم التعرف على
شخصيات أفراد الخلية وتم اعتقالهم وقد تم نقل المعتقلين الثلاثة إلى السجون الإسرائيلية وقد كانت هذه العملية
من أقذر العمليات التي اشرف عليها الرجوب وأدت إلى تسليم أفراد الخلية وقد كانت هذه العملية وستظل وصمة
عار في جبين الرجوب وجهاز الأمن الوقائي إلى الأبد .


مسؤول الأمن الوقائي جبريل الرجوب في ذلك الحين سارع إلى شجب العملية واعتبرها قرصنة في وضح النهار
وأكد انه تم تشكيل لجنة تحقيق للبحث في ملابسات القضية ولم يعرف أعضاء هذه اللجنة ولم نر أيا من قراراتها
حتى الآن .


وقد سبق هذا القرار ورود عدة رسائل من أفراد الخلية إلى ذويهم أعربوا فيها عن ازدياد قلقهم ومخاوفهم من
تسليمهم إلي الكيان الصهيوني وقد اكدوا أيضا بأنهم طالبوا بمحاكمتهم في سجون السلطة الفلسطينية وقد تلقوا
ردا بان السلطة لا تنوي محاكمتهم لأنهم ضيوف عندها.


وفي 1997/11/16 /خرج المئات من أهالي بلدة صوريف وأهالي مدينة الخليل حيث توجهوا الى مقر المقاطعة
وقاموا بالهتافات ضد الرجوب والأمن الوقائي والسلطة الفلسطينية واتهموا الرجوب بتسليم أفراد الخلية جهارا
نهارا وقد قام المتظاهرون بإلقاء الحجارة على مبنى المقاطعة كما نظم أهالي بلدة صوريف مظاهرة أخرى وتم
خلالها إحراق سيارة عضو المجلس التشريعي الفلسطيني على أبو الريش أما كتائب القسام فقد وزعت بيانا
عسكريا في 1997/11/18 وصفت فيه أجهزة أمن السلطة الفلسطينية بأنها تقوم بتسليم المجاهدين إلى قوات
الاحتلال وحملت المسؤولين إلى رؤساء الأجهزة الأمنية وذكرت في البيان أن الذين قاموا بتسليم أفراد الخلية دحلان قاموا
بتسليم أفراد الخلية في عملية جبانة جاءت من إفرازات ما يسمى التنسيق الأمني مع العدو الصهيوني وذكر البيان
نص رسالة وجها أفراد المعتقلون وهم في سجون السلطة قبل تسليمهم وجاءت على لسان ايمن قفيشة ورائد أبو

حمدية حيث وجهت تلك الرسالة إلى رؤساء الحركة الاسلامية لوضعهم في صورة الحدث.

وقد جاء في الرسالة أن الخلية قرروا الاعتراف بمكان جثة الجندي شارون ادري مقابل عدة شروط منها عدم دخول الجيش الصهيوني إلى مناطق السلطة الفلسطينية ورفع الطوق الأمني عن المناطق ورفع الحصار عن صوريف وعدم هدم منازل أفراد الخلية وعدم تسليمهم إلى الجيش الصهيوني وأن يكون مقرهم الأخير سجن الخليل وقد وافق الرجوب على هذه الشروط بعد الاتصال بعرفات ،وبعد تسلم الخارطة التي توصلهم إلى رفات الجندي تنصل الرجوب من الاتفاق وتم هدم منازل المعتقلين الثلاثة ومنهم منزل الشهيد موسى اغنيمات وقد أكد أفراد الخلية أن أحد المحققين قال لهم بأن الذي يصدر حكم المزيد هو بنفسه الذي يصدر حكم الإفراج كما ذكروا في رسالتهم انهم قاموا بتسليم أسلحتهم للسلطة الفلسطينية وقد ختموا هذه الرسالة بقولهم (بالرغم من هذه التعهدات إلا أننا شعرنا بان هؤلاء القوم في نيتهم البحث عن جذور الجهاز العسكري وضرب البنية التحتية للتنظيم وأصبحوا يهددون بنقل المجموعة إلى أجهزة التحقيق الأخرى لاستكمال التحقيق والتهديد باللجوء إلى أساليب متعددة أو نقلنا إلى أريحا أو غزة وآخر عبارة ذكرت في الرسالة "نحن نشعر انهم يقومون بتسليمنا إلى اليهود بطريقة غير مباشرة . "

أما موقف الرجوب / مسؤول جهاز الأمن الوقائي فقد نفى تحمل المسؤولية وقد ذكر في صحيفة القدس الصادرة في 1997/11/3 قائلا بان ما حدث هو قرصنة سخيفة أقدمت عليه سلطات الاحتلال وأكد بان ما قامت به سلطات الاحتلال هو بمثابة معركة بدأت ولن تتوقف إلى أن تعيده إلى السلطة.

