# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**THE ESTATE OF YARON UNGAR, et al.**

vs.                                                             C.A. No. 00 - 105L

**THE PALESTINIAN AUTHORITY, et al.**

## ORDER

Upon consideration of Plaintiffs' Motion to Enlarge it is hereby:

ORDERED, the Plaintiffs' motion is granted and their response to the Defendants' Motion for Relief from Default Judgment (docket # 408 ) is enlarged to February, 1, 2008.

SO ORDERED:

                                                     Senior Judge Ronald R. Lagueux
                                                     United States District Court

Date:_____