**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## RESPONSE TO PLAINTIFFS' MOTION TO ENLARGE

Defendants The Palestinian Authority and the Palestine Liberation Organization do not object to the plaintiffs' Motion to Enlarge.

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200 (telephone)
(401) 276-6611 (facsimile)
dsherman@eapdlaw.com

Richard A. Hibey (D.C. Bar #74823)
*Admitted Pro Hac Vice*
Mark J. Rochon (D.C. Bar #376042)
*Admitted Pro Hac Vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

PRV 930861.1

## **CERTIFICATE OF SERVICE CERTIFICATION**

I hereby certify that on the 17th day of January, 2008, a copy of the within Response to Plaintiffs' Motion to Enlarge was sent by electronic means (ECF) to the following counsel of record:

- **Raymond A. Marcaccio**
  ram@om-rilaw.com

- **James R. Oswald**
  joswald@apslaw.com

- **Karen Ann Pelczarski**
  kap@blishcavlaw.com

- **David J. Strachman**
  djs@mtlhlaw.com

and mailed to the following counsel of record:

Tamara L. Schlinger, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702

/s/ Deming E. Sherman