**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THE ESTATE OF YARON UNGAR, et al.**

**vs.** **C.A. No. 00 - 105L**

**THE PALESTINIAN AUTHORITY, et al.**

**ORDER**

Upon consideration of Plaintiffs' Motion to Enlarge it is hereby:

ORDERED, the Plaintiffs' motion is granted and their response to the Defendants' Motion for Relief from Default Judgment (docket # 408 ) is enlarged to February, 1, 2008.

SO ORDERED:

Ronald R. Lagueux
Senior Judge Ronald R. Lagueux
United States District Court

Date: 1/17/08