IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## RESPONSE TO PLAINTIFFS' MOTION TO ENLARGE

Defendants The Palestinian Authority and the Palestine Liberation Organization do not object to the plaintiffs' Motion to Enlarge filed February 1, 2008. However, defendants do not accept the characterization of their actions as set forth in the Memorandum in Support thereof.

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200 (telephone)
(401) 276-6611 (facsimile)
dsherman@eapdlaw.com

Richard A. Hibey (D.C. Bar #74823)
*Admitted Pro Hac Vice*
Mark J. Rochon (D.C. Bar #376042)
*Admitted Pro Hac Vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## **CERTIFICATE OF SERVICE CERTIFICATION**

      I hereby certify that on the 1st day of February, 2008, a copy of the within Response to Plaintiffs' Motion to Enlarge was sent by electronic means (ECF) to the following counsel of record:

- **Raymond A. Marcaccio**
  ram@om-rilaw.com

- **James R. Oswald**
  joswald@apslaw.com

- **Karen Ann Pelczarski**
  kap@blishcavlaw.com

- **David J. Strachman**
  djs@mtlhlaw.com

and mailed to the following counsel of record:

Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702

                                            /s/ Deming E. Sherman