UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

### ORDER

Upon consideration of Plaintiffs' Motion to Enlarge it is hereby:

ORDERED, the Plaintiffs' motion is granted and their response to the Defendants' Motion for Relief from Default Judgment (docket # 408 ) is enlarged to February 6, 2008.

SO ORDERED:

_____
Senior Judge Ronald R. Lagueux
United States District Court

Date: 2/5/08