From: Saved by Windows Internet Explorer 7
Sent: Sunday, February 03, 2008 5:32 AM

14:23 , 07.26.07



Print 

**Dahlan Resigns**



Dahlan Photo: AP

 click here to enlarge text

 click here to reduce text

## Abbas security chief Dahlan resigns

**Six weeks after his forces' defeat in Gaza, Fatah security head submits resignation to Palestinian president, citing health problems**
Reuters

Palestinian security chief Mohammad Dahlan resigned on Thursday, six weeks after his forces were routed by Hamas Islamists in the Gaza Strip, two senior officials told Reuters.

"Because of my long absence and health problems, I hope that you accept the end of my mission as a national security adviser. I will always remain a loyal soldier behind you," Dahlan wrote to Abbas, according to a statement.

Dahlan, 46, made the request on medical grounds, a senior official in his office. President Mahmoud Abbas accepted his resignation, another senior Palestinian official said.

Dahlan was heavily criticized within Abbas' secular Fatah faction for the failure of his security forces to prevent Hamas seizing control of the Gaza Strip last month.

During the Gaza fighting, in which more than 100 people were killed, Dahlan was outside his native Gaza, sidelined by surgery on both knees which was performed in Germany.

During an interview with Reuters in the West Bank on June 19, Dahlan acknowledged mistakes and said individuals, including himself, should take responsibility for their errors.

Last month, another senior security official, Rashid Abu Shbak, was dismissed by Abbas.

**AP contributed to the report**