الجمعية الفلسطينية الأكاديمية للشؤون الدولية - القدس

Palestinian Academic Society for the Study of International Affairs, Jerusalem

## AL-HINDI, AMIN FAWZI (1940-)

Born in Gaza in 1940; was appointed a senior security officer in Fateh from 1970s; chief of the Palestinian General Security and Intelligence Service since the establishment of the PA; holds the rank of a General; member of the Palestinian Higher Committee on Negotiations; offered to resign in July 2004, because of the state of chaos and the lack PA reforms but was retained; was replaced in April 2005 by Pres. **Mahmoud Abbas** with his deputy, Tareq Abu Rajab.



Enlarge