

**TRANSFER OF TERRORIST SUSPECTS TO ISRAEL BY THE PALESTINIAN COUNCIL - 17-Dec-96**
17 Dec 1996

17 December 1996

# TRANSFER OF TERRORIST SUSPECTS TO ISRAEL BY THE PALESTINIAN COUNCIL

The Interim Agreement provides that Israel may request the Palestinian Council to arrest and transfer to Israel any individual suspected of, charged with or convicted of an offense which falls under Israeli criminal jurisdiction who is present in the autonomous areas (Annex IV, Article II.7.b).

On receipt of a formal request, the Palestinian side is obliged to arrest and transfer the suspect to Israel. If the individual requested is detained in custody or serving a prison sentence, the transfer may be delayed for the duration of the detention or imprisonment (Article II.7.f).

The following list, prepared by the Government Press Office, details 27 terrorist suspects who have been requested by Israel for serious security-related offenses. Of these, 16 have been the subject of formal requests while the remaining 11 have been the subject of informal requests. While informal requests are not directly addressed in the agreement, the agreement does require both sides to cooperate in all security matters of mutual concern (Annex I, Article III).

In practice, the Palestinian Council has failed to respond to any of these 27 requests, with the exception of numbers 13 and 14 in which cases they refused to comply.

Of the 27 terrorist suspects included in the list, 10 are either serving in the Palestinian Police or are in the process of joining its ranks. This in

itself is a serious breach of the Interim Agreement which provides that Palestinian policemen to whom Israel objects shall not be recruited, and that policemen who have been found to be involved in terrorist activities will be dismissed immediately, and their weapons confiscated (Annex I Article IV.4).

List of terrorist suspects requested by Israel:

1. Atef a-Wahab Hamadan - resident of Khan Yunis; Hamas member involved in the kidnapping and wounding of an Israeli soldier. Israel informally requested his transfer from the PA on 1 August 1996. The PA arrested him and then released him in September 1996. He has been drafted to serve in the PA's Preventive Security Service.

2. Bassam Subhi Shaaban Issa - resident of Sheikh Radwan, Gaza; involved in a string of serious attacks. He assisted those carrying out attacks, trained Hamas members in the use of weapons and issued instructions to Hamas cells to carry out attacks. He took part in the murder of 3 Israeli soldiers in April 1993. Israel informally requested his transfer on 7 July 1996. He was arrested and then released by the PA police and then drafted to serve in the PA's Preventive Security Service.

3. Said Massoud Salah Arabid - resident of Medinat Nasser; involved in the terror attack which killed Lt. Col Meir Mintz in Gaza in 1993. Israel informally requested his transfer on 1 August 1996. He was arrested and then released by the Palestinian police. Together with Muhammad Deif and Adnan Gohl, he is currently attempting to join the PA's Preventive Security Service.

4 Waleed Fawzi Abu Daka - resident of Khan Yunis; involved in an incident during which an Israeli guard was shot to death in Petah Tikva. Israel informally requested his transfer on 1 August 1996. He was arrested and then freed by the Palestinian police. He currently serves in the Palestinian Military Intelligence Service.

5. Nafez Mahmoud Sabih - resident of Gaza; involved in coordinating suicide bombing attacks in Jerusalem and Ashkelon and in drafting recruits to Hamas. Israel informally requested his transfer on 28 July 1996. Currently held by the Palestinian police.

6. Imad Mahmoud Issa Abbas - resident of Gaza; participated along with two others in the murder of two Israeli civilians near Karni in 1992. Israel informally requested his transfer on 15 July 1996. Currently held by the Palestinian police.

7. Adnan Yihye Mahmoud Jaber al-Gohl - resident of Gaza; member of Islamic Jihad who was involved in a series of attacks starting in the late 1980s. He has trained terrorists, helped conceal the car that was used in the suicide bombing attack at Kfar Darom, and was involved in a shooting attack in August 1987. Israel informally requested his transfer on 31 July 1996. He was arrested and then freed by the Palestinian police, and is currently trying to join the PA's Preventive Security Service.

8. Muhammed Arafat Ibrahim Khawaja - resident of Sheikh Radwan, Gaza; suspected of involvement in an attack at the Erez junction which left 2 Israeli soldiers dead. Israel informally requested his transfer in

May 1996. Currently held by the Palestinian police.

9. Hisham Ashour a-Malic Salam - resident of Gaza; suspected of coordinating the transportation for the terrorist who carried out the suicide bombing at Dizengoff center in Tel Aviv. Israel informally requested his transfer on 14 July 1996. Currently held by the Palestinian police.

10. Bassam Khalil Abdel Rahman Aram - resident of Khan Yunis; suspected of involvement in the murder of Zvi Fixler at Moshav Gan-Or on 10 December 1993. Israel formally requested his transfer in 1995. He was arrested and then set free by the Palestinian police and is now active in the Palestinian security forces.

