**From:** Michael Selter [mailto:mselter@mdslaw.com]
**Sent:** Monday, December 31, 2007 10:49 AM
**To:** 'David J. Strachman'
**Subject:** RE: PA and PLO

Dave,

They haven't paid.

Mike

Michael Selter
Manelli Denison & Selter PLLC
2000 M Street, N.W., Suite 700
Washington, DC 20036
Tel. No.: 202.261.1026
Fax No.: 202.887.0336

This message may contain confidential or privileged attorney-client information. Unauthorized disclosure or use of this communication is prohibited. If you have received this communication in error, please delete it and any attachments and contact the sender immediately. Thank you.

**From:** David J. Strachman [mailto:djs@mtlhlaw.com]
**Sent:** Sunday, December 30, 2007 1:09 PM
**To:** 'Michael Selter'
**Subject:** PA and PLO

Mike,

Can you please confirm that the PA and PLO still haven't paid the Bucheit judgment?

Dave

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com