**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THE ESTATE OF YARON UNGAR, et al.**

**v.** **No. 00 - 105L-DLM**

**THE PALESTINIAN AUTHORITY, et al.**

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR RELIEF FROM DEFAULT JUDGMENT**

Plaintiffs hereby object to Defendants' Motion for Relief from Default Judgment, docket #408. Plaintiffs' motion is supported by their memorandum, docket #415.

Plaintiffs, by their Attorney,

/S/ David J. Strachman
David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on February 7, 2008 I served this objection via ECF to the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/S/ David J. Strachman