**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THE ESTATE OF YARON UNGAR, et al.**

**v.** **No. 00 – 105 L-DLM**

**THE PALESTINIAN AUTHORITY, et al.**

**NOTICE OF OPPOSITION TO ANTICIPATED MOTION BY DEFENDANTS TO ENLARGE THEIR TIME TO REPLY AND TO POSTPONE ORAL ARGUMENT ON THEIR MOTION FOR RELIEF FROM JUDGMENT**
**SCHEDULED FOR FEBRUARY 27, 2008**

Defendants' counsel today informed plaintiffs' counsel that defendants intend to move to enlarge their time to file a reply in further support of their pending Rule 60(b) motion and to postpone the hearing on that motion currently scheduled for February 27, 2008.

Plaintiffs file this notice in order (i) to inform the Court that they intend to strongly oppose defendants' motion for a last-minute delay of the resolution of their frivolous Rule 60(b) motion and (ii) to respectfully request an opportunity to do so, should the Court decide to entertain defendants' motion.

Plaintiffs, by their Attorney,

/S/ David J. Strachman
David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on February 20, 2008 I served this objection via ECF to the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/S/ David J. Strachman