UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

Defendants.

C.A. No. 00-105L

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY AND TO CONTINUE HEARING DATE**

Defendants the Palestinian Authority and the Palestine Liberation Organization hereby move the Court for an extension of 10 days in which to file their reply to Plaintiffs' Memorandum in Opposition To Defendants' Motion for Relief from Default Judgment, DE 415. Defendants request an enlargement until March 6, 2008. Defendants' further move to continue the hearing date, currently scheduled for February 27, 2008, to a time convenient to the Court's schedule after the filing of the reply. Defendants'

Plaintiffs do not consent to this Motion, although requested to do so by the Defendants, and have filed a Notice of Opposition to this Motion.

Dated: February 20, 2008

/s/ Richard A. Hibey

Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2008, a copy of the within Motion for Extension was sent by electronic means (ECF) to the following counsel of record:

- **Raymond A. Marcaccio**
  ram@om-rilaw.com

- **James R. Oswald**
  joswald@apslaw.com

- **Karen Ann Pelczarski**
  kap@blishcavlaw.com

- **David J. Strachman**
  djs@mtlhlaw.com

and mailed to the following counsel of record:

Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

/s/ Deming E. Sherman



824136.1

PRV 937319.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al., | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE REPLY AND TO CONTINUE HEARING DATE**

Defendants the Palestinian Authority and the Palestine Liberation Organization respectfully request that the Court grant an extension of time until March 6, 2008, for Defendants to file their reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Relief from Default Judgment, DE 415. The Defendants further request that this Court continue the hearing date on the motion, currently scheduled for February 27, 2008, to a time convenient to the Court's schedule after the reply is filed.

Defendants filed their motion for relief from Default Judgment on December 28, 2007. DE 408. On February 6, 2008, Plaintiffs filed their Memorandum in Opposition after seeking and receiving two extensions of time from this Court. *See* DE 411 and 414. According to Defendants' calculation, their reply is due on February 25, 2008.

Plaintiffs' filing is 61 pages in length and references 32 exhibits. Defendants desire to thoroughly reply to these arguments and intend to do so. However, Defendants are in need of an additional 10 days to reply given the extensive nature of Plaintiffs'

filing and the significant interests at stake in this motion. Defendants have not previously requested an enlargement with respect to the filing of this reply, and have consented to Plaintiffs' two requested extensions of time.

If the Court grants the motion, it will need to reschedule the hearing date, which was currently set by the Clerk for February 27, 2008, two days after the current motion is due to be filed. Defendants' counsel are available for such a hearing any time after March 7, 2008.

Wherefore, Defendants respectfully request that the Court grant their request for extension of time until March 6, 2008, and that it reschedule the hearing date for a time convenient to the Court's schedule after the reply is filed.

Dated: February 20, 2008

/s/ Richard A. Hibey
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2008, a copy of the within Memorandum was sent by electronic means (ECF) to the following counsel of record:

- **Raymond A. Marcaccio**
  ram@om-rilaw.com

- **James R. Oswald**
  joswald@apslaw.com

- **Karen Ann Pelczarski**
  kap@blishcavlaw.com

- **David J. Strachman**
  djs@mtlhlaw.com

and mailed to the following counsel of record:

Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

/s/ Deming E. Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

Defendants.

C.A. No. 00-105L

**[PROPOSED] ORDER**

Defendants' Motion For Extension of Time is granted. Defendants shall file their reply to the Plaintiffs' Memorandum in Opposition To Defendants' Motion for Relief from Default Judgment (DE 415) on or before March 6, 2008. The current hearing date of February 27, 2008 is hereby vacated, and a hearing on the motion is rescheduled for _______________.

IT IS SO ORDERED:

_____________________________
Senior Judge Ronald R. Lagueux
United States District Court

Date:______________________