UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

Defendants.

C.A. No. 00-105L

**[redacted] ORDER**

Defendants' Motion For Extension of Time is granted. Defendants shall file their reply to the Plaintiffs' Memorandum in Opposition To Defendants' Motion for Relief from Default Judgment (DE 415) on or before March 6, 2008. The current hearing date of February 27, 2008 is hereby vacated, and a hearing on the motion will be rescheduled ________________.

IT IS SO ORDERED:

Senior Judge Ronald R. Lagueux
United States District Court

Date: 2/21/08