# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**THE ESTATE OF YARON UNGAR, et al.,**

**Plaintiffs – Judgment Creditors**

**v.**                                                C.A. No. 00 - 105L

**THE PALESTINIAN AUTHORITY, et al.,**

**Defendants – Judgment Debtors**

## <u>ORDER</u>

For the reasons set forth in Plaintiffs – Judgment Creditors' Motion for Leave to File a Surreply ("Motion") and the memorandum submitted therewith, it is hereby

ORDERED that plaintiffs – judgment creditors shall be and hereby are granted leave to submit the Surreply attached to their Motion.

**SO ORDERED**

Date

_____
Senior U.S. District Judge

1