

**Articles by Dore Gold**

# Ambassador Dore Gold

Ambassador Dore Gold is President of the Jerusalem Center for Public Affairs. He was the eleventh Permanent Representative of Israel to the United Nations (1997-1999). Previously he served as Foreign Policy Advisor to the former Prime Minister of Israel, Benjamin Netanyahu.

Ambassador Gold has served as an advisor to Prime Minister Ariel Sharon, who asked him to accompany his entourage to Washington and to the 2003 Aqaba Summit with President George W. Bush. He was a member of the Israeli delegation at the 1998 Wye River negotiations between Israel and the PLO, outside of Washington. He negotiated the Note for the Record, which supplemented the 1997 Hebron Protocol, and in 1996 concluded the negotiations with the U.S., Lebanon, Syria, and France for the creation of the Monitoring Group for Southern Lebanon. In 1991, he served as an advisor to the Israeli delegation to the Madrid Peace Conference. From 1985 to 1996 he was a senior research associate at the Jaffee Center for Strategic Studies, Tel Aviv University, where he was Director of the U.S. Foreign and Defense Policy Project. Dr. Gold received his BA ('75), MA ('76), and PhD ('84) from Columbia University.

Ambassador Gold has written numerous books and articles on the Middle East, including *U.S. Military Strategy in the Middle East* (Tel Aviv: Ministry of Defense Publications, 1993); **Hatred's Kingdom: How Saudi Arabia Supports the New Global Terrorism** (Washington: Regnery, 2003); and **Tower of Babble: How the United Nations Has Fueled Global Chaos** (New York: Crown Forum, 2004). His articles have appeared in *Asahi Shinbun, Commentary, Daily Telegraph, Die Zeit, Ha'aretz, Jerusalem Post, New York Times, Washington Post,* and *Wall Street Journal*. He lives in Jerusalem with his wife, Ofra, and their two children, Yael and Ariel.

# Articles (Full-Text) by Dore Gold:

**Jerusalem Center Publications:**

- **What If Bush Invited Sharon and Abu Mazen to Camp David? The Prospects for Negotiations in the Post-Arafat Era** (Jerusalem Letter/Viewpoints, 2-16 January 2005)
- **Wartime Witch Hunt: Blaming Israel for the Iraq War** (Jerusalem Letter/Viewpoints, 1 June 2004)
- **Bush Erases the Clinton Parameters** (Jerusalem Issue Brief, 15 April 2004)
- **An Answer to the New Anti-Zionists: The Rights of the Jewish People to a Sovereign State in their Historic Homeland**, with Jeff Helmreich (Jerusalem Letter/Viewpoints, 16 November 2003)
- **Saudi Arabia's Dubious Denials of Involvement in International Terrorism** (Jerusalem Letter/Viewpoints, 1 October 2003)
- **Defensible Borders for Israel** (Jerusalem Letter/Viewpoints, 15 June - 1 July 2003)
- **The Suicide Bombing Attacks in Saudi Arabia: A Preliminary Assessment** (Jerusalem Issue Brief, 13 May 2003)
- **The New Arafat-Abu Mazen Cabinet: A Roadblock to Middle East Peace** (Jerusalem Issue Brief, 24 April 2003)
- **Baseless Comparisons: UN Security Council Resolutions on Iraq and Israel** (Jerusalem Issue Brief, 24 September 2002)
- **From "Occupied Territories" to "Disputed Territories"** (Jerusalem Letter/Viewpoints, 16 January 2002)
- **Israel is Not the Issue: Militant Islam and America** (Jerusalem Letter/Viewpoints, 1 October 2001)
- **Untenable Linkages: Tying a Cessation of Palestinian Violence to an Israeli Settlement Freeze** (Jerusalem Letter/Viewpoints, 15 May 2001)
- **Jerusalem in International Diplomacy** (84 pages with maps, May 2001)
- **Jerusalem in International Diplomacy: The 2000 Camp David Summit, the Clinton Plan, and their Aftermath** (Jerusalem Letter/Viewpoints, 1 February 2001)
- **Middle East Missile Proliferation, Israeli Missile Defense, and the ABM Treaty Debate** (Jerusalem Letter, 15 May 2000)
- **Hebrew version of "Middle East Missile Proliferation...":** מכסה ביבס סומלופהו וכיתה חרזמב שדחה םיליטה ירויטABM

- **The End of the Post-Gulf War Era** (Jerusalem Letter/Viewpoints, 15 March 2000)
- **The U.S.-Israel Relationship: Mounting Misperceptions in Washington** (Jerusalem Letter/Viewpoints, 15 April 1992)

## Non-JCPA Publications:

- **The UN at Work** (Wall Street Journal, 19 January 2005)
- **To Retain Credibility, UN Must Insist Syria Behave** (Chicago Sun-Times, 7 January 2005)
- **Tower of Babble - Interview with Jamie Glazov** (Front Page Magazine, 7 January 2005)
- **From Arafat to al-Zarqawi** (New York Sun, 19 November 2004)
- **The Arafat Paradox** (Jerusalem Post, 12 November 2004)
- **The War on America is Not Over** (National Review Online, 14 May 2003)
- **The Kingdom of Incitement** (Wall Street Journal, 14 April 2003)
- **Reining in Riyadh** (New York Post, 6 April 2003)
- **Israel Should Not Pay the Price for Iraq** (Financial Times-UK, 31 March 2003)
- **Only Buffer Zones Can Protect Israel** (New York Times, 27 February 2002)
- **The Price of UN Neutrality (in Hebrew)** (Yediot Ahronot, 9 July 2001)
- **The Cease-Fire That Never Was** (Jerusalem Post, 3 November 2000)
- **A New Diplomacy...** (Washington Post, 17 October 2000)
- **The Palestinian Provocation** (Wall Street Journal, 3 October 2000)
- **Jerusalem at the Millennium Summit (in Hebrew)** (Yediot Ahronot, 4 September 2000)
- **An Israeli Jerusalem for All** (New York Jewish Week, 1 September 2000)
- **Why Camp David II Failed** (Wall Street Journal, 27 July 2000)
- **What Happened to Secure Borders for Israel? The U.S., Israel, and the Strategic Jordan Valley** (Project for the New American Century, 23 June 2000)

- **Reshuffled Deck on Syrian-Israeli Negotiations** (Jerusalem Post, 12 June 2000)
- **Conditions of Peace (in Hebrew)** (Haaretz, 25 January 2000)
- **Temporary Advantage (in Hebrew)** (Yediot Ahronot, 17 December 1999)
- **No Security, No Peace** (New York Times, 29 March 1997)
- **Israel and the PLO Now Struggle for Leverage** (Wall Street Journal, 16 September 1993)