

SUBMIT A TIP

Rewards for Justice

SEEKING INFORMATION AGAINST INTERNATIONAL TERRORISM

Rewards for Justice

Home
Program Overview
Success Stories
FAQ

Reward Offers

Wanted Terrorists
Acts of Terror
Regime Elements
War Crimes

Fighting Terrorism

Terrorism Financing
WMD Terrorism
Submit a Tip

Links

Dept of State
Diplomatic Security
FBI Most Wanted
RFJ Fund

Search the RFJ Site:

Search

Languages

english
francais
espanol
عربي
中文
deutsch
русскии
Српски
bosanski
hrvatski
kiSwahili
اردو
فارسي
ह दी
درى
한국말
ไทย
پتو
italiano
tagalog
melayu
turkce

# Joan Davenny

Joan Davenny, age 47, from Woodbridge, Connecticut was killed in the suicide bombing of a bus on 21 August 1995.

**1948 - 1995**

日本語
ελληνικά
indonesia

Privacy Policy | Contact Us | FAQ | Submit a Tip
Rewards for Justice, Washington, D.C. 20522-0303, USA.
1-800-US REWARDS (1-800-877-3927) | RFJ@state.gov