# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**THE ESTATE OF YARON UNGAR, et al.,**

**Plaintiffs – Judgment Creditors**

**v.**                                        **C.A. No. 00 – 105 L-DLM**

**THE PALESTINIAN AUTHORITY, et al.,**

**Defendants – Judgment Debtors**

### ERRATA REPLACING EXHIBITS
### TO SURREPLY

Exhibits A, B, D, E, G, I and K to Plaintiffs' Surreply (dkt # 424) were improperly converted to PDF format. Correct versions of those exhibits are attached hereto.

Plaintiffs
by their Attorney,

/S/ David J. Strachman
David J. Strachman  #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

1

<u>CERTIFICATION</u>

I hereby certify that on March 14, 2008 I served this pleading along with the attached exhibits via ECF to the following counsel of record:


Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701


<u>/S/ David J. Strachman</u>