**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THE ESTATE OF YARON UNGAR, et al.,**

**Plaintiffs – Judgment Creditors**

**v.** **C.A. No. 00 – 105 L-DLM**

**THE PALESTINIAN AUTHORITY, et al.,**

**Defendants – Judgment Debtors**

**ERRATA REPLACING EXHIBITS**
**TO SURREPLY**

Exhibits A, B, D, E, G, I and K to Plaintiffs' Surreply (dkt # 424) were improperly converted to PDF format. Correct versions of those exhibits are attached hereto.

Plaintiffs
by their Attorney,

/S/ David J. Strachman

David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on March 14, 2008 I served this pleading along with the attached exhibits via ECF to the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/S/ David J. Strachman

# Is Arafat Ready to Take on Hamas?

Boaz Ganor
ICT Executive Director

Whether or not a terror attack will take place is a function of two factors: the motivation of a terrorist organization to perpetrate attacks, and its operational capability of doing so at a given time. Since the establishment of the Palestinian Authority in 1994, Yasser Arafat has adopted a policy whereby he refrains from disrupting the military infrastructure of the Palestinian radical groups, Hamas and the Palestinian Islamic Jihad in the areas under his control. Thus, he was free to preserve the constant threat of terrorism as a bargaining chip to be used against Israel, acting to prevent attacks when it served what he saw as the Palestinian national interest. But whenever such prevention was necessary it was always accomplished through a policy of persuasion and threats—never by direct military action. Arafat managed to convince the leadership of the organizations that terrorist attacks at that time would harm the Palestinian interest—removal of Israeli forces from the territories, and the establishment of a Palestinian state with Jerusalem as its capital—and that he would be obligated to act against anyone attempting to perpetrate attacks, thereby risking civil war. At the same time, Arafat, who controlled the Palestinian media, worked to insure that the popular environment was not conducive to terrorist activity.

However, during the seven years that the Palestinian Authority has existed, Arafat never lifted a finger to curtail the ability of the terrorist organizations to carry out attacks. He never took real steps to disrupt the militants' command centers, shut down their bomb factories, or prosecute the leaders of the organizations' military wings. What actions he did take were always carried out "for the cameras," and were rescinded or overturned as soon as the eyes of the world were elsewhere. Nor did Arafat ever do anything about gathering up the thousands of illegal weapons in the hands of militants, including those of his own Fatah organization—contrary to the terms of numerous agreements signed with Israel. Nor was anything done to prevent radical organizations from engaging in fund-raising or recruitment activities. On the contrary, the terrorist organizations have been allowed by Arafat to take root and grow in the soil of the Palestinian Authority. This was not a matter of weakness on the part of the Palestinian leader—it was not that he feared a confrontation with the fundamentalists. Rather, it was part of a calculated policy, whereby the threat of violence was held in check, to be used to put pressure on Israel at the appropriate time during the negotiations.

The violence and terrorism known as the "al-Aqsa Intifada" is a direct result of Arafat's evaluation that violence and terrorism pays—that in the end, "the Palestinian national interests" will be better served by violence than by negotiations. Israeli governments over the years have been taken in by Arafat's strategy of double-talk, and have time and again fallen into the trap of Palestinian violence laid for them. This has only served to strengthen the feelings of the Palestinians that more concessions can be won from Israel through violence and terrorism than through negotiations. The government of the late Yitzhak Rabin declared that, "negotiations will continue as if there were no terrorism," thus neutralizing any motivation to refrain from terrorism. In fact, some politicians even used the occurrence of terror attacks as a reason for accelerating the negotiations, proving to the Palestinians that terrorism works. Even the much more hardline government of Binyamin Netanyahu fell into this trap, by withdrawing Israeli troops from Hebron only after the "Tunnel riots," and signing the Wye Agreements only after the "Har Homa riots." The government of Ehud Barak did not depart from this tradition of appeasement. This was evident after Arafat refused the far-reaching concessions offered at Camp David—including the establishment of a Palestinian state, a halt to settlement activity and the transfer of most Israeli settlements to Palestinian control, and the division of Jerusalem. When Arafat spurned this offer, choosing instead the path of violence, Barak rewarded him by offering even more at the Taba talks, including permission for a large number of Palestinian refugees to return to Israel within the 1967 borders, rather than to the new Palestinian state.

It's difficult to unlearn the lessons of years all at once, and Israel is now paying for past mistakes. Israel and the Palestinians are now faced with a Catch-22 situation; no Israeli politician can afford to offer Arafat as much as

what Barak was willing to give him. At the same time, Arafat cannot now accept less than what was previously offered him. Realizing this, Arafat's strategy in initiating and directing the current violence is not to obtain further concessions, but to try to get the nations of the world involved, in order to force a solution on the parties. Such a solution would necessarily be based on a compromise, with Israel being forced to give the Palestinians more than what was offered at Camp David and Taba. In other words, from Arafat's viewpoint, terrorism and violence will once more pay off, regardless of how many Palestinian or Israeli lives are lost along the way. In fact, the higher the casualties, the greater the urgency of an imposed solution.

However, Arafat's plan backfired. In retrospect, the costs of his initiation of hostilities far outweigh any gains. The Arab world did not give him the support that he had expected; the European community saw through his double-dealing and refrained from giving him the hoped-for support; and the American administration made it clear that he would be judged by his deeds rather than by his words. What's more, the Israeli society also did not react in the way that he had hoped; rather than collapsing in the face of the constant barrage of terrorism, the populace became more than ever convinced that Arafat had never intended to make peace with Israel. Even the Palestinian populace did not act according to plan. Despite Arafat's attempt to present the hostilities as a "popular uprising," most Palestinians did not take an active part in the violence, leaving the field to the radicals.

Things began to turn against Arafat in recent months. Pressure began being put on him by the United States after the September 11 attacks, by the European Community and by the Arab countries. Israel finally began to use real military pressure after the most recent series of terror attacks. On top of this, Arafat's being grounded in the West Bank and his being declared "irrelevant" by Israel has injured his personal standing. All of this has contributed to Arafat's readiness, for the first time, to call for a halt to terrorism against Israel. With the international community, and not only Israel calling on him to demonstrate his intentions with deeds, rather than empty words, Arafat has finally recognized the need to take concrete steps against the Islamist groups. A few terrorists have been arrested, a few bomb-making labs have been shut down.

This does not mean that Arafat has made a strategic decision to confront the fundamentalist Islamic terror groups. He is still not ready to use his considerable powers to diminish the military capabilities of these organizations in the autonomous territories; he is not willing to risk the civil war that might erupt as a result. For while Arafat would undoubtedly emerge victorious from such a war, he would never again be able to use the threat of Islamic terrorism to pressure Israel or the rest of the world. So Arafat contents himself with dealing the fundamentalist groups a slap in the face, together with a wink and a nod—threats and persuasion. The persuasion rests on the argument that now is not the time for severe terrorism inside Israel; the threat rests on the demonstrated capabilities of the Palestinian Authority to take on Hamas and the PIJ should the need arise.

What can be learned from the recent clashes between the PA and the Islamist organizations? First of all, there is the lthat concerted pressure on Arafat on the part of the U.S., the European Community, and the moderate Arab states, as well as Israel, can in the end, bear fruit. Arafat can be counted upon to act rationally—to choose the course of action whose benefits outweigh the costs. The next question is, will all this bring Arafat to finally destroy the infrastructure of the Palestinian terrorist organizations? If he does, then the policy of pressuring him to take action will have been borne out, and all of his arguments that he is powerless to combat the radicals will have been proved false. Time and again, the Palestinian leader has attempted to portray himself as the underdog, who despite the best of intentions, is simply incapable of tackling the terrorist organizations. This strategy not only allowed Arafat to win the world's sympathy and slacken the pressure, but also enabled him to ask for outside help, from Israel and from other countries, in strengthening his military capabilities so that he could "combat terrorism."

However, if after all this, Arafat chooses not to translate his declarations into deeds, and dismantle the military apparatus of Hamas and the PIJ, then only two conclusions are possible—either he can't, or he doesn't want to. If the answer is the former, and he is not capable of taking the necessary steps, then the Israeli government's characterization of Arafat as "irrelevant" to any future political settlement will have been borne out. He simply cannot deliver the only thing that Israel has been after all these years—an end to Palestinian terrorism.

