

Dr. Boaz Ganor



Dr. Ganor is the founder and executive director of the Institute for Counter-Terrorism (ICT) and deputy dean of the Lauder School of Government and Diplomacy at the Interdisciplinary Center Herzliya. He is a member of Israel's National Committee for Homeland Security Technologies, of the International Advisory Board of Institute of Defense and Strategic Studies, (IDSS), Singapore, and of the International Advisory team of the Manhattan Institute (CTCT) to the New-York Police Department (NYPD).

Dr. Ganor lectures on Terrorism and Counter-Terrorism at the High Command Academic Courses of the Israel's Defense Forces, as well as at the Lauder School of Government and Diplomacy, and other Academic and International forums.

Boaz Ganor obtained his B.A. in Political Sciences from Hebrew University, and his M.A. in Political Studies from Tel-Aviv University. His Ph.D. thesis for the Hebrew University was on "Israel's Counter-Terrorism Strategy". Dr. Ganor served as a consultant to Israeli Government Ministries on Counter-Terrorism. From 1989 to 2003, he was a member of the trilateral - Palestinian, Israeli, American - Committee on Incitement, established under the Wye Accords.

Dr. Boaz Ganor is the author of "The Counter-Terrorism Puzzle" and "Modern and Post Modern Terrorism" as well as numerous articles on counter-terrorism published in Israel and abroad.