**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 14 2008
Property of U.S. District Court
District of Rhode Island

**THE ESTATE OF YARON UNGAR, et al.,**

**Plaintiffs – Judgment Creditors**

**v.** **C.A. No. 00 - 105L**

**THE PALESTINIAN AUTHORITY, et al.,**

**Defendants – Judgment Debtors**

**ORDER**

For the reasons set forth in Plaintiffs – Judgment Creditors' Motion for Leave to File a Surreply ("Motion") and the memorandum submitted therewith, it is hereby

ORDERED that plaintiffs – judgment creditors shall be and hereby are granted leave to submit the Surreply attached to their Motion.

**SO ORDERED**

Date 3/20/08

Ronald R. Lagueux
Senior U.S. District Judge