# EXHIBIT A



RICHARD A. HIBEY
MEMBER
(202) 626-5888
rhibey@milchev.com

March 19, 2008

*Via Facsimile*
The Honorable Ronald R. Lagueux
Senior United States District Judge
United States District Court
  for the District of Rhode Island
One Exchange Terrace
Providence, RI  02903

Re: *Estate of Yaron Ungar v. The Palestinian Authority*, C.A. No. 00-105L

Dear Judge Lagueux:

Plaintiffs previously notified the Court of an outstanding judgment against the Palestinian Authority ("PA") and PLO in the matter of *Bucheit v. PLO*, No. 00-1455 (GK) (D.D.C.).  Michael Selter, Bucheit's counsel in the PLO litigation, first contacted me regarding the outstanding judgment on February 19, 2008.  The PA and PLO engaged Miller & Chevalier in late April 2007 to represent them in Anti-Terrorism Act and Alien Tort Claims Act litigation pending against them in the United States.  Thus, as I informed Mr. Selter when he first called, Miller & Chevalier did not represent the PA nor PLO in the Bucheit commercial litigation matter.  After Mr. Selter's phone call, I followed up with our clients.  Because Mr. Maher Hanania, who formerly represented the PA and PLO in the Bucheit matter, is apparently no longer practicing in the United States, Miller & Chevalier sought and received authorization from the PA and PLO to act on their behalf in connection with this matter.

On March 17, 2008, the parties in the *Bucheit v. PLO* case reached an agreement in principle to fully and finally resolve the matter according to an agreed time frame.  Upon receipt of payment, Mr. Selter will file a satisfaction of judgment in the *Bucheit v. PLO* case.
Mr. Selter has reviewed the contents of this letter and has indicated he does not object to characterizing the parties as having reached an agreement in principle.

Respectfully submitted,

*Richard A. Hibey / lgf*

Richard A. Hibey

cc:   David J. Strachman, Esq. (via facsimile)
      Deming E. Sherman, Esq. (via facsimile)
      Michael H. Selter, Esq. (via facsimile)

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com

856887.1