UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PALESTINIAN AUTHORITY, et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 00-105L |

### (PROPOSED) ORDER

Upon Defendants Motion' for Clarification of The Court's Injunction Dated May 5, 2005, it is hereby **ORDERED** as follows:

1. Said Injunction (Docket 322) shall not be interpreted to permit interference or interdiction with the Palestinian Authority or the Palestine Liberation Organization making an anticipated wire transfer of funds from an account outside the United States to accounts inside the United States in order to satisfy an outstanding judgment in the case of *Bucheit v. Palestine Liberatin Organization*, No. 00-1455 (D.D.C.) ("*Bucheit*"). Such payment shall be made to the accounts designated by Plaintiff's counsel in *Bucheit*, Michael H. Selter, Esq., of Manelli, Dennison & Selter P.L.L.C.

2. Defendants shall take necessary efforts to promulgate this Order to any intermediary banks or other financial institutions in aid of effectuating the anticipated wire transfer.

3. The pending Injunction is otherwise not modified or affected by this Order, and shall remain in force until further Order of the Court.

**SO ORDERED.**

_____

                                                _____
Senior Judge Ronald R. Lagueux
United States District Court

824136.1