UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

Defendants.

C.A. No. 00-105L

**DEFENDANTS' REPLY TO PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER CLARIFYING APPLICATION OF INJUNCTION**

Defendants Palestinian Authority and Palestine Liberation Organization ("PA" and "PLO," respectively) hereby reply to Plaintiffs' Partial Opposition to Defendants' Motion for an Order Clarifying Application of Injunction:

1. Plaintiffs' Partial Opposition states that Plaintiffs consent to the payment of the *Bucheit* judgment, Dkt. 428 at 1, but goes on to explain why Plaintiffs believe the extant Injunction otherwise forbids payment. *Id.* at 2.

2. Defendants strongly disagree with Plaintiffs' interpretation of the Injunction. However, there is no need for the Court to resolve questions concerning the scope of the Injunction at this time. Defendants' filing was designed merely to ensure that the Injunction would not interfere with payment of the *Bucheit* judgment, and Plaintiffs' consent to the transfer should ensure that no such interference will occur. The Court should accordingly enter an order permitting the transfer on the consent of the parties and

without regard to the position of either party concerning the scope of the extant Injunction.

3. In order to ensure that the payment reaches the *Bucheit* plaintiff without unnecessary delay, defendants ask the Court to enter the attached proposed Order.

WHEREFORE, Defendants ask that this Motion be granted.

Respectfully Submitted,

Dated March 25, 2008

/s/ Richard A. Hibey
Richard A. Hibe y (D.C. Bar #74823)
Admitted *pro hac vice*
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of March 2008, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

**Raymond A. Marcaccio**
ram@om-rilaw.com

**James R. Oswald**
joswald@apslaw.com

**Karen Ann Pelczarski**
kap@blishcavlaw.com

**David J. Strachman**
djs@mtlhlaw.com

and mailed to the following counsel of record:
Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

/s/ Richard A. Hibey



824136.1
857538.1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

Defendants.

C.A. No. 00-105L

# (PROPOSED) ORDER

Upon Defendants Motion' for Clarification of The Court's Injunction Dated May 5, 2005, Plaintiffs' Partial Opposition thereto, and Defendants' Reply, it is hereby **ORDERED** as follows:

1. Upon consent of the parties, and without regard to the position of either party concerning the scope of the extant Injunction, the Palestinian Authority or the Palestine Liberation Organization shall be permitted to transfer funds from an account outside the United States to accounts designated by Plaintiff's counsel in *Bucheit v. Palestine Liberation Organization,* No. 00-1455 (D.D.C.), Michael H. Selter, Esq of Manelli, Dennison & Selter P.L.L.C.

2. Defendants shall take necessary efforts to promulgate this Order to any intermediary banks or other financial institutions in aid of effectuating the anticipated wire transfer.

3. The pending Injunction is not modified or affected by this Order, and shall remain in force until further Order of the Court.

**SO ORDERED.**

______________

______________________

Senior Judge Ronald R. Lagueux
United States District Court