UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PALESTINIAN AUTHORITY, et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 00-105L |

### (PROPOSED) ORDER

Upon Defendants Motion' for Clarification of The Court's Injunction Dated May 5, 2005, Plaintiffs' Partial Opposition thereto, and Defendants' Reply, it is hereby **ORDERED** as follows:

1. Upon consent of the parties, and without regard to the position of either party concerning the scope of the extant Injunction, the Palestinian Authority or the Palestine Liberation Organization shall be permitted to transfer funds from an account outside the United States to accounts designated by Plaintiff's counsel in *Bucheit v. Palestine Liberation Organization,* No. 00-1455 (D.D.C.), Michael H. Selter, Esq of Manelli, Dennison & Selter P.L.L.C.

2. Defendants shall take necessary efforts to promulgate this Order to any intermediary banks or other financial institutions in aid of effectuating the anticipated wire transfer.

3. The pending Injunction is not modified or affected by this Order, and shall remain in force until further Order of the Court.

824136.1
857538.1

**SO ORDERED.**

_____

_____
Senior Judge Ronald R. Lagueux
United States District Court

824136.1
857538.1