UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PALESTINIAN AUTHORITY, et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 00-105L |

**NOTICE OF DECISION AND ORDER IN RELATED CASE CONDITIONALLY GRANTING MOTION OF DEFENDANTS THE PALESTINIAN AUTHORITY AND THE PALESTINE LIBERATION ORGANIZATION TO VACATE DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(6)**

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants") respectfully notify the Court of a decision and order signed on March 26, 2008, and issued on March 27, 2008, by the United States District Court for the Southern District of New York in *Knox v. PLO,* No. 03cv4466 (S.D.N.Y.) (VM) ("*Knox*") (Dkt. No. 122) conditionally granting the motion of the PA and the PLO, pursuant to Fed. R. Civ. P. 60(b)(6), to vacate the default judgment of $192,740,660.13 that had been entered on August 1, 2006 against the PA and the PLO in *Knox*. A copy of the March 27, 2008 Decision and Order in *Knox* is attached hereto as Exhibit A. Defendants respectfully submit this Notice in the event the Court wishes to take into account this recent development in its consideration of Defendants' Motion to Vacate pending in this case.

Dated:  March 31, 2008

    /s/ Richard A. Hibey
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com

    /s/Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 31st day of March 2008, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

**Raymond A. Marcaccio**
ram@om-rilaw.com

**James R. Oswald**
joswald@apslaw.com

**Karen Ann Pelczarski**
kap@blishcavlaw.com

**David J. Strachman**
djs@mtlhlaw.com

and mailed to the following counsel of record:

Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702

                                                                                                              /s/ Richard A. Hibey