

# Rewards for Justice

SUBMIT A TIP

**SEEKING INFORMATION AGAINST INTERNATIONAL TERRORISM**

### Rewards for Justice

Home
Program Overview
Success Stories
FAQ

### Reward Offers

Wanted Terrorists
Acts of Terror
Regime Elements
War Crimes

### Fighting Terrorism

Terrorism Financing
WMD Terrorism
Submit a Tip

### Links

Dept of State
Diplomatic Security
FBI Most Wanted
RFJ Fund

Search the RFJ Site:

[ Search ]

### Languages

english         اردو
francais        فارسی
espanol         ह दी
عربي           دری
_____         _____
deutsch         ไทย
русскии         پتو
Српски          italiano
bosanski        tagalog
hrvatski        melayu
kiSwahili       turkce

## Joan Davenny



Joan Davenny, age 47, from Woodbridge, Connecticut was killed in the suicide bombing of a bus on 21 August 1995.

**1948 - 1995**

ελληνικά

indonesia

[Privacy Policy](#) | [Contact Us](#) | [FAQ](#) | [Submit a Tip](#)

Rewards for Justice, Washington, D.C. 20522-0303, USA.

1-800-US REWARDS (1-800-877-3927) | [RFJ@state.gov](mailto:RFJ@state.gov)