UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

v. C.A. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

[[redacted]]

**ORDER**

Upon Defendants Motion' for Clarification of The Court's Injunction Dated May 5, 2005, it is hereby **ORDERED** as follows:

1. Notwithstanding the provisions of said Injunction (Docket 322), the Palestinian Authority and the Palestine Liberation Organization shall be and hereby are permitted to make an anticipated wire transfer of funds from an account outside the United States to accounts inside the United States in order to satisfy an outstanding judgment in the case *of Bucheit v. Palestine Liberation Organization,* No. 00-1455 (D.D.C.) ("*Bucheit*"). Such payment shall be made to the accounts designated by Plaintiff's counsel in *Bucheit,* Michael H. Selter, Esq., of Manelli, Dennison & Selter P.L.L.C.

2. Defendants shall take necessary efforts to promulgate this Order to any intermediary banks or other financial institutions in aid of effectuating the anticipated wire transfer.

3. The pending Injunction is otherwise not modified or affected by this Order, and shall remain in force until further Order of the Court.

**SO ORDERED.**

Date: 4/4/08

Ronald R. Lagueux
Senior Judge Ronald R. Lagueux
United States District Court