**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE ESTATE OF YARON UNGAR, et al., Plaintiffs, v. THE PALESTINIAN AUTHORITY, et al., Defendants. | ) | C.A. No. 00-105L |

**SUPPLEMENTAL NOTICE TO THE COURT**

This is a supplement to the Notice to the Court [Dkt. No. 437] regarding *Bucheit v. PLO*, Case No. 00-CV-1455 (GK) (D.D.C.). Defendants Palestinian National Authority ("PNA") and Palestine Liberation Organization ("PLO") (collectively, "Defendants") would like to advise the Court that payments of the judgment in *Bucheit* have finally cleared the banking channels where they had been unaccountably detained, and have been accomplished.

Respectfully Submitted,

Dated: June 2, 2008

/s/ Richard A. Hibey

Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of June 2008, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

**Raymond A. Marcaccio**
ram@om-rilaw.com

**James R. Oswald**
joswald@apslaw.com

**Karen Ann Pelczarski**
kap@blishcavlaw.com

**David J. Strachman**
djs@mtlhlaw.com

and mailed to the following counsel of record:
Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

/s/ Richard A. Hibey