# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

_____
                                           )
THE ESTATE OF YARON UNGAR, et al.,         )
                                           )
    Plaintiffs,                            )
                                           )
        v.                                 )   C.A. No. 00-105L
                                           )
THE PALESTINIAN AUTHORITY, et al.,         )
                                           )
    Defendants.                            )
                                           )
_____)

## NOTICE OF DECISION AND ORDER IN RELATED CASE CONDITIONALLY GRANTING MOTION OF DEFENDANTS THE PALESTINIAN AUTHORITY AND THE PALESTINE LIBERATION ORGANIZATION TO VACATE DEFAULT

Defendants The Palestinian Authority (PA) and the Palestine Liberation Organization (PLO) (collectively, "Defendants") respectfully notify the Court of an Omnibus Order signed on September 29, 2008 by the United States District Court for the Southern District of Florida in *Saperstein v. The Palestinian Authority*, No. 04-20225 (S.D. Fla.)(PAS) (Dkt. No. 209) conditionally granting the motion of the PA and PLO to vacate the default that had been entered on April 20, 2005. A copy of the September 29, 2008 Omnibus Order is attached hereto as Exhibit A. Defendants respectfully submit this Notice in the event the Court wishes to take into account this recent development in consideration of Defendants' Motion to Set Aside Default Judgment pending in this case.

                                    Respectfully Submitted,


Dated: September 30, 3008           ___/s/___Richard A. Hibey_____
                                    Richard A. Hibey (D.C. Bar #74823)
                                    Admitted *pro hac vice*


897706.1

        Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com


__/s/_____Deming E. Sherman _____
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

824136.1
897706.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of June 2008, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

**Raymond A. Marcaccio**
ram@om-rilaw.com

**James R. Oswald**
joswald@apslaw.com

**Karen Ann Pelczarski**
kap@blishcavlaw.com

**David J. Strachman**
djs@mtlhlaw.com

and mailed to the following counsel of record:
Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702


                                                _/s/ Richard A. Hibey

824136.1
897706.1