SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

PALESTINE MONETARY AUTHORITY

            Plaintiff,                    Index No. 107777/05

- against –

DAVID STRACHMAN, as administrator of the Estate
of YARON UNGAR, PROFESSOR MEYER UNGAR,
JUDITH UNGAR, RABBI URI DASBERG, JUDITH
DASBERG, individually and in their capacity as legal
guardians of YISHAI UNGAR & DVIR UNGAR,
AMICHAI UNGAR, DAFNA UNGAR & MICHAEL
COHEN, & THE BANK OF NEW YORK,

            Defendants.

**JUDGMENT**

-------------------------------------------------------------------X

THE ESTATE OF YARON UNGAR, by and through the
administrator of his Estate, DAVID STRACHMAN,
PROFESSOR MEYER UNGAR, JUDITH UNGAR,
RABBI URI DASBERG, JUDITH DASBERG, individually
and in their capacity as legal guardians of YISHAI
UNGAR & DVIR UNGAR, AMICHAI UNGAR, DAFNA
UNGAR & MICHAEL COHEN,

            Plaintiffs,

- against –

Index No. 105521/05

THE PALESTINIAN AUTHORITY, a/k/a, THE
PALESTINIAN INTERIM SELF-GOVERNMENT
AUTHORITY, THE PALESTINE LIBERATION
ORGANIZATION, YASSER ARAFAT, JIBRIL RAJOUB,
MUHAMMED DAHLAN, AMIN AL-HINDI, TAWFIK
TIRAWI, RAZI JABALI, HAMAS-ISLAMIC RESISTANCE
MOVEMENT, a/k/a, HRAKAT AL-MUQAWAMA AL-
ILSAMIYYA, ABDEL RAHMAN ISMAIL ABDEL
RAHMAN GHANIMAT, JAMAL ABDEL FATAH
TZABICH AL HOR, RAED FAKHRI ABU HAMDIYA,
IBRAHIM GHANIMAT, & IMAN MAHMUD HASSAN
FUAD KAFISHE,

-------------------------------------------------------------------X

WHEREAS, the Supreme Court, New York County (Kornriech, J.), upon the motion of Plaintiffs-Judgment Creditors THE ESTATE OF YARON UNGAR, YISHAI UNGAR, DVIR UNGAR, MEIR UNGAR, JUDITH UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN entered an Order dated March 29, 2009 directing that judgment be entered in favor of the Plaintiffs-Judgment Creditors against the Palestine Monetary Authority in the amount of $7,598,451.00, with interest from February 24, 2006; now, therefore, it is

ADJUDGED that Plaintiffs-Judgment Creditors THE ESTATE OF YARON UNGAR, YISHAI UNGAR, DVIR UNGAR, MEIR UNGAR, JUDITH UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN, residing at 321 South Main Street, Providence, Rhode Island, recover of the PALESTINE MONETARY AUTHORITY, residing at Nablus Road, Ramallah, West Bank, $7,598,451.00, plus interest from February 24, 2006 in the amount of $2,120,904.62, ~~plus costs in the amount of $~~ for a total sum of $9,719,355.62, and the Plaintiffs-Judgment Creditors shall have execution therefor.

_____
CLERK

FILED
APR 0 1 2009
COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
PALESTINE MONETARY AUTHORITY

        Plaintiff – Counterclaim Defendant,

        -against-

DAVID STRACHMAN, as administrator of the Estate of YARON UNGAR, YISHAI UNGAR and DVIR UNGAR, minors, by their guardians and next friends, MEYER UNGAR, JUDITH UNGAR, RABBI URI DASBERG, JUDITH DASBERG (individually and in their capacity as legal guardians of plaintiffs Dvir Ungar and Yishai Ungar), AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN.

