IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLYE KNOX, et al., <br><br> Plaintiffs, <br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, THE PALESTIAN AUTHORITY, et al., <br><br> Defendants | Civil Action No. 03 CV 4466 (VM) (THK) |

DECLARATION OF HATEM YOUSEF

Pursuant to 28 U.S.C. § 1736, I, Hatem Yousef, declare under penalty of perjury of the laws of the United States of America as follows:

1. I reside in Ramallah, Occupied Palestinian Territory.

2. I am over eighteen years old, and I am competent to make this declaration. I read and understood this Declaration before I signed it. I read and understand both English and Arabic. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I have a degree in Business Administration from the Eastern Mediterranean University in Turkey and a Masters Degree in Business and Finance, also from Eastern Mediterranean University.

4. I have worked at the Ministry of Finance of the Palestinian National Authority ("PNA") since 1995. My current position is that of Director General of Customs, Excise and VAT for the Ministry of Finance. I have held that position since May 2004. Prior to assuming my current position, I held other positions in the Customs, Excise and VAT Department of the

943306.1

Ministry of Finance, including Director of Collection, Customs, and Excise; Director of Auditing; and Assistant Director General.

5. In my current position as Director General of Customs, Excise and VAT, I report directly to the Minister of Finance.

6. I understand that this Declaration is being submitted in *Knox v. PLO*, Civil Action No. 03-cv-4466 (VM) (TK), and that the plaintiffs in that case have asked the Court to vacate the default judgment on the condition that the PNA/PLO provide security in the full amount of the judgment by "post[ing] security now in the amount of $26 million" and continuing "to post security in the amount of $10 million per month, during the pendency of this action, until the full amount of the judgment has accumulated or the case is concluded (whichever is earlier)."

7. I further understand that plaintiffs in the *Knox* case are asserting that the PNA receives from the State of Israel tax transfers of between 250 million to 300 million New Israeli Shekels ("NIS") each month.

8. I have been asked to provide information on the average monthly tax transfers from the State of Israel and address the impact on the PNA budgetary shortfall if an additional $10 million per month were diverted for securing judgments in U.S. litigation.

9. The State of Israel collects a variety of taxes on behalf of the Palestinian National Authority. These taxes include import taxes, petroleum taxes, value added taxes, and local purchase taxes. In 2008, the average amount of the monthly taxes collected by the State of Israel was approximately NIS 326 million. Before, however, these tax revenues are transferred to the PNA, Israel makes significant deductions for water, electricity, and sewage services provided to the PNA. In 2008, these deductions averaged approximately NIS 95 million per month, resulting in an average net transfer of approximately NIS 231 million of 2008. Because the NIS-U.S.

dollar exchange rate is about four NIS to one dollar, the average monthly transfer, after these deductions, is approximately $57.75 million.

10. Beginning with the transfers for September 2008, the State of Israel began withholding an additional NIS 18 million per month from the tax transfers pending the Israel Supreme Court decision on whether a U.S. judgment in the *Ungar* litigation is enforceable in Israel. NIS 18 million (or $4.5 million) will be withheld until the full $116 million is attached or until the Supreme Court rules favorably for the PNA. After the NIS 18 million deduction for the *Ungar* case, the PNA receives an average net transfer of approximately NIS 213 million per month (NIS 231 million less NIS 18 million), or approximately $53.25 million.

11. If the Court were to require the PA to withhold another $10 million dollars a month from the transfers for purposes of satisfying a bond requirement in the *Knox* litigation, the PA's monthly revenue from the tax transfers would be reduced to approximately $43.25 million. Thus, plaintiffs in two U.S. litigation matters would have reduced the PNA's tax transfers from $57.75 million to $43.25 million, or approximately 25%. The $10 million per month deduction proposed by the *Knox* plaintiffs would result in a nearly 20% reduction from the current net transfer amount ($10 million of the $53.25 million transferred a month after the *Ungar* amount is deducted).

12. Attached as Exhibit A is a true and correct copy of a Ministry of Finance spreadsheet prepared under my direction that itemizes the tax transfer revenue and deduction items on a monthly basis for the year 2008. The amounts shown are in New Israeli Shekels.

13. The tax transfers are a major source of revenue for the PNA. Attached as Exhibit B is a true and correct copy of the Ministry of Finance General Budget Department's "PNA Budget projections for 2009," which includes actual budget amounts for 2007 and 2008 as well

as the projected budget for 2009. The amounts shown are in U.S. Dollars. In 2008, the transfers (denominated as "clearance" in Exhibit B) before deductions (denominated as "net lending") constituted $1,122 million of the PNA's $1,568 million net revenue.

14. The PNA is projecting a budget deficit of $1,653 million for 2009, $1,150 million of which will need to be provided by the international donor community. *See* Exh. B ("Budget Support").

