UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                                    )
THE ESTATE OF YARON UNGAR, et al.,                  )
                                                    )
        Plaintiffs,                                 )
                                                    )
                v.                                  )        C.A. No. 00-105L
                                                    )
THE PALESTINIAN AUTHORITY, et al.,                  )
                                                    )
        Defendants.                                 )
                                                    )
_____)


**Notice of Appeal**

Notice is hereby given that the PALESTINIAN AUTHORITY and the PALESTINE

LIBERATION ORGANIZATION, Defendants in the above named case, hereby appeal to the

United States Court of Appeals for the First Circuit from a final order of the District Court

denying Defendants' request for relief under Federal Rule of Civil Procedure 60(b) (DE 442)

entered in this action on the 13th day of May, 2009.


Dated:  June 2, 2009                    /s/ Richard A. Hibey_____
                                        Richard A. Hibey (D.C. Bar #74823)
                                        Admitted *pro hac vice*
                                        Mark J. Rochon (D.C. Bar #376042)
                                        Admitted *pro hac vice*
                                        MILLER & CHEVALIER CHARTERED
                                        655 Fifteenth Street, N.W., Suite 900
                                        Washington, DC  20005-5701
                                        Tel. (202) 626-5800
                                        Fax. (202) 628-0858
                                        rhibey@milchev.com

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the*
*Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of June 2009, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

David J. Strachman, Esq.
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI  02903
djs@mtlesq.com
*Attorneys for Plaintiffs*

- Raymond A. Marcaccio, Esq.
  ram@om-rilaw.com

- James R. Oswald, Esq.
  joswald@apslaw.com

- Karen Ann Pelczarski, Esq.
  kap@blishcavlaw.com

and mailed to the following counsel of record:

Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702

_/s/ Deming E. Sherman