UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.: CA 00-105L          C.A.#_____

2. TITLE OF CASE - Estate of Yaron Ungar v. PA and PLO

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

   **Richard A. Hibey, 655 Fifteenth St., NW Washington, DC 20005-5701**

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

   **David Strachman, 320 So. Main St. Providence, RI 02903**

5. NAME OF JUDGE: Ronald R. Lagueux

6. FEE PAID

7. RELATED CASE ON APPEAL

   C.C.A. # (IF AVAILABLE)

   DATE OF LAST N.O.F.A. FILED   _____

8. SPECIAL COMMENTS:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, Wednesday, June 3, 2009

David A. DiMarzio, CLERK

BY: *Barbara J. Gilfillan*
DEPUTY CLERK