UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.: CA 00-105L          C.A.#_____

2. TITLE OF CASE - Estate of Yaron Ungar v. PA and PLO

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

   **Richard A. Hibey, 655 Fifteenth St., NW Washington, DC 20005-5701**

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

   **David Strachman, 320 So. Main St. Providence, RI 02903**

5. NAME OF JUDGE: Ronald R. Lagueux

6. FEE PAID

7. RELATED CASE ON APPEAL

   C.C.A. # (IF AVAILABLE)

   DATE OF LAST N.O.F.A. FILED  _____

8. SPECIAL COMMENTS: