APPEAL, DLM

# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:00–cv–00105–L–DLM
### *Internal Use Only*

| | |
|---|---|
| Ungar, et al v. Palestinian Authrty., et al | Date Filed: 03/13/2000 |
| Assigned to: Judge Ronald R Lagueux | Date Terminated: 05/13/2009 |
| Referred to: Magistrate Judge David L. Martin | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 890 Other Statutory Actions |
| Case in other court:   04–02709 | Jurisdiction: Federal Question |
| Cause: Civil remedy – Acts of Terrorism | |

**Plaintiff**

| | | |
|---|---|---|
| **Efrat Ungar**<br>*by and through the Administrator of his Estate, David Strachman* | represented by | **David J. Strachman**<br>McIntyre, Tate, Lynch &Holt Counsellors at Law<br>321 South Main Street<br>Suite 400<br>Providence , RI 02903<br>351–7700<br>Fax: 331–6095<br>Email: djs@mtlhlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dvir Ungar**<br>*minor, by his guardians and next friend Prof Meyer Ungar, et al.* | represented by | **David J. Strachman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Yishai Ungar**<br>*a minor, by his guardians and next friend Prof. Meyer Ungar, et al.* | represented by | **David J. Strachman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Meir Ungar**<br>*individually and in his capacity of legal guardian of Dvir and Yishai Ungar* | represented by | **David J. Strachman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Judith Ungar**<br>*individually and in her capacity of legal guardian to Dvir and Yishai Ungar* | represented by | **David J. Strachman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rabbi Uri Dasberg**                    represented by    **David J. Strachman**
*individually and in his capacity as legal*              (See above for address)
*guardian of Dvir and Yishai Ungar*                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Dasberg**                       represented by    **David J. Strachman**
*individually and in her capacity as legal*              (See above for address)
*guardian to Dvir and Yishai Ungar*                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amichai Ungar**                        represented by    **David J. Strachman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dafna Ungar**                          represented by    **David J. Strachman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michal Cohen**                         represented by    **David J. Strachman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yaron Ungar**                          represented by    **David J. Strachman**
*by and through the Administrator of his*                (See above for address)
*Estate, David Strachman*                                *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Estate of Yaron Ungar**            represented by    **David J. Strachman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Palestinian Liberation Organization**    represented by

**Annemarie M. Carney**
Edwards &Angell
2800 Financial Plaza
Providence , RI 02903
274–9200
Fax: 276–6611
*TERMINATED: 08/11/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deming E. Sherman**
Edwards Angell Palmer &Dodge LLP
2800 Financial Plaza
Providence , RI 02903
274–9200
Fax: 276–6611
Email: dsherman@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schilling**
Ramsey Clark &Lawrence W. Schilling
Law Offices
36 East 12th Street
New York , NY 10003
212–475–3232
Fax: 979–1583
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J Rochon**
Miller &Chevalier Chartered
655 Fifteenth St. NW
Suite 900
Washington , DC 20005
202–626–5800
Fax: 202–628–0850
Email: mrochon@milchev.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsey Clark**
Ramsey Clark &Lawrence W. Schilling
Law Offices
36 East 12th Street
New York , NY 10003
212–475–3232
Fax: 979–1583
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Hibey**
Miller &Chevalier Chartered
655 Fifteenth St. NW
Suite 900
Washington , DC 20005
202–626–5800
Fax: 202–628–0850
Email: rhibey@milchev.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Yasser Arafat                    represented by    **Deming E. Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schilling**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsey Clark**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Jibril Rajoub                    represented by    **Deming E. Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schilling**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsey Clark**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Muhammed Dahlan                  represented by    **Deming E. Sherman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schilling**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsey Clark**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amin Al–Hindi**                              represented by   **Deming E. Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schilling**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsey Clark**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tawfik Tirawi**                              represented by   **Deming E. Sherman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schilling**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsey Clark**
(See above for address)
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Razi Jabali**                                    represented by    **Deming E. Sherman**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Lawrence W. Schilling**
                                                                     (See above for address)
                                                                     *TERMINATED: 09/21/2007*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Ramsey Clark**
                                                                     (See above for address)
                                                                     *TERMINATED: 09/21/2007*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Abdel Rahman Ismail A.R. Ghanimat**

**Defendant**

**Jamal Abdel F. Tzabich Al–Hor**

**Defendant**

**Raed Fakhri Abu Hamdiya**

**Defendant**

**Ibrahim Ghanimat**

**Defendant**

**Iman Mahmud Hassan Fuad Kafishe**

**Defendant**

**The Palestinian Authority**                      represented by    **Annemarie M. Carney**
*also known as*                                                      (See above for address)
The Palestinian Interim Self–government                              *TERMINATED: 08/11/2006*
Authority                                                            *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Deming E. Sherman**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Mark J Rochon**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Richard A Hibey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hamas–Islamic Resistance Movement**
*also known as*
Harakat Al–Muqawama Al–Islamiyya

**Interested Party**

**Brandywine Asset Management, LLC**    represented by    **Raymond A. Marcaccio**
Oliverio &Marcaccio, LLP
55 Dorrance Street
Suite 400
Providence , RI 02903
861–2900
Fax: 861–2922
Email: ram@om–rilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Canaan Equity Offshore CV**    represented by    **James R. Oswald**
*a/ka Canaan Equity II Offshore C.V.,*                Adler Pollock &Sheehan P.C.
*Canaan Equity III Offshore C.V.*                One Citizens Plaza
8th Floor
Providence , RI 02903
274–7200
Fax: 351–4607
Email: joswald@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tamara L. Schlinger**
Cahill Gordon &Reindel LLP
Eighty Pine Street
New York , NY 10005–1702
212–701–3000
Fax: 212–269–5420
*TERMINATED: 09/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Wachovia Corporation**    represented by    **Karen Ann Pelczarski**
Blish &Cavanagh, LLP
30 Exchange Terrace
Providence , RI 02903

831–8900
Fax: 751–7542
Email: kap@blishcavlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Canaan Equity II Offshore CV**

**Interested Party**

**Canaan Equity III Offshore CV**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/13/2000 | | | CASE assigned to Judge Ronald R. Lagueux . Assigned to Magistrate Judge Martin (McCabe, F) (Entered: 03/13/2000) |
| 03/13/2000 | 1 | | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 44285 (McCabe, F) (Entered: 03/13/2000) |
| 05/02/2000 | 2 | | RETURN OF SERVICE executed as to The PLO 3/23/00 Answer due on 4/12/00 for The PLO (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 3 | | RETURN OF SERVICE executed as to Razi Jabali 4/13/00 Answer due on 5/3/00 for Razi Jabali (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 4 | | RETURN OF SERVICE executed as to Yasser Arafat 4/13/00 Answer due on 5/3/00 for Yasser Arafat (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 5 | | RETURN OF SERVICE executed as to Jibril Rajoub 4/13/00 Answer due on 5/3/00 for Jibril Rajoub (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 6 | | RETURN OF SERVICE executed as to Muhammed Dahlan 4/13/00 Answer due on 5/3/00 for Muhammed Dahlan (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 7 | | RETURN OF SERVICE executed as to Palestinian Authrty. 4/13/00 Answer due on 5/3/00 for Palestinian Authrty. (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 8 | | RETURN OF SERVICE executed as to Amin Al–Hindi 4/13/00 Answer due on 5/3/00 for Amin Al–Hindi (Barletta, B) (Entered: 05/03/2000) |
| 05/02/2000 | 9 | | RETURN OF SERVICE executed as to Tawfik Tirawi 4/13/00 Answer due on 5/3/00 for Tawfik Tirawi (Barletta, B) (Entered: 05/03/2000) |
| 06/02/2000 | 10 | | |

| | | | |
|---|---|---|---|
| | | | ORDER, reset Answer deadline to 6/15/00 for Hamas, for Palestinian Authrty., for Mahmud Hassan Fuad Kafishe, for Ibrahim Ghanimat, for Raed Fakhri Abu Hamdiya, for Jamal Abdel F. Tzabich Al–Hor, for Abdel Rahman Ismail A.R. Ghanimat, for Razi Jabali, for Tawfik Tirawi, for Amin Al–Hindi, for Muhammed Dahlan, for Jibril Rajoub, for Yasser Arafat, for The PLO; plaintiff's to have 90 after filing of resp to respond to pleading ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 06/02/2000) |
| 06/13/2000 | 11 | | RETURN OF SERVICE executed as to Raed Fakhri Abu Hamdiya 5/25/00 Answer due on 6/14/00 for Raed Fakhri Abu Hamdiya (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 12 | | RETURN OF SERVICE executed as to The PLO 4/16/00 Answer due on 5/8/00 for The PLO (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 13 | | RETURN OF SERVICE executed as to Jibril Rajoub 4/16/00 Answer due on 5/8/00 for Jibril Rajoub (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 14 | | RETURN OF SERVICE executed as to Palestinian Authrty. 4/16/00 Answer due on 5/8/00 for Palestinian Authrty. (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 15 | | RETURN OF SERVICE executed as to Yasser Arafat 4/16/00 Answer due on 5/8/00 for Yasser Arafat (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 16 | | RETURN OF SERVICE executed as to Muhammed Dahlan 4/16/00 Answer due on 5/8/00 for Muhammed Dahlan (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 17 | | RETURN OF SERVICE executed as to Amin Al–Hindi 4/16/00 Answer due on 5/8/00 for Amin Al–Hindi (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 18 | | RETURN OF SERVICE executed as to Tawfik Tirawi 4/16/00 Answer due on 5/8/00 for Tawfik Tirawi (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 19 | | RETURN OF SERVICE executed as to Razi Jabali 4/16/00 Answer due on 5/8/00 for Razi Jabali (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 20 | | RETURN OF SERVICE executed as to Ibrahim Ghanimat 4/16/00 Answer due on 5/8/00 for Ibrahim Ghanimat (Barletta, B) (Entered: 06/19/2000) |
| 06/13/2000 | 21 | | Cover letter with executed returns in State of Israel. (Barletta, B) (Entered: 06/19/2000) |
| 06/15/2000 | 22 | | MOTION by The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali, Palestinian Authrty. to Dismiss (Barletta, B) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/19/2000) |
| 06/15/2000 | | | (Court only) **Added for The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali, Palestinian Authrty. attorney Deming E. Sherman (Barletta, B) (Entered: 06/19/2000) |
| 06/27/2000 | 23 | | RETURN OF SERVICE executed as to Hamas 6/21/00 Answer due on 7/11/00 for Hamas (Barletta, B) (Entered: 06/30/2000) |
| 07/26/2000 | 24 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for issuance of letter of request for judicial assistance pursuant to the Hague Convention. (Barletta, B) (Entered: 07/28/2000) |
| 08/03/2000 | 25 | | OBJECTION by The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali, Palestinian Authrty. to [24–1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. (Barletta, B) (Entered: 08/08/2000) |
| 08/04/2000 | | | Text not available. (Entered: 08/04/2000) |
| 09/01/2000 | 26 | | RETURN OF SERVICE executed as to Jamal Abdel F. Tzabich Al–Hor 4/25/00 Answer due on 5/15/00 for Jamal Abdel F. Tzabich Al–Hor (Barletta, B) (Entered: 09/07/2000) |
| 09/01/2000 | 27 | | RETURN OF SERVICE executed as to Hamas 7/27/00 Answer due on 8/16/00 for Hamas (Barletta, B) (Entered: 09/07/2000) |
| 09/01/2000 | 28 | | RETURN OF SERVICE executed as to Abdel Rahman Ismail A.R. Ghanimat 8/15/00 Answer due on 9/5/00 for Abdel Rahman Ismail A.R. Ghanimat (Barletta, B) (Entered: 09/07/2000) |
| 09/01/2000 | 29 | | RETURN OF SERVICE executed as to Mahmud Hassan Fuad Kafishe 8/13/00 Answer due on 9/5/00 for Mahmud Hassan Fuad Kafishe (Barletta, B) (Entered: 09/07/2000) |
| 09/06/2000 | 30 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Entry of Default as to Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Hamas (Barletta, B) (Entered: 09/07/2000) |
| 09/06/2000 | 31 | | AFFIDAVIT by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar |

| | | | |
|---|---|---|---|
| | | | Re: [30–1] motion for Entry of Default as to Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Hamas (Barletta, B) (Entered: 09/07/2000) |
| 09/07/2000 | 32 | | CLERK'S ENTRY OF DEFAULT as to Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Hamas granting [30–1] motion for Entry of Default as to Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Hamas (Barletta, B) (Entered: 09/07/2000) |
| 09/12/2000 | | | Motion hearing re: [30–1] motion for Entry of Default as to Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Hamas at 2:00 9/20/00, [24–1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. at 2:00 9/20/00, [22–1] motion to Dismiss at 2:00 9/20/00 (Gilfillan, B) (Entered: 09/12/2000) |
| 09/13/2000 | 33 | | OBJECTION by Efrat Ungar to [22–1] motion to Dismiss (Barletta, B) (Entered: 09/13/2000) |
| 09/15/2000 | 34 | | MOTION by The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali for Ramsey Clark to Appear Pro Hac Vice (Barletta, B) (Entered: 09/18/2000) |
| 09/15/2000 | 35 | | MOTION by The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali for Lawrence W. Schilling to Appear Pro Hac Vice (Barletta, B) (Entered: 09/18/2000) |
| 09/20/2000 | | | Motion hearing re: [35–1] motion for Lawrence W. Schilling to Appear Pro Hac Vice, [34–1] motion for Ramsey Clark to Appear Pro Hac Vice, [22–1] motion to Dismiss Motion hearing held. Crtrpt: J. Fontes. David J. Strachman for pltf; Deming Sherman; Ramsey Clark and Lawrence Schilling for defts. Court grants Motions for Ramsey Clark and Lawrence Schilling to appear pro hac vice. Mr. Clark and Mr. Strachman argue defts' M/Dismiss. Court givves defts. until close of business on 10/18/00 to file briefs on personal jurisdiction; pltfs to respond by close of business on 11/15/00. Court takes matter under advisement. (Barletta, B) (Entered: 09/20/2000) |
| 09/20/2000 | 36 | | Minute entry: Defts' M/Dismiss hearing. (Barletta, B) (Entered: 09/20/2000) |
| 09/20/2000 | 37 | | ORDER granting [35–1] motion for Lawrence W. Schilling |

| | | | |
|---|---|---|---|
| | | | to Appear Pro Hac Vice, granting [34–1] motion for Ramsey Clark to Appear Pro Hac Vice ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 09/20/2000) |
| 09/25/2000 | | | Filing fee received for appearances of Ramsey Clark and Lawrence Schilling; $100.00; Receipt #45869 (Barletta, B) (Entered: 09/26/2000) |
| 10/19/2000 | | | memo of Def filed in chambers (Gilfillan, B) (Entered: 10/19/2000) |
| 11/29/2000 | 38 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Default Judgment against Hamas (Saucier, M) (Entered: 11/30/2000) |
| 12/29/2000 | 39 | | RETURN OF SERVICE executed as to Muhammed Dahlan 12/19/00 Answer due on 1/8/01 for Muhammed Dahlan (Saucier, M) (Entered: 12/29/2000) |
| 07/25/2001 | 40 | | MEMORANDUM and ORDER granting in part, denying in part [22–1] motion to Dismiss ( signed by Judge Ronald R. Lagueux the PA defendants' motion to dismiss for lack of subject matter jurisdiction is denied; the motion to dismiss for lack of jurisdiction over the person is granted as to the individual PA defendants: Arafat, Rajoub, Dahlan, Al–Hindi, Tirawi, and Jabali, but denied as to defendants PA and PLO; the motion to dismiss for improper venue is denied; the motion to dismiss for insufficient service of process is denied; the motion to dismiss for failure to state a claim with respect to Count I is granted as to plaintiff Estate of Efrat Ungar and plaintiffs Rabbi Uri Dasberg and Judith Dasberg, in their individual capacities, but denied as to the remaining plaintiffs; the motion to dismiss for failure to state a claim with respect to Counts II, III, IV, and V is granted with leave to amend; and the motion to dismiss for inconvenience of the forum is denied. (Gilfillan, B) (Entered: 07/25/2001) |
| 08/15/2001 | | | Motion(s) referred: [38–1] motion for Default Judgment against Hamas referred to Judge Ronald R. Lagueux, [24–1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. referred to Judge Ronald R. Lagueux (Gilfillan, B) (Entered: 08/15/2001) |
| 08/23/2001 | 41 | | AMENDED COMPLAINT by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar , (Answer due 9/10/01 for Hamas, for Palestinian Authrty., for The PLO, for Abdel Rahman Ismail A.R. Ghanimat, for Raed Fakhri Abu Hamdiya, for Ibrahim Ghanimat, for Mahmud Hassan Fuad Kafishe ) |

| | | | |
|---|---|---|---|
| | | | amending [1–1] complaint (Saucier, M) (Entered: 08/24/2001) |
| 09/07/2001 | 42 | | MOTION by The PLO, Palestinian Authrty. to Enlarge Time to Respond to the Amended Complaint (Saucier, M) (Entered: 09/10/2001) |
| 09/13/2001 | 43 | | OBJECTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [42–1] motion to Enlarge Time to Respond to the Amended Complaint (Saucier, M) (Entered: 09/13/2001) |
| 09/19/2001 | 44 | | ORDER granting [42–1] motion to Enlarge Time to Respond to the Amended Complaint, reset Answer deadline to 11/13/01 for Palestinian Authrty., for The PLO ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 09/19/2001) |
| 11/13/2001 | 45 | | MOTION by Palestinian Authrty. to Further Enlarge Time to 11/27/01 to respond to amended complaint (Jackson, R) (Entered: 11/15/2001) |
| 11/15/2001 | 46 | | OBJECTION by Efrat Ungar to [45–1] motion to Further Enlarge Time (Jackson, R) (Entered: 11/15/2001) |
| 11/15/2001 | 46 | | MOTION by Efrat Ungar for Entry of Default as to The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali, Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Palestinian Authrty., Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar, Hamas (Jackson, R) (Entered: 12/06/2001) |
| 11/29/2001 | 47 | | MOTION by The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al–Hindi, Tawfik Tirawi, Razi Jabali, Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al–Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Palestinian Authrty., Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar, Hamas to Dismiss and Alternatively for Certification of an Interlocutory Appeal and a Stay (Jackson, R) (Entered: 11/29/2001) |
| 12/03/2001 | | | Motion(s) referred: [45–1] motion to Further Enlarge Time referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 12/03/2001) |
| 12/07/2001 | 47 | | Stipulation – resp to M/dismiss due 12/21/01 signed by Judge Ronald R. Lagueux (Gilfillan, B) (Entered: 12/07/2001) |

| 12/10/2001 | | | Motion hearing re: [45−1] motion to Further Enlarge Time at 11:00 12/19/01 before Magistrate Judge David L. Martin (Saucier, M) (Entered: 12/10/2001) |
|---|---|---|---|
| 12/13/2001 | | | WITHDRAWAL of [45−1] motion to Further Enlarge Time (Jackson, R) (Entered: 12/13/2001) |
| 12/26/2001 | 48 | | OBJECTION by Efrat Ungar to [47−1] motion to Dismiss and Alternatively for Certification of an Interlocutory Appeal and a Stay (Jackson, R) (Entered: 12/28/2001) |
| 01/25/2002 | 49 | | NOTICE by Efrat Ungar to take deposition of Yasser Arafat on 3/18/02 at 9 AM (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 50 | | NOTICE by Efrat Ungar to take deposition of Razi Jababli on 3/19/02 at 9 AM (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 51 | | NOTICE by Efrat Ungar to take deposition of Jibril Rajoub on 3/20/02 at 9 am (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 52 | | NOTICE by Efrat Ungar to take deposition of Amin Al−Hindi on 3/25/02 at 1 PM (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 53 | | NOTICE by Efrat Ungar to take deposition of Muhammed Dahlan on 3/21/02 at 9 AM (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 54 | | NOTICE by Efrat Ungar to take deposition of Tawfik Tirawi on 3/25/02 at 12 PM (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 55 | | NOTICE by Efrat Ungar to take deposition of Marwan Barghouti on 3/26/02 at 1 PM (Jackson, R) (Entered: 01/25/2002) |
| 01/25/2002 | 56 | | NOTICE by Efrat Ungar to take deposition of Keeper of Records, Salomon Smith Barney on 2/14/02 at 1 PM (Jackson, R) (Entered: 01/25/2002) |
| 01/28/2002 | 57 | | NOTICE by Efrat Ungar to take deposition of Keeper of the Records of Salomon Smith Barney is CANCELLED (Jackson, R) (Entered: 01/28/2002) |
| 01/30/2002 | 58 | | MOTION by Efrat Ungar Requesting a Ruling on their pending Motion for Default Judgement against the Hamas Defendants (Jackson, R) (Entered: 01/30/2002) |
| 01/30/2002 | 59 | | MOTION by The PLO, Palestinian Authrty. for Leave to File Defenses in Support of Their Pending Motion To Dismiss the Amended Complaint or Alternatively for Certification of an Interlocutory Appeal (Jackson, R) (Entered: 01/30/2002) |
| 02/05/2002 | 60 | | RENEWED MOTION by The PLO, Palestinian Authrty. to Stay (Jackson, R) (Entered: 02/14/2002) |

| 02/05/2002 | 60 | | MOTION by The PLO, Palestinian Authrty. for Leave to File a Protective Order (Jackson, R) (Entered: 02/14/2002) |
|---|---|---|---|
| 02/14/2002 | | | (Court only) **Reset last document number to 59 (Jackson, R) (Entered: 02/14/2002) |
| 02/14/2002 | | | (Court only) **Reset last document number to 60 (Jackson, R) (Entered: 02/14/2002) |
| 02/20/2002 | 61 | | OBJECTION by Efrat Ungar to [60–1] motion for Leave to File a Protective Order, [60–1] motion to Stay (Jackson, R) (Entered: 02/21/2002) |
| 02/25/2002 | 62 | | OBJECTION by Efrat Ungar to [59–1] motion for Leave to File Defenses in Support of Their Pending Motion To Dismiss the Amended Complaint or Alternatively for Certification of an Interlocutory Appeal (Jackson, R) (Entered: 02/26/2002) |
| 02/26/2002 | 63 | | MOTION by The PLO, Palestinian Authrty. for Protective Order (Jackson, R) (Entered: 02/27/2002) |
| 03/08/2002 | 64 | | OBJECTION by Efrat Ungar to [63–1] motion for Protective Order (Jackson, R) (Entered: 03/11/2002) |
| 03/08/2002 | 65 | | MOTION by Efrat Ungar to Compel Discovery (Jackson, R) (Entered: 03/11/2002) |
| 03/11/2002 | | | Motion(s) referred: [63–1] motion for Protective Order referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 03/11/2002) |
| 03/12/2002 | | | Motion hearing re: [63–1] motion for Protective Order at 10:00 3/21/02 before Magistrate Judge David Martin (Saucier, M) (Entered: 03/12/2002) |
| 03/15/2002 | 66 | | OBJECTION by The PLO, Palestinian Authrty. to [65–1] motion to Compel Discovery (Jackson, R) (Entered: 03/18/2002) |
| 03/18/2002 | | | Motion(s) referred: [65–1] motion to Compel Discovery referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 03/18/2002) |
| 04/01/2002 | | | Deadline updated; Motion Hearing set for 2:00 4/15/02 for [65–1] motion to Compel Discovery, set for 2:00 4/15/02 for [63–1] motion for Protective Order before Magistrate Judge Martin (Saucier, M) (Entered: 04/01/2002) |
| 04/11/2002 | | | Deadline updated; Motion Hearing set for 2:00 4/23/02 for [65–1] motion to Compel Discovery, set for 2:00 4/23/02 for [63–1] motion for Protective Order before Magistrate Judge Martin (Saucier, M) (Entered: 04/11/2002) |
| 04/23/2002 | | | Motion hearing re: [47–1] motion to Dismiss and Alternatively for Certification of an Interlocutory Appeal |

