# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

v.                                      C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

## [PROPOSED]
## ORDER

For the reasons set forth in Plaintiffs' Application Pursuant to Fed.R.Civ.P. 28(b)(2)

for Appointment of a Commissioner to Administer Oath it is hereby

ORDERED, pursuant to Fed.R.Civ.P. 28(b)(2), that Amy Gitlin, Esq., shall be and hereby

is appointed as a commissioner authorized to administer an oath and carry out the other duties of

an officer set forth in Fed.R.Civ.P. 30(b)(5) in the deposition to be conducted in this matter in

Jerusalem on June 6, 2009.

SO ORDERED

Date:

_____
Senior United States District Judge