

| David A. DiMarzio<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>*District of Rhode Island* | Paulette Dube<br>Chief Deputy |
|---|---|---|

October 2, 2009

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: Appeal CA 00-105L - Ungar v. PLO

Dear Mr. Donovan:

Enclosed  please find Exhibit #417 (CD).

Please confirm  receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,
/s/ Barbara J. Gilfillan
Deputy Clerk