David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
*District of Rhode Island*

Paulette Dube
Chief Deputy

September 28, 2009

**RECEIVED**

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

OCT · 1 ···

**U.S. DISTRICT COURT
DISTRICT OF R.I.**

Re: Appeal CA 00-105L - Ungar v. PLO

Dear Mr. Donovan:

Enclosed  please find documents 1-334 which represent the un-scanned documents for the above entitled case ( 7 files).

Please confirm  receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,
/s/ Barbara J. Gilfillan
Deputy Clerk