## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

  v.                                  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

### CONSENT MOTION

On May 5, 2005, this Court entered an Injunction prohibiting Defendants – Judgment Debtors from withdrawing or transferring their assets "located within the jurisdiction of the United States or of any State thereof." Dkt. # 322.

The need has now arisen to enable the transfer of funds into the undersigned's escrow account. Accordingly, Plaintiffs – Judgment Creditors respectfully request that the Court enter the attached proposed Order.

Counsel for Defendants – Judgment Debtors Palestinian Authority and Palestine Liberation Organization consent to this motion.

WHEREFORE the instant motion should be granted.

                                      Plaintiffs, by their Attorney,

                                      /S/ David J. Strachman
                                      David J. Strachman #4404
                                      McIntyre, Tate & Lynch LLP
                                      321 South Main Street, Suite 400
                                      Providence, RI 02903
                                      (401) 351-7700
                                      (401) 331-6095 (fax)
                                      djs@mtlesq.com

## CERTIFICATION

I hereby certify that on October 13, 2009 I served this consent motion along with the attached proposed order via ECF on the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/S/ David J. Strachman