## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

       v.                                                                         C.A. No. 00 – 105 L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

### MOTION TO SEAL

    Now comes the Plaintiffs and hereby move to seal the anticipated consent order with respect to the Consent Motion filed on October 13, 2009. Dkt. #452.

    This motion is supported by the attached memorandum. A proposed order is also attached hereto.

                                                                     Plaintiffs, by their Attorney,

                                                                     /S/ David J. Strachman
                                                                     David J. Strachman #4404
                                                                     McIntyre, Tate & Lynch LLP
                                                                     321 South Main Street, Suite 400
                                                                     Providence, RI 02903
                                                                     (401) 351-7700
                                                                     (401) 331-6095 (fax)
                                                                     djs@mtlesq.com

## **CERTIFICATION**

I hereby certify that on October 15, 2009 I served this document via email on the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

                  /S/ David J. Strachman