UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

v.                                                          C.A. No. 00 – 105 L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### ORDER

For the reasons set forth in the Motion to Seal filed by the Plaintiffs, it is hereby **ORDERED** that the Order entered upon the Consent Motion (Dkt. #452) shall hereby be sealed.

**SO ORDERED**

Date: October 15, 2009

                                                      Ronald R. Lagueux
                                                      Senior United States District Judge