# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

v.                                                                                     C.A. No. 00 – 105 L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

## ORDER

For the reasons set forth in the Motion to Seal filed by the Plaintiffs, it is hereby **ORDERED** that the Order entered upon the Consent Motion (Dkt. # 456) shall hereby be sealed.

**SO ORDERED**

Date: October 21, 2009

                                                     Ronald R. Lagueux
                                                     Senior United States District Judge