DC 11
Rev. 7/82

# WRIT OF EXECUTION

**United States District Court**  DISTRICT: Rhode Island

**TO THE MARSHAL OF:**
District of Rhode Island

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
The Palestinian Authority,
The Palestinian Liberation Organization

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Palestinian Authority | $116,421,048.00 |
| | and |
| Palestine Liberation Organization | $116,414,468.00 |

in the United States District Court for the ___xxxx___ District of ___Rhode Island___,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

The Palestinian Authority,
The Palestinian Liberation Organization

and also the costs that may accrue under this writ.
   And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

**PLACE:** U.S. District Court   **DISTRICT:** Rhode Island
**CITY:** Providence   **DATE:** 2/9/2010

Witness the Honorable ___Ronald R. Lagueux___
(United States Judge)

**DATE:** 11/9/09

**CLERK OF COURT**
(BY) DEPUTY CLERK: [signature] Nowzanki

## RETURN

**DATE RECEIVED**    **DATE OF EXECUTION OF WRIT**

This writ was received and executed.

**U.S. MARSHAL**    **(BY) DEPUTY MARSHAL**