# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ungar | 00-105L |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Palestinian Authority / PLO | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: None in RI

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Strachman
McIntyre Tate & Lynch
Providence RI 02906

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

No CILO in RI
Please return execution asap

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 401-351-7700 x225
DATE: 11/12/09

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 70 | 70 | KW | 11/12/09 |

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Date of Service | Time | |
|---|---|---|
| 11/12/09 | 10:55 | am |

Signature of U.S. Marshal or Deputy: [signature] 706

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
11/12/2009 Returned without Service. No Assets identified on Writ of Execution.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)