# UNITED STATES DISTRICT COURT

## APPLICATION FOR CITATION IN SUPPLEMENTARY PROCEEDINGS

| | | |
|---|---|---|
| Estate of Yaron Ungar, et al., | ) | |
| | ) | |
| vs. | ) | No. 00-105L |
| | ) | |
| The Palestinian Authority, The Palestine Liberation Organization | ) | |

TO THE HONORABLE U.S. DISTRICT COURT

Respectfully Represent:   the Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar and Dafna Ungar Michal Cohen

as judgment creditors of the Palestine Liberation Organization, they obtained a judgment against said Palestine Liberation Organization in the United States District Court for the District of Rhode Island, on the 13th day of July, 2004, that thereafter on the 9th day of November, 2009, execution issued on said judgment, and said execution has been returned to this Court wholly unsatisfied and unpaid;

Said judgment creditors respectfully request that this Court issue a Citation to said judgment debtor to appear before said Court at a time and place in such Citation to be named to show cause why an examination into its circumstances should not be made and an order be entered ordering it to pay said judgment in full or by installments, weekly, monthly or otherwise.

Counsel for the
Judgment Creditors

_____
David L. Strachman, Esq.
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, Rhode Island 02903
(401) 351-7700
(401) 331-6095/fax
djs@mtlesq.com

Let Citation issue returnable on January 13, 2010, at 10:00 o'clock at the United States District Court for the District of Rhode Island

_____
David Martin
United States Magistrate Judge