# UNITED STATES DISTRICT COURT

## CITATION IN SUPPLEMENTARY PROCEEDINGS

Estate of Yaron Ungar, et al.,          )
                                        )
                                        )
            vs.                         )      No. 00-105L
                                        )
The Palestinian Authority, The Palestine
Liberation Organization

To the process servers in the State of Rhode Island:

GREETING:

WHEREAS, the Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Meyer Ungar, Judith Ungar, Uri Dasberg, Judith Dasberg, Amichai Ungar and Dafna Ungar Michal Cohen have filed an application in this Court setting forth that they obtained a judgment in this Court on the 13th day of July, 2004 against the Palestine Liberation Organization for $116,415,468.00 including costs of suit; that thereafter on the 9th day of November, 2009 execution issued on said judgment and said execution has been returned to said Court unsatisfied and unpaid, and requesting an examination into the circumstances of said the Palestine Liberation Organization,

AND WHEREAS, on the  *13th*  day of January, 2010, at *10:00* o'clock in this Court is fixed and appointed as the time and place for hearing of said application.

NOW, THEREFORE, you are hereby required to notify and also to cite said Palestine Liberation Organization to appear before the United Sates District Court for the District of Rhode Island on January  *13* , 2010, at  *10:00 am*  o'clock to show cause why an examination into its circumstances should not be made and an order entered ordering it to pay said judgment in full, or by installments weekly, monthly, or otherwise, and that for failure to so appear as commanded that the Palestine Liberation Organization may be proceeded against as provided by law.

At said hearing, the Court shall make examination of the said Palestine Liberation Organization, or otherwise, as to its income from any source, and its ability to pay said judgment.

Hereof fail not and make true return of this Citation with your doings thereon. Witness, the Seal of the United States District Court for the District of Rhode Island at this *December 7* day of 2009.

*[signatures]*
Deputy Clerk, United States District
Court for the District of
Rhode Island