# UNITED STATES DISTRICT COURT

Estate of Yaron Ungar, et al.,                )
                                              )
                                              )
                                              )
              vs.                             )      No. 00-105L
                                              )
The Palestinian Authority, The Palestine      )
Liberation Organization                       )

## AFFIDAVIT OF SERVICE

I _VINCENT P CATAMERO_
_R I CONSTABLE # 6023_____ hereby affirm, depose and state the
following:

1.   I am a licensed constable in Rhode Island and am authorized to serve all forms of
     process and documents.

2.   On December 8, 2009, I served Deming Sherman personally the following
     documents:

     a.   Citation in Supplementary Proceedings issued to the Palestine Liberation
          Organization;
     b.   Citation in Supplementary Proceedings issued to the Palestinian Authority.

                                                    VINCENT P CATAMERO
                                                    R I CONSTABLE # 6023

STATE OF RHODE ISLAND
County of Providence

    In Providence on the ___ day of April, 2009, before me personally appeared
_____ to me known and known by me to be the party executing the
foregoing instrument and he acknowledged said instrument by him executed to be his free act
and deed.

                                                    _____
                                                    Notary Public