# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

v.                                                                                  C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

## **PLAINTIFFS – JUDGMENT CREDITORS' MOTION FOR A PAYMENT DECREE**

For the reasons set forth in the attached memorandum, the plaintiffs/judgment creditors ("Ungars) respectfully move for an Order

(1) Pursuant to Fed.R.Civ.P. 69 and R.I.G.L. § 9-28-3 ordering, directing and commanding the defendants/judgment debtors to transfer to the Ungars' undersigned counsel on or before February 1, 2010, the full amount of the final judgment entered in this matter on July 13, 2004, including the statutory interest owed thereon (the "Payment");

(2) Directing the Ungars to vacate and/or caused to be vacated, within 3 business days of the receipt of the full amount of the Payment by the Ungars' undersigned counsel, any and all attachments on funds of the defendants/judgment debtors entered by the Jerusalem District Court in the matter of H.P. 4318/05 *Ungar et al. v. Palestinian Authority et al.*; and

(3) Granting any other relief the Court finds just, necessary or appropriate.

        Plaintiffs, by their Attorney,

        /S/ David J. Strachman
        David J. Strachman #4404
        McIntyre, Tate & Lynch LLP
        321 South Main Street, Suite 400
        Providence, RI 02903
        (401) 351-7700
        (401) 331-6095 (fax)
        djs@mtlesq.com

## CERTIFICATION

    I hereby certify that on December 9, 2009 I served this motion via ECF on the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

        /S/ David J. Strachman