UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Estate of Yaron Ungar, et al. <br><br> **Plaintiff(s)** <br><br> v. <br><br> The Palestinian Authority, et al. <br><br> **Defendant(s)** | ) ) ) ) ) ) **Case No.: 00-105L** ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Citation in Supplementary Proceedings

SERVE TO:  The Palestinian Authority

SERVICE ADDRESS:  1320 18th Street, NW, Suite 200, Washington, DC 20036

DATE SERVED:  January 05, 2010   TIME SERVED:  12:14 PM

PERSON SERVED:  Ambassador Halliek,   authorized to accept

Described herein:
Gender: Male   Race/Skin: White   Hair: Gray   Glasses: Yes   Age: 50   Height: 6'2"   Weight: 180

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

_____
Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___5th___ day of ___January___, 2010.

_____
Notary Public
Angela H. Croson

My Commission Expires: 03-31-14

ID: 10-032562

Client Reference: N/A