UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Estate of Yaron Ungar, et al.

)
)
)
)
**Plaintiff(s)** )
) **Case No.: 00-105L**
)
v. )
)
The Palestinian Authority, et al. )
)
)
)
**Defendant(s)** )

## AFFIDAVIT OF SERVICE

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Citation in Supplementary Proceedings

SERVE TO: The Palestinian Liberation Organization

SERVICE ADDRESS: 1320 18th Street, NW, Suite 200, Washington, DC 20036

DATE SERVED: January 05, 2010   TIME SERVED: 12:14 PM

PERSON SERVED: Ambassador Halliek, authorized to accept

Described herein:
Gender: Male   Race/Skin: White   Hair: Gray   Glasses: Yes   Age: 50   Height: 6'2"   Weight: 180

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this  5th  day of January , 2010.

Angela H. Croson
Notary Public
Angela H. Croson

My Commission Expires: 03-31-14

ID: 10-032563

Client Reference: N/A