(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

The Estate of Yaron Ungar, et al.
Plaintiff(s)

v.

Dkt. No. 1:00cv105

The Palestinian Authority, et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Palestinian Authority and the PLO hereby moves that

Brian A. Hill be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Deming E. Sherman
Signature of Local Counsel

E. Deming/Sherman, Esq. (#1138)
Print Name

Edwards Angell Palmer & Dodge LLP
Firm and Business Address

2800 Financial Plaza

Providence, RI 02903

RI Bar ID # 1138

Email: dsherman@eapdlaw.com

Tel. # (401) 276-6443

Fax # (401) 276-6611

---

### ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____        _____
District Judge                                                   Date

## **CERTIFICATION**

I hereby certify that on the 12th day of January, 2010, a copy of the within Motion was sent by electronic means (ECF) to the following counsel of record:

- **David J. Strachman, Esq.**
  djs@mtlesq.com

- **Mark J. Rochon, Esq.**
  mrochon@milchev.com

- **Richard A. Hibey, Esq.**
  rhibey@milchev.com

- **Raymond A. Marcaccio, Esq.**
  ram@om-rilaw.com

- **James R. Oswald, Esq.**
  joswald@apslaw.com

- **Karen Ann Pelczarski, Esq.**
  kap@blishcavlaw.com


                                                    /s/ Deming E. Sherman

PRV 1052244.1