# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REUVEN GILMORE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-853 (GK) |
| ) | |
| PALESTINIAN INTERIM SELF- ) | |
| GOVERNMENT AUTHORITY, *et. al.*,) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiffs, who are various family members of Esh Kodesh Gilmore, the deceased victim of an alleged terrorist shooting in Jerusalem, Israel on October 30, 2000, bring this action against Defendants Palestinian Interim Self-Government Authority ("PA") and Palestinian Liberation Organization ("PLO") under the Anti-Terrorism Act of 1991 ("ATA"), 18 U.S.C. § 2331, et seq. This matter is presently before the Court on Defendants' Motion to Vacate Clerk's Entry of Default [Dkt. No. 107] under Federal Rule of Civil Procedure 55(c). Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that the Motion to Vacate is **granted**; and it is hereby

**ORDERED**, that Defendants shall pay reasonable costs, including court costs and attorney's fees, incurred by Plaintiffs as a result of the default;[1] and it is hereby

**ORDERED**, that Defendants shall post a bond in the amount of **$1 million** no later than **February 1, 2010**; and it is hereby

**ORDERED**, that Plaintiffs' testimony from the damages hearing may be read into the trial record; and it is hereby

**ORDERED**, that an initial scheduling conference will be held in this case on **February 16, 2010**, at **10:30 a.m.**; and it is hereby

**ORDERED**, that the parties shall submit Rule 16 statements by noon on **February 11, 2010**.

 

|  |  |
|---|---|
| December 28, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

Copies to: attorneys on record via ECF

---

[1] The Court does not expect any dispute between the parties over this issue.

2