UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al., )
)
Plaintiffs, )
)
v. ) C.A. No. 00-105L
)
THE PALESTINIAN AUTHORITY, et al., )
)
Defendants. )

[~~PROPOSED~~] ORDER

For the reasons set forth in the Consent Motion filed by Defendants, it is hereby **ORDERED** that, notwithstanding any provision to the contrary contained in the Injunction entered by the Court on May 5, 2005 (Dkt. #322), the Palestinian Authority and the Palestine Liberation Organization shall be, and hereby are, permitted to make wire transfers of funds from accounts outside the United States to an account at PNC Bank designated by the U.S. District Court for the District of Columbia to satisfy the $1 million bond condition imposed by that court in *Gilmore v. Palestinian Interim Self-Government Authority*, No. 01-853 (GK) (D.D.C.).

**SO ORDERED**

Date: 1/19/2010

Senior Judge Ronald R. Lagueux
United States District Court

1023585.1