*(handwritten: 00-00105 / USDC-RIPR / J. Lagueux)*

# United States Court of Appeals
## For the First Circuit

———————————

No. 09-1778

EFRAT UNGAR ET AL.,

Plaintiffs, Appellees,

v.

THE PALESTINE LIBERATION ORGANIZATION ET AL.,

Defendants, Appellants.

———————————

**JUDGMENT**

Entered:  March 25, 2010

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.  All parties shall bear their own costs.

Certified and Issued
as mandate under
Fed. R. App. P. 41

_____ Clerk

_____ Deputy Clerk  *4-16-10*

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Ronald R. Lagueux, Mr. David Dimarzio, Clerk, United States District Court for the District of Rhode Island, Mr. Strachman, Mr. Rochon, Mr. Maraccio, Ms. Pelczarski, Mr. Oswald, Mr. Hibey, Ms. Sherman & Mr. Ferguson.