# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                                                 C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

### [PROPOSED]
### ORDER TO SHOW CAUSE

For the reasons set forth in Plaintiffs–Judgment Creditors' Application for an Order to Show Cause Pursuant to R.I.G.L. § 9-28-6 it is hereby

ORDERED, pursuant to R.I.G.L. § 9-28-6, that Defendants–Judgment Debtors Palestinian Authority and Palestine Liberation Organization ("Judgment Debtors") show cause for their noncompliance with the Memorandum and Order entered in this matter on May 12, 2010 ("May 12 Order"); and it is further

ORDERED, pursuant to R.I.G.L. § 9-28-6, that the Judgment Debtors show cause why an order should not be entered providing that unless the Judgment Debtors comply with the May 12 Order within a time set by the Court their failure to comply shall constitute a contempt of court; and it is further

ORDERED that the Judgment Debtors' response to this Order to Show Cause shall be filed with the Court and served on the Plaintiffs-Judgment Creditors on or before June 8, 2010; and it is further

ORDERED that the Plaintiffs-Judgment Creditors' reply to Judgment Debtors' response to this Order to Show Cause shall be filed with the Court and served on the Judgment Debtors on or before June 15, 2010.

**SO ORDERED**

Date:

_____
Senior United States District Judge