UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION FOR APPROPRIATE RELIEF CONSISTENT WITH THE MANDATE OF THE FIRST CIRCUIT

Defendants the Palestinian Authority and the Palestine Liberation Organization move this Court for appropriate relief from Magistrate Judge David Martin's May 12, 2010 "Memorandum and Order" in the above-captioned matter.

In support of this Motion, defendants incorporate by reference their Memorandum of Points and Authorities in Support of Defendants' Objections to the Recommendations of Magistrate Judge Martin filed May 28, 2010 (Dkt. 486).

Dated: June 1, 2010

/s/ Richard A. Hibey
Richard A. Hibey (D.C. Bar #74823)
*Admitted Pro Hac Vice*
Mark J. Rochon (D.C. Bar #376042)
*Admitted Pro Hac Vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800
(202) 626-5801 (Fax)
rhibey@millchev.com

PRV 1077200.1

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)
dsherman@eapdlaw.com

Attorneys for the Palestinian Authority and the Palestine Liberation Organization

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2010, a copy of the within Motion was sent by electronic means (ECF) to the following counsel of record:

David J. Strachman, Esq.
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
djs@mtlesq.com

/s/ Deming E. Sherman