<u>DISTRICT COURT OF THE UNITED STATES</u>
<u>FOR THE DISTRICT OF RHODE ISLAND</u>

EFRAT UNGAR, ET AL

VS.                              CA NO. 00-105L

Palestinian Liberation Organization, et al

<u>PRE-HEARING ORDER</u>

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all pre-hearing discovery be completed by **November 19, 2010**. Court further orders that counsel present the following by December 17, 2010.

1.  A typewritten memorandum in which

   (a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his testimony.

   (b) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his testimony.

   2. Memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.



3.  A list of all exhibits intended to be offered with statements of the purpose for which the exhibit is offered. All said exhibits will be <u>pre-marked</u> by the plaintiff in numerical order and by defendant in alphabetical order.

4.  A list of all witnesses indicating those to testify as experts.

5.  **Probable length of evidentiary hearing.**

7.  Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

8.  An Evidentiary hearing will be held on <u>**January 18, 2011.**</u>

9.  Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal or default.

10. After 10 days from the close of discovery, no motions shall be filed and accepted by the Clerk of this Court except by leave of the undersigned.

ENTER:

*Ronald R. Lagueux*
SENIOR U.S. DISTRICT JUDGE RONALD R. LAGUEUX

DATED: JUNE 1, 2010