| AO 435 (Rev. 03/08) *Please Read Instructions:* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| 1. NAME  David J. Strachman, Esq. | | 2. PHONE NUMBER  (401) 351-7700 | 3. DATE  6/15/2010 | |
| 4. MAILING ADDRESS  McIntyre, Tate & Lynch, 321 South Main Street, Suite 400 | | 5. CITY  Providence | 6. STATE  RI | 7. ZIP CODE  02903 |
| 8. CASE NUMBER  00-105L | 9. JUDGE  Ronald R. Lagueux | DATES OF PROCEEDINGS | | |
| | | 10. FROM 6/15/2010 | 11. TO 6/15/2010 | |
| 12. CASE NAME  Estate of Ungar, et al. v. The Palestinian Authority, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Providence | 14. STATE Rhode Island | |

15. ORDER FOR
☐ APPEAL      ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT      ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL             ☐ IN FORMA PAUPERIS         ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☒ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) entire transcript | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ✗ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL      0.00

18. SIGNATURE  /s/

19. DATE  6/15/10

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY