UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 00-105L |
| THE PALESTINIAN AUTHORITY, et al, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter came on for hearing on June 15, 2010, before Senior Judge Ronald R. Lagueux, upon the Defendants' Objection to Magistrate Judge David L. Martin's Memorandum and Order Granting Motion for a Payment Decree, and after hearing, upon consideration, it is hereby ORDERED as follows:

1. Although styled a "Memorandum and Order", the Magistrate Judge's May 12, 2010 submission (docket number 484) was a Report and Recommendation subject to de novo review by this Court;

2. This Court shall defer such review until after the evidentiary hearing is held on January 18, 2011 on the Defendants' Motion for Relief From Default Judgment.

ENTERED as an Order of this Court this 17th day of June, 2010.

By Order,

_____
Clerk

ENTER:

_____
Ronald R. Lagueux
6/17/10

PRV 1079637.1
PRV 1079741.1