UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PALESTINIAN AUTHORITY, et al., ) <br> ) <br> Defendants. ) | C.A. No. 00-105L (RRL) |

DEFENDANTS' RESPONSE TO PLAINTIFFS' APPLICATION
FOR AN ORDER TO SHOW CAUSE PURSUANT TO R.I.G.L. § 9-28-6

Defendants, the Palestinian Authority and Palestine Liberation Organization, respectfully submit the following response to the Plaintiffs' Application for an Order to Show Cause ("Application"), *dkt. no.* 487.

Plaintiffs' Application was based upon the premise that Magistrate Judge Martin had entered an enforceable Order with which Defendants failed to comply.  This Court has subsequently ordered that the Magistrate Judge's May 12, 2010 submission, although styled a "Memorandum and Order," was a Report and Recommendation subject to de novo review by this Court.  *Dkt. No.* 494.  In light of that Order, the parties agree that the Application is moot.

WHEREFORE, for the foregoing reasons, Plaintiffs' Application for an Order to Show Cause should be denied.

                                  Respectfully submitted,

Dated: June 18, 2010          /s/ Richard A. Hibey
                                Richard A. Hibey (D.C. Bar #74823)
                                Admitted *pro hac vice*
                                Mark J. Rochon (D.C. Bar #376042)
                                Admitted *pro hac vice*
                                MILLER & CHEVALIER CHARTERED
                                655 Fifteenth Street, N.W., Suite 900
                                Washington, DC 20005-5701
                                Tel. (202) 626-5800
                                Fax. (202) 628-0858
                                rhibey@milchev.com


                                /s/ Deming E. Sherman
                                Deming E. Sherman (#1138)
                                EDWARDS ANGELL PALMER
                                & DODGE LLP
                                2800 Financial Plaza
                                Providence, Rhode Island 02903
                                Tel. (401) 274-9200
                                Fax. (401) 276-6611
                                dsherman@eapdlaw.com
                                *Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of June 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

>David J. Strachman
>McIntyre, Tate & Lynch, LLP
>321 South Main Street, Suite 400
>Providence, RI  02903
>Djs@mtlhlaw.com
>*Attorneys for Plaintiffs*

/s/ Richard A. Hibey