# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

    v.                                                 C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' CONSENT MOTION FOR ISSUANCE OF COMMISSION TO COURT REPORTERS FOR DEPOSITIONS TO BE TAKEN IN JERUSALEM

Plaintiffs-Judgment Creditors respectfully move for an Order pursuant to Federal Rule of Civil Procedure 28(b)(1)(D) to issue a commission to Ms. Brenda Matzov of Ra'anana, Israel, Ms. Isabelle Klebanow of Jerusalem, Israel and Ms. Amy Katz of Rehovot, Israel, to administer oaths and record testimony at any depositions that the parties might take in Jerusalem during the course of discovery in the above-captioned action.

Ms. Matzov, Ms. Klebanow and Ms. Katz are residents of Israel over 21 years of age, and are United States certified court reporters.

Rule 28(B)(1)(D) provides that a "deposition may be taken in a foreign country … before a person commissioned by the court to administer any necessary oath and take testimony."

Plaintiffs-Judgment Creditors have consulted with Defendants' counsel, who have advised that the Defendants consent to this motion.

A proposed Order is attached hereto.

**WHEREFORE** the instant motion should be granted.

1

Dated: July 5, 2010                          Plaintiffs-Judgment Creditors,
by their Attorney,

/s/ David J. Strachman
David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of July, 2010, I filed this motion via ECF which served the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/s/ David J. Strachman