# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

    v.                                                       C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

## [PROPOSED]
## ORDER

For the reasons set forth in Plaintiffs-Judgment Creditors' Consent Motion for Issuance of Commission to Court Reporters for Depositions to be Taken in Jerusalem it is hereby

ORDERED, pursuant to Rule 28(B)(1)(D) of the Federal Rules of Civil Procedure, that Brenda Matzov of Ra'anana, Israel, Isabelle Klebanow of Jerusalem, Israel and Amy Katz of Rehovot, Israel, shall be and hereby are commissioned to administer oaths and record testimony at any depositions that the parties might take in Jerusalem during the course of discovery in the above-captioned action.

In the event that the parties agree or the Court orders that a deposition shall take place by videoconference, the aforementioned commissioners shall be authorized to issue oaths and record testimony either in person or remotely.

**SO ORDERED**

Date:

                                                                   _____
                                                                    Senior United States District Judge