# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 00-105L (RRL) |
| THE PALESTINIAN AUTHORITY, et al., ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR LEAVE TO TAKE DISCOVERY ON WHETHER THE DAMAGE AWARD WOULD WITHSTAND ADVERSARIAL TESTING

Defendants, the Palestinian Authority and Palestine Liberation Organization respectfully move this Court for leave to take discovery on the issue of whether the damage award entered against them would withstand adversarial testing. The points and authorities in support of this motion are set forth in the accompanying memorandum of law.

Dated: July 7, 2010

Respectfully submitted,

 /s/  Richard A. Hibey
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
rhibey@milchev.com

1072970.1

2

  /s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com
*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

1072970.1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on this 7th day of July 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

> David J. Strachman
> McIntyre, Tate & Lynch, LLP
> 321 South Main Street, Suite 400
> Providence, RI  02903
> Djs@mtlhlaw.com
> *Attorneys for Plaintiffs*

                                                 /s/     Richard A. Hibey

1072970.1