⬥AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF   RHODE ISLAND

UNGAR

V.

PALESTINIAN AUTHORITY

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number: 00-105L

I, David A. DiMarzio _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action   7/13/04   , as it appears in the records of this court, and that
                                                                                                    Date

\*_____

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

7/21/10
Date

David DiMarzio
Clerk
[signature]
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)