UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 00-105L (RRL) |
| : | |
| THE PALESTINIAN AUTHORITY, et al., : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

I, Max Wistow, hereby enter my appearance as co-counsel for the Plaintiffs in the above-captioned matter.

                The Estate of Yaron Ungar, et al.,
                By their Attorney,


                /s/ Max Wistow
                Max Wistow, Esq. #0330
                Wistow & Barylick Incorporated
                61 Weybosset Street
                Providence, RI  02903
                (401) 831-2700
                (401) 272-9752 (fax)

Dated:  July 25, 2010

## **CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 25th day of July, 2010, to the following:

David Strachman, Esq.
djs@mtlesq.com

Deming Sherman, Esq.
dsherman@eapdlaw.com

Richard A. Hibey, Esq.
Mark J. Rochon, Esq.
rhibey@milchev.com

                                          /s/Max Wistow