UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
THE ESTATE OF YARON UNGAR, et al.,   :
                    Plaintiffs,      :
                                     :
   v.                                :        CA 00-105L
                                     :
THE PALESTINIAN AUTHORITY, et al.,   :
                    Defendants.      :
```

**ORDER GRANTING**

**MOTION FOR LEAVE TO TAKE DISCOVERY**

Before the Court is Defendants' Motion for Leave to Take Discovery on Whether the Damage Award Would Withstand Adversarial Testing (Docket ("Dkt.") #497) ("Motion for Leave" or "Motion"). Plaintiffs have filed a response to the Motion indicating that they do not oppose it, although they reserve the right to object to specific discovery requests. See Plaintiffs – Judgment Creditors' Memorandum in Response to Defendants – Judgment Debtors' Motion for Leave to Take Discovery on Whether the Damage Award Would Withstand Adversarial Testing (Dkt. #503) at 2.  In light of this response, the Court finds that the Motion is unopposed, and it is hereby GRANTED.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 18, 2010