UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, *et al.*, | CA 00-105L (RRL) |
| Plaintiffs, | |
| v. | |
| THE PALESTINIAN AUTHORITY, *et al.*, | |
| Defendants. | |

---

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of Third-Party The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip.

        Respectfully submitted,

        /s/ Joseph V. Cavanagh, Jr.
        /s/ Joseph V. Cavanagh, III
        Joseph V. Cavanagh, Jr. #1139
        Joseph V. Cavanagh, III  #6907
        Blish & Cavanagh, LLP
        30 Exchange Terrace
        Providence, Rhode Island  02903
        Telephone:  (401) 831-8900
        Facsimile:   (401) 751-7542
        jvc@blishcavlaw.com
        jvc3@blishcavlaw.com

Dated August 18, 2010        *Attorneys for Third-Party Intervenor The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of August, 2010, the within document was filed electronically and thereby made available for viewing and downloading from the Court's Electronic Case Filing System by all parties.

                                                               /s/ Joseph V. Cavanagh, III