(Effective 3/17/2008)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF RHODE ISLAND

The Estate of Yaron Ungar, et al.
            Plaintiff(s)

v.                                                          Dkt. No. C.A. No. 00 – 105L

The Palestinian Authority, et al.
            Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Third Party Intervenor, The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip hereby moves that Charles L. Kerr be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_____
Signature of Local Counsel

Joseph Cavanagh, III
Print Name                                                  RI Bar ID # 6907

Blish & Cavanagh, LLP                                       Email: jvc@blishcavlaw.com
Firm and Business Address

30 Exchange Terrace                                         Tel. # (401) 831-8900

Providence, RI 02903                                        Fax # (401) 751-7542

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____                             _____
District Judge                                              Date

ny-937147