UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

--------------------------------------------------------x
                                  :

THE ESTATE OF YARON UNGAR, *et al*.,   :   CA 00-105L (RRL)
                                  :

                Plaintiffs,   :

         v.            :

THE PALESTINIAN AUTHORITY, *et al*.,   :

               Defendants.   :

                                  :
--------------------------------------------------------x

**THIRD-PARTY INTERVENOR THE PALESTINIAN PENSION FUND FOR THE STATE ADMINISTRATIVE EMPLOYEES IN THE GAZA STRIP'S MOTION TO INTERVENE, AND TO VACATE OR MODIFY THE PRELIMINARY INJUNCTION**

Third-Party The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip (the "Pension Fund" or "Fund") hereby moves: (1) to intervene in this action for a limited purpose; (2) to dissolve this Court's preliminary injunction, entered on May 5, 2005 ("Injunction"); or, in the alternative, (3) to limit the duration of the Injunction and to require Plaintiffs to post a bond to protect the Pension Fund against damages resulting from the pre-judgment restraint of the Fund's assets.

## <u>Request for Oral Argument</u>

The Fund hereby requests oral argument and estimates that one hour will be required for same.

Respectfully submitted,

/s/ Joseph V. Cavanagh, Jr.
 /s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, Jr. #1139
Joseph V. Cavanagh, III  #6907
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island  02903
Telephone:  (401) 831-8900
Facsimile:   (401) 751-7542
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated: August 18, 2010

*Attorneys for Third-Party Intervenor The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip*

*Pro Hac Vice Application Pending:*

Charles L. Kerr
Mark David McPherson
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104-0050
Telephone:  (212) 468-8000
ckerr@mofo.com
mmcPherson@mofo.com

Harold J. McElhinny
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
hmcelhinny@mofo.com

*Attorneys for Third-Party Intervenor The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 18th day of August, 2010, the within document was filed electronically and thereby made available for viewing and downloading from the Court's Electronic Case Filing System by all parties.


                      /s/ Joseph V. Cavanagh, III