ويستمر صرف المعاش للطلبة الذين يبلغون سن السادسة والعشرين خلال السنة الدراسية وذلك حتى نهاية شهر يونية من تلك السنة .

وعند قطع استحقاق الطلبة في الحالة رقم (٣) يعاد تسوية المعاش على باقى المستحقين الذين كانوا موجودين وقت الوفاة .

٤ – أولاده ومن يعولهم من إخوته الذكور الذين جاوزوا الحادية والعشرين وكانوا وقت وفاة المورث مصابين بعجز صحى يمنعهم عن الكسب ويثبت حالة العجـز وقت الاستحقاق بقرار من القومسيون الطبى العام ، وذلك مع   مراعـاة حكم الفقرة الأخيرة من المادة (٢٨) .

٥ – الأرامل والمطلقات وغير المتزوجات من بناته واخوته .

٦ – الوالدان :

ويشترط لاستحقاق الوالدة ألا تكون متزوجة من غير والد المتوفى ، كما يجـب ألا يكون للإخوة والأخوات والوالدين وقت الوفاة دخـل خـاص يعـادل قيمـة استحقاقهم في المعاش أو يزيد عليه . فإذا نقص عما يستحقونه ربط لهم معاش بمقدار الفرق ويثبت عدم وجود دخل وتحدد قيمته إن وجد بإقرار المستحق مـع شهادة إدارية تؤيد إقراره .

مادة ٢٧ – يقطع معاش الأرملة عند زواجها ، ويعود إليها حقها فى المعاش إذا طلقـت أو ترملت لأول مرة خلال عشرة سنوات من تاريخ زواجها .

فإذا كان معاش الأرملة أو الوالدين قد رد إلى أولاد صاحب المعاش ، فلا يعـود إليها من معاشها إلا الجزء الباقى دون رد   .

ولا يجوز للأرملة الجمع بين معاشها عن زوجها الأول ومعاشها عـن زوجـها الأخير وفي هذه الحالة يمنح لها المعاش الأكثر فائدة .

مادة ٢٨ – يقطع المعاش المستحق للذكـور مـن الأولاد والإخـوة إذا جـاوزوا الحاديـة والعشرين واستثناء مما تقدم يستمر صرف المعـاش بالنسـبة إلـى هـؤلاء المستحقين في الأحوال الآتية :

١ – إذا كان مستحق المعاش طالبا في إحدى مراحل التعليم التى لا تجـاوز التعليـم الجامعى أو العالى فيؤدى إليه المعاش ، وذلك إلى أن يتم السادسة والعشرين أو ينتهى دراسته أى التاريخين أقرب .

٢٠

PPF 0025769

٢ – إذا كان مصابا بعجز صحى يمنعه عن الكسب وذلك إلى أن يزول العجز ويثبت
هذه الحالة وقت الاستحقاق بقرار من القومسيون الطبى العام .

ويحرم الإخوة من المعاش إذا ثبت وجود دخل يعادل المعاش المستحق لــهم
أو يزيد عليه . فإذا نقص أدى اليهم الفرق .

**مادة ٢٩ –** يقطع معاش البنات والأخوات عند زواجهن والأمهات إذا تزوجن من غير الــد
المتوفى . وتمنح البنت أو الأخت ما كان يستحق لها من معــاش إذا طلقت أو
ترملت خلال عشرة سنوات على الأكثر من تاريخ الزواج أو من تـــاريخ وفــاة
المنتفع . أو صاحب المعاش أيهما الحق . وذلـــك دون إخــلال بحقـــوق بـــاقى
المستحقين عن صاحب المعاش . فإذا كان للبنت أو الأخت دخل خاص خصم من
معاشها ما يعادل مبلغ الدخل .. ولا تعتبر النفقة دخلا .

**مادة ٣٠ –** يستحق الزوج فى حالة وفاة زوجته النصيب المحدد بالجدول رقم ٣ المرافق إذا
كان وقت وفاتها مصابا بعجز صحى يمنعه عن الكسب . وتثبت حالــة العجــز
بقرار من القومسيون الطبى العام .

ويشترط ألا يكون له وقت الوفاة دخل خاص يعادل قيمة استحقاقه فى المعاش أو
يزيد عليه .

فإذا نقص الدخل عما يستحقه ربط له معاش بمقدار الفرق وفى هذه الحالة يوزع
باقى المعاش المستحق عن الزوجة على المستفيدين فى حدود الأنصبة المبينــة
بالجدول المذكور بافتراض عدم وجود الزوج .

**مادة ٣١ –** يقف صرف المعاش إلى المستحقين عن المنتفع أو المستحقين عــن صــاحب
المعاش إذا استخدموا فى أى عمل وكان دخلهم منه يعادل المعاش أو يزيد عليه
فإذا نقص الدخل عما يستحقونه من معاش أدى إليهم الفرق ويعود حق هؤلاء فى
صرف المعاش كاملا أو جزء منه إذا انقطع هذا الدخل كله أو بعضه .

**مادة ٣٢ –** استثناء من أحكام حظر الجمع بين المعاش والدخل أو بين معاشــين أو أكــثر
المنصوص عليها فى المواد (٢٦،٢٨،٢٩،٣٠،٣١) يجوز الجمع فى الحيالات
الآتية :

١ – إذا لم يزد المجموع على عشرة جنيهات شهريا .

٢ – إذا كان المعاشان مستحقان عن والدين خاضعين لأحكام هــذا القــانون وكــان
مجموع الاستحقاق فى المعاشين لا يجاوز خمسة وعشرون جنيها شهريا .

٢ ١

PPF 0025770

٣ –   إذا لم يجاوز مجموع مرتب الزوجة من العمل أو معاشها أو المعاش الذي يؤول إليها من زوجها  خمسة وعشرون جنيها .

فإذا زاد المجموع على القدر المنصوص عليه في البنود السابقة أدى إليهم مـن المعاش الأخير القدر الذي يكمل المجموع المذكور .

<div align="center">

مادة

مادة

## الفصل الرابع

### سقوط الحق في المعاش أو المكافأة

مادة

</div>

مادة ٣٣ –   استثناء من القوانين والقرارات المقررة لقواعد الحرمان من المعاش أو المكافأة لا يجوز حرمان المنتفع أو صاحب المعاش من المعاش أو المكافـــأة إلا بحكــم تأديبي وفي حدود الربع  * .

ولا يجوز الحكم بحرمان صاحب المعاش وفقا لحكم الفقرة الأولى إلا عن الأعمال التي وقعت منه قبل تركه الخدمة .

وتنظم اللائحة التنفيذية إجراءات صرف المعاش أو المكافأة ومن تصرف إليهم في حالة وجود المنتفع أو صاحب المعاش في السجن .

مادة ٣٤ –   يجب تقديم طلب المعاش أو المكافأة أو التأمين أو أية مبـــالغ مستحقة لـدى الصندوق في ميعاد أقصاه سنتان من تاريخ صدور قرار إنهاء خدمة المنتفع أو وفاة صاحب المعاش أو استحقاق المبلغ حسب الحال وإلا انقضـى الحــق فـي المطالبة به . وتعتبر المطالبة بأي من المبالغ المتقدمة منطوية على مطالبتـــه بباقي المبالغ المستحقة لدى الصندوق .

وينقطع سريان المدة المشار إليها بالنسبة إلى المستحقين جميعا إذا تقدم أحدهم بطلب في الموعد المحدد .

مادة ٣٥ –   كل معاش لا يصرفه صاحبه في ميعاد ثلاث سنوات من تاريخ الإخطــار بربـط المعاش أو من تاريخ آخر صرف ينقضى الحق في المطالبة به ، والمبالغ التـى لم يتم صرفها تؤول إلى الصندوق .

---

* انظر الأمر رقم  ٧١/٤٠٨ الخاص بإنشاء محكمة تأديبية

<div align="center">

٢٢

</div>

PPF 0025771

ي يزول

هم مـن

# الفصل الخامس

## العودة إلى الخدمة

مادة ٣٦- إذا أعيد صاحب المعاش إلى الخدمة في إحدى الجهات المنصوص عليها فـى المادة (١) بعد العمل بهذا القانون وقف صرف معاشه طوال مدة استخدامه .

مادة ٣٧- إذا أعيد صاحب المعاش إلى الخدمة في إحدى الوظائف التى ينتفـع شاغلها بأحكام هذا القانون اعتبرت مدة خدمته متصلة أو منفصلة عند تسوية معاشـــه أيهما أصلح له .

المكافأة بحكم

مادة ٣٨- إذا أعيد إلى الخدمة بعد العمل بهذا القانون في وظيفة ينتفع شاغلها بأحكامـــه موظف أو مستخدم أو عامل ، ولم يكن قد أستحق معاشا جاز له حسـاب مــدة خدمته السابقة الآتى بيانها كلها أو بعضها .

الأعمال

(أ) مدة الخدمة التى قضيت في ظل العمل بأحكام هذا القانون المشار إليها في المادة (١٢) .

(ب) مدة الخدمة السابقة على العمل بأحكام هذا القانون التى قضيت علـــى درجـات بميزانية الإدارة بعد ١٩٤٨/٥/١٥ .

ة لـدى تنفع أو ق فـي البتـــه

ويشترط لحساب تلك المدة أن يطلب المنتفع ذلك في ميعاد أقصاه ستة أشهر من تاريخ عودته ويتعين عليه في هذا الحالة أداء مبالغ تقدر وفقا للجدول رقم (٤) المرافق إما دفعة واحدة أو بطريق التقسيط وفقا لأحكام الفقرتين الثانية والثالثة من المادة (٦٠) ويبدأ اقتطاع الأقساط من مرتب الشهر الثـــانى لانتهـــاء تلـك الفترة .

أحدهم

وإذا كان المنتفع معاملا بأحكام هذا القانون خلال مدة خدمته السابقة وانتهــــت خدمته قبل أن تبلغ مدتها ثلاث سنوات ولم يكن قد حصل على مكافـــأة عنهـا ، حسبت تلك المدة في المعاش دون أداء أية مبالغ عنها وذلك مع مراعـاة حكــم المادة (٥٤) .

بريط ن التى

وإذا انتهت خدمة المنتفع دون أداء الأقساط المنصوص عليها كاملــة اقتطعــت الأقساط الباقية من معاشه .

وتكون تسوية معاش المنتفع بإحدى الطريقتين الآتيتين أيتهما أصلح له :

٢٣

PPF 0025772

١ – يسوى المعاش عن فترتى الخدمة وفقا لأحكام المادة (١٥) باعتبارهـــا وحـــدة واحدة.

٢ – يحسب المعـاش الخـاص بمـدة الخدمـة السـابقة وفقـا للجـدول رقـــم (٥) على أساس المبلغ الذي يتعين على المنتفع أداءه طبقا لحكم للفقرة الأولى ، وعلى أساس سنه في تاريخ العودة إلى الخدمة ويتقاضى المنتفع هذا المعـاش بالإضافة إلى معاشه عن مدة الخدمة الجديدة محسوبا وفقا لأحكام المـــادة (١٥) ودون التقيد بالمدد المنصوص عليها في المادة (١٤) .

على أنه إذا انتهت خدمة المنتفع ولم يكن مجموع فترتى خدمته قد بلـغ الحـد المنصوص عليه في المادة (١٤) فإنه يستحق مكافأة تحسب بإحدى الطريقتيـن الآتيتين أيتهما أصلح له : –

١) وفقا لأحكام المادة (٢٣) عن مجموع فترتى خدمته وعلى أساس مرتيه الأخيـر مع خصم جملة الأقساط الباقية من مكافأته .

٢) وفقا لأحكام المادة (٢٣) عن مدة خدمته الجديدة مضافا إليها مجموع الأمـوال السابق أداؤها عن مدة خدمته السابقة محسوبا عليها بفائدة بواقع (٣%) حتـى تاريخ انتهاء الخدمة .

٢٤

PPF 0025773

# الفصل السادس
## أحكــــــام خاصـــــة

مادة ٣٩- المعاشات والمكافآت التى تسوى طبقا لأحكام هذا القانون هى وحدها التى يلتزم صندوق التأمين والمعاشات بأداؤها . أما ما يمنح عليها بمقتضى قوانين أو قرارات خاصة فتلتزم بها الخزانة العامة .

مادة ٤٠- يوقع الكشف الطبى على مستحقى المعاش فى حالات العجز الصحى وفقا لأحكام المواد ( ٢٦،٢٨،٣٠ ) فى المواعيد التى يحددها القومسيون الطبى العام ، ويستمر صرف المعاش عن الشهر الذى حدد لتوقيع الكشف الطبى عنى مستحقى المعاش والشهر التالى له ولا يصرف المعاش بعد ذلك إلا إذا ثبت استمرار حالة العجز .

ويثبت الحق نهائيا فى المعاش متى قرر القومسيون الطبى العام عدم إمكان شفائه.

مادة ٤١- على دائرة التأمين والمعاشات أن تصرف مؤقتا جزء من المعاش أو المكافأة الذى لا يكون محلا لأية منازعة وذلك إلى أن تتم التسوية نهائيا

مادة ٤٢- لا يجوز لكل من الدائرة وصاحب الشأن المنازعة فى قيمة مبلغ التأمين أو المعاش أو المكافأة بعد مضى سنتين من تاريخ الإخطار بربط المعاش بصفة نهائية ، أو من تاريخ صرف المكافأة أو مبلغ التأمين وذلك فيما عـدا حـالات إعادة تسوية مبلغ التأمين أو المعاش أو المكافأة بالزيادة نتيجة حكـم قضـائى نهائى ، وكذلك الأخطاء المادية التى تقع فى الحساب عند التسوية ، كما لا يجوز المنازعة فى قيمة مبلغ التأمين أو المعاش أو المكافأة فى حالة صدور قـرارات إدارية أو تسويات لاحقة لتاريخ ترك الخدمة يترتب عليها خفض المرتبات التـى اتخذت أساسا لتقدير قيمة التأمين أو المعاش أو المكافأة .

مادة ٤٣- فى حالة وقف المعاش أو قطعه يؤدى المستحق عن الشهر الذى وقع فيه سبب الوقف أو القطع على أساس شهر كامل ، وذلك مع مراعاة أحكام الفقرة الأولى من المادة (٢٦) :

وفى حالة رد معاش بعض المستحقين على غيرهم من المستفيدين يعـاد ربـط المعاش من أول الشهر التالى لتاريخ واقعة الاستحقاق .

وتحدد اللائحة التنفيذية :

(أ) نظام مواعيد وكيفية صرف المعاشات

٢٥

PPF 0025774

(ب) الجهات التى تصرف منها المعاشات دون خصم أية مصاريف مقابل صرفها .

(ج) الجهات التى تصرف منها المعاشات لمستحقيها بناء على طلبــــهم مـــن غيـر المحددة في البند (ب) مقابل خصم المصاريف المستحقة عن عملية الصرف.

## الباب الخامس
## في استبدال المعاشات

**مادة ٤٤–**   لأصحاب المعاشات عند انتهاء الخدمة أن يطلبوا إما صرف معاشهم بالكــامل أو استبدال نقود بجزء مـــن حقهـم فيــه بحيـث لا يتجـــاوز الجـــزء المستبدل (ربع المعاش) ، وبشرط ألا يقل ما يتبقى بعد الاستبدال عن ستـة جنيهـات . وذلك بمراعاة الأحكام المنصوص عليها في هذا الباب .

ويحدد رأسمال المعاش المستبدل طبقا للجدول رقم (٦) المرافق وفقا  لسـن صاحب المعاش وحالته الصحية . ويراعى زيادة كسور الجنيــــه مـــن الجـزء المستبدل إلى أقرب نصف جنيه حسب الحال مع عدم الإخلال بـالحدود المشـار اليها في الفقرة الأولى .

**مادة ٤٥–**   يحال طالب الاستبدال إلى القومسيون الطبى العام للكشف عليه وتقديـر درجـة صحتة بصفة نهائية  ، ولا يقبل الطلب إلا إذا كانت صحته جيدة أو متوسطة ، وفي الحالة الأخيرة يزيد القومسيون الطبى على سن الطالب عددا من السنوات بنسبة حالته الصحية .

**مادة ٤٦–**   يعتبر الاستبدال قائما من تاريخ قبول تقدير رأس المال ويقتطع القســـط مقدمـا خصما من المعاش .

**مادة ٤٧–**   المستحقين عن صاحب المعاش الذى استبدل جزءا من معاشه يسوى استحقاقهم على أساس أن عائلهم لم يستبدل شيئا من معاشه .

**مادة ٤٨–**   لا يجوز للمستحقين عن صاحب المعاش استبدال معاشاتهم .

* تعدلت بالأمر رقم ٨٣/٨٠٢ لتصبح ( مادة ٤٦ – يعتبر الاستبدال قائما من التاريخ الذي اتفق فيه علـى مبلـغ الاستبدال ويقتطع من المعاش مبلغ بمقدار يعادل نسبة المعاش المستبدله ).

– * بدء سريان التعديل ١٩٨٢/٢/٢٧ ؛ غير أن أحكام المادة ٤٦ لا تسري على من استبدل معاشه قبـل ١٩٨٢/٢/٢٧. ( المادة ٣ من الأمر ٨٢/٨٠٢ ) .

PPF 0025775

<div dir="rtl">

**الباب السادس**

**في صرف قروض بضمان مبلغ المكافأة أو التأمين أو المعاش**

\* **مادة ٤٩** – يجوز للدائرة أن تقرض نقودا للمنتفعين بأحكام هذا القانون للذين لا تقل مـــدة خدمتهم عن خمس سنوات . وذلك أثناء مدة خدمتهم وفى حدود الاعتمادات التى يخصصها مجلس الإدارة لهذا الغرض ، وبالفائدة التى يحددها بحيـــث لا تقـــل عن (٤,٥%) سنويا .

_____

\* **تعدلت بالقرار بقانون رقم ٦٥/٣٠ وكذلك بالقرار بقانون رقم ٦٧/٢ لتصبح ( مادة ٤٩** – يجوز للدائرة أن تقرض نقودا للمنتفعين بأحكام هذا القانون للذين لا تقل مدة خدمتهم عن ثلاث سنوات وذلك أثناء مدة الخدمة وفي حدود الاعتمادات التى يخصصها مجلس الإدارة لهذا الغرض وبالفائدة التى يحددها بحيث لا تقل عن ٤,٥% ســـنويا ويكـــون صرف هذه القروض في الحدود الآتية :

١– مرتب ثلاث أشهر لمن تبلغ مدة خدمته ثلاث إلى خمس سنوات تسدد على سنة واحدة .

٢– مرتب خمسة أشهر لمن تكون مدة خدمته أكثر من خمس سنوات حتى عشر سنوات تسدد في مدة أقصاها سنتين .

٣– مرتب سبعة أشهر لمن تكون مدة خدمته اكثر من عشر سنوات حتى خمسة عشرة سنة تسدد في مدة أقصاها ثلاث سنوات .

٤– مرتب تسعة أشهر لمن تزيد مدة خدمته عن خمسة عشرة سنة تسدد في مدة أقصاها ثلاث سنوات وذلك شريطة الا يتجاوز سن المنتفع ٥٧ عاما . فإذا زادت عن هذا القدر فلا يجوز أن يزيد القرض الممنوح له وفوائده عن المبلـــغ الذي يستحق في حالة الوفاة في تاريخ نهاية مدة السداد . ولا يجوز أن تزيد مدة السداد بأية حال عن المدة الباقيـــة لبلوغ سن التقاعد كما لا يجوز لإجراء قرض آخر الا بعد سداد رصيد القرض السابق .

وإذا انتهت خدمة المنتفع لأي سبب قبل الانتهاء من سداد القرض خصم القرض المتبقي مما يستحق من مكافـــأة أو معاش أو من مبلغ التأمين الذي يستحق في حالة وفاته أو فصله من الخدمة بسبب العجز عن العمـــل . ولا يجـــوز خصم الرصيد المتبقي من المعاش المستحق للورثة الا في حدود الربع فإذا لم تكن هناك استحقاقات يخصـــم منـــها للرصيد يتحمل به الصندوق خصما من ريع استثمار أمواله .ويجوز لمجلس الإدارة تخفيض قيمة ما يجوز صرفـــه من قروض وكذا تخفيض مدة السداد ) .

– \* بدء سريان التعديل الأخير ١ مارس ١٩٦٧ \* .

</div>

PPF 0025776

ويكون صرف هذه القروض في الحدود الآتية :-

مادة .

١-   مرتب شهرين لمن تبلغ مدة خدمتهم خمس سنوات .

٢-   مرتب ثلاثة أشهر لمن تبلغ مدة خدمتهم أكثر من خمس سنوات إلى عشر سنوات .

٣-   مرتب ستة أشهر لمن تبلغ مدة خدمتهم أكثر من عشر سنوات وبشرط ألا يتجاوز سنه ٥٧ سنة . فإذا زادت عن هذا القدر فلا يجوز أن يزيــد القرض الممنوح له وفوائده عن المبلغ الذى يستحق فى حالة الوفاة في تاريخ نهايـة السداد .

ويسدد رصيد القرض على مدة أقصاها سنه بالنسبة للبند (١) وسنتان بالنسبة للبند (٢) وثلاثة سنوات بالنسبة للبند (٣) حسب رغبة المنتفع .

مادة

ولا يجوز أن تزيد مدة السداد بأية حال عن المدة الباقية لبلوغ سن التقاعد ، كما لا يجوز إجراء قرض جديد إلا بعد سداد رصيد القرض السـابق ، وإذا انتهـت خدمة المنتفع لأى سبب قبل الانتهاء من سداد القرض خصم الرصيد المتبقى مما يستحق من مكافأة أو معاش أو من مبلغ التأمين الذى يستحق في حالة وفاته أو فصله من الخدمة بسبب العجز عن العمل . ولا يجوز خصم الرصيد المتبقى مـن المعاش المستحق للورثة إلا فى حدود الربع فإذا لم تكن هناك استحقاقات يخصم منها الرصيد ؛ يتحمل به الصندوق خصما من ربع استثمار أمواله .

مادة ٭

ويجوز لمجلس الإدارة تخفيض قيمة ما يجوز صرفه من قروض ، وكذا تخفيض مدة السداد . ٭

٭ بموجب الأمر رقم ٧٢/٤٦٢ أضيفت مادة جديدة تحمل رقم " ٤٩ أ " تنص على ما يلي :-

( مادة ٤٩أ - على الرغم مما ورد في المادة ٤٩ ، يجوز للدائرة بمصادقة قائد المنطقة وبتوصية إدارة صندوق التقاعد والتأمين منح قروض للمنتفعين بمقتضى قانون المكافآت وذلك لأغراض السكن وبالشروط التى تعينهـا إدارة صنــدوق التقاعد والتأمين )

- " بدء سريان التعديل ١٩٧٢/٥/٢ " .

٭ يتعهد
يتوفى أو
وخمسو
جنائزه
فوراً ألم
قيامه بد
- بد

٢٨

## الباب السابع
### في صرف منحة ومصاريف جنازة في حالة الوفاة

**مادة ٥٠–**
في حالة وفاة أحد المنتفعين بأحكام هذا القانون تستمر الجهة التى كـان يتبعهـا فـي صرف صافي المرتب الشهرى المستحق له بافتراض عدم وفاته دون خصم ما يكـون مستحقاً عليه من أقساط . وذلك عن الشهر الذى حدثت فيه الوفاة والشهرين التاليين له وفي المواعيد المقررة لصرف المرتبات خمساً على البند الذى كان يصرف بـالمرتب أو من وفورات الميزانية لتلك الجهات ويتم هذا الصرف إلى الأرملة إن وجدت ، فإن تعددن فيقسم بينهن بالتساوى ، ومع ذلك في حالة وجود أولاد قصر أو بنات غير متزوجـات من غير الأرملة يستحقون ما كان يستحق لوالدتهن فيما لو لم تكن قد توفيت أو طلقت ويصرف الاستحقاق إلى الولى الشرعى إن وجد ، فان لم يوجد فيصرف إلـى متولـى شئونهم .

