# Exhibit E

1

2  SUPREME COURT OF THE STATE OF NEW YORK
   COUNTY OF NEW YORK:   TRIAL TERM PART 54
3  - - - - - - - - - - - - - - - - - - - - - - X

4  ESTATE OF YARON UNGAR, DEVIR UNGAR, YISHAI UNGAR,
   JUDITH UNGAR, MEIR UNGAR AND DAFNA UNGAR,
5
                          Plaintiffs,
6                                      INDEX NUMBER:
                 - against -           105521/05
7
   THE PALESTINIAN AUTHORITY AND
8  THE PALESTINIAN LIBERATION ORGANIZATION,

9                          Defendants.

10 - - - - - - - - - - - - - - - - - - - - - - X
                          60 Centre Street
11                        New York, New York
                          Marcxh 7, 2006
12                        MOTION

13

   BEFORE:
14
                 HONORABLE SHIRLEY W. KORNREICH, Justice
15

16 APPEARANCES:

17         ROBERT J. TOLCHIN, ESQ.
           Attorneys for the Plaintiffs
18         150 William Street
           New York, New York  10038
19

20         MORRISON & FOERSTER
           Attorneys for The Palestinian Pension Fund
21         for the State Administrative Employees in
           the Gaza Strip
22         1290 Avenue of the Americas
           New York, New York 10104
23         BY:   CHARLES L. KERR, ESQ.,
                 MARK DAVID MCPHERSON, ESQ., Of Counsel
24

25
                 (Continued on next page.)
26

MYRON CALDERON - OFFICIAL COURT REPORTER

```
 1

 2
        APPEARANCES:   (Continued)
 3

 4

 5            DUVAL & STACHENFELD, LLP
             Attorneys for SASI
 6            300 East 42 Street
             New York, New York 10017
 7            BY:   ALLAN N. TAFFET, ESQ., Of Counsel

 8

 9

10

11                            Myron Calderon
12                            Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

MYRON CALDERON - OFFICIAL COURT REPORTER

3

```
 1                            Motion
 2                  MORNING SESSION
 3                  THE COURT:  Okay, let's go forward.
 4                  In terms of we were off the record for a while
 5          and Mr. Tolchin, you are telling me that the Ungar
 6          Estate has withdrawn the restraining notice in this
 7          case.
 8                  Am I correct?
 9                  MR. TOLCHIN:  We have withdrawn the
10          restraining notice that was directed to the Swiss
11          American Securities Inc..
12                  THE COURT:  In regard --
13                  MR. TOLCHIN:  That is the restraining notice
14          that is at issue.
15                  THE COURT:  Only that restraining notice.
16                  MR. TOLCHIN:  Right.
17                  A restraining notice served on or about
18          April 20, 2005, that was served on Swiss American
19          Securities, Inc..
20                  THE COURT:  Is there another restraining
21          notice at this point?
22                  MR. TOLCHIN:  Relating to Swiss American
23          Securities, Inc.?
24                  THE COURT:  No, relating to the Palestinian
25          Pension Fund for the State Administrative Employees of
26          the Gaza Strip.
```

1                              Motion

2                     MR. TOLCHIN:  I don't know, reserved a few

3         restraining notices in the hundreds.

4                     The issue that brought us here on their motion

5         is the motion to vacate the restraining notice that I

6         indicated we have withdrawn.

7                     THE COURT:  I understand.

8                     It looks like there may be other restraining

9         notices.

10                    MR. TOLCHIN:  There is a Sheriff's Levy

11        relating --

12                    THE COURT:  There is a Sheriff's Levy.

13                    MR. TOLCHIN:  A Sheriff's Levy and execution,

14        and there is the injunction and restraining order

15        issued by Justice or Judge Lageux.

16                    THE COURT:  The federal injunction.

17                    So those are other restraints, but they are

18        not restraining notices.  The federal injunction which

19        I am familiar with deals with the PLO and the PA and

20        other entities.  This is not an entity that was named

21        in that lawsuit.

22                    MR. TOLCHIN:  But it was named in the

23        restraining order.

24                    THE COURT:  Notice.

25                    MR. TOLCHIN:  Yes, order, restraining order.

26                    THE COURT:  By you?

1                          Motion

2                    MR. TOLCHIN:  Correct.

3                    THE COURT:  Not by Judge Lageux.

4                    MR. KERR:  Correct.

5                    MR. TOLCHIN:  Correct.

6                    MR. KERR:  Correct, your Honor.

7                    MR. TOLCHIN:  By my colleague, not by me.

8                    But the Sheriff's Levy and execution has been

9         served and by law, which I can give you the citation if

10        you like, that -- the duration of the levy and

11        execution is coextensive with the duration of the

12        turnover proceeding.

13                   MR. TAFFET:  Your Honor, as we mentioned off

14        the record even though we talked about the temporal

15        limitations, I can't speak to that.  The reach of the

16        levy is not coextensive with the restraining order.

17                   The levy seeks to execute on assets belonging

18        to the judgment debtors, the PLO and the PA.  I

19        represented to Mr. Tolchin, he wrote us a letter late

20        yesterday afternoon on behalf of Swiss Securities,

21        SASI.

22                   THE COURT:  That is who you represent?

23                   MR. TAFFET:  We have no assets of the PLO and

24        the PA.

25                   MR. TOLCHIN:  They have assets which they say

26        belong to an entity whom they identify as the

1                          Motion

2        Palestinian Pension Fund for State Administrative

3        Employees of the Gaza Strip.

4                 It is our position that is not an entity.

5        That is just the name of an account.  We have not been

6        furnished, though we have had many back and forths and

7        many documents provided, we have not been provided with

8        a single document that establishes the Palestinian

9        Pension Fund for State Administrative Employees of the

10       Gaza Strip as a separate entity.  We do have documents

11       that is part of the judgment debtor PA and PLO.

12                 It is part of an alias.

13                 THE COURT:  You are saying it is part of the

14       PLO as well as the PA's.

15                 What is your position?

16                 MR. TOLCHIN:  For sure it is part of the PA.

17       For sure it is part of the PA.

18                 THE COURT:  That is your position that is that

19       it is part of the PA?

20                 MR. TOLCHIN:  Correct.  We can only -- we can

21       all only say our position.

22                 THE COURT:  And what is that based upon?

23                 MR. TOLCHIN:  That is based upon countless

24       documents that we have reviewed, all of which never

25       refer to this as a separate entity.  They refer to it

26       as part of the PA and the person who -- and all the

1                              Motion

2       people who run it who have corresponded and dealt with

3       it are PA people.  Even the attorney, Mr. Kerr's

4       partner who dealt with it, was a registered foreign

5       agent for the PA.

6                    THE COURT:  This is the question I have

7       because most pension funds, many pension funds I should

8       say, are run by employers, but that doesn't mean that

9       it is their money.

10                   Do you understand what I am saying?

11                   MR. TOLCHIN:  It doesn't mean it is the

12      employer's money, that is correct.

13                   THE COURT:  Is this such a case?

14                   MR. TOLCHIN:  No.

15                   What is going on here, Judge, is that a

16      judgment, an entity which Congress has made findings

17      that it is a terrorist organization.

18                   THE COURT:  Who, the PA?

19                   MR. TOLCHIN:  The PLO.  The PLO created the

20      PA.

21                   THE COURT:  At this time there is a PA, and I

22      don't think our government has said it was a terrorist

23      entity.

24                   That is not before me anyway.

25                   MR. TOLCHIN:  Yes, except our courts have

26      found that they murdered Mr. Ungar.  That is for sure.

1                              Motion

2              THE COURT:  There is a judgment against them

3      for the murder, a default judgment for the murder of

4      Mr. Ungar.

5              MR. TOLCHIN:  A deliberate --

6              THE COURT:  I understand all that.

7              MR. TOLCHIN:  Okay.

8              Now what we have is an entity that has a long

9      well recognized track record of putting money in

10     aliases, shell corporations, other names, because there

11     is a lot of people who won't do business with anything

12     that looks like it is connected too closely to the PA

13     or the PLO or the late Yasa Arafat.

14             So to gain the respectability to gain access

15     to investments, they would create things that looked

16     like charities, that looked like pension funds.

17             THE COURT:  Mr. Tolchin, all I want to know is

18     your position; that this money belonged to the PA; that

19     they control it and they also use it.

20             MR. TOLCHIN:  Correct.

21             I don't know whether they use it.  It is

22     irrelevant.

23             THE COURT:  But it is their money.

24             MR. TOLCHIN:  They control it, correct.

25             THE COURT:  That is the point.

26             As I say when you say they control it, it

MYRON CALDERON - OFFICIAL COURT REPORTER

1                              Motion

2        doesn't always mean it is their money.  With a pension

3        fund sometimes the employer will control the money, but

4        it is not their money.  They can't use it.

5                   MR. TOLCHIN:  You are right, but if I go down

6        to the County Clerk's office and open up a DBA that

7        says Robert Tolchin, Doing Business As the Court

8        Officer's Pension Fund, and then I go to the bank and

9        open an account under that name, the court officers

10       don't have a claim on that money.  It is not a pension

11       fund.  It is just a fake.

12                  THE COURT:  So it is your contention it is not

13       really a pension fund; that it is the PA money.  They

14       control it and it is theirs to use and do as they wish.

15                  MR. TOLCHIN:  Exactly, and it is my position

16       further that the Court has been presented with a

17       thousand page subterfuge which is the claim that there

18       is this other pension fund called the insurance and

19       pension fund.

20                  THE COURT:  Which you are saying is separate.

21                  MR. TOLCHIN:  I am saying is separate.

22                  Correct me if I misstate the position, but

23       they claim that there is a 1962 Egyptian Law that

24       created something called the Insurance and Pension

25       Fund, and they say that this Egyptian Law after 1967

26       was adhered to by Israel during Israel's occupation of

1                          Motion

2       the Gaza Strip and the West Bank, and there was

3       modifications over the years made by Israeli military

4       orders; and with the ending of Israel's occupation of

5       the Gaza Strip and the Oslo accords, this pension fund

6       was --

7                    THE COURT:  -- went in the hands of the PA.

8                    MR. TOLCHIN:  It went into the control of the

9       PLO, and it is still the same pension fund from 1962.

10                   That may all be true, I have no idea, and I

11      don't care because there is not a penny that I know

12      about right now that is in an account titled Insurance

13      and Pension Fund.

14                   Mr. Kerr has --

15                   THE COURT:  You are claiming that they are

16      separate -- that they are separate entities and they

17      are claiming it is not.

18                   MR. TOLCHIN:  I am claiming the Insurance and

19      Pension Fund is totally irrelevant to our discussion.

20      What we are talking about is money in SASI, in an

21      account that is not called the Insurance and Pension

22      Fund.

23                   So what is all this discussion about?

24                   THE COURT:  Let me hear from the other side.

25                   MR. KERR:  Your Honor, Charles Kerr of

26      Morrison Foerster.  I represent the complainant here,

MYRON CALDERON - OFFICIAL COURT REPORTER

1                          Motion

2          the Palestinian Pension Fund for the State

3          Administrative Employees in the Gaza Strip.

4                  Let me start at the beginning to give you the

5          background because I think it is relevant to what is

6          going on here.

7                  The pension fund was created by a statute in

8          existence in the Gaza Strip in 1964.  It is a pension

9          fund for the civil and administrative and municipal

10         employees in the Gaza Strip.  It has continued to

11         operate for the last 40 years.

12                 When Israel occupied the Gaza Strip, it is my

13         understanding it continued to manage the pension fund.

14         The assets of the fund are funds that are taken out of

15         employees' salaries.  There is matching funds put in by

16         their employers, and then the investments are made.

17                 Under the Oslo agreements when the Palestinian

18         Authority was created, one aspect of the creation was

19         to take the money that Israel had collected as the

20         occupying force for this pension money and to transfer

