# Exhibit H

LAW OFFICE OF

# JAROSLAWICZ & JAROS

150 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038

(212) 227-2780

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS

ROBERT J. TOLCHIN
OF COUNSEL
rjt@tolchinlaw.com

March 6, 2006

**BY EMAIL AND MAIL**

Allan  N. Taffet, Esq.
Duval & Stachenfeld, LLP
300 East 42nd Street
New York, New York 10017
Email: ataffet@dsllp.com

Charles L. Kerr, Esq.
Morrison Foerster
1290 Avenue of the Americas
New York, New York 10104
Email: ckerr@mofo.com

Re:   *Ungar v. Palestinian Auth., et al.*
New York County Index no. 105521 / 05
Restraining Notice Served on Swiss American Securities, Inc.

Dear Messrs. Taffet and Kerr,

I write with regard to the Restraining Notice served by the plaintiffs/judgment-debtors ("Ungars") on Swiss American Securities, Inc. ("SASI"), and the motion by Mr. Kerr's client to vacate that Restraining Notice.

I have been advised by the New York County Sheriff's office that on February 21, 2006 SASI was served with a Sheriff's Levy and Execution with regard to the assets at issue. That Sheriff's Levy and Execution covers, levies on, and restrains all the stocks and bonds listed in SASI's original and supplemental responses to the Ungars' information subpoena (and any other assets of the Palestinian Authority and Palestine Liberation Organization however titled). By operation of CPLR  5232(a) (levy expires after 90 days "unless a proceeding under sections 5225 or 5227 has been brought."), the Sheriff's Levy and Execution will remain in effect until the conclusion of the Ungars' turnover proceeding against SASI.

JAROSLAWICZ & JAROS

March 6, 2006
Page 2 of 2

Inasmuch as the Restraining Notice (which was due to expire in any case on April 20, 2006) has been superseded by the Sheriff's Levy and Execution, the Ungars hereby withdraw the Restraining Notice.

Mr. Kerr, I trust you will now inform the Court that your motion to strike the Restraining Notice is now moot, and that the motion is withdrawn. Since Justice Kornreich typically reads motion papers the night before a motion is argued, I suggest we contact the court on a conference call right away to spare the court needless work.

Very truly yours,

Robert J. Tolchin