# Exhibit L

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: JUSTICE SHIRLEY WERNER KORNREICH          PART **54**

THE ESTATE OF YARON UNGAR

- v -

THE PALESTINIAN AUTHORITY

INDEX NO. 102101/06
MOTION DATE
MOTION SEQ. NO. # 015
MOTION CAL. NO.

The following papers, numbered 1 to ____ were read on this motion to/for ____

PAPERS NUMBERED

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits …
Answering Affidavits — Exhibits
Replying Affidavits

Cross-Motion:  Yes  No

Upon the foregoing papers, it is ordered that this motion is denied in accordance with the court's decision of the court on the Nov 5/09 record.

Dated: 11/5/09

JUSTICE SHIRLEY WERNER KORNREICH
J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE ____ FOR THE FOLLOWING REASON(S):

Check one:   FINAL DISPOSITION   ☒ NON-FINAL DISPOSITION
Check if appropriate:   DO NOT POST