# Exhibit Q

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

-----------------------------------------------------------------X
PALESTINE MONETARY AUTHORITY,

        Plaintiff,

        v.                                                Civil Action No.: 05-261L

DAVID STRACHMAN,                        Judge: Lagueux
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR, *ET AL.*,

        Defendants.

-----------------------------------------------------------------X

**PALESTINE MONETARY AUTHORITY'S RULE 41(a)(1)
NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The Palestine Monetary Authority pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby give notice of dismissal, without prejudice, of this matter.

                                                    Respectfully submitted,
                                                    GIDLEY, SARLI & MARUSAK, LLP

                                                    Michael G. Sarli, Esq. (#2719)
                                                    One Turks Head Place, Suite 900
                                                    Providence, Rhode Island 02903
                                                    Tel: (401) 274-6644
                                                    Fax: (401) 331-9304

Associate Counsel:

Haig V. Kalbian, Esq.
Claire A. DeLelle, Esq.
KALBIAN HAGERTY L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625

Enter:
Ronald R Lagueux
Sr. USDJ   8/15/05