# Exhibit T

# The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip

## Investment Policy Implementation

August 16, 2010

WaterStreet Investment Consultants, LLC
James D. Stoker, Managing Director
Greg S. Kalb, Senior Investment Consultant
W. Adam Price, Investment Analyst

Please see disclaimers on last page.

1

WATERSTREET
INVESTMENT CONSULTANTS, LLC

# Table of Contents

1. **Summary**
2. **Review of Investment Policy Statement**
3. **Expected Return Methodology**
4. **Snapshot of Portfolio**
    a. Where the Fund is today
    b. Our August 2010 Recommendation
5. **Optimization / Risk Analysis**
6. **Monte Carlo Simulation**



WATERSTREET
INVESTMENT CONSULTANTS, LLC

Please see disclaimers on last page.

2

## Summary

- The Investment Policy for The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip was executed more than a year ago and we feel that the Fund has forgone significant gains due to its extreme overweight to US equities and cash.

- Our major concern now is the lack of diversification to different fixed income sectors, international equities, and hedged investments.



Please see disclaimers on last page.

3