في حين ذكرت إذاعة العدو أن ما حدث هو صفقة لإيقاف محاكمة ثلاثة من أفراد الشرطة الفلسطينية.

وقد رفض الرجوب الامتثال إلى لجنة التحقيق كما ذكرت صحيفة شيحان الأردنية في 1997/11/22 وقد نسبت هذا القول إلى مسؤول في حركة فتح ذكر اسمه في حينه وقد جاء على لسان هذا المسؤول إن الرجوب رفض الامتثال إلى لجنة التحقيق التي شكلها عرفات برئاسة الطيب عبد الرحيم وعضوية نصر يوسف والحاج إسماعيل وعبد الرزاق المجايدة ويحيى عاشور حول ممارساته وتهجمه على أعضاء المجلس التشريعي .

### أبطال الخلية

ولد عبد الرحمن إسماعيل اغنيمات في عام 1975 في بلدة صوريف 13 ك شمال غرب مدينة الخليل وهو أعزب تلقى تعليمه في بلدة صوريف ثم التحق بجامعة القدس المفتوحة فرع الخليل ولم يكمل دراسته بسبب اعتقاله في عام 1993 و 1994 بسبب نشاطه في حركة حماس وكان عبد الرحمن قد انتمى لكتائب القسام عن طريق محمد عزيز رشدي قائد خلايا عز الدين القسام في منطقة الخليل في عام 1993 وكانت مهمة عبد الرحمن في البداية تقديم المعونة والمساعدة لأفراد الكتائب بتوجيه من محمد عزيز وماهر أبو سرور من بيت لحم والذي قتل احد عناصر الشاباك قبل استشهاده بعدة اشهر والشهيد الحي صلاح عثمان والشهيد محمد الهندي وهما من غزة هاشم وقد تم تأسيس الخلية بعضوية جمال الهور وعبد الرحمن غنيمات وقد تم إمداد الخلية بالأسلحة والذخيرة وقد انضم إلى الخلية كل من ايمن قفيشة ورائد أبو حمدية وهما من مدينة الخليل ثم التحق الشهيد موسى غنيمات الذي بقي في الخلية حتى لحظة استشهاده . وبعد اعتقال أفراد الخلية من قبل سلطات الاحتلال وتسليم عبد الرحمن وجمال الهور وإبراهيم اغنيمات الذي أنكر أي علاقة له بالخلية حكم عبد الرحمن اغنيمات بالسجن خمس مؤبدات عسكرية و20 عاما أي ما يعادل 515 عاما أما راند أبو حمدية فقد حكم بالسجن أربع مؤبدات عسكرية

أي ما يعادل 401 سنة ، وجمال الهور حكم بالسجن لمدة خمس مؤبدات و18 عاما أي ما يعادل 513 عاما أما ايمن قفيشة فقد حكم بالسجن لمدة 35 عاما وقد كان حكمه أخف الأحكام لأن تهمته كانت تقديم المساعدة لأعضاء الخلية وهو الذي احضر حقيبة المتفجرات وأعطاها لعضو الخلية غنيمات والهور ودربهما عليها وهم اللذان أرسلا موسى غنيمات إلى مقهى ابوربو لتنفيذ العملية المذكورة.