11. Yasser Muhammad Musa Aram - resident of Khan Yunis; active in Islamic Jihad; suspected of involvement in the murder of Zvi Fixler at Moshav Gan- Or on 10 December 1993. Israel formally requested his transfer on 10 July 1996. He was arrested and then set free by the Palestinian police. There are indications that he may have joined the Palestinian security forces.

12. Ala Ahmed Abd al-Munim Salah - resident of Khan Yunis; member of the DFLP; suspected of involvement in the murder of Yossi Zindani in Beni-Ayish on 31 March 1994. Israel formally requested his transfer on 10 July 1996. He was recently arrested by the Palestinian police, apparently in connection with criminal activity.

13. Rajah Khalil Ali Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megidish of Gan-Or on 9 March 1993. Israel formally requested his transfer on 29 September 1994. On 24 December 1994, the Palestinians rejected Israel's request. He has since been arrested by the Palestinian police for having killed a local Palestinian. He confessed to the crime, was tried, and is currently awaiting sentencing.

14. Amru Abdallah Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megidish of Gan-Or on 9 March 1993. Israel formally requested his transfer on 29 September 1994. On 24 December 1994, the Palestinians rejected Israel's request.

15. Salah Mustafa Othman - resident of Jabalya, Gaza; member of the Hamas military wing, took part in the attack on Bus 25 in Jerusalem on 1 July 1993 (attempted to commandeer the bus with two accomplices, shot and killed one Israeli passenger and wounded several others). Israel formally requested his transfer on several occasions: 26 January 1995, 29 August 1995 and 6 September 1995.

16. Raid Abu Libda - resident of Rafah, Gaza; member of the PFLP, suspected of murdering Natalia Ivanov in Ashdod on 23 September 1994. Israel formally requested his transfer on 30 November 1994. Currently held by the Palestinian police.

17. Iyad Hamdi Abu-Shakafa - resident of Khan Yunis; Fatah member suspected in the attempted murder of Shaul David in Ramle on 9 February 1994. Israel formally requested his transfer on several occasions: 13 September 1994, 13 December 1994, 22 August 1995

and 6 September 1995. Currently serving in the Palestinian police.

18. Iyad Abdelkader Ismail Basheeti - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on 26 August 1994. Israel formally requested his transfer on several occasions: 28 August 1994, 22 August 1995 and 10 July 1996. He was arrested and then set free by the Palestinian police, who then apparently drafted him to join their ranks.

19. Yusuf Mahmoud Abdelaziz Malahi - resident of Rafiah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on 26 August 1994. Israel formally requested his transfer on several occasions: 28 August 1994, 22 August 1995, and 10 July 1996. He was arrested and then set free by the Palestinian police, and is currently in the process of being drafted to serve in their ranks.

20. Yusuf Muhammad Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to seven years in prison.

21. Shaher Ali Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to seven years in prison and hard labor. He remains under detention by the Palestinian General Intelligence Service.

22. Khader Saba Yakub Abu Abra - resident of Beit Jallah, Bethlehem; member of the PFLP, suspected of attempts to obtain weapons for the PFLP, and apparently issued instructions to the attackers who killed two Israeli hikers in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by the Palestinian police on 15 February 1996 in the wake of a grenade attack on a joint patrol near Beit Jallah. He was held until May 1996, when he was released and placed under house arrest.

23. Muhi a-Din a-Sharif - transported the explosives to the terrorist who carried out the suicide bombing attack against Bus 26 in Jerusalem in August 1995. Four people were killed and 103 injured. Israel formally requested his transfer on 13 March 1996.

24. Abd al-Majid Dudin - resident of Dura; Hamas member, trained people to carry out suicide bombings, including the terrorist who attacked Bus 26 in Jerusalem in August 1995. In that attack, four people were killed and 103 injured. Israel formally requested his transfer on 12 March 1996. He was arrested by the Palestinian police in July 1996 and sentenced to 12 years in prison.

25. Awad Silmi - resident of Gaza; took part in many terror attacks, including the murder of Lt.-Col. Meir Mintz and various shooting attacks, and was connected to at least one suicide bombing attack. Israel formally requested his transfer on 18 January 1995 and 6 September 1995. He is currently being detained by the Palestinian

Preventive Intelligence Service.

26. Nidal Ahmed Mustafa Barakat - resident of Tulkarem, Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on 1 October 1994. He fled to Jericho and is currently under the protection of the Palestinian Preventive Security Service. Israel informally requested his transfer on 18 January 1995 and 6 September 1995. He was arrested by the Palestinian police in October 1996 for car theft.

27. Ibrahim Lateef Shaheed - resident of Tulkarem; Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on 1 October 1994. He fled to Jericho and is currently active under the protection of the Palestinian Preventive Security Service. Israel informally requested his transfer on 18 January 1995 and 6 September 1995. He currently serves in the Palestinian police in Tulkarem.