And if Arafat does not want to deal with the terrorist threat? Then we can only assume that the combined pressure brought to bear by Israel and the rest of the relevant parties has not succeeded in changing the cost-benefit equation enough for him to take the necessary steps. In which case, more will need to be done to motivate him to take the matter seriously.

IDC HERZLIYA | ICT International Institute for Counter-Terrorism

Forums | Home | Contact

Dr. Boaz Ganor



Dr. Ganor is the founder and executive director of the Institute for Counter-Terrorism (ICT) and deputy dean of the Lauder School of Government and Diplomacy at the Interdisciplinary Center Herzliya. He is a member of Israel's National Committee for Homeland Security Technologies, of the International Advisory Board of Institute of Defense and Strategic Studies, (IDSS), Singapore, and of the International Advisory team of the Manhattan Institute (CTCT) to the New-York Police Department (NYPD).

Dr. Ganor lectures on Terrorism and Counter-Terrorism at the High Command Academic Courses of the Israel's Defense Forces, as well as at the Lauder School of Government and Diplomacy, and other Academic and International forums.

Boaz Ganor obtained his B.A. in Political Sciences from Hebrew University, and his M.A. in Political Studies from Tel-Aviv University. His Ph.D. thesis for the Hebrew University was on "Israel's Counter-Terrorism Strategy". Dr. Ganor served as a consultant to Israeli Government Ministries on Counter-Terrorism. From 1989 to 2003, he was a member of the trilateral - Palestinian, Israeli, American - Committee on Incitement, established under the Wye Accords.

Dr. Boaz Ganor is the author of "The Counter-Terrorism Puzzle" and "Modern and Post Modern Terrorism" as well as numerous articles on counter-terrorism published in Israel and abroad.

Jerusalem Center for Public Affairs





Articles by Dore Gold

# Ambassador Dore Gold

Ambassador Dore Gold is President of the Jerusalem Center for Public Affairs. He was the eleventh Permanent Representative of Israel to the United Nations (1997-1999). Previously he served as Foreign Policy Advisor to the former Prime Minister of Israel, Benjamin Netanyahu.

Ambassador Gold has served as an advisor to Prime Minister Ariel Sharon, who asked him to accompany his entourage to Washington and to the 2003 Aqaba Summit with President George W. Bush. He was a member of the Israeli delegation at the 1998 Wye River negotiations between Israel and the PLO, outside of Washington. He negotiated the Note for the Record, which supplemented the 1997 Hebron Protocol, and in 1996 concluded the negotiations with the U.S., Lebanon, Syria, and France for the creation of the Monitoring Group for Southern Lebanon. In 1991, he served as an advisor to the Israeli delegation to the Madrid Peace Conference. From 1985 to 1996 he was a senior research associate at the Jaffee Center for Strategic Studies, Tel Aviv University, where he was Director of the U.S. Foreign and Defense Policy Project. Dr. Gold received his BA ('75), MA ('76), and PhD ('84) from Columbia University.

Ambassador Gold has written numerous books and articles on the Middle East, including *U.S. Military Strategy in the Middle East* (Tel Aviv: Ministry of Defense Publications, 1993); ***Hatred's Kingdom: How Saudi Arabia Supports the New Global Terrorism*** (Washington: Regnery, 2003); and ***Tower of Babble: How the United Nations Has Fueled Global Chaos*** (New York: Crown Forum, 2004). His articles have appeared in *Asahi Shinbun, Commentary, Daily Telegraph, Die Zeit, Ha'aretz, Jerusalem Post, New York Times, Washington Post,* and *Wall Street Journal*. He lives in Jerusalem with his wife, Ofra, and their two children, Yael and Ariel.

---

## Articles (Full-Text) by Dore Gold:

### Jerusalem Center Publications:

- **What If Bush Invited Sharon and Abu Mazen to Camp David? The Prospects for Negotiations in the Post-Arafat Era** (Jerusalem Letter/Viewpoints, 2-16 January 2005)

- **Wartime Witch Hunt: Blaming Israel for the Iraq War** (Jerusalem Letter/Viewpoints, 1 June 2004)
- **Bush Erases the Clinton Parameters** (Jerusalem Issue Brief, 15 April 2004)
- **An Answer to the New Anti-Zionists: The Rights of the Jewish People to a Sovereign State in their Historic Homeland**, with Jeff Helmreich (Jerusalem Letter/Viewpoints, 16 November 2003)
- **Saudi Arabia's Dubious Denials of Involvement in International Terrorism** (Jerusalem Letter/Viewpoints, 1 October 2003)
- **Defensible Borders for Israel** (Jerusalem Letter/Viewpoints, 15 June - 1 July 2003)
- **The Suicide Bombing Attacks in Saudi Arabia: A Preliminary Assessment** (Jerusalem Issue Brief, 13 May 2003)
- **The New Arafat-Abu Mazen Cabinet: A Roadblock to Middle East Peace** (Jerusalem Issue Brief, 24 April 2003)
- **Baseless Comparisons: UN Security Council Resolutions on Iraq and Israel** (Jerusalem Issue Brief, 24 September 2002)
- **From "Occupied Territories" to "Disputed Territories"** (Jerusalem Letter/Viewpoints, 16 January 2002)
- **Israel is Not the Issue: Militant Islam and America** (Jerusalem Letter/Viewpoints, 1 October 2001)
- **Untenable Linkages: Tying a Cessation of Palestinian Violence to an Israeli Settlement Freeze** (Jerusalem Letter/Viewpoints, 15 May 2001)
- **Jerusalem in International Diplomacy** (84 pages with maps, May 2001)
- **Jerusalem in International Diplomacy: The 2000 Camp David Summit, the Clinton Plan, and their Aftermath** (Jerusalem Letter/Viewpoints, 1 February 2001)
- **Middle East Missile Proliferation, Israeli Missile Defense, and the ABM Treaty Debate** (Jerusalem Letter, 15 May 2000)
- **Hebrew version of "Middle East Missile Proliferation...":**
  **מירוץ הטילים החדש במזרח התיכון והפולמוס סביב הסכם ABM**
- **The End of the Post-Gulf War Era** (Jerusalem Letter/Viewpoints, 15 March 2000)
- **The U.S.-Israel Relationship: Mounting Misperceptions in**

**Washington** (Jerusalem Letter/Viewpoints, 15 April 1992)

**Non-JCPA Publications:**

- **The UN at Work** (Wall Street Journal, 19 January 2005)
- **To Retain Credibility, UN Must Insist Syria Behave** (Chicago Sun-Times, 7 January 2005)
- **Tower of Babble - Interview with Jamie Glazov** (Front Page Magazine, 7 January 2005)
- **From Arafat to al-Zarqawi** (New York Sun, 19 November 2004)
- **The Arafat Paradox** (Jerusalem Post, 12 November 2004)
- **The War on America is Not Over** (National Review Online, 14 May 2003)
- **The Kingdom of Incitement** (Wall Street Journal, 14 April 2003)
- **Reining in Riyadh** (New York Post, 6 April 2003)
- **Israel Should Not Pay the Price for Iraq** (Financial Times-UK, 31 March 2003)
- **Only Buffer Zones Can Protect Israel** (New York Times, 27 February 2002)
- **The Price of UN Neutrality (in Hebrew)** (Yediot Ahronot, 9 July 2001)
- **The Cease-Fire That Never Was** (Jerusalem Post, 3 November 2000)
- **A New Diplomacy...** (Washington Post, 17 October 2000)
- **The Palestinian Provocation** (Wall Street Journal, 3 October 2000)
- **Jerusalem at the Millennium Summit (in Hebrew)** (Yediot Ahronot, 4 September 2000)
- **An Israeli Jerusalem for All** (New York Jewish Week, 1 September 2000)
- **Why Camp David II Failed** (Wall Street Journal, 27 July 2000)
- **What Happened to Secure Borders for Israel? The U.S., Israel, and the Strategic Jordan Valley** (Project for the New American Century, 23 June 2000)
- **Reshuffled Deck on Syrian-Israeli Negotiations** (Jerusalem Post,

12 June 2000)

- **Conditions of Peace (in Hebrew)** (Haaretz, 25 January 2000)
- **Temporary Advantage (in Hebrew)** (Yediot Ahronot, 17 December 1999)
- **No Security, No Peace** (New York Times, 29 March 1997)
- **Israel and the PLO Now Struggle for Leverage** (Wall Street Journal, 16 September 1993)

---

# JERUSALEM ISSUE BRIEF

*Vol. 1, No. 11 9 December 2001*

## How Arafat's Palestinian Authority Became an "Entity Supporting Terrorism"

In the aftermath of the December 1-2 Hamas bombings in Jerusalem and Haifa that left 27 Israeli civilians dead and 175 wounded, the Israeli government designated the Palestinian Authority "an entity that supports terrorism." This determination, even if only declaratory, closed a chapter in Israeli-Palestinian relations.