        Defendants – Counterclaim/Cross-claim Plaintiffs,

        - and -

THE BANK OF NEW YORK

        Defendant.
-----------------------------------------------------------------X
THE ESTATE OF YARON UNGAR, YISHAI UNGAR, DVIR UNGAR, MEIR UNGAR, JUDITH UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,

        Plaintiffs–Judgment Creditors,

        -against-

THE PALESTINIAN AUTHORITY and
THE PALESTINE LIBERATION ORGANIZATION

        Defendants–Judgment Debtors.
-----------------------------------------------------------------X

Index No. 107777/05

**AFFIRMATION WAIVING BILL OF COSTS**

Index No. 105521/05

**ROBERT TOLCHIN**, an attorney duly licensed to practice law in the State of New York, affirms as follows subject to the penalties of perjury:

1. I am an attorney licensed to practice before the courts of the State of New York. I am of counsel to Jaroslawicz & Jaros LLC, attorneys for the within Defendants – Counterclaim/Cross-claim Plaintiffs in action number 1 (Index Number 107777/05) and Plaintiffs–Judgment Creditors in action number 2 (Index Number 105521/05).

2. Defendants – Counterclaim/Cross-claim Plaintiffs in action number 1 (Index Number 107777/05) and Plaintiffs–Judgment Creditors in action number 2 (Index Number 105521/05) hereby waive their right to costs and disbursements incurred in connection with the order of Justice Kornriech dated March 29, 2009 and the entry thereon.

DATED:   New York, New York
         March 31, 2009

JAROSLAWICZ & JAROS, LLC
*Attorneys for:*
*Defendants –Counterclaim/Cross-claim*
*Plaintiffs and Plaintiffs–Judgment Creditors*

ROBERT TOLCHIN, ESQ.
*Of Counsel*

225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780



FILED
APR 0 1 2009
COUNTY CLERK'S OFFICE
NEW YORK

| | |
|---|---|
| Judgment amount: | $7,598,451.00 |
| Daily interest (X * .09/365) | $1,873.59 |
| Number of days of interest: | 1133 |
| Amount of interest: | $2,122,778.21  (as of 4-1-09) |
| Total judgment: | $9,721,229.21 |

Days of interest calculation:

### 2006
| | |
|---|---|
| February | 4 (from 2-24-06) |
| March | 31 |
| April | 30 |
| May | 31 |
| June | 30 |
| July | 31 |
| August | 31 |
| September | 30 |
| October | 31 |
| November | 30 |
| December | 31 |

### 2007
| | |
|---|---|
| January | 31 |
| Februry | 28 |
| March | 31 |
| April | 30 |
| May | 31 |
| June | 30 |
| July | 31 |
| August | 31 |
| September | 30 |
| October | 31 |
| November | 30 |
| December | 31 |

### 2008
| | |
|---|---|
| January | 31 |
| Februry | 29 (leap year) |



FILED
APR 0 1 2009
COUNTY CLERK'S OFFICE
NEW YORK

| | |
|---|---|
| March | 31 |
| April | 30 |
| May | 31 |
| June | 30 |
| July | 31 |
| August | 31 |
| September | 30 |
| October | 31 |
| November | 30 |
| December | 31 |

<u>2009</u>

| | |
|---|---|
| January | 31 |
| Februry | 29 |
| March | 31 |
| April | 1 (Through April 1) |
| | |
| Total days from 2-24-06: | 1133 |

Index No.: 107777/05

-against-

DAVID STRACHMAN, as administrator of the Estate of YARON UNGAR, YISHAI UNGAR and DVIR UNGAR, minors, by their guardians and next friends, MEYER UNGAR, JUDITH UNGAR, RABBI URI DASBERG, JUDITH DASBERG (individually and in their capacity as legal guardians of plaintiffs Dvir Ungar and Yishai Ungar), AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,

Defendants – Counterclaim/Cross-claim Plaintiffs,

- and -

THE BANK OF NEW YORK

Defendant.

-----------------------------------------------------------------X

THE ESTATE OF YARON UNGAR, YISHAI UNGAR, DVIR UNGAR, MEIR UNGAR, JUDITH UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,

Plaintiffs-Judgment Creditors,

Index No.: 105521/05

-against-

THE PALESTINIAN AUTHORITY and THE PALESTINE LIBERATION ORGANIZATION

Defendants-Judgment Debtors.

-----------------------------------------------------------------X

**JUDGMENT**

FILED AND DOCKETED
APR 0 1 2009
AT 4:45 P.M.
N.Y. CO. CLKS OFFICE

JAROSLAWICZ & JAROS, LLC
*Attorneys for*
*Defendants – Counterclaim/Cross-claim Plaintiffs*
*And*
*Plaintiffs-Judgment Creditors*
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

ROBERT TOLCHIN, ESQ.