15. Given that the PNA is faced with a 2009 budget deficit of over $1.5 billion, or 26% of the PNA's GDP (*see* Exh. B) ("Total Deficit" = $1.653 billion) and must again turn to the international donor community to meet its basic budget needs, the PNA cannot afford to lose another significant portion of its primary revenue source to secure a bond for the *Knox* plaintiffs.

16. I understand that the plaintiffs have argued that the monthly tax transfers to the PNA constitute a "massive monthly income stream" and that its operations will not be disrupted by diverting $10 million a month to posting a bond. As a senior official of the PNA Ministry of Finance and as Director General of Customs, Excise and VAT for the Finance Ministry, I attest to the fact that the monthly tax transfers are not a "massive monthly income stream," especially in light of the PNA's substantial budget deficit. The PNA operates at a significant deficit and a reduction in tax transfer revenues only further increases the budget deficit by a corresponding amount. Moreover, the PNA depends on support from the international donor community. The

donor community will not continue to provide funds if hundreds of millions of dollars are to be diverted to a handful of U.S. plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _11th_ day of March, 2009, in Ramallah, Occupied Palestinian Territory.

_____
Hatem Yousef
Director General of Customs, Excise and VAT
Ministry of Finance
Palestinian National Authority

In the Name of Allah the Most Gracious the Most Merciful

The Palestinian National Authority
Ministry of Finance
Department of Customs, Excise and Tobacco
Directorate General/ Department of Accounts

Report on the clearinghouse meeting for cash basis settlements in 2008

| 100% | Total | Dec-2008 | Nov-2008 | Oct-2008 | Sep-2008 | Aug-2008 | Jul-2008 | Jun-2008 | May-2008 | Apr-2008 | Mar-2008 | Feb-2008 | Jan-2008 | Item |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 1,313,302,405 | 144,679,378 | 109,211,881 | 93,700,615 | 130,402,461 | 121,210,465 | 133,058,030 | 114,949,096 | 98,059,004 | 96,318,142 | 81,710,405 | 92,000,760 | 98,002,068 | Import tax |
| 31 | 1,226,083,426 | 97,815,275 | 105,436,400 | 125,929,812 | 107,812,193 | 100,892,151 | 96,645,952 | 94,847,366 | 102,282,322 | 104,771,160 | 95,756,611 | 106,392,043 | 97,511,993 | Petrol tax |
| 35 | 1,365,716,848 | 87,409,374 | 90,242,409 | 130,717,929 | 133,668,711 | 126,653,256 | 121,379,388 | 111,215,686 | 128,668,788 | 124,018,309 | 107,280,137 | 102,992,380 | 101,270,481 | V.A.T. |
|  | 12,791,949 | -50,588 | 1,235,444 | 1,520,925 | 844,225 | 962,007 | 1,067,044 | 357,830 | 1,882,977 | 1,034,558 | 827,277 | 109,497 | 3,000,853 | Local purchases |
| 100 | 3,917,894,628 | 319,853,339 | 306,126,234 | 351,869,381 | 372,727,590 | 349,617,879 | 352,150,454 | 321,369,980 | 330,893,091 | 326,142,175 | 285,574,430 | 301,494,680 | 299,785,395 | Total revenues |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | Deductions |
|  | 159,874,083 | 16,211,608 | 12,649,659 | 16,895,826 | 15,245,844 | 15,507,678 | 12,905,968 | 14,122,850 | 12,153,560 | 10,869,486 | 11,103,100 | 10,232,111 | 12,175,393 | Water |
|  | 808,000,000 | 0 | 80,000,000 | 100,000,000 | 113,000,000 | 0 | 110,000,000 | 40,000,000 | 140,000,000 | 100,000,000 | 25,000,000 | 100,000,000 | 0 | Electricity |
|  | 130,668,537 | 0 | 0 | 11,288,159 |  | 29,777,860 |  | 36,000,910 | 29,289,271 |  | 25,312,337 |  |  | Health |
|  | 36,875,583 |  |  |  | 1,891,241 | 12,447,811 | 6,000,000 | 1,502,280 |  |  | 2,309,331 | 10,725,000 |  | Sewage |
|  | 1,749,725 |  |  |  |  |  |  |  |  | 1,749,725 |  |  |  | Ministry of Agriculture |
|  | 2,085,473 |  |  |  |  |  |  |  |  |  | 2,085,473 |  |  | Civil affairs management |
|  | 1,085,367 |  |  |  |  | 1,065,367 |  | 450,100 |  |  |  |  |  | Stamps |
|  | 1,315,072 | 0 | 654,385 |  |  |  |  |  |  |  | 15,290 | 0 | 195,297 | Insurance companies |
|  |  |  |  |  |  |  |  |  |  |  |  | 0 | 0 | Insurance demanded for lawyers |
|  | 72,000,000 | 18,000,000 | 18,000,000 | 18,000,000 | 18,000,000 |  |  |  |  |  |  |  |  | New courtrooms |
|  | 1,213,653,840 | 34,211,608 | 111,304,044 | 145,984,985 | 148,137,085 | 57,818,716 | 130,905,966 | 92,076,060 | 181,442,831 | 112,619,213 | 65,825,531 | 120,957,111 | 12,370,690 | Total deductions |
|  | 2,704,240,788 | 285,641,731 | 194,822,190 | 205,884,396 | 224,590,505 | 292,099,163 | 221,244,488 | 229,293,920 | 149,450,260 | 213,522,962 | 219,748,899 | 180,527,569 | 287,414,705 | Payable amount for the month |
|  |  | Dec-08 | Nov-08 | Oct-08 | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | Feb-08 | Jan-08 | Month in which the installment will be paid |
|  | 2,620,617,496 | 194,822,190 | 205,884,396 | 224,590,505 | 291,000,000 | 220,000,000 | 226,293,920 | 149,450,260 | 213,522,962 | 219,748,899 | 180,627,569 | 287,414,705 | 204,262,089 | Payment in current month for 1 month; 12/2007 |
|  | 0 |  |  |  |  | 0 | 0 |  |  | 0 | 0 | 0 | 0 | Payment on the account of interest on the balance |
|  | 97,962,505 | 3,177,810 | 115,694 | 1,929,495 | 0 | 0 | 708,080 | 30,549,740 | 1,487,338 | 23,251,101 | 20,057,726 | 0 | 16,737,911 | Payment from the account |
|  | 20,000,000 |  |  |  |  |  |  |  |  |  |  | -8,414,705 | 20,000,000 | Payment on account (import and petrol) |
|  | 2,738,500,000 | 198,000,000 | 206,000,000 | 226,500,000 | 291,000,000 | 220,000,000 | 230,000,000 | 180,000,000 | 215,000,000 | 243,000,000 | 210,000,000 | 278,000,000 | 241,000,000 | Payment in the bank |