| | | | |
|---|---|---|---|
| | | | and a Stay at 10:00 6/7/02 (Gilfillan, B) (Entered: 04/23/2002) |
| 06/07/2002 | | | Motion hearing re: [47−1] motion to Dismiss and Alternatively for Certification of an Interlocutory Appeal and a Stay Motion hearing held; Plaintiff: David Strachman; Defendant: Deming Sherman, Lawrence Schilling; Court Reporter: Joseph Fontes; All Counsel of Record are present. Defendants' argue their Motion to Dismiss the Amended Complaint. Plaintiff argues against the Motion to Dismiss. Court states that it is going to take the Motion under advisement and will issue an opinion. (Jackson, R) (Entered: 06/07/2002) |
| 06/07/2002 | 67 | | Minute entry: Hearing on Defendants' Motion to Dismiss the Amended Complaint held before Senior Judge Ronald R. Lagueux (Jackson, R) (Entered: 06/07/2002) |
| 06/12/2002 | 68 | | TRANSCRIPT OF Hearing before Senior Judge Ronald R. Lagueux for dates of 06/07/02 (Jackson, R) (Entered: 06/12/2002) |
| 06/13/2002 | | | Motion(s) referred: [46−1] motion for Entry of Default as to The PLO, Yasser Arafat, Jibril Rajoub, Muhammed Dahlan, Amin Al−Hindi, Tawfik Tirawi, Razi Jabali, Abdel Rahman Ismail A.R. Ghanimat, Jamal Abdel F. Tzabich Al−Hor, Raed Fakhri Abu Hamdiya, Ibrahim Ghanimat, Mahmud Hassan Fuad Kafishe, Palestinian Authrty., Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar, Hamas referred to Magistrate Judge David L. Martin, [38−1] motion for Default Judgment against Hamas referred to Magistrate Judge David L. Martin, [24−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 06/13/2002) |
| 06/20/2002 | | | Motion hearing re: [38−1] motion for Default Judgment against Hamas at 10:00 7/12/02 before Magistrate Judge David Martin (Saucier, M) (Entered: 06/20/2002) |
| 06/20/2002 | | | Motion(s) no longer referred: [24−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. (Gilfillan, B) (Entered: 06/20/2002) |
| 06/20/2002 | | | Motion(s) referred: [58−1] motion Requesting a Ruling on their pending Motion for Default Judgement against the Hamas Defendants referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 06/20/2002) |
| 06/20/2002 | | | Motion(s) referred to Judge: [24−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. (Gilfillan, B) (Entered: 06/20/2002) |

| 06/20/2002 | | | (Court only) **Terminated document − #46 M/Default − default was entered on 9/7/00 (Gilfillan, B) (Entered: 06/20/2002) |
|---|---|---|---|
| 06/21/2002 | 69 | | ORDER mooting [58−1] motion Requesting a Ruling on their pending Motion for Default Judgement against the Hamas Defendants ( signed by Magistrate Judge David L. Martin ) Sent to all counsel of record (Saucier, M) (Entered: 06/21/2002) |
| 06/21/2002 | 70 | | ORDER granting [63−1] motion for Protective Order, granting [60−1] motion for Leave to File a Protective Order, granting [60−1] motion to Stay; DISCOVERY IN THIS MATTER IS STAYED UNTIL RULING ON DEFENDANT'S MOTION TO DISMISS ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 06/21/2002) |
| 07/11/2002 | 71 | | MOTION by Efrat Ungar to Sever the Claim against the HAMAS defendants (Jackson, R) Modified on 07/15/2002 (Entered: 07/15/2002) |
| 07/11/2002 | 72 | | MEMORANDUM by Efrat Ungar in support of [71−1] motion to Sever the Claim against the HAMAS defendants (Jackson, R) Modified on 07/15/2002 (Entered: 07/15/2002) |
| 07/11/2002 | 73 | | MOTION by Efrat Ungar for Sanctions against the Palestinian Authority and the PLO (Jackson, R) (Entered: 07/15/2002) |
| 07/11/2002 | 74 | | MEMORANDUM by Efrat Ungar in support of [73−1] motion for Sanctions against the Palestinian Authority and the PLO (Jackson, R) (Entered: 07/15/2002) |
| 07/11/2002 | 75 | | MOTION by Efrat Ungar to Strike the PLO's and Palestinian Authority's recent filings (Jackson, R) (Entered: 07/15/2002) |
| 07/11/2002 | 76 | | MEMORANDUM by Efrat Ungar in support of [75−1] motion to Strike the PLO's and Palestinian Authority's recent filings (Jackson, R) (Entered: 07/15/2002) |
| 07/11/2002 | 77 | | OBJECTION by The PLO, Palestinian Authrty. to [38−1] motion for Default Judgment against Hamas (Jackson, R) (Entered: 07/15/2002) |
| 07/11/2002 | 78 | | MEMORANDUM by The PLO, Palestinian Authrty. in opposition to [38−1] motion for Default Judgment against Hamas (Jackson, R) (Entered: 07/15/2002) |
| 07/12/2002 | | | Motion hearing re: [38−1] motion for Default Judgment against Hamas Motion hearing held before Magistrate Judge David Martin. David Strachman for the plaintiffs; Deming Sherman for the defendants PLO and Palestinian Authority. All counsel of record present. Mr. Sherman states objection |

| | | | |
|---|---|---|---|
| | | | to motion for default judgment on behalf of the PLO. Court will not allow objection because it was untimely filed. Court overrules the PLO objection. Mr. Strachman gives opening statement. Nine witnesses sworn in for direct examination by Mr. Strachman. Twelve exhibits entered as full exhibits. Court in recess until Monday, July 15, 2002. (Saucier, M) (Entered: 07/16/2002) |
| 07/12/2002 | | | Motion hearing re: [38−1] motion for Default Judgment against Hamas at 2:00 7/15/02 before Magistrate Judge David Martin (Saucier, M) (Entered: 07/16/2002) |
| 07/15/2002 | | | Motion hearing re: [38−1] motion for Default Judgment against Hamas Motion hearing held before Magistrate Judge David Martin. David Strachman for the plaintiffs. Motion hearing continued from Friday, July 12, 2002. Mr. Strachman present. One witness sworn in for direct examination by plaintiffs. Nine exhibits entered as full. Mr. Strachman gives closing arguments and states damages. Court schedules hearing on issue of personal jurisdiction for Friday, July 19, 2002. (Saucier, M) (Entered: 07/16/2002) |
| 07/15/2002 | 79 | | Minute entry: Hearing held on Plaintiffs' Motion for Default Judgment against HAMAS (Saucier, M) (Entered: 07/16/2002) |
| 07/16/2002 | | | Civil Hearing re: Personal Jurisdiction before Magistrate Judge David L. Martin scheduled for Friday, July 19, 2002 at 2:00 p.m. (Saucier, M) (Entered: 07/16/2002) |
| 07/19/2002 | | | Civil Hearing re: [0−0] hearing held before Magistrate Judge David L. Martin. David Strachman for the plaintiff. Mr. Strachman responds to the court inquiry as to the issue of personal jurisdiction. Court takes matter under advisement. Report and Recommendation to follow. (Saucier, M) (Entered: 07/22/2002) |
| 07/22/2002 | 80 | | Minute entry: Hearing held on July 12,15,19,2002 RE: Plaintiff's Motion for Default Judgment Against HAMAS Defendants before Magistrate Judge David Martin. (Saucier, M) Modified on 12/12/2002 (Entered: 07/22/2002) |
| 07/23/2002 | 81 | | TRANSCRIPT OF Plaintiff's Motion for Default Judgment Against HAMAS for dates of 07/15/02 (Saucier, M) (Entered: 07/23/2002) |
| 07/24/2002 | 82 | | TRANSCRIPT OF HEARING BEFORE JUDGE MARTIN for dates of 07/12/02 (Jackson, R) (Entered: 07/25/2002) |
| 08/02/2002 | 83 | | OBJECTION and MEMORANDUM IN SUPPORT by The PLO, Palestinian Authrty. to [73−1] motion for Sanctions against the Palestinian Authority and the PLO (Jackson, R) (Entered: 08/05/2002) |
| 08/02/2002 | 84 | | |

| | | | |
|---|---|---|---|
| | | | OBJECTION and MEMORANDUM IN SUPPORT by The PLO, Palestinian Authrty. to [71−1] motion to Sever the Claim against the HAMAS defendants (Jackson, R) (Entered: 08/05/2002) |
| 08/02/2002 | 85 | | OBJECTION and MEMORANDUM IN SUPPORT by The PLO, Palestinian Authrty. to [75−1] motion to Strike the PLO's and Palestinian Authority's recent filings (Jackson, R) (Entered: 08/05/2002) |
| 08/05/2002 | 86 | | DAMAGES MEMORANDUM by Plaintiffs (Jackson, R) Modified on 08/05/2002 (Entered: 08/05/2002) |
| 08/07/2002 | 87 | | RESPONSE by Efrat Ungar in opposition to [84−1] motion response (Jackson, R) (Entered: 08/07/2002) |
| 08/16/2002 | 88 | | AFFIDAVIT OF COUNSEL FEES AND COSTS by Efrat Ungar (Jackson, R) (Entered: 08/16/2002) |
| 08/20/2002 | 89 | | ORDER, The Court overrules the objection filed by the Palestinian Authority and the Palestine Liberation Organization ( signed by Magistrate Judge David L. Martin ) (Theall, J) (Entered: 08/20/2002) |
| 11/05/2002 | 90 | | MEMORANDUM and ORDER denying [47−1] motion to Dismiss and Alternatively for Certification of an Interlocutory Appeal and a Stay ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 11/05/2002) |
| 11/06/2002 | | | Motion(s) referred: (Gilfillan, B) (Entered: 11/06/2002) |
| 11/14/2002 | | | Motion(s) referred: [75−1] motion to Strike the PLO's and Palestinian Authority's recent filings referred to Magistrate Judge David L. Martin, [73−1] motion for Sanctions against the Palestinian Authority and the PLO referred to Magistrate Judge David L. Martin, [71−1] motion to Sever the Claim against the HAMAS defendants referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 11/14/2002) |
| 11/18/2002 | | | Motion hearing re: [75−1] motion to Strike the PLO's and Palestinian Authority's recent filings at 10:00 12/12/02, [73−1] motion for Sanctions against the Palestinian Authority and the PLO at 10:00 12/12/02, [71−1] motion to Sever the Claim against the HAMAS defendants at 10:00 12/12/02, [65−1] motion to Compel Discovery at 10:00 12/12/02, [24−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. at 10:00 12/12/02 before Magistrate Judge David Martin (Saucier, M) (Entered: 11/18/2002) |
| 11/20/2002 | 91 | | MOTION AND MEMORANDUM by The PLO, Palestinian Authrty. for Reconsideration of [90−1] order (Jackson, R) (Entered: 11/21/2002) |

| 12/12/2002 | 92 | | ORDER mooting [73−1] motion for Sanctions against the Palestinian Authority and the PLO; by agreement of Plaintiffs ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 12/12/2002) |
|---|---|---|---|
| 12/12/2002 | 93 | | ORDER mooting [75−1] motion to Strike the PLO's and Palestinian Authority's recent filings; by agreement of plaintiffs ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 12/12/2002) |
| 12/12/2002 | 94 | | OBJECTION AND MEMORANDUM by Efrat Ungar to [91−1] motion for Reconsideration of [90−1] order (Jackson, R) (Entered: 12/12/2002) |
| 12/12/2002 | | | Motion hearing re: [75−1] motion to Strike the PLO's and Palestinian Authority's recent filings, [73−1] motion for Sanctions against the Palestinian Authority and the PLO, [71−1] motion to Sever the Claim against the HAMAS defendants Motion hearing held, [65−1] motion to Compel Discovery Motion hearing held, [24−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. Motion hearing held before Magistrate Judge David Martin. David Strachman for the plaintiffs; Lawrence Schilling and Deming Sherman for the defendants PLO and The Palestinian Authority. All counsel of record present. Mr. Schilling present via telephone. Mr. Strachman states motions to strike and for sanctions are not being pressed by the plaintiffs. Court rules the motions to strike and for sanctions are moot. Mr. Strachman argues motion to sever. Mr. Schilling states objection. Mr. Strachman responds. Court to issue an order within 24 orders on plaintiffs' motion to sever. Mr. Strachman argues the motion to compel. Mr. Schilling states objections. Court grants the motion to compel discovery with conditions. Mr. Schilling states objections to the Plaintiffs' Petition for Issuance of a Letter of Request for Judicial Assistance. Mr. Strachman argues for the petition. Mr. Strachman to prepare orders. (Saucier, M) (Entered: 12/12/2002) |
| 12/12/2002 | 95 | | Minute entry: Hearing held on Plaintiffs' Motion to Compel Discovery; Motion to Strike; Motion for Sanctions; Motion to Sever; Petition for Issuance of Letter of Request for Judicial Assistance held before Magistrate Judge David Martin (Saucier, M) (Entered: 12/12/2002) |
| 12/12/2002 | 96 | | ORDER: Court denies defendants motion to continue conference scheduled for 12/12/02 ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 12/12/2002) |
| 12/13/2002 | 97 | | ORDER denying [71−1] motion to Sever the Claim against the HAMAS defendants without prejudice. Plaintiffs may |

| | | | |
|---|---|---|---|
| | | | renew the motion after the court has ruled on the pending Motion for Entry of Default Judgment ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 12/13/2002) |
| 01/14/2003 | 98 | | ORDER mooting [24–1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention. ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 01/14/2003) |
| 01/14/2003 | 99 | | ORDER granting [65–1] motion to Compel Discovery ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 01/14/2003) |
| 01/29/2003 | 100 | | MOTION with MEMORANDUM by The PLO, Palestinian Authrty. for Reconsideration of [99–1] order (Barletta, B) Modified on 01/29/2003 (Entered: 01/29/2003) |
| 01/29/2003 | 101 | | MOTION by The PLO, Palestinian Authrty. for Leave to File in excess of page limit for exhibits (Barletta, B) (Entered: 01/29/2003) |
| 01/31/2003 | 102 | | ORDER granting [101–1] motion for Leave to File in excess of page limit for exhibits ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 01/31/2003) |
| 02/03/2003 | 103 | | NOTICE by Efrat Ungar, Razi Jabali, Jibril Rajoub, Amin Al–Hindi, Tawfik Tirawi, Marwan Barghouti, Keeper of records of Salomon Smith Barney to take deposition of Yasser Arafat (Gilfillan, B) (Entered: 02/06/2003) |
| 02/05/2003 | 104 | | MOTION and Memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration. (St.John, B) Modified on 02/10/2003 (Entered: 02/10/2003) |
| 02/07/2003 | 105 | | MOTION and Memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. (St.John, B) (Entered: 02/10/2003) |
| 02/12/2003 | 106 | | MOTION and Memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Default Judgment against Palestinian Authrty. (Fernandes, D) (Entered: 02/12/2003) |
| 02/19/2003 | 107 | | |

| | | | |
|---|---|---|---|
| | | | OBJECTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [100–1] motion for Reconsideration of [99–1] order (Baldinelli, D) (Entered: 02/24/2003) |
| 02/20/2003 | | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [108–1] motion to Strike [104–1] motion to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration. (Baldinelli, D) (Entered: 02/24/2003) |
| 02/20/2003 | 109 | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [104–1] motion to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration. (Baldinelli, D) (Entered: 02/26/2003) |
| 02/21/2003 | 108 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar [104–1] motion to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration. (Baldinelli, D) Modified on 02/26/2003 (Entered: 02/24/2003) |
| 02/26/2003 | | | Motion(s) referred: [100–1] motion for Reconsideration of [99–1] order referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 02/26/2003) |
| 02/26/2003 | | | (Court only) **Reset last document number to 109 (Baldinelli, D) (Entered: 02/26/2003) |
| 02/26/2003 | 110 | | MEMORANDUM by Palestinian Authrty. in opposition to [75–1] motion to Strike the PLO's and Palestinian Authority's recent filings (Baldinelli, D) (Entered: 02/27/2003) |
| 02/27/2003 | 111 | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [105–1] motion for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. (Baldinelli, D) (Entered: 02/28/2003) |
| 03/03/2003 | 112 | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [106–1] motion for Default Judgment against Palestinian Authrty. (Baldinelli, D) (Entered: 03/06/2003) |
| 03/06/2003 | 113 | | RESPONSE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [112–1] motion response (Baldinelli, D) (Entered: 03/10/2003) |
| 03/06/2003 | 114 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [111−1] motion response (Baldinelli, D) (Entered: 03/10/2003) |
| 03/10/2003 | | | Motion(s) referred: [105−1] motion for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 03/10/2003) |
| 03/12/2003 | 115 | | MOTION and memorandum by The PLO, Palestinian Authrty. for Protective Order (Baldinelli, D) (Entered: 03/13/2003) |
| 03/13/2003 | | | Motion hearing re: [105−1] motion for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. at 10:00 4/1/03 before Magistrate Judge David Martin (Saucier, M) (Entered: 03/13/2003) |
| 03/20/2003 | 116 | | ORDER denying [100−1] motion for Reconsideration of [99−1] order ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 03/20/2003) |
| 03/24/2003 | | | (Court only) **Terminated document − #59 − See #90 (Gilfillan, B) (Entered: 03/24/2003) |
| 03/27/2003 | | | Motion hearing re: [108−1] motion [104−1] motion to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration. at 10:00 4/11/03, [91−1] motion for Reconsideration of [90−1] order at 10:00 4/11/03,(Gilfillan, B) (Entered: 03/27/2003) |
| 03/27/2003 | | | Motion(s) referred: [115−1] motion for Protective Order referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 03/27/2003) |
| 03/31/2003 | 117 | | OBJECTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [115−1] motion for Protective Order (Baldinelli, D) (Entered: 03/31/2003) |
| 04/01/2003 | | | Motion hearing re: [105−1] motion for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. Motion hearing held before Magistrate Judge David Martin. David Strachman for the plaintiff; Deming Sherman, Ramsey Clark and Lawrence Schilling for the defendants. All counsel of record present. Mr. Strachman argues motion to enter default against the PA and the PLO. Mr. Clark states objections to the motion. Mr. Strachman responds to the |

| | | | |
|---|---|---|---|
| | | | objections. Mr. Clark responds. Court takes matter under advisement. (Saucier, M) (Entered: 04/01/2003) |
| 04/01/2003 | 118 | | Minute entry: Hearing held on Plaintiff's Motion to Enter Default against The Palestinian Authority and The Palestinian Liberation Organization before Magistrate Judge David Martin (Saucier, M) (Entered: 04/01/2003) |
| 04/02/2003 | 119 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Strike [115−1] motion for Protective Order , and for other relief. (Baldinelli, D) (Entered: 04/02/2003) |
| 04/03/2003 | 120 | | TRANSCRIPT OF hearing before Magistrate Judge David L. Martin for dates of April 1, 2003 (Baldinelli, D) (Entered: 04/03/2003) |
| 04/08/2003 | 122 | | SUBPOENA Returned Subpoena served on Keeper of Records, Salomon Smith Barney c/o Agent of Service, CT Corporation System. (Baldinelli, D) (Entered: 04/10/2003) |
| 04/08/2003 | 123 | | SUPPLEMENTAL MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [115−1] motion for Protective Order (Baldinelli, D) (Entered: 04/10/2003) |
| 04/08/2003 | 124 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit on exhibits to motions in support of their supplemental memorandum in opposition to defendants motion for protective order.. (Baldinelli, D) Modified on 04/10/2003 (Entered: 04/10/2003) |
| 04/09/2003 | 121 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit on exhibits to motions in support of their Motion for Judgement by default and other relief for Refusal to submit to depositions. (Baldinelli, D) Modified on 04/10/2003 (Entered: 04/10/2003) |
| 04/09/2003 | 125 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Default Judgment against The PLO, Palestinian Authrty. , and for other relief for refusal to submit to depositions. (Baldinelli, D) (Entered: 04/10/2003) |
| 04/10/2003 | 126 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting [124–1] motion to Exceed Page Limit on exhibits to motions in support of their supplemental memorandum in opposition to defendants motion for protective order.. ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 04/10/2003) |
| 04/11/2003 | 127 | | Minute entry regarding Defendants' Motion for Reconsideration, Plaintiffs' Motion to Strike: held before Judge Ronald R. Lagueux. (Baldinelli, D) (Entered: 04/11/2003) |
| 04/11/2003 | | | Motion hearing re: [104–1] motion to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration., [91–1] motion for Reconsideration of [90–1] order – Plaintiff Counsel – David J. Strachman; Defendant Counsel – Deming E. Sherman, Ramsey Clark, Lawrence W. Schilling; Court Reporter– Judith Montie; All Counsel of record present; Defendant argues his Motion for Reconsideration; Court denies Defendants' Motion for Reconsideration and also denies the part of the Motion that asks for stay. Court denies – NO STAY; Defendant will file an appeal with the 1st circuit court; Plaintiff argues his motion to strike; Defendant argues against the Motion to strike; Court grants the Plaintiffs' Motion to Strike; Court informs both counsel that the case will go forward and will be resolved; Attorney Strachman to prepare an order. (Baldinelli, D) (Entered: 04/11/2003) |
| 04/11/2003 | 128 | | Exhibit In Support by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar RE: [123–1] opposition memorandum (Baldinelli, D) (Entered: 04/11/2003) |
| 04/16/2003 | 129 | | ORDER granting [121–1] motion to Exceed Page Limit on exhibits to motions in support of their Motion for Judgement by default and other relief for Refusal to submit to depositions. ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 04/16/2003) |
| 04/16/2003 | 130 | | TRANSCRIPT OF hearing for dates of April 11, 2003 held before Judge Ronald R. Lagueux. (Baldinelli, D) (Entered: 04/16/2003) |
| 04/17/2003 | 131 | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [119–1] motion to Strike [115–1] motion for Protective Order (Baldinelli, D) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 04/18/2003 | 132 | | ORDER granting [119–1] motion to Strike [115–1] motion for Protective Order granting [119–2] motion ( signed by Magistrate Judge David L. Martin ) sent to counsel (Theall, J) (Entered: 04/18/2003) |