وفي جميع الأحوال يجب ألا يزيد ما يصرف عن مرتب ثلاثة أشهر . فإذا كان المنتفـع قد صرف مقدماً مرتب الشهر الذى حدثت فيه الوفاة فلا يصرف إلا مرتـب الشـهرين التاليين . ولا يلتزم الصندوق بالمنح التى تصرف وفقاً لحكم الفقرة الأولى.

**مادة ٥١–**
في حالة وفاة صاحب المعاش تستمر الدائرة في صرف صافي المعاش الشهرى الـذى كان يصرف إليه بافتراض عدم وفاته وفقاً لأحكام المادة السابقة ويتحمل به الصندوق .

**مادة ٥٢–** *
على كل جهة أن تؤدى بالنسبة لكل منتفع يتوفى أثناء الخدمة نفقات جنازته وتقدر هذه النفقات بمقدار المرتب المستحق عن شهر واحد بحد أدنى قدره ( خمسة جنيـهات ) وبحد أقصى قدره ( عشرون جنيهاً ) ولا يلتزم الصندوق بـهـذه النفقـات . ويلتـزم الصندوق بأن يؤدى بالنسبة إلى كل صاحب معاش نفقات جنازته. وتقدر هذه النفقـات بمقدار معاش شهر بحد أدنى قد قدره ( خمسة جنيهات ) وبحد أقصى قدره ( عشرون جنيها ً ) .

وتؤدى هذه النفقات فوراً إلى من يثبت قيامه بدفعها سواء كانت أرملة المنتفع أو أرملة صاحب المعاش أو أرشد عائلته أو أى شخص يقدم ما يثبت قيامه يدفع هذه النفقات

و عشر

نسرط ألا القـرض ح نهايــة

بالنسبة

اعد ، كما انتـهـت تبقى مما وفاته أو بقى مـن ، يخصم

تخفيض

ى التقاعد صندوق

---
* تعدلت بموجب المادة ٦ من القانون رقم ٤ لسنة ١٩٩٦ التعديم ( مادة ٥٢– على كل جهة أن تؤدى بالنسبة لكل منتفع يتوفى أثناء الخدمة نفقات جنازته وتقدر هذه النفقات بمقدار المرتب المستحق عن شهر واحد بحد أدنى قدره (٢٥٠) مائتـان وخمسون شيكلاً جديداً ولا يلتزم الصندوق بهذه النفقات . ويلزم الصندوق بأن يؤدى بالنسبة الى كل صاحب معـاش نفقـات جنازته وتقدر هذه النفقات بمقدار معاش شهر واحد بحد أدنى قدره (٢٥٠) مائتان وخمسون شيكلاً جديداً وتؤدى هذه النفقـات فوراً الى من يثبت قيامه بدفعها سواء كانت أرملة المنتفع أو أرملة صاحب المعاش أو ارشد عائلته أو أى شخص يقدم ما يثبت قيامه بدفع هذه النفقات . )
- بدء سريان للتعديل ١٩٩٦/١/١ .

٢٩

PPF 0025778

# الباب الثامن

## أحكام عامة

مادة ٥٣ -  يجوز للمنتفع تأجيل سداد الأقساط المستحقة عليه عن مدد خدمته السابقة خلال الفترة التى لا يستحق فيها مرتباً أو يحصل فيها عن مرتب مخفـض علـى أن تتحمل هذه الأقساط بعد ذلك من أول مرتب كامل يصرف إليـه ، وذلـك طبقاً للأحكام المنصوص عليها فى المادة (٦٠) على أنه فى حالة الاستيداع يستمر خصم الأقساط المشار إليها من المرتب المخفض .

* مادة ٥٤ -  تؤدى إلى الصندوق الاشتراكات والأقساط المستحق أداؤها وفقاً لأحكام هـذا القانون من المعارين طبقاً للشروط والأوضاع الآتية :

(أ)  بالنسبة للمعارين إلى جهات داخل القطاع تلتزم الجهة التى تتحمل بالمرتب بـأن تقتطع منه تلك الاشتراكات والأقساط وتؤديها فى المواعيد المقررة إلى الدائرة ، كما تتحمل تلك الجهة طوال فترة الإعارة بالحصة التى تلتزم بها طبقاً للبند ثانياً من المادة (٨) وتسرى هذه الأحكام بالنسبة إلى المعارين إلـى جـهـات خـارج القطاع إذا كانوا يتقاضون مرتباتهم كاملة من الجهات الأصلية التابعين لها .

_____

* تعدلت بالأمر رقم ٨٤/٨٤٠ لتصبح ( مادة ٥٤ - تؤدى إلى الصندوق الاشتراكات والأقساط المستحق أداؤها وفقاً لأحكام هذا القانون من المعارين طبقاً للشروط والأوضاع الآتية :

أ-  بالنسبة للمعارين إلى جهات داخل القطاع تلتزم الجهة التى تتحمل بالمرتب بأن تقتطع منه تلك الاشتراكات والأقساط وتؤديها فى المواعيد المقررة إلى الدائرة كما تتحمل تلك الجهة طوال فترة الإعارة بالحصة التى تلتزم بها طبقاً للبند ثانياً من المادة (٨) وتسرى هذه الأحكام بالنسبة إلى المعارين إلى جهات خارج القطاع إذا كانوا يتقاضون مرتباتهم كاملة من الجهات الأصليـة التابعين لها .

ب-  بالنسبة لغير هؤلاء من المعارين إلى جهات خارج القطاع - يؤجل أداء الاشتراكات والأقساط إلى حين انتهاء فترة الإعارة وتلتزم الجهة الأصلية التى يتبعها المعار بأن تؤدى الحصة المشار إليها فى المادة ٨ المستحقة عن فترة الاعارة دفعة واحدة عند انتهاء تلك الفترة كما يلتزم المعار عند انتهاء هذه الفترة بأن يؤدى إلى الصندوق قيمة المبالغ المستحقة عليه على الوجه الآتى :

١-  اشتراكات التأمين والمعاشات المستحقة عن فترة الإعارة وتؤدى دفعة واحدة خلال سنة من تاريخ انتهاء فترة الإعارة محسوباً عليها فائدة قدرها ٤,٥% سنوياً من تاريخ انتهاء تلك الفترة حتى تاريخ الأداء والا حسب المعاش أو المكافأة عن تلك المدة بواقع نصف النسب المشار إليها فى المادتين (٢٣،١٦) .

٢-  أقساط المدة السابقة وتؤدى لها دفعة واحدة وفقاً لحكم البند السابق أو بالتقسيط وفقاً لحكم المادة (٦٠) . )

- بدء سريان التعديل ١٩٨٤/١/١٠ .

٣٠

(ب) بالنسبة لغير هؤلاء من المعارين إلى جهات خارج القطاع – يُرجَّل أداء الاشتراكات والأقساط إلى حين انتهاء فترة الإعارة. – وتلتزم الجهة الأصلية التى يتبعها المعار بأن تؤدى الحصة المشار إليها فى المادة (٨) المستحقة عن فترة الإعارة دفعة واحدة عند انتهاء تلك الفترة ، كما يلتزم المعار عند انتهاء هذه الفترة بأن يؤدى إلى الصندوق قيمة المبالغ المستحقة عليه على الوجه الآتى :

١ – اشتراكات التأمين والمعاشات المستحقة عن فترة الإعارة وتؤدى دفعة واحدة خلال سنة من تاريخ انتهاء فترة الإعارة محسوباً عليها فائدة قدرها (٤,٥%) سنوياً من تساريخ انتهاء تلك الفترة حتى تاريخ الأداء وإلا يحسب المعاش أو المكافأة عن تلك المدة بواقع نصف النسب المشار إليها فى المادتين (٢٣,١٦).

٢ – أقساط المدد السابقة وتؤدى إما دفعة واحدة وفقاً لحكم البند السابق أو بالتقسيط وفقـاً لحكم المادة (٦٠) .

وتسرى الأحكام المتقدمة بالنسبة لمدد التكليف والأجازات الدراسية بدون مرتب ومـدة البعثة الرسمية ، وكذا الإجازات الاعتيادية والاستثنائية بدون مرتب .  *

* بموجب الأمر رقم ٨٤/٨٤٠ اضيفت مادتان جديدتان تحمل الرقمين ٥٤، ٥٤ب نصهما ما يلي :–

( مادة ٥٤أ – (أ) مع مراعاة ما ورد فى الفقرة "ب" تسرى أحكام المادة ٥٤(ب) بالتعريفات المتضمنة على المنتفع الذي يكون في أجازة بشرط أن يكون بعد انتهاء اجازته مدة تعادل مدة الاجازة أو تزيد عليها .

(ب) إذا لم يعد المنتفع إلى الخدمة بعد انتهاء اجازته أو لم ينه مدة الخدمة بمقتضى الفقرة (أ) فلا تدخل مدة الاجازة كلا أو جـزءاً في المدة المحسوبة في المعاش .

(ج) يسوى معاش المنتفع الذي لم يعد إلى الخدمة بعد انتهاء أجازته على أساس المرتب الأخير الذي كان استحقه فـي الشـهر الأخيرين الإجازة التي صادق عليها المسؤول حسب مدلوله في المادة ١٠ من القانون .

(د) يسوى معاش المنتفع الذي لم ينه مدة الخدمة بمقتضى الفقرة (أ) على أساس المرتب الأخير المذكور في المادة ١٥ غير أن مدة الإجازة المذكورة لا تدخل في المدة المحسوبة في المعاش .

(هـ) إذا دفع المنتفع اشتراكات عن مدة الاجازة ولم ينه مدة الخدمة بمقتضى الفقرة (أ) يحق استرجاع ما دفعه من المبـالغ حيـث تسوى على أساس المرتب الأخير المذكور في المادة ١٥ حسب قيمة ذلك المرتب في سلم الأجور بتاريخ الدفع .

(ر) إذا تحملت هيئة مرتب المنتفع ودفعت الاشتراكات عن مدة أجازته دون أن ينهي المنتفع مدة الخدمة بمقتضـى الفقـرة (أ) يحق لها استرجاع ما دفعته من المبالغ حيث تسوى على أساس المرتب الأخير الذي دفع المنتفع بمقتضى المادة ١٥ حسب قيمة ذلك المرتب في سلم الأجور بتاريخ الدفع .

(ز) في هذه المادة : " الاجازات الدراسية بدون مرتب والإجازات الاعتيادية بدون مرتب .

مادة ٥٤ب – (أ) تسرى الاشتراكات عن مدة الاجازة وعن مدة الاعارة بموجب المادتين ٥٤ و ٥٤أ على أساس المرتب الأخير المذكور في المادة ١٥ حسب قيمة ذلك المرتب في سلم الأجور بتاريخ الدفع .

(ب) يجوز لإدارة الصندوق أن تقرر دفع الاشتراكات عن مدة الاجازة بأقساط شهرية وبالشروط التي تقررها .

– " يبدء سريان التعديل ١٩٨٤/١/١٠ غير أنه لا تسري المادتان ٥٤أ و ٥٤ب على المنتفع الذي كان في أجازة أو إعارة عشية العاشر من يناير ١٩٨٤ (المادة ٤ من الأمر ٨٤/٨٤٠) "

٣١

PPF 0025780

مادة ٥٥ – يجوز لرئيس مجلس الإدارة التجاوز عن الإخلال بالمواعيد المنصوص عليها في هذا القانون إذا كان ذلك ناشئاً عن أسباب مبررة .

مادة ٥٦ – إذا قلت حصيلة استثمار أموال الصندوق في أي سنة عــن (٤.٥%) إلتزمت الخزانة العامة أداء الفرق في عائد الاستثمار ، وذلك خلال شهر مــن تـاريخ اعتماد الميزانية العامة للإدارة عن السنة التالية لاعتماد الحسـابات الختاميـة للصندوق .

مادة ٥٧ – تستبعد الاشتراكات والمبالغ المنصوص عليها في المادة (٨) من المبالغ التـى تربط عليها الضريبة على المرتبات وما في حكمـها والمكافـآت والمعاشـات واستثناء من أحكام القوانين المقررة لرسوم الدمغة تعفي مــن هـذه الرسـوم والاشتراكات المنصوص عليها فـي المـادة (٨) والاستمارات والمسـتندات والشهادات والمطبوعات وكافة الأوراق والطلبات المتعلقة بهذا القانون .

مادة

مادة ٥٨ – تعفى رؤوس أموال الاستبدال والمكافآت والمعاشات ومبالغ التسـأمين والمنـح ومصاريف الجنازة التي تؤدى طبقاً لأحكام هذا القانون من الخضوع للضرائب والرسوم بسائر أنواعها .

مادة

ويسرى هذا الإعفاء بالنسبة إلى ما يصرف من تلك المبالغ إلى ورثة المستحقين عن المنتفع . أو صاحب المعاش .

مادة ٥٩ – تحدد اللائحة التنفيذية الشروط والأوضاع المتعلقـة بصـرف مبـالغ التـأمين والمكافآت والمعاشات مع عدم التقيد بأحكام قانون الولاية على المال .

مادة ٦٠ – للدائرة الحق في اقتضاء ما يكون قد استحق للصندوق من مبالغ على المنتفعين أو أصحاب المعاشات أو المستحقين عنهم ما يستحق لهم من معاش أو مكافـأة أو مبلغ تأمين ، وذلك في حدود الربح .

ويجوز لهذه الدائرة قبول تقسيط المبالغ المستحقة للصندوق علـى المنتفعيـن الموجودين في الخدمة أو أصحاب المعاشات على المدة الباقية لبلوغ سن الستين ، وتقدر الأقساط وفقاً للجدول رقم (٧) المرافق ويقف اقتطاع الأقساط في حالـة الوفاة أو الفصل من الخدمة بسبب عدم اللياقة الصحية .

ويجوز للمنتفعين الذين لهم مدة خدمة محسوبة في المعاش قدرها عشرون سنة على الأقل ، وكذا أصحاب المعاشات أداء المبالغ المستحقة عليهم للصندوق على أقساط شهرية لمدى الحياة بطريق جدول الاستبدال رقم (٦) المرافق مع الإعفاء

٣٢

PPF 0025781

من الكشف الطبي ودون التقيد بأحكام المـادتين (٤٤٠٤٥) وتحصـل أقسـاط الاستبدال ابتداء من ماهية أو معاش الشهر التالي لإبداء الرغبة في إجراء هـذا الاستبدال . وفي تحديد السن في هذا التاريخ تعتبر كسور السنة – سنة كاملة – ويقف اقتطاع الأقساط بوفاة المنتفع أو صاحب المعاش .

فإذا اختار المنتفع إحدى طريقتي السداد المشار إليها في الفقرتين السـابقتين التزم بأن يختار نفس الطريقة في شأن تقسيط المبالغ الأخرى التي تستحق عليه للصندوق أثناء الخدمة .

كما يجوز لهذه الدائرة أن تقتضى المبالغ المستحقة للصندوق مما قد يسـتحق للمنتفع أو صاحب المعاش أو المستحقين نتيجة تسويات بافتراض أداء المبـالغ المطلوب أداؤها مقدماً لإتمام هذه التسويات .

**مادة ٦١–** للموظفين الذين يندبهم رئيس مجلس الإدارة حق الإطلاع وفحص المستندات والدفاتر المتعلقة بتنفيذ أحكام هذا القانون .

وعلى المسئولين في الجهات المشار إليها أن يضعوا تحــت تصرف هـؤلاء الموظفين جميع البيانات التي تتطلبها أعمال الفحص .

**مادة ٦٢–** لرئيس مجلس الإدارة إحالة أى موظف منوط به تنفيذ أحكام هـذا القـانون أو القرارات المنفذة له إلى المحاكمة التأديبية إذا امتنع عن التنفيذ أو أهمل في ذلك فإذا كان قد أجرى تحقيق مع الموظف المذكور في شأن المخالفات المنسوبة إليه المنصوص عليها في الفقرة السابقة . فلرئيس مجلس الإدارة الاعتراض علـى نتيجة التصرف في التحقيق وإحالة الموظف إلى المحاكمة التأديبية – علـى أن يصدر قرار بذلك خلال شهرين من تاريخ إبلاغ الدائرة بالنتيجة المذكورة .

وفي جميع الأحوال يلتزم المسئول رد المبالغ التي لم تؤد إلى الصندوق نتيجـة امتناعه أو إهماله مع فائدة مقدارها (٤٠٥%) سنوياً من تاريخ الاستحقاق ، كما يلتزم أداء الفائدة المذكورة عن المبالغ التي تأخر أداؤها إلـى الصنـدوق فـي المواعيد المنصوص عليها في هذا القانون أو لائحته التنفيذية .

ولرئيس مجلس الإدارة أن يتجاوز عن تحصيل الفوائد المنصوص عليهـا فـي الفقرة السابقة في الحدود وطبقاً للقواعد التي يضعها مجلس الإدارة .

<div align="center">٣٣</div>

PPF 0025782

مادة ٦٣ –    تعفى أموال الصندوق الثابتة والمنقولة وجميع عملياته الاستثمارية مهما كـــان نوعها من جميع الضرائب والرسوم والعوائد التى تفرضها الإدارة أو أية سلطة عامة أخرى بالقطاع .

مادة ٦٤ –    مع عدم الإخلال بأية عقوبة أشد ينص عليها قانون العقوبات يعاقب بالحبس مدة لا تتجاوز شهراً وبغرامة لا تزيد على مائة جنيه أو بإحدى هاتين العقوبتين كـل من أعطى بسوء قصد بيانات غير صحيحة أو امتنع بسوء قصد عـــن إعطـــاء البيانات المنصوص عليها فى هذا القانون أو لائحته التنفيذية إذا ترتب على ذلك الحصول على أموال من الصندوق بغير حق ، وذلك مع مراعاة حكـــم الفقـــرة الثالثة من المادة (٦٢) .

٣٤

<div dir="rtl">

## الباب التاسع

## معاشات أعضاء المجلس التنفيذي

**\*مادة ٦٥-** استثناء من أحكام المادة (١٤) يستحق عضو المجلس التنفيذي معاشاً متى بلغت مدة خدمته المحسوبة في المعاش عشرة سنوات على الأقل .

فإذا كان لعضو المجلس عشرون سنه خدمة محسوبة في المعاش من بينها سنة كعضو مجلس تنفيذي أو عشرة سنوات من بينها سنتان كعضو في المجلس التنفيذي يسري معاشه طبقاً لأحكام القانون على أساس مدة خدمته المحسوبة في المعاش تضاف إليها خمسة وعشرون جنيهاً ، ويربط له معاش يساوى المجموع وبمراعاة حكم المادة (٢٢) .

فإذا لم تتوفر الشروط المنصوص عليها في الفقرتين السابقتين استحق معاشاً أو مكافأة طبقاً لأحكام القانون ، وعلى أساس مدة خدمته الفعلية المحسوبة في المعاش

ولا تسري الأحكام الخاصة بخفض المعاش في حالة الاستقالة على أعضاء المجلس التنفيذي .

_____

**\*تعدلت بالقرار وقم ٦٥/٢٠ لتنصبح** ( مادة ٦٥ – استثناء من احكام المادة (١٤) يستحق عضو المجلس التنفيذي معاشاً متى بلغت مدة خدمته المحسوبة في المعاش عشر سنوات على الأقل . فإذا كان لعضو المجلس عشرين سنة خدمة محسوبة في المعاش من بينها سنة كعضو تنفيذي أو عشر سنوات من بينها سنتان كعضو في المجلس التنفيذي يسرى معاشه طبقاً لأحكام القانون على أساس مدة خدمته المحسوبة في المعاش تضاف إليها خمسة وعشرون جنيها ويربط لـه معاش يساوى المجموع وبمراعاة حكم المادة (٢٢) .

فإذا لم تتوفر الشروط المنصوص عليها في الفقرتين السابقتين استحق معاشاً أو مكافأة طبقاً لأحكام القانون وعلى أسـاس مدة خدمته الفعلية المحسوبة في المعاش . ولا تسري الأحكام الخاصة بخفض المعاش في حالة الاستقالة على أعضـاء المجلس التنفيذي . ولا تسري الأحكام الخاصة بشرط السن المنصوص عليها في البند (٢) من المادة (٤٩) على أعضاء المجلس التنفيذي ) .

– \* بدء سريان التعديل ١٩٦٥/٧/٢٠ .

</div>

<div dir="rtl">

ا كسان

سلطة

بس مدة

ين كـل

عطـاء

لى ذلك

فقـرة

</div>

PPF 0025784

<div dir="rtl">

## جـدول رقـم ( ١ )
## بيان نسبة مبالغ التأمين

| نسبة مبلغ التأمين ٪ | السن | نسبه مبلغ التأمين ٪ | السن حتى سن |
|---|---|---|---|
| ١٤٠ | ٤٤ | ٢٦٧ | ٢٥ |
| ١٣٣ | ٤٥ | ٢٦٠ | ٢٦ |
| ١٢٧ | ٤٦ | ٢٥٣ | ٢٧ |
| ١٢٠ | ٤٧ | ٢٤٧ | ٢٨ |
| ١١٣ | ٤٨ | ٢٤٠ | ٢٩ |
| ١٠٧ | ٤٩ | ٢٣٣ | ٣٠ |
| ١٠٠ | ٥٠ | ٢٢٧ | ٣١ |
| ٩٣ | ٥١ | ٢٢٠ | ٣٢ |
| ٨٧ | ٥٢ | ٢١٣ | ٣٣ |
| ٨٠ | ٥٣ | ٢٠٧ | ٣٤ |
| ٧٣ | ٥٤ | ٢٠٠ | ٣٥ |
| ٦٧ | ٥٥ | ١٩٣ | ٣٦ |
| ٦٠ | ٥٦ | ١٨٧ | ٣٧ |
| ٥٣ | ٥٧ | ١٨٠ | ٣٨ |
| ٤٧ | ٥٨ | ١٧٣ | ٣٩ |
| ٤٠ | ٥٩ | ١٦٧ | ٤٠ |
| ٣٣ | ٦٠ | ١٦٠ | ٤١ |
| | | ١٥٣ | ٤٢ |
| | | ١٤٧ | ٤٣ |

ملاحظة : في حساب السنة تعتبر كسور السنة سنة كاملة .

٣٦

</div>

PPF 0025785

جدول رقم ( ٢ )

نسب خفض معاشات المستقيلين قبل بلوغهم سن الثامنة والخمسين

| السن عند الاستقالة | نسبة الخفض في المعاش |
|---|---|
| ٤٥ سنة فأقل ... | ٢٠ % |
| ٤٦ سنة – ٥٠ .. | ١٥ % |
| ٥١ سنة – ٥٥ .. | ١٠ % |
| ٥٦ إلى أقل من ٥٨ سنة | ٥ % |

ملاحظة : في حساب السن تحذف كسور السنة

٣٧

PPF 0025786

## جدول رقم ( ٣ )

| رقم الحالة | المستحقون | الأنصبة المستحقة في المعاش | | | |
| --- | --- | --- | --- | --- | --- |
| | | الأرامل | الأولاد | الوالدين | الإخوة |
| ١ | أرملة أو أرامل أو زوج مستحق وأكثر من ولد | نصف ٠,٥ | نصف ٠,٥ | – | – |
| ٢ | أرملة أو أرامل أو زوج مستحق وولد واحد وولدين | نصف ٠,٥ | ثلث | سدس للواحد أو اثنين | – |
| ٣ | أرملة أو أرامل أو زوج مستحق وولد واحد | نصف ٠,٥ | ثلث | – | – |
| ٤ | أرملة أو أرامل أو زوج مستحق وأكثر من ولد ووالدين مستحقين | ثلث | نصف ٠,٥ | سدس للواحد أو اثنين | – |
| ٥ | أرملة أو أرامل أو زوج مستحق ووالدين مع عدم وجود أولاد | نصف ٠,٥ | – | سدس لكل منهما | – |
| ٦ | أكثر من ولد ووالدين مع عدم وجود أرملة أو زوج مستحق | – | ثلاثة أرباع ٠,٧٥ | سدس للواحد أو الإثنين | – |
| ٧ | ولد واحد ووالدين مع عدم وجود أرملة أو زوج مستحق | – | نصف ٠,٥ | سدس لكل منهما | – |
| ٨ | والدين مع عدم وجود أرملة أو زوج مستحق | – | – | ثلث للواحد أو الإثنين | – |
| ٩ | أخ أو أخت مع عدم وجود أرملة أو زوج مستحق ولا أولاد ولا والدين | – | – | – | سدس |
| ١٠ | أكثر من أخ أو أخت مع عدم وجود أرملة أو زوج مستحق ولا أولاد ولا والدين | – | – | – | ثلث بالتساوي |

PPF 0025787

<u>ملاحظات</u> :

١ – في حالة زواج أو وفاة أرملة بعد استحقاقها معاشاً يؤول نصيبها إلى أولاد صاحب المعاش الذين يتقاضون معاشات وقت زواجها أو وفاتها ويـــوزع بينهم بالتساوي . وبشرط ألا يجـــاوز مجمـــوع المستحق لــهم النسب الموضحة بالحالة رقم (٦) أو الحالة (٧) حسب الحال ويسرى هذا الحكم على الزوج المستحق في حالة وفاته .