21         it back to the Palestinian Authority and specifically

22         back to the Palestinian Pension Fund, and that was done

23         under an agreement dated May 4, 1994.

24                 It is called the Jericho Gaza Agreement.  I am

25         not sure, the full name is in our papers.

26                 By the way, all these facts just to --

1                        Motion

2               THE COURT:  -- are in the papers.

3               MR. KERR:  They are in the papers.

4               THE COURT:  The question I have is are you

5      saying that the insurance and pension fund at which is

6      the same?

7               MR. KERR:  Yes, it is the same.

8                    There was an implementation agreement between

9      Israel, the Palestinian Authority and Palestinian

10     Pension Fund for the State Administrative Employees in

11     the Gaza Strip.

12              THE COURT:  So why does it use a different

13     name.

14              MR. KERR:  I am not sure.  The fund has been

15     over the last 40 years, has been entirely consistent

16     with that.

17                   It is due to a couple of things, your Honor.

18     Frankly all these original documents are in Arabic and

19     is translated in different ways.  I am not sure they

20     have all been as precise about it, but there is no

21     question they are one and the same and we put that in

22     the papers.

23              THE COURT:  It is your statement it belongs to

24     the workers in the Gaza Strip.

25              MR. KERR:  That is correct.

26                   The money here -- Israel, under the

1                          Motion

2        implementation agreement at the end of 1994, Israel

3        transferred money back to the pension fund under this

4        agreement under separate the implementation agreement.

5                That money, to a large extent, has been held

6        at Credit Swiss Asset Management in Zurich.

7                That money has been invested on behalf of the

8        pension fund for the last, I don't know, twelve,

9        thirteen years, and a large portion of it is invested

10       in US securities, and our firm in the last two years

11       has been assisted to investing those securities.

12               THE COURT:  Has any of this money been paid

13       out?

14               MR. KERR:  Yes, the pension fund continues to

15       take in money and is paying out.

16               It has about 50,000 participants, and I don't

17       know how many participants --

18               THE COURT:  So basically there is an issue of

19       fact here.

20               Your position is against your position.

21               MR. KERR:  Well, your Honor, let me complete

22       the story, if I can.

23               The money that is at SASI is the U.S. base

24       securities in our investment portfolio that Credit

25       Swiss actually put in a custodial account in SASI, that

26       is why they are here.  These are managed funds traded

1              Motion

2        back and forth.  They do it here so they can do it

3        because it is U.S. backed securities.  The pension fund

4        is --

5              THE COURT:  -- I know that.

6              MR. KERR:  They are not a judgment debtor at

7        all.

8              Last May Mr. Tolchin served a subpoena on

9        Smith Barney, which was our investment advisor here,

10       asking for documents.  At that time it is when I first

11       learned of all this I wrote to Mr. Tolchin and

12       explained to him who we are, and I said we are all

13       separate and different.  He wrote back and said show me

14       why.

15             So over the course of last summer I sent him

16       copies of the treaties, copies of the underlying

17       statute, explained to him in detail exactly who we are

18       in a good faith effort to try to resolve this.  His

19       response was I don't believe you.  So we had to go make

20       our motion.

21             So I went to the Middle East and met with my

22       client, prepared lengthy affidavits, which frankly in

23       support of our motion to vacate and I have attached

24       copies of those in response to the order to show cause

25       from the Director General of the pension fund, from a

26       Palestinian lawyer explaining this legal history.

1                              Motion

2                  We made our motion to vacate the restraining

3       order on SASI on December 7, three months ago.  We told

4       Mr. Tolchin you have as much time as you want.

5                  Your Honor so ordered a stipulation saying his

6       answer was due on February 10, 2006.  He didn't

7       respond.  On February 15th we called him up.

8                  Mr. Tolchin, you have no response; and he said

9       yes, I need more time.  I need more time and we say but

10      what he has done in the interim, although he has not

11      responded to our motion, filed a new plenary action for

12      a declaratory relief against the Palestinian Authority

13      and the pension fund claiming what he is claiming now

14      that it is all -- we are all an alias and this is all a

15      fix, completely made of information and information and

16      belief, no personal facts and knowledge.

17                 He brought a turnover proceedings against SASI

18      asking that SASI turn over this money, again completely

19      on information and belief.

20                 Then he goes in and files an ex-party order to

21      show cause before your Honor asking your Honor to

22      extend his time to respond to our motion and a TRO

23      stopping the motion.  Your Honor denies the TRO

24      stopping of the motion.

25                 On the original return date we show up in

26      Motion Support.  He defaulted and he hasn't filed and

MYRON CALDERON - OFFICIAL COURT REPORTER

1                          Motion

2          he asked for more time and tells --

3                    THE COURT:  I denied that also.

4                    MR. KERR:  You are right.

5                    So the Motion Support put our motion over so

6          we get in front of your Honor.

7                    Now it is a month later.  He never served any

8          papers in response to our motion to vacate.  What he

9          did, however, was about two weeks ago or a week

10         and-a-half ago he had the sheriff serve this levy on

11         Swiss American Securities.  Unlike the restraining

12         notice, which refers to all kinds of misnamed entities,

13         the Sheriff's Levy is directed solely against the PA

14         and the PLO.

15                   Mr. Taffet will tell you he represents Swiss

16         American Securities.  They don't have any securities of

17         the PA and PLO.  Therefore under CPLR 5232, this is

18         invalid.  It has no affect.

19                   I received a letter from Mr. Tolchin yesterday

20         afternoon -- well, we served our responsive papers in

21         the order to show cause at 12:30 yesterday.  At 2:30 I

22         get this letter from Mr. Tolchin.

23                   (Handing).

24                   And -- I will let your Honor read it and I

25         will explain what he is trying to say.

26                   At first glance it appears he is seeking to

1                          Motion

2          withdraw the restraining orders, but if you read his

3          letter carefully, Mr. Tolchin is a careful lawyer, what

4          he is saying is that I don't have to continue to have a

5          restraining notice, because now my levy is just as

6          broad and protects me as well.

7                  The fix of that, of course, is the levy is not

8          as broad, and if he has withdrawn his restraining

9          notices, my notice is moot unless he is continued to

10         contend as irrelevant think he is -- that the levy is

11         just as broad.

12                 If that is the case, my motion goes directly

13         against his levy as well because the bottom line is he

14         has offered this Court absolutely no proof in support

15         of any of these contentions.  He has accused me and he

16         has accused my client of all kinds of fixes and the

17         like; and frankly, we have gone to great lengths,

18         substantial lengths to submit to him the underlying

19         statutes, the underlying documents, the history of

20         that.

21                 I have travelled to the Middle East and pulled

22         out detailed affidavits and he has given me no

23         response.  He is in default in our motion to vacate the

24         restraining notice.

25                 THE COURT:  That is what I have.

26                 MR. TOLCHIN:  What you have is two things

1           Motion

2    before your Honor.

3           MR. KERR:  Your Honor if I may.

4           THE COURT:  I have the --

5           MR. TOLCHIN:  Here in my order to show cause,

6    which is seeking to consolidate the three separate

7    things, his motion to strike the restraining notice, my

8    turnover --

9           THE COURT:  I am looking at the papers.

10          MR. KERR:  Let me explain what you have.

11          THE COURT:  I am literally asking if I have

12   all the papers.  That is what I am literally asking.

13          MR. KERR:  There is a separate motion to

14   vacate the restraining notice and I can give you --

15   because that is the motion support.

16          THE COURT:  That is what I am asking.

17          MR. KERR:  And --

18          THE COURT:  I don't think I have all the

19   papers, I don't think.

20          MR. KERR:  I will give them to you now.

21          MR. TOLCHIN:  You certainly don't have the

22   turnover proceeding because in the infinite wisdom of

23   the Clerk's Office that was assigned to Justice Cahn

24   even though it is obviously related here and should be

25   here, and we are moving -- one of the things we are

26   asking in the order to show cause is to consolidate.

1    Motion

2    THE COURT:  It has to be because by order of

3    Justice Silbermann I get all of them.

4    MR. KERR:  It didn't exist when she made the

5    order and I have to make the order today.

6    If I can explain the motion to vacate the

7    restraining notice, which is dated December 7th,

8    because the Motion Support Office kicked it over to

9    after we were before you in this order to show cause,

10   that motion is returnable next Thursday the 9th.

11   Here is a copy of these papers.  In support of

12   that motion I submitted an affidavit for myself from

13   the Director General of the pension fund and of the

14   Palestinian lawyer.

15   I have attached to our motions in response to

16   this order to show cause copies of my affidavit, copies

17   of that affidavit which are updated.  What I didn't

18   give you, which I have now given you, is in addition

19   the added exhibits that were behind all those

20   affidavits.

21   I have also given you a copy of the brief that

22   we filed in support of the motion to vacate the

23   restraining notice and the original notice.

24   THE COURT:  So these are the papers across the

25   street.

26   MR. KERR:  Yes, and Mr. Tolchin --

1                           Motion

2                   THE COURT:   I still need the papers in front

3           of Justice Cahn now.

4                   MR. KERR:   Well, I believe attached to

5           Mr. Tolchin's affirmation in support of the order to

6           show cause I believe he attaches a copy --

7                   THE COURT:   -- of his papers.

8                   MR. TOLCHIN:   Let me check.

9                   MR. KERR:   I think --

10                  MR. TOLCHIN:   I think it is just the -- you

11          have papers as well, I assume.

12                  MR. KERR:   I have not responded to that.

13                  MR. TOLCHIN:   Judge, all I attached was the

14          notice to petition.   I didn't attach all the exhibits.

15                  MR. KERR:   With respect to Justice Cahn

16          Mr. Tolchin filed this turnover proceeding, and it was

17          assigned to Justice Cahn.   That turnover proceeding is

18          returnable on March 16th --

19                  THE COURT:   I have this.   I haven't read this

20          yet.   Both of you should look at this.

21                  MR. TOLCHIN:   I got that this morning.

22                  THE COURT:   You saw it already.

23                  MR. TOLCHIN:   It is a letter from Ramsey

24          Clark's partner saying I don't represent them, at least

25          not here, not yet, and did you hear Hamas was elected.

26          That is what he said.

Motion

1

2          MR. KERR:  So, your Honor, the turnover

3     proceeding is returnable before Justice Cahn on

4     March 16th.

5          MR. TOLCHIN:  I think it is in motion support.

6          MR. KERR:  Let me finish but the petition was

7     designated returnable on March 16th.

8          THE COURT:  Okay.

9          MR. KERR:  If that is not consolidated or not

10    put over here, we are going to have to intervene in the

11    turnover proceeding, but we will have to in the next

12    couple of days.  There is a separate order to show

13    cause that Mr. Tolchin filed.

14          THE COURT:  Another one besides all this?

15          MR. KERR:  Yes, before Justice Cahn, and that

16    has to do under the index number for the turnover

17    proceeding in which he asked Justice Cahn to direct

18    SASI to manage the assets while all this is going on.

19          MR. TOLCHIN:  They were claiming --

20          MR. KERR:  Mr. Tolchin, can I finish please?

21          Thank you.

22          Of course that is nonsense.  Months ago we

23    wrote to Mr. Tolchin and explained to him that because

24    of these restraints, we have $100,000,000 of securities

25    that our investment managers can't manage, and it is

26    causing us substantial damages.  Could you please agree