العمليات التي قامت بها خلية صوريف

في الحقيقة كان أهم عنصر من عناصر نجاح هذه الخلية هو اتباعها السرية الكاملة في التخطيط والتنفيذ والتحضير بالإضافة إلى معرفة أفرادها بتضاريس المنطقة التي كانوا ينفذون فيها العمليات ــ موسى غنيمات يعمل في مدينة القدس ويعرف شوارعها بدقة منذ 8 سنوات ورائد أبو حمدية يعمل في مدينة القدس ويحمل بطاقة هوية زرقاء وكان يعرف مدينة القدس شبرا شبرا وعبد الرحمن غنيمات كان يتصف بالحكمة والحنكة والدهاء السياسي والعسكري أما ايمن قفيشة فهو من سكان مدينة الخليل ولا يقل عن أفراد الخلية ذكاءا والتزاما وحنكة واهم العمليات التي نسبت للخلية.

1-عملية النبي دانيال والتي أدت إلى إصابة مستوطن بجروح وتمت بعد استشهاد يحيى عياش

2-كما أطلق أفراد الخلية النار على سيارة من نوع رينو بالقرب من مدينة حلحول وقد قتل فيها عسكري صهيوني وجندي ومرافق له

3-عملية بيت شيمش حيث تعمقت الخلية مسافة 30 كم داخل ما يسمى الخط الأخضر وأطلقوا النار باتجاه سيارة كانت تقل مستوطنة من كريات أربع وقتل فيها اثنين من المستوطنين

4-عملية بالقرب من مستوطنة بيتار المقامة على أراضي بيت لحم وقد قتل في العملية 3 مستوطنين.

5-اختطاف الجندي شارون ادري من منطقة بيت شيمش وإخفاءه بعد قتله ولم يكن في خطة الخلية قتل الجندي وانما المساومة عليه لاطلاق سراح الأسرى

6-وقد كان الخيط الأول الذي أدى إلى اعتقال الخلية واكتشاف أمرها هو عملية المقهى حيث اكتشفت هوية الشهيد موسى اغنيمات في المكان بعد انفجار الحقيبة حيث كان من المقرر أن يفجر العبوة على بعد نصف كلم ومن ثم يعود مع رائد أبو حمدية الذي كان ينتظره في أحد شوارع القدس حيث اخذ رائد يسير بعكس اتجاه السيارات حينما علم بان منفذ العملية استشهد . وهكذا انتهت القصة ولكن طريقهم الى العلا لم تنته وهكذا اكتشفت الخلية بطريق الصدفة وقدرة الله فوقها بعد أن سجل جهاز المخابرات الصهيوني فشلا ذريعا بعد مرور أربع سنوات من الجهاد المتواصل لهذه الخلية .

النص الحرفي للرسالة التي سربها أبطالنا من خلية صوريف أثناء سجنهم عند السلطة

لتكون الدلالة الأكيدة على تحميل مسؤولية تسليمها لمسؤلي أجهزة أمن السلطة

وعلى وجه الخصوص جبريل الرجوب

الحمد لله رب العالمين ، والصلاة والسلام على سيدنا محمد وعلى أصحابه والتابعين من بعد وبعد :

من خلية صوريف التابعة لكتائب الشهيد عز الدين القسام والموجود فردين من أفرادها في التحقيق لدى اليهود وهما "ايمن قفيشة، ورائد أبو حمدية" وفردين في التحقيق لدى السلطة وهما "عبد الرحمن غنيمات وجمال

الهور . "

الى رجال الحركة الاسلامية نضعكم في صورة ما حصل معنا نحن الموجودون في التحقيق لدى السلطة في سجن الخليل :

1-بالنسبة لجثة الجندي شارون ادري ، فقد تم الاتفاق مع جبريل الرجوب مباشرة على أن يتم الكشف عن الجثة من قبلنا مقابل عدم دخول جيش الاحتلال لمناطق السلطة ، ورفع الطوق الأمني عن المناطق ورفع الحصار عن صوريف ، وعدم هدم منازل أفراد الخلية ، وعدم تسليمنا للجيش الإسرائيلي ، وعلى أن يكون مصيرنا النهائي البقاء لفترة وجيزة في سجن الخليل ، وبالعبارة قال أحد المحققين : إن الذي يصدر حكم المؤيد يصدر حكم الإفراج .

2-بالنسبة لتسليم الأسلحة ، فقد سلمت للسلطة مقابل إنهاء وضع أحد الاخوة المتهمين بحيازة هذه القطع والذي ليس له أي علاقة بالخلية على الإطلاق ، وقد تعهد الرجوب بذلك.