At the time of the signing of the first Oslo Agreement on September 13, 1993, Israel viewed the Palestine Liberation Organization (PLO) as a bulwark against the militant fundamentalist challenge of Hamas -- an offshoot of the Muslim Brotherhood, and Islamic Jihad -- disciples of Iran's Ayatollah Khomeini. In the 1980s and 1990s a region-wide struggle between the older forces of Arab nationalism and the rising forces of Islamic fundamentalism took place in Algeria, Egypt, and Syria. The PLO was similarly expected to ruthlessly fight Palestinian fundamentalist organizations "without Bagatz and without Betselem" (the Israeli Supreme Court and Israeli human rights organizations).

Indeed, U.S. and Israeli diplomats drew a distinction between their PLO peace partners and the fundamentalist "enemies of peace" whom, it was assumed, were trying to undermine the Palestinian Authority. Yet, while PLO and Hamas were competitors for influence among the Palestinians, their evolving relations appeared to be characterized by increasing **collusion** rather than **confrontation,** as described below:

### The PLO Reconciles with Hamas

From the very outset of the Oslo process, the PLO refused to assume the role Israel had assigned it vis-a-vis Hamas and other militant Islamic elements. During 1993 the PLO undertook two negotiating efforts with Hamas: in Khartoum, Sudan, in January and in Gaza during September. A six-point agreement was signed between the military wings of the two movements on April 22, 1994, in the Gaza Strip. A third set of talks was held in Cairo on December 17-21, 1995.

### The Palestinian Authority Prefers to Harbor Hamas Rather than Dismantle its Capabilities

In January 1996, it was reported throughout the Israeli press that the Chief of Israeli Military Intelligence, Major-General Moshe Ya'alon, warned the Knesset

Foreign Affairs and Defense Committee that Yasser Arafat refused to dismantle the military potential of his Islamic opposition: "The organizational infrastructure of Hamas continues to be built, whether with weaponry or the mobilization of activitists." Ya'alon then explained Arafat's motivation: "Arafat is preserving this situation for final-status negotiations with Israel." In other words, Arafat judged that he benefited from the Hamas and Islamic Jihad attacks on Israel because they provided him with negotiating leverage. After 58 Israelis were killed in Hamas and Islamic Jihad bombings during February-March 1996, Arafat briefly imprisoned their operatives, but began releasing them toward the end of 1996.

### Arafat Gives a "Green Light" to Hamas to Attack Israel

In a series of four meetings during March 9-13, 1997, Arafat met with the leaders of Hamas and other militant groups; these opposition elements walked away from the meetings with the clear impression that they had a "green light" to start terrorist attacks against Israel. Summarizing Israel's reading of the March meetings, Chief of Staff Lt. General Amnon Shahak told Israel Radio on March 23: "Organizations such as Hamas and Islamic Jihad have an understanding from the Palestinian Authority to carry out attacks." Ya'alon concluded a year later: "Sadly, I cannot say that at any point since it entered the territory in May 1994, that the Palestinian Authority acted decisively or in a clear-cut way against the operational capability of Hamas and Islamic Jihad" (*Ma'ariv,* April 16, 1998).

### Arafat's Own Security Forces Join Terrorist Attacks Against Israel

Perhaps the most significant military development during the Israeli-Palestinian struggle that began in 2000 was the involvement of forces over which Arafat had direct command in the terrorist violence against Israel. This first occurred in September 1996, when the Palestinian security services suddenly opened fire on Israeli soldiers throughout the West Bank and Gaza, killing 15 Israeli soldiers, some days after Israel opened a narrow wall at the end of a pre-existing archeological tunnel from the Maccabean period, adjacent to the northwestern corner of the Temple Mount. Arafat's forces fired on Israelis again in May 2000 during the al-Naqba riots. But their participation in terrorism became a regular feature of Arafat's intifada since September 2000:

- **Force 17** -- Yasser Arafat's personal bodyguard became regularly involved in sniping attacks against Israeli civilian traffic along main roads crossing the West Bank. Force 17 was initially responsible for mortar attacks on Israeli settlements in the Gaza Strip and on Israeli civilian towns and kibbutzim in the Negev. Force 17 was established during the years of the PLO presence in Lebanon; its name was taken from the last two digits of its Beirut telephone number.

- **Fatah Tanzim Militia** -- Fatah, Yasser Arafat's component of the PLO, became the principal force behind sniping attacks at Israeli civilians living in Hebron and in the southern Jerusalem suburb of Gilo, opposite the Arab town of Beit Jalla. Initially, Fatah and Hamas tried to preserve a

division of responsibility in their attacks against Israelis: Fatah killed Israelis beyond the 1967 boundaries in the West Bank and Gaza Strip while Hamas concentrated on pre-1967 Israel. By September 2001, both engaged in terrorism everywhere, **yet at least fifty percent of terrorist attacks against Israelis were conducted by Force-17 or Tanzim, forces directly loyal to Yasser Arafat.**

- **Other Palestinian Authority Security Agencies Take Part in Attacks** -- Rashid Abu Shabak, Deputy to Gaza Preventive Security Chief Muhammad Dahlan, masterminded the bombing of an Israeli school bus in Kfar Darom on November 20, 2000. Colonel Taufiq Tirawi's General Intelligence Apparatus in the West Bank joined in the sniping incidents against Israeli civilian traffic. **Over the weekend of December 7-8, 2001, Israel destroyed an illegal Palestinian mortar factory that was hidden beneath the offices of Gaza Palestinian Police Chief Brig.-General Ghazi Jabali.**

- **Joint Operations between Arafat Forces and Hamas/Islamic Jihad** -- During the intifada, joint multi-organizational units became common: a joint Hamas/Force-17 unit in Ramallah was formed in March 2001 that planned bomb attacks in northern Jerusalem, while a joint Islamic Jihad/Fatah unit from the Jenin area attacked Israeli civilians in Afula in late November 2001. At the end of June 2001, a spokesman for the "Popular Resistance Committees" of the Fatah organization admitted that there was **operational cooperation** between Fatah, Hamas, Islamic Jihad, and the Popular Front for the Liberation of Palestine (PFLP) (*Sabiron* website, June 30, 2001).

## A Broadening International Consortium of Terrorism

- **Force-17/Hizbullah Cooperation** -- In February 2001, Israeli helicopters struck the car of Lt.-Colonel Masoud Iyyad, an officer in Arafat's Force-17, **who also belonged to the Lebanese terrorist organization, Hizbullah.** Iyyad had ordered mortar attacks on Israeli settlements such as Netzarim. The Gaza branch of Hizbullah was called "Bader Forces." Force-17/Hizbullah connections date back to the 1980s in Beirut when Imad Mughniyeh, the head of special overseas operations for Hizbullah, served in Force-17 before joining Hizbullah.

- **Iraqi Involvement and Collaboration** -- Israeli security services revealed on November 25, 2001, that they had uncovered a 15-man Palestinian cell belonging to the Palestine Liberation Front (PLF) of Abul Abbas, an Iraqi-based component of the PLO. **The members of the cell had been trained in the *al-Quds* military camp outside of Baghdad by Iraqi officers. The PLF unit worked closely with Iraqi intelligence. Its weaponry was smuggled in the car of a key Palestinian Authority Security Chief, General Abdul Razek Yehiye, who also serves as an aide to Yasser Arafat and has benefited from immunity at Israeli checkpoints due to his VIP pass** (*Ma'ariv,* November 26, 2001). The pro-Iraqi unit, whose members came from Ramallah, had been planning bombing attacks at Ben-Gurion Airport, Dizengoff Street in Tel Aviv, and Afula.