282,000,000   Transfer on January 4, 2008 for payables on December 2008
3,020,500,000   Total of transfers for 2008

Mahmoud Hmoudha
Assistant Director General
Director of the Department of Accounts
of Customs, Excise and Added Value Tax

Exhibit A to
Decl. of Hatem Yousef

Ministry of Finance PNA Budget projections for 2009 Figures in Million Dollars
General Budget Department

|  | 2007 (Actual) | 2008 (Budget) | 2008 (Actual) | 2009 (Budget) |
|---|---|---|---|---|
| Net Revenue | 1,272 | 1,632 | 1,568 | 1,630 |
| Domestic | 401 | 564 | 562 | 625 |
| - Tax | 202 | 253 | 273 | 273 |
| - Non-Tax | 122 | 166 | 234 | 253 |
| - Dividends (1) | 78 | 146 | 55 | 100 |
| Clearance | 896 | 1,087 | 1,122 | 1,123 |
| Tax Refund | 25 | 20 | 116 | 118 |
| - VAT | 25 | 20 | 47 | 53 |
| - Petroleum | 0 | 0 | 69 | 65 |
| Expenditures | 2,543 | 2,845 | 2,825 | 2,780 |
| Wages | 1,283 | 1,481 | 1,453 | 1,410 |
| % of GDP | 25% | 24% | 23% | 22% |
| Non-wages | 725 | 964 | 925 | 990 |
| - Operations | 239 | 399 | 291 | 432 |
| - Transfers | 486 | 565 | 634 | 558 |
| Net lending | 535 | 400 | 447 | 380 |
| Rec. Deficit | -1,271 | -1,213 | -1,257 | -1,150 |
| % GDP | 25% | 20% | 20% | 18% |
| Dev. Expenditure | 131 | 492 | 250 | 503 |
| Repayment of arrears (net) | -23 | -217 | -387 | 0 |
| Total Deficit | -1,426 | -1,922 | -1,894 | -1,653 |
| % of GDP | 28% | 32% | 29% | 26% |
| Financing | 1,426 | 1,922 | 1,894 | 1,653 |
| - Budget Support | 1,011 | 1,634 | 1,763 | 1,150 |
| - Develop. Finan. | 100 | 492 | 250 | 503 |
| - Clearance Revenue released from past collections | 421 |  | 15 |  |
| Bank Financing | -106 | -204 | -134 |  |
| GDP | 5,070 | 6,088 | 6,425 | 6,303 |
| Exchange Rate | 4.1 | 3.6 | 3.6 | 4 |

(1) This figure for 2008 excludes $US 197 million which the PIF used to reduce the PNA's indebetness to it.

PNA budget projections for 2009 w. adjustments 18 English.xls    **Exhibit B to Decl. of Hatem Yousef**    02/03/2009 12:36