| 04/18/2003 | 133 | | MEMORANDUM AND ORDER granting [105−1] motion for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. Directs the clerk enter default against the Palestinian Defts ( signed by Magistrate Judge David L. Martin ) sent to counsel (Theall, J) (Entered: 04/18/2003) |
| --- | --- | --- | --- |
| 04/21/2003 | 134 | | CLERK'S ENTRY OF DEFAULT as to The PLO, Palestinian Authrty. granting [105−1] motion for Entry of Default as to The PLO, Palestinian Authrty.for failure to answer amended complaint within the time allotted. (Saucier, M) (Entered: 04/21/2003) |
| 04/22/2003 | 135 | | ORDER granting [104−1] motion to Strike sections of memorandum submitted by defendants in support of their Motion for Reconsideration. ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 04/22/2003) |
| 04/22/2003 | 135 | | ORDER denying [91−1] motion for Reconsideration of [90−1] order ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 04/22/2003) |
| 04/23/2003 | | | Motion hearing re: [115−1] motion for Protective Order at 10:00 5/14/03, [106−1] motion for Default Judgment against Palestinian Authrty. at 10:00 5/14/03 before Magistrate Judge David Martin (Saucier, M) (Entered: 04/23/2003) |
| 04/23/2003 | 137 | | CERTIFICATE of Clerk (Baldinelli, D) (Entered: 04/23/2003) |
| 04/23/2003 | | | Notice of appeal and certified copy of docket to USCA: [136−1] appeal by Palestinian Authrty., The PLO (Baldinelli, D) (Entered: 04/23/2003) |
| 04/23/2003 | 136 | | NOTICE OF INTERLOCUTORY APPEAL of [135−1] order, [135−1] order, [90−1] order by The PLO, Palestinian Authrty. (Baldinelli, D) (Entered: 04/23/2003) |
| 04/23/2003 | | | (Court only) **Reset last document number to 137 (Baldinelli, D) (Entered: 04/23/2003) |
| 04/23/2003 | | | Appeal fee in the amount of $105.00. Receipt number 54003. (Baldinelli, D) (Entered: 04/24/2003) |
| 04/24/2003 | 138 | | Transmitted supplemental record on appeal: [136−1] appeal appeal fee paid in the amount of $ 105.00, receipt number 54003 (Baldinelli, D) (Entered: 04/24/2003) |
| 04/28/2003 | 140 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Exceed Page Limit the five page limit for exhibits. (Baldinelli, D) (Entered: 04/30/2003) |
| 04/28/2003 | 141 | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [125−1] motion for Default Judgment against The PLO, Palestinian Authrty. (Baldinelli, D) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/30/2003 |
| 04/28/2003 | 142 | | ENTRY of appearance for The PLO, Palestinian Authrty. by Annemarie M. Carney (Baldinelli, D) (Entered: 04/30/2003) |
| 04/29/2003 | | | Motion(s) referred: [125−1] motion for Default Judgment against The PLO, Palestinian Authrty. referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 04/29/2003) |
| 04/30/2003 | | | NOTICE OF INTERLOCUTORY APPEAL of [135−1] order, [135−1] order, [90−1] order (Baldinelli, D) (Entered: 04/30/2003) |
| 04/30/2003 | | | (Court only) **Reset last document number to 138 (Baldinelli, D) (Entered: 04/30/2003) |
| 04/30/2003 | 139 | | Transmitted supplemental record on appeal: [136−1] appeal sent as an interlucatory appeal sent initial record of certified docket, amended complaint, motion to dismiss, opposition to motion to dismiss, opposition to motion for leave and transcript dated June 7, 2002. (Baldinelli, D) (Entered: 04/30/2003) |
| 04/30/2003 | 143 | | NOTICE of Docketing ROA from USCA Re: [136−1] appeal USCA Number: 03−1544 (Baldinelli, D) (Entered: 04/30/2003) |
| 04/30/2003 | 144 | | NOTICE of Docketing ROA from USCA Re: [136−1] appeal USCA Number: 03−1544 (Baldinelli, D) (Entered: 04/30/2003) |
| 04/30/2003 | 145 | | OBJECTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [140−1] motion to Exceed Page Limit the five page limit for exhibits. (Baldinelli, D) (Entered: 04/30/2003) |
| 05/05/2003 | 146 | | RESPONSE and memorandum by The PLO, Palestinian Authrty. in opposition to [132−1] order (Baldinelli, D) (Entered: 05/06/2003) |
| 05/05/2003 | 147 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Exceed Page Limit for exhibits (Baldinelli, D) (Entered: 05/06/2003) |
| 05/05/2003 | 148 | | RESPONSE and memorandum by The PLO, Palestinian Authrty. in opposition to [133−1] order (Baldinelli, D) (Entered: 05/06/2003) |
| 05/05/2003 | 149 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Exceed Page Limit for exhibits (Baldinelli, D) (Entered: 05/06/2003) |

| 05/06/2003 | | | Motion hearing re: [125–1] motion for Default Judgment against The PLO, Palestinian Authrty. at 10:00 5/14/03 before Magistrate Judge David Martin (Saucier, M) (Entered: 05/06/2003) |
| --- | --- | --- | --- |
| 05/08/2003 | 151 | | MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in support of [125–1] motion for Default Judgment against The PLO, Palestinian Authrty. (Saucier, M) (Entered: 05/12/2003) |
| 05/09/2003 | 150 | | ORDER granting [149–1] motion to Exceed Page Limit for exhibits, granting [147–1] motion to Exceed Page Limit for exhibits, granting [140–1] motion to Exceed Page Limit the five page limit for exhibits. forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 05/09/2003) |
| 05/13/2003 | 152 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [149–1] motion to Exceed Page Limit for exhibits (Baldinelli, D) (Entered: 05/14/2003) |
| 05/13/2003 | 153 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [133–1] order (Baldinelli, D) (Entered: 05/14/2003) |
| 05/13/2003 | 154 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [132–1] order (Baldinelli, D) (Entered: 05/14/2003) |
| 05/14/2003 | | | Motion hearing re: [125–1] motion for Default Judgment against The PLO, Palestinian Authrty. Motion hearing held, [115–1] motion for Protective Order Motion hearing held, [106–1] motion for Default Judgment against Palestinian Authrty. Motion hearing held before Magistrate Judge David Martin. David Strachman for the plaintiffs; Lawrence Schilling and Deming Sherman for the defendants. All counsel of record present. Mr. Schilling argues defendants' motion for protective order. Mr. Strachman states objections. Mr. Schilling responds to the objections. Court denies the defendants' motion for protective order. Mr. Strachman to prepare an order. Mr. Strachman argues plaintiffs' motions for Judgement by Default against PA and Judgement by Default against PA and PLO for Refusal to Submit to Depositions. Mr. Schilling states objections. Mr. Strachman responds to the objections. Court continues the matter until July 14, 2003 at 10:00 a.m. Court orders the defendants to notify plaintiffs by June 16, 2003 as to details regarding depositions. Court to prepare an order in regards to the motions for judgement by default. (Saucier, M) (Entered: 05/14/2003) |
| 05/14/2003 | 155 | | Minute entry: Hearing held on Defendants' Motion for Protective Order, Plainitffs' Motion for Judgment by Default Against PA and Plaintiffs' Motion for Judgment by |

| | | | |
|---|---|---|---|
| | | | Default Against PA and PLO for Refusal to Submit to Depositions before Magistrate Judge David Martin (Saucier, M) (Entered: 05/14/2003) |
| 05/14/2003 | 156 | | Response MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [146−1] opposition response to order granting Plaintiffs' Motion to Strike (St.John, B) (Entered: 05/14/2003) |
| 05/14/2003 | 157 | | Response MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [148−1] opposition response to Memorandum and Order Granting Plaintiffs' Motion to Enter Default (St.John, B) (Entered: 05/14/2003) |
| 05/14/2003 | 158 | | ORDER CONTINUING HEARING ON MOTIONS FOR DEFAULT JUDGMENT FOR JULY 14, 2003 AT 11:00 a.m. ( signed by Magistrate Judge David L. Martin ) faxed to all counsel of record (Saucier, M) (Entered: 05/14/2003) |
| 05/15/2003 | 159 | | DESIGNATION by The PLO, Palestinian Authrty. of record on appeal (Baldinelli, D) (Entered: 05/15/2003) |
| 05/15/2003 | 160 | | Transmitted supplemental record on appeal: [136−1] appeal− sent Order continuing hearing on motions for default judgment dated 05/14/03 signed by Magistrate Judge David L. Martin. (Baldinelli, D) (Entered: 05/15/2003) |
| 05/21/2003 | 161 | | NOTICE of Docketing ROA from USCA Re: [136−1] appeal USCA Number: 03−1544 (Baldinelli, D) (Entered: 05/21/2003) |
| 05/27/2003 | 162 | | ORDER denying [115−1] motion for Protective Order ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 05/27/2003) |
| 05/27/2003 | 163 | | TRANSCRIPT OF hearing for dates of May 14, 2003 held before Judge David L. Martin. (Baldinelli, D) (Entered: 05/28/2003) |
| 05/29/2003 | 164 | | JUDGMENT(USCA)The Motion for Summary disposition is allowed and the orders appealed from are summarily affirmed. This order is without prejudice to the appellants raising their sovereign immunity defense in a proper and timely manner. We take no view as to the merits of that defense. (Baldinelli, D) Modified on 05/29/2003 (Entered: 05/29/2003) |
| 05/29/2003 | 165 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Exceed Page Limit for exhibits (Baldinelli, D) (Entered: 05/30/2003) |

| 05/30/2003 | 166 | | NOTICE OF APPEAL of Magistrate decision to District Court Order dated May 14, 2003. (Baldinelli, D) (Entered: 05/30/2003) |
| 05/30/2003 | 167 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit the five page limitation on exhibits to motions. (Baldinelli, D) (Entered: 05/30/2003) |
| 05/30/2003 | 168 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Default Judgment against The PLO, Palestinian Authrty. (Baldinelli, D) (Entered: 05/30/2003) |
| 06/09/2003 | 169 | | ORDER granting [167–1] motion to Exceed Page Limit the five page limitation on exhibits to motions., granting [165–1] motion to Exceed Page Limit for exhibits ( signed by Judge Ronald R. Lagueux )Forwarded to attorneys. (Baldinelli, D) (Entered: 06/10/2003) |
| 06/10/2003 | 170 | | NOTICE OF APPEAL and memorandum of Magistrate decision to District Court (Baldinelli, D) Modified on 06/11/2003 (Entered: 06/11/2003) |
| 06/11/2003 | 171 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [170–1] Magistrate appeal (Baldinelli, D) (Entered: 06/11/2003) |
| 06/12/2003 | 172 | | Exhibit In Support by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar RE: [168–1] motion for Default Judgment against The PLO, Palestinian Authrty. (Baldinelli, D) (Entered: 06/12/2003) |
| 06/13/2003 | 173 | | MOTION by The PLO, Palestinian Authrty. for extension of time to respond to plaintiff's motion for Judgment by default to within 10 days. (Baldinelli, D) (Entered: 06/13/2003) |
| 06/13/2003 | 174 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Dismiss the amended complaint. (Baldinelli, D) (Entered: 06/16/2003) |
| 06/13/2003 | 175 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Exceed Page Limit for exhibits (Baldinelli, D) (Entered: 06/16/2003) |
| 06/13/2003 | 176 | | AFFIDAVIT OF AMBASSADOR NASSER AL–KIDWA. (Baldinelli, D) (Entered: 06/16/2003) |

| 06/16/2003 | 177 | | ORDER granting [175−1] motion to Exceed Page Limit for exhibits – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 06/16/2003) |
|---|---|---|---|
| 06/17/2003 | 178 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [176−1] affidavit, [174−1] motion to Dismiss the amended complaint. (Baldinelli, D) (Entered: 06/18/2003) |
| 06/18/2003 | 179 | | MANDATE OF USCA (certified copy) Re: [136−1] appeal The Motion for Summary disposition is allowed and the orders appealed from are summarily affirmed. (Baldinelli, D) (Entered: 06/19/2003) |
| 06/24/2003 | | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for an enlargement of time to respond to Defendants' Motion to Dismiss the Amended Complaint until July 31, 2002. (Baldinelli, D) (Entered: 06/24/2003) |
| 06/24/2003 | 180 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Enlarge Time to respond to defendants motion to dismiss the amended complaint to July 31, 2002 (Baldinelli, D) (Entered: 06/27/2003) |
| 06/27/2003 | | | (Court only) **Reset last document number to 179 (Baldinelli, D) (Entered: 06/27/2003) |
| 06/27/2003 | 181 | | MOTION by The PLO, Palestinian Authrty. to Enlarge Time to respond to plaintiffs motion for judgment by default to July 11, 2003. (Baldinelli, D) (Entered: 06/27/2003) |
| 07/02/2003 | 182 | | ORDER granting [173−1] motion for extension of time to respond to plaintiff's motion for Judgment by default to within 10 days.; no objection being filed Granted Rule of court – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 07/02/2003) |
| 07/03/2003 | 183 | | REPORT AND RECOMMENDATIONS of Magistrate Judge David L. Martin Re: [38−1] motion for Default Judgment against Hamas ; I recommend thath the Motion to Enter Default Judgment be granted as to defendant Hamas, but denied as to defendants Rahman Ghanimat, Hor, Abu Hamdiya, Ibrahim Ghanimat, and Kafishe and that the claims against these latter defendants be dismissed for lack of personal jurisdiction. I further recommend that default judgment enter against defendant Hamas and that plaintiffs be awarded a total of $116,409,123.00 in damages, plus interest, attorney's fees of $65,621.25 and costs of $1,437.72 Motion no longer referred Objections to R and R due by 7/21/03 sent to all counsel of record (Saucier, M) |

| | | | |
|---|---|---|---|
| | | | (Entered: 07/03/2003) |
| 07/08/2003 | 184 | | ORDER granting [180–1] motion to Enlarge Time to respond to defendants motion to dismiss the amended complaint to July 31, 2002 (no objection being filed – Granted Rule of court – forwarded to attorneys) (Gilfillan, B) (Entered: 07/08/2003) |
| 07/10/2003 | 185 | | MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [158–1] order (Baldinelli, D) (Entered: 07/10/2003) |
| 07/10/2003 | 186 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit on exhibits (Baldinelli, D) (Entered: 07/10/2003) |
| 07/10/2003 | 187 | | MEMORANDUM by The PLO, Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [162–1] order (Baldinelli, D) (Entered: 07/10/2003) |
| 07/11/2003 | 188 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Enlarge Time to respond to plaintiffs' motion for judgment by default pursuant to fed.r.civ.p. 55(b)(2). (Baldinelli, D) (Entered: 07/14/2003) |
| 07/11/2003 | 189 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Continue (Baldinelli, D) (Entered: 07/14/2003) |
| 07/14/2003 | | | Motion(s) referred to Judge: [186–1] motion to Exceed Page Limit on exhibits (Gilfillan, B) (Entered: 07/14/2003) |
| 07/14/2003 | | | M/to enlarge time to response to M/for default and M/to cont hearing 7/14/03 given to Martha for Judge Martin's hearing 7/14/03 (Gilfillan, B) (Entered: 07/14/2003) |
| 07/14/2003 | | | Civil Hearing re: [170–1] Magistrate appeal 11:00 7/30/03, [166–1] Magistrate appeal 11:00 7/30/03, [146–1] opposition response 11:00 7/30/03 before Judge Ronald R. Lagueux (Gilfillan, B) (Entered: 07/14/2003) |
| 07/14/2003 | 190 | | Transmitted supplemental record on appeal: [136–1] appeal sent– Defendant's Motion and memorandum for Enlargment of time and defendants motion and memorandum for continuance. (Baldinelli, D) (Entered: 07/14/2003) |
| 07/14/2003 | 191 | | ORDER granting [181–1] motion to Enlarge Time to respond to plaintiffs motion for judgment by default to July 11, 2003. ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/14/2003) |
| 07/14/2003 | | | Motion hearing re: [189–1] motion to Continue, [125–1] motion for Default Judgment against The PLO, Palestinian Authrty., [106–1] motion for Default Judgment against Palestinian Authrty before Magistrate Judge David Martin. David Strachman for the plaintiff; Deming Sherman, Ramsey Clark and Lawrence Schilling for the defendants. All counsel of record present. Mr. Clark and Mr. Schilling present via telephone. Court gives travel of case. Mr. Clark argues motion to continue today's hearing. Mr. Strachman states objections to the defendants' motion to continue. Court denies the motion to continue. Court enters three exhibits as full. Mr. Strachman to prepare an order. Mr. Strachman argues the motions for default judgment. Defendant states objections. Court takes matter under advisement. Court to issue a Report and Recommendation. (Saucier, M) (Entered: 07/15/2003) |
| 07/14/2003 | 192 | | Minute entry: Hearing held on Defendant's Motion to Continue Hearing scheduled for 7/14/03, Plaintiffs' Motions for Judgment by Default Against PA and for Judgment by Default Against PA and PLO for Refusal to Submit to Depositions held before Magistrate Judge David Martin (Saucier, M) (Entered: 07/15/2003) |
| 07/14/2003 | 193 | | Exhibit list: Hearing held before MJ Martin on Plaintiffs' Motion for Judgment by Default Against PA and Judgment by Default Against PA and PLO for Refusal to Submit to Depositions (Saucier, M) (Entered: 07/15/2003) |
| 07/14/2003 | | | MANDATE OF USCA (certified copy) Re: [136–1] appeal Motion to assess fees is allowed in part and denied in part. Costs in the amount of $417.63 shall be taxed against appellant. The District Court is requested t add such costs to the mandate issued on June 17, 2003. The request for an award of attorney's fees is denied. (Baldinelli, D) (Entered: 07/15/2003) |
| 07/14/2003 | 206 | | ORDER (USCA)Appellees' motion to assess fees is allowed in part and denied in part. Costs in the amount of $417.63 shall be taxed against appellants. The District Court is requested to add such costs to the mandate issued on June 17, 2003. The request for an award of attorney's fees is denied. (Baldinelli, D) (Entered: 08/06/2003) |
| 07/16/2003 | 194 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Relief pursuant to local rule 12(a)(2). (Baldinelli, D) (Entered: 07/16/2003) |
| 07/16/2003 | 195 | | MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith |

| | | | |
|---|---|---|---|
| | | | Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [188−1] motion to Enlarge Time to respond to plaintiffs' motion for judgment by default pursuant to fed.r.civ.p. 55(b)(2). (Baldinelli, D) (Entered: 07/16/2003) |
| 07/16/2003 | 196 | | ORDER granting [186−1] motion to Exceed Page Limit on exhibits – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 07/16/2003) |
| 07/18/2003 | 197 | | Exhibit In Support by Efrat Ungar et al. RE: [185−1] opposition memorandum to defts' appeal from the order of 5/14/03 continuing hearing on m/default judgment. (Administrator, ) (Entered: 07/18/2003) |
| 07/21/2003 | 198 | | TRANSCRIPT OF hearing for dates of July 14, 2003 held before Magistrate Judge David L. Martin. (Baldinelli, D) (Entered: 07/21/2003) |
| 07/22/2003 | 199 | | ORDER denying [189−1] motion to Continue July 14, 2003 Hering before Magistrate Judge David Martin. ( signed by Magistrate Judge David L. Martin ) sent to all counsel of record (Saucier, M) (Entered: 07/22/2003) |
| 07/30/2003 | 200 | | Minute entry: Objection to Mag. Order dated 5/27/03; Objection to Mag. Order dated 5/14/03; Obj to Mag. Order dated 4/18/03; held before Senior Judge Ronald R. Lagueux. (Baldinelli, D) (Entered: 07/30/2003) |
| 07/30/2003 | | | Motion hearing re: Objection to Mag. Order dated 5/27/03; Objection to Mag. Order dated 5/14/03; obj to Mag. Order dated 4/18/03; held before Senior Judge Ronald R. Lagueux. Plaintiff – David J. Strachman, Esq; Defendant – Deming E. Sherman, Lawrence W. Schilling, Esquire; Court Reporter – Karen Bettencourt; All counsel of record present; Arguments heard; Court affirms Magistrate's Order dated April 18, 2003 Motion to Strike; Court affirms Magistrate's Order dated May 14, 2003 Continuing the hearing on Motion for default judgment; Magistrate Judge Martin to schedule hearing on Proof of Claim; Court affirms Magistrate's Order dated May 27, 2003 Motion for Protective Order. Court addresses to counsel that the defendant's are in default; Court recommends Plaintiff's to file a Motion for Entry of Judgment, before court will enter judgment; Court advises Plaintiff's counsel (Strachman) to consult with the authorities before Court will take any action on Report and Recommendation; Attorney Strachmen to prepare the Order. (Baldinelli, D) Modified on 07/30/2003 (Entered: 07/30/2003) |
| 08/04/2003 | | | Deadline updated; Motion Hearing set for 11:00 8/22/03 for [168−1] motion for Default Judgment against The PLO, Palestinian Authrty. before Magistrate Judge David Martin (Saucier, M) (Entered: 08/04/2003) |