٢ – إذا قل ما يمنح للوالدين في الحالة رقم (٤) عن السدس نتيجة وجود دخـل يرد الباقي إلى الأرملة .

٣ – عند وفاة أحد الوالدين في الحالة رقم (٤) يؤول نصيبه إلى الأرملة. فإذا كانت قد توفيت أو تزوجت آل هـذا النصيـب إلـى الأولاد علـى ألا يتجاوز مجموع المستحق . لهم النسـب الموضحة بالحالـة رقـم (٦) والحالة رقم (٧) حسب الحالة مع مراعاة حكم المادة (٢٧) .

٤ – يشترط لاستحقاق الأخوة والأخوات معاشاً أن يثبت إعالة المـورث إيـاهم أثناء حياته .

PPF 0025788

## جدول رقم ( ٤ )

### تحديد المبالغ المستحقة عن مدد الخدمة السابقة
### التى تحسب في المعاش

| المبلغ المقابل لكـل سنة مـن الخدمة المحسـوبة فـى المعاش ولكل جنيـه واحد مـن المرتـب الشهري | | حتى | المبلغ المقابل لكـل سنة مـن الخدمة المحسـوبة فـى المعاش ولكل جنيـه واحد مـن المرتـب الشهري | | حتى | المبلغ المقابل لكـل سنة من الخدمـة المحسـوبة فـى المعاش ولكل جنيه واحد من المرتـب الشهري | | حتى |
|---|---|---|---|---|---|---|---|---|
| جنيه | مليم | حتى | جنيه | مليم | حتى | جنيه | مليم | حتى |
| ٢ | ٣٨٠ | ٤٨ | ٢ | ١٠٠ | ٣٤ | ٢ | ١٠٠ | ٢٠ |
| ٢ | ٤٢١ | ٤٩ | ٢ | ١٠٠ | ٣٥ | ٢ | ١٠٠ | ٢١ |
| ٢ | ٤٦٤ | ٥٠ | ٢ | ١٠٠ | ٣٦ | ٢ | ١٠٠ | ٢٢ |
| ٢ | ٥٠٩ | ٥١ | ٢ | ١٠٠ | ٣٧ | ٢ | ١٠٠ | ٢٣ |
| ٢ | ٥٥٨ | ٥٢ | ٢ | ١٠٠ | ٣٨ | ٢ | ١٠٠ | ٢٤ |
| ٢ | ٦١٠ | ٥٣ | ٢ | ١١٦ | ٣٩ | ٢ | ١٠٠ | ٢٥ |
| ٢ | ٦٦٥ | ٥٤ | ٢ | ١٣٧ | ٤٠ | ٢ | ١٠٠ | ٢٦ |
| ٢ | ٧٢٥ | ٥٥ | ٢ | ١٥٩ | ٤١ | ٢ | ١٠٠ | ٢٧ |
| ٢ | ٧٨٩ | ٥٦ | ٢ | ١٨٤ | ٤٢ | ٢ | ١٠٠ | ٢٨ |
| ٢ | ٨٥٨ | ٥٧ | ٢ | ٢١١ | ٤٣ | ٢ | ١٠٠ | ٢٩ |
| ٢ | ٩٣٣ | ٥٨ | ٢ | ٢٤١ | ٤٤ | ٢ | ١٠٠ | ٣٠ |
| ٣ | ٠١٥ | ٥٩ | ٢ | ٢٧٣ | ٤٥ | ٢ | ١٠٠ | ٣١ |
| ٣ | ١٠٦ | ٦٠فأكثر | ٢ | ٣٠٦ | ٤٦ | ٢ | ١٠٠ | ٣٢ |
| | | | ٢ | ٣٤٢ | ٤٧ | ٢ | ١٠٠ | ٣٣ |

PPF 0025789

<div dir="rtl">

ملاحظات :    =

١ –    يحسب المبلغ المستحق على المنتفع المعاد إلى الخدمة وفقاً لأحكام المادة (٣٨) على الوجه الآتي :–

(أ)    يحدد مبلغ رأس المال المقابل لمدة الخدمة المطلوب حسابها في المعاش على أساس السن والمرتب في تاريخ إعادة التعيين .

(ب) في حساب السن يعتبر كسور السنة كاملة .

(ج) يقرب رأس المال المحسوب وفقاً لهذا الجدول إلى أقرب جنيه صحيح بالزيادة :

</div>

| لكل الخدمة في جنيه المرتب |
|---|
| جنيه |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٢ |
| ٣ |
| ٣ |

<div dir="rtl">٤١</div>

PPF 0025790

## جدول رقم ( ٥ )

### تحديد المعاش الشهري المقابل لكل ١٠٠ جنيه من مبلغ رأس المال الذي يلتزم المنتفع بأدائه طبقاً لأحكام المادة (٢٨)

| المعاش الشهري مقابل ١٠٠ جنيه من رأس المال | السن في تاريخ العودة إلى الخدمة | المعاش الشهري مقابل ١٠٠ جنيه من رأس المال | السن في تاريخ العودة إلى الخدمة |
|---|---|---|---|
| ٣٩٠ . ١ | ٤١ | ١٨٠ . ٣ | ٢٠ |
| ٣٤٠ . ١ | ٤٢ | ٦٠ . ٣ | ٢١ |
| ٢٩٠ . ١ | ٤٣ | ٩٤٠ . ٢ | ٢٢ |
| ٨٦٠ . ١ | ٤٤ | ٨٣٠ . ٢ | ٢٣ |
| ٨٢٠ . ١ | ٤٥ | ٧٢٠ . ٢ | ٢٤ |
| ٧٩٠ . ١ | ٤٦ | ٦٢٠ . ٢ | ٢٥ |
| ١٠٠ . ١ | ٤٧ | ٥٢٠ . ٢ | ٢٦ |
| ٠٦٠ . ١ | ٤٨ | ٤٢٠ . ٢ | ٢٧ |
| ٠٢٠ . ١ | ٤٩ | ٣٣٠ . ٢ | ٢٨ |
| ٩٨٠ . | ٥٠ | ٢٤٠ . ٢ | ٢٩ |
| ٩٤٠ . | ٥١ | ١٥٠ . ٢ | ٣٠ |
| ٩٠٠ . | ٥٢ | ٠٧٠ . ٢ | ٣١ |
| ٨٦٠ . | ٥٣ | ٩٩٠ . ١ | ٣٢ |
| ٨٢٠ . | ٥٤ | ٩١٠ . ١ | ٣٣ |
| ٧٩٠ . | ٥٥ | ٨٤٠ . ١ | ٣٤ |
| ٧٦٠ . | ٥٦ | ٧٧٠ . ١ | ٣٥ |
| ٧٣٠ . | ٥٧ | ٧٠٠ . ١ | ٣٦ |
| ٧٠٠ . | ٥٨ | ٦٣٠ . ١ | ٣٧ |
| ٦٧٠ . | ٥٩ | ٥٧٠ . ١ | ٣٨ |
| ٦٤٠ . | ٦٠ فأكثر | ٥١٠ . ١ | ٣٩ |
|  |  | ٤٥٠ . ١ | ٤٠ |

في حساب السن تعتبر كسور السنة – سنة كاملة

٤٢

PPF 0025791

## جدول رقم ( ٦ ) *
### رأس المال المقابل لمعاش مستبدل قدره جنيه واحد

| السن | مدى الحياة | | لمدة ١٠ سنوات | | لمدة ٢٠ سنة | |
|---|---|---|---|---|---|---|
| | مليم | جنيه | مليم | جنيه | مليم | جنيه |
| ٤٠ | ٢٠٠ | ١٥٩ | ١٠٠ | ٨٨ | ٨٠٠ | ١٢٣ |
| ٤١ | ٨٠٠ | ١٥٦ | ٩٠٠ | ٨٧ | ٠٠٠ | ١٢٣ |
| ٤٢ | ٣٠٠ | ١٥٤ | ٧٠٠ | ٨٧ | ٠٠٠ | ١٣٢ |
| ٤٣ | ٦٠٠ | ١٥١ | ٤٠٠ | ٨٧ | ٠٠٠ | ١٣١ |
| ٤٤ | ٩٠٠ | ١٤٨ | ١٠٠ | ٨٧ | ٨٠٠ | ١٢٩ |
| ٤٥ | ٢٠٠ | ١٤٦ | ٧٠٠ | ٨٦ | ٥٠٠ | ١٢٨ |
| ٤٦ | ٣٠٠ | ١٤٣ | ٣٠٠ | ٨٦ | ١٠٠ | ١٢٧ |
| ٤٧ | ٢٠٠ | ١٤١ | ٩٠٠ | ٨٥ | ٦٠٠ | ١٢٥ |
| ٤٨ | ٣٠٠ | ١٣٧ | ٤٠٠ | ٨٥ | ٩٠٠ | ١٢٣ |
| ٤٩ | ٢٠٠ | ١٣٤ | ٩٠٠ | ٨٤ | ٢٠٠ | ١٢٢ |
| ٥٠ | ٠٠٠ | ١٣١ | ٣٠٠ | ٨٤ | ٢٠٠ | ١٢٠ |
| ٥١ | ٧٠٠ | ١٢٧ | ٦٠٠ | ٨٣ | ٢٠٠ | ١١٨ |
| ٥٢ | ٤٠٠ | ١٢٤ | ٩٠٠ | ٨٢ | ٣٠٠ | ١١٦ |
| ٥٣ | ٠٠٠ | ١٢١ | ٢٠٠ | ٨٢ | ٧٠٠ | ١١٣ |
| ٥٤ | ٦٠٠ | ١١٧ | ٣٠٠ | ٨١ | ٢٠٠ | ١١١ |
| ٥٥ | ٢٠٠ | ١١٤ | ٤٠٠ | ٨٠ | ٧٠٠ | ١٠٨ |
| ٥٦ | ٧٠٠ | ١١٠ | ٤٠٠ | ٧٩ | ٠٠٠ | ١٠٦ |
| ٥٧ | ٢٠٠ | ١٠٧ | ٤٠٠ | ٧٨ | ٣٠٠ | ١٠٣ |
| ٥٨ | ٧٠٠ | ١٠٣ | ٢٠٠ | ٧٧ | ٤٠٠ | ١٠٠ |

* تعدل بالأمر رقم ٨٠٢/٨٣

انظر صفحة ( ٤٠ )

PPF 0025792

تكملة جدول رقم (٦)

| السن | مدى الحياة | | لمدة ١٠ سنوات | | لمدة ٢٠ سنة | |
|---|---|---|---|---|---|---|
| | مليم | جنيه | مليم | جنيه | مليم | جنيه |
| ٥٩ | ٢٠٠ | ١٠٠ | ٩٠٠ | ٧٥ | ٤٠٠ | ٩٧ |
| ٦٠ | ٦٠٠ | ٩٦ | ٥٠٠ | ٧٤ | ٣٠٠ | ٩٤ |
| ٦١ | ٠٠٠ | ٩٣ | ١٠٠ | ٧٣ | | |
| ٦٢ | ٥٠٠ | ٨٩ | ٥٠٠ | ٧١ | | |
| ٦٣ | ٩٠٠ | ٨٥ | ٩٠٠ | ٦٩ | | |
| ٦٤ | ٥٠٠ | ٨٢ | ١٠٠ | ٦٨ | | |
| ٦٥ | ١٠٠ | ٧٩ | ٤٠٠ | ٦٦ | | |
| ٦٦ | ٧٠٠ | ٧٥ | ٦٠٠ | ٦٤ | | |
| ٦٧ | ٥٠٠ | ٧٢ | ٧٠٠ | ٦٢ | | |
| ٦٨ | ٣٠٠ | ٦٩ | ٨٠٠ | ٦٠ | | |
| ٦٩ | ٢٠٠ | ٦٦ | ٩٠٠ | ٥٨ | | |
| ٧٠ | ٢٠٠ | ٦٣ | ٩٠٠ | ٥٦ | | |

ملاحظات :ـ

١ ـ    في حساب السن تعتبر كسور السنة سنة كاملة .

٢ ـ    يراعى في حساب السن الإضافة التى يقررها القومسيون الطبى العام وفقاً للحالة الصحية لطالب الاستبدال وتظل نتيجة الكشف الطبى صالحة لإتمام إجراءات الاستبدال لمدة ســـنة من تاريخ صدور قرار القومسيون المذكور .

٣ ـ    لا يجوز الاستبدال لمن يقرر القومسيون الطبى أن صحته من نوع ردئ .

٤ ـ    لا يجوز الاستبدال لمن تجاوز سنه بمراعاة ما جاء بالبند (٢) ٧٠ سنة للاستبدال مـدى الحياة أو لمدة عشر سنوات وستين سنة للاستبدال لمدة ٢٠ سنة .

٤٤

PPF 0025793

* جدول رقم (٦) كما تعدّل بالأمر رقم ٨٣/٨٠٢

مبلغ الاستبدال بالشيكل المعادل لمعاش مستبدل
قدره بشيكل واحد في الشهر

| السن | مدى الحياة | | لمدة ١٠ سنوات | | لمدة ٢٠ سنة | |
|---|---|---|---|---|---|---|
| | رجال | نساء | رجال | نساء | رجال | نساء |
| ٤٠ | ٢٢٢,٧٥ | ٢٣٨,١٤ | ٩٨,٨٣ | ١٠٠,٣٢ | ١٦٢,٧٨٨ | ١٦٨,٢١ |
| ٤١ | ٢١٩,٣٣ | ٢٣٤,٦٩ | ٩٨,٦٣ | ١٠٠,٢٠ | ١٦٢,٠١ | ١٦٧,٦٩ |
| ٤٢ | ٢١٥,٨٤ | ٢٣١,١٥ | ٩٨,٤٠ | ١٠٠,٠٨ | ١٦١,١٨ | ١٦٧,١٢ |
| ٤٣ | ٢١٢,٢٩ | ٢٢٧,٥٢ | ٩٨,١٥ | ٩٩,٩٤ | ١٦٠,٢٩ | ١٦٦,٤٨ |
| ٤٤ | ٢٠٨,٦٨ | ٢٢٣,٨٠ | ٩٧,٨٨ | ٩٩,٧٨ | ١٥٩,٣٣ | ١٦٥,٧٧ |
| ٤٥ | ٢٠٥,٠٢ | ٢٢٠,٠١ | ٩٧,٦٠ | ٩٩,٦١ | ١٥٨,٣١ | ١٦٥,٠٠ |
| ٤٦ | ٢٠١,٣٢ | ٢١٦,١٣ | ٩٧,٣٠ | ٩٩,٤١ | ١٥٧,٢٢ | ١٦٤,١٥ |
| ٤٧ | ١٩٧,٥٩ | ٢١٢,١٦ | ٩٧,٠٢ | ٩٩,٢٠ | ١٥٦,٠٨ | ١٦٣,٢١ |
| ٤٨ | ١٩٣,٨٢ | ٢٠٨,١٢ | ٩٦,٧١ | ٩٨,٩٧ | ١٥٤,٨٨ | ١٦٢,١٨ |
| ٤٩ | ١٩٠,٠٢ | ٢٠٤,٠١ | ٩٦,٤٠ | ٩٨,٧٢ | ١٥٣,٦٣ | ١٦١,٠٦ |
| ٥٠ | ١٨٦,٢١ | ١٩٩,٨١ | ٩٦,٠٩ | ٩٨,٤٤ | ١٥٢,٣٢ | ١٥٩,٨٣ |
| ٥١ | ١٨٢,٣٨ | ١٥٩,٥٤ | ٩٥,٧٧ | ٩٨,١٣ | ١٥٠,٩٥ | ١٥٨,٤٩ |
| ٥٢ | ١٧٨,٤٥ | ١٩١,٢١ | ٩٥,٣٩ | ٩٧,٨٠ | ١٤٩,٤٥ | ١٥٧,٠٣ |
| ٥٣ | ١٧٤,٤٢ | ١٨٦,٨٠ | ٩٤,٩٦ | ٩٧,٤٣ | ١٤٧,٨٠ | ١٥٥,٤٥ |
| ٥٤ | ١٧٠,٣٢ | ١٨٢,٣٣ | ٩٤,٤٦ | ٩٧,٠٢ | ١٤٦,٠٢ | ١٥٣,٧٣ |
| ٥٥ | ١٦٦,١٥ | ١٧٧,٧٩ | ٩٣,٨٩ | ٩٦,٥٦ | ١٤٤,١٠ | ١٥١,٨٧ |
| ٥٦ | ١٦١,٩٣ | ١٧٣,١٩ | ٩٣,٢٧ | ٩٦,٠٥ | ١٤٢,٠٥ | ١٤٩,٨٥ |
| ٥٧ | ١٥٧,٦٦ | ١٦٨,٥٣ | ٩٢,٦٠ | ٩٥,٤٩ | ١٣٩,٨٧ | ١٤٧,٦٦ |
| ٥٨ | ١٥٣,٣٧ | ١٦٣,٨١ | ٩١,٨٨ | ٩٤,٨٦ | ١٣٧,٠٦ | ١٤٥,٢٩ |
| ٥٩ | ١٤٩,٠٦ | ١٥٩,٠٥ | ٩١,١٢ | ٩٤,١٧ | ١٣٥,١٣ | ١٤٢,٧٥ |
| ٦٠ | ١٤٤,٧٥ | ١٥٤,٢٥ | ٩٠,٣٣ | ٩٣,٤١ | ١٣٢,٠٩ | ١٤٠,٠٣ |
| ٦١ | ١٤٠,٤٧ | ١٤٩,٤٣ | ٨٩,٥١ | ٩٢,٥٨ | | |
| ٦٢ | ١٣٦,٢٣ | ١٤٤,٦٩ | ٨٨,٦٦ | ٩١,٦٩ | | |

* – بدء سريان التعديل ١٩٨٣/٢/٢٧ ، انظر أحكام انتقالية في المادة ٣ من الأمر رقم ٨٢/٨٠٢

٤٥

PPF 0025794

=                 تكملة جدول رقم ( ٦ ) المعدل

| السـن | مدى الحياة | | لمدة ١٠ سنوات | | لمدة ٢٠سنة | |
|---|---|---|---|---|---|---|
| | رجال | نساء | رجال | نساء | رجال | نساء |
| ٦٣ | ١٢٢,٠٥ | ١٣٩,٧٤ | ٨٧,٨١ | ٩٠,٧٣ | | |
| ٦٤ | ١٢٧,٩٤ | ١٣٤,٩٢ | ٨٦,٩٦ | ٨٩,٦٩ | | |
| ٦٥ | ١٢٣,٩٥ | ١٣٠,١٠ | ٨٦,١٢ | ٨٨,٨٥ | | |
| ٦٦ | ١١٩,٥٢ | ١٢٥,٣٢ | ٨٤,٩٢ | ٨٧,٣٩ | | |
| ٦٧ | ١١٥,١٤ | ١٢٠,٠٠ | ٨٣,٦٥ | ٨٦,١٠ | | |
| ٦٨ | ١١٠,٧٨ | ١١٥,٧٩ | ٨٢,٣ | ٨٤,٦٩ | | |
| ٦٩ | ١٠٦,٤٥ | ١١١,٠٦ | ٨٠,٨٦ | ٨٣,١٦ | | |
| ٧٠ | ١٠٢,١٦ | ١٠٦,٣٤ | ٧٩,٣٣ | ٨١,٤٨ | | |

ملاحظات :–

١–    في حساب السن تعتبر كسور السنة سنة كاملة .

٢–    يراعى في حساب السن الإضافة التى يقررها القومسيون الطبى العام وفقاً للحالة الصحية
       لطالب الاستبدال وتظل نتيجة الكشف الطبى صالحة لإتمام إجراءات الاستبدال لمدة ســنة
       من تاريخ صدور قرار القومسيون المذكور .

٣–    لا يجوز الاستبدال لمن يقرر القومسيون الطبى أن صحته من نوع ردئ .

٤–    لا يجوز الاستبدال لمن تجاوز سنه بمراعاة ما جاء بالبند (٢) ٧٠ سنة للاستبدال مدى
       الحياة أو لمدة عشر سنوات وستين سنة للاستبدال لمدة ٢٠ سنة .

٤٦

PPF 0025795

## جدول رقم ( ٧ )

### تحديد الأقساط الشهرية التي تقتطع من المرتب أو الأجر في حالة اختيار المنتفع أداء المبالغ المستحقة عليه بالتقسيط وفقاً لحكم المادة (٥٦)

| السن في تاريخ بدء الإقدام (حتى) | مجموع الأقساط المفروض أداؤها في حالة السداد حتى بلوغ من المستين مقابل جنيه واحد من المبلغ المستحق | | السن في تاريخ بدء الإقدام (حتى) | مجموع الأقساط المفروض أداؤها في حالة السداد حتى بلوغ من المستين مقابل جنيه واحد من المبلغ المستحق | | السن في تاريخ بدء الإقدام (حتى) | مجموع الأقساط المفروض أداؤها في حالة السداد حتى بلوغ من المستين مقابل جنيه واحد من المبلغ المستحق | |
|---|---|---|---|---|---|---|---|---|
| حتى | مليم | جنيه | حتى | مليم | جنيه | حتى | مليم | جنيه |
| ٤٨ | ٣٥٧ | ١ | ٣٤ | ٧٥٤ | ١ | ٢٠ | ١٩٤ | ٢ |
| ٤٩ | ٣٢٩ | ١ | ٣٥ | ٧٢٥ | ١ | ٢١ | ١٦٠ | ٢ |
| ٥٠ | ٣٠١ | ١ | ٣٦ | ٦٩٦ | ١ | ٢٢ | ١٢٨ | ٢ |
| ٥١ | ٢٧٣ | ١ | ٣٧ | ٦٦٧ | ١ | ٢٣ | ٠٩٥ | ٢ |
| ٥٢ | ٢٤٥ | ١ | ٣٨ | ٦٣٨ | ١ | ٢٤ | ٠٦٢ | ٢ |
| ٥٣ | ٢١٦ | ١ | ٣٩ | ٦٠٩ | ١ | ٢٥ | ٠٣١ | ٢ |
| ٥٤ | ١٨٧ | ١ | ٤٠ | ٥٨١ | ١ | ٢٦ | ٩٩٩ | ١ |
| ٥٥ | ١٥٨ | ١ | ٤١ | ٥٥٣ | ١ | ٢٧ | ٩٦٧ | ١ |
| ٥٦ | ١٢٨ | ١ | ٤٢ | ٥٢٥ | ١ | ٢٨ | ٩٣٦ | ١ |
| ٥٧ | ٠٩٧ | ١ | ٤٣ | ٤٩٧ | ١ | ٢٩ | ٩٠٦ | ١ |
| ٥٨ | ٠٦٦ | ١ | ٤٤ | ٤٦٩ | ١ | ٣٠ | ٨٧٥ | ١ |
| ٥٩ | ٠٣٢ | ١ | ٤٥ | ٤٤١ | ١ | ٣١ | ٨٤٤ | ١ |
| ٦٠ فأكثر | ٠٠٠ | ١ | ٤٦ | ٤١٣ | ١ | ٣٢ | ٨١٤ | ١ |
| | ٣٨٥ | ١ | ٤٧ | ٣٨٥ | ١ | ٣٣ | ٧٨٤ | ١ |

ملاحظات :-

(أ)  في حساب السن تعتبر كسور السنة – سنة كاملة .