```
 1                          Motion

 2        to allow us to manage these funds.

 3                  THE COURT:  That could have been done by stip.

 4                  MR. TOLCHIN:  We told them a hundred times but

 5        every time we put in a stip, he puts in extra terms and

 6        agrees to --

 7                  MR. KERR:  Attached to my papers is all of the

 8        correspondence, plus the stips --

 9                  THE COURT:  Let me ask you this; and frankly I

10        need more papers, I am going to have to get the papers

11        in front of Justice Cahn; but, frankly, in terms of a

12        stip to permit the management of the --

13                  MR. TOLCHIN:  That is not a problem as long as

14        the proceeds and the stocks and the profits and all the

15        money stays at SASI.

16                  Go ahead.

17                  MR. KERR:  That is in the stip.  Attached to

18        what exhibit is it?

19                  THE COURT:  Is it in the stip?

20                  MR. KERR:  It is in the stipulation in Exhibit

21        F.

22                  THE COURT:  Have you seen the order to show

23        cause before Justice Cahn.

24                  MR. KERR:  Yes, I have seen that.

25                  THE COURT:  And do you agree with what he is

26        asking for.
```

Motion

1

2      MR. KERR:  No, because what he is asking for

3      -- directs SASI -- and remember what these funds --

4      SASI is the only one that complained.  They said we

5      can't manage.  We can't manage.  So we said okay,

6      manage.  He said no we can't manage because there is a

7      restraining order.

8      MR. TOLCHIN:  We said you can't manage.  He --

9      THE COURT:  Please, please, don't do that.

10     MR. KERR:  Your Honor, Exhibit F, in Exhibit F

11     to our response it has all the back and forth between

12     Mr. Tolchin and myself.

13     THE COURT:  What do you want?

14     MR. KERR:  We want these -- these assets, they

15     are securities.

16     THE COURT:  What do you want SASI to do?

17     MR. KERR:  Well, I want SASI and I want the

18     Court to allow SASI, we have our $100,000,000 of assets

19     are managed by five different investment managers.

20     What they do is consistent with the pension

21     funds investment guidelines.  They actively manage

22     those assets.  As the marriage moves, they buy and sell

23     securities.

24     THE COURT:  What do you want them to be able

25     to do?

26     MR. KERR:  I want them to be able to continue

1                          Motion

2      doing what I told them and the stipulation provides if

3      they sell the security, the security they buy would go

4      back into SASI and all remain there.  I want to

5      continue to be able to pay the investment managers out

6      of those funds, which is what we were doing before.  So

7      all I want the investment manager to do is what they

8      were doing before.

9                  THE COURT:  Now let me hear.

10                 MR. TOLCHIN:  We never objected to that.

11                 THE COURT:  Okay.

12                 MR. TOLCHIN:  But it is always --

13                 THE COURT:  Can we both agree, can we both

14     agree right now that SASI can do that?

15                 MR. TOLCHIN:  SASI can do that.  Their

16     investment managers can manage the investments.  They

17     can be paid their normal rates.  They can't use paying

18     this investment manager as a gimmick to get the money

19     out of the account.

20                 MR. KERR:  That is fine.

21                 MR. TOLCHIN:  And listening to this, this is

22     in the ordinary course of business trading the account.

23     We want them to make money.

24                 THE COURT:  All right.

25                 MR. TOLCHIN:  We want the money to be there.

26                 MR. KERR:  That is great, your Honor, that is

|  |  |
|---|---|
| 1 | Motion |
| 2 | great. |
| 3 | And this record may do it.  I have got five |
| 4 | investment managers. |
| 5 | THE COURT:  At this point I have a trial and |
| 6 | my jury is waiting, so we have a stipulation between |
| 7 | the parties at this point that SASI can manage these |
| 8 | funds and pay their investment bankers. |
| 9 | MR. TOLCHIN:  Not quite phrased right. |
| 10 | THE COURT:  As long as the money stays in |
| 11 | SASI. |
| 12 | MR. TOLCHIN:  The five investment managers can |
| 13 | manage the funds that are on deposit at SASI as long as |
| 14 | the funds and the profits and the stocks and the bonds |
| 15 | remain at SASI. |
| 16 | MR. KERR:  Again that is going to require |
| 17 | buying and selling securities. |
| 18 | You have to be clear if they are going to say |
| 19 | sell the security, it has to go out of SASI.  The |
| 20 | security they buy has to come back into SASI.  That is |
| 21 | what has to be clear that is how they do it.  They |
| 22 | deliver back and forth securities in and out of SASI. |
| 23 | MR. TOLCHIN:  If they sell the stock, the |
| 24 | money from selling the stock comes back to SASI, right? |
| 25 | MR. KERR:  What they do is trade -- so in |
| 26 | other words say you have some bonds you say trade these |

1                              Motion

2          bonds for those bonds.  If it is in cash, the cash

3          stays at SASI.

4                    THE COURT:  The proviso will be that none of

5          this money that SASI now has here will go to the PA or

6          the PLO.

7                    MR. KERR:  That is our stipulation.

8                    MR. TOLCHIN:  It stays in SASI, whatever

9          transaction takes place.

10                   I understand if you have to take the stock and

11         bring it to the stock exchange and sell it and then you

12         get back cash, that cash now comes back to SASI.

13                   THE COURT:  This cash may be needed to buy

14         another security and bond.

15                   MR. TOLCHIN:  If you take the cash and buy

16         another security, you take it out of, SASI buy the

17         stock and put the stock in SASI.

18                   THE COURT:  Is that okay?

19                   MR. KERR:  That is fine.  Again that is what

20         has been in our stip for two months.

21                   THE COURT:  Okay, so this is the stip.

22                   You are both going to be held to it.

23                   SASI understands?

24                   MR. KERR:  Can I also understand Mr. Tolchin

25         recognizes there is a federal injunction as well.  I

26         want to make sure that this agreement applies with

1                          Motion

2        respect to all of the federal stuff, and I may have to

3        go get that approved by Judge Lageux.

4                MR. TOLCHIN:   That is not a problem.

5                THE COURT:   That is not a problem, and as far

6        as the injunction is concerned, Judge Lageux has stated

7        at least in terms of BONY that the money is here in New

8        York State, and it is the New York State judges who

9        have control over the money; and that we are to make

10       the determination.

11               That is what Judge Lageux said, am I correct.

12               MR. TOLCHIN:   That is what he said.

13               MR. KERR:   That is fine.

14               MR. TOLCHIN:   Judge, I know Mr. Kerr talked

15       for a long time.   I have one very succinct question.

16               From all the conversation from all those

17       papers he handed you, can Mr. Kerr point us to the

18       document that he says created the Palestinian Pension

19       Fund for the State Employees in the Gaza Strip as an

20       entity.

21               He says he represents this entity.   I want to

22       know who his client is, because the only thing you will

23       find in the paper is some other entity, the insurance

24       and pension fund.

25               THE COURT:   Can I ask you something?

26               MR. TOLCHIN:   This is the core of this case.

1                        Motion

2              THE COURT:  I go back to my original question

3     and then I really do have to break, and I will have to

4     get all the papers from Justice Cahn and everything

5     else, but I want to tell you that to me whether or not

6     this entity is to some degree controlled by the PA,

7     that doesn't mean it is PA's money.  I am telling you

8     that again.

9              If the money goes to the workers and it is the

10    workers and the workers money for their benefit the PA

11    is some trustee of the pension fund.  That is the real

12    issue.

13             MR. TOLCHIN:  You know what, your Honor may be

14    right if that -- if this is -- there are two kind of

15    pension funds.  There is the money you set aside and it

16    is a dedicated fund and monies collected from employees

17    and it is held in trust.

18             THE COURT:  Exactly.

19             MR. TOLCHIN:  That is one kind of thing.

20             There is another kind of pension fund which is

21    I would call a line item.  It is in your budget.  In

22    other words a lot of the companies don't have a

23    dedicated pension fund.  What they do is they simply,

24    the same way they pay the payroll out of current money,

25    they issue checks to former employees out of current

26    money.

1            Motion

2                That is what Israel did with administrative

3    employees.  Israel paid out of its annual budget to its

4    employees and that is what they do.  If they can come

5    and show that this was a dedicated fund that is a

6    separate entity, that is something other than just one

7    of the pockets of the PA.

8                THE COURT:  The real issue here is whether

9    these funds were segregated for the benefit of the

10   employees.

11               MR. KERR:  Right.

12               THE COURT:  That is the real issue.

13               MR. TOLCHIN:  In a manner that has legal

14   ramifications, just calling it a pension fund is not

15   enough.

16               THE COURT:  What I am saying is do they have

17   the ability to go into this pension fund and use it for

18   the PA?

19               MR. KERR:  They do not.

20               THE COURT:  Whenever they want to?

21               MR. KERR:  They do not, your Honor.

22               MR. TOLCHIN:  Though Mr. Kerr wants to paint

23   me as the most dilatory person in the world, what I am

24   asking for in the order to show cause here is really

25   looking to cut to the chase.

26               I am asking that the turnover proceeding be

MYRON CALDERON - OFFICIAL COURT REPORTER

Motion

1

2     consolidated here.

3         We brought a separate declaratory judgment

4     action seeking to declare the ownership of the funds.

5     Its overlaps substantially with the turnover

6     proceeding.  We want that consolidated here.  We want

7     them here.  They say they may have to intervene.  We

8     can save that process.  I agree they should intervene

9     and they should come in here and say whatever they have

10    to say, and we should sit down right now and do a PC

11    because we need to get to the facts.

12        I want to ask them for the documents that I

13    think they should have.  Let them say we have it or

14    don't have it or explain why they don't think they have

15    it, and lets get -- as long as we are having to respond

16    to motions without the benefit of being able to ask

17    them for things, we have a real problem.

18        I am willing to go to Israel to depose anyone

19    they need to depose over there.  Bring them here, do it

20    by telephone, whatever we have to do, but let's get the

21    facts on the table so that it is not just he said it is

22    one entity and I say it is another and your Honor says

23    it is an issue of fact.  We have to explore it.

24        MR. KERR:  Your Honor, Mr. Tolchin, I have had

25    this dialogue with him for months.  We made a motion to

26    vacate this restraining notice which has to be heard

1                          Motion

2       now.  He offered nothing in support.  What he is trying

3       to --

4                    MR. TOLCHIN:  I moved --

5                    THE COURT:  You know what?  At this point I

6       have to start my trial.

7                    I have to get all the papers.  I will have to

8       make a decision, but I am going to try to get Justice

9       Cahn's papers as well.

10                   MR. TOLCHIN:  You can't make a decision on

11      their motion to strike the restraining notice.

12                   THE COURT:  That is not the issue.  We are

13      talking about -- you are saying I can't.  The other

14      side says it is the same thing.

15                   MR. TOLCHIN:  It is the same thing.

16                   THE COURT:  They are saying that the levy and

17      execution is invalid.

18                   MR. TOLCHIN:  Your Honor has no authority to

19      vacate the levy.  Your Honor has authority to vacate

20      the restraining notice.

21                   THE COURT:  The restraining notice no longer

22      exists.

23                   MR. TOLCHIN:  Because I withdraw it, so his

24      motion to vacate is moot.  You can't grant him more

25      than I have given him.

26                   MR. KERR:  Your Honor --

```
  1                         Motion
  2              THE COURT:  Is there a cross-motion in here?
  3              MR. TOLCHIN:  No, nothing.
  4              There is just his motion which granted has
  5       been pending for a while, but now we have capitulated.
  6       We agreed to it.
  7              THE COURT:  Do you want to put in further
  8       papers?
  9              MR. KERR:  My motion to vacate the restraining
 10       notice, I can orally ask to vacate the Sheriff's Levy
 11       to the extent that Sheriff's Levy could be read to
 12       apply to more than the PA and the PLO's assets.
 13              MR. TOLCHIN:  The sheriff has to be on notice.
 14       The legal standards are different.
 15              MR. KERR:  Your Honor, this is not Alice In
 16       Wonderland, because the Sheriff's Levy only goes to the
 17       PA and the PLO assets.
 18              MR. TOLCHIN:  And if Mr. Taffet is --
 19              MR. KERR:  And he has there they don't have
 20       the assets, so it is truly ineffective.
 21              THE COURT:  It is SASI who is going to have to
 22       move and to vacate that.
 23              MR. TOLCHIN:  They can move.
 24              THE COURT:  Because you are saying you don't
 25       have anything.
 26              MR. TAFFET:  We read the levy.  The levy only
```

1                             Motion

2        reaches assets of the judgment debtor, the PLO and PA.

3        He is running the risk that there is no restraint in

4        those assets.

5               MR. KERR:   If he withdraws the restraining

6        notice and the levy -- there are no assets.  There is

7        currently no restraints under the New York Law with the

8        assets at SASI.

9               MR. TOLCHIN:   I say very clearly it is our

10       position -- the Palestinian Pension Fund for the State

11       Administrative Employees in the Gaza Strip identified

12       and Mr. Taffet's response to the information subpoena

13       it is our information that belongs to the PA and in our

14       turnover proceeding in the declaratory judgment we

15       asked the Court to make that finding, and if they go

16       and remove the funds from the account and give them to

17       Mr. Kerr and his clients --

18              MR. KERR:   They are playing with fire, but we

19       already stipulated that the funds are going to stay in

20       the account.  That is what we stipulated five minutes

21       ago --

22              THE COURT:   No, you stipulated that --

23              MR. KERR:   He stipulated no matter what we can

24       manage the funds, but if -- just to be very clear, your

25       Honor, I don't believe the Sheriff's Levy --

26              THE COURT:   I understand all that.

34

1                           Motion

2          MR. KERR:  But to the extent it could and he

3   wants to contend it does, my motion to vacate should

4   apply to the sheriff's levy as well.

5          THE COURT:  Is this not an issue on the

6   turnover rather than this.

7          MR. KERR:  It is not to this extent.  What is

8   really going on here, what is really going on here he

9   has no facts that are the same.  He is attempting to

10  use these post judgment procedures to effectively get a

11  prejudgment attachment.

12         THE COURT:  I understand all that.

13         MR. TOLCHIN:  There is no such thing as a

14  prejudgment attachment in a turnover proceeding.  You

15  say you have the assets that belong to him.

16         THE COURT:  These are all post judgment

17  proceedings and I am totally aware of the fact that

18  there is no judgment per se against the pension fund,

19  against some of these other entities that I have before

20  me.

21         All of the other entities I have before me,

22  but I think it is really an issue under the turnover

23  proceeding.  That is where this should be litigated.

24         MR. TAFFET:  In the interim there is no

25  restraining the assets.

26         THE COURT:  The turnover will deal with this.

1                           Motion

2    I am not saying because it is not in front of me.

3               MR. TOLCHIN:  Can I ask a question?

4               Are you saying that SASI is now going to

5        release these funds?

6               MR. TAFFET:  You are asking me a question?

7               THE COURT:  I don't think they have to say

8        anything at this point.

9               MR. TOLCHIN:  I am trying to spare the Court

10       an order to show cause seeking to clarify that.

11              MR. KERR:  Can I be clarifying that.

12              THE COURT:  I think this is part of the

13       turnover proceeding.

14              MR. TOLCHIN:  I agree, but do you have to move

15       in the turnover proceeding for an order saying until

16       the turnover is decided, don't release the funds?

17              THE COURT:  You might well have to do that,

18       but I am not going to ask them to commit to any kind of

19       position at this point.

20              You basically know what their position is.

21              Okay, let's step back.

22              MR. TOLCHIN:  So what are we doing

23       procedurally?

24              THE COURT:  I have to get the turnover

25       proceeding.  It is not in front of me but Justice Cahn.

26              MR. TOLCHIN:  Should we write up an order

1          Motion

2     directing that to be transferred?

3              THE COURT:  If you want to do that, you may.

4              Do you want it transferred.

5              MR. KERR:  That is fine.

6              MR. TOLCHIN:  Can we consolidated the

7     proceedings like I have asked for, and can we agree to

8     do a PC like I asked for in the order to show cause.

9              THE COURT:  A PC we are not up to yet.

10             MR. KERR:  I have no problem with the

11    turnover proceeding being turned over to your Honor.

12    That is fine.  As I put in our papers our motion to

13    vacate should not wait for the turnover proceeding.

14             THE COURT:  Well, there is no restraining

15    notice at this point.

16             MR. KERR:  I agree.

17             MR. TOLCHIN:  So can we deem that motion

18    resolved?

19             That motion is over if he wants to take the

20    same papers and say on those papers he is making a

21    different motion, fine.  Maybe he doesn't have to

22    submit the exhibits, but he has to file a different

23    notice of motion.

24             THE COURT:  Is he seriously saying that the

25    case and statutes he cites for the authority to vacate

26    a restraining order apply to a Sheriff's Levy?  It is a

1                                          Motion

2              different law.

3                        MR. KERR:  Section 5240, which is what I move

4              to vacate the restraining notice equally applies to

5              making a motion to vacate the Sheriff's Levy.  I can

6              cite cases.

7                        MR. TOLCHIN:  Think about the appellate

8              record.

9                        THE COURT:  What we have to do is consolidate

10             the turnover at this point with this case.

11                       MR. TOLCHIN:  And the DJ action also, it is

12             all the same thing.

13                       THE COURT:  We need everything here.  I

14             thought the DJ was here.

15                       MR. TOLCHIN:  It has been served.

16                       MR. KERR:  It was not served on my client.

17                       MR. TOLCHIN:  It has been served on your

18             client.

19                       THE COURT:  When you do file a RJI, say it is

20             a case that is connected to this case in front of me.

21                       MR. TOLCHIN:  They don't always honor that in

22             the clerk's office.  We should put in the order the

23             three index numbers.

24                       THE COURT:  And as far as Justice Cahn goes,

25             we are going to consolidate.  You have to answer that

26             and you may want to --

Motion

1                                     

2                MR. KERR:  That is fine and I will.

3                THE COURT:  And you both may want to and in

4      that answer ask that the Sheriff's Levy and execution

5      be vacated.

6                MR. TAFFET:  It doesn't reach the Sheriff's

7      Levy.  This is just the latest maneuver.  The Sheriff's

8      Levy you can only levy on the judgment debtor.

9                MR. TOLCHIN:  No, you can certainly be

10     permitted to serve the Sheriff's Levy on somebody who

11     is holding money that you believe is an alias.

12              THE COURT:  Well an alias or he is saying that

13     this pension fund has money that belongs to -- the PA.

14              MR. TOLCHIN:  It is not an entity.  You called

15     it Joe, but that doesn't mean it is not the PA's money.

16     I can call myself anything I want.

17              THE COURT:  What you are really saying is you

18     can call yourself whatever you want, but unless you are

19     or you hold the judgment debtor's money, you can't levy

20     on that.

21              MR. KERR:  And SASI does not.

22              MR. TOLCHIN:  SASI holding money in an account

23     that it says is identified by this as this entity which

24     doesn't exist and came from the PA.

25              THE COURT:  Well, we don't know that.

26              MR. TOLCHIN:  That is our position and they

1                          Motion

2       know it and if we win and they have released the money,

3       we are going to hold them accountable.

4              MR. KERR:  One final thing, your Honor, just

5       so Mr. Tolchin is clear and he doesn't run into another

6       ex-parte motion, we came here because we needed to deal

7       with the New York restraint and he is now withdrawing

8       the restraint and we are done.

9              THE COURT:  I must say it is somewhat

10      disingenuous when there is a motion to vacate the

11      restraint to then withdraw their restraint and file

12      another motion on the eve of the argument.

13             MR. TOLCHIN:  The restraint was -- file

14      another motion on the eve of the argument?

15             THE COURT:  The Sheriff's Levy give us

16      something that the restraining order doesn't.

17             MR. KERR:  My only point is, your Honor --

18             MR. TAFFET:  Number three, the Sheriff's Levy

19      by statute is suppose to go along with a turnover

20      proceeding.  That is why the statute --

21             THE COURT:  I understand.  That is why you

22      have to do something.

23             MR. KERR:  I want to be very clear the reason

24      we came here was to get rid of this restraining notice

25      because then that would allow us to go back to District

26      Court in Rhode Island because they played the same

```
  1                          Motion

  2        games in Rhode Island, and I am not going to say

  3        anything.