ورغم كل هذه التعهدات شعرنا بان هؤلاء القوم نيتهم هي البحث عن جذور الجهاز العسكري وضرب البنية التحتية للتنظيم ،ونحن إذ نضعكم في صورة الحدث وما جرى في هذه القضية ، نطالبكم العمل على إيقاف هذا المخطط الإجرامي بحق الحركة ، ووضع حد لتصرفاتهم وإجراءاتهم التي تعدت تصرفات وإجراءات اليهود ، واصبحوا يهددون بنقل المجموعة إلى أجهزة تحقيق أخرى لاستكمال التحقيق والتهديد باللجوء إلى أساليب متعددة ، ونقلنا إلى أريحا أو غزة) ونحن نشعر انهم قد يقومون بتسليمنا لليهود بطريقة غير مباشرة. (

والله ولي التوفيق

والسلام عليكم ورحمة الله وبركاته

أبناؤكم

عبد الرحمن غنيمات وجمال الهور .

-----------------------------

بيان عسكري صادر عن كتائب عز الدين القسام
أجهزة أمن السلطة تقوم بتسليم المجاهدين من كتائبنا لقوات الاحتلال:

رسالة تم تهريبها من خلف قبضان سجن السلطة ،عضوي خلية صوريف يتهمان السلطة بالنية في تسليمهما .
رؤساء الأجهزة الأمنية وعلى رأسهم جبريل الرجوب يتحملون مسؤولية تلك الجريمة الخيانية .
قامت أجهزة أمن السلطة في خطوة مجللة بالعار والخيانة بتسليم الأخوين عبد الرحمن غنيمات وجمال الهور عضوي خلية صوريف التابعة لكتائبنا المجاهدة الى قوات الاحتلال الصهيوني عبر مسرحية أخرجها رؤساء ومسؤولو أجهزة أمن السلطة بالاشتراك مع مسؤولي أجهزة مخابرات العدو في سابقة خطيرة تحمل في ثناياها بذور الويل والشر تجاه المستقبل الفلسطيني) مجتمعاً وشعباً وقوى مجاهدة. (
ولأن شكل اعتقال أبطالنا المجاهدين ابتداء سبة وعار في سفر أجهزة أمن السلطة ورؤسائها ،فإن الفعلة الجبانة في تسليم أبطالنا للعدو الصهيوني ليشكل هذا الفعل الغادر دليلاً آخر على أن هذه اللقاءات الخيانية تهدف إلى تصفية المشروع الجهادي والنيل من رواده المجاهدين الأبطال لتحول ذلك حقاً وصدقاً وقولاً وعملاً رؤساء أمن السلطة الى مندوبين كبار للشباب الصهيوني في مناطق الحكم الذاتي .
ولعله قد غر الرجوب والهندي هذين اللحدين التزامنا بخط حركتنا ،وعهد قطعناه على أنفسنا بأن لا نواجه غير العدو الصهيوني ، وأن نطفىء نار الفتنة الداخلية ونلجم شرارها برغم ممارستهما الخيانية داخل أسوار

المعتقلات ،وفي أقبية التحقيق أو خارجها ،فقد علم الرجوب والهندي صيفي المخابرات الأمريكية C.I.A ورفيقي عامي ايلون وكاهلاني في حفلاتهما...إننا لانفعل ذلك عن ضعف بل لأننا قررنا أن لا ننجر الى مربع المواجهة الداخلية التزاما منا بموقف حركتنا.

ولأننا نرى أن سلاحنا أطهر من أن نصوبه ضد أحد غير أن نصوبه ضد أحد غير الاحتلال ،ولسنا نصدر في اتهاماتنا من فراغ فقد تم ابلاغ الأخوين غنيمات والهور