## Conclusions

Moving Yasser Arafat to arrest, interrogate, and imprison military operatives of Hamas and Islamic Jihad involves overturning many years of close coordination between the Palestinian Authority and the militant Palestinian fundamentalist organizations. **Given the escalating bombing attacks against Israeli cities emanating from the vast terrorist infrastructure that has grown in the areas under Palestinian jurisdiction, Israel has no choice but to strike directly at the network of terrorism operating within the Palestinian Authority -- including forces loyal to Yasser Arafat.**

President Bush declared on September 20, 2001, that "Every nation, in every region, now has a decision to make. Either you are with us or with the terrorists." Bush specifically stated that "any nation that continues to harbor or support terrorism will be regarded by the U.S. as a **hostile regime**." **Arafat's failure to close down the terrorist organizations that have spread in his domain will require both the U.S. and Israel to follow a very different course of action in dealing with the Palestinian Authority in the months ahead.**

---

Dore Gold, Publisher; Saul Singer and Mark Ami-El, Managing Editors. Jerusalem Center for Public Affairs (Registered Amuta), 13 Tel-Hai St., Jerusalem, Israel; Tel. 972-2-5619281, Fax. 972-2-5619112, Email: jcpa@netvision.net.il. In U.S.A.: Center for Jewish Community Studies, 1515 Locust St., Suite 703, Philadelphia, PA 19102-3726; Tel. (215) 772-0564, Fax. (215) 772-0566. Website: www.jcpa.org. © Copyright.

The opinions expressed herein do not necessarily reflect those of the Board of Fellows of the Jerusalem Center for Public Affairs.

ISRAEL MINISTRY OF FOREIGN AFFAIRS

# INCITEMENT TO VIOLENCE AGAINST ISRAEL BY LEADERSHIP OF PALESTINIAN AUTHORITY - 27-Nov-96

27 Nov 1996

Jerusalem, 27 November 1996

## INCITEMENT TO VIOLENCE AGAINST ISRAEL BY THE LEADERSHIP OF THE PALESTINIAN AUTHORITY

(Communicated by Government Press Office)

The Agreement

Under the terms of the Oslo Accords, the leadership of the Palestinian Authority (PA) is obligated to refrain from incitement to violence against Israel.

In his exchange of letters with Prime Minister Yitzhak Rabin on September 9, 1993, Chairman Yasser Arafat wrote "The PLO renounces the use of terrorism and other acts of violence and will assume responsibility over all PLO elements and personnel in order to assure their compliance, prevent violations and discipline violators."

The Interim Agreement (Oslo 2) of September 28, 1995 (Article XXII) states that Israel and the PA "shall seek to foster mutual understanding and tolerance and shall accordingly abstain from incitement, including hostile propaganda, against each other." The Gaza-Jericho Agreement of May 1994 contained a similar provision (Article XII).

Thus, statements made by PA officials which incite to violence against Israel are a violation of the accords.

The Violations

Senior Palestinian officials have repeatedly called for jihad (holy war) against Israel and threatened a renewal of the intifada. They have praised terrorists who killed Israelis after the signing of the accords, and suggested that the agreements with Israel were a tactical ploy and a prelude to a return to the armed struggle. In addition, they have falsely accused the Israeli military of plotting terrorist attacks against Israelis by creating, arming and assisting Islamic fundamentalist terrorist groups.

Conclusion

The PA's virulent rhetoric confers legitimacy on the use of violence. It is a fundamental violation of the Oslo accords.

Statements by PA Officials

The following is a selection of statements by PA officials, and particularly Chairman Yasser Arafat, in the three years since the beginning of the Oslo process. The statements appear in reverse chronological order.

1996

* Hani al-Hasan, advisor to Chairman Arafat, at a memorial service for Fathi Shikaki, the slain leader of Islamic Jihad: "Fathi Shikaki is a giant among the giants of the Palestinian people, one of the giants of the nation. He believed in Islam and he spread it. He was the teacher of generations who understood that where there is unity there is victory, and where there is fear there is defeat, without connection to the views that one holds." (An-Nahar, Oct. 29, 1996)

* Arafat in an October 21 speech at the Dehaishe refugee camp: "We know only one word: jihad, jihad, jihad. When we stopped the intifada, we did not stop the jihad for the establishment of a Palestinian state whose capital is Jerusalem. And we are now entering the phase of the great jihad prior to the establishment of an independent Palestinian state whose capital is Jerusalem...We are in a conflict with the Zionist movement and the Balfour Declaration and all imperialist activities." (Yediot Ahronot, Oct. 23, 1996)

* Arafat to a delegation of Hebron Arab notables urging the use of violence: "Have you run out of stones in Hebron? Prepare the stones,"

(Voice of Israel, Oct. 21, 1996).

* Arafat in an October 10 speech before the Palestinian Council: "Negotiations have achieved nothing up until now. As a consequence, we must be ready in every way to confront all possibilities. You must understand what I mean by this." (Near East Report, Oct. 21, 1996)

* Arafat in an interview with the Palestinian newspaper Al-Ayyam, calls for "mass confrontations in all cities and villages to confront the Israeli aggression against Al-Aksa mosque" (cited in the New York Times, Oct. 4, 1996)

* Arafat to Palestinian security forces in Gaza on September 24: "They will fight for Allah, and they will kill and be killed, and this is a solemn oath...Our blood is cheap compared with the cause which has brought us together and which at moments separated us, but shortly we will meet again in heaven...Palestine is our land and Jerusalem is our capital"

(Ma'ariv, Oct. 4, 1996)

* On August 30, Muhammad Dahlan, a senior Gaza PA security official, said: "The Palestinian Authority does not exclude the return to the armed struggle, and it will then use its weapons." (cited in the Jerusalem Report, Nov. 28, 1996)

* On August 6, Arafat called Israel a "demon" and urged Arabs to use "all means" at their disposal to fight Israel (The New York Times, Aug. 7, 1996)

* Arafat to a rally in Gaza: "We are committed to all martyrs who died for the cause of Jerusalem starting with Ahmed Musa until the last martyr Yihye Ayyash." (Jerusalem Post, July 28, 1996) Musa was the first member of Fatah to be killed in 1965, and Ayyash, known as "the Engineer", was the mastermind behind a series of Hamas suicide bombing attacks prior to his death in January 1996.

* PA Grand Mufti of Jerusalem Sheikh Ikram Sabri in a sermon at Al-

Aqsa Mosque: Palestinians should "rise up with all their might against the occupation." (Jerusalem Post, June 14, 1996)

* Arafat threatening Israel with violence: "If Israel rejects our demands there will be a reaction and we have a 30,000 man armed force." (Israel Radio, June 7, 1996)

* Arafat alleging that a secret Israeli military group, OAS, was behind terror attacks against Israelis ; "We have clues that some of the recent operations in Israel were carried out in cooperation with the OAS in Israel." (Jerusalem Post, April 30, 1996)

* PA Ministry of Information, in a statement issued to the media on April 22, comparing Israel's actions with those of the Nazis: "While the Israeli government is speaking about the atrocities committed against the Jews at Auschwitz, Birkenau and Dachau concentration camps...it is directly involved these days in weaving plots and causing two major catastrophes to their neighbors...Our homeland was transformed into a big concentration camp..."