34

| 08/05/2003 | 201 | | ORDER, affirming Mag J Martin's order dated 5/27/03 – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 08/05/2003) |
|---|---|---|---|
| 08/05/2003 | 202 | | ORDER, affirming Mag J Martin's order dated 4/18/03; default shall be entered forthwith as to Palestinian Authority and Palestine Liberation Orgainzation; default entered 4/21/03 #134 – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 08/05/2003) |
| 08/05/2003 | 203 | | ORDER, affirming Mag J Martin's order dated 5/14/03 – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 08/05/2003) |
| 08/05/2003 | 204 | | ORDER, affirming Mag J Martin's order dated 4/18/03; Plaintiff's Motion to Strike is granted; defendant's M/for protective order is denied; forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 08/05/2003) |
| 08/05/2003 | | | Motion(s) referred: [194–1] motion for Relief pursuant to local rule 12(a)(2). referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 08/05/2003) |
| 08/06/2003 | 205 | | NOTICE of Docketing ROA from USCA Re: [136–1] appeal USCA Number: 03–1544 (Baldinelli, D) (Entered: 08/06/2003) |
| 08/06/2003 | | | Motion(s) referred: [188–1] motion to Enlarge Time to respond to plaintiffs' motion for judgment by default pursuant to fed.r.civ.p. 55(b)(2). referred to Magistrate Judge David L. Martin (Gilfillan, B) (Entered: 08/06/2003) |
| 08/06/2003 | 207 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit for exhibits (Baldinelli, D) Modified on 08/07/2003 (Entered: 08/07/2003) |
| 08/07/2003 | | | Motion(s) referred to Judge: [207–1] motion to Exceed Page Limit for exhibits (Gilfillan, B) (Entered: 08/07/2003) |
| 08/07/2003 | 208 | | ORDER granting in part, denying in part [188–1] motion to Enlarge Time to respond to plaintiffs' motion for judgment by default pursuant to fed.r.civ.p. 55(b)(2). The Palestinian Defendants may have until August 18, 2003 to file their response to Plaintiffs' Motion for Judgment by Default pursuant to Fed.R.Civ.P. 55(b)(2) ( signed by Magistrate Judge David L. Martin ) faxed to all counsel of record (Saucier, M) (Entered: 08/07/2003) |
| 08/07/2003 | 209 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar |

| | | | |
|---|---|---|---|
| | | | to Exceed Page Limit memorandum (Baldinelli, D) (Entered: 08/07/2003) |
| 08/07/2003 | 210 | | ORDER granting [209−1] motion to Exceed Page Limit memorandum, granting [207−1] motion to Exceed Page Limit for exhibits – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 08/07/2003) |
| 08/08/2003 | 211 | | ORDER denying [194−1] motion for Relief pursuant to local rule 12(a)(2) See Order Granting Motion for Enlargement Document # 210 (signed by Magistrate Judge David L. Martin) faxed to all counsel of record (Saucier, M) (Entered: 08/08/2003) |
| 08/08/2003 | 212 | | OBJECTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [174−1] motion to Dismiss the amended complaint. (Baldinelli, D) (Entered: 08/08/2003) |
| 08/08/2003 | 213 | | MEMORANDUM by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [174−1] motion to Dismiss the amended complaint. (Baldinelli, D) (Entered: 08/08/2003) |
| 08/08/2003 | 214 | | Exhibit In Support by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar RE: [213−1] opposition memorandum (Baldinelli, D) (Entered: 08/08/2003) |
| 08/12/2003 | 215 | | TRANSCRIPT OF HEARING for dates of July 30, 2003 held before Judge Ronald R. Lagueux. (Baldinelli, D) (Entered: 08/13/2003) |
| 08/13/2003 | 216 | | MOTION by Palestinian Authrty. to Enlarge Time on or before Friday, September 12, 2003 to reply to plaintiff's objection to defendant rule 12(b)(1)motion. (Baldinelli, D) (Entered: 08/13/2003) |
| 08/13/2003 | | | Transmitted supplemental record on appeal: [136−1] appeal sent to USCA – Defendant's Motion for enlargement of time to reply to plaintiff's objection to defendants rule 12(b)(1)Motion. (Baldinelli, D) (Entered: 08/13/2003) |
| 08/13/2003 | | | (Court only) **Reset last document number to 216 (Baldinelli, D) (Entered: 08/13/2003) |
| 08/14/2003 | 217 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limitation on memoranda. (Baldinelli, D) |

| | | | |
|---|---|---|---|
| | | | (Entered: 08/14/2003) |
| 08/18/2003 | 218 | | ORDER granting [216–1] motion to Enlarge Time on or before Friday, September 12, 2003 to reply to plaintiff's objection to defendant rule 12(b)(1)motion. – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) Modified on 08/29/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 219 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Final Judgment (Baldinelli, D) (Entered: 08/19/2003) |
| 08/18/2003 | 220 | | AFFIDAVIT OF COUNSEL FEES. (Baldinelli, D) (Entered: 08/19/2003) |
| 08/18/2003 | 227 | | ORDER granting [217–1] motion to Exceed Page Limitation on memoranda – forwarded to attorneys. ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) Modified on 08/29/2003 (Entered: 08/29/2003) |
| 08/21/2003 | 221 | | OBJECTION and memorandum by The PLO, Palestinian Authrty. to [125–1] motion for Default Judgment against The PLO, Palestinian Authrty. (Baldinelli, D) (Entered: 08/21/2003) |
| 08/21/2003 | 222 | | MOTION and memorandum by The PLO, Palestinian Authrty. to Exceed Page Limit for exhibits (Baldinelli, D) (Entered: 08/21/2003) |
| 08/22/2003 | | | Motion(s) referred: [222–1] motion to Exceed Page Limit for exhibits referred to Magistrate Judge David L. Martin (Baldinelli, D) (Entered: 08/22/2003) |
| 08/22/2003 | | | Motion hearing re: [168–1] motion for Default Judgment against The PLO, Palestinian Authrty. Motion hearing held before Magistrate Judge David Martin. All counsel of record present. Court gives travel of the case. Court grants defendants' motion to exceed page limits as to exhibits. Mr. Strachman argues motion for judgment by default. Court will allow plaintiffs' up to and including 8/29/03 to file a brief reply to defendants' objection to the motion for judgment by default. Court will allow the defendants up to and including 9/5/03 to file a brief reply to plaintiffs' reply. Defendants state objections to plaintiffs' motion for attorneys fees. Court takes matter under advisement and will issue a Report and Recommendation. (Saucier, M) (Entered: 08/22/2003) |
| 08/22/2003 | 223 | | Minute entry: Hearing held before Magistrate Judge David Martin on Plaintiffs' Motion for Judgment by DefaultPursuant to Fed.R.Civ.P. 55(b)(2) (Saucier, M) (Entered: 08/22/2003) |

| 08/22/2003 | 224 | | ORDER granting [222−1] motion to Exceed Page Limit for exhibits – forwarded to attorneys ( signed by Magistrate Judge David L. Martin ) (Saucier, M) (Entered: 08/22/2003) |
|---|---|---|---|
| 08/22/2003 | 225 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [221−1] motion response; Objection to Plaintiffs' Motion for Judgment by Default Pursuant to Fed.R.Civ.P.55(b)(2) (Saucier, M) (Entered: 08/22/2003) |
| 08/26/2003 | 226 | | TRANSCRIPT OF hearing for dates of August 22, 2003 held before Magistrate Judge David L. Martin. (Baldinelli, D) (Entered: 08/26/2003) |
| 08/28/2003 | | | (Court only) **Terminated document – M/to Strike (108) granted by Judge Lagueux – see order #135 (Gilfillan, B) (Entered: 08/28/2003) |
| 08/29/2003 | 228 | | MOTION and memorandumby Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit concerning plaintiffs reply an exhibits to defendants' objection to plaintiffs' motion for default judgment pursuant to FED.R.CIV.P.55(b)(2). (Baldinelli, D) (Entered: 08/29/2003) |
| 08/29/2003 | 229 | | Exhibit In Support by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar RE: [228−1] motion to Exceed Page Limit concerning plaintiffs reply an exhibits to defendants' objection to plaintiffs' motion for default judgment pursuant to FED.R.CIV.P.55(b)(2). (Baldinelli, D) (Entered: 08/29/2003) |
| 08/29/2003 | | | Motion(s) referred: [228−1] motion to Exceed Page Limit concerning plaintiffs reply an exhibits to defendants' objection to plaintiffs' motion for default judgment pursuant to FED.R.CIV.P.55(b)(2). referred to Magistrate Judge David L. Martin (Baldinelli, D) (Entered: 08/29/2003) |
| 09/02/2003 | 230 | | ORDER granting [228−1] motion to Exceed Page Limit concerning plaintiffs reply an exhibits to defendants' objection to plaintiffs' motion for default judgment pursuant to FED.R.CIV.P.55(b)(2). ( signed by Magistrate Judge David L. Martin ) faxed to counsel (Theall, J) (Entered: 09/02/2003) |
| 09/02/2003 | 231 | | Plaintiff's errata sheet to reply memorandum in further support of M/for judgment by Default (Gilfillan, B) (Entered: 09/03/2003) |
| 09/10/2003 | | | Motion hearing re: [219−1] motion for Final Judgment at 10:00 10/1/03 before Judge Lagueux (Gilfillan, B) (Entered: 09/10/2003) |

| 09/10/2003 | | | Motion(s) referred to Judge Lagueux: [219−1] motion for Final Judgment (Gilfillan, B) (Entered: 09/10/2003) |
|---|---|---|---|
| 09/10/2003 | | | Motion(s) referred to Judge Lagueux: [174−1] motion to Dismiss the amended complaint. (Gilfillan, B) (Entered: 09/10/2003) |
| 09/10/2003 | | | (Court only) **Terminated document − M/for relief re: depositions − see minutes of hearing 5/14/03 (Gilfillan, B) (Entered: 09/10/2003) |
| 09/15/2003 | 232 | | MEMORANDUM by The PLO, Palestinian Authrty. in further opposition to [219−1] motion for Final Judgment (Gilfillan, B) (Entered: 09/16/2003) |
| 09/15/2003 | 233 | | MOTION and memo by The PLO, Palestinian Authrty. to Exceed Page Limit for exhibits in support of their reply memo (Gilfillan, B) (Entered: 09/16/2003) |
| 09/15/2003 | | | Motion(s) referred to Judge Lagueux : [233−1] motion to Exceed Page Limit for exhibits in support of their reply memo (Gilfillan, B) (Entered: 09/16/2003) |
| 09/15/2003 | 234 | | REPLY MEMORANDUM by The PLO, Palestinian Authrty. in support of [174−1] motion to Dismiss the amended complaint. (Gilfillan, B) (Entered: 09/16/2003) |
| 09/16/2003 | | | Motion hearing re: [174−1] motion to Dismiss the amended complaint. at 10:30 10/16/03 (Gilfillan, B) (Entered: 09/16/2003) |
| 09/23/2003 | 235 | | ORDER granting [233−1] motion to Exceed Page Limit for exhibits in support of their reply memo − forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 09/23/2003) |
| 09/24/2003 | 236 | | Exhibit In Support by The PLO, Palestinian Authrty. RE: [234−1] support memorandum (Webb, J) (Entered: 09/24/2003) |
| 10/01/2003 | 237 | | Minute entry: motion hearing held on 10/1/03 before Judge Lagueux. (Webb, J) Modified on 11/20/2003 (Entered: 10/01/2003) |
| 10/01/2003 | | | Motion hearing re: [219−1] motion for Final Judgment Motion hearing held before Judge Lagueux. Atty for pla. David Strachman and court reporter Angela Gallogly. Motion taken under advisement (Webb, J) (Entered: 11/18/2003) |
| 10/14/2003 | 238 | | MOTION by Dvir Ungar to Exceed Page Limit briefs and exhibits in support of M/to file surreply brief (Gilfillan, B) (Entered: 10/15/2003) |
| 10/14/2003 | 239 | | MOTION and Memo by Dvir Ungar for Leave to File surreply in opposition to Motion to Dismiss (Gilfillan, B) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/15/2003) |
| 10/15/2003 | | | Motion(s) referred to Judge Lagueux: [238−1] motion to Exceed Page Limit briefs and exhibits in support of M/to file surreply brief (Gilfillan, B) (Entered: 10/15/2003) |
| 10/15/2003 | 241 | | ORDER granting [238−1] motion to Exceed Page Limit briefs and exhibits in support of M/to file surreply brief − forwarded to attorneys( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 10/16/2003) |
| 10/16/2003 | 240 | | ORDER granting [239−1] motion for Leave to File surreply in opposition to Motion to Dismiss − forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 10/16/2003) |
| 10/16/2003 | | | Motion hearing re: [174−1] motion to Dismiss the amended complaint. Motion hearing held atty. for pla. David Strachman. Attys for deft. R. Clark, L. Schilling, Annemarie Carney. matter taken under advisement Court Reporter Anne Clayton (Webb, J) Modified on 11/25/2003 (Entered: 10/17/2003) |
| 10/17/2003 | 242 | | Minute entry: dft's motion to dismiss (Webb, J) (Entered: 10/17/2003) |
| 10/22/2003 | 243 | | OBJECTION by Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [174−1] motion to Dismiss the amended complaint. (Webb, J) (Entered: 10/22/2003) |
| 10/23/2003 | 244 | | supplemental RESPONSE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar in support of [168−1] motion for Default Judgment against The PLO, Palestinian Authrty. (Gilfillan, B) (Entered: 10/23/2003) |
| 10/23/2003 | 245 | | TRANSCRIPT for dates of October 16, 2003 (Gilfillan, B) (Entered: 10/24/2003) |
| 10/28/2003 | 246 | | MOTION and MEMO by The PLO to file a reply to Surreply (Gilfillan, B) (Entered: 10/29/2003) |
| 10/29/2003 | | | Motion(s) referred: [246−1] motion to file a reply to Surreply referred to Judge Ronald R. Lagueux (Gilfillan, B) (Entered: 10/29/2003) |
| 10/31/2003 | 247 | | ORDER granting [246−1] motion to file a reply to Surreply forwarded to attorneys( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 10/31/2003) |
| 11/03/2003 | 248 | | RESPONSE by Palestinian Authrty. to plaintiffs' surreply in support of [174−1] motion to Dismiss the amended complaint. (Gilfillan, B) (Entered: 11/04/2003) |

| 11/06/2003 | 249 | | supplemental RESPONSE by Efrat Ungar, Dvir Ungar, Amichai Ungar in support of final judgment against Hamas (Gilfillan, B) (Entered: 11/06/2003) |
|---|---|---|---|
| 11/17/2003 | 250 | | MOTION and memorandum by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for Leave to File a reply to defendants' new arguments in support of their rule 12(b)(1) motion. (Baldinelli, D) (Entered: 11/18/2003) |
| 11/21/2003 | 251 | | ORDER granting [250−1] motion for Leave to File a reply to defendants' new arguments in support of their rule 12(b)(1) motion. ( signed by Judge Ronald R. Lagueux ) forwarded to all counsel of record (Saucier, M) (Entered: 11/21/2003) |
| 01/26/2004 | 252 | | MOTION and MEMO by Efrat Ungar for issuance of letter of request for judicial assistance pursuant to the Hague Convention (Gilfillan, B) (Entered: 01/27/2004) |
| 01/27/2004 | | | Motion(s) referred to Judge Lagueux: [252−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention (Gilfillan, B) (Entered: 01/27/2004) |
| 01/27/2004 | 253 | | ORDER: The Court hereby accepts the R and R of Magistrate Judge David L. Martin dated 7/3/03 pursuant to 28 USC 686(b)(1) except with regard to prejudgment interest and granting [38−1] motion for Default Judgment against Hamas; the clerk will enter final judgment against Hamas with specificity in the amounts indicated below after the trebling provided for in 18 U.S.C. section 2333; Estate of Yaron Ungar for lost earnings: $1,432,158.00 for pain and suffering of decedent: $1,500,000.00 Dvir Ungar (son) for loss of companionship, society, and guidance and mental anguish: $30,000,000.00 For loss of parental services: $488,482.50 Yishai Ungar (son) for loss of companionship, society, and guidance and mental anguish: $30,000,000.00 for loss of parental services: $488,482.50 Judith Ungar (mother) for loss of society and companionship and mental anguish: $15,000,000.00 Meir Ungar (father) for loss of society and companionship and mental anguish: $15,000,000.00 Michal Cohen (sister) for loss of society and companionship and mental anguish: $7,500,000.00 Amichai Ungar (brother) for loss of society and companionship and mental anguish: $7,500,000.00 Dafna Ungar (sister) for loss of society and companionship and mental anguish: $7,500,000.00 −−−−−− Total: $116,409,123.00 −−− Plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 in court costs. The Clerk shall enter judgment forthwith. (signed by Judge Ronald R. Lagueux) (Gilfillan, B) |

| | | | |
|---|---|---|---|
| | | | Modified on 01/27/2004 (Entered: 01/27/2004) |
| 01/27/2004 | 254 | | JUDGMENT for Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar against Hamas (Estate of Yaron Ungar for lost earnings: $1,432,158.00 for pain and suffering of decedent: $1,500,000.00; Dvir Ungar (son) for loss of companionship, society, and guidance and mental anguish: $30,000,000.00 For loss of parental services: $488,482.50; Yishai Ungar (son)for loss of companionship, society, and guidance and mental anguish: $30,000,000.00 for loss of parental services: $488,482.50; Judith Ungar (mother) for loss of society and companionship and mental anguish: $15,000,000.00; Meir Ungar (father) for loss of society and companionship and mental anguish: $15,000,000.00; Michal Cohen (sister)for loss of society and companionship and mental anguish: $7,500,000.00; Amichai Ungar (brother)for loss of society and companionship and mental anguish: $7,500,000.00; Dafna Ungar (sister)for loss of society and companionship and mental anguish: $7,500,000.00; Total: $116,409,123.00 Plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 in court costs. (Gilfillan, B) (Entered: 01/28/2004) |
| 01/29/2004 | 255 | | ORDER granting [252−1] motion for issuance of letter of request for judicial assistance pursuant to the Hague Convention – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 01/29/2004) |
| 02/02/2004 | 256 | | MOTION and MEMO by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar for an order permitting registratio of judgment in other federal district without delay (Gilfillan, B) (Entered: 02/03/2004) |
| 02/03/2004 | | | Motion(s) referred to Judge Lagueux: [256−1] motion for an order permitting registratio of judgment in other federal district without delay (Gilfillan, B) (Entered: 02/03/2004) |
| 02/05/2004 | 257 | | ORDER granting [256−1] motion for an order permitting registratio of judgment in other federal district without delay – forwarded to attorneys ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 02/06/2004) |
| 02/09/2004 | 258 | | AMENDED JUDGMENT for Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar against Hamas (as follows: Yaron Ungar for lost earnings $1,432,158.00, for pain and suffering of decedent $1,500,000.00; Dvir Ungar (son) for loss of companionship, society, and guidance and mental anguish $30,000,000.00, for loss of parental services |

| | | | |
|---|---|---|---|
| | | | $488,482.50; Yishai Ungar (son) for loss of companionship, society, and guidance and mental anguish $30,000,000.00, for loss of parental services $488,482.50; Judith Ungar (mother) for loss of society and companionship and mental anguish $15,000,000.00; Meir Ungar (father) for loss of society and companionshi and mental anguish $15,000,000.00; Michal Cohen (sister) for loss of society and companionshi and mental anguish $7,500,000.00; Maichai Ungar (brother) for loss of society and companionship and mental anguish $7,500,000.00; Dafna Ungar (sister) for loss of society and companioship and mental anguish $7,500,000.00, for a total of $116,409,123.00; plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 court costs) (Gilfillan, B) (Entered: 02/10/2004) |
| 02/10/2004 | 259 | | MOTION and MEMO by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to register the amended judgment in other federal districts without delay (Gilfillan, B) (Entered: 02/10/2004) |
| 02/11/2004 | | | (Court only) **Reset last document number to 259 (Gilfillan, B) (Entered: 02/11/2004) |
| 02/11/2004 | 260 | | 2nd AMENDED JUDGMENT for Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar against Hamas () (Gilfillan, B) (Entered: 02/11/2004) |
| 02/11/2004 | 261 | | ORDER granting [259−1] motion to register the 2nd amended judgment in other federal districts without delay ( signed by Judge Ernest C. Torres ) forwarded to attorneys (Gilfillan, B) (Entered: 02/11/2004) |
| 02/12/2004 | 262 | | NOTICE of Evidence concealed by Defendants PLO and PA by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar (Gilfillan, B) (Entered: 02/13/2004) |
| 02/13/2004 | 264 | | NOTICE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to take deposition of Keeper of Records, US dept of Treasury on 2/20/04 at 11:30 am (Gilfillan, B) (Entered: 02/18/2004) |
| 02/17/2004 | 263 | | SUBPOENA Returned Subpoena served on US Dept of Treasury (Gilfillan, B) (Entered: 02/17/2004) |
| 02/18/2004 | 265 | | REVISED NOTICE of evidence concealed by defedants filed by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer |

| | | | |
|---|---|---|---|
| | | | Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar (Gilfillan, B) (Entered: 02/18/2004) |
| 02/23/2004 | 266 | | NOTICE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to take deposition of Keeper Of Records for JP Morgan Chase on 3/8/04 at 3:00 p.m. (Fernandes, D) (Entered: 02/23/2004) |
| 02/27/2004 | 267 | | SUBPOENA Returned Subpoena served on JP Morgan Chase (Gilfillan, B) (Entered: 02/27/2004) |
| 03/09/2004 | 268 | | NOTICE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to take deposition of Keeper of Records of JP Morgan Chase (Duhamel, J) (Entered: 03/09/2004) |
| 03/31/2004 | 269 | | REPORT AND RECOMMENDATIONS of Magistrate Judge David L. Martin Re: [168–1] motion for Default Judgment against The PLO, Palestinian Authrty., [125–1] motion for Default Judgment against The PLO, Palestinian Authrty., [106–1] motion for Default Judgment against Palestinian Authrty; I recommend taht the Motions for Default Judgment be granted to the extent and as stated in Section XI of this Report and Recommendation. Motion no longer referred Objections to R and R due by 4/19/04 forwarded to all counsel of record (Saucier, M) (Entered: 03/31/2004) |
| 03/31/2004 | 270 | | MEMORANDUM and ORDER: The Court denies Plaintiffs' request for attorney's fees pursuant to Fed.R.Civ.P. 37(b)(2) as to the PLO and the Court grants the request for attorney's fees as a saction pursuant to Fed.R.Civ.P. 37(b)(2) as to the PA ( signed by Magistrate Judge David L. Martin ) forwarded to all counsel of record (Saucier, M) (Entered: 03/31/2004) |
| 03/31/2004 | | | (Court only) **Terminated document – Motion for final judgment against Hamas – judgment was entered on 1/27/04 (Gilfillan, B) (Entered: 03/31/2004) |
| 04/19/2004 | 271 | | OBJECTION by The PLO, Palestinian Authrty. to [269–1] report and recommendations dated 3/31/04 (Gilfillan, B) Modified on 04/20/2004 (Entered: 04/20/2004) |
| 04/19/2004 | 272 | | NOTICE of Appeal of Order dated 3/31/04 by The PLO, Palestinian Authrty. (Gilfillan, B) Modified on 04/20/2004 (Entered: 04/20/2004) |
| 04/19/2004 | 273 | | OBJECTION to portions of RRdated 3/31/04 by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar (Gilfillan, B) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/20/2004) |
| 04/23/2004 | 274 | | ORDER denying [174–1] motion to Dismiss the amended complaint. ( signed by Judge Ronald R. Lagueux ) – forwarded to counsel (Gilfillan, B) (Entered: 04/23/2004) |
| 04/28/2004 | 275 | | NOTICE of Withdrawal of Plaintiffs' Objections to Portions of the Report and Recommendation issued on 3/31/04 by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar (Fernandes, D) (Entered: 04/28/2004) |
| 04/28/2004 | 276 | | MOTION and Memo by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Alter Judgment pursuant to Fed.R.Civ.P. 59(e) (Fernandes, D) Modified on 04/28/2004 (Entered: 04/28/2004) |
| 04/28/2004 | 277 | | RESPONSE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in opposition to [273–1] objection to RR(Gilfillan, B) (Entered: 04/29/2004) |
| 06/08/2004 | | | Motion hearing re: [276–1] motion to Alter Judgment pursuant to Fed.R.Civ.P. 59(e)and Objection to RRat 10:30 6/23/04 before Judge Lagueux (Gilfillan, B) (Entered: 06/08/2004) |
| 06/23/2004 | | | Motion hearing re: [276–1] motion to Alter Judgment pursuant to Fed.R.Civ.P. 59(e) Motion hearing held before Judge Lagueux. COURT REPORTER Anne Clayton. Atty for Pla. David Strachman; attys for Deft. Deming Sherman, Annemarie Carney. Argument held Judge will issue order. (Webb, J) (Entered: 06/23/2004) |
| 06/23/2004 | 278 | | Minute entry: regarding objection to RRand Motion to alter prior decision and order. (Webb, J) (Entered: 06/23/2004) |
| 07/12/2004 | 279 | | ORDER: The Court hereby accepts the R and R of Magistrate Judge David L. Martin dated 3/31/04 pursuant to 28 USC 686(b)(1) denying [276–1] motion to Alter Judgment pursuant to Fed.R.Civ.P. 59(e), denying [273–1] objection to Rdenying objection to RR[271–1] ,Final judgment for the specific plaintiffs listed below agains defendants, the Palestinian Authority and the Palestine Liberation organization, who are jointly and severally liable for the following amounts with respect to each plaintiff, The Estate of Yaron Ungar $2,932,158.00, Dvir Ungar $30,488,482.50, Yishai Ungar $30,488,482.50, Judith Ungar $15,000,000.00, Meri Ungar $15,000,000.00, Michal Cohen $7,500,000.00, Amichai Ungar $7,500,000.00, |