(ب)  لحساب القسط الشهري يقسم مجموع الأقساط المطلوب أداؤها على عدد الأشهر الكاملة بين تاريخ بدء السداد وتاريخ بلوغ سن الستين .

(ج)  تقرب قيمة القسط الشهري الناتج من تطبيق هذا الجدول إلى أقرب قرش زيادة

٤٧

PPF 0025796

* قرار الحاكم العام

رقم (٢٢) لسنة ١٩٦٤

بإصدار اللائحة التنفيذية للقانون رقم ٨ لسنة ١٩٦٤ بإصدار قانون التأمين
والمعاشات لموظفي ومستخدمي وعمال الإدارة والمجالس البلدية والقروية
ودائرة الأوقاف الإسلامية بقطاع غزة

الحــــاكم العـــام ؛

بعد الاطلاع على القرار بقانون رقم ٨ لسنة ١٩٦٤ بإصدار قانون التـأمين والمعاشــات
لموظفي ومستخدمي وعمال الإدارة والمجالس البلدية والقروية ودائرة الأوقاف الإسلامية بقطـاع
غزة :

قــــرر

مادة ١–    يعمل بأحكام اللائحة المرافقة فيما يختص بتنفيذ أحكام القانون رقــم ٨ لسـنة
١٩٦٤ المشار إليه .

مادة ٢–    يصدر رئيس مجلس إدارة الصندوق والمعاشات التعليمات المنظمة للعمـل فـي
حدود أحكام القانون ولائحته التنفيذية المرافقة وفقاً لمقتضيات العمل  وله تعديل
النماذج المرفقة باللائحة المرفقة وفقاً لمقتضيات العمل .

مادة ٣–    ينشر هذا القرار في الجريدة الرسمية ويعمل به اعتباراً من أول يوليـة سـنة
١٩٦٤ .

تحـــريق أول

يوسف عبد الله العجوردي
الحاكم العام لقطاع غزة

_____

* نشر في الوقائع الفلسطينية العدد غير الاعتيادي بتاريخ ١٨ يولية ١٩٦٤ صفحة ٢٩

٤٨

PPF 0025797

# اللائحة التنفيذية لقانون التأمين والمعاشات

## لموظفي ومستخدمي وعمال الإدارة العامة والمجالس البلدية ودائرة الأوقاف الإسلامية بقطاع غزة الصادر بالقرار

### بقانون رقم ٨ لسنة ١٩٦٤

## الباب الأول
## أحكام عامة

مادة ١ —    في تطبيق أحكام اللائحة يقصد :

(أ)    بالقرار بقانون : القرار بقانون رقم ٨ لسنة ١٩٦٤ بـإصدار قـانون التـأمين والمعاشات المشار إليه .

(ب)    بالقانون : قانون التأمين والمعاشات الصادر بالقرار بقانون رقـم ٨ لسـنة ١٩٦٤ المشار إليه .

(ج)    بالمرتب : المرتب أو الأجر على النحو الموضح بالبند ٥ من المـادة (١) مـن القرار بقانون رقم ٨ لسنة ١٩٦٤ المشار إليه .

(د)    بالاشتراكات : المبالغ التي تقتطع شهرياً بواقع (١٠%) من مرتبات لمنتفعيـن بأحكام القانون .

(هـ)    بحصة الحكومة : المبالغ التي تؤديها الإدارة العامة والمجالس البلدية والقروية ودائرة الأوقاف الإسلامية لحساب المنتفعين بأحكام القانون بواقـــع (١٢٫٥%) من مرتباتهم .

(و)    بالأقساط الخاصة : أقساط مدد الخدمة السابقة ، وأقسـاط الاسـتبدال وأقسـاط القروض والديون الأخرى المستحقة للصندوق طرف المنتفعين وتشمل أقسـاط المدة السابقة ؛ الأقساط الخاصة يرد حصة الإدارة في الأموال المدخرة والأقساط الخاصة بالاشتراك عن المدة السابقة سواء حتى سن الستين أو بطريق جـدول الاستبدال .

مادة ٢ —    تختص دائرة التأمين والمعاشات بتطبيق أحكام القانون رقـم ٨ لسـنة ١٩٦٤ ومراقبة تنفيذه وعلى الأخص ما يأتي :-

PPF 0025798

١ –   تحصيل ومراجعة الأموال التى تتكون منها موارد الصندوق وهى :

(أ)   الاشتراكات والأقساط التى تقتطع شهرياً من مرتبات وأجور المنتفعيـن بأحكــام القانون عن المدد الحالية أو السابقة .

(ب) المبالغ التى تؤديها الجهات التى تطبق أحكام القانون المذكور .

(ج)   حصيلة استثمار أموال الصندوق .

(د)   الموارد الأخرى الناتجة عن أوجه النشاط المختلفة .

٢ –   مطالبة الخزانة العامة وسائر الجهات التى تطبق أحكام القانون بتسديد الأموال بالأموال الآتية ومراقبة إدارتها :

(أ) المبالغ المنصوص عليها فى البند (ب) من المادة (٨) من القانون .

(ب) المبالغ المنصوص عليها فى المادة (٧) من القرار بقانون .

(ج) ما قد ينتج عن عجز فى ربع استثمار أموال الصندوق أو احتياطياته .

٣ –   تقدير وتسوية وصرف :

(أ)   المكافآت .        (ب)   مبالغ التأمين .

(ج) المعاشات .        (د)   مصاريف الجنازة والمنحة المقررة بالقانون .

٤ –   منح القروض وتحصيل أقساط سدادها طبقاً للقانون .

٥ –   القيام بعمليات استبدال المعاشات وفقاً لأحكام القانون .

٦ –   القيام بالعمليات الدورية لصرف المعاشات الشهرية لمستحقيها .

٧ –   مراقبة شروط استحقاق المعاش للاستمرار فى صرفه أو قطعه أو إعادته أو رده إلى باقى المستحقين .

٨ –   تنفيذ قرارات مجلس الإدارة فى كل ما يتعلق بأعمال الصندوق بعد اعتمادها من المجلس التنفيذى .

٩ –   مراجعة مشروعات القوانين الخاصة بالتأمين والمعاشات التى تتحمل الخزانـة العامة وصندوق التأمين والمعاشات أعباء مالية قبل عرضها على مجلس الإدارة والمجلس التنفيذى .

١٠ –   فحص المركز المالى للصندوق لتقدير قيمة الالتزامات القائمـة ، وذلـك فـى المواعيد وبالقواعد المنصوص عليها فى القانون وإعداد الاستثمارات اللازمـة لهذا الغرض وإصدار التعليمات التى يتطلبها ذلك .

١١ –   إعطاء رقم لكل دائرة ولكل من المنتفعين بأحكام هذا القانون ومن يعين منسهم

٥٠

PPF 0025799

مستقبلاً ، ويظل هذا الرقم ثابتاً وملازماً له طوال مدة خدمته ولو نقل من جهـة إلى أخرى .

مادة ٣– على دوائر المستخدمين بالجهات التي تنفذ أحكام هذا القانون إعداد الســجلات واستيفاء بيانات الاستمارات التي يستلزمها تنفيذ أحكام هذه اللائحة وتعليمـات دائرة صندوق التأمين والمعاشات .

وعلى دوائر المستخدمين بإخطار دائرة التأمين والمعاشـــات بقـرارات تعييـن المنتفعين وترقياتهم وعلاواتهم ونقلهم وإعارتهم والأجازات التي تمنح بـدون مرتب وكل ما يؤثر على مرتباتهم .

وعلى تلك الدوائر أن تعد بالنسبة لكل منتفع موجود بالخدمة أو يعين مستقبلاً ويخضع لأحكام القانون بيانات بحالته الاجتماعيـة والوظيفيـة ، وذلـك علـى الاستمارة التي تعدها دائرة التأمين والمعاشات لهذا الغرض وفي المواعيد التـي تحددها .

مادة ٤– على دائرة التأمين والمعاشات أن تعد لكل منتفع بطاقة تشمل البيانات الآتية:

١– اسم المنتفع .            ٢– رقمه .

٣– تاريخ ميلاده .          ٤– الدائرة التي يعمل بها .

٥– رقم الدائرة التي يعمل بها .    ٦– تاريخ دخوله الخدمة .

٧– تاريخ بدء مدة خدمته السابقة التي كانت محسوبة في نظام الادخار .

٨– هل اشتركت عن مدة خدمته السابقة المشار إليها في البند السابق .

٩– قيمة قسط المدة السابقة إن وجد .

وتستخرج هذه البيانات من سجل المنتفعين المحفوظ بــالدائرة . وتســلم هـذه البطاقة إلى كل منتفع بعد توقيعه بالاستلام ، وذلك للاحتفاظ بها وتقديمها عنـد الحاجة .

PPF 0025800

# الباب الثاني
## في أداء الاشتراكات والأقساط الخاصة
## وتحصيلها ورد ما حصل منها بدون وجه حق

# الفصل الأول
## في أداء الاشتراكات والأقساط الخاصة وتحصيلها

**مادة ٥ –** إذا خفض المرتب لأي سبب من الأسباب فيكون اقتطاع الاشتراكات على أساس المرتب المخفض ، ولا يعتبر الخصم بسبب الجزاء خفضاً له وتحصل الاشتراكات في هذه الحالة على أساس المرتب قبل إجراء الخصم أما الأقساط الخاصة فتستحق للصندوق وفق كان المرتب المستحق مخفيظاً وذلك مع مراعاة أحكام المادة (٥٣) من القانون .

**مادة ٦ –** تتخذ أقسام الماهيات بالدوائر التى تطبق أحكام القانون فى شأن تحصيل الاشتراكات والأقساط المستحقة للصندوق الإجراءات الآتية :

١ – تخصص نوعين من السجلات للمرتبات وذلك على النحو الآتى :

(أ) تعديل سجلات المرتبات بالنسبة للمنتفعين بأحكام القانون رقم ٨ لسنة ١٩٦٤ بحيث تشتمل على البيانات الموضحة فى البند ٢ .

(ب) سجلات خاصة بمرتبات غير المنتفعين بأحكام القانون المذكور .

٢ – تعد كشوفاً مستقلة بمرتبات المنتفعين بأحكام القانون تتضمن رقم الدائرة ورقم المنتفع واسمه ورقم القرض والماهية الأساسية الشهرية وإعانة غلاء المعيشة المستحق دون الإعانة المستحقة عن الأولاد والمبالغ المقتطعة لحساب الصندوق من حصة الحكومة من المنتفع عن المدة الحالية والسابقة وأقساط القروض ، وذلك من واقع سجلات المرتبات المشار اليها .

وبالنسبة لعمال اليومية يراعى ألا يدرج فى كشف الماهيات إلا المرتب المستحق عن ٢٦ يوماً على الأكثر أما ما يزيد عن هذا القدر فيصرف بكشف مستقل باعتباره أجراً إضافياً ويراعى عند تحرير تلك الكشوف ما يأتى :

(أ) إضافة قيمة الحصة التى تؤديها الجهات التى تطبق أحكام القانون إلى مفردات مرتبات المنتفعين بأحكامه التى يستقطع على أساسها الاشتراكات تمهيداً لإعادة استنزالها بعد ذلك ضمن الاستقطاعات .

٥٢

PPF 0025801

(ب)    تخصيص خانة مستقلة لكل قسط من الأقساط الخاصة المطلوب اقتطاعها.

٣-    تعد كشفاً بالبيانات الموضحة في البند ٢ بالنسبة لكل منتفع وفقاً للاستمارة رقم (١) تأمين ومعاشات من أصل وثلاث صور موقعاً عليها من الموظف المختــص ورئيس الدائرة . وذلك من واقع كشوف المرتبات وتحتفظ بإحداها وتسجل هــذه البيانات شهرياً في سجل خاص متضمناً كافة البيانات الموضحة في النموذج رقم (١) تأمين ومعاشات . على أن تخصص استمارة مستقلة للمنتفعين على درجات واستمارة ثانية لمن يتقاضون رواتب مقطوعة وثالثة لمن يتقاضون أجوراً يومية

٤-    تقوم هذه الأقسام بعد إتمام تحرير كشوف المرتبات والأجور بإرسالها إلى دوائر المستخدمين المختصة مرفقاً بها الاستمارات رقم (١) تأمين ومعاشات من أصل وصورتين ويحتفظ قسم الماهيات بالصورة الثالثة .

مادة ٧-    تقوم دوائر المستخدمين بمراجعة كشوف المرتبات والأجور والاستمارة رقــم (١) تأمين ومعاشات . وإرسالها إلى دوائر الحسابات المختصة بعد احتفاظهـــا بصورة من الاستمارة رقم (١) تأمين ومعاشات .

تقوم دوائر الحسابات بتعلية المبالغ المقتطعة من المنتفعين والموضحة بكشوف المرتبات والأجور والاستمارات رقم (١) تأمين ومعاشات في حساب الأمانــات تحت فرع خاص بعنوان صندوق التأمين والمعاشات .

مادة ٨-    تقوم دوائر الحسابات بإجراءات الصرف واستخراج شيكات لحساب صنـدوق التأمين والمعاشات خلال الخمسة أيام الأولى من الشهر مرفقــاً بهـا أصـل الاستمارة رقم (١) تأمين ومعاشات . مع حافظة تتضمن المبالغ المستحقة لكــل نوع من الاشتراكات والأقساط المقتطعة لكل من :

(أ)    حصة الحكومة .

(ب)    الاشتراكات المقتطعة لحساب المدة الجارية .

(ج)    الأقساط المستحقة عن المدة السابقة .

(د)    أقساط القروض .

على أن يطابق مجموع قيمة مفردات هذه الأنواع قيمة الشيكات المرفقة. وإذا وردت الشيكات غير مرفقة بأصل الاستمارة رقم (١) تأمين ومعاشــات أو الحافظة المذكورة . فعلى دائرة التأمين والمعاشات رد الشــيكات إلــى الجهــة الواردة منها لاستيفاء الإجراءات .

٥٣

وفي هذه الحالة يتحمل الموظف المتسبب بفائدة تأخير بواقع ( ٥,٤%) من قيمة التبيكات اعتباراً من اليوم السادس من الشهر حتى تاريخ إعادتها إلسى دائسرة التأمين والمعاشات مستوفاة . كما يتحمل الموظف المسئول بالفائدة المذكورة إذا وردت التبيكات بعد اليوم الخامس من الشهر ولو كانت مستوفاة .

مادة ٩ – يراعى بالنسبة للاستمارات رقم (١) تأمين ومعاشات – التى تعد مسن مرتبسات شهر يولية سنة ١٩٦٤ التى تصرف في أول أغسطس سسنة ١٩٦٤ بسإعداد صورة إضافية من الاستمارة رقم (١) المشار اليها فوق ما سبق إلسى دائسرة التأمين والمعاشات . بحيث تقوم تلك الدائرة بترقيم الدوائسر وإعطساء أرقسام للمنتفعين وإعادتها إلى أقسام الماهيات المختصة لذكر هذه الأرقام عند تحريسر استمارات للأشهر التالية .

مادة ١٠ – تحتفظ أقسام الماهيات ودوائر المستخدمين ودوائر الحسابات بصورة الاستمارات رقم (١) تأمين ومعاشات – في ملف خاص للرجوع إليها عنسد اللسزوم وقيسد البيانات الواردة بها شهرياً بالسجلات الخاصة بذلك .

مادة ١١ – يجب تحصيل الاشتراكات المستحقة عن فروق العلاوات الدورية ، وكذا علاوات الترقيات ، وذلك عند صرف هذه العلاوات في غير موعد صسرف المرتبسات . ويجب أن يتبع بشأنها ما اتبع بالنسبة للمرتبات الشهرية على أن يبين في خانة الملاحظات تاريخ الحصول على العلاوات ومقدارها والمسدة المنصسرف عنسها المتجمد ويتبع في تحرير الاستمارة رقم (١) تأمين ومعاشات – في هذه الحالسة نفس القواعد المنصوص عليها في القواعد السسابقة ، ويضساف إلسى هسذه الاستمارة   كلمة ' ملحق ' وتكتب بخط واضح في أعلى الاستمارة ويسالمداد الأحمر .

مادة ١٢ – إذا نقل موظف من دائرة إلى أخرى فيجب أن يتبين ذلك في الاستمارة رقسم (١) تأمين ومعاشات – الخاصة بالدائرة المنقول منها ، وكذلك الدائرة المنقول اليها وذلك اعتباراً من أول الشهر التالى لهذا النقل على أن يوقف إيراد اسسمه فسي استمارات الدائرة المنقول منها وقيده في استمارات الدائسرة المنقسول اليسها ، ويجب أن يوضح في خانة الملاحظات ما يفيد ذلك .

مادة ١٣ – على كل دائرة ذكر الأرقام المعطاة للدائرة والمنتفع عند تحرير الاسستمارات الخاصسة بصندوق التأمين والمعاشات ، وكذلك عند تحرير أية مكاتبات بشأن المنتفعين .

٥٤

مادة ١٤ –  في حالة عدم إمكان تنفيذ اقتطاع أية اشتراكات أو أقـســـاط خاصــة مســتحقة
للصندوق في مواعيدها يكون تسديد تلك الاشتراكات والأقساط لدائـــرة التـــأمين
والمعاشات دفعة واحدة بالخصم على حساب العهد طرف المنتفعين الذين لم تنفذ
عليهم الخصم على أن يخصم بعد ذلك من المنتفعين لسداد حساب العهد.
ويتحمل المسئول عن التأخير في توريد مستحقات الدائرة بفائدة قدرها (٤,٥%)
تحسب اعتباراً من اليوم التالي لانتهاء الموعد المحدد لذلك حتى تاريخ السداد.

مادة ١٥ –  على دائرة التأمين والمعاشات اتخاذ الإجراءات الآتية :

١ –  إنشاء ملف لكل منتفع تحفظ به كافة الأوراق المتعلقة به.

٢ –  مراجعة الاستمارة رقم (١) تأمين ومعاشات شهرياً بالنسبة لكل منتفع للتأكد
من صفة الاستقطاعات بالنسبة لكل فئة من المنتفعين ولكل نـــوع مـــن أنـــواع
الاستقطاعات والتأمين عليها من الموظف المختص بما يفيد ذلك.

٣ –  رصد الاشتراكات والأقساط الخاصة المقتطعة من فئات المنتفعين فـــي ســـجلات
يكون القيد بها شهرياً من واقع النموذج رقم (١) تأمين ومعاشات.

ويراعى عند إمساك هذه السجلات المشار إليها ما يلي :

(أ)  قيد رقم المنتفع واسمه وتاريخ ميلاده واسم الدائرة ورقمها.

(ب)  قيد كل نوع من الأقساط الخاصة المستحقة كل على حدة.

(ج)  تاريخ بداية ونهاية كل قسط من الأقساط الخاصة وكيفية أدائه.

(د)  في حالة سداد المنتفع للمبالغ المستحقة عليه للصندوق نقداً يذكر رقـــم شـــيك
السداد وتاريخه واسم البنك المسحوب عليه الشيك أو إشعار السداد في البنـــك
المودعة به أموال الصندوق.

٥٥

PPF 0025804

## الفصل الثاني

### رد الاشتراكات والمبالغ المحصلة بدون وجه حق

مادة ١٦ –     تسدد كل جهة ما يكون قد تسدد لحساب الصندوق بوجه الخطأ من اشتراكات أو أقساط مقتطعة من مرتبات المنتفعين والمبالغ التي أدتها الخزانــة أو الجــهات الخاضعة لأحكام هذا القانون لحسابهم في الأحوال الآتية :

(أ)     أن تكون الاشتراكات قد اقتطعت من فئات غير خاضعة لأحكام القانون .

(ب)     أن تكون المبالغ قد أديت بصورة مكررة أو بالزيادة .

مادة ١٧ –     تقوم الجهة بأداء المبالغ المستحقة إلى صاحب الشــأن أو تسـويتها لحسـاب بنودها الخاصة خصماً من حساب العهد تحت التحصيل طرف الدائرة ويسدد هذا الحساب من المبالغ المعلاة بحساب الأمانات – تأمين ومعاشات – على أن يرفق بمستندات صرف المبالغ المستبعدة حافظة يوضح بها اسـم المنتفع ورقمـه والمبلغ المطلوب رده ورقم وتاريخ وروده للصندوق وسبب الرد مع ذكر رقــم شيك السداد والمبلغ للمنتفع وتاريخه وذلك على الاستمارة رقــم ( ٢ ) المرفـق نموذجها  ويتعين على دائرة التأمين والمعاشات إثبات ذلك في سجل الاشتراكات والأقساط في الصفحة المخصصة للمنتفع .

٥٦

PPF 0025805

## الفصل الثالث

### في صرف القروض بضمان المرتب والمكافأة أو التأمين أو المعاش

مادة ١٨– ١–   يحدد مجلس إدارة الصندوق في أول كل سنة مالية قيمة المبالغ التي يخصصها لإقراض الموظفين على أن يحدد الفائدة التي تحتسب على هذه القروض بحيث لا تقل عن (٤,٥%) سنوياً ، ويجوز للمجلس إذا لم تكف الاعتمادات المشار إليها ، تخصيص مبالغ أخرى لهذا الغرض خلال السنة ، ويمسك سجل يوضح به قيمة الاعتمادات التي تقررت وتاريخ إقرارها ويستنزل منه قيمة كل قرض يتم بحيث لا تتجاوز القروض الممنوحة قيمة الاعتمادات المخصصة .

٢–   على طالب القرض أن يتقدم بطلب إلى دائرة التأمين والمعاشات بالبريد الموصى عليه موضحاً به اسمه ورقمه واسم الدائرة التي يتبعها والمبلغ المطلوب ومدة السداد .

٣–   على دائرة التأمين والمعاشات أن تقيد طلبات القروض الواردة في سجل قيد القروض بأرقام مسلسلة . ولا تقيد الطلبات الغير مستوفاة وإنما ترد إلى أصحابها.

٤–   على الموظف المختص بالقيد بالسجلات أن يوضح على الطلب اسم الطالب ورقمه ، وتاريخ ميلاده ، ومدة خدمته المحسوبة في المعاش ، وراتبه الشهري على أن يوقع بصحة هذه البيانات .

٥–   يعرض الطلب على مدير الدائرة للتأشير عليه بالقيمة ومدة السداد بعد التأشير عليه من الموظف المختص بأن البند يسمح .

٦–   يكون منح القروض حسب أولوية قيد الطلبات مستوفاة في السجل المشار إليه في البند ٣ .

٧–   يكون تقدير قيمة القرض وقواعد سداده طبقاً للشروط والأوضاع الموضحة في المادة (٤٩) من القانون على أن تقرب قيمة الذي يسمح به إلى أقرب جنيه .

٨–   يخطر المنتفع بخطاب بقبول طلبه والمبلغ الذى وافق عليه وقيمة القسط الشهري ونهاية السداد ، وذلك بكتاب موصى عليه أو يسلم إليه شخصياً بمقر دائرة التأمين والمعاشات مع التوقيع على صورته بما يفيد استلامه لها بعد التحقق من شخصيته.

٥٧

PPF 0025806

٩- على طالب القرض في حالة قبوله التقدير أن يوقع بذلك إما بحضوره شـخصياً في مقر دائرة التأمين والمعاشات أو بمقتضى إقرار منه يعتمد من اثنيـن مـن المنتفعين بأحكام القانون ورئيسهما المباشر ويختم بخاتم الجهة التابعين لـها . ويرسل الإقرار في هذه الحالة بكتاب موصى (عليه).

١٠- تحفظ الأوراق المتعلقة بطلب القرض في الملف الخاص به والمشار اليـه فـي المادة (١٥) .