  4                   THE COURT:  I have to do my trial.  I believe

  5        you should read the transcript.  I don't know if you

  6        can provide it to them of Judge Lageux.

  7                   MR. KERR:  I attached to my papers.

  8                   THE COURT:  And I don't know if you are going

  9        to get that relief.

 10                   MR. KERR:  I realize that, but I will tell you

 11        something.  Unless I come here first, I can't even try

 12        to.  I am fully aware what he did with the Palestinian

 13        money, your Honor.

 14                   THE COURT:  I am not saying he is wrong.  I

 15        think he believes that the funds, the in rem

 16        jurisdiction I guess is here in New York and this is

 17        where it should be dealt with.

 18                   MR. KERR:  I had to come here first and that

 19        is what I have done.

 20                   MR. TOLCHIN:  Believe me, I want to express to

 21        the Court based on our conversation here unless we can

 22        agree that until the turnover proceeding is resolved,

 23        SASI is going to keep that money and not release it to

 24        be distributed.

 25                   THE COURT:  I don't have the turnover in front

 26        of me right now.  However, I believe it should be --
```

1                            Motion

2              MR. TAFFET:  Your Honor, we have honored a

3      notice of injunction in Rhode Island.  We honored a

4      restraining notice.  If he is withdrawing the restrain

5      notice --

6              THE COURT:  You still have the injunction.

7              MR. TAFFET:  We have the notice of injunction.

8              At least for now a broadly drafted notice of

9      motion even though the injunction appears to be far

10     more narrowly drawn and Judge Lageux appears --

11             MR. TOLCHIN:  -- so unless and until Judge

12     Lageux vacated that notice of injunction as applied to

13     the monies at SASI, the money will stay at SASI.

14             MR. TAFFET:  That is my expectation.

15             MR. KERR:  That was my point exactly, your

16     Honor.  I will do that.

17             THE COURT:  Except that I must tell you, and

18     this is the last thing that there is an overlap between

19     that injunction and the turnover proceeding.

20             MR. TAFFET:  Absolutely.

21             THE COURT:  So I suggest you act in the

22     turnover proceeding.

23             MR. KERR:  Okay.  We will be answering.

24             MR. TOLCHIN:  But what we saved your Honor

25     having to decide a motion for a stay of that money for

26     the time being.

1                          Motion

2                  THE COURT:  I will have the issue if the

3       turnover proceeding stays alive it will be there and

4       once that is in front of me, the issue is there.

5                  MR. TOLCHIN:  So we are writing up an order

6       consolidating the proceedings.

7                  THE COURT:  Do we agree?  I think we have

8       everything here on the record.

9                  MR. KERR:  I want to be very clear though,

10      your Honor, that again I have no problem with the

11      turnover proceeding being transferred here; and if and

12      when the separate DJ action is served to my client, and

13      it was not as of this morning, have that transferred,

14      that is fine in the motion to vacate, it could

15      potentially be still alive, maybe not, that should be

16      dealt with first; and if we then have to make a new

17      motion to vacate the sheriff's levy, which I am not

18      sure we will because the sheriff's levy hasn't in

19      effect because he hasn't reached the asset; but if we

20      do, we will renew that motion.

21                 We have to intervene in the turnover

22      proceeding, and we will do that in a timely fashion.

23      The other thing, the original motion to vacate which

24      was on for this Thursday, what do we tell motion

25      support?

26                 MR. TOLCHIN:  Withdrawn.

```
1                          Motion
2                MR. KERR:  Well --
3                MR. TOLCHIN:  Moot.
4                MR. KERR:  It is moot based on his restraining
5       notice.  That is fine.
6                MR. TAFFET:  You served an order to show cause
7       last week asking that the Court direct that the funding
8       managed at SASI, you stipulated to that.
9                MR. TOLCHIN:  Yes, and that was mooted or
10      resolved.
11               THE COURT:  Okay.
12               MR. TOLCHIN: Look how many dispositions.
13               THE COURT:  Okay.
14               MR. KERR:  In our motion to vacate our
15      restraining notice we said that restraining notice was
16      invalid.  We are going to seek recovery of our cost and
17      expenses for damages to do that.
18               I am not giving that up, your Honor, and
19      Mr. Tolchin's efforts to kind of pull back his
20      restraining notice to avoid us having that motion to be
21      heard, I want to be very clear, that if appropriate and
22      after consultation with my client I will seek damages
23      for an improper restraining notice.  I want to be very
24      clear.
25               MR. TOLCHIN:  You are essentially reserving
26      the right to move for that.
```

Motion

1

2        MR. KERR:  It is in my motion papers right

3    now, your Honor, and frankly that is still on.

4        THE COURT:  Okay.

5        MR. TOLCHIN:  I am trying to do this in one

6    shot, one address, the issues about the pension fund,

7    all at once.

8        Mr. Kerr is trying to do it piecemeal.  What

9    do you want us to do?  I don't want anything to go

10   unopposed, but I don't want to have your Honor revisit

11   these multiple times.

12       THE COURT:  I am sure considering what I have

13   to do.

14       MR. TOLCHIN:  Also it is also what I have to

15   do.  You know it is all the same thing.

16       The most efficient thing would be to agree.

17   It doesn't have to move to intervene.  We agree your

18   Honor can order that right now.  We can set this matter

19   down for a PC and do the PC right now.

20       THE COURT:  Please don't tell me what to do.

21       At this point what we have now is we have a

22   stip as to the consolidation of the DJ action and the

23   turnover and we have a stipulation also in regard to

24   the motion to manage the funds.

25       MR. KERR:  Correct.

26       THE COURT:  And that is on the record.

```
 1                              Motion
 2                    MR. KERR:  Correct.
 3                    MR. TOLCHIN:  Correct.
 4                    THE COURT:  And I will see what is left in
 5          this.
 6                    Thank you.
 7                    MR. TOLCHIN:  I just want clarity.  His motion
 8          has no opposition papers to it.
 9                    MR. KERR:  Well, they were ordered a month ago
10          your Honor.
11                    THE COURT:  The motion to vacate the
12          restraining order.
13                    MR. KERR:  And the motion for damages.
14                    MR. TOLCHIN:  Right.  So inasmuch as --
15                    THE COURT:  It will be decided on what I have.
16                    MR. KERR:  Thank you.
17                    MR. TOLCHIN:  What are you deciding though?
18                    THE COURT:  Well, the portion to vacate the
19          restraining notice is gone.
20                    MR. TOLCHIN:  Right.
21                    MR. KERR:  It is not moot.
22                    THE COURT:  And he is asking for costs, am I
23          correct?
24                    MR. TOLCHIN:  That is what he said.
25                    MR. KERR:  That is correct.
26                    THE COURT:  That is all that is left.
```