بواسطة مسؤول في أجهزة أمن السلطة بأن النية تتجه الى نقلهما من سجنهما الى سجن آخر ،ورفض الأخوان الأمر وأعربا عن خشيتهما أن تلك ستكون محاولة لتسليمهما لقوات الاحتلال ،وقد حزر ظنهما وصدق حدسهما فكانت الجريمة وتم التسليم...فيما لا نظن أن جبريل الرجوب والهندي واشباههما حيبا حساب تلك الرسالة التي تمكن أبطالنا من تهريبها من سجنهما عند السلطة يعيد اعتقالهما والتي ننشرها مع بياننا هذا والتي أعربا فيها عن وجود مخطط لتسليمهما الى العدو الصهيوني لتكون رسالتهم تلك هي وثيقة الصدق وشهادة الحق على عمالة وخيانة اللحدين ،ونحن من طرفنا نثق بالله وعدالته ونثق بشعبنا ونثق بحكم التاريخ وامر الظلمة نوكله الى الله الى الله ولن يمر طويلاً حتى يرى هؤلاء الظلمة عجائب قدرة الله فان الظلم مرتعه وخيم سيكون منا الرد على تلك الجريمة الخيانية بطريقتنا الخاصة بأن تقذف بحممنا في قلب عدونا الصهيوني وانعم به منم رد وينقشها كل المتأمرين في قلوبهم إن كتائب القسام تضيع أبطالنا

(ولتعلمن نباه بعد حين والله غالب على أمره ولكن أكثر الناس لايعلمون ..)


كتائب الشهيد عز الدين القسام
فلسطين
**heartssmil heartssmil**

<div dir="rtl">

" خلية" صوريف

خلية الخطف القسامية.. وملحمة البطولة

من الألف إلى الياء

تعتبر خلية "صوريف" التي عملت بمنطقة الجنوب في وسط التسعينات، من ابرز خلايا كتائب القسام في تلك المنطقة، وقد شكلت في عملياتها النوعية جدلاً واسعاً في صفوف أجهزة المخابرات الصهيونية، ولغزاً محيراً لقوة عملياتها ونوعيتها المحكمة عسكرياً وأمنياً، حيث قامت خلالها بالعديد من عمليات إطلاق النار وفرض حظر التجوال على الطرق التفافية، والعديد من العمليات الأخرى كان أكثرها إيلاما تفجير مقهى "أبروفو" وعملية الخطف المميزة التي قامت بها الخلية والتي انتهت بنهاية تراجيدية غريبة ساهمت أجهزة السلطة الأمنية وعلى رأسها "جبريل الرجوب" بحبك إخراجها.

أبطال خلية "صوريف" وبعد سنوات من الاعتقال يخرجون عن صمتهم ويرورون لموقع "الكتائب" في شهادة لله والتاريخ، الكثير من التفاصيل، عن فكرة تأسيسها وتفاصيل دقيقة جداً تروى لأول مرة عن تفاصيل عملياتها، كيف قامت الخلية بتنفيذ أول عملياتها بمسدسين وتكون الاعتقالات على الجبهة الشعبية. لماذا فشلت محاولة الاختطاف الأولى، وكيف نجحت خلية صوريف بعد عدة محاولات من اختطاف جندي صهيوني، وكيف شكلت عملية إخفائه لغزا لأجهزة الأمن الصهيونية .

اقرأ تفاصيل جديدة عن عملية "بيت شيمش" والآلية الجديدة التي توصلت لها الخلية في عمليات الخطف، وكيف استطاعت الخلية الحصول على سيارة "صهيونية "رسمية ومرخصة، ولماذا تم إلغاء عملية الخطف بعد أن صعد الجندي إلى داخل السيارة، وعن دخول المتفجرات إلى حيز العمل في كتيبة صوريف، وتفاصيل عمليتها الاستشهادية.

اقرأ عن أسباب انكشاف أول خيوط الكتيبة القسامية، وعمليات الاعتقال التي قامت بها السلطات الصهيونية والفلسطينية. لماذا طُلبنا إلى مكتب المدعو "عوني الرجبي" أحد محققي جهاز الأمن الوقائي، وماذا كان رده عندما قلنا له: كيف تضمنون لنا الطرق من الصهاينة، ولماذا تم إبعاد موظفي الموقع في ذلك اليوم، وما هو سر "فلشر" سيارة "عصام القدومي"، والكثير من التفاصيل عن رحلة

</div>

التسليم بالأدلة الدامغة واليكم المزيد بالتفاصيل  :

الحلقة الأولى

بسم الله الرحمن الرحيم

خلية "صوريف" ملحمة البطولة

مقدمة الخلية:

سنقدم لهذه الدراسة بتعريف بأحد أعضاء الخلية التي عُملت هذه الدراسة من أجلها ألا وهو الشهيد القسامي القائد: موسى عبد القادر غنيمات بطل عملية "أبروفو" "البطولة.