* Arafat claiming Israel supplied weapons to terrorist groups for suicide bombings against Israelis: "These weapons could be obtained only from high authorities with great influence on the Israeli side." (Jerusalem Post, March 22, 1996)

* Arafat asserting that Israel armed Hamas and Islamic Jihad. "We must remember that these organizations were created by Israel, which also distributed arms to them, so are we supposed to collect the arms Israel distributed?" (DPA German News Agency, Feb.28, 1996)

* PA Planning Minister Nabil Shaath at a symposium: "If the negotiations reach a dead end, we shall go back to the struggle and strife, as we did for 40 years. It is not beyond our capabilities...If and when Israel will say, 'That's it, we won't talk about Jerusalem, we won't return refugees, we won't dismantle settlements, and we won't retreat from borders,' then all the acts of violence will return. Except that this time we'll have 30,00 armed Palestinian soldiers who will operate in areas in which we have unprecedented elements of freedom" (Jerusalem Post, March 15, 1996)

* Voice of Palestine on February 28 asserted that suicide bombing attacks against Israelis were the work of Israeli Knesset Member Rehavam Zeevi "and the Israeli extreme right-wing organization Eyal." (cited in the Jerusalem Post, March 15, 1996)

* PA Planning Minister Nabil Shaath, in an interview with Le Monde: "I am, convinced like Arafat, that these attacks could not have been carried out without cooperation from Israeli extremists." (cited in Ha'aretz, March 6, 1996)

* Selim Zaanoun, acting chairman of the Palestinian National Council, at Arafat's inauguration: "We are returning to Palestine, and we are passing from the small Jihad to the great Jihad." (Jerusalem Post, Feb.13,1996)

* Arafat on Yihye Ayyash, Hamas mastermind of suicide bombing attacks against Israel: "a hero of the Palestinian people" and a "martyr." (New York Times, Jan.8, 1996)

1995

* Arafat on the intifada: "Our oath is still in force and our commitment is still valid to continue in the path of the heroes and the dead of the intifada." (Jerusalem Post, Dec. 17, 1995)

* Arafat in a radio address: "The struggle will continue until all of

Palestine is liberated." (Voice of Palestine, Nov. 11, 1995)

* Arafat on pre-1967 Israel: "Be blessed, O Gaza, and celebrate, for your sons are returning after a long celebration. O Gaza your sons are returning. O Lod, O Haifa, O Jerusalem, you are returning, you are returning." (Ma'ariv, Sept. 7, 1995)

* Arafat in a speech on September 3 publicly praising Abir al-Wahidi, involved in the murder of Israeli Zvi Klein in 1991, and Dalal al-Maghrabi, who took part in the coastal Road massacre in 1978 which killed 37 Israelis: "Yes, we are proud of the Palestinian girl, the Palestinian woman and the Palestinian child who fulfilled these miracles. The Palestinian woman participated in the Palestinian revolution. The Palestinian girl participated in the Palestinian revolution. Abir al Wahidi, commander of the central region and Dalal al-Maghrabi, Martryr of Palestine. I bow in respect and admiration to the Palestinian woman who receives her martyred son with joyful cheering. The soul and blood for you, O Palestine!" (Israel Channel Two Television, Sept. 19, 1995).

* Arafat in August 1995: "The Israelis are mistaken if they think we do not have an alternative to negotiations. By Allah I swear they are wrong. The Palestinian people are prepared to sacrifice the last boy and the last girl so that the Palestinian flag will be flown over the walls, the churches, and the mosques of Jerusalem." (Ha'aretz, September 6, 1995; The Jerusalem Post, Sept.7, 1995)

* Arafat in a speech in Gaza: "The soul and the blood we shall sacrifice for thee Palestine." (Jerusalem Post, Aug. 3, 1995)

* Arafat in a speech at Gaza's Al-Azhar University on June 19: "The commitment still stands and the oath is still valid: that we will continue this long jihad, this difficult jihad...via deaths, via sacrifices."

(Jerusalem Post, Aug. 3, 1995) Arafat also praised Dalal al-Maghrabi, one of the perpetrators of the 1978 Coastal Road Massacre in which 37 Israelis were killed: "She was one of the heroes...She commanded the group that established the first Palestinian republic in a bus...This is the Palestinian woman...the woman we are proud of." (Jerusalem Post, Aug. 3, 1995) He further stated, "We are all seekers of martyrdom in the path of truth and right toward Jerusalem, the capital of the State of Palestine."

(Ha'aretz, Aug. 3 1995)

* Faisal Husseini in an interview: "There will be an intifada not just in Jerusalem, but in all the occupied territories and in all the Middle East." (Israel Radio, May 21; Ha'aretz, May 22, 1995)

* PA Justice Minister Freih Abu Middein in a radio interview: "We have a standing committee to follow up on the Jerusalem issue and the latest relevant developments. There will also be popular moves to mobilize resources in Jerusalem, the West Bank, and Gaza, even if this calls for a new intifada, no matter what impact this will have. (Cairo Radio, May 20, cited in FBIS, May 22, 1995)

* PA Justice Minister Freih Abu Middein in a speech read in Arafat's name at Gaza's Shawa Cultural Center: "I say once more that Israel shall remain the principal enemy of the Palestinian people, not only now but also in the future." (Voice of Palestine, May 12, 1995) One month previously at Gaza's Al-Azhar University, Abu Middein said, "We must remember that the main enemy of the Palestinian people, now and forever, is Israel. This is a truth that must never leave our minds." (An-Nahar, April 11, 1995; Jerusalem Post, April 17, 1995)

* Faisal Husseini in an interview with the Egyptian weekly Al-Arabi: "If Israel continues to undermine the path to peace there will be no

other alternative but that called for by the Islamist Palestinian opposition the military option." (Agence France Presse, May 1, 1995)

* Arafat, at a rally in Gaza, compared the Oslo Accord with the temporary truce between Muhammad and the Quraish tribe, which was later broken, and said, "We signed that agreement in Oslo, and if any of you has one objection to it, I have one hundred objections." (Voice of Palestine, April 16, cited in FBIS, April 18, 1995)

* PA Grand Mufti of Jerusalem Sheikh Ikram Sabri: "Jerusalem is under occupation and the Moslems of the world should liberate it by jihad and put in under Islamic and Arabic authority The jihad is not just a war jihad we are talking about all means to get back Jerusalem." (Al-Sharq al-Awsat, April 7, 1995; Jerusalem Post, May 3, 1995)

* Arafat in a message marking Land Day: "We promise you, oh our great nation, and we promise you, oh our pure martyrs, that we will continue the revolution until the victory and until the flag of my country flies over the towers of Jerusalem. This is a revolution until victory." (Voice of Palestine, March 31, 1995)

* PA Planning Minister Nabil Sha'ath in an interview with Al-Watan on February 28: "If it becomes certain that the negotiations process with Israel is ending in failure, there will be no other option other than jihad." (cited in FBIS, March 1 1995)

* Arafat in a speech relayed by telephone to a Hebron rally: "Our nation is a nation of sacrifice, struggle and jihad." (Voice of Palestine, Feb. 14, 1995)

* Arafat in a speech in Gaza: "We are all on our way to die as heroes on the road to Jerusalem, the capital of the state of Palestine." (Jerusalem Post, Jan. 30, 1995)

* Arafat in a speech in Gaza in Jan. 1995: "All of us are willing to be martyrs along the way, until our flag flies over Jerusalem, the capital of Palestine. Let no one think that they can scare us with weapons, for we have mightier weapons the weapon of faith, the weapon of martyrdom, the weapon of jihad." (Parade Magazine, New York Newsday, June 25, 1995)

* Arafat in a speech on the 30th anniversary of Fatah's founding: "We are going to continue the Palestinian revolution until the last martyr to create a Palestinian state." (AFP, Jan. 1, 1995) He further stated, "We are all seekers of martyrdom...I say to the martyrs who died, to the martyrs who are still alive, we hold to the oath, we hold to the commitment to continue the revolution..." (Palestinian TV, Jan. 1, 1995)

1994

* Arafat in an address to the Organization of the Islamic Conference: "The glorious Islamic solidarity together with our people's jihad is an additional inducement for the realization of our hopes." (Voice of Palestine, Dec. 15, 1994)

* Arafat at a rally in Gaza: "Our people will continue with its jihad."

(Ha'aretz, Nov. 22, 1994)

* Arafat during a speech in Gaza: "Today, we are celebrating our independence for the first time on Palestinian land, and we will continue to celebrate on Palestinian lands that will be freed from the Zionist enemy. We will take all open and freed land, and we will

establish our state on those territories from which the Israeli enemy leaves." (Yediot Ahronot, Nov. 16, 1994)

* Arafat in a letter to Hamas spiritual leader Sheikh Yassin and Hamas terrorist Sheikh Hunamn, who killed 14 Israelis in an attack on Bus 405 in 1989: "My brother, Sheikh Yassin, my brother the holy Sheikh Abdelhadi Hunam, I recognize your participation in the struggle to free Palestine. Because of you, Palestine is free." (Ha'aretz, Oct. 5, 1994)

* Arafat in a letter to Saddam Hussein: "The Palestinian people will continue their war until the establishment of a state whose capital will be Jerusalem." (Yediot Ahronot, July 24, 1994)

* Jibril Rajoub in an interview: "We will continue to fight until the creation of a state with Jerusalem as its capital." (Agence France Press, May 31, 1994)

* Rashid Abu Shbak, a senior PA security official, on pre-1967 Israel: "The light which has shone over Gaza and Jericho will also reach the Negev and the Galilee." (Yediot Ahronot, May 29, 1994)

* Jibril Rajoub in a lecture at Bethlehem University: "We sanctify the weapons found in the possession of the national factions which are directed against the occupation ... If there are those who oppose the agreement with Israel, the gates are open to them to intensify the armed struggle." (Yediot Ahronot, May 27, 1994)

* Arafat at a mosque in Johannesburg, South Africa on May 10, 1994: "The jihad will continue ... You have to understand our main battle is Jerusalem ... You have to come and to fight a jihad to liberate Jerusalem, your precious shrine ... No, it is not their capital. It is our capital."