| | | | |
|---|---|---|---|
| | | | Dafna Ungar $7,500,000.00; judgment is also entered for plaintiffs as a group awarding them attorneys' fees against the plaestinian authority in the amount of $11,925.00 and against the palestine liberation organization in the amount of $6,345.00; total amount of judgment including attorneys' fees shall be $116,421,048.00 against the palestinian authority and $116,415,468.00 against the palestine liberation organization. signed by Judge Ronald R. Lagueux . forwarded to attorneys (Gilfillan, B) (Entered: 07/12/2004) |
| 07/13/2004 | 280 | | Final judgment for the Plaintiffs listed below against Defendants, the Palestinian Authority and the Palestine Liberation Organization, who are jointly and severally liable for the following amounts with respect to each Plaintiff: The Estate of Yaron Ungar $ 2,932,158.00 Dvir Ungar $30,488,482.50 Yishai Ungar $30,488,482.50 Judith Ungar $15,000,000.00 Meir Ungar $15,000,000.00 Michal Cohen $ 7,500,000.00 Amichai Ungar $ 7,500,000.00 Dafna Ungar $ 7,500,000.00 Judgment for Plaintiffs as a group awarding them attorneys' fees against the Palestinian Authority in the amount of $11,925.00 and against the Palestine Liberation Organization in the amount of $6,345.00. The total amount of judgment, including attorneys' fees, shall be $116,421,048.00 against the Palestinian Authority and $116,415,468.00 against the Palestine Liberation Organization. ) (Gilfillan, B) (Entered: 07/13/2004) |
| 07/13/2004 | | | Case closed (Gilfillan, B) (Entered: 07/13/2004) |
| 07/22/2004 | | | (Court only) **Remove appeal flag – no further appeals pending (Administrator, ) (Entered: 07/22/2004) |
| 07/23/2004 | 281 | | MOTION by The PLO to Stay all proceeding for the enforcement of judgment pending appeal (Webb, J) (Entered: 07/23/2004) |
| 07/23/2004 | 282 | | MOTION with MEMORANDUM by The PLO to Exceed Page Limit memo re: motion to stay doc.#281 (Webb, J) (Entered: 07/23/2004) |
| 07/26/2004 | | | Motion(s) referred to Judge Lagueux: [282−1] motion to Exceed Page Limit memo re: motion to stay doc.#281 (Gilfillan, B) (Entered: 07/26/2004) |
| 07/29/2004 | 283 | | AMENDED MOTION by The PLO, Palestinian Authrty. to Stay pending appeal (Gilfillan, B) (Entered: 07/29/2004) |
| 08/06/2004 | 284 | | ORDER granting [282−1] motion to Exceed Page Limit memo re: motion to stay doc.#281 ( signed by Judge Ronald R. Lagueux ) forwarded to attorneys (Gilfillan, B) (Entered: 08/06/2004) |
| 08/06/2004 | 285 | | NOTICE OF APPEAL by The PLO, Palestinian Authrty. receipt no. 57865 . Fee Status: $255.00 Appeal record due |

| | | | |
|---|---|---|---|
| | | | on 9/7/04 (Gilfillan, B) (Entered: 08/09/2004) |
| 08/10/2004 | | | Notice of appeal and certified copy of docket to USCA: [285–1] appeal by Palestinian Authrty., The PLO (Gilfillan, B) (Entered: 08/10/2004) |
| 08/11/2004 | 286 | | RESPONSE by The PLO, Palestinian Authrty. in support of [283–1] motion to Stay pending appeal, [281–1] motion to Stay all proceeding for the enforcement of judgment pendind appeal (Gilfillan, B) (Entered: 08/11/2004) |
| 08/19/2004 | | | Certified and transmitted record on appeal to U.S. Court of Appeals: [285–1] appeal – forwarding files 1 through 6 and copies of docket nos. 279 and 280 and certified copy of docket (Gilfillan, B) (Entered: 08/19/2004) |
| 08/19/2004 | 287 | | CERTIFICATE of Clerk (Gilfillan, B) (Entered: 08/19/2004) |
| 08/24/2004 | 288 | | MOTION and MEMO by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar, Hamas to Enlarge Time to file their response to defendants' motion to stay to 9/3/04 (Gilfillan, B) (Entered: 08/24/2004) |
| 08/30/2004 | | | USCA Case Number Re: [285–1] appeal USCA Number: 04–2709 (Gilfillan, B) (Entered: 08/30/2004) |
| 08/31/2004 | | | Motion hearing re: [283–1] motion to Stay pending appeal at 10:00 9/23/04, [281–1] motion to Stay all proceeding for the enforcement of judgment pending appeal at 10:00 9/23/04 (Gilfillan, B) (Entered: 08/31/2004) |
| 09/07/2004 | 289 | | ORDER granting [288–1] motion to Enlarge Time to file their response to defendants' motion to stay to 9/3/04 (no objection being filed – Granted Rule of Court – forwarded to attorneys) (Gilfillan, B) (Entered: 09/08/2004) |
| 09/09/2004 | 290 | | OBJECTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to [283–1] motion to Stay pending appeal, [281–1] motion to Stay all proceeding for the enforcement of judgment pending appeal (Gilfillan, B) (Entered: 09/10/2004) |
| 09/09/2004 | 291 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Enlarge Time for filing memo in support of objection to motions to stay to 9/9/04 (Gilfillan, B) (Entered: 09/10/2004) |
| 09/09/2004 | 292 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Judith Dasberg, |

| | | | |
|---|---|---|---|
| | | | Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit for exhibits in support of memo in support of objection to motions to stay (Gilfillan, B) (Entered: 09/10/2004) |
| 09/09/2004 | 293 | | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit for memo in support in objection to motions for stay (Gilfillan, B) (Entered: 09/10/2004) |
| 09/10/2004 | | | Motion(s) referred to Judge Lagueux: [292−1] motion to Exceed Page Limit for exhibits in support of memo in support of objection to motions to stay (Gilfillan, B) (Entered: 09/10/2004) |
| 09/13/2004 | 294 | | ORDER granting [293−1] motion to Exceed Page Limit for memo in support in objection to motions for stay, granting [292−1] motion to Exceed Page Limit for exhibits in support of memo in support of objection to motions to stay ( signed by Judge Ronald R. Lagueux ) forwarded to attorneys (Gilfillan, B) (Entered: 09/13/2004) |
| 09/13/2004 | 295 | | ORDER granting [291−1] motion to Enlarge Time for filing memo in support of objection to motions to stay to 9/9/04 ( signed by Judge Ronald R. Lagueux ) forwarded to attorneys (Gilfillan, B) (Entered: 09/13/2004) |
| 09/15/2004 | 296 | | RESPONSE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar in support of [290−1] objection to motion to stay (Gilfillan, B) (Entered: 09/15/2004) |
| 09/23/2004 | | | Motion hearing re: [283−1] motion to Stay pending appeal Motion hearing held, [281−1] motion to Stay all proceeding for the enforcement of judgment pending appeal Motion hearing held Before Judge Lagueux. COURT REPORTER Karen Zinni. Atty. for Pla. David Strachman; Atty for Dft. Deming Sherman. Motion to stay GRANTED. Deft shall file a bond in the amount of $50,000,000.00 no later than Noon on Sept. 30, 2004 and Bond must be approved by the Court. Stay in Effect until Noon on Sept. 30, 2004. Atty. Strachman to prepare order (Webb, J) (Entered: 09/23/2004) |
| 09/23/2004 | 297 | | Minute entry: re: motion to stay pending appeal and motion to stay enforcement of judgment (Webb, J) (Entered: 09/23/2004) |
| 09/27/2004 | 298 | | Transmitted supplemental record on appeal: [285−1] appeal by Palestinian Authrty.and The PLO − file #7 (Gilfillan, B) (Entered: 09/27/2004) |
| 09/27/2004 | 299 | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | TRANSCRIPT OF Motion to Stay – held on 9/23/04 (Gilfillan, B) (Entered: 09/27/2004) |
| 09/28/2004 | 300 |  | ORDER denying [283–1] motion to Stay pending appeal, denying [281–1] motion to Stay all proceeding for the enforcement of judgment pending appeal – the judgment shall be stayed until Sept 30, 2004 at noon to allow the PA and PLO to file a supersedeas bond in the amount of $50 million to stay the Judgment, if such a bond is filed and approved by the court, the stay shall continue in effect; if such a bond is not filed and approved by the Court, the stay shall expire – signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 09/28/2004) |
| 04/13/2005 | 301 |  | NOTICE by Efrat Ungar and other plaintiffs to take deposition of the PLO on 4/20/05 at 4:00 pm (Gilfillan, B) (Entered: 04/13/2005) |
| 04/13/2005 | 302 |  | NOTICE by Efrat Ungar and other plaintiffs to take deposition of Palestinian Authority on 4/20/05 at 2:00 pm (Gilfillan, B) (Entered: 04/13/2005) |
| 04/19/2005 | 303 |  | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Seal (Gilfillan, B) (Entered: 04/19/2005) |
| 04/19/2005 | 304 |  | ORDER granting [303–1] motion to Seal ( signed by Judge Ronald R. Lagueux )forwarded to attorney Strachman (Gilfillan, B) (Entered: 04/19/2005) |
| 04/19/2005 | 305 |  | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit exhibits (Gilfillan, B) (Entered: 04/19/2005) |
| 04/19/2005 | 306 |  | ORDER granting [305–1] motion to Exceed Page Limit exhibits ( signed by Judge Ronald R. Lagueux ) forwarded to Attorney Strachman (Gilfillan, B) (Entered: 04/19/2005) |
| 04/19/2005 | 307 |  | SEALED DOCUMENT placed in vault (Gilfillan, B) (Entered: 04/19/2005) |
| 04/19/2005 | 308 |  | SEALED DOCUMENT placed in vault (Gilfillan, B) (Entered: 04/19/2005) |
| 04/19/2005 | 309 |  | SEALED DOCUMENT placed in vault (documents 303–308) (Gilfillan, B) (Entered: 04/19/2005) |
| 04/20/2005 | 310 |  | MOTION by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to Exceed Page Limit for exhibits attached to memo in support of motion for an order to register judgment |

| | | | |
|---|---|---|---|
| | | | (Gilfillan, B) (Entered: 04/22/2005) |
| 04/20/2005 | 311 | | MOTION and MEMO by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar for an order to register judgment (Gilfillan, B) (Entered: 04/22/2005) |
| 04/22/2005 | 312 | | Correspondence from CT Corporation re: service of TRO (Gilfillan, B) (Entered: 04/22/2005) |
| 04/25/2005 | 313 | | AFFIDAVIT Re: disclosure under oath by Chittenden Corp. (Gilfillan, B) (Entered: 04/25/2005) |
| 04/25/2005 | 314 | | correspondence from CT Corporation re: Canaan Equity II Offshore C.V. (Gilfillan, B) (Entered: 04/25/2005) |
| 04/27/2005 | | | Civil Hearing re: before Judge Ronald R. Lagueux on May 5, 2005 at 11:00 am (Gilfillan, B) (Entered: 04/27/2005) |
| 05/02/2005 | 315 | | SUBPOENA Returned Subpoena served on Robert Fournier Agent for Ernst &Young (Gilfillan, B) (Entered: 05/03/2005) |
| 05/03/2005 | 316 | | SUBPOENA Returned Subpoena served on Deirdre Noonan for Blackwatch Brokerage (Gilfillan, B) (Entered: 05/03/2005) |
| 05/03/2005 | 317 | | SUBPOENA Returned Subpoena served on Prentice–Hall Corp System for Standard &Poor's Corp. (Gilfillan, B) (Entered: 05/03/2005) |
| 05/04/2005 | 318 | | ENTRY of appearance by Raymond Marcaccio for Brandywine Asset Management, LLC (Gilfillan, B) (Entered: 05/04/2005) |
| 05/04/2005 | | | Motion(s) referred to Judge Lagueux: [311–1] motion for an order to register judgment (Gilfillan, B) (Entered: 05/04/2005) |
| 05/05/2005 | 319 | | ENTRY of appearance for Wachovia Corp by Karen Pelczarski (Gilfillan, B) (Entered: 05/05/2005) |
| 05/05/2005 | | | Motion hearing re: [311–1] motion for an order to register judgment and motion for preliminary injunction (Gilfillan, B) (Entered: 05/05/2005) |
| 05/05/2005 | 320 | | Minute entry: Motion for preliminary injunction and Motion to register judgment is other jurisdictions ; Mr. Strackman for plaintiff, Mr. Sherman/Clarke for defendant; Mr. Maccarcio for Brandywine Asset; Ms. Pelczarski for Wachovia Corp ; Karen Zinni court reporter; arguments heard; motions granted; an injunction shall remain in force and effect until further order of the Order shall enter to register the judgment in other districts; subpoenas shall be returnable on May 11, 2005 at 2:00 pm in this court |

| | | | |
|---|---|---|---|
| | | | (Gilfillan, B) (Entered: 05/05/2005) |
| 05/05/2005 | 321 | | ORDER granting [311−1] motion for an order to register judgment dated 7/13/04;( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 05/05/2005) |
| 05/05/2005 | 322 | | ORDER granting injunction re: TRO; to remain in full force and effect until further order of the Court ( signed by Judge Ronald R. Lagueux ) (Gilfillan, B) (Entered: 05/05/2005) |
| 05/05/2005 | 323 | | ORDER granting [310−1] motion to Exceed Page Limit for exhibits attached to memo in support of motion for an order to register judgment ( signed by Judge Ronald R. Lagueux ) forwarded to attorneys (Gilfillan, B) (Entered: 05/05/2005) |
| 05/06/2005 | 324 | | SUBPOENA Returned Subpoena served on CT Corp for Raymond James Financial Services (Gilfillan, B) (Entered: 05/06/2005) |
| 05/06/2005 | 325 | | NOTICE by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar to take deposition of Canaan Equity, Canaan Offshore Management, Canaan Equity III Offshore, Canaan Equity III, Canaan Equity II Offshore on 5/13/05 at 9:00 am (Gilfillan, B) (Entered: 05/06/2005) |
| 05/09/2005 | 326 | | ORDER return date of the subpoenae issued. set for May 11, 2005 at 2:00pm( signed by Judge Ronald R. Lagueux ) (Webb, J) (Entered: 05/09/2005) |
| 05/12/2005 | 327 | | Minute entry: hearing re: return of subpoena. Wachovia has one week to submit documents (Webb, J) (Entered: 05/12/2005) |
| 05/12/2005 | 328 | | Correspondence from CT Corporation re: Canaan Equity III, Offshore, Canaan Equity II, (Gilfillan, B) (Entered: 05/16/2005) |
| 05/17/2005 | 329 | | ORDER − Wachovia Corp's response to subpoena is due 5/18/05 directly to the plaintiff ( signed by Judge Ronald R. Lagueux ) forwarded to attorneys (Gilfillan, B) (Entered: 05/17/2005) |
| 05/18/2005 | 330 | | Correspondence from CT Corporation dated 5/9/05 (Gilfillan, B) (Entered: 05/18/2005) |
| 05/23/2005 | 332 | | Correspondence from Key Bank dated 5/19/05 (Gilfillan, B) (Entered: 05/25/2005) |
| 05/24/2005 | 331 | | Correspondence from CT Corporation dated 5/11/05 (Gilfillan, B) (Entered: 05/24/2005) |
| 05/26/2005 | 333 | | TRANSCRIPT OF motion for preliminary injunction hearing held on 5/5/05 (Gilfillan, B) (Entered: 05/27/2005) |

| 06/02/2005 | 334 | | Urgent Ex PARTE MOTION for Hearing with attached memo by Dvir Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen. Responses due by 6/16/2005 (Gilfillan, Barbara) (Entered: 06/02/2005) |
|---|---|---|---|
| 06/02/2005 | | | 334 MOTION for Hearing REFERRED to Judge Lagueux. (Gilfillan, Barbara) (Entered: 06/02/2005) |
| 06/07/2005 | 335 | | ORDER granting 334 Motion for Hearing . Signed by Judge Ronald R Lagueux on 6/7/06. (Gilfillan, Barbara) (Entered: 06/07/2005) |
| 06/07/2005 | | | Set/Reset Hearings: Motion Hearing set for 6/14/2005 10:00 AM in Courtroom 4 before Ronald R Lagueux on Plaintiff's motion for appointment of a Receiver. (Gilfillan, Barbara) (Entered: 06/07/2005) |
| 06/07/2005 | 336 | | MOTION for Leave to File Excess Pages by Efrat Ungar, Dvir Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar. (Gilfillan, Barbara) (Entered: 06/07/2005) |
| 06/07/2005 | 337 | | MOTION for Leave to File Excess Pages by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar. (Gilfillan, Barbara) (Entered: 06/07/2005) |
| 06/07/2005 | 338 | | ORDER granting 336 Motion for Leave to File Excess Pages, granting 337 Motion for Leave to File Excess Pages . Signed by Judge Ronald R Lagueux on 6/7/05. (Gilfillan, Barbara) (Entered: 06/07/2005) |
| 06/07/2005 | 339 | | NOTICE from CT Corporation re: Wells Fargo (Gilfillan, Barbara) (Entered: 06/07/2005) |
| 06/07/2005 | 340 | | MOTION to Appoint Receiver with attached memo (attachments not accepted by the system) by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar. (Entered: 06/09/2005) |
| 06/09/2005 | | | 340 MOTION to Appoint Receiver REFERRED to Judge Lagueux (Gilfillan, Barbara) (Entered: 06/09/2005) |
| 06/09/2005 | | | Set/Reset Hearings: re 340 MOTION to Appoint Receiver filed by Efrat Ungar,, Dvir Ungar,, Yishai Ungar,, Meyer Ungar,, Judith Ungar,, Uri Dasberg,, Judith Dasberg,, Amichai Ungar,, Dafna Ungar,, Michal Cohen,, Yaron Ungar, Motion Hearing set for 6/15/2005 02:00 PM in Courtroom 4 before Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 06/09/2005) |
| 06/10/2005 | 341 | | MOTION for Leave to File Excess Pages filed by |

| | | | |
|---|---|---|---|
| | | | non–parties Canaan Equity Offshore, CV Canaan Equity II offshore CV and Canaan Equity III Offshore.. (Gilfillan, Barbara) (Entered: 06/10/2005) |
| 06/10/2005 | | | <u>341</u> MOTION for Leave to File Excess Pages REFERRED to Judge Lagueux. (Gilfillan, Barbara) (Entered: 06/10/2005) |
| 06/13/2005 | <u>342</u> | | RESPONSE in Observation re <u>340</u> MOTION to Appoint Receiver filed by The Palestinian Authority, The Palestinian Liberation Organization. (Gilfillan, Barbara) (Entered: 06/13/2005) |
| 06/14/2005 | <u>343</u> | | ORDER granting <u>341</u> Motion for Leave to File Excess Pages . Signed by Judge Ronald R Lagueux on 6/14/05 – forwarded to attorneys (Gilfillan, Barbara) (Entered: 06/14/2005) |
| 06/14/2005 | 344 | | MOTION to Seal by Canaan Equity Offshore C.V.. (Gilfillan, Barbara) (Entered: 06/15/2005) |
| 06/15/2005 | | | 344 MOTION to Seal REFERRED to Judge Lagueux (Gilfillan, Barbara) (Entered: 06/15/2005) |
| 06/15/2005 | <u>345</u> | | Minute Entry for proceedings held before Judge Ronald R Lagueux : . (Court Reporter Karen Zinni.) (Gilfillan, Barbara) Additional attachment(s) added on 6/15/2005 (Gilfillan, Barbara). (Entered: 06/15/2005) |
| 06/15/2005 | <u>346</u> | | ORDER denying <u>340</u> Motion to Appoint Receiver. . Signed by Judge Ronald R Lagueux on 6/15/05, forwarded to attorneys. (Gilfillan, Barbara) (Entered: 06/15/2005) |
| 06/15/2005 | | | Minute Entry for proceedings held before Judge Ronald R Lagueux : Motion Hearing held on 6/15/2005 re <u>340</u> MOTION to Appoint Receiver filed by Efrat Ungar,, Dvir Ungar,, Yishai Ungar,, Meyer Ungar,, Judith Ungar,, Uri Dasberg,, Judith Dasberg,, Amichai Ungar,, Dafna Ungar,, Michal Cohen,, Yaron Ungar,. (Court Reporter Karen Zinni.) (Gilfillan, Barbara) (Entered: 06/15/2005) |
| 06/20/2005 | <u>347</u> | | NOTICE from CT Corporation re: Cannan Equity II Offshore CV (Gilfillan, Barbara) (Entered: 06/20/2005) |
| 06/29/2005 | <u>348</u> | | URGENT MOTION to add clarificatory language re 322 Order with attached memo by Efrat Ungar, et al. Responses due by 7/13/2005 (Gilfillan, Barbara) Additional attachment(s) added on 7/7/2005 (Gilfillan, Barbara). (Entered: 06/29/2005) |
| 06/29/2005 | <u>349</u> | | MOTION for Leave to File Excess Pages for exhibits by Yaron Ungar, et al. (Gilfillan, Barbara) (Entered: 06/29/2005) |
| 06/29/2005 | | | <u>349</u> MOTION for Leave to File Excess Pages REFERRED to Judge Lagueux. (Gilfillan, Barbara) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/29/2005) |
| 07/06/2005 | 350 | | ORDER granting 349 Motion for Leave to File Excess Pages . Signed by Judge Ronald R Lagueux on 7/6/05 – forwarded to attorneys. (Gilfillan, Barbara) (Entered: 07/06/2005) |
| 07/07/2005 | 351 | | EXHIBITS to motion to add clarificatory language to the inujunction by Amichai Ungar, et al (McCabe, Frank) Additional attachment(s) added on 7/7/2005 (Gilfillan, Barbara). (Entered: 07/07/2005) |
| 07/07/2005 | | | 348 MOTION to clarify re 322 Order REFERRED to Judge Lagueux. (Gilfillan, Barbara) (Entered: 07/07/2005) |
| 07/12/2005 | 352 | | RESPONSE in Opposition re 348 MOTION to clarify re 322 Orderwith attached memo filed by The Palestinian Authority. (Gilfillan, Barbara) (Entered: 07/12/2005) |
| 07/13/2005 | | | Set Deadlines/Hearings: re 348 MOTION to clarify re 322 Order filed by Efrat Ungar and Canaan's Motion for Clarification , Motion Hearing set for 8/3/2005 03:00 PM before Ronald R Lagueux. (Entered: 07/13/2005) |
| 07/13/2005 | 353 | | RESPONSE in Support re 334 MOTION for Hearing filed by Efrat Ungar. (Gilfillan, Barbara) (Entered: 07/13/2005) |
| 07/14/2005 | | | Remark – hearing scheduled for July 14, 2005 is cancelled (Gilfillan, Barbara) (Entered: 07/14/2005) |
| 07/18/2005 | 354 | | ORDER granting 344 Motion to Seal . Signed by Judge Ronald R Lagueux on 7/15/05 forwarded to attorneys. (Gilfillan, Barbara) (Entered: 07/18/2005) |
| 07/18/2005 | 355 | | MOTION Clarification of Order by Canaan Equity Offshore C.V.. Responses due by 8/1/2005 (this document originally came in on 6/14/05 – held in chambers)(Gilfillan, Barbara) (Entered: 07/18/2005) |
| 07/21/2005 | 356 | | MOTION for Tamara L. Schlinger to Appear Pro Hac Vice by Canaan Equity Offshore C.V.. (Gilfillan, Barbara) (Entered: 07/21/2005) |
| 07/21/2005 | 357 | | MOTION for Robert A. Alessi to Appear Pro Hac Vice by Canaan Equity Offshore C.V.. (Gilfillan, Barbara) (Entered: 07/21/2005) |
| 08/03/2005 | 358 | | RESPONSE in Opposition re 355 MOTION Clarification of Order filed by Efrat Ungar, et al. (Gilfillan, Barbara) (Entered: 08/03/2005) |
| 08/03/2005 | 359 | | ORDER granting 348 Motion for clarification . Signed by Judge Ronald R Lagueux on 8/3/05 – forwarded to counsel. (Gilfillan, Barbara) (Entered: 08/03/2005) |
| 08/03/2005 | 360 | | ORDER granting 356 Motion to Appear Pro Hac Vice filed |