مادة ١٩- يكون حساب الفوائد المستحقة على مبلغ القرض بالكيفية الآتية :

(أ) في حالة التقسيط على سنة واحدة تحسب الفائدة بالمعدل المقرر عن كامل مبلغ القرض عن سنة واحدة .

(ب) في حالة التقسيط لمدة سنتين تحسب الفائدة على كامل القرض عن السنة الأولى مضافاً إليها فائدة بنفس المعدل لمدة سنة عن نصف قيمة القرض.

(ج) في حالة التقسيط لمدة ثلاث سنوات تحسب الفائدة على كامل القرض في السـنة الأولى مضافاً إليها فائدة ثلثي القرض عن السنة الثانية . ثم يضاف إليها فـائدة عن ثلث القرض عن السنة الثالثة بنفس المعدل المقرر.

(د) يخصم مجموع الفائدة المستحقة من قيمة القرض قبل صرفه .

مادة ٢٠- لحساب قسط سداد القرض يقسم كامل القرض على مدة السداد بالأشهر مع جبر كسور إلى أقرب قرش بالزيادة .

مادة ٢١- تقوم دائرة التأمين والمعاشات باستخراج شيك السداد على أن يكون غير قـابل للتحويل وإرساله مع خطاب بالبريد الموصى عليه للمنتفع موضحاً به رقم الشيك وتاريخه والمبلغ وصافي القيمة الموضحة بالشيك وقيمة القسط وموعـد بـدء الخصم ونهاية مدة السداد أو تسليمه له شخصياً بعد التحقق من شخصيته .

مادة ٢٢- على الدائرة أن تقيد البيانات المتعلقة بالقرض في السجلات الخاصة بأرقامـهـا المسلسلة متضمنة اسم المنتفع ورقمه والدائرة التابع لها والمبلـغ المنصـرف ومدة السداد وبداية أول قسط ونهايته ورقم وتاريخ الشيك واسم البنك المسحوب عليه هذا الشيك .

مادة ٢٣- على دائرة التأمين أن تخطر في اليوم الأول من كل شهر قلم الماهيات بكل دائرة بكشف ببيان القروض التي قامت الدائرة بصرفها في خـلال الشـهر السـابق متضمناً اسم المقترض ورقمه وقيمة القرض ومدة السداد وتاريخ بداية الخصم

٥٨

ونهايته وقيمة القسط المستحق لتنفيذ الخصم اعتباراً من مرتب أو أجر نفــس الشهر . وترسل صورة من هذا الكشف إلى دائرة المستخدمين لمراعـاة تنفيـذ ذلك .

مادة ٢٤- على دائرة التأمين والمعاشات أن تقوم بمراقبة تحصيل أقساط هـذه القـروض شهرياً ورصدها في الصفحة الشخصية لكل منتفع فـي سـجلات القـروض ومناقضة الجهات في حالة عدم تنفيذ الخصم على الوجه الصحيح .

وإذا انتهت خدمة المقترض لأي سبب قبل الانتهاء من سـداد القـرض خصـم الرصيد المتبقى مما يستحق من مكافأة أو معاش أو من مبلـغ التـأمين الـذى يستحقه في حالة وفاته أو فصله من الخدمة بسبب العجز عن العمل . ولا يجوز خصم الرصيد المتبقى من المعاش المستحق للورثة إلا في حدود الربع  فإذا لـم تكن هناك استحقاقات يخصم منها الرصيد ، يتحمل به الصندوق خصماً من ربح استثمار أمواله .

٥٩

# الباب الثالث

## في نظام التأمين والمعاش

# الفصل الأول

## تعيين المستفيدين من مبالغ التأمين

مادة ٢٥ –  إذا لم يرغب المنتفع في أن يؤدى مبلغ التأمين الذى يستحق في حالــــة وفاتــه وهو بالخدمة إلى ورثته الشرعيين وفقاً للأنصبة الشرعية ، فعليــــه أن يعيـــن المستفيدين من هذا المبلغ وأنصبتهم على الاستمارة التى تعد وفقاً للنموذج رقم (٣) المرافق ، ولا يؤخذ بالاستمارات السابق تحريرها في هذا الشأن قبل العمـل بالقانون .

مادة ٢٦ –  يحرر المنتفع الاستمارة المشار إليها من ثلاث نسخ ، ويراعى في تحريرها مـا يأتي :

(أ)  أن تحرر جميع بيانات الاستمارة بمداد واحد دون أى شطب أو كشط أو تحضير ، ويترتب على مخالفة ذلك بطلان الاستمارة .

(ب)  أن يوقع بنفسه هذه الاستمارة مع بيان تاريخ التوقيع ويتعيـن علـى الرئيـس المباشر التوقيع كذلك بما يفيد صحة توقيع المنتفع وإثبات التـاريخ مـع ختـم الاستمارة بخاتم الدائرة .

(ج)  أن تشتمل الاستمارة على أسماء المستفيدين بالكامل مع ذكر درجة قرابــة كـل منهم للمنتفع إن وجدت ونسبة ما يخص كل منهم من التعويض .

مادة ٢٧ –  على الجهة التى يتبعها المنتفع بأحكام هذا القانون إرسال نسخ الاستمارة الثلاث بعد تحريرها واعتمادها إدارياً إلى دائرة التأمين والمعاشات بكتاب موصى عليـه ، وفي حالة إرسال أكثر من استمارة بكتاب واحد يرفق بها كشف من نسـختين بأسماء أصحاب الاستمارات .

مادة ٢٨ –  على دائرة التأمين والمعاشات أن تعد سجلاً لقيد الرغبات في تحديد المستفيدين وذلك من واقع استمارة تحديد الرغبة في صرف مبالغ التـأمين بعـد مراجعـة البيانات الواردة بها والتأكد من استيفائها .

ويجب أن يشتمل السجل على البيانات الآتية :

٦٠

PPF 0025809

(أ)    تاريخ الورود وتاريخ تحرير الاستمارة .

(ب)    رقم قيد الاستمارة بالسجل .

(ج)    اسم المنتفع .

(د)    تاريخ الميلاد .

(هـ)    أسماء المستفيدين الذين عينهم وأنصبتهم .

(و)    درجة قرابتهم للمنتفع إن وجدت .

(ز)    التعديلات الجديدة .

وعلى دائرة التأمين والمعاشات أن تعد كذلك بطاقة أبجدية لكل صاحب استمارة يوضح فيها اسمه ورقم قيد الاستمارة بالسجل وتاريخ الميلاد وتواريخ التعديلات الجديدة .

مادة ٢٩ —    تعتمد دائرة التأمين والمعاشات نسخ الاستمارات الثلاث وتختمها بختمها مؤشراً عليها برقم قيدها بالسجل وتاريخه وتعيد نسخة منها إلى دائرة المستخدمين التى يتبعها المنتفع لتحفظ في ملف خدمته كما ترسل نسخة أخرى إليه على عنوانـه الموضح بالاستمارة أما النسخة الثالثة فيحتفظ بها في دائرة التأمين والمعاشات . ويكون إعادة تلك الاستمارة إلى الجهات أو صاحب الشأن بكتاب موصى عليه .

مادة ٣٠ —    يجوز للمنتفع في أى وقت تعديل رغبته في تحديد المستفيدين ، وذلك بتحريـــر ثلاث نسخ جديدة من الاستمارة بالبيانات الجديدة التـى تمثـل رغبتـه يـوم تحريرها . وعلى دائرة المستخدمين المختصة أن تذكر رقـم قيـد الاستمارة القديمة من واقع النسخة المحفوظة بملف الخدمة .

ويعتبر تحرير الاستمارة الجديدة إلغاء للاستمارة السابقة ويتبـع فـي تحريـر الاستمارة وإرسالها إلى دائرة التأمين والمعاشات وتسجيلها وإعادتـــها نفـس الشروط والإجراءات المنصوص عليها في هذا الفصل .

مادة ٣١ —    تعتبر البيانات الواردة في الاستمارات والسجلات المشار اليها في هذا الفصل سرية .

٦١

# الفصل الثاني

## في شأن الإجراءات الواجب اتباعها في حالة الوفاة أثناء الخدمة أو الفصل
## بسبب عدم اللياقة الصحية نتيجة حادث وقع أثناء تأدية الوظيفة أو بسببها

**مادة ٣٢-** في حالة وفاة المنتفع أثناء الخدمة أو فصله منها بسبب عدم لياقتـــه الصحيـــة نتيجة لحادث أثناء تأدية العمل أو بسببه تلتزم الجهة المختصـــة التـــابع لـــها المصاب بأن ترفق مع قرار إنهاء خدمته تقريراً معتمداً مـــن مدير المديريـــة المختص يبين أن الحادث قد وقع أثناء تأدية العمل أو بسببه ، ويجب أن يشـــار في التقرير إلى نتيجة تحقيق النيابة في الحادث وتقرير الهيئة الطبية المختصة.

# الفصل الثالث

## في إعداد المستندات اللازمة لصرف المعاشات
## والمكافآت ومبلغ التأمين

**مادة ٣٣-** على دوائر المستخدمين إثبات جميع المستندات الواجــب أن يتضمنـــها ملـــف الخدمة بإعطائها أرقاماً مسلسلة وتسجيل بياناتها وأرقامها على غلافـــه وفقـــاً لترتيب حفظها.

ويجب أن يتضمن ملف الخدمة المستندات الآتية :

١- قرار التعيين أو ما يقوم مقامه .

٢- شهادة الميلاد أو مستخرج رسمي منها أو أى مستند رسمـــي يثبـــت السـن أو قرار القومسيون الطبى العام الخاص بإثبات السن .

٣- شهادة خلو سوابق .

٤- إقرار استلام العمل .

٥- استمارة رقم (٣) .

يحررها المنتفع بتحديد رغبته في صرف مبالغ التأمين في حالة وفاتـــه أثنـــاء الخدمة والمعتمدة من دائرة التأمين والمعاشات .

٦- المستند الذي يثبت أن الاسم الوارد بشهادة الميلاد هو لشخص المنتفع ، وذلـك

٦٢

PPF 0025811

في حالة ما إذا كان مختلفاً عن الاسم المعروف به .

٧ - الاستمارة الخاصة بحصر مدد خدمة المنتفع على أن تكون مستوفاة ومعتمدة

٨ - المستندات الخاصة بمدد الخدمة التى تؤثر فى حساب المعاش وتشمل :

(أ) القرارات التى تكون قد صدرت للمنتفع بالإعارة خارج القطاع أو منح الأجــــازة الدراسية أو الاعتيادية أو الاستثنائية أو مرتب مع بيان تاريخ القيــــام بـــها والعودة منها والاستمارات والإخطارات التى تبيـــن مـــدى ســـداد الاشـــتراكات والأقساط الخاصة عن المدد المشار اليها بعد العودة .

(ب) القرار الصادر من السلطة المختصة باستيفاء المنتفع أو خدمته بعد سن التقاعد أو إعادة تعيينه .

(ج) القرارات التى صدرت بوقف المنتفع عن العمل بغير مرتب موضحاً بالفترة التـــى تقرر حرمان المنتفع من المرتب المستحق عنها .

٩ - المستندات المتعلقة بمدد الخدمة السابقة ومدى الاشتراك عنها وتشمل :

(أ) الإقرار الذى يقدم من المنتفع عند بدء التعيين عن مدد خدمته السابقة .

(ب) طلبات المنتفع بحساب مدد الخدمة التى أجاز القانون حسابها .

(ج) الاستمارات الخاصة بحساب مدد الخدمة السابقة .

(د) المستند الدال على رد قيمة حصة الخزانة فى الأموال المدخرة السابق الحصـــول عليها عن مدة الخدمة السابقة إن وجد .

(هـ) بيان معتمد يوضح فيه مدة الخدمة السابقة فى حالة  العودة للخدمة مبيناً به  ما إذا كان المنتفع قد تقاضى معاشاً عن تلك المدة وقيمـــة ذلـــك وتـــاريخ وجهـــة الصرف على أن يكون مرفقاً به صورة من إذن صرف المعاش عن تلك المدة .

مادة ٣٤ - على دائرة المستخدمين عند انتهاء خدمة المنتفع  أن تستوفى المستندات الآتية وترفق بملف الخدمة :

١ - قرار إنهاء الخدمة مشفوعاً بالمستندات الآتية وفقاً لأسباب الفصل :

(أ) قرار القومسيون الطبى العام فى حالة عدم لياقة المنتفع للخدمة موضحاً به ما إذا كان العجز تاماً أو جزئياً .

(ب) تقرير معتمد من مدير المديرية المختص فى حالة ما إذا كان فصل المنتفع نتيجة حادث وقع أثناء تأدية العمل أو بسببه ، ويشار فيه إلى نتيجة القومسيون الطبى العام وتحقيق النيابة فى الحادث .

٦٣

PPF 0025812

(ج)  صورة معتمدة من الحكم التأديبي القاضي بفصل المنتفع مع حرمانه من جـــزء
من المعاش أو المكافأة وفي حالة الفصل بغير صدور حكم تأديبي يُشار إلى ذلك
في بيان مستقل .

٢ –  قرار إخلاء طرف في غير حالات الوفاة .

٣ –  كشف معتمد بدرجات المرتب خلال السنتين الأخـــيرتين وقـــرارات الترقيـــات
والعلاوات التي تمت خلال تلك المدة ولو لم يكن قد تم صرفها .

٤ –  كشف بمفردات المرتب عن آخر شهر كامل مستحق ومفردات جزء الشهر الـذي
انتهت به خدمة المنتفع مع بيان جميع المبالغ التي تخصم من المرتب .

٥ –  بيان بما قد يكون مستحقاً على المنتفع من مبالغ مطلوب خصمها من المكافأة أو
المعاش مشفوعاً بالمستندات الآتية :

(أ)  بيان معتمد بالمبالغ المستحقة لدائرة التأمين والمعاشات موضحاً به أصل المبالغ
المستحقة ونوعها وما تم خصمه والرصيد المتبقي منها .

(ب)  بيان قيمة ما لم يسدد من القرض الذي يكون قد منح طبقاً للقانون .

(ج)  بيان بالمبالغ المطلوب خصمها لحساب الجهة التي يعمل بها الموظف أو غيرهـا
من الجهات الحكومية .

(د)  الصور التنفيذية للأحكام المقررة للنفقة وطلبات تنفيذها في حالة إنهاء الخدمـة
بغير الوفاة ، ويراعى التأشير على الصورة التنفيذية للحكم بكل المبـــالغ التـــى
صرفت بمقتضاه مع بيان آخر صرفية وقيمة متجمد النفقة المستحقة إن وجد .

٦ –  طلبات ومستندات صرف التأمين والمعاشات والمكافأة المنصوص عليها في هذه
اللائحة :

وفي حالة ما إذا كان أحد القرارات المشار اليها يتعلق بأكثر من منتفع توضـــع
صورة من هذا القرار في ملف كل منهم ، وفي حالة إعادة تعيين منتفع يضـــم
ملف خدمته السابق إلى ملف خدمته الجديد .

مادة ٣٥–  على دوائر المستخدمين بالجهات المختلفة إخطار دائرة التأمين والمعاشات خلال
شهر أكتوبر من كل سنة بأسماء المنتفعين الذين يبلغون سن التقاعد خلال السنة
المالية التالية وتاريخ بلوغهم السن المذكور .

وعلى الإدارات المذكورة البدء بمراجعة ملفات خدمة هؤلاء واستيفاء المستندات
والبيانات المطلوبة لتسوية المعاش بصفة نهائية قبل نهاية مدة الخدمة .

٦٤

PPF 0025813

| | |
|---|---|
| مادة ٣٦– | يجب أن يصدر قرار الفصل في حالات التقاعد قبل بلوغ المنتفع السن القانوني لترك الخدمة بمدة ثلاثين يوماً على الأقل . أما في حالات الاستقالة أو الوفاة أو العجز الصحي فيتعين استصدار هذا القرار في موعد أقصاه ثلاثة أيام من تاريخ قبول الاستقالة أو تاريخ الإخطار بالوفاة أو من تاريخ وصول قرار القومسيون الطبي العام أو استنفاذ الأجازات المرضية حسب الحال على أن يتضمـن قـرار إنهاء الخدمة في حالة الفصل بحكم تأديبي الإشارة إلى ما قـرره الحكـم مـن حرمان المنتفع من جزء من قيمة المعاش أو المكافأة في حدود الربع أو حفـظ حقه فيها كما يجب إنهاء قرار إخلاء الطرف أو تحديد المبـالغ التـي يقتضـى خصمها من المكافأة أو المعاش ، وذلك بالنسبة لمن تنتهى خدمته لسبب آخـر غير الوفاة خلال يومين على الأكثر من تاريخ انتهاء الخدمة وإخطـار قسـم المعاشات بذلك . |
| | فإذا ذكر عبارة غير خالى الطرف دون أن تحدد قيمة المستحقات أو في الحالات التى لا يرد فيها إخلاء الطرف تعامل دائرة التأمين والمعاشـات المنتفـع عنـد صرف معاشه أو مكافأته كما لو كان خالى الطرف ، ويتحمل المتسـبب بقيمـة الالتزامات التى قد تكون في ذمة المنتفع ويتعذر أداؤها فيما بعد . |
| مادة ٣٧– | على المنتفع أو صاحب المعاش أو المستحقين عنه والوكلاء والأوصياء ومتولي شئون القصر أن يتقدموا بالمستندات التالية إلى دوائر المستخدمين أو لدائـرة التأمين والمعاشات حسب الحال لصرف مبالغ التأمين والمعاش أو المكافأة . |
| | ويراعى بالنسبة للمستندات المتشابهة المطلوبة لصرف مبالغ التأمين والمعاشات أنه يكفى تقديم واحد منها لصرف جميع المستحقات . |
| أولاً : | المستندات اللازمة لصرف مبالغ التأمين : |
| (أ) | طلب صرف من المنتفع الذى تنتهى خدمته بسبب العجز أو مـن القيـم عليـه موضحاً به محل الإقامة . |
| (ب) | طلب صرف من المستحقين لمبالغ التأمين في حالة وفاة المنتفع موضحاً به محل الإقامة على أن يرفق به المستندات الآتية : |
| ١– | شهادة الوفاة أو المستخرج الرسمى منها . |
| ٢– | إعلام شرعى بالوراثة وذلك حالة ما إذا كان المورث لم يعين مستفيدين معينين وفي حالة ما إذا كانت قيمة مبلغ التأمين المستحق للورثة الشرعيين لا يتجاوز |

٦٥

خمسون جنيهاً . وكان استحقاق كل فرد لا يتجاوز خمسة عشر جنيهاً يمكن أن يكون الصرف إلى أساس شهادة إدارية بين أسماء الورثة ودرجـة قرابتـهم للمنتفع وتاريخ ميلادهم ، وذلك بدلاً من الإعلام الشرعي — نموذج رقم (٤) .

٣ — صورة رسمية من القرار الصادر بتعيين الوصى أو القيم ، وذلك في حالة ما إذا كان بين المستحقين قصراً أو محجوراً عليهم ، وذلك مع مراعاة المـادة (٤٥) من هذه اللائحة .

**ثانياً : المستندات اللازمة لصرف معاش :**

(أ) طلب صرف من المنتفع أو من الوكيل أو القيم مبيناً محل الإقامة والجهة التـى يرغب في صرف المعاش منها .

(ب) طلبات صرف من المستحقين عن المنتفع موضحاً بها محل الإقامة والجهة التى يرغب كل منهم في صرف المعاش منها على أن تعتمد إدارياً بما يفيد صحة مـا تضمنته من بيانات ويجب أن ترفق بها المستندات الآتية :

١ — الإعلام الشرعى بتحديد الورثة أو شهادة إدارية بحصر أسرة المتوفى .

٢ — شهادات ميلاد الأولاد والإخوة أو مستخرج رسمى منها أو أى مستـند معتمـد ومختوم بخاتم الإدارة من المعاهد المودع لديها الشهادات المشار إليها تثبت فيه الاسم وتاريخ الميلاد وجهة الميلاد ورقم القيد أو قرار من القومسيون الطبـــى العام تثبت السن بمقتضاه .

٣ — صورة من القرار الصادر بتعيين الوصى أو القيم .

٤ — إقرار من الوالدين ببيان الدخل مقدراً بـــالنقد ويصـدره ، وذلك فـى حالـة استحقاقهما في المعاش مؤيدة بشهادة إدارية تؤيد نلك الإقرار .

٥ — إقرار بوجود حالة العجز عن الكسب إن وجد بالنسبة للزوج ، وكـــذا بالنسبة للأولاد والإخوة الذكور الذين تجاوزوا سن الحادية والعشرين مع بيـان الدخـل الخاص بالزوج والإخوة ومصدر هذا الدخل وتحديد قيمتـه إن وجد بـإقرار المستحق مذيلاً بشهادة إدارية تؤيد هذا الإقرار .

٦ — شهادة من معاهد التعليم تثبت التحاق مستحق المعـاش مـن الأولاد والإخـوة الذكور الذين تجاوزوا سن الحادية والعشرين بها .

(ج) تقدم البنت أو الأخت التى تطلق أو تترمل خلال عشر سنوات على الأكـثر مـن تاريخ الزواج أو من تاريخ وفاة المنتفع أو صاحب المعاش أيهما الحـق طلبـاً

PPF 0025815

لمنحها معاشاً جديداً أو لإعادة صرف المعاش السابق إيقافه عند زواجها موضحاً به محل إقامتها واسم صاحب المعاش وتاريخ وفاته واسم الجهة التى كان يعمل بها قبل تركه للخدمة ، ويجب أن يرفق بهذا الطلب المستندات الآتية :

١ـ شهادة وفاة الزوج أو وثيقة الطلاق منه .

٢ـ إقرار منها مذيلاً بشهادة إدارية ببيان الدخل الخاص بها مع استثناء النفقة

**ثالثاً :** المستندات اللازمة لصرف المكافأة (النماذج ٥٤،٦،٧،٨،٩٠) طلب صرف من المنتفع موضحاً به محل إقامته .

# الفصل الرابع
## في صرف وتسوية المعاشات أو المكافآت ومبالغ التأمين

مادة ٣٨ـ على دوائر المستخدمين أن ترسل ملف الخدمة الخاص بالمنتفع الذى تنتهى خدمته متضمناً للبيانات والمستندات المشار اليها في المادة (٣٣) من اللائحة إلى دائرة التأمين والمعاشات ، وذلك في خلال أسبوع على الأكثر من تاريخ صدور قرار إنهاء الخدمة لتبدأ فوراً في تسوية المعاش أو المكافأة .

مادة ٣٩ـ في حالة انتهاء خدمة المنتفع لسبب آخر غير الوفاة أو عدم اللياقة الصحية أو بلوغ سن التقاعد وكانت مدة خدمته تقل عن ثلاث سنوات يؤشر في ملف الخدمة بعدم استحقاقه آية مكافأة ، ويرسل ملف خدمته إلى دائرة التأمين والمعاشات لمراجعته والتأشير عليه بالحفظ وإثبات ذلك بملفه الموجود لديها ، وكذلك بسجل المنتفعين . ثم يعاد إلى دوائر المستخدمين لحفظه .

مادة ٤٠ـ على دائرة التأمين والمعاشات بمجرد ورود ملف الخدمة إليها أن تقيده في سجلات تعد لهذا الغرض يوضح فيها اسم صاحب المعاش وتاريخ وسبب انتهاء الخدمة ، وتواريخ تسوية المعاش أو المكافأة أو مبلغ التأمين ، وتاريخ إرسال الشيكات إلى صاحب الشأن .

مادة ٤١ـ على دائرة التأمين والمعاشات أن تصرف مباشرة مبالغ التأمين إلى المنتفعين بأحكام هذا القانون أو المستحقين عنهم .

مادة ٤٢ـ إذا لم تتم تسوية المعاش قبل أول الشهر التالى لانتهاء خدمة المنتفع وجب على دائرة صندوق التأمين والمعاشات أن تصرف فوراً سلفة من حساب المعاش تقدر قيمتها الشهرية بجزء المعاش الذى لا يكون محلاً لأية منازعة أو نصف المرتب

PPF 0025816

الشهرى أيهما أقل ، وذلك إلى أن يتم تقدير التسوية النهائية .