```
 1                          Motion
 2              MR. TOLCHIN:  So I would like to oppose that.
 3              MR. KERR:  Your Honor, I made my motion three
 4    months ago.  He was ordered to respond to it.
 5              MR. TOLCHIN:  When he says --
 6              THE COURT:  Please, I have a jury waiting for
 7    an hour.  I have to start this trial.
 8              MR. TOLCHIN:  Okay, so can I have some time to
 9    oppose his motion for costs.
10              THE COURT:  You have time.  I will decide it
11    on what I have.  Please step back.
12              MR. TOLCHIN:  Judge, you are going to decide a
13    motion for sanctions without opposition papers?
14              THE COURT:  You have had plenty of time to put
15    in any opposition you wanted to.
16              MR. TOLCHIN:  Judge, I really didn't and I
17    really didn't get a chance to explain why.
18              THE COURT:  Please step back.
19
20
21
22                        ---
23                        CERTIFIED TO BE A TRUE
24                        AND CORRECT TRANSCRIPT
25
26                        _____
                          MYRON CALDERON
                          OFFICIAL COURT REPORTER
```

| $ |
|---|
| **$100,000,000** [2] - 21:24, 23:18 |

| 1 |
|---|
| **10** [1] - 15:6 |
| **10017** [1] - 2:6 |
| **10038** [1] - 1:18 |
| **10104** [1] - 1:22 |
| **105521/05** [1] - 1:6 |
| **1290** [1] - 1:22 |
| **12:30** [1] - 16:21 |
| **150** [1] - 1:18 |
| **15th** [1] - 15:7 |
| **16th** [3] - 20:18, 21:4, 21:7 |
| **1962** [2] - 9:23, 10:9 |
| **1964** [1] - 11:8 |
| **1967** [1] - 9:25 |
| **1994** [2] - 11:23, 13:2 |

| 2 |
|---|
| **20** [1] - 3:18 |
| **2005** [1] - 3:18 |
| **2006** [2] - 1:11, 15:6 |
| **2:30** [1] - 16:21 |

| 3 |
|---|
| **300** [1] - 2:6 |

| 4 |
|---|
| **4** [1] - 11:23 |
| **40** [2] - 11:11, 12:15 |
| **42** [1] - 2:6 |

| 5 |
|---|
| **50,000** [1] - 13:16 |
| **5232** [1] - 16:17 |
| **5240** [1] - 37:3 |
| **54** [1] - 1:2 |

| 6 |
|---|
| **60** [1] - 1:10 |

| 7 |
|---|
| **7** [2] - 1:11, 15:3 |
| **7th** [1] - 19:7 |

| 9 |
|---|
| **9th** [1] - 19:10 |

| A |
|---|
| **ability** [1] - 29:17 |
| **able** [4] - 23:24, 23:26, 24:5, 30:16 |
| **Absolutely** [1] - 41:20 |
| **absolutely** [1] - 17:14 |
| **access** [1] - 8:14 |
| **accords** [1] - 10:5 |
| **account** [10] - 6:5, 9:9, 10:12, 10:21, 13:25, 24:19, 24:22, 33:16, 33:20, 38:22 |
| **accountable** [1] - 39:3 |
| **accused** [2] - 17:15, 17:16 |
| **act** [1] - 41:21 |
| **action** [5] - 15:11, 30:4, 37:11, 42:12, 44:22 |
| **actively** [1] - 23:21 |
| **added** [1] - 19:19 |
| **addition** [1] - 19:18 |
| **address** [1] - 44:6 |
| **adhered** [1] - 9:26 |
| **administrative** [2] - 11:9, 29:2 |
| **Administrative** [7] - 1:21, 3:25, 6:2, 6:9, 11:3, 12:10, 33:11 |
| **advisor** [1] - 14:9 |
| **affect** [1] - 16:18 |
| **affidavit** [3] - 19:12, 19:16, 19:17 |
| **affidavits** [3] - 14:22, 17:22, 19:20 |
| **affirmation** [1] - 20:5 |
| **afternoon** [2] - 5:20, 16:20 |
| **agent** [1] - 7:5 |
| **ago** [7] - 15:3, 16:9, 16:10, 21:22, 33:21, 45:9, 46:4 |
| **agree** [12] - 21:26, 22:25, 24:13, 24:14, 30:8, 35:14, 36:7, 36:16, 40:22, 42:7, 44:16, 44:17 |
| **agreed** [1] - 32:6 |
| **agreement** [6] - 11:23, 12:8, 13:2, 13:4, 26:26 |
| **Agreement** [1] - 11:24 |
| **agreements** [1] - 11:17 |
| **agrees** [1] - 22:6 |
| **ahead** [1] - 22:16 |
| **alias** [4] - 6:12, 15:14, 38:11, 38:12 |
| **aliases** [1] - 8:10 |
| **Alice** [1] - 32:15 |
| **alive** [2] - 42:3, 42:15 |
| **ALLAN** [1] - 2:7 |
| **allow** [3] - 22:2, 23:18, 39:25 |
| **American** [5] - 3:11, 3:18, 3:22, 16:11, 16:16 |

| Americas [1] - 1:22 |
|---|
| **AND** [3] - 1:4, 1:7, 46:23 |
| **and-a-half** [1] - 16:10 |
| **annual** [1] - 29:3 |
| **answer** [3] - 15:6, 37:25, 38:4 |
| **answering** [1] - 41:23 |
| **anyway** [1] - 7:24 |
| **APPEARANCES** [2] - 1:16, 2:2 |
| **appellate** [1] - 37:7 |
| **applied** [1] - 41:12 |
| **applies** [2] - 26:26, 37:4 |
| **apply** [3] - 32:12, 34:4, 36:26 |
| **appropriate** [1] - 43:21 |
| **approved** [1] - 27:3 |
| **April** [1] - 3:18 |
| **Arabic** [1] - 12:18 |
| **Arafat** [1] - 8:13 |
| **argument** [2] - 39:12, 39:14 |
| **aside** [1] - 28:15 |
| **aspect** [1] - 11:18 |
| **asset** [1] - 42:19 |
| **Asset** [1] - 13:6 |
| **assets** [17] - 5:17, 5:23, 5:25, 11:14, 21:18, 23:14, 23:18, 23:22, 32:12, 32:17, 32:20, 33:2, 33:4, 33:6, 33:8, 34:15, 34:25 |
| **assigned** [2] - 18:23, 20:17 |
| **assisted** [1] - 13:11 |
| **assume** [1] - 20:11 |
| **attach** [1] - 20:14 |
| **attached** [5] - 14:23, 19:15, 20:4, 20:13, 40:7 |
| **Attached** [1] - 22:7, 22:17 |
| **attaches** [1] - 20:6 |
| **attachment** [2] - 34:11, 34:14 |
| **attempting** [1] - 34:9 |
| **attorney** [1] - 7:3 |
| **Attorneys** [3] - 1:17, 1:20, 2:5 |
| **authority** [3] - 31:18, 31:19, 36:25 |
| **Authority** [4] - 11:18, 11:21, 12:9, 15:12 |
| **AUTHORITY** [1] - 1:7 |
| **Avenue** [1] - 1:22 |
| **avoid** [1] - 43:20 |
| **aware** [2] - 34:17, 40:12 |

| B |
|---|
| **backed** [1] - 14:3 |
| **background** [1] - 11:5 |
| **bank** [1] - 9:8 |
| **Bank** [1] - 10:2 |

| bankers [1] - 25:8 |
|---|
| **Barney** [1] - 14:9 |
| **base** [1] - 13:23 |
| **based** [4] - 6:22, 6:23, 40:21, 43:4 |
| **BE** [1] - 46:23 |
| **BEFORE** [1] - 1:13 |
| **beginning** [1] - 11:4 |
| **behalf** [2] - 5:20, 13:7 |
| **behind** [1] - 19:19 |
| **belief** [2] - 15:16, 15:19 |
| **believes** [1] - 40:15 |
| **belong** [2] - 5:26, 34:15 |
| **belonged** [1] - 8:18 |
| **belonging** [1] - 5:17 |
| **belongs** [3] - 12:23, 33:13, 38:13 |
| **benefit** [3] - 28:10, 29:9, 30:16 |
| **between** [4] - 12:8, 23:11, 25:6, 41:18 |
| **bond** [1] - 26:14 |
| **bonds** [4] - 25:14, 25:26, 26:2 |
| **BONY** [1] - 27:7 |
| **bottom** [1] - 17:13 |
| **break** [1] - 28:3 |
| **brief** [1] - 19:21 |
| **Bring** [1] - 30:19 |
| **bring** [1] - 26:11 |
| **broad** [3] - 17:6, 17:8, 17:11 |
| **broadly** [1] - 41:8 |
| **brought** [3] - 4:4, 15:17, 30:3 |
| **budget** [2] - 28:21, 29:3 |
| **Business** [1] - 9:7 |
| **business** [2] - 8:11, 24:22 |
| **buy** [6] - 23:22, 24:3, 25:20, 26:13, 26:15, 26:16 |
| **buying** [1] - 25:17 |
| **BY** [2] - 1:23, 2:7 |

| C |
|---|
| **Cahn** [12] - 18:23, 20:3, 20:15, 20:17, 21:3, 21:15, 21:17, 22:11, 22:23, 28:4, 35:25, 37:24 |
| **Cahn's** [1] - 31:9 |
| **Calderon** [1] - 2:11 |
| **CALDERON** [1] - 46:26 |
| **capitulated** [1] - 32:5 |
| **care** [1] - 10:11 |
| **careful** [1] - 17:3 |
| **carefully** [1] - 17:3 |
| **case** [8] - 3:7, 7:13, 17:12, 27:26, 36:25, 37:10, 37:20 |
| **cases** [1] - 37:6 |

**cash** [6] - 26:2, 26:12, 26:13, 26:15
**causing** [1] - 21:26
**Centre** [1] - 1:10
**certainly** [2] - 18:21, 38:9
**CERTIFIED** [1] - 46:23
**chance** [1] - 46:17
**charities** [1] - 8:16
**Charles** [1] - 10:25
**CHARLES** [1] - 1:23
**chase** [1] - 29:25
**check** [1] - 20:8
**checks** [1] - 28:25
**citation** [1] - 5:9
**cite** [1] - 37:6
**cites** [1] - 36:25
**civil** [1] - 11:9
**claim** [3] - 9:10, 9:17, 9:23
**claiming** [6] - 10:15, 10:17, 10:18, 15:13, 21:19
**clarify** [1] - 35:10
**clarifying** [1] - 35:11
**clarity** [1] - 45:7
**Clark's** [1] - 20:24
**clear** [8] - 25:18, 25:21, 33:24, 39:5, 39:23, 42:9, 43:21, 43:24
**clearly** [1] - 33:9
**Clerk's** [2] - 9:6, 18:23
**clerk's** [1] - 37:22
**client** [7] - 14:22, 17:16, 27:22, 37:16, 37:18, 42:12, 43:22
**clients** [1] - 33:17
**closely** [1] - 8:12
**coextensive** [2] - 5:11, 5:16
**colleague** [1] - 5:7
**collected** [2] - 11:19, 28:16
**commit** [1] - 35:18
**companies** [1] - 28:22
**complainant** [1] - 10:26
**complained** [1] - 23:4
**complete** [1] - 13:21
**completely** [2] - 15:15, 15:18
**concerned** [1] - 27:6
**Congress** [1] - 7:16
**connected** [2] - 8:12, 37:20
**considering** [1] - 44:12
**consistent** [2] - 12:15, 23:20
**consolidate** [4] - 18:6, 18:26, 37:9, 37:25
**consolidated** [4] - 21:9, 30:2, 30:6, 36:6
**consolidating** [1] - 42:6
**consolidation** [1] - 44:22
**consultation** [1] - 43:22
**contend** [2] - 17:10, 34:3

**contention** [1] - 9:12
**contentions** [1] - 17:15
**continue** [3] - 17:4, 23:26, 24:5
**continued** [3] - 11:10, 11:13, 17:9
**Continued** [2] - 1:25, 2:2
**continues** [1] - 13:14
**control** [7] - 8:19, 8:24, 8:26, 9:3, 9:14, 10:8, 27:9
**controlled** [1] - 28:6
**conversation** [2] - 27:16, 40:21
**copies** [5] - 14:16, 14:24, 19:16
**copy** [3] - 19:11, 19:21, 20:6
**core** [1] - 27:26
**corporations** [1] - 8:10
**CORRECT** [1] - 46:23
**Correct** [10] - 5:2, 5:4, 5:5, 5:6, 6:20, 8:20, 9:22, 44:25, 45:2, 45:3
**correct** [7] - 3:8, 7:12, 8:24, 12:25, 27:11, 45:23, 45:25
**corresponded** [1] - 7:2
**correspondence** [1] - 22:8
**cost** [1] - 43:16
**costs** [2] - 45:22, 46:9
**Counsel** [2] - 1:23, 2:7
**countless** [1] - 6:23
**COUNTY** [1] - 1:2
**County** [1] - 9:6
**couple** [2] - 12:17, 21:12
**course** [4] - 14:15, 17:7, 21:22, 24:22
**Court** [10] - 2:12, 9:7, 9:16, 17:14, 23:18, 33:15, 35:9, 39:26, 40:21, 43:7
**court** [1] - 9:9
**COURT** [138] - 1:2, 3:3, 3:12, 3:15, 3:20, 3:24, 4:7, 4:12, 4:16, 4:24, 4:26, 5:3, 5:22, 6:13, 6:18, 6:22, 7:6, 7:13, 7:18, 7:21, 8:2, 8:6, 8:17, 8:23, 8:25, 9:12, 9:20, 10:7, 10:15, 10:24, 12:2, 12:4, 12:12, 12:23, 13:12, 13:18, 14:5, 16:3, 17:25, 18:4, 18:9, 18:11, 18:16, 18:18, 19:2, 19:24, 20:2, 20:7, 20:19, 20:22, 21:8, 21:14, 22:3, 22:9, 22:19, 22:22, 22:25, 23:9, 23:13, 23:16, 23:24, 24:9, 24:11, 24:13, 24:24, 25:5, 25:10, 26:4, 26:13, 26:18, 26:21, 27:5, 27:25, 28:2, 28:18, 28:9, 29:12, 29:16, 29:20, 31:5, 31:12, 31:16, 31:21,

32:2, 32:7, 32:21, 32:24, 33:22, 33:26, 34:5, 34:12, 34:16, 34:26, 35:7, 35:12, 35:17, 35:24, 36:3, 36:9, 36:14, 36:24, 37:9, 37:13, 37:19, 37:24, 38:3, 38:12, 38:17, 38:25, 39:9, 39:15, 39:21, 40:4, 40:8, 40:14, 40:25, 41:6, 41:17, 41:21, 42:2, 42:7, 43:11, 43:13, 44:4, 44:12, 44:20, 44:26, 45:4, 45:11, 45:15, 45:18, 45:22, 45:26, 46:6, 46:10, 46:14, 46:18, 46:26