نادى علي دم الشهيد يقول لي أترى تجديدا تصافح قاتلي

فالقدس أنبتت الدماء زهورها ثأرا وإن تسقى الخيانة تلبل

هذا التراب مضمخ بدمائنا أنبيعه يوما لجند الباطل !!؟

إنما الدماء حناء الأرض ومستند ملكيها  الذي لا ينقص، وعبير زهورها، وأجمل ما تحمله الأجيال في ذاكرتها، وما أجل ما أوصى به الصحابي الجليل أبو أيوب الأنصاري إخوانه المجاهدين عندما حضره الموت أثناء حصار القسطنطينية: أن إذا حضرتني الوفاة فاحملوني تحت جنح الظلام وادفنوني بأقرب مكان من سور القسطنطينية، وفعل المسلمون بوصيته، ودفنوه هناك وعادوا الى بلادهم، وكلما سُئل أحدهم عن أبي أيوب قال: قبره هناك ينتظر سنابل جيل المسلمين لتطهره من رجس الرومان، وصار قبره عنوانا لحملات الفتح، ولشيئاً يردده المجاهدون على مدى ستمائة عام أن  "  :لبيك أبا أيوب " حق تحرر قبرك على يد القائد العثماني العظيم: " محمد الفاتح "فكان كما وصفه النبي الحبيب صلى الله عليه وسلم حين قال : تفتح القسطنطينية، فنعم  الجيش جيشها، ونعم الأمير أميرها .
الاستشهادي القائد  موسى عبد القادر غنيمات في سطور:
نتعرف عبر هذه السطور على الشهيد موسى عبد القادر غنيمات، الشهيد الذي فهم فلسفة أبي أيوب  الأنصاري، فقرر أن يمزج خلايا جسده الطاهر وقطرات دمه الزكية بثرى مدينة "تل  الربيع" المغتصبة، ليكبر أبناؤه ويسألوا عن والدهم، فتخبر الأم الوفية لزوجها  : أبوكم هناك في الحقل في أرضكم ينتظركم لتثروا الزهور على قبره، وترددوا آيات  الإسراء، وتبشروه أن جند التتبير قد تبروا ما علوا تتبيرا.

مجاهد لم تروضه سياسات التطبيع، ولم تخدعه سياسات  ودعايات السلام الزائف، ولم يدخل قاموس تفكيره مصطلحات التعايش والتنازل والتأقلم  والمهادنة، حاولوا إغرائه في العمل في أجهزتهم، لما كان يتوق لحمل البندقية ليوجهها  لصدر عدوه، أما بنادقهم الصدئة فلا توجه إلا لظهور المجاهدين الشرفاء، فكان رده الرفض القاطع، وعندما عرض عليه رفيق دربه في حماس " جلال الهور "  الانضمام إلى خليه" صوريف" في كتائب الشهيد عز القسام كاد يطير فرحاً وقال: وماذا  تنتظر، هيا نزل الليلة الى مستوطنة "بيت شيش" ولا ننتظر الغد.. هكذا كان الشهيد موسى عبد القادر  غنيمات بقامته الطويله وجسده النحيل ووجهه المشرق الوضيء، رجل باع دنياه بكل ما  فيها واشترى ما عند الله، لم يتردد لحظة، ولم يفكر في أبنائه: (عبد القادر وإسراء وبشرى ومحمد) أو زوجته أو أبيه أو أسرته.