(Israel Radio, May 17, 1994; Jerusalem Post, May 18, 1994) Arafat further stated that the Oslo Accord was akin to the temporary truce between Muhammad and the Quraish tribe, which was later broken: "This agreement, I am not considering it more than the agreement which had been signed between our prophet Muhammad and Quraish, and you remember that the Caliph Omar had refused this agreement and considered it a despicable truce ... But the same way Muhammad had accepted it, we are now accepting this peace effort." (Ha'aretz, May 23, 1994)

* Jibril Rajoub in an interview: "Rabin has to remove all the settlers from the West Bank and Gaza and transfer them to hell." He later warned: "We shall distribute weapons to the Palestinian residents and return to the armed struggle." (Yediot Ahronot, March 4, 1994)

* Arafat during a speech in Gaza: "The heroic intifada, which has entered its seventh year, is an extension of the 29-year old Palestinian revolution and will go on relentlessly ... It is continuing, continuing, continuing." (Associated Press, Jan. 7, 1994)

1993 (after the Oslo Accords were made public)

* Arafat in a radio address: "It is a revolution until victory, until victory, until victory." (Algiers, Voice of Palestine, Dec. 31, 1993)

* Faisal Husseini in a speech at Bir Zeit University on November 22: "Everything you see and hear today is for tactical and strategic reasons. We have not given up the rifle. We still have armed gangs in the areas and if we do not get our state we will take them out of the closet and fight again." (Ma'ariv, Nov. 24, 1993)

* Voice of Palestine report: "Yasser Arafat stressed the continuation of struggle until the Palestinian flag is hoisted over Jerusalem's

walls."

(Voice of Palestine, Oct. 24, 1993)

* Arafat in a speech on Jordanian TV: "Palestine is only a stone's throw away for a small Palestinian boy or girl." (Jordanian TV, Sept. 13, 1993)

* Arafat asserting that the Oslo Accord is part of the PLO's 1974 phased plan for Israel's destruction: "[the agreement] will be a basis for an independent Palestinian state in accordance with the Palestinian National Council resolution issued in 1974 ... The PNC resolution issued in 1974 calls for the establishment of a national authority on any part of Palestinian soil from which Israel withdraws or which is liberated."

(Radio Monte Carlo, Sept. 1, 1993)

# TRANSCRIPT: ALBRIGHT SEEKS TOTAL EFFORT ON TERRORISM

*(Israel, Palestinians must shoulder their responsibilities)*

*September 11, 1997*

Jerusalem -- "The Palestinian Authority must take unilateral steps and actions to root out terrorist infrastructure," Secretary of State Madeleine Albright said September 10 at a press conference here with Israeli Prime Minister Benjamin Netanyahu.

"I will be seeing Chairman Arafat tomorrow and my message will be clear," Albright said. "It is essential that Israeli-Palestinian security cooperation be serious, sustained, and effective."

At the same time, she said, "both Israelis and Palestinians must shoulder their responsibilities if we are to emerge from the current crisis. This process cannot succeed with reciprocity."

"Real security depends ultimately on real peace," the Secretary continued. "Achieving this peace turns fundamentally on a political process which meets, through a genuine process of give and take, the needs of both sides. Clearly, Israel also has a responsibility to shape an environment which will give that process a chance to succeed."

Following is the official transcript of Albright and Netanyahu's press statements, providved by USIS in Jerusalem:

(Begin transcript)

PRIME MINISTER NETANYAHU: Ladies and gentlemen, it is a great pleasure and honor to welcome Secretary Albright on her first visit to Israel as a Secretary of State. Secretary Albright is a distinguished world leader, and she represents the abiding kinship between our two peoples and our two countries. It is a bond of deeply shared values of freedom, of democracy and of friendship. This is also the first visit of Madeleine Albright as Secretary of State here and there are so many issues that we need to talk about, but we devoted our time to the most pressing discussion vis-a-vis the Palestinian-Israeli talks. I think that our meeting was truly most cordial and most productive, and Madeleine, we were deeply moved today by your words this morning. I'm sure they touched the hearts of all Israelis -- they certainly touched mine -

- and they showed real empathy with our history, and, I think, a real understanding of our concerns and our desire and our hopes.

I want to emphasize again that we want the peace process to succeed. In fact, I'm convinced that my government is the only government which can bring this process to a successful conclusion. This government is determined to achieve peace -- real peace, peace with security. A peace that will last. A peace that will benefit all the peoples of our region. But obviously, no agreement can work unless both sides live up to their obligations.

The central, and I say the essential, premise of this agreement that was signed by Israel and the Palestinians exactly four years ago was based on a Palestinian commitment to wage an unrelenting war against terrorism. Unfortunately, in the four years that have passed, the Palestinian Authority has done virtually nothing to keep up this central commitment and as a result terrorism grew. It grew by leaps and bounds in the first three years under my predecessors, the late Yitzhak Rabin and Shimon Peres. It continues to grow in the absence of firm Palestinian Authority action against terrorism. We must make it clear to everyone who wants to see peace prevail that terrorism must not be used as an instrument of negotiations and violence is not an option in such negotiations. This is unacceptable. I know it is unacceptable to us and to the United States and it should be unacceptable to every peace- loving government in the world. The only sane way to fight terrorism is to do what was explicitly undertaken by the Palestinian Authority, and was articulated so well by Secretary Albright, that is fighting the terrorists and dismantling their infrastructure. These are the critical components of security in waging war on terrorism. All this is not an item for bargaining. It is not an option. It is as Secretary Albright has put it, "a sine qua non of the Oslo agreements."

We believe the Palestinian Authority must keep its part. It must fight terrorism with no "ifs" and "buts" and it must do so soon if this process is to survive. It must, in short, decide if it wants peace with Hamas or peace with Israel, but it cannot have both.

I want to assure you, Madame Secretary, that we will do everything to make your visit successful because your success is the success of the entire peace process, which we so fervently desire. If you are able to persuade the Palestinian Authority to

wage war against the terrorists, I believe the road will be open to the continuation of the peace process to bring it to a successful conclusion. And I am convinced we can achieve peace. I hope the Palestinian Authority, our Palestinian partners, also desire this peace with the same fervor. And I hope they will prove it soon by fighting terrorism. We can achieve a good life for both our peoples in this small land. And if peace is to win, both sides would want it to win. We certainly do.

SECRETARY ALBRIGHT: Thank you very much. Mr. Prime Minister, it is a great pleasure to be here with you, and I very much appreciate your characterization of our discussions. I do believe that we had very good discussions and reviewed a variety of issues relating to the pursuit of Israeli-Arab peace. Israel and the United States have long been partners in that historic endeavor and it is important that the partnership continue. Clearly, we are at a very difficult moment with negotiations stalled, and Israel and the Palestinians are locked in a crisis of confidence which has threatened the historic gains achieved in recent years. If we are to move forward, Israelis and Palestinians need to restore the partnership and the reciprocity that produced those achievements. The terrorist war being waged against Israel and peace itself has created a severe challenge.

This security is at the center of my agenda. Let me be clear. The enemies of peace are purposely and relentlessly attacking Israelis, so the war against terror being waged by those who support the path of peace must also be purposeful and relentless. There is no way to completely protect any society from the threat of terror, but partners in pursuit of peace have a right to expect a total, sustained and comprehensive effort to preempt terror, to combat it, and to delegitimize those in their midsts who associate themselves with it. There can be no room in this process for those groups who would tolerate or advocate terror and violence. I will be seeing Chairman Arafat tomorrow and my message will be clear: it is essential that Israeli-Palestinian security cooperation be serious, sustained and effective. At the same time, the Palestinian Authority must take unilateral steps and actions to root out the terrorist infrastructure. If we are to create and sustain an invigorated and accelerated negotiating process, there is simply no other way.