| | | | |
|---|---|---|---|
| | | | byCanaan Equity Offshore C.V., granting 357 Motion to Appear Pro Hac Vice filed byCanaan Equity Offshore C.V. . Signed by Judge Ronald R Lagueux on 8/3/05 forwarded to attorneys. (Gilfillan, Barbara) Additional attachment(s) added on 8/3/2005 (Gilfillan, Barbara). (Entered: 08/03/2005) |
| 08/04/2005 | 361 | | TRANSCRIPT of Proceedings held on 8/3/05 before Judge Lagueux. Court Reporter: Joseph Fontes.. (Gilfillan, Barbara) (Entered: 08/05/2005) |
| 08/31/2005 | | | Set Deadlines/Hearings: re 355 MOTION Clarification of Order filed by Canaan Equity Offshore C.V., Motion Hearing set for 9/14/2005 02:00 PM before Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 08/31/2005) |
| 09/14/2005 | 362 | | Minute Entry for proceedings held before Judge Ronald R Lagueux : Motion Hearing held on 9/14/2005 re 355 MOTION Clarification of Order filed by Canaan Equity Offshore C.V.,. motion withdrawn (Court Reporter Anne Clayton.) (Gilfillan, Barbara) (Entered: 09/15/2005) |
| 09/21/2005 | 363 | | ORDER withdrawing 355 Motion for clarification. Signed by Judge Ronald R Lagueux on 9/20/05 – forwarded to attorneys. (Gilfillan, Barbara) (Entered: 09/21/2005) |
| 01/20/2006 | 364 | | SUBPOENA Returned executed for Deloitte &Touche LLP. (Gilfillan, Barbara) (Entered: 01/23/2006) |
| 02/01/2006 | 365 | | NOTICE of filing by The Palestinian Authority (Attachments: # 1 Exhibit A)(Gilfillan, Barbara) (Entered: 02/01/2006) |
| 03/27/2006 | 366 | | NOTICE to Take Depositions of Pieter Stalenhoef, Evergreen Investment Management on; Citigroup Asset Management National LTD, Mark Miller c/o Fortis Investments; Masroor Siddiqui, Putnam Investments; and Francis Cueto, bain Capital on 4/5/06 by Efrat Ungar.(Gilfillan, Barbara) (Entered: 03/28/2006) |
| 03/30/2006 | 367 | | SUBPOENA Returned EXECUTED as to Pieter Stalen; Mark Miller; Masroor Siddiqui; Francis Cueto. (Gilfillan, Barbara) (Entered: 03/30/2006) |
| 05/08/2006 | 368 | | MOTION Application for entry of consent order by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Amichai Ungar, Dafna Ungar, Yaron Ungar. Responses due by 5/25/2006 (Webb, James E.) (Entered: 05/08/2006) |
| 05/10/2006 | 369 | | ORDER re: final judgment and Court's injunction dated 5/5/05. Signed by Judge Ronald R Lagueux on 5/9/06 (forwarded to attorneys). (Gilfillan, Barbara) (Entered: 05/10/2006) |

| | | | |
|---|---|---|---|
| 06/15/2006 | | | (Court only) ***Motions terminated: 368 MOTION Application for entry of consent order see Order #369 (Gilfillan, Barbara) (Entered: 06/15/2006) |
| 07/03/2006 | 370 | | PLAINTIFFS CREDITOR'S BILL (EXHIBITS CAN NOT BE SCANNED – over system capacity) (Gilfillan, Barbara) (Entered: 07/07/2006) |
| 07/03/2006 | 371 | | MOTION to Seal exhibit F with supporting memo by Yaron Ungar. (Gilfillan, Barbara) (Entered: 07/07/2006) |
| 07/20/2006 | 372 | | ORDER granting 371 Motion to Seal . Signed by Judge Ronald R Lagueux on 7/17/06 (FORWARDED TO mR. STRACKMAN). (Gilfillan, Barbara) (Entered: 07/20/2006) |
| 08/01/2006 | 375 | | MOTION for Entry of Default by Amichai Ungar. Responses due by 8/18/2006 (Gilfillan, Barbara) (Entered: 08/03/2006) |
| 08/03/2006 | 373 | | MEMORANDUM RE: Creditor's bill by Canaan Equity Offshore C.V. to 370 (filed in chambers on July 18, 2006)(attachments can not be scanned – over system capacity. (Gilfillan, Barbara) (Entered: 08/03/2006) |
| 08/03/2006 | 374 | | ORDER plaintiff relinquish claim or rights to any interests of the Palestinian Pension Fund of the State Adm Employees in the Gaza Strip in Canaan. Signed by Judge Ronald R Lagueux on 6/13/06 (forwarded to attorneys). (Gilfillan, Barbara) (Entered: 08/03/2006) |
| 08/03/2006 | 376 | | ORDER Setting Hearing on Motion 375 MOTION for Entry of Default: Motion Hearing set for 9/13/2006 11:00 AM in Courtroom 4 before Judge Ronald R Lagueux.. Signed by Judge Ronald R Lagueux on 8/3/06. (Gilfillan, Barbara) (Entered: 08/03/2006) |
| 09/13/2006 | | | Minute Entry for proceedings held before Judge Ronald R Lagueux : Mr. Strachman for plaintiffs; Mr. Sherman for PLO/PA; Mr. Oswald for non party Canaan; motion Hearing held on 9/13/2006 re 375 MOTION for Entry of Default filed by Amichai Ungar granted;. (Court Reporter Joseph Fontes.) (Gilfillan, Barbara) (Entered: 09/13/2006) |
| 09/13/2006 | 377 | | ORDER granting 375 Motion for Entry of Default . So Ordered by Judge Ronald R Lagueux on 9/13/06. (Gilfillan, Barbara) (Entered: 09/13/2006) |
| 09/13/2006 | 378 | | Correspondence from Mr. Strachman dated 9/1/06 (Gilfillan, Barbara) (Entered: 09/13/2006) |
| 09/14/2006 | 379 | | TRANSCRIPT of Proceedings held on 9/13/06 before Judge Lagueux. Court Reporter: Joseph Fontes.. (Gilfillan, Barbara) (Entered: 09/14/2006) |
| 09/19/2006 | | | Clerk's ENTRY OF DEFAULT as to The Palestinian Authority (Gilfillan, Barbara) (Entered: 09/19/2006) |

| 09/19/2006 | 380 | | ORDER for clerk to enter default of defendant Palestinian Authority. So Ordered by Judge Ronald R Lagueux on 9/19/06. (Gilfillan, Barbara) (Entered: 09/19/2006) |
|---|---|---|---|
| 09/19/2006 | 381 | | DEFAULT FINAL JUDGMENT in favor of Plaintiffs against The Palestinian Authority. So Ordered by Judge Ronald R Lagueux on 9/19/06. (Gilfillan, Barbara) (Entered: 09/19/2006) |
| 11/02/2006 | | | Appeal Record Returned: files 1 through 6 285 Notice of Appeal (Gilfillan, Barbara) (Entered: 11/02/2006) |
| 11/08/2006 | 382 | | MOTION *to Modify Stipulation and Confidentiality Order* by all plaintiffs. Responses due by 11/27/2006 (Attachments: # 1 Exhibit Order)(Strachman, David) Modified on 11/9/2006 (Gilfillan, Barbara).motion and certification not signed; contacted attorney re: motion and memo are filed as one document and proposed orders are e–mailed and/or filed conventionally (Entered: 11/08/2006) |
| 11/08/2006 | 383 | | MEMORANDUM IN SUPPORT by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Amichai Ungar, Dafna Ungar, Yaron Ungar in support of 382 MOTION *to Modify Stipulation and Confidentiality Order*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Strachman, David) Modified on 11/9/2006 (Gilfillan, Barbara)motion and certification not signed; contacted attorney re: motion and memo are filed as one document (Entered: 11/08/2006) |
| 11/09/2006 | 384 | | ORDER RETURNING DOCUMENT Returned Document: re 382 MOTION *to Modify Stipulation and Confidentiality Order*, 383 Memorandum in Support, . So Ordered by Magistrate Judge David L. Martin on 11/9/06. (Saucier, Martha) (Entered: 11/09/2006) |
| 11/09/2006 | | | (Court only) ***Documents terminated: 382 MOTION *to Modify Stipulation and Confidentiality Order* filed by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar, Dafna Ungar, Michal Cohen, Yaron Ungar, 383 Memorandum in Support, filed by Efrat Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Amichai Ungar, Dafna Ungar, Yaron Ungar. See Order Returning Document #384 (Saucier, Martha) (Entered: 11/09/2006) |
| 11/09/2006 | 385 | | MOTION To Modify Stipulation Between Plaintiffs and Canaan by all plaintiffs. Responses due by 11/27/2006 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Strachman, David) (Entered: 11/09/2006) |
| 11/14/2006 | | | Motion Forwarded to Chambers 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan FORWARDED |

| | | | |
|---|---|---|---|
| | | | to Chambers of Judge Lagueux. (Gilfillan, Barbara) (Entered: 11/14/2006) |
| 11/27/2006 | 386 | | RESPONSE in Opposition re 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by Canaan Equity II Offshore C.V., Canaan Equity III Offshore C.V., Canaan Equity Offshore C.V.. (Attachments: # 1 Exhibit Complaint for Declaratory Judgment)(Oswald, James) Modified on 11/27/2006 (Gilfillan, Barbara)contacted attorney regarding procedure for certifications. (Entered: 11/27/2006) |
| 11/29/2006 | | | Set Hearings: re 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by plaintiffs; Motion Hearing set for 12/12/2006 11:00 AM in Courtroom 4 before Judge Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 11/29/2006) |
| 11/29/2006 | | | RESET Hearings: re 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by plaintiffs; Motion Hearing RESET for 12/12/2006 02:00 PM in Courtroom 4 before Judge Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 11/29/2006) |
| 12/06/2006 | | | Reset Hearings: re 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by plaintiffs Motion Hearing RESET for 12/12/2006 03:30 PM in Courtroom 4 before Judge Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 12/06/2006) |
| 12/06/2006 | | | (Court only) ***Case Reopened – per Judge Lagueux (Gilfillan, Barbara) (Entered: 12/06/2006) |
| 12/12/2006 | | | Remark – Hearing for December 12, 2006 is cancelled. (Gilfillan, Barbara) (Entered: 12/12/2006) |
| 06/05/2007 | 387 | | TRANSCRIPT REQUEST for proceedings held on 12/12/05 before Judge Magistrate Judge Martin. (Saucier, Martha) (Entered: 06/11/2007) |
| 06/11/2007 | | | NOTICE re 387 Transcript Request Forwarded to Joseph Fontes: Original Tape, Transcript Request and Docket Sheet (Saucier, Martha) (Entered: 06/11/2007) |
| 06/21/2007 | 388 | | TRANSCRIPT of Proceedings held on 12/12/02 before Magistrate Judge Martin. Court Reporter: Joseph Fontes. (Noel, Jeannine) (Entered: 06/21/2007) |
| 08/03/2007 | 389 | | ERROR WRONG EVENT SELECTED DOCUMENT TO BE RE–FILED BY ATTORNEY USING CORRECT EVENT – RESPONSE in Opposition re 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by The Estate of Yaron Ungar. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Strachman, David) Modified on 8/6/2007 (Gilfillan, Barbara). (Entered: 08/03/2007) |

| 08/06/2007 | | | CORRECTIVE DOCKET ENTRY re: 389 Response in Opposition to Motion – ERROR wrong event selected; CORRECTION; attorney to re–file document using correct event. (Gilfillan, Barbara) (Entered: 08/06/2007) |
|---|---|---|---|
| 08/06/2007 | 390 | | MEMORANDUM IN SUPPORT by The Estate of Yaron Ungar in support of 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan *(Reply to Canaan's opposition memorandum)*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Strachman, David) Modified on 8/7/2007 (Gilfillan, Barbara)this document replaces docket entry #389. (Entered: 08/06/2007) |
| 08/10/2007 | 391 | | MOTION for Declaratory Judgment with Supporting Memo by The Estate of Yaron Ungar. Responses due by 8/27/2007 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C part 1# 4 Exhibit C part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H)(Strachman, David) (Entered: 08/10/2007) |
| 08/13/2007 | 392 | | NOTICE of filing ERRATA SHEET by The Estate of Yaron Ungar re 391 MOTION for Declaratory Judgment (Strachman, David) Modified on 8/14/2007 (Gilfillan, Barbara)corrected title of document. (Entered: 08/13/2007) |
| 08/14/2007 | | | Set/Reset Hearings: re 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by Efrat Ungar. Motion Hearing set for 9/18/2007 02:00 PM in Courtroom 4 before Judge Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 08/14/2007) |
| 08/15/2007 | 393 | | MOTION for Richard A. Hibey to Appear Pro Hac Vice by The Palestinian Authority, The Palestinian Liberation Organization. (Sherman, Deming) (Entered: 08/15/2007) |
| 08/15/2007 | 394 | | MOTION for Mark J. Rochon to Appear Pro Hac Vice by The Palestinian Authority, The Palestinian Liberation Organization. (Sherman, Deming) (Entered: 08/15/2007) |
| 08/15/2007 | 395 | | REPLY to Response to Motion (Correspondence dated 8/7/07) re 386 Response in Opposition to Motion, filed by Canaan Equity Offshore CV, Canaan Equity II Offshore CV, Canaan Equity III Offshore CV. (Attachments: # 1 Exhibit – (Gilfillan, Barbara) (Entered: 08/15/2007) |
| 08/15/2007 | 396 | | RESPONSE IN OPPOSITION (Correspondence dated 8/7/07) by The Plaintiffs re 395 Reply to Response to Motion. (Gilfillan, Barbara) (Entered: 08/15/2007) |
| 08/15/2007 | 397 | | RESPONSE IN OPPOSITION (Correspondence dated 8/9/07) by Canaan Equity Offshore CV, Canaan Equity II Offshore CV, Canaan Equity III Offshore CV re 396 Response in Opposition. (Gilfillan, Barbara) (Entered: 08/15/2007) |

| | | | |
|---|---|---|---|
| 08/27/2007 | 398 | | RESPONSE in Opposition re 391 MOTION for Declaratory Judgment filed by The Palestinian Authority, The Palestinian Liberation Organization. (Attachments: # 1 Exhibit Supplementary Notice# 2 Exhibit Motion for Extension)(Sherman, Deming) (Entered: 08/27/2007) |
| 08/29/2007 | 399 | | NOTICE by The Estate of Yaron Ungar re 391 MOTION for Declaratory Judgment *Withdrawal of Motion* (Strachman, David) Modified on 8/29/2007 (Gilfillan, Barbara)this notice will be refiled as a motion to withdraw. (Entered: 08/29/2007) |
| 09/07/2007 | | | Motion Forwarded to Chambers 394 MOTION for Mark J. Rochon to Appear Pro Hac Vice, 393 MOTION for Richard A. Hibey to Appear Pro Hac Vice FORWARDED to Chambers of Judge Lagueux. (Gilfillan, Barbara) (Entered: 09/07/2007) |
| 09/12/2007 | 400 | | ORDER granting 393 Motion to Appear Pro Hac Vice of Richard Hibey . So Ordered by Judge Ronald R Lagueux on 9/11/07. (Gilfillan, Barbara) (Entered: 09/12/2007) |
| 09/12/2007 | 401 | | ORDER granting 394 Motion to Appear Pro Hac Vice of Mark Rochon . So Ordered by Judge Ronald R Lagueux on 9/11/07. (Gilfillan, Barbara) (Entered: 09/12/2007) |
| 09/12/2007 | 402 | | STIPULATION AND ORDER Re – Injunction dated 5/5/05. So Ordered by Judge Ronald R Lagueux on 9/11/07. (Gilfillan, Barbara) (Entered: 09/12/2007) |
| 09/18/2007 | | | Minute Entry for proceedings held before Judge Ronald R Lagueux : Motion Hearing held on 9/18/2007 re 382 MOTION to Modify Stipulation and Confidentiality Order filed by plaintiffs 385 MOTION To Modify Stipulation Between Plaintiffs and Canaan filed by plaintiffs; Mr. Strachman for plaintiffs; Mr. Oswald for Canaan parties; arguments heard; motion granted; Strachman to prepare order. (Court Reporter Deb Lajoie in Courtroom 4 at 2:12.) (Gilfillan, Barbara) (Entered: 09/18/2007) |
| 09/18/2007 | 403 | | TRANSCRIPT REQUEST by The Palestinian Authority, The Palestinian Liberation Organization for proceedings held on 9/18/07 before Judge Ronald R. Lagueux.. (Sherman, Deming) (Entered: 09/18/2007) |
| 09/19/2007 | 404 | | TRANSCRIPT of Proceedings held on 9/18/07 before Judge Lagueux. Court Reporter: Deb Lajoie. (Gilfillan, Barbara) (Entered: 09/19/2007) |
| 09/19/2007 | | | (Court only) ***Motions terminated: 391 MOTION for Declaratory Judgment filed by The Estate of Yaron Ungar – see 399 withdrawing motion (Gilfillan, Barbara) (Entered: 09/19/2007) |
| 09/21/2007 | 405 | | |

| | | | NOTICE of withdrawal by Ramsey Clark and Lawrence Schilling as attorneys for The Palestinian Authority and Palestine Liberation Organization (Gilfillan, Barbara) (Entered: 09/21/2007) |
|---|---|---|---|
| 09/21/2007 | | | (Court only) *** Attorney Tamara L. Schlinger; Ramsey Clark and Lawrence W. Schilling terminated. (Gilfillan, Barbara) (Entered: 09/21/2007) |
| 09/25/2007 | 406 | | ORDER granting 385 Motion to modify stipulation . So Ordered by Judge Ronald R Lagueux on 9/25/07. (Gilfillan, Barbara) (Entered: 09/25/2007) |
| 10/30/2007 | 407 | | PROTECTIVE ORDER. So Ordered by Judge Ronald R Lagueux on 10/30/07. (Gilfillan, Barbara) (Entered: 10/30/2007) |
| 12/28/2007 | 408 | | MOTION to Set Aside Default *Judgment* 280 With Supporting Memo by The Palestinian Authority, The Palestinian Liberation Organization.Responses due by 1/14/2008 (Attachments: # 1 Exhibit A – Knox Order# 2 Exhibit B – Fayyad Decl.# 3 Exhibit C – 12–18–07 NY Times# 4 Exhibit D – 12–18–07 Washington Post# 5 Exhibit E – Abdel–Rahman Decl.# 6 Exhibit F – Executive Order 12947# 7 Exhibit G – 1995 Global Terrorism# 8 Exhibit H – 1996 Global Terrorism# 9 Errata I – 3–14–96 NY Times# 10 Exhibit J – Clinton–Peres Remarks# 11 Errata K – Accord Signing# 12 Exhibit L – 1–27–03 Al–Kidwa ltr.# 13 Exhibit M – 1–15–02 Transcript# 14 Exhibit N – Pretrial Summary# 15 Errata O – 4–11–97 Jerusalem Post# 16 Exhibit P – 3–21–97 IMFA# 17 Exhibit Q – 9–22–97 IMFA# 18 Exhibit R – Palestine Report# 19 Exhibit S – Certified Translation# 20 Exhibit T – IMRA Interviews# 21 Exhibit U – Hamas Communique# 22 Exhibit V – 7–16–07 Bush Speech# 23 Exhibit W – Answer# 24 Exhibit X – 11–27–07 Bush Speech# 25 Exhibit Y – Rice–Abbas Remarks# 26 Exhibit Z – Country Profile# 27 Exhibit AA – E–Y Report)(Hibey, Richard) Modified on 1/3/2008 (Gilfillan, Barbara)created docket entry relationship. (Entered: 12/28/2007) |
| 01/16/2008 | | | Motion Forwarded to Chambers of Judge Lagueux 408 MOTION to Set Aside Default *Judgment* (Gilfillan, Barbara) (Entered: 01/16/2008) |
| 01/16/2008 | 409 | | MOTION for an Extension of Time to File Response/Reply as to 408 MOTION to Set Aside Default *Judgment* by all plaintiffs.Responses due by 2/4/2008 (Attachments: # 1 Text of Proposed Order)(Strachman, David) Modified on 1/17/2008 (Gilfillan, Barbara)memo not signed. (Entered: 01/16/2008) |
| 01/17/2008 | 410 | | RESPONSE to Motion re 409 MOTION for an Extension of Time to File Response/Reply as to 408 MOTION to Set |

| | | | |
|---|---|---|---|
| | | | Aside Default *Judgment* MOTION for an Extension of Time to File Response/Reply as to 408 MOTION to Set Aside Default *Judgment* filed by The Palestinian Authority, The Palestinian Liberation Organization. (Sherman, Deming) (Entered: 01/17/2008) |
| 01/17/2008 | 411 | | ORDER granting 409 Motion for Extension of Time to File Response/Reply re 408 MOTION to Set Aside Default *Judgment* ; Set Deadlines Responses due by 2/1/2008. So Ordered by Judge Ronald R Lagueux on 1/17/08. (Gilfillan, Barbara) (Entered: 01/17/2008) |
| 02/01/2008 | 412 | | Second MOTION for an Extension of Time to File Response/Reply as to 408 MOTION to Set Aside Default *Judgment* by The Estate of Yaron Ungar.Responses due by 2/19/2008 (Attachments: # 1 Text of Proposed Order)(Strachman, David) (Entered: 02/01/2008) |
| 02/01/2008 | 413 | | RESPONSE to Motion re 412 Second MOTION for an Extension of Time to File Response/Reply as to 408 MOTION to Set Aside Default *Judgment* filed by The Palestinian Authority, The Palestinian Liberation Organization. (Sherman, Deming) (Entered: 02/01/2008) |
| 02/04/2008 | | | Motion Forwarded to Chambers 412 Second MOTION for an Extension of Time to File Response/Reply as to 408 MOTION to Set Aside Default *Judgment* FORWARDED to Chambers of Judge Lagueux. (Gilfillan, Barbara) (Entered: 02/04/2008) |
| 02/05/2008 | 414 | | ORDER granting 412 Motion for Extension of Time to File Response; Responses due by 2/6/2008. So Ordered by Judge Ronald R Lagueux on 2/5/08. (Gilfillan, Barbara) (Entered: 02/05/2008) |
| 02/06/2008 | 415 | | RESPONSE in Opposition re 408 MOTION to Set Aside Default *Judgment* filed by The Estate of Yaron Ungar. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W# 24 Errata X# 25 Exhibit Y# 26 Exhibit Z# 27 Exhibit AA# 28 Exhibit BB# 29 Exhibit CC# 30 Exhibit DD# 31 Exhibit EE)(Strachman, David) (Entered: 02/07/2008) |
| 02/07/2008 | 416 | | MEMO IN SUPPORT 415 AND RESPONSE in Opposition re 408 MOTION to Set Aside Default *Judgment Objection supported by memorandum filed at docket 407* filed by The Estate of Yaron Ungar. (Strachman, David) Modified on 2/8/2008 (Gilfillan, Barbara), corrected docket entry relationship. (Entered: 02/07/2008) |