مادة ٤٣- على دائرة التأمين والمعاشات أن تخطر صاحب الشأن بخطاب موصـــى عليـــه بقيمة المعاش المستحق بصفة نهائية على أن يشتمل الإخطار علـــى **البيانـــات** الآتية :

١- اسم صاحب المعاش وبيان آخر وظيفة كان يشغلها .

٢- اسم المستحق عن المنتفع أو صاحب المعاش وصفته .

٣- رقم ربط المعاش ورقم المنتفع .

٤- مدة الخدمة المحسوبة في المعاش .

٥- متوسط المرتبات في السنتين الأخيرتين .

٦- قيمة المعاش المستحق .

٧- بيان مقردات المبالغ المقتطعة مع تحديد تاريخ نهاية اقتطاعها وقيمة الصـــافى المستحق صرفه .

٨- تاريخ استحقاق المعاش وشروط استمرار صرفه .

٩- الجهة التى ستتولى صرف المعاش دورياً كل شهر

٦٨

PPF 0025817

<div dir="rtl">

## الـفـصـل الخـامـس

## أحكام عامة تتبع في صرف المستحقات

مادة ٤٤ – تصرف المعاشات المستحقة للقصر إلى والدتهم دون حاجة إلى قرار وصايـــة ، فإذا لم توجد والدة ، فإلى الولى الشرعي . فإذا لم يكن هنـاك والــدة أو ولـــى شرعي فتصرف المعاشات المستحقة للقصر إلى متولى شئونهم وتثبـــت هـــذه لصفة ودرجة قرابته لهم بشهادة إدارية .

وعلى دائرة التأمين والمعاشات أن تخطر المحكمة الشرعية بقيمة المعاش واسم من يصرف إليه وعنوانه ودرجة قرابته للقصر . فإذا قررت المحكمة أن يصرف المعاش لشخص آخر ، فعلى الدائرة تنفيذ ذلك اعتباراً من معاش الشهر التـالى لإخطار الدائرة بالقرار المذكور .

مادة ٤٥ – على دائرة التأمين والمعاشات أن تصرف مبالغ التـــأمين المستحقة للورثــة الشرعيين أو أية استحقاقات أخرى لهم على أساس شهادة إدارية تبين أسـماء الورثة ودرجة قرابتهم للمنتفع وتاريخ ميلادهم ، وذلك في حالة إذا مـــا كـــانت قيمته لا تتجاوز خمسون جنيهاً ، وكان استحقاق كل فرد لا يتجاوز خمسة عشر جنيهاً .

وعلى الدائرة أن تصرف أنصبة القصر من المستحقين ولو كانوا من غير الورثة الشرعيين في الحدود المشار إليها في الفقرة السابقة ، وذلك إلـــى الأشـــخاص المشار إليهم في المادة السابقة وطبقاً للأوضاع المبينة بها .

مادة ٤٦ – إذا كان فصل المنتفع من الخدمة بسبب العجز الصحى ولم يكن هنـــاك مستند رسمى بإثبات سنه ، فعلى دوائر المستخدمين أن تتخذ إجراء تقدير سنه بواسطة القومسيون الطبى العام قبل صدور قرار الفصل .

مادة ٤٧ – في حالة وجود المنتفع أو صاحب المعاش في السجن يكون صرف المعـــاش أو المكافأة له أو للشخص الذي يحدده بإقرار منه يعتمد من مأمور السجن وتحـدد فيه مدة التوكيل في حالة استحقاقه معاش .

ويستمر الصرف وفقاً لما سبق إلا إذا عين ما قيم عليه فيؤدى المعاش إلى القيـم اعتباراً من معاش الشهر التالى لتاريخ تقديم قرار القوامة للدائرة .

مادة ٤٨ – في حالة مغادرة أصحاب المعاشات المستحقين منهم القطاع وجب إخطار دائـرة

٦٩

</div>

PPF 0025818

التأمين والمعاشات بذلك على أن يتضمن الإخطار التاريخ المحدد للسفر والجهة ومدة الإقامة ، فإذا رغب في صرف المعاش إلى أي شخص آخر داخل القطاع خلال هذه المدة ، فعليه أن يرفق بالإخطار توكيل موثق من المحكمة المختصة أو توكيل معتمد من جهة الإدارة .

**مادة ٤٩ ـ** على دوائر المستخدمين في حالة صدور حكم تأديبي على صاحب المعاش عن أعمال وقعت منه قبل تركه الخدمة يقضي بحرمانه من حقه بالمعاش إخطار دائرة التأمين والمعاشات بذلك فوراً على أن يرفق بالإخطار صورة من الحكم .

وفي هذه الحالة لا تسرى الآثار المترتبة على هذا الحكم في المعاش إلا اعتباراً من تاريخ صدوره وفي حدود الربع فقط .

**مادة ٥٠ ـ** يقدم طلب الحصول على مصاريف الجنازة لمن يقدم ما يثبت قيامه بدفع هذه النفقات سواء كانت أرملة صاحب المعاش أو أرشد العائلة من الأبناء أو أي شخص آخر .

ويشترط في طلب الصرف أن يكون معتمداً إدارياً بما يثبت صحة البيانات الواردة فيه.

**مادة ٥١ ـ** تعتبر الطلبات والشهادات والإقرارات المصدق عليها في هذه اللائحة من قبيل المستندات التي يستلزمها تنفيذ أحكام هذا القانون ولا تخضع لرسم الدمغة .

**مادة ٥٢ ـ** إذا أعطى أحد أصحاب المعاشات أو المستحقين عنهم عن سوء قصد بيانات غير صحيحة أو امتنع عن تقديم بيانات مما أدى إلى صرف مبالغ بغير حق من الصندوق ، تعين على دائرة التأمين والمعاشات إخطار النيابة العامة بذلك مع المطالبة بتلك المبالغ وفائدتها بواقع (٤.٥%) .

وفي جميع الأحوال يجوز لمدير الدائرة إعطاء مهلة لسداد هذه المبالغ أو تقسيطها في حالة تقدم صاحب الشأن بضمانات كافية لذلك ، ويعتبر عدم إخطار الدائرة بالبيانات الخاصة بإيقاف المعاش أو سقوط الحق فيه بمثابة إعطاء بيانات غير صحيحة .

٧٠

PPF 0025819

# الـفـصـل الـسـادس

## في نظام ومواعيد وكيفية صرف المعاشات

مادة ٥٣ –    يكون صرف المعاشات الدورية من دائرة التأمين والمعاشات عن طريق الجهات الآتية:

(أ)    فروع البنوك التي تحددها الدائرة وفي هذه الحالة لا يتحمل أصحاب المعاشـــات آية مصاريف .

(ب)    مكاتب البريد بناء على طلب صاحب المعاش أو المستحقين عنه وفي هذه الحالة يخصم من المعاش مصاريف التحويل التي تتقاضاها دائرة البريد .

(ج)    يجوز لأصحاب المعاشات الذين يرفضون طبقاً للبند (أ) أن يطلبوا من هذه البنوك تحويل معاشاتهم إلى حساباتهم الجارية في هذه البنوك ، وذلك طبقاً للاتفاق بين صاحب المعاش والبنك ، ويشترط في هذه الحالة ألا يودع المعاش في الحساب الجاري إلا في اليوم الأول من كل شهر . وفي حالة وفاة صـــاحب المعـــاش أو المستحق يرد المعاش عن الشهور التالية إلى الدائرة لتقوم من جانبها بالتصرف حسب القوانين التي تنفذها حتى لا يتحمل البنك مسئولية صرف مبـــالغ لغيـــر مستحقيها .

مادة ٥٤ –    يكون صرف المعاشات اعتباراً من أول يوم في الشهر ويجوز لجهة الصرف أن تحدد لأصحاب المعاشات والمستحقين عنهم مواعيد الصرف خلال الخمس أيـــام الأولى من كل شهر .

ويحدد رئيس مجلس الإدارة بالاتفاق مع جهات الصرف المدة التي تظـل فيهـا المعاشات قابلة للصرف عن طريق تلك الجهات والمواعيـــد التـــى تـــرد فيهـا المعاشات التي لم تصرف في المهلة المحددة .

مادة ٥٥ –    يجوز لرئيس مجلس الإدارة الترخيص بصرف المعاشات فــي غــير المواعيـد المقررة حسب مقتضيات الأحوال بناء على عرض دائرة التأمين والمعاشات.

مادة ٥٦ –    تصرف المعاشات بمقتضى كشوف تعدها دائرة التـــأمين والمعاشـات بأســماء أصحاب المعاشات وصافي معاشاتهم .

مادة ٥٧ –    للبنوك المشار إليها في البند (أ) من المادة (٥٣) أن تقبل تحويل المعاشات إلـى محال الإقامة المؤقتة لأصحاب المعاشات حسب الاتفاق الذى يتم بينهــا وبيـن

٧١

PPF 0025820

أصحاب المعاشات .

مادة ٥٨- ترسل دائرة التأمين والمعاشات شيكات لجهات الصرف بقيمة المعاشات المحالة إليها وتكون قابلة للصرف اعتباراً من يوم ٢٠ من الشهر المنصرف عنه المعاش.

مادة ٥٩- يجوز لصاحب المعاش أن يطلب تحويل صرف معاشه إلى جهة أخرى في حالة تغيير محل إقامته خارج المدينة بصفة دائمة وعلى الدائرة أن تخطره بتـــاريخ التحويل على ألا يتجاوز معاش الشهر التالي .

مادة ٦٠- يتعين على جهة الصرف رد المعاش لدائرة التأمين والمعاشات فـــي الأحـوال الآتية:

(أ)    في حالة عدم صرف المعاش خلال المواعيد المقررة .

(ب)    في حالة علم جهة الصرف بوفاة صاحب المعاش أو المستحق . وإذا كان معاشه مودعاً في حسابه الجاري فيجب رد معاشات الأشهر التي تبدأ من تاريخ الوفـــاة دون انتظار ورود إخطار من الدائرة .

(ج)    بناء على طلب دائرة التأمين والمعاشات وذلك لأي سبب .

مادة ٦١- تصرف النفقات التي تخصم من المعاشات بعد صرف المعاشات لأصحابـــها أو التحقق من وجود صاحب المعاش على قيد الحياة .

PPF 0025821

# الفصل السابع
## في شروط استمرار صرف المعاشات

إحالة
عنه

حالة
تاريخ

سوال

**مادة ٦٢-** يجب على كل من يصرف معاشاً أن يذكر رقم ربط المعاش الوارد بإخطار ربط المعاش والجهة التى يصرف منها معاشه في جميع المكاتبات التى يوجهها إلى دائرة التأمين والمعاشات ، كما يجب على هؤلاء إخطار الدائرة بكل تعديل فـى محال إقامتهم .

**مادة ٦٣-** إذا حدث اختلاف غير جوهري في اسم من يتولى صرف المعاش فـى البطاقــة الشخصية عن الاسم الوارد بشهادة الميلاد أو المدون بكشوف الصـرف وجـب عليه أن يتقدم للدائرة بشهادة إدارية تثبت أن الاسمين لشخص واحد . أمـا إذا كان الاختلاف جوهرياً فيجب على المستحقين اتباع القواعد العامة لتغيير الاسم .

معاشه
وفاة

**مادة ٦٤-** يجوز لأصحاب المعاشات والمستحقين عنهم أن يوكلوا غـيـرهم فـى صـرف معاشاتهم بتوكيل رسمى أو إدارى يقدم إلى دائرة التأمين والمعاشات وفي هـذه الحالة تصرف المعاشات باسم الوكيل ، وذلك اعتباراً من معاش الشهر التـالـى لتاريخ تقديم التوكيل ويكون إلغاء التوكيل بناء على طلب من صاحب المعـاش وينتج هذا الإلغاء أثره اعتباراً من المعاش المستحق من الشهر التالى لوصـول الطلب .

ـها أو

**مادة ٦٥-** في حالة تعيين وصى أو متولى شئون قصر أو قيم أو وكيل جديد ، يجب عليـه إخطار دائرة التأمين والمعاشات بذلك مع إرسال الإقرار أو التوكيل الجديد ويتـم الصرف لأصحاب الشأن الجدد اعتباراً من معاش الشهر التالى للشـهـر الـذى وردت فيه المستندات المذكورة .

ويستمر صرف معاشات القصر إلى حين بلوغهم سن الرشد فيتم الصرف إليـهـم مباشرة اعتباراً من معاش الشهر التالى لبلوغهم سن الرشد .

**مادة ٦٦-** يجب على الأولاد أو الإخوة الذكور من الطلبة عنـد بلوغـهـم سـن الحاديـة والعشرين أن يتقدموا بطلب إلى دائرة التأمين والمعاشـات لاسـتـمـرار صـرف المعاش ، ويجب أن يرفق بالطلب الشهادة الدالة على قيدهم بصفة منتظمة فـى أحد معاهد التعليم التى لا تجاوز التعليم الجامعي أو العالى مع تقديم هذه الشهادة بعد ذلك في اكتوبر من كل عام .

٧٢

PPF 0025822

مادة ٦٧ –    على المستحقين في المعاش بسبب العجز أن يتقدموا إلى القومسيون الطبى العام لإعادة الكشف الطبى عليهم ، وذلك في المواعيد التى تخطرهم بها دائرة التأمين والمعاشات .

مادة ٦٨ –    على أصحاب المعاشات والمستحقين عنهم ، وكذا الأوصياء والقامة والوكـــلاء ومتولى شئون القصر أن يقدموا لدائرة التأمين والمعاشات فى المواعيد التـــى تحددها إقراراً معتمداً إدارياً لدى استمرار استيفائهم لشـروط اسـتحقاقهم فـى المعاش ويوقف صرف المعاش لمن يتخلف عن تقديم الإقرار في الموعد المحدد . ويعاد الصرف بعد تقديم الإقرار إذا كانت شروط استحقاق المعـاش مـا تـزال موجودة ، ويجوز للدائرة أن تعطى مهلة لتقديم هذه الشهادة قبل إيقاف صـرف المعاش .

مادة ٦٩ –    على أصحاب المعاشات أو المستحقين لها أو الوكلاء عنـهم وكـذا الأوصيــاء والقامة إخطار دائرة التأمين والمعاشات بكل ما من شأنه أن يؤدى إلى إيقـــاف صرف المعاش أو سقوط الحق فيه وفقاً للأحكام التى يتضمنها قانون التـــأمين والمعاشات وعلى الأخص في الأحوال الآتية :

(أ)    التحاق صاحب المعاش في إحدى الجهات التى تطبق أحكام هذا القانون .

(ب)    التحاق أحد المستحقين في المعاش بأى عمل مع ذكر تاريخ الالتحاق من الجهـة التى يعمل فيها ومقدار الدخل .

(ج)    زواج المستحقات أو الأرامل والبنات والأمهات والأخوات .

(د)    استحقاق أكثر من معاش من الصندوق .

(هـ)    الوفاة .

ويجب على هؤلاء الامتناع عن قبض المعاش اعتباراً من أول الشـــهر التـــالى لتاريخ تحقق الأحداث المشار إليها وذلك مع مراعاة حكـــم المـادة (٣٢) مـن القانون .

مادة ٧٠ –    على المستحقين عن صاحب المعاش الذين أوقف صرف معاشهم كله أو جـــزء منه نتيجة الحصول على دخل من اشتغالهم بأى عمل أن يتقدموا لدائرة التـأمين والمعاشات بطلب لإعادة صرف المعاش إليهم في حالة إيقاف هذا الدخل كلـه أو بعضه ، على أن يرفق بهذا الطلب شهادة إدارية بذلك .

وعلى دائرة التأمين والمعاشات إعادة صرف المعاش المستحق لهم اعتباراً مـن

٧٤

PPF 0025823

الشهر التالى لتاريخ ترك العمل أو نقص الدخل .

مادة ٧١– على الجهات التى تطبق أحكام القانون إخطار دائرة التأمين والمعاشات بأسماء أصحاب المعاشات الذين يعاد تعيينهم بها .

مادة ٧٢– على الجهات التى تطبق أحكام القانون الذين يستخدمون أحد المستحقين فى المعاش أن يخطروا دائرة التأمين والمعاشات باسم من يتقرر استخدامه وتاريخ إلحاقه ومقدار مقابل عمله من مرتب أو أجر أو مكافأة والجهــــة التـى يصرف منها معاشه .

مادة ٧٣– على الموظفيــن العموميـــن المختصيــن بــإبرام عقــود الــزواج ومكـاتب الصحة – كل فيما يخصه – أخطار دائرة التأمين والمعاشات بحالات الزواج التى تتم بين مستحقات المعاش ، وحالات الوفاة التى تقع بين أصحـــاب المعاشـــات والمستحقين عنهم ويجب أن يتم الإخطار فى الحـــالتين فـورا ، وأن يتضمـن الإخطار اسم صاحب المعاش – المورث – والجهة التى كان يصرف المعـاش منها .

مادة ٧٤– على جميع معاهد التعليم إخطار دائرة التأمين والمعاشـــات بالمستحقين عـن أصحاب المعاشات من الطلبة الذين تجاوزوا سن الحاديـــة والعشـرين وتقـرر فصلهم خلال السنة الدراسية .

الطبى العام
ئرة التأمين

الوكــــلاء
يد التــــى
تاقيم فـى
عد المحدد.

ـا تــزال
ـ صرف

لأوصيــاء
إيقــاف
تـــأمين

خ الجهـة

التـالى
٤) مـن

جـــزء
التـأمين
كلـه أو

بأ مـن

٧٥

# الفصل الثامن

## في تحديد من تصرف إليهم المنح

مادة ٧٥ –    في حالة وفاة أحد من أصحاب المعاشات تستمر دائرة التأمين والمعاشات فـــي صرف صافي المعاش الشهري الذى كان يصرف له بافتراض عدم وفاتــه دون خصم ما يكون مستحقا عليه من أقساط : قسط مدة سابقة – قسط استبدال – قسط قرض –  وذلك عن الشهر الذى حدثت فيه الوفاة والشهرين التاليين لـــه وفي المواعيد المقررة لصرف المعاشات .

ويتم الصرف إلى الأرملة إن وجدت فإن تعددن فيقسم بينهن بالتساوي ، ومـــع ذلك في حالة وجود أولاد قصر أو بنات غير متزوجـــــات مـــن غـــير الأرملة يستحقون ما كان يستحق لوالدتهم فيما لو لم تكن قد توفيت أو طلقت ، ويصرف الاستحقاق إلى الولى الشرعي إن وجد فإن لم يوجد فيصرف إلى متولى شئونهم وذلك بمراعاة حكم الفقرة الثانية من المادة ( ٥٠ ) من القانون .

ماد

ماد

ماد

ماد

٧٦

PPF 0025825

# الباب الرابع

## في العودة إلى الخدمة

### الفصل الأول

#### في قواعد حساب مدة الخدمة السابقة

مادة ٧٦−  على كل من يرغب من المنتفعين حساب مدة خدمته السابقة وفقاً لحكم المـــادة (٣٨) من القانون أن يرسل طلباً بذلك معفى من رسم الدمغة بالبريد الموصـــى عليه إلى الجهة التى يوجد بها ملف خدمته ، وذلك خلال ستة أشهر من تاريخ انتفاعه بأحكام القانون موضحاً به المدة التى يرغب فى حسابها فى المعاش .

مادة ٧٧−  على الجهة التى يتبعها المنتفع حساب المبالغ المستحقة عليه نظير حساب مـــدة الخدمة السابقة ، وذلك بطرق الأداء المختلفة التى أجازها القانون ، وذلك قبـــل انقضاء الميعاد المنصوص عليه فى المادة السابقة .

مادة ٧٨−  إذا أعيد تعيين منتفع وكانت له مدة خدمة أقل من ثلاث ســـنوات أدى خلالهـا الاشتراكات المستحقة لصندوق التأمين والمعاشات ، ولم يكن قد حصــــل علـــى مكافأة عنها ، حسبت تلك المدة فى المعاش دون استحقاق أية مبالغ عنها ، فيما عدا المبالغ التى كان مديناً بها للصندوق خلال تلك المدة ، إذ يتعين عليه فـــى هذه الحالة سدادها وفقاً لأحكام المادة (٣٨) من القانون .

ويراعى فى هذه الحالة إثبات بيانات ومستندات تلك المدة فى ملف الخدمة .

مادة ٧٩−  يجوز للمستحقين عن المنتفع أو المستحقين عن صاحب المعاش طلب حســـاب مدة مورثهم السابقة التى جاز القانون حسابها لهم فى المعاش إذا توفـــى قبـــل انتهاء الفترة المحددة لإبداء الرغبة أو قبل الأداء ويتعين عليــــهم أداء المبــالغ المستحقة نظير حساب تلك المدد دفعة واحدة بشيك مصرفـــى لحســاب دائـــرة صندوق التأمين والمعاشات ، وذلك فى المواعيد المقررة ويجوز لهم فى هـــذه الحالة أن يطلبوا من الدائرة أن تقتضى المبالغ المستحقة لهم بافتراض حســاب تلك المدد خصماً من المبالغ المستحقة عليهم .

٧٧

PPF 0025826

## الفصل الثاني
### في إجراءات حساب المدد السابقة

**مادة ٨٠ –** على دوائر المستخدمين التي يوجد بها ملفات الخدمة اتباع ما يلي :

(أ) تقيد طلبات الرغبة في الاشتراك عن المدة السابقة الواردة إليها في سجل خاص .

(ب) تحرير استمارة حساب مدد الخدمة السابقة من نسختين لكل من أبدى الرغبة ، وتستوفى بياناتها من واقع السجلات أو ملفات الخدمة .

(ج) تقدير المبالغ المستحقة وفقاً لحكم المادة (٣٨) من القانون .

**مادة ٨١ –** تقوم الجهة التابع لها المنتفع الذي يرغب في أداء المبالغ المستحقة دفعة واحدة بتسليمه خطاباً من أصل وصورة يحرر إلى البنك الذي تحدده دائرة التأمين والمعاشات ليودع بمقتضاه مبلغ الدفعة الواحدة لحساب دائرة صندوق التأمين والمعاشات نظير إيصال يسلمه من البنك من صورتين يحتفظ بإحداها ويسلم النسخة الأخرى إلى الجهة التي يعمل بها

وعلى الجهة اتخاذ الإجراءات الآتية :

(أ) إيضاح قيمة مبلغ الدفعة الواحدة الذي تم إيداعه بالبنك ، ورقم وتاريخ إيصال الإيداع في نسختي الاستمارة الخاصة بحساب مدد الخدمة السابقة.

(ب) إرفاق صورة إيصال الإيداع بإحدى نسختي الاستمارة المشار إليها وحفظها بملف الخدمة ، وإرسال النسخة الأخرى من الاستمارة لدائرة التأمين والمعاشات لإيداعها بملف المنتفع طرفها :

(ج) قيد البيانات الخاصة بالسداد في استمارات الخدمة .

**مادة ٨٢ –** في حالة رغبة المنتفع أداء المستحق عليه على أقساط يقيد القسط الشهري المستحق عن الشهر الثاني لانتهاء فترة الاختبار ، وعلى الجهة اتخاذ الإجراءات الآتية :

(أ) أداء الأقساط شهرياً لدائرة التأمين والمعاشات وفقاً للقواعد الواردة في الفصل الأول من الباب الثاني .

(ب) التأشير باستمارات الخدمة وكذا بسجلات التأمين والمعاشات بقيمة القسط الشهري وتاريخ بداية ونهاية الاقتطاع .

PPF 0025827

<div dir="rtl">

## الـبـــاب الخــامس
## في استبدال المعاشات

**مادة ٨٣ –** لصاحب المعاش عند انتهاء خدمته أن يطلب استبدال نقوده بجزء من حقه فـــي المعاش بحيث لا يتجاوز الجزء المستبدل ربع المعاش ، وبشرط ألا يقل ما يتبقى بعد الاستبدال عن ستة جنيهات مع مراعاة الأحكام المنصوص عليها في المـواد (٤٥،٤٦،٤٧،٤٨) من القانون .