**courts** [1] - 7:25
**CPLR** [1] - 16:17
**create** [1] - 8:15
**created** [5] - 7:19, 9:24, 11:7, 11:18, 27:18
**creation** [1] - 11:18
**Credit** [2] - 13:6, 13:24
**cross** [1] - 32:2
**cross-motion** [1] - 32:2
**current** [2] - 28:24, 28:25
**custodial** [1] - 13:25
**cut** [1] - 29:25

## D

**DAFNA** [1] - 1:4
**damages** [4] - 21:26, 43:17, 43:22, 45:13
**date** [1] - 15:25
**dated** [2] - 11:23, 19:7
**DAVID** [1] - 1:23
**days** [1] - 21:12
**DBA** [1] - 9:6
**deal** [2] - 34:26, 39:6
**deals** [1] - 4:19
**dealt** [4] - 7:2, 7:4, 40:17, 42:16
**debtor** [4] - 6:11, 14:6, 33:2, 38:8
**debtor's** [1] - 38:19
**debtors** [1] - 5:18
**December** [2] - 15:3, 19:7
**decide** [3] - 41:25, 46:10, 46:12
**decided** [2] - 35:16, 45:15
**deciding** [1] - 45:17
**decision** [2] - 31:8, 31:10
**declaratory** [3] - 15:12, 30:3, 33:14
**declare** [1] - 30:4
**dedicated** [3] - 28:16, 28:23, 29:5
**deem** [1] - 36:17
**default** [2] - 8:3, 17:23
**defaulted** [1] - 15:26
**Defendants** [1] - 1:9

**degree** [1] - 28:6
**deliberate** [1] - 8:5
**deliver** [1] - 25:22
**denied** [1] - 16:3
**denies** [1] - 15:23
**depose** [2] - 30:18, 30:19
**deposit** [1] - 25:13
**designated** [1] - 21:7
**detail** [1] - 14:17
**detailed** [1] - 17:22
**determination** [1] - 27:10
**DEVIR** [1] - 1:4
**dialogue** [1] - 30:25
**different** [8] - 12:12, 12:19, 14:13, 23:19, 32:14, 36:21, 36:22, 37:2
**dilatory** [1] - 29:23
**direct** [2] - 21:17, 43:7
**directed** [2] - 3:10, 16:13
**directing** [1] - 36:2
**directly** [1] - 17:12
**Director** [2] - 14:25, 19:13
**directs** [1] - 23:3
**discussion** [2] - 10:19, 10:23
**disingenuous** [1] - 39:10
**dispositions** [1] - 43:12
**distributed** [1] - 40:24
**District** [1] - 39:25
**DJ** [4] - 37:11, 37:14, 42:12, 44:22
**document** [2] - 6:8, 27:18
**documents** [7] - 6:7, 6:10, 6:24, 12:18, 14:10, 17:19, 30:12
**done** [5] - 11:22, 15:10, 22:3, 39:8, 40:19
**down** [3] - 9:5, 30:10, 44:19
**drafted** [1] - 41:8
**drawn** [1] - 41:10
**due** [2] - 12:17, 15:6
**duration** [2] - 5:10, 5:11
**during** [1] - 9:26
**DUVAL** [1] - 2:5

## E

**East** [3] - 2:6, 14:21, 17:21
**effect** [1] - 42:19
**effectively** [1] - 34:10
**efficient** [1] - 44:16
**effort** [1] - 14:18
**efforts** [1] - 43:19
**Egyptian** [2] - 9:23, 9:25
**elected** [1] - 20:25
**Employees** [8] - 1:21, 3:25, 6:3, 6:9, 11:3, 12:10, 27:19, 33:11
**employees** [6] - 11:10,

28:16, 28:25, 29:3, 29:4, 29:10
**employees'** [1] - 11:15
**employer** [1] - 9:3
**employer's** [1] - 7:12
**employers** [2] - 7:8, 11:16
**end** [1] - 13:2
**ending** [1] - 10:4
**entirely** [1] - 12:15
**entities** [5] - 4:20, 10:16, 16:12, 34:19, 34:21
**entity** [16] - 4:20, 5:26, 6:4, 6:10, 6:25, 7:16, 7:23, 8:8, 27:20, 27:21, 27:23, 28:6, 29:6, 30:22, 38:14, 38:23
**equally** [1] - 37:4
**ESQ** [4] - 1:17, 1:23, 1:23, 2:7
**essentially** [1] - 43:25
**establishes** [1] - 6:8
**Estate** [1] - 3:6
**ESTATE** [1] - 1:4
**eve** [2] - 39:12, 39:14
**ex** [2] - 15:20, 39:6
**ex-parte** [1] - 39:6
**ex-party** [1] - 15:20
**exactly** [2] - 14:17, 41:15
**Exactly** [2] - 9:15, 28:18
**Except** [1] - 41:17
**except** [1] - 7:25
**exchange** [1] - 26:11
**execute** [1] - 5:17
**execution** [5] - 4:13, 5:8, 5:11, 31:17, 38:4
**exhibit** [1] - 22:18
**Exhibit** [3] - 22:20, 23:10
**exhibits** [3] - 19:19, 20:14, 36:22
**exist** [2] - 19:4, 38:24
**existence** [1] - 11:8
**exists** [1] - 31:22
**expectation** [1] - 41:14
**expenses** [1] - 43:17
**explain** [5] - 16:25, 18:10, 19:6, 30:14, 46:17
**explained** [3] - 14:12, 14:17, 21:23
**explaining** [1] - 14:26
**explore** [1] - 30:23
**express** [1] - 40:20
**extend** [1] - 15:22
**extent** [4] - 13:5, 32:11, 34:2, 34:7
**extra** [1] - 22:5

## F

**fact** [3] - 13:19, 30:23, 34:17

**facts** [5] - 11:26, 15:16, 30:11, 30:21, 34:9
**faith** [1] - 14:18
**fake** [1] - 9:11
**familiar** [1] - 4:19
**far** [3] - 27:5, 37:24, 41:9
**fashion** [1] - 42:22
**February** [2] - 15:6, 15:7
**federal** [4] - 4:16, 4:18, 26:25, 27:2
**few** [1] - 4:2
**file** [4] - 36:22, 37:19, 39:11, 39:13
**filed** [5] - 15:11, 15:26, 19:22, 20:16, 21:13
**files** [1] - 15:20
**final** [1] - 39:4
**findings** [1] - 7:16
**fine** [9] - 4:20, 26:19, 27:13, 36:5, 36:12, 36:21, 38:2, 42:14, 43:5
**finish** [2] - 21:6, 21:20
**fire** [1] - 33:18
**firm** [1] - 13:10
**first** [5] - 14:10, 16:26, 40:11, 40:18, 42:16
**five** [4] - 23:19, 25:3, 25:12, 33:20
**fix** [2] - 15:15, 17:7
**fixes** [1] - 17:16
**FOERSTER** [1] - 1:20
**Foerster** [1] - 10:26
**force** [1] - 11:20
**foreign** [1] - 7:4
**former** [1] - 28:25
**forth** [3] - 14:2, 23:11, 25:22
**forths** [1] - 6:6
**forward** [1] - 3:3
**Frankly** [1] - 12:18
**frankly** [5] - 14:22, 17:17, 22:9, 22:11, 44:3
**front** [6] - 16:6, 20:2, 22:11, 35:2, 35:25, 37:20, 40:25, 42:4
**full** [1] - 11:25
**fully** [1] - 40:12
**Fund** [14] - 1:20, 3:25, 6:2, 6:9, 9:8, 9:25, 10:13, 10:19, 10:22, 11:2, 11:22, 12:10, 27:19, 33:10
**fund** [31] - 9:3, 9:11, 9:13, 9:18, 9:19, 10:5, 10:9, 11:7, 11:9, 11:13, 11:14, 12:5, 12:14, 13:3, 13:8, 13:14, 14:3, 14:25, 15:13, 19:13, 27:24, 28:11, 28:16, 28:20, 28:23, 29:5, 29:14, 29:17, 34:18, 38:13, 44:6
**funding** [1] - 43:7

**funds** [23] - 7:7, 8:16, 11:14, 11:15, 13:26, 22:2, 23:3, 23:21, 24:6, 25:8, 25:13, 25:14, 28:15, 29:9, 30:4, 33:16, 33:19, 33:24, 35:5, 35:16, 40:15, 44:24
**furnished** [1] - 6:6

## G

**gain** [2] - 8:14
**games** [1] - 40:2
**Gaza** [15] - 1:21, 3:26, 6:3, 6:10, 10:2, 10:5, 11:3, 11:8, 11:10, 11:12, 11:24, 12:11, 12:24, 27:19, 33:11
**General** [2] - 14:25, 19:13
**gimmick** [1] - 24:18
**given** [4] - 17:22, 19:18, 19:21, 31:25
**glance** [1] - 16:26
**government** [1] - 7:22
**grant** [1] - 31:24
**granted** [1] - 32:4
**great** [3] - 17:17, 24:26, 25:2
**guess** [1] - 40:16
**guidelines** [1] - 23:21

## H

**half** [1] - 16:10
**Hamas** [1] - 20:25
**handed** [1] - 27:17
**Handing** [1] - 16:23
**hands** [1] - 10:7
**hear** [3] - 10:24, 20:25, 24:9
**heard** [3] - 30:26, 43:21
**held** [3] - 13:5, 26:22, 28:17
**history** [2] - 14:26, 17:19
**hold** [2] - 38:19, 39:3
**holding** [2] - 38:11, 38:22
**Honor** [39] - 5:6, 5:13, 10:25, 12:17, 13:21, 15:5, 15:21, 15:23, 16:6, 16:24, 18:2, 18:3, 21:2, 23:10, 24:26, 28:13, 29:21, 30:22, 30:24, 31:18, 31:19, 31:26, 32:15, 33:25, 36:11, 39:4, 39:17, 40:13, 41:2, 41:16, 41:24, 42:10, 43:18, 44:3, 44:10, 44:18, 45:10, 46:3
**honor** [1] - 37:21
**HONORABLE** [1] - 1:14
**honored** [2] - 41:2, 41:3
**hour** [1] - 46:7
**hundred** [1] - 22:4
**hundreds** [1] - 4:3

## I

**idea** [1] - 10:10
**identified** [2] - 33:11, 38:23
**identify** [1] - 5:26
**implementation** [2] - 12:8, 13:2, 13:4
**improper** [1] - 43:23
**inasmuch** [1] - 45:14
**Inc** [1] - 3:23
**Inc.** [2] - 3:11, 3:19
**INDEX** [1] - 1:6
**index** [2] - 21:16, 37:23
**indicated** [1] - 4:6
**ineffective** [1] - 32:20
**infinite** [1] - 18:22
**information** [5] - 15:15, 15:19, 33:12, 33:13
**injunction** [11] - 4:14, 4:16, 4:18, 26:25, 27:6, 41:3, 41:6, 41:7, 41:9, 41:12, 41:19
**insurance** [3] - 9:18, 12:5, 27:23
**Insurance** [4] - 9:24, 10:12, 10:18, 10:21
**interim** [2] - 15:10, 34:24
**intervene** [5] - 21:10, 30:7, 30:8, 42:21, 44:17
**invalid** [3] - 16:18, 31:17, 43:16
**invested** [2] - 13:7, 13:9
**investing** [1] - 13:11
**investment** [12] - 13:24, 14:9, 21:25, 23:19, 23:21, 24:5, 24:7, 24:16, 24:18, 25:4, 25:8, 25:12
**investments** [3] - 8:15, 11:16, 24:16
**irrelevant** [3] - 8:22, 10:19, 17:10
**Island** [3] - 39:26, 40:2, 41:3
**Israel** [9] - 9:26, 11:12, 11:19, 12:9, 12:26, 13:2, 29:2, 29:3, 30:18
**Israel's** [2] - 9:26, 10:4
**Israeli** [1] - 10:3
**issue** [13] - 3:14, 4:4, 13:18, 28:12, 28:25, 29:8, 29:12, 30:23, 31:12, 34:5, 34:22, 42:2, 42:4
**issued** [1] - 4:15
**issues** [1] - 44:6
**item** [1] - 28:21

## J

**Jericho** [1] - 11:24
**Joe** [1] - 38:15
**Judge** [13] - 4:15, 5:3, 7:15,

20:13, 27:3, 27:6, 27:11, 27:14, 40:6, 41:10, 41:11, 46:12, 46:16
**judges** [1] - 27:8
**judgment** [14] - 5:18, 6:11, 7:16, 8:2, 8:3, 14:6, 30:3, 33:2, 33:14, 34:10, 34:16, 34:18, 38:8, 38:19
**JUDITH** [1] - 1:4
**jurisdiction** [1] - 40:16
**jury** [2] - 25:6, 46:6
**Justice** [16] - 1:14, 4:15, 18:23, 19:3, 20:3, 20:15, 20:17, 21:3, 21:15, 21:17, 22:11, 22:23, 28:4, 31:8, 35:25, 37:24

## K

**keep** [1] - 40:23
**Kerr** [7] - 10:14, 10:25, 27:14, 27:17, 29:22, 33:17, 44:8
**KERR** [87] - 1:23, 5:4, 5:6, 10:25, 12:3, 12:7, 12:14, 12:25, 13:14, 13:21, 14:6, 16:4, 18:3, 18:10, 18:13, 18:17, 18:20, 19:4, 19:26, 20:4, 20:9, 20:12, 20:15, 21:2, 21:6, 21:9, 21:15, 21:20, 22:7, 22:17, 22:20, 22:24, 23:2, 23:10, 23:14, 23:17, 23:26, 24:20, 24:26, 25:16, 25:25, 26:7, 26:19, 26:24, 27:13, 29:11, 29:19, 29:21, 30:24, 31:26, 32:9, 32:15, 32:19, 33:5, 33:18, 33:23, 34:2, 34:7, 35:11, 36:5, 36:10, 36:16, 37:3, 37:16, 38:2, 38:21, 39:4, 39:17, 39:23, 40:7, 40:10, 40:18, 41:15, 41:23, 42:9, 43:2, 43:4, 43:14, 44:2, 44:25, 45:2, 45:9, 45:13, 45:16, 45:21, 45:25, 46:3
**Kerr's** [1] - 7:3
**kicked** [1] - 19:8
**kind** [5] - 28:14, 28:19, 28:20, 35:18, 43:19
**kinds** [2] - 16:12, 17:16
**knowledge** [1] - 15:16
**KORNREICH** [1] - 1:14

## L

**Lageux** [8] - 4:15, 5:3, 27:3, 27:6, 27:11, 40:6, 41:10, 41:12
**large** [2] - 13:5, 13:9
**Last** [1] - 14:8

**last** [7] - 11:11, 12:15, 13:8, 13:10, 14:15, 41:18, 43:7
**late** [2] - 5:19, 8:13
**latest** [1] - 38:7
**Law** [3] - 9:23, 9:25, 33:7
**law** [2] - 5:9, 37:2
**lawsuit** [1] - 4:21
**lawyer** [3] - 14:26, 17:3, 19:14
**learned** [1] - 14:11
**least** [3] - 20:24, 27:7, 41:8
**left** [2] - 45:4, 45:26