لبى نداء الجهاد  وسخَّر كل ما يملك من موهبة وإمكانات في هذه الطرق، فقد كان يتقن العربية أكثر من  أهلها، ويعرف أزقة "تل الربيع" – تل أبيب– أكثر من غاصبيها، وكان يمازح إخوانه  عندما كان الحديث يدور حول خطف جندي لمبادلته بالأسرى ويقول: " أتحدى تنتياهو لو  ركب معي في السيارة أن يعرف أو يشك للحظة أنني فلسطيني أو عربي"، فقد قضى رحمه الله  معظم حياته عاملاً في المحال والمطاعم الصهيونية، وما زاده ذلك إلا تمسكا بدينه  ولإعتناءً بحقه ومعرفة بقدارة عدوه ولؤمه، حتى صارت البندقية فتاة أحلامه ومعشوقته  التي يتوق لمعانقتها ليفجر رصاصها برؤوس أحفاد القردة غاصبي أرضه ومشردي شعبه، وتم  اختياره كعضو في خلية "صوريف" لعدة مزايا أهمها: إخلاصه واندفاعه المدروس، وأخلاقه  وبعده عن الشبهات، وإتقانه العربية والسياقة، ومعرفته الجيدة بمسالك الطريق ودقائق  عادات اليهود، إضافة لإتقانه رياضة ( الكونغ فو) وقد كان قبلها عضواً نشيطاً في  صفوف حركة حماس في قرية "صوريف" وسبق وأن اعتقل وحُقق معه لأكثر من شهر، فصمد  وأطلق سراحه دون أن يكشف السر حول جهاده وانتمائه، وقيل

إنتمائه لحماس ونتيجة لرغبته في مقاومة الإحتلال عمل في صفوف "فتح" وشارك في المواجهات والفعاليات وردع بعض العملاء، ولكنه سرعان ما حدد إسلامية هويته وانتمائه حين إشتد عود حماس في قريته "صوريف" بعد ان وتعرف إلى صدق وتجرد وإقدام مجاهديها .

كان شهيدنا " أبو عبد القادر " المولود عام 1969 م معروفا بالهدوء والإتزان ومحبوبا بين إخوانه وأهل قريته، ولطالما سمع في طفولته عن البطل " إبراهيم أبو ديه " وهو من مواليد صوريف واستشهد في الثلاثينات خلال مقاومته لإستعمار الإنجليز واستيطان اليهود، وكان إعتقال موسى لأول مرة عام 1993 م إثر حملة إعتقالات إستهدفت كل من له علاقة بمساعدة أو الإنخراط في فعاليات الإنتفاضة في صوريف، ومنذ عام 1996 م شارك في عشرات المحاولات لإختطاف جنود ضمن خلية "صوريف "بهدف المساومة عليهم للإفراج عن الأسرى إلى أن نجحت الخلية في إختطاف الجندي " شارون إدري " وإخفاء جثته شهوراً طويلة، إلا أن "جبريل الرجوب" قدمها هدية دون مقابل لأسياده في جهاز المخابرات الصهيونية "الشاباك" وأتبعها بتسليم عضوي الخلية " ؛ عبد الرحمن غنيمات وجمال الهور" في مسرحية مكشوفة مخزية لم يحسن تمثيلها ولا إخراجها، واستمرت محاولات الإختطاف إلى أن اشتعلت أحداث مستوطنة "أبو غنيم"، وتم تكليف المجموعة من قبل القائد: "عادل عوض الله" بوضع قابل يتم تفجيرها عن بعد، إنتقاماً لكرامة شعبنا وقداسة أرضنا، وفي البداية تقرر أن يقوم عضو المجموعة " رائد أبو حمدية " بوضع الحقيبة وتفجيرها، ويكون دور "موسى" فقط سياقة السيارة.

إستيقظ شهيدنا القسامي القائد موسى عبد القادر الغنيمات في صبيحة يوم الجمعة 1997/3/21 م مبكرا، وأدى صلاة الفجر في مسجد صلاح الدين في القرية، وأفطر مع زوجته وأبناته وأخذ يقبلهم وعيناه تذرفان الدموع، كأنما عرف أنه وداعه الأخير لأحب الناس إلى قلبه، رغم عدم علمه أن خطة العملية تغيرت، وتقرر أن يقوم هو بوضع الحقيبة وتفجيرها عن بعد، لما يتمتع به من برودة أعصاب وهدوء، وهناك في "تل الربيع" وفي مقهى "أبروفو" كان شهيدنا يخطو آخر خطواته في مشوار جهاده، ويودع الدنيا الى حياة سرمدية، ليرتقي شهيداً في علياء الخلد بعد أن قتل وجرح " 54" يهوديا نتيجة لإنفجار الحقيبة قبل أن تصل الى هدفها المحدد نتيجة خلل لم يتم تحديده بعد...هذه هو موسى عبد القادر غنيمات ...شهيد "تل الربيع  ..  "وفارس خلية "صوريف"..الذي ترجل ممتطياً صهوة دمه مرددا هتاف شيخه القسام: " إنه للجهاد نصر أو استشهاد "...سلام على روحك الطاهرة يا أبا عبد القادر...ولقاؤنا هناك في جنان الخلد في مقعد صدق عند مليك مقتدر...هذه هو شهيدنا الأكرم منا  جميعا.. .