The Prime Minister has talked of the importance of reciprocity and he is right. Both Israelis and Palestinians must shoulder their responsibilities if

we are to emerge from the current crisis. This process cannot succeed without reciprocity. But let me be clear. There is no moral equivalence between killing people and building houses. It is simply not possible to address political issues seriously in a climate of intimidation and terror. At the same time, real security depends ultimately on real peace. Achieving this peace turns fundamentally on a political process which meets, through a genuine process of give and take, the needs of both sides. Clearly, Israel also has a responsibility to shape an environment which will give that process a chance to succeed. This means that Israel should be taking steps that build confidence and should refrain from actions that undermine confidence and trust. As I said in my speech last month, it is very difficult to create a serious environment for negotiations when unilateral actions are taken that pre-judge or pre-empt issues reserved for permanent status negotiations. Restoring a sense of partnership will not be accomplished quickly or easily, certainly not on a single visit. At the same time, I firmly believe that there's no alternative to the political pathway Israelis and Palestinians have chosen. The people of this region have seen too much violence. There have been too many victims. They do not deserve and will not accept a future that promises only more of the same. The United States will do all it can to help the parties rediscover the path for a brighter future with real security and real peace. The President of the United States and I are committed to that. And in that effort, as in our deep and abiding friendship with the people of Israel, the United States may be counted upon to persevere.

Thank you very much.

QUESTION: Madame Secretary, did you bring with you any concrete plans for renewing the negotiations and the peace process between Israelis and the Palestinians, and does this plan, if it exists, include freezing or halting of the building of the settlements, especially Har Homa?

SECRETARY ALBRIGHT: I came here, on this, my first visit, with the hope that I will be able to do what I can to restore confidence. As I have said many times, we see a crisis of confidence here and the bonds need to be rebuilt before the process can go forward. I have also said that while it is very evident that the United States is a key player within the Middle East peace process, and our bonds and our interests here are very strong, it is the leaders of this country, and of the Palestinians, that have to

make the hard decisions and to live up to the expectations of the people of this region who want peace.

QUESTION: Mr. Prime Minister, on the reciprocity, or maybe it should be called even-handedness, are you being asked now to implement a further withdrawal and do you think it is safe for Israel, experiencing all this terrorism, to keep pulling back on the West Bank, like now?

PRIME MINISTER NETANYAHU: Well, I think that the Secretary had it right, and indeed President Clinton as well, when he and she put the primacy of security, indispensability and security, in order to move the process forward. I think that we are interested in moving that process forward, but we also understand the crucial importance of stopping the bombs from exploding. We can talk, and you can ask me more questions of this nature, and they'll be largely irrelevant if we don't stop terrorism. So we concentrated much of our discussion on this issue and I think that it's best to focus on this at this time. I think that the Secretary's statement, that it is up to myself and to Mr. Arafat and our colleagues to make those kinds of decisions, is exactly right.

QUESTION: Mrs. Albright, James Rubin, the spokesman of the State Department said today that the nice words that you said this morning at the President's house were the first words, and then you are going to be tough on Netanyahu. Does that mean pressure of the Government of the United States on Israel?

And if you permit a question in Hebrew for the Prime Minister of Israel: (in Hebrew) Mr. Prime Minister, the President of Israel says that Israel does not need to exert economic pressure on the Palestinians. It's dangerous when you have hungry neighbors. Unfortunately, he said this morning, as James Rubin, State Department spokesman, relayed to American journalists, unfortunately, Netanyahu is patronizing Arafat, peers at him from above, and he should not be treated like that.

SECRETARY ALBRIGHT: I'm not sure it's always fair to put words in the mouth of the spokesman, but I think that what I would like to say is that I have come here because of the great priority that the President and I put on the Middle East peace process and on the ever strong relationship that the United States has with the people of Israel and Israel itself, and I have come as a realist. I have

made quite clear before I got here that my value in this process is to be realistic and to do what I can, on behalf of the United States, to help rebuild the confidence and to try to clarify some of the issues. It is not an issue of putting pressure on anybody. It is a matter of being realistic about what we would like to see, getting back on track the Middle East peace process, which is not only crucial to all of you who live here, but to us in the United States also.

INTEREPRETER: To the Prime Minister the following: the Israeli President said this morning that it would be wrong on the part of Israel to exert pressure on the Palestinians, that it would be particularly risky to hungry citizens in the Palestinian Authority. James Rubin, the American spokesman of the White House (sic), said that Netanyahu is patronizing Arafat, not relating to him as his equal, quoting actually the President of the States actually saying these words (sic).

PRIME MINISTER NETANYAHU: Well, I'm not going to comment on the remarks attributed to the President. He has not given me a response, or rather a full detailed account of his conversations with the Secretary, so I'm not going to comment on it. I will say -- I'm supposed to say this in Hebrew. Yes, of course, I just translated (laughter), now the reverse translation.

(in Hebrew) I'm not going to comment on things attributed to the President because the President has not yet been able to report to me completely and wholly on his conversations. In general, I can say that our approach is surely to avoid starving anyone. We take the opposite way. Our concern is not only that there be no hungry Palestinians but also that there be no dead Israelis.

QUESTION: Madame Secretary, in your call for mutual responsibility and reciprocity, you are being very specific in what you're asking Yasser Arafat to do. You're asking him to crack down on terrorism. You're not being nearly as specific in your words as to what you would like the Israelis to do. If and when Chairman Arafat cracks down on terrorism the way you and Prime Minister Netanyahu would like him to do, are you then calling on the Netanyahu government to impose any sort of settlement freeze to carry through with the withdrawals, as stipulated in Oslo, to do these things as part of getting the accelerated final status talks going which you and Prime Minister Netanyahu both support?

SECRETARY ALBRIGHT: Let me say and just repeat that obviously dealing with the problem of terrorism is the sine qua non of moving forward. But what I have said both here and in my previous speeches and remarks is that we believe it is very important to live up to the various aspects of the Oslo process, and we believe that there are mutual responsibilities within that process. We would hope that they would be carried out not only according to the letter but also to the spirit of the Oslo process, and we believe that it is important, because, I think, if I might take a minute longer on this, is because the interim agreements themselves, which were supposed to help create bonds of confidence, have not had that effect. We have suggested having an accelerated final status discussion so that the people who live here could actually see something coming from the peace process. But we also believe that it's important not to abandon the interim agreements in the Oslo process, and therefore the suggestion that I have made is that the interim agreement carried out in mutually responsible ways be married to an accelerated final status process.

QUESTION: You said what you're going to say tomorrow to Mr. Arafat. Can you please reveal some of what you said to Prime Minister Netanyahu? This is the first question. Second question: do you accept Arafat's claims that those terrorists, who made both terrorist attacks in Jerusalem, came from abroad and that actually Israel is responsible for what happened because Israel is responsible for the borders of Israel, and this is why it's her fault?

SECRETARY ALBRIGHT: First of all, let me say that the Prime Minister and I have already in my statement explained what it is that we talked about and the importance of dealing with the terror and our understanding of Israel's need to deal with the issue of terrorism. But at the same time, we did speak about the importance of the Oslo process and generally moving the process forward. I believe that it is very important for Chairman Arafat to be realistic about dealing with the infrastructure of the terrorist organizations and not to try to deal in ways that obfuscate rather than deal specifically with what is the problem here -- which is the infrastructure that exists of the terrorist organizations -- and that he has to deal with that very clearly.

QUESTION: Prime Minister, and also the Secretary, last evening, and overnight, the

Palestinian Authority arrested about 200 people in the Gaza Strip and apparently interrogated them, and are still holding between 50 and 100 people. Do you consider this as serious effort, or part of a serious effort, to do what you're asking them to do? Or do you see it cynically as some sort of strange gift for Mrs. Albright's visit?