| | | | |
|---|---|---|---|
| 02/08/2008 | 417 | | EXHIBIT J (DVD) IN SUPPORT by all plaintiffs in support of 415 Response in Opposition to Motion. (Gilfillan, Barbara) (Entered: 02/08/2008) |
| 02/15/2008 | | | NOTICE of Hearing on 408 MOTION to Set Aside Default Judgment : Motion Hearing set for 2/27/2008 03:00 PM in Courtroom 4 before Judge Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 02/15/2008) |
| 02/15/2008 | | | Motion Forwarded to Chambers 408 MOTION to Set Aside Default *Judgment* FORWARDED to Chambers of Judge Lagueux. (Gilfillan, Barbara) (Entered: 02/15/2008) |
| 02/20/2008 | 418 | | NOTICE by The Estate of Yaron Ungar *of Opposition to Anticipated Request to Postpone Oral Argument* (Strachman, David) (Entered: 02/20/2008) |
| 02/20/2008 | 419 | | MOTION for an Extension of Time to File Response/Reply as to 415 Response in Opposition to Motion,, *408 for Relief from Default Judgment* WITH SUPPORTING MEMO by The Palestinian Authority, The Palestinian Liberation Organization.Responses due by 3/10/2008 (Sherman, Deming) (Entered: 02/20/2008) |
| 02/21/2008 | 420 | | RESPONSE in Opposition re 419 MOTION for an Extension of Time to File Response/Reply as to 415 Response in Opposition to Motion,, *408 for Relief from Default Judgment* MOTION for an Extension of Time to File Response/Reply as to 415 Response in Opposition to Motion,, *408 for Relief from Default Judgment* filed by The Estate of Yaron Ungar. (Strachman, David) (Entered: 02/21/2008) |
| 02/21/2008 | | | Motion Forwarded to Chambers 419 MOTION for an Extension of Time to File Reply to 415 Response in Opposition to Motion, FORWARDED to Chambers of Judge Lagueux. (Gilfillan, Barbara) (Entered: 02/21/2008) |
| 02/21/2008 | 421 | | ORDER granting 419 Motion for Extension of Time to File Reply to response to 3/6/08 and continue hearing on motion for relief from default judgment. So Ordered by Judge Ronald R Lagueux on 2/21/08. (Gilfillan, Barbara) (Entered: 02/21/2008) |
| 02/21/2008 | | | NOTICE OF CANCELLATION of Hearing – on 2/27/08 – to be rescheduled (Gilfillan, Barbara) (Entered: 02/21/2008) |
| 03/05/2008 | 422 | | NOTICE by The Estate of Yaron Ungar *OF RECENT DEVELOPMENTS RELEVANT TO DEFENDANTS' RULE 60(b) MOTION* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Strachman, David) (Entered: 03/05/2008) |
| 03/06/2008 | 423 | | REPLY to Response to Motion re 415 Response in Opposition to Motion,, *re Motion for Relief from Default Judgment* filed by The Palestinian Authority, The |

|  |  |  | Palestinian Liberation Organization. (Attachments: # 1 Exhibit A – Letter to Judge Marrero# 2 Exhibit B – Secretary Rice Remarks# 3 Exhibit C – FM Livni Address# 4 Exhibit D – National Post Article)(Hibey, Richard) (Entered: 03/06/2008) |
|---|---|---|---|
| 03/13/2008 | 424 |  | MOTION for Leave to File *SURREPLY* WITH SUPPORTING MEMO by The Estate of Yaron Ungar.Responses due by 3/31/2008 (Attachments: # 1 Text of Proposed Order # 2 Exhibit Plaintiffs' Surreply# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L)(Strachman, David) (Entered: 03/13/2008) |
| 03/14/2008 | 425 |  | NOTICE by The Estate of Yaron Ungar re 424 MOTION for Leave to File *SURREPLY ERRATA REPLACING EXHIBITS* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit D# 4 Exhibit E# 5 Exhibit G# 6 Exhibit I# 7 Exhibit K)(Strachman, David) (Entered: 03/14/2008) |
| 03/17/2008 |  |  | NOTICE of Hearing on Motion 408 MOTION to Set Aside Default Judgment set for 4/4/2008 02:00 PM in Courtroom 4 before Judge Ronald R Lagueux. (Gilfillan, Barbara) (Entered: 03/17/2008) |
| 03/20/2008 | 426 |  | ORDER granting 424 Motion for Leave to File surreply. So Ordered by Judge Ronald R Lagueux on 3/20/08. (Gilfillan, Barbara) (Entered: 03/20/2008) |
| 03/24/2008 | 427 |  | MOTION For An Order Clarifying Application Of Injunction by The Palestinian Authority, The Palestinian Liberation Organization.Responses due by 4/10/2008 (Attachments: # 1 Exhibit A – March 19, 2008 Letter# 2 Exhibit B – Injunction# 3 Text of Proposed Order)(Hibey, Richard) (Entered: 03/24/2008) |
| 03/25/2008 | 428 |  | RESPONSE in Opposition re 427 MOTION For An Order Clarifying Application Of Injunction *(Opposition as to Form of Order)* filed by all plaintiffs. (Attachments: # 1 Text of Proposed Order)(Strachman, David) (Entered: 03/25/2008) |
| 03/25/2008 | 429 |  | REPLY to Response to Motion re 428 Response in Opposition to Motion *For An Order Clarifying Application of Injunction* filed by The Palestinian Authority, The Palestinian Liberation Organization. (Attachments: # 1 Text of Proposed Order)(Hibey, Richard) (Entered: 03/25/2008) |
| 03/31/2008 | 430 |  | NOTICE by The Palestinian Authority, The Palestinian Liberation Organization *of Decision and Order in Related Case* (Attachments: # 1 Exhibit A– Knox Decision and Order)(Hibey, Richard) (Entered: 03/31/2008) |
| 04/04/2008 |  |  |  |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Ronald R Lagueux: Motion Hearing held on 4/4/2008 re 408 MOTION to Set Aside Default *Judgment* filed by The Palestinian Liberation Organization, The Palestinian Authority; Mr. Strachman for plaintiffs; Mr. Hibey, Mr. Rochon and Mr. Sherman for defendants; arguments heard; matter taken under advisement. (Court Reporter Deb Lajoie in Courtroom 4 at 2:00.) (Gilfillan, Barbara) (Entered: 04/04/2008) |
| 04/04/2008 | 431 | | SURREPLY –EXHBITS by The Estate of Yaron Ungar *Surreply* (Attachments: # 1 Exhibit A–– Dr. B. Ganor article, # 2 Exhibit B– Dr. B. Ganor–– biography, # 3 Exhibit C– Prof. Post et al. article, # 4 Exhibit D–– Dr. D. Gold, biography, # 5 Exhibit E––Dr. Gold, article, # 6 Exhibit F––Israeli Foreign Ministry, # 7 Exhibit G––Israeli Foreign Ministry, # 8 Exhibit H––State of Israel v. Awis, # 9 Exhibit I––Sec. of State Albright, transcript, # 10 Exhibit J––NY Times 1/10/06, # 11 Exhibit K––Israeli Foreign Ministry, # 12 Exhibit L––State Department website)(Strachman, David) Modified on 4/4/2008 (Gilfillan, Barbara); CORRECTED DOCUMENT TITLE . (Entered: 04/04/2008) |
| 04/04/2008 | 432 | | TRANSCRIPT REQUEST by The Palestinian Authority, The Palestinian Liberation Organization for proceedings held on 4–4–08 before Judge Ronald R. Lagueux.. (Sherman, Deming) (Entered: 04/04/2008) |
| 04/07/2008 | 433 | | ORDER granting 427 Motion for clarification. So Ordered by Judge Ronald R Lagueux on 4/4/08. (Gilfillan, Barbara) (Entered: 04/07/2008) |
| 04/28/2008 | 434 | | TRANSCRIPT of Proceedings held on 4/4/08 before Judge Lagueux. Court Reporter: Debra Lajoie.. (Gilfillan, Barbara) (Entered: 04/28/2008) |
| 04/28/2008 | 435 | | TRANSCRIPT REQUEST by The Estate of Yaron Ungar for proceedings held on 04–04–08 before Judge Lagueux.. (Strachman, David) (Entered: 04/28/2008) |
| 05/15/2008 | 436 | | NOTICE by The Estate of Yaron Ungar *NOTICE OF FILING RELEVANT TO DEFENDANTS' RULE 60(b) MOTION* (Attachments: # 1 Exhibit A)(Strachman, David) (Entered: 05/15/2008) |
| 05/22/2008 | 437 | | NOTICE by The Palestinian Authority, The Palestinian Liberation Organization re 429 Reply to Response to Motion, *regarding Bucheit v. PLO, No. 00–cv–1455 (GK) (D.D.C.)* (Hibey, Richard) (Entered: 05/22/2008) |
| 06/03/2008 | 438 | | NOTICE by The Palestinian Authority, The Palestinian Liberation Organization re 437 Notice (Other) *Supplemental Notice to the Court Regarding Bucheit v.* |

65

| | | | |
|---|---|---|---|
| | | | *PLO, Case No. 00−CV−1455 (GK)(DDC)* (Hibey, Richard) (Entered: 06/03/2008) |
| 07/23/2008 | 439 | | NOTICE by The Estate of Yaron Ungar of Recent Decision in Biton v. Palestinian Authority Denying Defendants' Rule 55(c) Motion (Attachments: # 1 Exhibit Biton v. Palestinian Authority)(Strachman, David) (Entered: 07/23/2008) |
| 09/30/2008 | 440 | | NOTICE by The Palestinian Authority, The Palestinian Liberation Organization re 408 MOTION to Set Aside Default *Judgment Notice of Decision and Order in Related Case Conditionally Granting Motion of Defendants The Palestinian Authority and The Palestine Liberation Organization to Vacate Default* (Attachments: # 1 Exhibit A (Part 1) – Omnibus Order in Saperstein v. PA (S.D. Fla.), # 2 Exhibit A (Part 2) – Omnibus Order in Saperstein v. PA (S.D. Fla.))(Hibey, Richard)) (Entered: 09/30/2008) |
| 04/07/2009 | 441 | | NOTICE by The Estate of Yaron Ungar *OF RECENT DEVELOPMENTS RELEVANT TO DEFENDANTS' RULE 60(b)(6) MOTION* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Strachman, David) (Entered: 04/07/2009) |
| 05/13/2009 | 442 | 72 | MEMORANDUM AND ORDER denying Defendants' Motion to Vacate the Default Judgment. So Ordered by Judge Ronald R Lagueux on 5/13/09. (Gilfillan, Barbara) (Entered: 05/13/2009) |
| 05/13/2009 | | | (Court only) ***Motions terminated: 408 MOTION to Set Aside Default *Judgment* filed by The Palestinian Liberation Organization, The Palestinian Authority. (Gilfillan, Barbara) (Entered: 05/13/2009) |
| 05/13/2009 | | | (Court only) ***Civil Case Terminated. (Gilfillan, Barbara) (Entered: 05/13/2009) |
| 06/02/2009 | 443 | 70 | NOTICE OF APPEAL as to 442 Memorandum and Order by The Palestinian Authority, The Palestinian Liberation Organization. Appeal Record due by 7/2/2009. (Sherman, Deming) (Entered: 06/02/2009) |
| 06/03/2009 | 444 | 68 | CLERK'S CERTIFICATE RE: Record on Appeal re 443 Notice of Appeal (Gilfillan, Barbara) (Entered: 06/03/2009) |
| 06/03/2009 | 445 | 67 | APPEAL COVER SHEET Re: 443 Notice of Appeal filed by The Palestinian Liberation Organization, The Palestinian Authority (Gilfillan, Barbara) (Entered: 06/03/2009) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1.   D.C.: CA 00-105L          C.A.#_____

2.   TITLE OF CASE - Estate of Yaron Ungar v. PA and PLO

3.   NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

   **Richard A. Hibey, 655 Fifteenth St., NW Washington, DC
   20005-5701**

4.   NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

   **David Strachman, 320 So. Main St. Providence, RI 02903**

5.   NAME OF JUDGE: Ronald R. Lagueux

6.   FEE PAID

7.   RELATED CASE ON APPEAL

   C.C.A. # (IF AVAILABLE)

   DATE OF LAST N.O.F.A. FILED     _____

8.   SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1.   D.C.: CA 00-105L          C.A.#_____

2.   TITLE OF CASE - Estate of Yaron Ungar v. PA and PLO

3.   NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

     **Richard A. Hibey, 655 Fifteenth St., NW Washington, DC 20005-5701**

4.   NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

     **David Strachman, 320 So. Main St. Providence, RI 02903**

5.   NAME OF JUDGE: Ronald R. Lagueux

6.   FEE PAID

7.   RELATED CASE ON APPEAL

     C.C.A. # (IF AVAILABLE)

     DATE OF LAST N.O.F.A. FILED    _____

8.   SPECIAL COMMENTS:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, Wednesday, June 3, 2009

David A. DiMarzio, CLERK


BY: *Barbara J. Gilfillan*
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____

THE ESTATE OF YARON UNGAR, et al.,          )
                                            )
        Plaintiffs,                         )
                                            )
            v.                              )     C.A. No. 00-105L
                                            )
THE PALESTINIAN AUTHORITY, et al.,          )
                                            )
        Defendants.                         )
                                            )
_____)

**Notice of Appeal**

Notice is hereby given that the PALESTINIAN AUTHORITY and the PALESTINE

LIBERATION ORGANIZATION, Defendants in the above named case, hereby appeal to the

United States Court of Appeals for the First Circuit from a final order of the District Court

denying Defendants' request for relief under Federal Rule of Civil Procedure 60(b) (DE 442)

entered in this action on the 13th day of May, 2009.

Dated: June 2, 2009                 /s/ Richard A. Hibey
                                    Richard A. Hibey (D.C. Bar #74823)
                                    Admitted *pro hac vice*
                                    Mark J. Rochon (D.C. Bar #376042)
                                    Admitted *pro hac vice*
                                    MILLER & CHEVALIER CHARTERED
                                    655 Fifteenth Street, N.W., Suite 900
                                    Washington, DC  20005-5701
                                    Tel. (202) 626-5800
                                    Fax. (202) 628-0858
                                    rhibey@milchev.com

PRV 1018213.1

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the*
*Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on this 2nd day of June 2009, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

David J. Strachman, Esq.
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI  02903
djs@mtlesq.com
*Attorneys for Plaintiffs*

- Raymond A. Marcaccio, Esq.
  ram@om-rilaw.com

- James R. Oswald, Esq.
  joswald@apslaw.com

- Karen Ann Pelczarski, Esq.
  kap@blishcavlaw.com

and mailed to the following counsel of record:

Robert A. Alessi, Esq.
Mary McCann, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702

    /s/ Deming E. Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


The ESTATES OF Yaron UNGAR and
Efrat UNGAR by and Through the
Administrator of Their Estates David
STRACHMAN; Dvir Ungar, Minor, by his
Guardians and Next Friend, Professor
Meyer Ungar; Judith Ungar; Rabbi Uri
Dasberg; Judith Dasberg (Individually
and in Their Capacity as Legal Guardians
of Plaintiffs Dvir Ungar and Yishai Ungar);
Amichai Ungar; Dafna Ungar; and Michael
Cohen,

Plaintiffs,

vs.                                    C.A. No. 00-105L

The PALESTINIAN AUTHORITY (a.k.a. "the
Palestinian Interim Self-Government
Authority"); the Palestine Liberation
Organization; Yasser Arafat; Jibril Rajoub;
Muhammed Dahlan; Amin Al-Hindi; Tawfik
Tirawi; Razi Jabali; Hamas-Islamic
Resistance Movement (a.k.a. "Harakat Al-
Muqawama Al-Islamiyya"); Abdel Rahman
Ismail Abdel Rahman Ghanimat; Jamal Abdel
Fatah Tzabich Al Hor; Raed Fakhri Abu
Hamdiya; Ibrahim Ghanimat; and Iman Mahmud
Hassan Fuad Kafishe,

Defendants.


MEMORANDUM AND ORDER


     This matter is before the Court on the Motion of Defendants

the Palestinian Authority ("the PA") and the Palestine Liberation

Organization ("the PLO") to set aside the default judgment that

was entered against them by this Court in 2004.

     In 1996, U.S. citizen Yaron Ungar and his Israeli wife,

Efrat Ungar, were murdered in Israel by Hamas terrorists.
Plaintiffs, who are their surviving family members and the
administrator of their estates, brought this action pursuant to
the Antiterrorism Act of 1991, 18 U.S.C. § 2333 *et seq.* This
federal statute provides a cause of action for American nationals
injured in their person, property or business by an act of
international terrorism. 18 U.S.C.A. § 2333(a) (1992).
Plaintiffs named as defendants the Palestinian Authority ("the
PA"), the Palestine Liberation Organization ("the PLO"), the
Hamas-Islamic Resistance Movement (a.k.a. "Harakat Al-Muqama Al-
Islamiyya") (hereinafter "Hamas"), various officials of the PA
and the PLO including Yasser Arafat, and individual Hamas members
who participated in the deadly attack on the Ungars.

No Defendant has answered Plaintiffs' Amended Complaint, and
appearances have been entered only on behalf of Defendants PA and
PLO. Nevertheless, this matter has generated no small amount of
legal activity, resulting in five previous decisions written by
this Court, several Reports written by Magistrate Judge David
Martin of this Court, as well as one published decision, and one
unpublished, from the First Circuit Court of Appeals. Eight
years of legal wrangling culminated in a default judgment in the
amount of $116,409,123.00, which was entered jointly and
severally against Defendants Hamas, the PLO and the PA. Citing
Federal Rules of Civil Procedure Rule 60(b)(6), the PLO and PA

-2-

now seek to have this judgment vacated, on the grounds that exceptional circumstances warrant such relief. The Court has heard oral arguments, reviewed the parties' written submissions and examined the pertinent law, and now determines that Defendants' Motion must be denied for reasons explained below.

## Factual background

On June 9, 1996, Yaron and Efrat Ungar were traveling home from a wedding with their nine-month old son, Plaintiff Yishai Ungar, in the back seat, when a group of men in another vehicle pulled up along side of them and opened fire. Yaron and Efrat were killed, but their baby was unharmed. Their assailants included Defendants Abdel Rahman Ismail Abdel Rahman Ghanimat, Jamal Abdel Fatah Tzabich Al Hor, and Raed Fakhri Abu Hamdiya, all members of Hamas. Two of the assailants, along with co-conspirator Defendant Iman Mahmud Hassan Fuad Kafishe, were convicted in an Israeli court on charges related to this incident. The third assailant remains at large. In 1999, Rhode Island attorney David Strachman was appointed Administrator of the estates of Yaron and Efrat Ungar, by the appropriate Israeli court. Strachman filed the present lawsuit on behalf of the estates in 2000. Other Plaintiffs include the Ungar's firstborn child, Dvir Ungar, who was not in the car during the shooting, as well as the couple's parents and siblings.

-3-

**Travel**

The court will briefly summarize the litigation in this case to date.  For more detailed treatments, the reader is advised to examine the Court's prior written decisions in this matter.

### *Ungar I*

In 2001, this Court addressed the PA and PLO's Motion to Dismiss, brought pursuant to Federal Rules of Civil Procedure Rule 12(b), arguing that the Court lacked both subject matter jurisdiction over this case and personal jurisdiction over these Defendants, that there was insufficient service of process, improper venue, inconvenient forum, and that the Complaint failed to state a claim for which relief could be granted.

In its decision, this Court concluded that subject matter jurisdiction was present because the cause of action was properly based on federal statute, 18 U.S.C. § 2333.  Estates of Ungar ex rel. Strachman v. Palestinian, 153 F. Supp. 2d 76, 86 (D.R.I. 2001) ("Ungar I").  Moreover, the Court's exercise of personal jurisdiction over the PA and the PLO was proper based upon these organizations' contacts with the United States.  Id. at 88. Defendants' arguments based on venue, service of process and the convenience of the forum were likewise deemed without merit.  Id. at 95, 100.

This Court found that it lacked personal jurisdiction over the individual PA and PLO officials named as Defendants, and

-4-

claims against them were dismissed.  Id. at 95.  All claims
brought on behalf of Efrat Ungar and her estate pursuant to the
Antiterrorism Act were dismissed because her status as an Israeli
citizen excluded her from the scope of the Act. Id. at 97, see 18
U.S.C. § 2333.  Tort claims based on Rhode Island state law were
also dismissed, because the Court determined that Israeli law
would control any non-federal claims.  Id. at 99. Plaintiffs were
granted leave to amend the complaint to add properly-pled tort
claims.  Id. at 100.

Plaintiffs revised their Complaint, dropping claims on
behalf of Efrat Ungar from Count I, the claim brought under the
Antiterrorism Act, and adding claims for negligence, assault and
breach of statutory obligation under the Israeli Civil Wrongs
Ordinances.  The Amended Complaint retains allegations against
all original Defendants.

At the conclusion of these proceedings, counsel for the PA
and the PLO, former United States Attorney General Ramsey Clark,
stated in open court that he had spoken personally to Yasser
Arafat, the leader of both the PA and the PLO, and was instructed
not to file an answer or defend this case on the merits because
Arafat would not recognize the jurisdiction of this or any
American court over the PA or PLO.

### _Ungar II_

In 2002, the PA and the PLO filed a second Motion to

-5-

Dismiss.  This Motion alleged that the Amended Complaint failed to state claims for which relief could be granted because the ultimate resolution of the claims would require an analysis of non-justiciable issues.  Specifically, Defendants argued that Plaintiffs' claims could not be properly litigated in this Court because of the complex and sensitive political issues involved, the difficulty in obtaining information from the war-torn region, and the lack of manageable judicial standards. To strengthen their argument, Defendants asserted that they were entitled to sovereign immunity because Palestine was very close to gaining full membership to the United Nations.  These arguments were rejected by this Court and the Motion was denied.  _Estates of Ungar ex rel. Strachman v. Pales. Auth._, 228 F. Supp. 2d 40, 49 (D.R.I. 2002) ("_Ungar II_").

Along with their Motion, Defendants petitioned the Court to reconsider its ruling in _Ungar I_.  In the alternative, Defendants requested the right to file an interlocutory appeal of _Ungar I_, and called for the matter to be stayed while such appeal was heard.  These requests were also denied by the Court.  _Ungar II_, 228 F. Supp. 2d at 51.

Following the release of this Court's decision, the PA and the PLO then filed a Motion for Reconsideration of _Ungar II_, which was denied.  Next, these Defendants filed an interlocutory appeal of the denial of the Motion for Reconsideration.  In an

-6-

unpublished decision, the First Circuit denied the Motion and affirmed this Court's rulings in <u>Ungar II</u>.  At the same time, the First Circuit indicated that Defendants' opportunity to develop a sovereign immunity defense was still available because Defendants had not yet answered the complaint.  <u>Ungar, et al., v. The Palestinian Liberation Organization, et al.</u>, 2003 WL 21254790 (C.A. 1).

### Default

Just before the First Circuit issued its judgment, Judge Martin, in April 2003, directed the Clerk of this Court to enter a default against the PA and the PLO for their failure to answer the Amended Complaint.  In a subsequent Report and Recommendation,[1] Judge Martin recounts that he had determined, at this juncture, that "the Palestinian Defendants' failure to file an answer to the Amended Complaint was the result of a deliberate choice and not due to an inability to file an answer."  <u>Estates of Ungar & Ungar v. Palestinian Authority</u>, 325 F. Supp. 2d 15, 40 (D.R.I. 2004) ("<u>Ungar V</u>").