ويوضح طلب الاستبدال المبلغ المطلوب استبداله ومدة الاستبدال – لعشر سنوات أو لعشرين سنة أو لمدى الحياة – ويقدم الطلب إلى دائرة التأمين والمعاشـــات بكتاب موصى عليه .

ويسقط حق صاحب المعاش في إجراء الاستبدال إذا لم يتقدم بطلبه خلال سـنتين من تاريخ انتهاء خدمته .

ولا يجوز إجراء الاستبدال لأكثر من مرة واحدة .

**مادة ٨٤ –** يحال طالب الاستبدال إلى القومسيون الطبى العام لإجراء الكشف الطبـــى عليـه وعلى القومسيون الطبى العام إخطار طالب الاستبدال بموعــد توقيــع الكشـف الطبى عليه ، وذلك بكتاب موصى عليه فإذا تخلف عن هذا الكشف حفظ الطلب المقدم منه .

ومع ذلك يجوز لرئيس مجلس إدارة الصندوق تحديد موعد آخر للكشف الطبـى بناء على طلب يقدم خلال شهرين من تاريخ موعد الكشف الذى تخلف عنه .

**مادة ٨٥ –** يقدر القومسيون الطبى العام بصفة نهائية درجة صحة الطالب ، ولا يقبل طلبـه إلا إذا كانت صحته جيدة أو متوسطة ، وفي الحالة الأخيرة يزيـد القومسيـون الطبى العام على سن الطالب عدداً من السنوات بنسبة حالته الصحية ، وتتخــذ السن بعد هذه الزيادة أساساً لتحديد رأس مال المعاش المستبدل ، وذلك مع عدم الإخلال بالأحكام الخاصة بتقريب السن الواردة في جــدول الاستبدال الملحـق بالقانون . وإذا قرر القومسيون الطبى العام رداءة صحة الطالب رفض طلبه ولا يجوز تجديده.

**مادة ٨٦ –** يستبعد من المعاش عند تقدير جزء المعاش الذى يجوز استبداله القسط الخـاص بسداد المبالغ المستحقة عن مدة خدمته السابقة سواء أكان التقسيط حتى ســن

٧٩

</div>

الستين أو بطريق جدول الاستبدال ، ولا يجوز في هذه الحالة إجراء الاستـبدال إلا في حدود ربع باقي المعاش ، وبشرط ألا يقل ما يتبقى بعد الاستبدال عن ستة جنيهات.

مادة ٨٧- يحسب رأس مال المعاش المستبدل على أساس الجدول المرافـــق    للقـانون وفقاً لسن طالب الاستبدال وقت توقيع الكشف الطبى عليه ، وذلك مع مراعـــاة المادة (٨٥).

مادة ٨٨- يعتمد مدير دائرة التأمين والمعاشيات صرف مبالغ الاستبدال في الحدود المتقدمة.

مادة ٨٩- يخطر طالب الاستبدال بقيمة رأس المال المستحق عن جزء المعاش المسـتبدل لإعلان قبوله تقدير رأس المال المستبدل .

مادة ٩٠- يكون قبول تقدير رأس المال المستبدل بإحدى الطرق الآتية :

١- التوقيع بقبول التقدير بمقر دائرة التأمين والمعاشات بعد التحقق من شخصيته .

٢- الإقرار بقبول التقدير على أن يصدق على هذا الإقرار إثنان من المنتفعين بأحكام القانون لا يقل راتبهما عن ثلاثين جنيهاً ورئيسهما المباشر ويختم بخاتم الجهة .

٣- تقديم إقرار بقبول التقدير مصدق عليه من الهيئات المختصة بـــالتوثيق داخـل القطاع أو خارجه بحسب الحال .

مادة ٩١- إذا لم يرد وفقاً لأحكام المادة السابقة إقرار بقبول التقدير من الطالب خلال شهر من تاريخ إخطاره بخطاب موصى عليه بقيمة رأس المال المستبدل اعتبر متنازلاً عن طلبه .

ومع ذلك يجوز لرئيس مجلس إدارة الصندوق لأسباب تبرر ذلك الموافقة علـــى قبول الطالب للتقدير بعد إنتهاء الميعاد المنصوص عليه في الفقـرة السـابقة ، وذلك خلال الثلاثة أشهر التالية لانتهاء ذلك الميعاد .

مادة ٩٢- يؤدى مبلغ الاستبدال إلى الطالب بموجب شيك يرسل إليه بعنوانه المبيـن فـي طلب الاستبدال ، وذلك بعد خصم قيمة قسط الاستبدال المستحق عن المدة الباقية على نهاية الشهر الذي تم فيه الاستبدال والشهر الثاني مباشرة .

مادة ٩٣- على دائرة التأمين والمعاشات فور صرف رأس مال الاستبدال تسجيله في سجل خاص بالاستبدال ومراعاة اقتطاع القسط من أول الشهر الثاني لتـــاريخ قبـول رأس مال الاستبدال حتى نهاية السداد إذا كان الاستبدال لمدة عشر أو عشرين سنة أو حتى تاريخ الوفاة إذا كان لمدى الحياة .

٨٠

PPF 0025829

| | | |
|---|---|---|
| ستبدال , عن ستة | مادة ٩٤ – | تحفظ كافة الأوراق المتعلقة بعملية الاستبدال فـي الملـف الخـاص بـالمنتفع المحفوظ بدائرة التأمين والمعاشات . |
| للقـانين بـراعــاة | | |

<div align="center">

## البـاب السـادس

</div>

في الأحكام الخاصة بمدد الإعارة والأجازات الدراسية بدون مرتب
وكذا مدد التكليف والأجازات الاعتيادية والاستثنائية بدون مرتب

| | | |
|---|---|---|
| لمتقدمة. مـستبدل | مادة ٩٥ – | يظل اسم المعار مدرجاً أثناء مدة الإعارة في سجل المرتبات بالجهة التابع لـها أصلاً سواء كانت الإعارة داخلية أو خارجية . |
| | | ويعامل المعارون سواء في الداخل أو في الخارج الذين تتحمل جهاتهم الأصليـة بمرتباتهم معاملة باقي المنتفعين من حيث قواعد وإجـراءات أداء الاشـتراكات والأقساط الخاصة المستحقة لصندوق التأمين والمعاشات . |
| صينه . , بأحكام الجهة . داخـل | مادة ٩٦ – | على دوائر المستخدمين أن تعد سجلاً لحصر المعـارين والمكلفيـن والذيـن بأجازات دراسية أو اعتيادية أو استثنائية بدون مرتب وفقاً للنموذج رقـم (١١) المرفق يقيد به جميع البيانات الخاصة بهؤلاء . |
| | | وعلى الجهات المختصة بإدارات شئون المعارين موافاة الدوائر المذكورة بتلـك البيانات . |
| شهر , متنازلاً | مادة ٩٧ – | في حالة الإعارة داخل القطاع يتعين على دوائر المستخدمين بالجهات المختلفـة أن تخطر الجهة المعار إليها المنتفع ببيان مفـردات المرتـب متضمنـاً بيـان |
| علـى بـاقية , | | الاشتراكات والأقساط الواجب اقتطاعها لحساب صندوق التـأمين والمعاشـات ومقابل الحصة التى تلتزم بها الجهة التى يتبعها . |
| | | ويجب على الإدارات المذكورة أن تخطر الجهات المشار إليها بكل ما يطرأ علـى هذه الأقساط من تعديل . |
| , فـي الباقية | مادة ٩٨ – | تسدد شهرياً الاشتراكات والأقساط المستحقة لدائرة التأمين والمعاشات خـلال مدة الإعارة الداخلية في جهات غير منتفعة بقانون التـأمين والمعاشـات عـن |
| سجل سـول ت أر | | طريق الجهة الأصلية التى يتبعها المعار ضمن الاشتراكات والأقسـاط الـواردة بالاستمارة رقم (١) تأمين ومعاشات . |
| | | وعلى الجهات الأصلية في هذه الحالة تسديد الاشـتراكات والأقسـاط الخاصـة |

<div align="center">

٨١

</div>

PPF 0025830

بهؤلاء المعارين إلى الدائرة في موعد استحقاقها مـن حساب العـهد تحـت التحصيل طرف الجهات المعارين إليها ومتابعة انتظام تلك الجهات في سداد هذه الاشتراكات والأقساط ، وكذا الحصة التي تلتزم بها لتسديد حسابات العهد .

ويعامل المعارون في جهات منتفعة بقانون التأمين والمعاشات معاملـة بـاقي المنتفعين بها من حيث قواعد وإجراءات أداء الاشتراكات والأقساط الخاصة.

مادة ٩٩– يؤجل أداء الاشتراكات المستحقة على المعار بالخارج إلى حيـن انتهـاء مـدة الإعارة.

مادة ١٠٠– على دائرة المستخدمين أن تعد الاستمارة رقم (١١) تأمين ومعاشات – المرفق نموذجها من أصل وصورة بالنسبة لكل منتفع يعود إلى عملـه ، وذلك بعد انتهاء فترة الإعارة الخارجية فور عودته موضحاً بها قيمـة الاشـتراكات والأقسـاط المستحقة عن المدة المذكورة .

مادة ١٠١– على المنتفع المشار إليه في المادة السابقة أن يبدى رغبتـه في الاشتراك عـن الفترة المشار إليها على الاستمارة الموضحة بالمادة السابقة وذلك على الوجـه الآتى :

(أ)  يكون أداء اشتراكات التأمين والمعاشات عن المدة الجارية المستحقة عن فـترة الإعارة دفعة واحدة خلال سنة من تاريخ انتهاء تلك الفترة . وإلا سـقط حـق المنتفع في الاشتراك عن هذه المدة في الخدمة .

(ب)  يكون أداء متجمد أقساط المدة السابقة التى تكون قد استحقت نتيجة عدم أدائـها خلال فترة الإعارة إما دفعة واحدة خلال فترة السنة المشار اليـها فـي البنـد السابق أو على أقساط شهرية تقدر وفقاً لأحكام المادة (٢٠) من القانون . فـإذا رغب في أداء تلك الاشتراكات والأقساط الخاصة دفعة واحدة وجب على دائـرة المستخدمين تقدير المبلغ المطلوب بما في ذلك الفوائد المستحقة بواقع (٤,٥%) تبدأ اعتباراً من تاريخ انتهاء فترة الإعارة حتى تاريخ الأداء الذى يحدده صاحب الشأن وتسليمه خطاباً من أصل وصورة يحرر إلى أقرب للبنـك فـرع للبنـك ليـودع بمقتضاه المبلغ المحدد قبـل انتـهاء موعـد الأداء لحسـاب دائـرة التـأمين والمعاشات.

مادة ١٠٢– إذا رغب صاحب الشأن في أداء المستحق عليه من متجمد أقساط المدة السابقة ، فيجب على دائرة المستخدمين بالجهة تقدير القسط المستحق وموافاة دائـرة

٨٢

PPF 0025831

التأمين والمعاشات نسخة من استمارة الحساب وإرفاق النسخة الأخــــرى مـــن الاستمارة في ملف الخدمة بعد قيد قيمة القسط المستحق وتاريخ بداية اقتطاعـه في سجلات المرتبات والتأشير بالبيان اللازم في استمارة الخدمة مـــع مراعـاة اتباع نفس طريقة التقسيط السابق اختيارها إن كان قد سبق له تقسيط أية مبالغ أو أقساط .

مادة ١٠٣ –     تسرى الأحكام المنصوص عليها في هذا الفصل بالنسبة لمدد التكليف والإجازات الدراسية بدون مرتب ومدة البعثة التى تلي تاريخ  التعيين ، وكـــذا الاجــازات الاعتيادية الاستثنائية بدون مرتب ، وكذا المدد التى يكـــــون المنتفع خلالـها في ( منحة تفرغ ) .

٨٣

PPF 0025832

# الباب السابع

## أحكـــــام انتقاليـــــة

في تصفية صندوق التأمين والادخار وحساب مدة الخدمة السابقة
للموجودين في الخدمة

مادة ١٠٤ –   على دائرة التأمين والمعاشات تقدير المبالغ التي أداهــا كـل مـن المنتفعيــن الموجودين في الخدمة في ١٩٦٤/٧/١ إلى صندوق الادخار المنشأ بالأمر رقـم ٣١١ لسنة ١٩٥٤ سواء عن مدة خدمته التالية على ١٩٥٤/٨/١ أو السـابقة على ذلك التاريخ وفوائد هذه المبالغ بواقع (٢.٥%) مركبة حتى ١٩٦٤/٦/٣٠ وتثبت نتيجة التقدير في سجلات اشتراكات الادخار المحفوظة بدائـرة التـأمين والمعاشات .

مادة ١٠٥ –   على الدائرة المذكورة إعداد كشوف بالمبالغ المشار إليها فـي البنـد السـابق وفوائدها موضحاً بها اسم الموظف ورقمه في صندوق الادخار وذلك من أصـل وصورة على أن يرسل الأصل إلى دائرة المستخدمين وتحفظ الصـورة بدائـرة التأمين والمعاشات
وعلى الدائرة أن تنتهي من هذه الإجراءات قبل ١٩٦٤/٩/١

مادة ١٠٦    تستنزل المبالغ المشار إليها في المادة السابقة وفوائدها من المبالغ المستحقة . على كل منتفع طبقاً لحكم المادة (٥) من القرار بقانون في حالـة رغبتـه فـي الاشتراك عن مدة خدمته السابقة طبقاً لأحكامها .
فإذا لم يرغب المنتفع في الاشتراك عن مدة خدمته السابقة فيفرد للمبالغ التـى أداها إلى الصندوق المذكور وفوائدها حساب خـاص فـي صنـدوق التـأمين والمعاشات ، ويستحق إليه عند انتهاء خدمته أو إلى من يصرف إليـهم مبلـغ التأمين في حالة وفاته مصوباً عليها فائدة مركبة بواقـع (٣%) سـنوياً مـن ١٩٦٤/٧/١ حتى تاريخ استحقاقها .

مادة ١٠٧ –   على دائرة التأمين والمعاشات حصر أرصدة صندوق التأمين المنشأ بالأمر رقـم ٣١١ لسنة ١٩٥٤ ، وكذا حصر باقي أرصدة صندوق الادخار بعـد اسـتنزال المبالغ التي أداها الموظف وفوائدها المشار إليها في  المادة (١٠٤) ويستنزل مجموع الأرصدة المنوه عنها في الفقرة السابقة من المبالغ المسـتحقة علـى

٨٤

PPF 0025833

الخزانة العامة طبقاً للمادة (٧) من القرار بقانون.

مادة ١٠٨ –   على دائرة المستخدمين بالإدارة العامة تحرير استمارة رقم (١٢) المرفق نموذجها لكل منتفع موجود بالخدمة في ١٩٦٤/٧/١ وكان معاملاً بنظام الادخار المنشأ بالأمر رقم ٣١١ لسنة ١٩٥٤ وتقدر فيها المبالغ المستحقة نظير الاشتراك عن مدة خدمته السابقة المحسوبة وفقاً لأحكام المادة (٥) من القرار بقانون بعد استنزال المبالغ التى أداها فى صندوق الادخار وفوائدها المشار إليها فى المادة (١٠٤).

وتحرر هذه الاستمارة من ثلاث نسخ وتعرض على الموظف لإبداء رغبته فى الاشتراك عن مدة خدمته السابقة أو عدم رغبته فى ذلك. ثم ترسل نسخة إلى دائرة التأمين والمعاشات ونسخة إلى قسم الماهيات بالجهة التى يعمل بها الموظف وتحتفظ دائرة المستخدمين بالنسخة الثالثة لحفظها بملف الخدمة .

مادة ١٠٩ –   على دائرة التأمين والمعاشات أن تحفظ نسخة الاستمارة (١٢) تأمين ومعاشات – الواردة إليها بالملف الخاص بالمنتفع .

وعلى قسم الماهيات بالجهة التى يعمل بها الموظف مراعاة خصم القسط المستحق عن المدة السابقة لمن أبدى الرغبة فى ذلك اعتباراً من مرتب شهر يناير سنة ١٩٦٥ التى يستحق صرفه فى أول فبراير سنة ١٩٦٥.

مادة ١١٠ –   بالنسبة لمن يرغب فى أداء المبالغ المستحقة عليه دفعة واحدة تتبع الإجراءات المنصوص عليها فى المادة (٨١) .

٨٥

PPF 0025834

**الباب الثامن**

أحكــــام ختاميـــة

مادة ١١١ –   إذا أجرى تحقيق مع موظف بشأن المخالفات المنسوبة إليه في تنفيـــذ أحكـــام القانون أو اللائحة التنفيذية أو القرارت المنفذة لها وجب على الجهة الإداريـــة المختصة موافاة الدائرة بأوراق التحقيق ونتيجة التصرف فيـــه فـــور صـــدور القرار.

ويعرض مدير الدائرة على رئيس مجلس الإدارة خلال شهر من تاريخ وصـــول تلك الأوراق إلى الدائرة الحالات التى يقترح فيها الاعتراض على القرار الصادر طلب الإحالة إلى المحاكمة التأديبية طبقاً للمادة (٦٢) من القانون .

مادة ١١٢ –   يجوز لرئيس مجلس إدارة الصندوق مد المواعيد المنصوص عليها في المـــادة (٨) من هذه اللائحة في الأحوال التى يتعذر فيها الالتزام بتلك المواعيد بســـبب طبيعة العمل ببعض الجهات .

٨٦

<div dir="rtl">

## قرار المجلس التنفيذي
## رقم (١٥) لسنة ١٩٦٤*

**المجلس التنفيذي :**

بعد الاطلاع على النظام الدستوري لقطاع غزة الصادر في ٥ مارس سنــة ١٩٦٢ .

وعلى القرار بقانون رقم ٨ لسنة ١٩٦٤ بإصدار قانون التأمين والمعاشات لموظفي ومستخدمي وعمال الإدارة العامة .

وعلى اللائحة التنفيذية لقانون التأمين والمعاشات المشار اليه وبناء علـى قـرار مجلس إدارة التأمين والمعاشات بجلسته المنعقدة في ١٩٦٤/١٠/٦ .

## قــــــرر

**مادة ١—** تنصرف عبارة ( العامل العرضي ) إلى الفئات التالية :—

أ) العمال المعينين حالياً بالخدمة أو الذين يعينون على الباب الثالث من الميزانية أو علـى الاعتمادات الإضافية .

ب) العمال المعينين حالياً بالخدمة أو الذين يعينون على الباب الثاني من الميزانية لمدة تقل عن سنة والذين صدر أو يصدر بتعيينهم قرار من مدير المديرية المختص .

**مادة ٢—** استثناء من نص الفقرة (ب) من المادة السابقة ينتفع العامل المعين حالياً بالخدمة على الباب الثاني من الميزانية بأحكام قانون التأمين والمعاشات إذا قرر مدير المديرية التابع لها العامل أن لعمله صفة الدوام ويشترط استمراره في الخدمة مدة تزيد عن سنة .

**مادة ٣—** العمال المعينون حالياً بالخدمة على الباب الثاني من الميزانية والذين بلغت مدة خدمتهم سنة فأكثر ولم تتجاوز ثلاث سنوات ينتفعون بأحكام قانون التأمين والمعاشات ما لــم يقرر مدير المديرية التابع لها هؤلاء العمال انه ليس لطبيعة عملهم صفة الدوام وفـي الحالة الأخيرة يعتبرون عمالاً عرضيين ولا ينتفعون بأحكام القانون المشار إليه .

**مادة ٤—** يعمل بهذا القرار من تاريخ نشرة في الجريدة الرسمية .
صدر بغزة في ١٩٦٤/١٠/١٥ .

فريق أول

## يوسف عبد الله العجرودي
**الحاكم العام ورئيس المجلس التنفيذي**

* نشر في الوقائع الفلسطينية العدد رقم ٢٥٣ صفحة ٢ بتاريخ ١٥ نوفمبر ١٩٦٤

٨٧

</div>

PPF 0025836

# قرار المجلس التنفيذي

## رقم (٢) لسنة ١٩٦٦ *

المجلس التنفيذي :

بعد الاطلاع على النظام الدستوري لقطاع غزة الصادر في ٥ مارس سنة ١٩٦٢

وعلى القانون رقم ٨ لسنة ١٩٦٤ وتعديلاته بشأن قانون التأمين والمعاشات . وعلى القرار بقانون رقم ١ لسنة ١٩٦٦ بإصدار قانون موظفي وعمال البلديات .

وبناء على ما عرضه مدير المالية والاقتصاد ومدير الشئون القانونية .

## قـــــرر

مادة ١ –   يضم جميع الموظفين والمستخدمين والعمال الدائمين في كل من بلديتـــي غـــزة وخانيونس للفئات المنتفعة بأحكام القانون رقم ٨ لسنة ١٩٦٤ وتعديلاته .

مادة ٢ –   تسري أحكام هذا القرار اعتبارا من ١٩٦٦/٣/١ .

مادة ٣ –   تلغى جميع اللوائح التقاعدية المعمول بها بالبلديتين المذكورتين وكل ما يتعارض مع أحكام هذا القرار وينشر في الجريدة الرسمية .

صدر بغزة في ١٩٦٦/٢/٢٤

فريق أول

**يوسف عبد الله العجرودي**

الحاكم العام ورئيس المجلس التنفيذي

---

* نشر في الوقائع الفلسطينية العدد رقم ٢٨٢ صفحة ٢

٨٨

PPF 0025837

# قرار المجلس التنفيذي

## رقم (١) لسنة ١٩٦٧*

المجلس التنفيذي :

بعد الاطلاع على النظام الدستوري لقطاع غزة الصادر في ٥ مارس سنة ١٩٦٢ وعلى المادة الأولى من قانون التأمين والمعاشات رقم ٨ لسنة ١٩٦٤ وبناء علــى مــا عرضه مدير المالية والاقتصاد .

## قــــــــرر

مادة ١– يضم جميع الموظفين والمستخدمين والعمال الدائمين بالمجلس الأعلى لرعايــة الشباب والتربية الرياضية للفئات المنتفعة بأحكام قانون التأمين والمعاشات .

مادة ٢– يعمل بأحكام هذا القرار اعتبارا من ١٩٦٦/٦/١٩ .

مادة ٣– يلغى كل ما يتعارض مع أحكام هذا القرار وينشر في الجريدة الرسمية .

صدر بغزة في ١٩٦٧/١/١٦

لواء

**عبد المنعم حسن حسني**

الحاكم العام ورئيس المجلس التنفيذي

_____

* نشر في الوقائع الفلسطينية العدد رقم ٣٠٣ صفحة ٣

٨٩

قرار بقانون رقم (١) لسنة ١٩٦٧ *

المجلس التنفيذي :

بعد الاطلاع على المادة ٢٨ من النظام الدستوري لقطـاع غـزة الصـادر فـي ٥ مارس سنة ١٩٦٢. وعلى قانون التأمين والمعاشات رقم ٨ لسنة ١٩٦٤ وتعديلاتــه وعلى قرار المجلس التنفيذي رقم ٢ لسنة ١٩٦٦ وبناء على ما عرضه مديـر الماليـة والاقتصاد .

## قــــــرر

**مادة ١ –** مع عدم الإخلال بحكم المادة الخامسة من القرار بقانون رقــم ٨ لسنة ١٩٦٤ تحتسب للمنتفعين بقانون التأمين والمعاشات من موظفي ومستخدمي وعمـال بلديتي غزة وخانيونس ودائرة الأوقاف الإسلامية ودائـرة صنـدوق التأمين والمعاشات ومدرسة البلدية الموجودين في الخدمة جميع مدد خدمتهم السـابقة المُنْصلة التي قضيت بالجهات التي تطبق حاليا أحكام قانون التأمين والمعاشات والتي لم يسبق احتسابها وفقا لأحكام المادة الخامسة المشار إليها اعتبارا مـن ١٩٤٨/٥/١٦ أو من تاريخ آخر تعيين حتى تاريخ الإنتفـاع بأحكـام القـانون المذكور بشرط ألا يكون المنتفع قد تقاضى عنها أيـــة مكافـأة طبقـا للوائـح التقاعدية السابقة العمل بها بجهاتهم فإذا كان قد تقاضاها وجب لحسـاب تلـك المدد رد ما تقاضاه محسوبا عليه فائدة قدرها ٤,٥% من تاريخ الحصول عليها حتى تاريخ الأداء .