**legal** [3] - 14:26, 29:13, 32:14
**lengths** [2] - 17:17, 17:18
**lengthy** [1] - 14:22
**letter** [5] - 5:19, 16:19, 16:22, 17:3, 20:23
**Levy** [17] - 4:10, 4:12, 4:13, 5:8, 16:13, 32:10, 32:11, 32:16, 33:25, 36:26, 37:5, 38:4, 38:7, 38:8, 38:10, 39:15, 39:18
**levy** [18] - 5:10, 5:16, 5:17, 16:10, 17:5, 17:7, 17:10, 17:13, 31:16, 31:19, 32:26, 33:6, 34:4, 38:8, 38:19, 42:17, 42:18
**LIBERATION** [1] - 1:8
**limitations** [1] - 5:15
**line** [2] - 17:13, 28:21
**listening** [1] - 24:21
**literally** [2] - 18:11, 18:12
**litigated** [1] - 34:23
**LLP** [1] - 2:5
**look** [1] - 20:20
**Look** [1] - 43:12
**looked** [2] - 8:15, 8:16
**looking** [2] - 18:9, 29:25
**looks** [2] - 4:8, 8:12

## M

**manage** [15] - 11:13, 21:18, 21:25, 22:2, 23:5, 23:6, 23:8, 23:21, 24:16, 25:7, 25:13, 33:24, 44:24
**managed** [3] - 13:26, 23:19, 43:8
**management** [1] - 22:12
**Management** [1] - 13:6
**manager** [2] - 24:7, 24:18
**managers** [6] - 21:25, 23:19, 24:5, 24:16, 25:4, 25:12
**maneuver** [1] - 38:7
**manner** [1] - 29:13
**March** [3] - 20:18, 21:4, 21:7
**Marcxh** [1] - 1:11

**MARK** [1] - 1:23
**marriage** [1] - 23:22
**matching** [1] - 11:15
**matter** [3] - 33:23, 44:18
**MCPHERSON** [1] - 1:23
**mean** [5] - 7:8, 7:11, 9:2, 28:7, 38:15
**MEIR** [1] - 1:4
**mentioned** [1] - 5:13
**met** [1] - 14:21
**Middle** [2] - 14:21, 17:21
**might** [1] - 35:17
**military** [1] - 10:3
**minutes** [1] - 33:20
**misnamed** [1] - 16:12
**misstate** [1] - 9:22
**modifications** [1] - 10:3
**money** [46] - 7:9, 7:12, 8:9, 8:18, 8:23, 9:2, 9:3, 9:4, 9:10, 9:13, 10:20, 11:19, 11:20, 12:26, 13:3, 13:5, 13:7, 13:12, 13:15, 13:23, 15:18, 22:15, 24:18, 24:23, 24:25, 25:10, 25:24, 26:5, 27:7, 27:9, 28:7, 28:9, 28:10, 28:15, 28:24, 28:26, 38:11, 38:13, 38:15, 38:19, 38:22, 39:2, 40:13, 40:23, 41:13, 41:25
**monies** [2] - 28:16, 41:13
**month** [2] - 16:7, 45:9
**Months** [1] - 21:22
**months** [4] - 15:3, 26:20, 30:25, 46:4
**moot** [4] - 17:9, 31:24, 43:4, 45:21
**Moot** [1] - 43:3
**mooted** [1] - 43:9
**morning** [2] - 20:21, 42:13
**MORNING** [1] - 3:2
**Morrison** [1] - 10:26
**MORRISON** [1] - 1:20
**most** [3] - 7:7, 29:23, 44:16
**motion** [55] - 4:4, 4:5, 14:20, 14:23, 15:2, 15:11, 15:22, 15:23, 15:24, 16:5, 16:8, 17:12, 17:23, 18:7, 18:13, 18:15, 19:6, 19:10, 19:12, 19:22, 21:5, 30:25, 31:11, 31:24, 32:2, 32:4, 32:9, 34:3, 36:12, 36:17, 36:19, 36:21, 36:23, 37:5, 39:6, 39:10, 39:12, 39:14, 41:9, 41:25, 42:14, 42:17, 42:20, 42:23, 42:24, 43:14, 43:20, 44:2, 44:24, 45:7, 45:11, 45:13, 46:3, 46:9, 46:13
**Motion** [3] - 15:26, 16:5, 19:8

**MOTION** [1] - 1:12
**motions** [2] - 19:15, 30:16
**move** [6] - 32:22, 32:23, 35:14, 37:3, 43:26, 44:17
**moved** [1] - 31:4
**moves** [1] - 23:22
**moving** [1] - 18:25
**MR** [208] - 3:9, 3:13, 3:16, 3:22, 4:2, 4:10, 4:13, 4:22, 4:25, 5:2, 5:4, 5:5, 5:6, 5:7, 5:13, 5:23, 5:25, 6:16, 6:20, 6:23, 7:11, 7:14, 7:19, 7:25, 8:5, 8:7, 8:20, 8:24, 9:5, 9:15, 9:21, 10:8, 10:18, 10:25, 12:3, 12:7, 12:14, 12:25, 13:14, 13:21, 14:6, 16:4, 17:26, 18:3, 18:5, 18:10, 18:13, 18:17, 18:20, 18:21, 19:4, 19:26, 20:4, 20:8, 20:9, 20:10, 20:12, 20:13, 20:15, 20:21, 20:23, 21:2, 21:5, 21:6, 21:9, 21:15, 21:19, 21:20, 22:4, 22:7, 22:13, 22:17, 22:20, 22:24, 23:2, 23:8, 23:10, 23:14, 23:17, 23:26, 24:10, 24:12, 24:15, 24:20, 24:21, 24:25, 24:26, 25:9, 25:12, 25:16, 25:23, 25:25, 26:7, 26:8, 26:15, 26:19, 26:24, 27:4, 27:12, 27:13, 27:14, 27:26, 28:13, 28:19, 29:11, 29:13, 29:19, 29:21, 29:22, 30:24, 31:4, 31:10, 31:15, 31:18, 31:23, 31:26, 32:3, 32:9, 32:13, 32:15, 32:18, 32:19, 32:23, 32:26, 33:5, 33:9, 33:18, 33:23, 34:2, 34:7, 34:13, 34:24, 35:3, 35:6, 35:9, 35:11, 35:14, 35:22, 35:26, 36:5, 36:6, 36:10, 36:16, 36:17, 37:3, 37:7, 37:11, 37:15, 37:16, 37:17, 37:21, 38:2, 38:6, 38:9, 38:14, 38:21, 38:22, 38:26, 39:4, 39:13, 39:17, 39:18, 39:23, 40:7, 40:10, 40:18, 40:20, 41:2, 41:7, 41:11, 41:14, 41:15, 41:20, 41:23, 41:24, 42:5, 42:9, 42:26, 43:2, 43:3, 43:4, 43:6, 43:9, 43:12, 43:14, 43:25, 44:2, 44:5, 44:14, 44:25, 45:2, 45:3, 45:7, 45:9, 45:13, 45:14, 45:16, 45:17, 45:20, 45:21, 45:24, 45:25, 46:2, 46:3, 46:5, 46:8, 46:12, 46:16
**multiple** [1] - 44:11
**municipal** [1] - 11:9

**murder** [2] - 8:3
**murdered** [1] - 7:26
**must** [2] - 39:9, 41:17
**Myron** [1] - 2:11
**MYRON** [1] - 46:26

## N

**name** [4] - 6:5, 9:9, 11:25, 12:13
**named** [2] - 4:20, 4:22
**names** [1] - 8:10
**narrowly** [1] - 41:10
**need** [7] - 15:9, 20:2, 22:10, 30:11, 30:19, 37:13
**needed** [2] - 26:13, 39:6
**never** [3] - 6:24, 16:7, 24:10
**new** [2] - 15:11, 42:16
**NEW** [1] - 1:2, 1:2
**New** [13] - 1:11, 1:18, 1:22, 2:6, 27:7, 27:8, 33:7, 39:7, 40:16
**next** [3] - 1:25, 19:10, 21:11
**none** [1] - 26:4
**nonsense** [1] - 21:22
**normal** [1] - 24:17
**nothing** [2] - 31:2, 32:3
**Notice** [1] - 4:24
**notice** [40] - 3:6, 3:10, 3:13, 3:15, 3:17, 3:21, 4:5, 16:12, 17:5, 17:9, 17:24, 18:7, 18:14, 19:7, 19:23, 20:14, 30:26, 31:11, 31:20, 31:21, 32:10, 32:13, 33:6, 36:15, 36:23, 37:4, 39:24, 41:3, 41:4, 41:5, 41:7, 41:8, 41:12, 43:5, 43:15, 43:20, 43:23, 45:19
**notices** [4] - 4:3, 4:9, 4:18, 17:9
**NUMBER** [1] - 1:6
**Number** [1] - 39:18
**number** [1] - 21:16
**numbers** [1] - 37:23

## O

**objected** [1] - 24:10
**obviously** [1] - 18:24
**occupation** [2] - 9:26, 10:4
**occupied** [1] - 11:12
**occupying** [1] - 11:20
**OF** [4] - 1:2, 1:2, 1:4
**offered** [2] - 17:14, 31:2
**office** [2] - 9:6, 37:22
**Office** [2] - 18:23, 19:8
**Officer's** [1] - 9:8
**officers** [1] - 9:9
**OFFICIAL** [1] - 46:26
**Official** [1] - 2:12

**once** [2] - 42:4, 44:7
**one** [11] - 11:18, 12:21, 18:25, 21:14, 23:4, 27:15, 28:19, 29:6, 30:22, 44:5, 44:6
**One** [1] - 39:4
**open** [2] - 9:6, 9:9
**operate** [1] - 11:11
**oppose** [2] - 46:2, 46:9
**opposition** [2] - 45:8, 46:13, 46:15
**orally** [1] - 32:10
**order** [32] - 4:14, 4:23, 4:25, 5:16, 14:24, 15:3, 15:20, 16:21, 18:5, 18:26, 19:2, 19:5, 19:9, 19:16, 20:5, 21:12, 22:22, 23:7, 29:24, 35:10, 35:15, 35:26, 36:8, 36:26, 37:22, 39:16, 42:5, 43:6, 44:18, 45:12
**ordered** [3] - 15:5, 45:9, 46:4
**orders** [2] - 10:4, 17:2
**ordinary** [1] - 24:22
**organization** [1] - 7:17
**ORGANIZATION** [1] - 1:8
**original** [5] - 12:18, 15:25, 19:23, 28:2, 42:23
**Oslo** [2] - 10:5, 11:17
**overlap** [1] - 41:18
**overlaps** [1] - 30:5
**ownership** [1] - 30:4

## P

**PA** [30] - 4:19, 5:18, 5:24, 6:11, 6:16, 6:17, 6:19, 6:26, 7:3, 7:5, 7:18, 7:20, 7:21, 8:12, 8:18, 9:13, 10:7, 16:13, 16:17, 26:5, 28:6, 28:10, 29:7, 29:18, 32:12, 32:17, 33:2, 33:13, 38:13, 38:24
**PA's** [3] - 6:14, 28:7, 38:15
**page** [2] - 1:25, 9:17
**paid** [3] - 13:12, 24:17, 29:3
**paint** [1] - 29:22
**PALESTINIAN** [2] - 1:7, 1:8
**Palestinian** [16] - 1:20, 3:24, 6:2, 6:8, 11:2, 11:17, 11:21, 11:22, 12:9, 14:26, 15:12, 19:14, 27:18, 33:10, 40:12
**paper** [1] - 27:23
**papers** [29] - 11:25, 12:2, 12:3, 12:22, 16:8, 16:20, 18:9, 18:12, 18:19, 19:11, 19:24, 20:2, 20:7, 20:11, 22:7, 22:10, 27:17, 28:4, 31:7, 31:9, 32:8, 36:12, 36:20, 40:7, 44:2, 45:8,

46:13
**PART** [1] - 1:2
**part** [8] - 6:11, 6:12, 6:13, 6:16, 6:17, 6:19, 6:26, 35:12
**parte** [1] - 39:6
**participants** [2] - 13:16, 13:17
**parties** [1] - 25:7
**partner** [2] - 7:4, 20:24
**party** [1] - 15:20
**pay** [3] - 24:5, 25:8, 28:24
**paying** [2] - 13:15, 24:17
**payroll** [1] - 28:24
**PC** [5] - 30:10, 36:8, 36:9, 44:19
**pending** [1] - 32:5
**penny** [1] - 10:11
**pension** [33] - 7:7, 8:16, 9:2, 9:10, 9:13, 9:18, 9:19, 10:5, 10:9, 11:7, 11:8, 11:13, 11:20, 12:5, 13:3, 13:8, 13:14, 14:3, 14:25, 15:13, 19:13, 23:20, 27:24, 28:11, 28:15, 28:20, 28:23, 29:14, 29:17, 34:18, 38:13, 44:6
**Pension** [14] - 1:20, 3:25, 6:2, 6:9, 9:8, 9:24, 10:13, 10:19, 10:21, 11:2, 11:22, 12:10, 27:18, 33:10
**people** [3] - 7:2, 7:3, 8:11
**per** [1] - 34:18
**permit** [1] - 22:12
**permitted** [1] - 38:10
**person** [2] - 6:26, 29:23
**personal** [1] - 15:16
**petition** [2] - 20:14, 21:6
**phrased** [1] - 25:9
**piecemeal** [1] - 44:8
**place** [1] - 26:9
**Plaintiffs** [2] - 1:5, 1:17
**played** [1] - 39:26
**playing** [1] - 33:18
**plenary** [1] - 15:11
**plenty** [1] - 46:14
**PLO** [14] - 4:19, 5:18, 5:23, 6:11, 6:14, 7:19, 8:13, 10:9, 16:14, 16:17, 26:6, 32:17, 33:2
**PLO's** [1] - 32:12
**plus** [1] - 22:8
**pockets** [1] - 29:7
**point** [13] - 3:21, 8:25, 25:5, 25:7, 27:17, 31:5, 35:8, 35:19, 36:15, 37:10, 39:17, 41:15, 44:21
**portfolio** [1] - 13:24
**portion** [2] - 13:9, 45:18
**position** [13] - 6:4, 6:15, 6:18, 6:21, 8:18, 9:15, 9:22, 13:20, 33:10, 35:19, 35:20,

38:26
**post** [2] - 34:10, 34:16
**potentially** [1] - 42:15
**precise** [1] - 12:20
**prejudgment** [2] - 34:11, 34:14
**prepared** [1] - 14:22
**presented** [1] - 9:16
**problem** [6] - 22:13, 27:4, 27:5, 30:17, 36:10, 42:10
**procedurally** [1] - 35:23
**procedures** [1] - 34:10
**proceeding** [24] - 5:12, 18:22, 20:16, 20:17, 21:3, 21:11, 21:17, 29:26, 30:6, 33:14, 34:14, 34:23, 35:13, 35:15, 35:25, 36:11, 36:13, 39:20, 40:22, 41:19, 41:22, 42:3, 42:11, 42:22
**proceedings** [4] - 15:17, 34:17, 36:7, 42:6
**proceeds** [1] - 22:14
**process** [1] - 30:8
**profits** [2] - 22:14, 25:14
**proof** [1] - 17:14
**protects** [1] - 17:6
**provide** [1] - 40:6
**provided** [2] - 6:7
**provides** [1] - 24:2
**proviso** [1] - 26:4
**pull** [1] - 43:19
**pulled** [1] - 17:21
**put** [11] - 11:15, 12:21, 13:25, 16:5, 21:10, 22:5, 26:17, 32:7, 36:12, 37:22, 46:14
**puts** [1] - 22:5
**putting** [1] - 8:9

## Q

**quite** [1] - 25:9

## R

**ramifications** [1] - 29:14
**Ramsey** [1] - 20:23
**rates** [1] - 24:17
**rather** [1] - 34:6
**reach** [2] - 5:15, 38:6
**reached** [1] - 42:19
**reaches** [1] - 33:2
**read** [6] - 16:24, 17:2, 20:19, 32:11, 32:26, 40:5
**real** [4] - 28:11, 29:8, 29:12, 30:17
**realize** [1] - 40:10
**really** [9] - 9:13, 28:3, 29:24, 34:8, 34:22, 38:17, 46:16, 46:17

reason [1] - 39:23