# רג'וב שלח את אנשי החמאס למלכודת ישראלית"

## מתיחות בין החמאס למנגנוני הרשות: בחמאס טוענים כי שני פעילי התנועה שנעצרו בידי הביטחון המסכל הועברו בכוונה לקלקיליה כדי שיחוסלו בידי ישראל. בהלווית בילאל אל עול, שחוסל אתמול, צעדו אנשי החמאס והפתח בנפרד

✉ עלי ואקד

פורסם : 24.08.01, 00:02

מתיחות שוררת באחרונה בין ארגוני הרשות הפלסטינית לחמאס בעקבות שורת תקריות ביממה האחרונה בין שני הצדדים.

בחמאס טוענים כי שני פעילי התנועה, עבדאללה ובילאל ברג'וגי, מהכפר בית רימה שבאזור רמאללה, שנעצרו לפני כשבועיים בידי הביטחון המסכל בגדה של ג'יבריל רג'וב, הוכו במהלך מעצרם. בחמאס טוענים כי רג'וב רימה את אנשיו והורה להם לעצור את האחים ברג'וגי, לאחר שהסביר להם כי מדובר בשני משתפי פעולה עם ישראל.

עוד טוענים בחמאס כי סוכנים של ה-CIA נכחו בחקירות האחים ברג'וגי. גורמים בתנועה טוענים כי רג'וב הורה להעביר את השניים לקלקיליה, זאת חרף הסכר המוטל על השטחים. המעצר, טוענים בחמאס, נועד להביא ליירוסם וחיסולם של השניים בידי ישראל בדרכם לקלקיליה. בחמאס טוענים כי התרגיל זהה לזה שביצע ג'יבריל לאנשי חוליית צורף, שנעצרה סמוך לחברון ושאותם ביקש רג'וב להעביר ליריחו. בדרך ליריחו עצר כוח של צה"ל את החוליה ואת אנשיו של רג'וב, וחיסל את אנשי החוליה.

על פי החמאס, הניסיון להעביר את השניים לקלקיליה בוטל ברגע האחרון בהוראה מיוחדת של ערפאת. בחמאס טוענים גם כי אנשי הביטחון המסכל תקפו שני פעילי חמאס במחנה הפליטים בוריג' שברצועה, שעה שהפעילים הודיעו ברמקולים על חיסולו אתמול של בילאל אל עול, בנו של עדנאן אל עול, סגן מפקד גדודי עיז א-דין אל קסאם בעזה.

בחמאס טוענים כי אנשי הביטחון המסכל תקפו עשרה פעילי חמאס שהיו סמוך לבית החולים שאליו הובהל אל עול מייד לאחר פעולת החיסול. בחמאס טוענים כי אנשי הביטחון המסכל חטפו את גופתו של אל עול במטרה למנוע מפעילי החמאס להשתתף בהלוויתו.

בהלווייה שהתקיימה אתמול (ה'), צעדו בנפרד אנשי החמאס ותומכיהם, אשר השמיעו קריאות בגנות ערפאת והרשות הפלסטינית, והואשמו בבגידה בעיר על הלוחמים הפלסטינים.

במקביל בחמאס טוענים כי שיחת טלפון בין ג'מאל מנצור, בכיר החמאס שחוסל בשכם בתחילת החודש, לכתב של תחנת ה-BBC הבריטית, היא שהביאה לגילוי מיקומם המדויק של פעילי החמאס, מה שאיפשר זיהוי מלא של צה"ל ופגיעה ישירה של משרדם. בחמאס נשמעים קולות המבקשים לפתוח בחקירת הנושא.

עוד טוענים בחמאס כי במהלך אותה התקופה נשמעו רעשים מוזרים בקווי הטלפון של פעילי החמאס.