PRIME MINISTER NETANYAHU: Well, I've commented on this before as this process was taking place. Unfortunately, much of this is intended for show. It is not a substantive and sweeping effort against Palestinian -- Hamas terrorism and Islamic Jihad terrorism -- that is required. As you know, we have on-going alerts for terrorism, additional attacks. And unless such concerted effort is taken to catch not the sardines, but the sharks, the sharks who organize, who direct, who dispatch the terrorists we will have more terrorist attacks. That has not happened by any stretch of the imagination. I would also say that in the absence of this happening, you cannot really fight terrorism. To give you an illustration: after the first bombing we had in Jerusalem, the Mahane Yehuda bombing a few weeks ago, we did our effort in the areas controlled by us and as a result we discovered additional terrorist cells and additional plans of terrorists directed from Palestinian controlled areas to launch more attacks. Those attacks we neutralized, largely neutralized because we put people in jail. One interrogation led to another. The fact that we were in control in these areas, we were able to stop terrorism that was planned in the Palestinian controlled areas. But that effort is not in the Palestinian territory which has now become a collection of bases and safe heavens for the Hamas and Islamic Jihad terrorist organizations. Before we are asked to give additional territory, we have a right to demand the implementation of that commitment in the existing areas controlled by the Palestinian Authority. And as long as the Palestinian Authority doesn't undertake this vigorous effort to fight terrorism and dismantle their infrastructure, we are not going to go very far. It's going to be impossible to continue the process. I hope they have a change of heart. I hope they have a real policy decision to fight terrorism. I can tell you that so far, as we speak, that has not happened. We want to see a real change, demonstrated over time, because I think it's in our interest, and frankly, I think it's in the Palestinians' interest as well. Terrorism is destructive for both of us, and for peace.

SECRETARY ALBRIGHT: I believe that it is very important for us to see concrete and sustained action, not a revolving door in terms of people who are arrested and then released. And, as I said previously, for Chairman Arafat to go after the infrastructure of the terrorist organizations. And the only gifts I want are concrete actions.

QUESTION: Madame Secretary of State, do you agree with the Israeli Cabinet decision to freeze any further pull-back from the West Bank until the Palestinians will fulfill all their obligations? And may I add, could you promise us that very soon, maybe within two years, the American Embassy will be removed from Tel Aviv to Jerusalem as Congress decided?

SECRETARY ALBRIGHT: Let me say that I think, again, I'm supportive of the Israeli Government's and Prime Minister Netanyahu's specifically calling for firm action against the terrorists, as I have now repeated many times, and will continue to do so. It is essential that terrorist activities be dealt with at their base. At the same time, I do believe it is very important to follow through on the obligations of Oslo, and to make sure that we do everything the Israeli Government also along with us, and with the Palestinians to re-build a web of confidence. I think that is essential. The question on Jerusalem is a final status issue, and that is why we believe it is important to begin to move in that direction.

QUESTION: Based on what we've heard today, there hasn't been any new agreements, or new movement in the peace process other than both of you have talked about the need to fight terror. Are there any possibilities, Mr. Prime Minister, that you might release some of the money withheld from Palestinian Authority tax revenue? Is there any possibility of the resumption of the security talks? Is there any possibility that you might resume negotiations on opening Palestinian air and sea ports in line with what Secretary Albright is saying that you have to have peace in order to have security?

PRIME MINISTER NETANYAHU: I have to say that we enforce closure policy only to prevent the terrorists from reaching our cities, reaching our market places, reaching our schools. In the absence of security cooperation, we have less intelligence, and because we have less intelligence, you have to somehow, create a protective wall to prevent the terrorists from coming in. And that is the purpose of the closure which we

relax periodically as the security situation improves. As far as the money, we have no intention to starve anyone, on the contrary, we released those monies that we could. We didn't really see the kind of activity that we wanted, but I wanted to communicate good faith, so I released a third of the funds that we withheld because the other side of the agreements weren't being kept as well. Unfortunately, about a week or so later, the response I got was an embrace, a kiss that Arafat gave to the leaders of Hamas. You know, you say, "one good deed deserves another," we deserve something else. And I think we all do. And we want to see a change of policy vis-a-vis terrorism, I can assure you, that that will prompt an immediate change from our point of view, as to the measures that we apply. And it would also be possible to relax many of the security measures that we apply.

Well, I want to say Madeleine, that this can be an ongoing event into the night, they are insatiable in their demands of questions they want to ask. But I also want to say that I think that the most difficult part of your visit has been achieved successfully. You have withstood the Israeli press with flying colors, so this augurs well for the continuation of your mission. And we wish you, we wish all of us much success. Thank you very much.

(End transcript)

* * *

# HAMAS TERRORISTS CAPTURED - 23-Aug-95

23 Aug 1995

Jerusalem, 23 August 1995

## HAMAS TERRORISTS CAPTURED

(Government Press Office)

Following a prolonged and focused intelligence effort, the GSS has uncovered a group which served as the infrastructure of HAMAS' military wing in Judea and Samaria, and the Gaza Strip.

Members of the group are responsible for two suicide attacks the explosion on the #20 bus in Ramat Gan on 24 July 1995, in which 6 civilians were killed and 31 were wounded, and the explosion on the #26 bus in Jerusalem on 21 August 1995, in which 4 people were killed and 107 were wounded.

Questioning of detainees revealed that the Ramat Gan attack was carried out by Labib Anwar Farid Azem (born 1973), a resident of Karyut in the Nablus district, and the Jerusalem attack by Sufiyan Salam Abdel Rabbo Sabiah Jabarin (born 1969), a resident of Dahariya in the Hebron district.

The group was guided by two veteran HAMAS fugitives: Abdel Nasser Shaker Issa of the Balata refugee camp, and Hatem Ismail, a Gazan student at A-Najah University in Nablus.

Until recently, the two resided in the Gaza Strip, where they were briefed and trained by Yihye Ayash, known as the "Engineer".

Upon their recent arrival in Judea and Samaria, using forged identity cards, they began to set up an infrastructure in the area based upon HAMAS members, whose aim was to initiate and carry out attacks against the civilian population of Israel.

Abdel Nasser Issa, who was responsible for the group's activities in Judea and Samaria, rented an apartment in the Nablus area, from which he conducted his operations. During the first stages of activity, and on the instructions of Yihya Ayash, he sought to identify potential candidates to carry out suicide attacks.

On the basis of previous acquaintance, Issa approached Labib Azem, who was known to have participated in numerous incidents at A-Najah University in Nablus, and proposed that he make the transition to military action, within the framework of Iz a-Din al-Kassam.

After Labib Azem agreed to carry out a suicide attack, Issa prepared, in the rented apartment, the bomb used in the Ramat Gan bus attack.

Yihye Ayash directed Issa to additional HAMAS members in the

Judea region and, through them, he was introduced to Sufiyan Sabiah, who also expressed his willingness to carry out a suicide attack.

Abdel Nasser Issa prepared another bomb, which was placed in a case and delivered to Sufiyan Sabiah by Muhhi a-Din Sharif, a resident of Jerusalem, shortly before the attack was carried out. Sufiyan was instructed to carry out an attack in the Jerusalem area within two days of receiving the explosives.

Authorization for the attack came from Muhammad Diff, a long-sought HAMAS fugitive from the Gaza Strip, who was responsible (among other terrorist attacks) for the abduction and murder of three soldiers Frankenthal, Simani and Wachsman and for the murder of seven other Israelis.

The investigation also brought out that Hatem Ismail, with the aid of Iman Sidar, head of a large HAMAS group member from the Jerusalem uncovered last May, were responsible for the attempted suicide attack at the bus stop near Binyanei Ha'uma in Jerusalem.

During the course of the investigation, a hide-out was discovered in the Nablus district. The apartment served members of the group as a laboratory and workshop for the manufacture and storage of materials used in preparing explosives. Other weapons were found in the apartment, including automatic weapons and prepared explosives, with which squad members planned to carry out additional attacks in the very near future. Other findings include chemicals used in the preparation of bombs, as well as elbow joints and numerous electronic components used to build fuses and triggers for explosive charges.

A videotape was found in the apartment, on which suicide attacker Labib Azem takes leave of his family and friends before the attack. Also found were forged identity cards, used to enable squad members to move more freely in the field, wigs, a number of "kippot" and large quantities of written material.

So far, 30 people mostly from the Samaria area, and some from the Jerusalem area and from the Hebron district have been arrested.

In addition to the intention of group members to carry out more suicide attacks, there were also plans to use car-bombs and to abduct IDF soldiers in order to negotiate for the release of imprisoned HAMAS members.