In February and April of 2003, Plaintiffs twice moved for the entry of default judgment against these Defendants, citing Defendants' repeated refusal to comply with discovery requests

---

[1]  Judge Martin's Report and Recommendation was issued on March 31, 2004, and is incorporated in its entirety in this Court's fifth decision, referred to herein as <u>Ungar V</u>, <u>Estates of Ungar & Ungar v. Palestinian Authority</u>, 325 F. Supp. 2d 15 (D.R.I. 2004).

and discovery orders.  These motions were referred to Judge
Martin.  In May 2003, Judge Martin declined to hear arguments on
the motions, "electing instead to explicitly warn Defendants that
their continued failure to comply with discovery could result in
the entry of default judgment against them."  Ungar V at 41.

Later in May 2003, Plaintiffs again moved for the entry of
default judgment against Defendants PA and the PLO pursuant to
Federal Rules of Civil Procedure Rule 55(b)(2), this time citing
their failure to answer the complaint.  Defendants followed up
with three consecutive motions for extension of time, all of
which were granted by Judge Martin.  In July 2003, Judge Martin
held a hearing on the Plaintiffs' motions for default judgment,
and took these motions under advisement.  Ungar V, 325 F. Supp.
2d at 44.

### *Ungar III*

The Court next reviewed and accepted in part Judge Martin's
July 2003 Report and Recommendation ("R & R") on Plaintiffs'
motion to enter final judgment against Hamas and the individual
Hamas Defendants.  No objection had been filed to Judge Martin's
R & R, the text of which is incorporated in its entirety in Ungar
ex rel. Strachman v. Palestinian Authority, 304 F. Supp. 2d 232,
279 (D.R.I. 2004) ("Ungar III").

Because Hamas and the five individual Hamas Defendants had
not answered or otherwise defended against the Complaint, Judge

-8-

Martin extensively analyzed the Court's exercise of personal and subject matter jurisdiction over these Defendants.  He determined that jurisdiction was properly exercised over Hamas, and that the organization had been properly served.  Id., 304 F. Supp. 2d at 250-258.  However, he recommended the dismissal of the five individual Hamas Defendants on jurisdictional grounds, due to their lack of contact with or activity within the United States. Id. at 260.  In addition, Judge Martin calculated damages for Plaintiffs on Count I of the Amended Complaint in the amount of $116,409,123.00.

These recommendations were adopted by this Court, which ruled further that final judgment could be entered against Defendant Hamas without delay.  Id. at 241.  Judge Martin's additional recommendation, that Plaintiffs be awarded prejudgment interest, was rejected by this Court on the grounds that the treble damage award mandated by 18 U.S.C. § 2333 was sufficiently punitive.  Id. at 237.

### *Ungar IV*

In June 2003, Defendants PA and PLO moved to dismiss the claims against them pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, on the grounds that they were entitled to sovereign immunity.  Defendants also argued that the jurisdictional bar imposed by 18 U.S.C. § 2337, which excludes sovereign states from the scope of the Antiterrorism Act,

-9-

prevented the Court from properly exercising jurisdiction. Finally, Defendants again argued, as they had in Ungar II, that the claims were not appropriate for judicial review because they were political in nature.  These arguments were rejected by this Court, and Defendants' Motion was denied.

### Doctrine of Non-justiciability

Because the arguments concerning the region's ongoing political upheaval that are presently before the Court resemble so closely the non-justiciability arguments previously made by Defendants in Ungar II and Ungar IV, the Court will briefly reiterate its prior reasoning. Explaining in Ungar IV that the Antiterrorism Act provides judicially-discoverable standards for deciding Plaintiffs' claims because the Act creates a cause of action, and supplies a precise definition, for acts of international terrorism, this Court wrote,

> The fact that the PA and PLO's alleged terrorist acts may have arisen in a politically charged context and were committed in an area where the United States has a strong foreign policy interest does not convert the present tort claims into non-justiciable political questions.

Estates of Ungar v. Palestinian Authority, 315 F. Supp. 2d 164, 174 (D.R.I. 2004) ("Ungar IV").  Citing the case that resulted from a previous, notorious act of terrorism, Klinghoffer v. S.N.C. Achille Lauro, 937 F.2d 44 (2d Cir. 1991), this Court stated that, like the Klinghoffer Court, it "would not give its

-10-

views on the broader political questions forming the backdrop of
the lawsuit and would only determine whether and to what extent
the plaintiffs could recover in tort for the acts of violence
committed against them." <u>Ungar IV</u>, 315 F. Supp. 2d at 174.

### *Sovereign immunity*

In response to Defendant's assertion that they are entitled
to sovereign immunity, Plaintiffs argued that Defendants had
waived their right to use this defense when they failed to answer
the Amended Complaint.  Any affirmative defense, Plaintiffs
argued, must be specifically set forth in the answer, as required
by Federal Rules of Civil Procedure Rule 8(c).  However, the
Court rejected Plaintiffs' waiver argument:

> The current posture of this case presents
> a procedural irregularity because the PA and
> the PLO failed to file an answer and have
> been defaulted.  These Defendants have chosen
> not to challenge the merits of Plaintiffs'
> case and decided instead to place all of
> their eggs in one basket: this present
> motion.  Unfortunately for Defendants, as
> will be discussed below, that basket is
> porous.  However, procedurally, sovereign
> immunity is a jurisdictional defense, which a
> defendant may raise at any point in the
> litigation.  Therefore, the PA and PLO
> Defendants' failure to file an answer and
> thus default do not affect their ability to
> now raise a sovereign immunity defense.

<u>Id.</u>, 315 F. Supp. 2d at 176.

In order to determine whether the PA and the PLO were
entitled to sovereign immunity, this Court analyzed the legal

-11-

requirements for statehood, as established by the 1933 Montevideo Convention on the Rights and Duties of States, codified in the United States in Section 201 of the Restatement Third on Foreign Relations Law.   Pursuant to these standards, an entity may be defined as a state, and invoke sovereign immunity, when it is characterized by: 1) a permanent population; 2) a defined territory; 3) a government; and 4) the capacity to enter into relations with other states.   Id. at 177.   This Court found that neither the PA nor the PLO met these criteria for statehood.   Id. at 183.   The Court determined further that the criteria for sovereignty included in the Antiterrorism Act, 18 U.S.C. § 2337, coincided with those of the Montevideo Convention.   Consequently, Defendants' motion to dismiss on the basis of sovereign immunity was denied.

### *Ungar V*

On March 31, 2004, Judge Martin issued another Report and Recommendation ("R & R"),[2] in response to Plaintiffs' motions, advising this Court to enter default judgment against the PA and the PLO in the amount of $116,409,123.00.   Judge Martin found that Defendants' failure to comply with discovery had been willful, and attributable to the PA, rather than its counsel. Estates of Ungar & Ungar v. Palestinian Authority, 325 F. Supp.

_____

[2] Judge Martin's March 31, 2004, R & R is incorporated in its entirety into Ungar V.

-12-

2d 15, 61-63 (D.R.I. 2004) ("<u>Ungar V</u>").  He wrote,

> By refusing to answer any interrogatories,
> admit any facts, produce any documents, or
> produce any officers or employees for
> depositions, the PA effectively frustrates
> the Plaintiffs' ability to prove their
> claims.  This is not a case where default
> judgment is sought as a sanction for one or
> two discovery failings...Here, in contrast, I
> find that the blanket refusal of the PA to
> provide *any* discovery is extremely
> prejudicial.

<u>Id.</u> at 62.

Plaintiffs' made a third motion for entry of default judgment pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), based on Defendants' failure to answer or otherwise defend against the Amended Complaint.  In recommending that the motion be granted, Judge Martin noted that Defendants undeniably had received notice of the Complaint; that Defendants, rather than their counsel, were responsible for the failure to answer; that Defendants had adequate time in which to answer; and, finally, that Defendants' failure to answer was willful.  <u>Id.</u>, 325 F. Supp. 2d at 65. In a footnote to the R & R, Judge Martin also cited language from his earlier order granting Plaintiffs' Motion to Enter Default, discounting Defendants' argument that volatile circumstances in the Mid-East prevented them from answering the Complaint:

> ...it is clear that their failure to file an
> answer to Plaintiffs' Amended Complaint is
> the result of a deliberate choice and not due

-13-

> to an inability to file an answer.  The
> Palestinian Defendants acknowledge that
> '[t]he drafting and filing of an answer is
> within defendants' limited capacities...'
> Indeed, it would be almost impossible for
> them to contend otherwise given their
> extensive filings as reflected in
> the...travel.

Id., 325 F. Supp. 2d at 65, fn. 52 (citation to Defendants'
memorandum omitted.)

Defendants objected to the R & R, and also appealed a
separate order made by Judge Martin requiring them to pay
Plaintiffs attorneys' fees as a sanction for their failure to
provide Plaintiffs with any discovery throughout the duration of
the litigation.  Plaintiffs, for their part, moved the Court to
amend a portion of its order on sovereign immunity included in
Ungar IV.  These three motions were the subjects of Ungar V.

### Objections to the R & R

Defendants objected to Judge Martin's R & R on six grounds,
many of which will resonate with familiarity even to a newcomer
to this matter.  First, Defendants argued that the Court lacked
subject matter jurisdiction over this litigation because the
issues herein are non-justiciable, and because Defendants are
entitled to sovereign immunity. Citing its previous analysis,
this Court overruled this objection.  Id., 325 F. Supp. 2d at 22.

Next, Defendants argued that their objective is to protect
and promote the interest of the Palestinian people and that they

-14-

lack the intent to engage in terrorism as it is defined by the Antiterrorism Act.  Explaining that it was compelled to consider all of Plaintiffs' allegations as true in light of Defendants' failure to answer the complaint or comply with discovery, this Court overruled this objection as well.  Id. at 23.

Third, Defendants argued that the effect of the R & R is to impose the burdens of litigation on them before they have received a final determination on their claim of sovereign immunity.  Noting that Defendants had "increased the costs borne by Plaintiffs and prolonged this litigation unnecessarily" with their repetitive claims of sovereign immunity, the Court rejected this argument.  Id. at 23.

Defendants' fourth objection was similarly overruled. Defendants asserted that the R & R failed to consider the difficult conditions endured by the Palestinian government, the PA and the PLO, which conditions made discovery difficult and adverse to Palestinian national interests.  Defendants' assertion is belied by the extent of the filings they were able to make throughout the litigation.  Moreover, both this Court and Judge Martin gave Defendants repeated opportunities to present affidavits or other evidence, extending time limits and continuing hearings.

> Yet, these Defendants made the deliberate
> choice not to participate in this litigation
> and have not answered a single interrogatory
> or request for admission or produced a single

-15-

document sought by Plaintiffs.

Id. at 24.  Defendants' fifth objection was that Judge Martin erred in finding that the Court could exercise personal jurisdiction over the PA and the PLO.  The Court overruled this objection as well, citing the reasoning set forth in Ungar I.

Defendants' final objection to the R & R was that the damages award for the death of only one person was disproportionate in light of the thousands of civilians who have died in the ongoing conflict in the disputed territories of Israel and the Gaza Strip.  Moreover, Defendants argued, the burden of paying the award would fall on the already-impoverished and oppressed Palestinian people.  In rejecting this argument, this Court pointed out that it was a deliberate and strategic decision on the part of Defendants to refuse to participate in either a trial which would have assessed their liability or in the hearing on damages.  Id., 325 F. Supp. 2d at 24. Overruling all six objections made by Defendants, this Court adopted Judge Martin's second R & R in its entirety. Id. at 25.

### Attorneys' fees

Defendants further objected to Judge Martin's order of March 31, 2004, granting Plaintiffs' request for attorneys' fees as a sanction for its many delays and ultimate refusal to comply with discovery requests and orders, pursuant to Federal Rules of Civil Procedure Rule 37(b)(2).  Defendants argued that the award of

-16-

$116,409,123.00 was excessive, that the discovery requests were unreasonable, and that their position on discovery had been taken in good faith.  This Court, however, affirmed Judge Martin's ruling:

> Given the PA's history of refusing to comply with this Court's orders and the rules of procedure governing depositions, interrogatories, and requests for the production of documents and for admissions, this Court finds Judge Martin's conclusion to sanction the PA for its deliberate actions to delay the completion of this litigation to be clearly correct.

Id. at 26.

### Waiver of sovereign immunity

Finally, Ungar V also addressed Plaintiffs' Motion, brought pursuant to Federal Rules of Civil Procedure Rule 59(e), for this Court to reconsider its ruling in Ungar IV that Defendants had not waived their right to assert a sovereign immunity defense by failing to advance the defense in an answer.  Plaintiffs also pointed to statements, or admissions, made by Defendants as to their "undefined" status to support their argument that Defendants had waived the sovereign immunity defense.  Reviewing the Ungar IV analysis, this Court pointed out that its determination that Defendants had not waived the defense was essentially *dicta* because the Court's ruling was that Defendants were not entitled to sovereign immunity – rendering the waiver argument moot.  Id. at 27.  Moreover, the Court concluded, in

-17-

Ungar V, that Defendants had never made the "clear, complete, unambiguous, and unmistakable manifestation of the sovereign's intent to waive its immunity" which was required by the Foreign Sovereign Immunities Act, 28 U.S.C.A. § 1605(a)(1) in order to make a valid waiver.  Id. at 27.  Consequently, Plaintiffs' Motion to Amend was denied.  Id. at 28.

### First Circuit appeal

Defendants PA and PLO appealed this ruling to the First Circuit Court of Appeals.  In Ungar v. Palestine Liberation Organization, 402 F.3d 274 (1st Cir. 2005), the First Circuit held that the case was justiciable, and that the sovereign immunity defense was unavailing.  Id. at 282, 292.

Defendants argued that the default judgment should be overturned because they were entitled to have received a final determination on their sovereign immunity defense before being required to participate in the litigation.  In response, the Court noted that this Court's jurisdiction indeed would have lapsed had Defendants moved to dismiss the complaint on the basis of sovereign immunity and then timely appealed the denial.  Id. at 293.  However, the Court went on to point out the flaw in Defendants' reasoning:

> None of the cited cases stand for the
> proposition that sovereign immunity is a
> trump card that may be held in reserve until
> a defendant sees fit to play it, thus
> enabling the defendant to stop the litigation
> in its tracks at a time of its choosing. ...

-18-

> The defendants, for whatever reason, elected not to assert sovereign immunity in either of their first two motions to dismiss. By the time that the district court ordered the entry of default, the defendants still had not moved to dismiss on the grounds of sovereign immunity.

402 F.3d at 293. Concluding that Defendants "have failed to show that the district court acted precipitously either in entering default or in reducing the default to judgment," the First Circuit affirmed Ungar V in its entirety.[3]

### Defendants' Motion to Vacate Default Judgment

Now Defendants PA and the PLO come before the Court years later seeking to set aside the $116 million default judgment entered against them by this Court's ruling in Ungar V, 325 F. Supp. 2d 15 (D.R.I. 2004). Arguing that extraordinary circumstances exist that compel vacatur, Defendants make their motion pursuant to Federal Rule of Civil Procedure 60(b)(6). Defendants argue that their previous litigation strategy failed to develop important distinctions between them and their Hamas co-defendants. In fact, Hamas not only carried out the attack against the Ungars at a time when the PA and the PLO assert that they were actively engaged in cooperative efforts with Israel and the United States to prevent anti-Israel violence, but, indeed,

---

[3] Defendants then appealed the First Circuit's ruling to the Supreme Court, which denied the petition for certiorari at 546 U.S. 1034 (2005).

-19-

Hamas carried out the attacks <u>in order</u> to disrupt these peace efforts.  The PA and PLO assert that they share no culpability for the attack on the Ungars; the judgment against them reflects only their former misunderstanding of the Court's proceedings and their consequent procedural mistakes.  They are now fully committed to litigate the matter on the merits, in good faith. They argue that the already-impoverished Palestinian people will endure further suffering if Defendants are forced to pay the judgment for acts of terrorism for which they bear no responsibility.  Moreover, Defendants argue that the Ungars' remedy should be limited to the judgment they have already secured against Hamas, the actual perpetrators of the attack.

In response to these arguments, Plaintiffs assert that Defendants' Motion is another tactic in a consistent pattern aimed at derailing the litigation and frustrating Plaintiffs, through deliberate delays and refusal to cooperate with the Court.  Plaintiffs allege that Defendants have stated that they "will never pay" the judgment.  Moreover, because the default was the result of Defendants' willful and deliberate conduct, they are barred from relief under Rule 60(b)(6).

Federal Rule of Civil Procedure 60(b) empowers federal courts "in certain carefully delimited situations . . . to 'vacate judgments whenever such action is appropriate to accomplish justice.'" <u>Teamsters, Local No. 59 v. Superline</u>

Transp. Co., 953 F.2d 17, 19 (1st Cir. 1992)(quoting Klapprott v. United States, 335 U.S. 601, 614-15 (1949)).  Courts applying Rule 60(b) seek to balance competing priorities: resolving disputes on their merits, on the one hand, and, on the other, recognizing the finality of judgments.  Superline, 953 F.2d at 19.

In Rule 60(b)(1)-(5), the Rule provides five specific reasons for which relief may be granted, ranging from fraud, mistake to newly-discovered evidence.  The final section, 60(b)(6), adds a catch-all category for "any other reason that justifies relief."  Fed. R. Civ. P. 60(b)(6).  This section operates exclusively of the other five categories; relief is only appropriate when subsections (1) through (5) do not apply.  Cotto v. United States, 993 F.2d 274, 278 (1st Cir. 1993).

In general, courts are reluctant to disturb judgments under Rule 60(b) unless the movant can demonstrate that certain criteria have been achieved, including timeliness, the existence of exceptional circumstances justifying extraordinary relief, and the absence of unfair prejudice to the opposing party. Superline, 953 F.2d at 19 -20.  In addition, in order to obtain relief under Rule 60(b), a litigant "must give the trial court reason to believe that vacating the judgment will not be an empty exercise."  Id.  Although the movant need not show "an ironclad claim or defense which will guarantee success at trial," it must

-21-

at least demonstrate that it possesses "a potentially meritorious claim or defense which, if proven, will bring success in its wake." Id. at 21.

The Court notes that, if it were to grant the motion to vacate the default, this would be extremely prejudicial to the Plaintiffs because they would be unable to conduct much of the crucial discovery that would have been possible years ago when they first requested it.  Chief among key witnesses who are no longer available is Yasser Arafat, who died four months after the entry of the default judgment.  In addition, important documents, which were located in PA offices in the Gaza Strip, are no accessible to the PLO or the PA since Hamas has taken control of this area.

However, analysis of the prejudice to plaintiffs and the other Superline factors is not determinative to the Court's decision herein because, in the First Circuit, a litigant's strategic choice to default precludes a finding of exceptional circumstances under Rule 60(b)(6).  In Paul Revere Variable Annuity Ins. Co. v. Zang, 248 F.3d 1, 5 (1st Cir. 2001), the First Circuit affirmed the trial court's denial of plaintiffs' 60(b)(6) motion, explaining that district courts have broad discretion to determine whether or not a case presents exceptional circumstances which would justify such extraordinary relief.  Citing operative language from the Supreme Court's

decision in <u>Ackermann v. U.S.</u>, 340 U.S. 193, 198 (1950), the
First Circuit described the <u>Paul Revere</u> plaintiffs' litigation
decision as a "free, calculated, and deliberate" one.  The
purpose of the Rule, the Court went on, is not to relieve a party
from calculated decisions made in the course of formulating
litigation strategy.

> Where a party makes a considered choice,
> though it may involve some calculated risk,
> he "cannot be relieved of such a choice
> because hindsight seems to indicate to him"
> that, as it turns out, his decision was
> "probably wrong."

248 F.3d at 6 (quoting from <u>Ackermann</u>, 340 U.S. at 198).

In <u>Claremont Flock Corp. v. Alm</u>, 281 F.3d 297 (1st Cir.
2002), the First Circuit affirmed the denial of a motion for
relief from a default judgment entered against a Swedish
businessman, who claimed that he thought the litigation had ended
after he filed his answer.  Pointing out that Alm had done
nothing to confirm that the lawsuit had been dismissed, the Court
went along with the trial court's determination that the default
was a result of Alm's own negligence and not extraordinary
circumstances beyond his control.  281 F.3d at 300.  Citing
often-quoted *dicta* from <u>Pioneer Inv. Serv. Co. v. Brunswick
Assoc.</u>, 507 U.S. 380, 393 ("To justify relief under subsection
(6), a party must show extraordinary circumstances suggesting
that the party is faultless in the delay."), the First Circuit

-23-

concluded that, "The district court did not abuse its discretion in drawing this inference of fault from the evidence in the record." Id. at 300.

And, in an earlier case, Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 651 (1st Cir. 1972), the First Circuit held that the government's failure to file an appeal was a bar to its subsequent decision to seek relief from a judgment via a 60(b)(6) motion.

> We do not speculate on the reasons why the government did not pursue its direct attack on the *Lubben* injunction; it was sufficient that the decision to do so was one of unfettered choice and free will. Having made that choice, the government must now live with its decision.

453 F.2d at 652.

Supreme Court jurisprudence provides ample support for the First Circuit's rulings. The Ackermann case, frequently cited by the First Circuit, involved German immigrants whose certificates of naturalization were cancelled during the Second World War. Because they had no money and the U.S. immigration officer who was detaining them advised them that they would be released when the war ended, they did not pursue an appeal. Later, in the face of deportation, they sought relief from the judgment. Rejecting Ackermann's request, the Court wrote,

> His choice was a risk, but calculated and deliberate and such as follows a free choice. Petitioner cannot be relieved of such a

-24-

> choice because hindsight seems to indicate to
> him that his decision not to appeal was
> probably wrong, considering the outcome of
> the Keilbar case.  There must be an end to
> litigation someday, and free, calculated,
> deliberate choices are not to be relieved
> from.

Ackermann v. U.S., 340 U.S. 193, 198 (1950).  This language was recently cited approvingly by the Supreme Court in a criminal case, Gonzalez v. Crosby, 545 U.S. 524, 538 (2005).

In the present case, "someday" has arrived, and it is time for this litigation to end.  Defendants participated extensively in all phases of the litigation to this point, and they are now suffering the consequences of their strategic decisions.  When default was entered against them, Judge Martin noted that Defendants' "failure to file an answer was the result of a deliberate choice and not due to an inability to file an answer." Ungar V, 325 F. Supp. 2d at 40.  When Plaintiffs subsequently twice moved for an entry of default judgment, Judge Martin declined to hear arguments and instead took the opportunity to warn Defendants of the risks they were taking and to give them another opportunity to comply with discovery.  Ungar V at 41. Throughout the eight-year span of this litigation, time limits were extended and continuances granted as this Court repeatedly provided Defendants with the chance to defend themselves against Plaintiffs' allegations.  The First Circuit indicated its accord with the conclusions of both Judge Martin and this writer, when

-25-

it wrote, "The district court found, and the defendants' own words appear to confirm, that this recalcitrance was intentional and designed to accomplish some obscure strategic aim." Ungar v. Palestine Liberation Organization, 402 F.3d 274, 293 (1st Cir. 2005). Early in the litigation, former United States Attorney General Ramsey Clark revealed that this was Defendants' litigation strategy when he made his monumental judicial admission that Yasser Arafat had instructed him not to file an answer or defend this case on the merits because Arafat would not recognize the jurisdiction of this or any American court over the PA or PLO. These choices were the intentional, deliberate and binding decisions made by the PA's dictatorial leader. Defendants must now accept the consequences of these decisions.

Conclusion

For these reasons, Defendants' Motion to Vacate the Default Judgment is denied.

It is so ordered.

Ronald R. Lagueux
Senior United States District Judge
May 13 , 2009

-26-

97