**مادة ٢ –** تسري أحكام المادة الخامسة من القرار بقانون رقم ٨ لسنة ١٩٦٤ في كيفية رد المكافأة المشار إليها في المادة السابقة والاشتراك عن المدد المذكـورة علـى المنتفعين الذين تنطبق عليهم أحكام هذا القرار على أن تحدد فترة ستة شــهور من تاريخ العمل بهذا القرار لإبداء الرغبة في الاشتراك عن مدد الخدمة السابقة ويبدأ في إقتطاع أقساط المدة السابقة لمن يرغب في الاشتراك عنها اعتبارا من المرتب المستحق عن الشهر التالي لانتهاء المدة المحددة لإبداء الرغبة .

---

* نشر في الوقائع الفلسطينية العدد رقم ٢٠٥ صفحة ٣

٩٠

PPF 0025839

مادة ٣– تؤدى الخزانة العامة والميزانيات المستقلة التى يتبعها المنتفعون الذين يشملهم هذا القرار لحساب كل منتفع عن مدة خدمته السابقة المحسوبة فى المعاش طبقا لهذا القرار مبالغ تقدر بواقع ٨/٥ المبالغ المقدرة طبقا للجدول رقم (٤) المرافق بالقانون رقم ١٩٦٤/٨ على أساس سنه ومرتبه فى أول الشهر السابق لانتفاعه بالقانون المذكور ، ويسرى حكم الفقرة الثانية من المادة السابعة مــن القــرار بقانون رقم ٨ لسنة ١٩٦٤ فى كيفية تأدية هذه المبالغ مــن الخزانـــة العامــة والميزانيات المستقلة المذكورة .

مادة ٤– يعمل بهذا القرار بقانون من تاريخ نشره فى الجريدة الرسمية .

صدر بغزة فى ١٩٦٧/٢/٧

لواء

عبد المنعم حسن حسني

الحاكم العام ورئيس المجلس التنفيذي

٩٨١

PPF 0025840

# \* قانون رقم (٧) لسنة ١٩٩٥
## بتشكيل مجلس إدارة صندوق التأمين والمعاشات

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

بعد الإطلاع على قرار رئيس السلطة الوطنية الفلسطينية ، الصـادر بتـاريخ ١٩٩٤/٥/٢٠ بشأن استمرار العمل في القوانين والأنظمة والأوامر التـي كـانت سـارية المفعـول قبـل تـاريخ ١٩٦٧/٦/٥ في الأراضي الفلسطينية ' الضفة الغربية وقطاع غزة ' حتى يتم توحيدها .

وعلى قانون التأمين والمعاشات لموظفي ومستخدمي الإدارة العامة والمجالس البلدية والقروية ودائـرة الأوقاف الإسلامية الصادر بالقرار رقم (٨) لسنة ١٩٦٤ وتعديلاته ، ولا سيما المادة (٣) منه.

وبناء على ما تقتضيه المصلحة العامة

أصدرنا القانون الآتي :-

### مادة (١)

ينشأ لصندوق التأمين والمعاشات المنصوص عليه في القرار بقانون رقــم (٨) لسـنة ١٩٦٤ المشار اليه ، مجلس إدارة يشكل على الوجه التالي :

١-    وزير العدل

٢-    وزير المالية

٣-    وزير الحكم المحلي

٤-    مدير عام شؤون التأمين والمعاشات

٥-    مدير عام ديوان الموظفين

٦-    ممثل عن جمعية الموظفين المتقاعدين

وينعقد المجلس بدعوة من رئيسه ، ولا يكون انعقاده صحيحا إلا إذا حضــر الاجتمـاع أربعــة أعضاء على الأقل وتصدر القرارات بأغلبية الحاضرين ، وعند التساوي يرجح الجانب الذي منــه الرئيس .

_____

\* نشر في مجموعة الوقائع الفلسطينية العدد الخامس – يونيو ١٩٩٥

PPF 0025841

مادة (٢)

تلغى المادة (٣) من القرار بقانون رقم (٨) لسنة ١٩٦٤ المشار اليه ، وأي حكم يخالف أحكـــام هذا القانون .

مادة(٣)

على جميع الجهات المختصة كل فيما يخصه ، تنفيذ هذا القانون . ويعمل به من تاريخ صـــدوره وينشر في الجريدة الرسمية .

صدر في غزة بتاريخ ١٩٩٥/٥/١٤

يــاســر عرفــــات
رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية
رئيس السلطة الوطنية الفلسطينية

١٩٩٤/
تـــاريخ

دائـــرة

١٩٦٤

أربعــة
ى منـه

٩٣

PPF 0025842

<div dir="rtl">

## * قانون رقم (٤) لسنة ١٩٩٦

### بشأن تعديل بعض أحكام قانون التأمين والمعاشات

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

بعد الأطلاع على القانون رقم ٥ لسنة ١٩٩٥ بشأن نقل السلطات والصلاحيات .

وعلى قانون التأمين والمعاشات لموظفي ومستخدمي الإدارة العامة والمجالس المحلية والبلدية ودائرة الأوقاف الاسلامية الصادر بقرار بقانون رقم ٨ لسنة ١٩٦٤ وتعديلاته .

وعلى قرار المجلس التنفيذي رقم ٣ لسنة ١٩٦٣ بشأن قواعد وشروط صرف إعانة غلاء المعيشة.

وعلى قرارات مجلس إدارة صندوق التأمين والمعاشات بجلساته المنعقدة بتـاريخ ٦/٢ و ٧/١ و ١٠/٢٥ لسنة ١٩٩٥

وبناء على مقتضيات المصلحة العامة .

وبعد موافقة مجلس السلطة .

أصدرنا القانون التالي :-

### مادة (١)

تسري على الموظف المحال على المعاش احكام إعانة غلاء المعيشة المنصوص عليها في المادة (٢) فقرة أ ، ب ، ج من قرار المجلس التنفيذي رقم (٣) لسنة ١٩٦٣ م المشار إليه اعتبارا من ١٩٩٥/٦/١ م .

### مادة (٢)

تصرف للموظفين الذين تنتهي خدماتهم مكافأة نهاية خدمة بواقع ١٥% من المرتب السنوي عن كل سنة من سنوات الخدمة التى تزيد عن الحد الأقصى للمعاش .

### مادة (٣)

تسري أحكام المادة (٢) من هذا القانون على الموظفين الذين انتهت خدماتهم قبل سريانه .

* نشر في مجموعة الوقائع الفلسطينية العدد الخامس عشر - نوفمبر ١٩٩٦

٩٤

</div>

PPF 0025843

مـادة (٤)

يعدل نص المـادة (٢) من القانون رقم (٨) لسنة ١٩٦٤ المشار إليه ليصبـح على النحو التالي :

ينشأ بإدارة الحاكم صندوق التأمين والمعاشات لفئات المنتفعين بأحكام هذا القــانون ويعـهد بإدارته إلى دائرة التأمين والادخار وتسمى دائرة صندوق التأمين والمعاشـــات ولـها الشـخصية الاعتبارية وميزانية خاصة تلحق بالميزانية العامة للدولة ويمثلها رئيس مجلس إدارة الصندوق في صلاحيتها بالغير وتعتبر قرارات مجلس إدارة الصندوق سارية المفعول وواجبة التنفيذ . من التواريخ التى يحددها مجلس الإدارة .

مـادة (٥)

١ - يعدل نص المادة (١٦) من القانون رقم (٨) لسنة ١٩٦٤ المشار إليه ليصبح على النحو التالي :-

تسوى المعاشات بواقع جزء من أربعين جزءا من مبلغ المرتب الأخير كما ذكر في المــادة (١٥) وذلك عن كل سنة من سنوات الخدمة المحسوبة في المعاش .

٢ - يسري هذا التعديل على جميع مستحقي المعاش .

مـادة (٦)

يعدل نص المادة (٥٢) من القانون رقم (٨) لسنة ١٩٦٤ المشار اليه ليصبح على النحو التالي :

على كل جهة أن تؤدي بالنسبة لكل منتفع يتوفى أثناء الخدمة نفقات جنازته وتقدر هذه النفقـــات بمقدار المرتب المستحق عن شهر واحد بحد أدنى قدره (٢٥٠) مائتان وخمسون شيكلا جديـدا ولا يلتزم الصندوق بهذه النفقات .

ويلزم الصندوق بأن يؤدى بالنسبة الى كل صاحب معاش نفقات جنازته وتقدر هذه النفقات بمقدار معاش شهر واحد بحد أدنى قدرة (٢٥٠) مائتان وخمسون شيكلا جديدا .

وتؤدى هذه النفقات فورا إلى من يثبت قيامه بدفعها سواء كانت أرملة المنتفع أو أرملة صــاحب المعاش أو أرشد عائلته أو أي شخص يقدم ما يثبت قيامه بدفع هذه النفقات .

٩٥

PPF 0025844

مادة (٧)

يلغى كل حكم يخالف أحكام هذا القانون .

مادة (٨)

على جميع الجهات المختصة ، كل فيما يخصه ، تنفيذ هذا القانون ، ويعمل به من تاريخ صدوره وينشر في الجريدة الرسمية .

صدر بمدينة غزة بتاريخ : ١٩٩٦/١/١م

الموافق : ١٠/ شعبان / ١٤١٦هـ

ياسر عرفـــات

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

٩٦

PPF 0025845

# الفهـــرس

| الصفحة | الموضوع |
|---|---|
| ١ | تقديم مدير عام الهيئة العامة للتأمين والمعاشات ................ |
| ٢ | مقدمة المستشار القانوني للهيئة العامة للتأمين والمعاشات ............. |
| ٣ | قـرار بقـانون رقـم ٨ لسـنة ٦٤ بـإصدار قـانون التـأمين والمعاشـات ... |

## قانون التأمين والمعاشات :-

**الباب الأول :**

| | |
|---|---|
| ٩ | في تحديد المنتفعين بأحكام القانون وإنشاء الصندوق وكيفية إدارته ..... |

**الباب الثاني :**

| | |
|---|---|
| ١١ | في الحسابات والمركز المالي ........................ |

**الباب الثالث :**

| | |
|---|---|
| ١٢ | في موارد الصندوق ............... |

**الباب الرابع :**

| | |
|---|---|
| ١٣ | في نظام التأمين والمعاشات ............. |
| ١٣ | الفصل الأول : استحقاق مبالغ التأمين ............ |
| ١٤ | الفصل الثاني : في استحقاق المعاشات والمكافـآت ........ |
| ١٩ | الفصل الثالث : المستحقون والذين لا حق لهم في المعاش ......... |
| ٢٢ | الفصل الرابع : سقوط الحق في المعاش أو المكافأة ........ |
| ٢٣ | الفصل الخامس : العودة إلى الخدمة ............ |
| ٢٥ | الفصل السادس : أحكام خاصة ............ |

**الباب الخامس :**

| | |
|---|---|
| ٢٦ | في استبدال المعاشات ................ |

**الباب السادس :**

| | |
|---|---|
| ٢٧ | في صرف قروض بضمان مبلغ المكافأة أو التأمين أو المعاش ............. |

PPF 0025846

| الصفحة | الموضوع |
|---|---|
| | الباب السابع : |
| ٢٩ | في صرف منحة ومصاريف جنازة في حالة الوفاة ............... |
| | الباب الثامن : |
| ٣٠ | أحكام عامة ...................................... |
| | الباب التاسع |
| ٣٥ | معاشات أعضاء المجلس التنفيذي ............... |
| ٣٦ | جدول رقم ١ : بيان نسبة مبالغ التأمين ............... |
| | جدول رقم ٢ : نسب خفض معاشات المستقيلين قبل بلوغــــهم ســـن الثامنـــة |
| ٣٧ | والخمسين .............................. |
| ٣٨ | جدول رقم ٣ : الأنصبة المستحقة في المعاش ............... |
| | جدول رقم ٤ : تحديد المبالغ المستحقة عن مدد الخدمة السابقة التي تحسب في |
| ٤٠ | المعاش ............................... |
| | جدول رقم ٥ : تحديد المعاش الشهري المقابل لكل ١٠٠ جنيه من مبلــغ رأس |
| ٤٢ | المال الذي يلتزم المنتفع بأدائه طبقاً لأحكام المادة ٢٨ ...... |
| | جدول رقم ٦ : مبلغ الاستبدال بالشيك المعادل لمعاش مستبدل قـــدره شـــيك |
| ٤٣ | واحد في الشهر ..................... |
| | جدول رقم ٧ : تحديد الأقساط الشهرية التي تقتطع من المرتب أو الأجر فـــي |
| | حالة اختيار المنتفع أداء المبالغ المستحقة عليه بالتقسيط وفقـــا |
| ٤٧ | لحكم المادة ( ٦٠ ) ............... |
| | قرار الحاكم العام رقم ٢٢ لسنة ١٩٦٤ بإصدار اللائحة التنفيذية للقانون رقـــم |
| ٤٨ | ٨ لسنة ١٩٦٤ بإصدار قانون التأمين والمعاشات . ............... |
| ٤٩ | اللائحة التنفيذية لقانون التأمين والمعاشات : ............... |
| | الباب الأول : |
| ٤٩ | أحكام عامة ...................... |
| | الباب الثاني : |
| ٥٢ | في أداء الاشتراكات والأقساط الخاصة وتحصيلها ورد ما حصل منها بدون وجه حق |

PPF 0025847

| الصفحة | الموضوع | الصفحة |
|---|---|---|
| ٥٢ | الفصل الأول : في أداء الاشتراكات والأقساط الخاصة وتحصيلها .... | |
| ٥٦ | الفصل الثاني : رد الاشتراكات والمبالغ المحصلة بدون وجه حق .... | ٢٩ |
| | الفصل الثالث : في صرف القروض بضمان المرتـب والمكافـأة أو | |
| ٥٧ | التأمين أو المعاش  ................................. | |
| | الباب الثالث : | ٣٠ |
| ٦٠ | في نظام التأمين والمعاش  ................................. | |
| ٦٠ | الفصل الأول : تعيين المستفيدين من مبالغ التأمين  ............... | ٣٥ |
| | الفصل الثاني : في شأن الإجراءات الواجب اتباعها في حالة الوفـاة | ٣٦ |
| | أثناء الخدمة أو الفصل بسبب عدم اللياقـة الصحيـة | |
| ٦٢ | نتيجة حادث وقع أثناء تأدية الوظيفة أو بسببها  ..... | ٣٧ |
| | الفصل الثالث : في إعداد المستندات اللازمـــة لصـــرف المعاشـات | ٣٨ |
| ٦٢ | والمكافآت ومبلغ التأمين  ................... | |
| | الفصل الرابع : في صرف وتسوية المعاشات أو المكافــآت ومبــالغ | ٤٠ |
| ٦٨ | التأمين  ................................. | |
| ٦٩ | الفصل الخامس : أحكام عامة تتبع في صرف المستحقات  .......... | ٤٢ |
| ٧١ | الفصل السادس : في نظام ومواعيد وكيفية صرف المعاشات  ....... | |
| ٧٣ | الفصل السابع : في شروط استمرار صرف المعاشات  ............. | ٤٣ |
| ٧٦ | الفصل الثامن : في تحديد من تصرف إليهم المنح  ................ | |
| | الباب الرابع : | ٤٧ |
| ٧٧ | في العودة إلى الخدمة  ................................. | |
| ٧٧ | الفصل الأول : في قواعد حساب مدة الخدمة السابقة  ............. | ٤٨ |
| ٧٨ | الفصل الثاني : في إجراءات حساب المدد السابقة  ............... | |
| | الباب الخامس : | ٤٩ |
| ٧٩ | في استبدال المعاشات  ................................. | |
| | الباب السادس : | ٤٩ |
| ٨١ | في الأحكام الخاصة بمدد الإعارة والإجازات الدراسية بدون مرتـب .. | |
| | | ٥٢ |

PPF 0025848

| الصفحة | الموضوع |
|---|---|
| | الباب السابع : |
| ٨٤ | أحكام انتقالية .................... |
| | الباب الثامن : |
| ٨٦ | أحكام ختامية .................... |
| ٨٧ | قرار المجلس التنفيذي رقم ١٥ لسنة ١٩٤٦ .......... |
| ٨٨ | قرار المجلس التنفيذي رقم ٢ لسنة ١٩٦٦ .......... |
| ٨٩ | قرار المجلس التنفيذي رقم ١ لسنة ١٩٦٧ .......... |
| ٩٠ | قرار بقانون رقم ١ لسنة ١٩٦٧ .......... |
| ٩٢ | قانون رقم ٧ لسنة ١٩٩٥ .......... |
| ٩٤ | قانون رقم ٤ لسنة ١٩٩٦ .......... |
| ٩٧ | الفهرس .......... |

PPF 0025849

# Exhibit 6

COPIE

TC-94-90000



Implementation Agreement Concerning the Pension Fund of the
Civil Administration Employees in the Gaza Strip

between

THE GOVERNMENT OF THE STATE OF ISRAEL

and

THE PALESTINIAN AUTHORITY

and

THE PENSION FUND OF THE STATE ADMINISTRATIVE EMPLOYEES

In order to implement the provisions of paragraph 16 of Annex II of the Agreement
of the Gaza Strip and Jericho Area signed in Cairo on May 4, 1994, the parties have
agreed as follows:

1.    The net income of the Pension Fund of the employees of the Civil
Administration in the Gaza Strip as accumulated up to the date of the Cairo
Agreement is 430,456,653.25 NIS (Four hundred and thirty million four hundred and
fifty six thousand and fifty three New Israeli Shekels and twenty five agorot).

2.    The responsibility for the Pension Fund is transferred to the Palestinian
Authority. The Palestinian Authority will receive from the authorized representatives
of the employees their written consent to the transfer of the monies accumulated for
the pension rights in the Civil Administration to the Pension Fund of the State
Administrative Employees (hereinafter - the Pension Fund) and will give Israel a
copy of that consent.

      The Palestinian Authority takes upon itself to notify each of the employees
and pension receivers listed in the schedule mentioned in paragraph 5 below that it
has assumed the responsibility as aforesaid and to make the legally required
arrangements related thereto.

3.    Before December 31, 1994, Israel will transfer the aforesaid accumulated
sum mentioned in paragraph 1 above to a special bank account designated by the
Palestinian Authority for the Pension Fund for this purpose.

      The details of the bank account are:
            EURO-TRADE-BANK Limited
            Tel-Aviv, Israel
            Account # 407465

      for further transfer to:
            BANK OF NEW YORK
            ABA # 021000018
            A/C  Morgan Stanley & Co.
            A/C # 8900036354
            FFC # 30-81349-1



CONFIDENTIAL MATERIAL

PPF 0028109

4.    The Palestinian Authority and the Pension Fund undertake to invest the monies of the Fund in a manner that will retain their real value and produce a yield for the benefit of the Pension Fund and the employees and pension receivers.

5.    The Palestinian Authority and the Pension Fund undertake to use the sum so transferred and the monies accruing from their investment only for the purpose of payments of pensions and severance compensations, as due, to those Palestinians who were employed by the Civil Administration and from whose wages pension insurance deductions were made and accumulated in the Pension Fund.

The details of these employees and of those who are already receiving pension from the Pension Fund are listed in the schedule attached to this Agreement.

6.    Upon the transfer of the sum mentioned in paragraph 1 to the account mentioned in paragraph 3 the Palestinian Authority and the Pension Fund assume full responsibility to the Civil Administration statutory and contractual obligations to the Palestinian employees mentioned in paragraph 5 regarding pension and severance compensation and their payment, and release Israel from any such responsibility.

If Israel will be sued by any such employee or his/her heirs for any sum due to him/her as a pension or severance compensation, the Palestinian Authority shall reimburse Israel the full amount awarded the employee or his/her heirs by any court or tribunal, and Israel may deduct that amount from any monies it owes to the Palestinian Authority. Where legal proceedings are brought in respect of such a claim, Israel will notify the Palestinian Authority and the Pension Fund, and enable them to participate in defending the claim.

Done on _____ 30.12 _____ . 1994

The Government of Israel
David Brodet

The Pension Fund
Hhamed EL ARAJ.

The Palestinian Authority
Jamil ELTARIFI

PPF 0028110

**Exhibit 7**

وثيقة رقم ⑨

n.97-7530  Ⓒ

Amendment to the Agreement Concerning the Pension Fund of the Civil
Administration Employees in the Gaza Strip

between

THE GOVERNMENT OF THE STATE OF ISRAEL

and

THE PALESTINIAN COUNCIL

and

THE PENSION FUND OF THE STATE ADMINISTRATIVE EMPLOYEES

WHEREAS the Palestinian Council informed The State of Israel of the
termination of the agreements between Morgan Stanley Asset Management
Inc., Morgan Stanley & co. Incorporated and the Palestinian Council
concerning the Palestinian Pension fund, and In order to accomplish the
implementation of the agreement signed on 9/11/94 (hereinafter: "the
previous agreement"), it has been agreed by the parties as follows:

1.  The remaining sum to be transferred by Israel according the
    previous agreement amounts to 299,718,793 NIS, including the
    interest accrued upon it until 19.3.97. Any additional interest
    which accrued from the said date shall be included in the
    transfer.

2.  The aforesaid sum will be transferred by Israel, within 8
    business days of the signing of all the relevant documents , to
    the Palestinian Pension Fund bank account no. −883237-3 / G 457
    held in Credit Suisse, Headoffice, Zurich, Switzerland, which
    designated by the The Palestinian Council for the Pension Fund of
    the employees of the Civil Administration in the Gaza Strip that
    was transferred to the responsibility of the Palestinian Council.

    Original documents relating to the opening of the aforesaid bank
    account and concerning the authorized signatories have been
    presented to the Government of Israel before the signing of this
    agreement.

3.  The Palestinian Council undertakes to use the Fund so transferred
    only for the purpose of payments of pensions and severance
    compensations, as due, to those Palestinians, who were employed by
    the Civil Administration in the Gaza Strip and from whose wages
    pension insurance deduction were made and accumulated in the Fund,
    or their kins.

4.  The Palestinian Council declares that it has chosen Belesta Asset
    Management AG as the investment manager for the Pension Fund
    mentioned in paragraph 2.

    Transfers from the above account may only take place in favor of

D. G.

accounts held in the name of the Palestinian Pension Fund of the Civil Administration in the Gaza Strip.

5. Upon the transfer of the sum mentioned in paragraph 1 to the account mentioned in paragraph 2 the Palestinian Council and the Pension Fund established by it assume full responsibility to the Civil Administration statutory and contractual obligations to the Palestinian employees mentioned in paragraph 3 regarding pension and severance compensation and their payment, and release Israel from any such responsibility.

The Palestinian Council takes upon itself to notify each of the employees and pension receivers listed in the schedule that it has assumed the responsibility as aforesaid and to make the legally required arrangements related thereto.

If Israel will be sued by any such employee or his/her kins for any sum due him/her as a pension or severance compensation, the Palestinian Council shall reimburse Israel the full amount awarded the employee or his/her heirs by any court or tribunal, and Israel may deduct that amount from any monies it owes to the Palestinians Council. Where legal proceedings are brought in respect of such a claim, Israel will notify the Palestinian Council and enable it to participate in defending the claim.

6. The aforesaid shall not detract, in any way, from the provisions of the Previous Agreement, unless explicitly provideded in this Agreement .

Done on 31-3-1997

The Government of Israel.

D. Gershond

The Palestinian Council.

Belesta Asset Management AG hereby confirms that it has agreed to serve as investment manager for the Pension Fund mentioned in paragraph 2 above, and that it will transfer the monies accrued from the account mentioned in paragraph 2 above and from their investment only to bank accounts of that Pension Fund as mentioned in paragraphs 3 and 4 above.

Belesta Asset Management AG

T. Künz    K.Gubler