received [1] - 16:19
recognized [1] - 8:9
recognizes [1] - 26:25
record [7] - 3:4, 5:14, 8:9, 25:3, 37:8, 42:8, 44:26
recovery [1] - 43:16
refer [2] - 6:25
refers [1] - 16:12
regard [2] - 3:12, 44:23
registered [1] - 7:4
related [1] - 18:24
Relating [1] - 3:22
relating [2] - 3:24, 4:11
release [3] - 35:5, 35:16, 40:23
released [1] - 39:2
relevant [1] - 11:5
relief [2] - 15:12, 40:9
rem [1] - 40:15
remain [2] - 24:4, 25:15
remember [1] - 23:3
remove [1] - 33:16
renew [1] - 42:20
REPORTER [1] - 46:26
Reporter [1] - 2:12
represent [3] - 5:22, 10:26, 20:24
represented [1] - 5:19
represents [2] - 16:15, 27:21
require [1] - 25:16
reserved [1] - 4:2
reserving [1] - 43:25
resolve [1] - 14:18
resolved [3] - 36:18, 40:22, 43:10
respect [2] - 20:15, 27:2
respectability [1] - 8:14
respond [4] - 15:7, 15:22, 30:15, 46:4
responded [2] - 15:11, 20:12
response [8] - 14:19, 14:24, 15:8, 16:8, 17:23, 19:15, 23:11, 33:12
responsive [1] - 16:20
restrain [1] - 41:4
restraining [45] - 3:6, 3:10, 3:13, 3:15, 3:17, 3:20, 4:3, 4:5, 4:8, 4:14, 4:18, 4:23, 4:25, 5:16, 15:2, 16:11, 17:2, 17:5, 17:8, 17:24, 18:7, 18:14, 19:7, 19:23, 23:7, 30:26, 31:11, 31:20, 31:21, 32:9, 33:5, 34:25, 36:14, 36:26, 37:4, 39:16, 39:24, 41:4, 43:4, 43:15, 43:20, 43:23, 45:12, 45:19

restraint [6] - 33:3, 39:7, 39:8, 39:11, 39:13
restraints [3] - 4:17, 21:24, 33:7
return [1] - 15:25
returnable [4] - 19:10, 20:18, 21:3, 21:7
reviewed [1] - 6:24
revisit [1] - 44:10
Rhode [3] - 39:26, 40:2, 41:3
rid [1] - 39:24
risk [1] - 33:3
RJI [1] - 37:19
ROBERT [1] - 1:17
Robert [1] - 9:7
run [3] - 7:2, 7:8, 39:5
running [1] - 33:3

## S

salaries [1] - 11:15
sanctions [1] - 46:13
SASI [42] - 2:5, 5:21, 10:20, 13:23, 13:25, 15:3, 15:17, 15:18, 21:18, 22:15, 23:3, 23:4, 23:16, 23:17, 23:18, 24:4, 24:14, 24:15, 25:7, 25:11, 25:13, 25:15, 25:19, 25:20, 25:22, 25:24, 26:3, 26:5, 26:8, 26:12, 26:16, 26:17, 26:23, 32:21, 33:8, 35:4, 38:21, 38:22, 40:23, 41:13, 43:8
save [1] - 30:8
saved [1] - 41:24
saw [1] - 20:22
se [1] - 34:18
Section [1] - 37:3
securities [10] - 13:10, 13:11, 13:24, 14:3, 16:16, 21:24, 23:15, 23:23, 25:17, 25:22
Securities [6] - 3:11, 3:19, 3:23, 5:20, 16:11, 16:16
security [6] - 24:3, 25:19, 25:20, 26:14, 26:16
see [1] - 45:4
seek [2] - 43:16, 43:22
seeking [4] - 16:26, 18:6, 30:4, 35:10
seeks [1] - 5:17
segregated [1] - 29:9
sell [5] - 23:22, 24:3, 25:19, 25:23, 26:11
selling [2] - 25:17, 25:24
sent [1] - 14:15
separate [14] - 6:10, 6:25, 9:20, 9:21, 10:16, 13:4, 14:13, 18:6, 18:13, 21:12,

29:6, 30:3, 42:12
seriously [1] - 36:24
serve [2] - 16:10, 38:10
served [11] - 3:17, 3:18, 5:9, 14:8, 16:7, 16:20, 37:15, 37:16, 37:17, 42:12, 43:6
SESSION [1] - 3:2
set [2] - 28:15, 44:18
shell [1] - 8:10
sheriff [2] - 16:10, 32:13
Sheriff's [17] - 4:10, 4:12, 4:13, 5:8, 16:13, 32:10, 32:11, 32:16, 33:25, 36:26, 37:5, 38:4, 38:6, 38:7, 38:10, 39:15, 39:18
sheriff's [3] - 34:4, 42:17, 42:18
SHIRLEY [1] - 1:14
shot [1] - 44:6
show [17] - 14:13, 14:24, 15:21, 15:25, 16:21, 18:5, 18:26, 19:9, 19:16, 20:6, 21:12, 22:22, 29:5, 29:24, 35:10, 36:8, 43:6
side [2] - 10:24, 31:14
Silbermann [1] - 19:3
simply [1] - 28:23
single [1] - 6:8
sit [1] - 30:10
Smith [1] - 14:9
solely [1] - 16:13
sometimes [1] - 9:3
somewhat [1] - 39:9
spare [1] - 35:9
specifically [1] - 11:21
STACHENFELD [1] - 2:5
standards [1] - 32:14
start [3] - 11:4, 31:6, 46:7
STATE [1] - 1:2
State [10] - 1:21, 3:25, 6:2, 6:9, 11:2, 12:10, 27:8, 27:19, 33:10
statement [1] - 12:23
statute [4] - 11:7, 14:17, 39:19, 39:20
statutes [2] - 17:19, 36:25
stay [3] - 33:19, 41:13, 41:25
stays [5] - 22:15, 25:10, 26:3, 26:8, 42:3
step [3] - 35:21, 46:11, 46:18
still [5] - 10:9, 20:2, 41:6, 42:15, 44:3
stip [8] - 22:3, 22:5, 22:12, 22:17, 22:19, 26:20, 26:21, 44:22
stips [1] - 22:8
stipulated [5] - 33:19, 33:20, 33:22, 33:23, 43:8

stipulation [6] - 15:5, 22:20, 24:2, 25:6, 26:7, 44:23
stock [6] - 25:23, 25:24, 26:10, 26:11, 26:17
stocks [2] - 22:14, 25:14
stopping [2] - 15:23, 15:24
story [1] - 13:22
Street [3] - 1:10, 1:18, 2:6
street [1] - 19:25
strike [2] - 18:7, 31:11
Strip [14] - 1:21, 3:26, 6:3, 6:10, 10:2, 10:5, 11:3, 11:8, 11:10, 11:12, 12:11, 12:24, 27:19, 33:11
stuff [1] - 27:2
submit [2] - 17:18, 36:22
submitted [1] - 19:12
subpoena [2] - 14:8, 33:12
substantial [2] - 17:18, 21:26
substantially [1] - 30:5
subterfuge [1] - 9:17
succinct [1] - 27:15
suggest [1] - 41:21
summer [1] - 14:15
Support [3] - 15:26, 16:5, 19:8
support [9] - 14:23, 17:14, 18:15, 19:11, 19:22, 20:5, 21:5, 31:2, 42:25
suppose [1] - 39:19
SUPREME [1] - 1:2
Swiss [8] - 3:10, 3:18, 3:22, 5:20, 13:6, 13:25, 16:11, 16:15

## T

table [1] - 30:21
Taffet [2] - 16:15, 32:18
TAFFET [13] - 2:7, 5:13, 5:23, 32:26, 34:24, 35:6, 38:6, 39:18, 41:2, 41:7, 41:14, 41:20, 43:6
Taffet's [1] - 33:12
telephone [1] - 30:20
temporal [1] - 5:14
TERM [1] - 1:2
terms [4] - 3:4, 22:5, 22:11, 27:7
terrorist [2] - 7:17, 7:22
THE [139] - 1:2, 1:7, 1:8, 3:3, 3:12, 3:15, 3:20, 3:24, 4:7, 4:12, 4:16, 4:24, 4:26, 5:3, 5:22, 6:13, 6:18, 6:22, 7:6, 7:13, 7:18, 7:21, 8:2, 8:6, 8:17, 8:23, 8:25, 9:12, 9:20, 10:7, 10:15, 10:24, 12:2, 12:4, 12:12, 12:23,

13:12, 13:18, 14:5, 16:3,
17:25, 18:4, 18:9, 18:11,
18:16, 18:18, 19:2, 19:24,
20:2, 20:7, 20:19, 20:22,
21:8, 21:14, 22:3, 22:9,
22:19, 22:22, 22:25, 23:9,
23:13, 23:16, 23:24, 24:9,
24:11, 24:13, 24:24, 25:5,
25:10, 26:4, 26:13, 26:18,
26:21, 27:5, 27:25, 28:2,
28:18, 29:8, 29:12, 29:16,
29:20, 31:5, 31:12, 31:16,
31:21, 32:2, 32:7, 32:21,
32:24, 33:22, 33:26, 34:5,
34:12, 34:16, 34:26, 35:7,
35:12, 35:17, 35:24, 36:3,
36:9, 36:14, 36:24, 37:9,
37:13, 37:19, 37:24, 38:3,
38:12, 38:17, 38:25, 39:9,
39:15, 39:21, 40:4, 40:8,
40:14, 40:25, 41:6, 41:17,
41:21, 42:2, 42:7, 43:11,
43:13, 44:4, 44:12, 44:20,
44:26, 45:4, 45:11, 45:15,
45:18, 45:22, 45:26, 46:6,
46:10, 46:14, 46:18
 **theirs** [1] - 9:14
 **Therefore** [1] - 16:17
 **thirteen** [1] - 13:9
 **thousand** [1] - 9:17
 **three** [5] - 15:3, 18:6, 37:23,
39:18, 46:3
 **Thursday** [2] - 19:10, 42:24
 **timely** [1] - 42:22
 **titled** [1] - 10:12
 **TO** [1] - 46:23
 **today** [1] - 19:5
 **Tolchin** [20] - 3:5, 5:19,
8:17, 9:7, 14:8, 14:11, 15:4,
15:8, 16:19, 16:22, 17:3,
19:26, 20:16, 21:13, 21:20,
21:23, 23:12, 26:24, 30:24,
39:5
 **TOLCHIN** [111] - 1:17, 3:9,
3:13, 3:16, 3:22, 4:2, 4:10,
4:13, 4:22, 4:25, 5:2, 5:5,
5:7, 5:25, 6:16, 6:20, 6:23,
7:11, 7:14, 7:19, 7:25, 8:5,
8:7, 8:20, 8:24, 9:5, 9:15,
9:21, 10:8, 10:18, 17:26,
18:5, 18:21, 20:8, 20:10,
20:13, 20:21, 20:23, 21:5,
21:19, 22:4, 22:13, 23:8,
24:10, 24:12, 24:15, 24:21,
24:25, 25:9, 25:12, 25:23,
26:8, 26:15, 27:4, 27:12,
27:14, 27:26, 28:13, 28:19,
29:13, 29:22, 31:4, 31:10,
31:15, 31:18, 31:23, 32:3,
32:13, 32:18, 32:23, 33:9,

34:13, 35:3, 35:9, 35:14,
35:22, 35:26, 36:6, 36:17,
37:7, 37:11, 37:15, 37:17,
37:21, 38:9, 38:14, 38:22,
38:26, 39:13, 40:20, 41:11,
41:24, 42:5, 42:26, 43:3,
43:9, 43:12, 43:25, 44:5,
44:14, 45:3, 45:7, 45:14,
45:17, 45:20, 45:24, 46:2,
46:5, 46:8, 46:12, 46:16
 **Tolchin's** [2] - 20:5, 43:19
 **totally** [2] - 10:19, 34:17
 **track** [1] - 8:9
 **trade** [2] - 25:25, 25:26
 **traded** [1] - 13:26
 **trading** [1] - 24:22
 **transaction** [1] - 26:9
 **TRANSCRIPT** [1] - 46:23
 **transcript** [1] - 40:5
 **transfer** [1] - 11:20
 **transferred** [5] - 13:3, 36:2,
36:4, 42:11, 42:13
 **translated** [1] - 12:19
 **travelled** [1] - 17:21
 **treaties** [1] - 14:16
 **trial** [4] - 25:5, 31:6, 40:4,
46:7
 **TRIAL** [1] - 1:2
 **TRO** [2] - 15:22, 15:23
 **true** [1] - 10:10
 **TRUE** [1] - 46:23
 **truly** [1] - 32:20
 **trust** [1] - 28:17
 **trustee** [1] - 28:11
 **try** [3] - 14:18, 31:8, 40:11
 **trying** [5] - 16:25, 31:2,
35:9, 44:5, 44:8
 **turn** [1] - 15:18
 **turned** [1] - 36:11
 **turnover** [32] - 5:12, 15:17,
18:8, 18:22, 20:16, 20:17,
21:2, 21:11, 21:16, 29:26,
30:5, 33:14, 34:6, 34:14,
34:22, 34:26, 35:13, 35:15,
35:16, 35:24, 36:11, 36:13,
37:10, 39:19, 40:22, 40:25,
41:19, 41:22, 42:3, 42:11,
42:21, 44:23
 **twelve** [1] - 13:8
 **two** [5] - 13:10, 16:9, 17:26,
26:20, 28:14

## U

 **U.S** [2] - 13:23, 14:3
 **under** [9] - 9:9, 11:23,
12:26, 13:3, 13:4, 16:17,
21:16, 33:7, 34:22
 **Under** [1] - 11:17
 **underlying** [3] - 14:16,

17:18, 17:19
 **Ungar** [3] - 3:5, 7:26, 8:4
 **UNGAR** [6] - 1:4, 1:4
 **Unless** [1] - 40:11
 **unless** [4] - 17:9, 38:18,
40:21, 41:11
 **Unlike** [1] - 16:11
 **unopposed** [1] - 44:10
 **up** [7] - 9:6, 15:7, 15:25,
35:26, 36:9, 42:5, 43:18
 **updated** [1] - 19:17
 **US** [1] - 13:10

## V

 **vacate** [27] - 4:5, 14:23,
15:2, 16:8, 17:23, 18:14,
19:6, 19:22, 30:26, 31:19,
31:24, 32:9, 32:10, 32:22,
34:3, 36:13, 36:25, 37:4,
37:5, 39:10, 42:14, 42:17,
42:23, 43:14, 45:11, 45:18
 **vacated** [2] - 38:5, 41:12

## W

 **wait** [1] - 36:13
 **waiting** [2] - 25:6, 46:6
 **wants** [3] - 29:22, 34:3,
36:19
 **ways** [1] - 12:19
 **week** [2] - 16:9, 43:7
 **weeks** [1] - 16:9
 **West** [1] - 10:2
 **William** [1] - 1:18
 **willing** [1] - 30:18
 **win** [1] - 39:2
 **wisdom** [1] - 18:22
 **wish** [1] - 9:14
 **withdraw** [3] - 17:2, 31:23,
39:11
 **withdrawing** [2] - 39:7,
41:4
 **withdrawn** [4] - 3:6, 3:9,
4:6, 17:8
 **Withdrawn** [1] - 42:26
 **withdraws** [1] - 33:5
 **Wonderland** [1] - 32:16
 **words** [2] - 25:26, 28:22
 **workers** [4] - 12:24, 28:9,
28:10
 **world** [1] - 29:23
 **write** [1] - 35:26
 **writing** [1] - 42:5
 **wrote** [4] - 5:19, 14:11,
14:13, 21:23

## Y

 **YARON** [1] - 1:4

 **Yasa** [1] - 8:13
 **years** [5] - 10:3, 11:11,
12:15, 13:9, 13:10
 **yesterday** [3] - 5:20, 16:19,
16:21
 **YISHAI** [1] - 1:4
 **YORK** [2] - 1:2, 1:2
 **York** [13] - 1:11, 1:18, 1:22,
2:6, 27:8, 33:7, 39:7, 40:16
 **yourself** [1] - 38:18

## Z

 **Zurich** [1] - 13:6