# Review of Investment Policy Statement

THE PALESTINIAN PENSION FUND FOR THE STATE ADMINISTRATIVE EMPLOYEES IN THE GAZA STRIP
Statement of Investment Policy, Objectives, and Guidelines

ADDENDUM A
ASSET ALLOCATION AND CAPITAL MARKETS EXPECTATIONS

SUMMARY OF PORTFOLIO ALLOCATION AND INVESTMENT MANAGER BENCHMARKS

| ASSET CLASS | INVESTMENT MANAGER | ALLOWABLE RANGE | TARGET ALLOCATION | BENCHMARK |
|---|---|---|---|---|
| **Domestic Equities** | | 5-75% | 18% | |
| Large Cap | TBD | 5-15% | 8.0% | Standard & Poor's 500 Index |
| All Cap Value | TBD | 0-15% | 2.5% | Russell 3000 Value Index |
| Mid Cap Growth | TBD | 0-15% | 2.5% | Russell 2500 Growth Index |
| Small Cap Growth | TBD | 0-15% | 2.5% | Russell 2000 Growth Index |
| Small Cap Value | TBD | 0-15% | 2.5% | Russell 2000 Value Index |
| **International Equities** | | 15-55% | 30% | |
| Developed Markets - Large | TBD | 5-20% | 10% | MSCI EAFE Index |
| Developed Markets - Small | TBD | 5-20% | 10% | MSCI EAFE Index |
| Emerging Markets | TBD | 5-15% | 10% | MSCI Emerging Markets Index |
| **Hedge Fund of Funds** | | 0-50% | 28% | |
| Absolute Return | TBD | 0-25% | 16% | HFRI FOF Conservative Index |
| Long/Short | TBD | 0-25% | 12% | HFRI Equity Hedge Index |
| **Real Assets** | | 0-30% | 9% | |
| Commodities | TBD | 0-10% | 4% | DJ UBS Commodity Index |
| Global Real Estate | TBD | 0-10% | 2% | MSCI ACW Real Estate Index |
| Natural Resources | TBD | 0-10% | 3% | Goldman Sachs Natural Resources Index |
| **Fixed Income** | | 5-75% | 14% | |
| US Intermediate | TBD | 5-25% | 4% | Barclays US Aggregate Bond Index |
| Multi-Strategy | TBD | 0-15% | 4% | Barclays US Aggregate Bond Index / HFRI Relative Value Arbitrage Index |
| High Yield | TBD | 0-15% | 2% | Merrill Lynch High Yield Index |
| International | TBD | 0-15% | 2% | Citigroup World Gov't Index |
| Emerging Markets | TBD | 0-15% | 2% | JP Morgan Emg Mkts Index |
| **Cash Equivalents** | TBD | 0-5% | 1% | 90-Day Treasury Bill Index |



WATERSTREET
INVESTMENT CONSULTANTS, LLC

# Expected Return Methodology

| Asset Class | Index | Methodology | | Expected Return Long-Term | Expected Return Short-Term |
|---|---|---|---|---|---|
| Risk Free Rate | 90-Day T-Bills | | Historical average return since 1934 | 3.50% | 1.50% |
| Large Cap US | S&P 500 | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1960 | 9.00% | 7.00% |
| Small Cap US | Russell 2000 | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1979 | 10.75% | 8.75% |
| Global Energy | S&P North American Nat Resources | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1997 | 12.50% | 10.50% |
| Global Real Estate | S&P/Citi World BMI Property | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1990 | 9.00% | 7.00% |
| Large Cap International | MSCI EAFE | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1970 | 10.00% | 8.00% |
| Small Cap International | S&P EPAC EMI | Large Cap Int'l + Expected Return | Historical premium over Large Cap International since 1990 | 10.50% | 8.50% |
| Emerging Markets Equity | MSCI Emerging Markets | Risk Free Rate + Expected Return | Volatility Adjusted versus Large Cap Int'l since 1988 | 15.25% | 13.25% |
| US Short Term Fixed Income | Barclays 1-3 Yr Gov't | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1979 | 5.00% | 3.00% |
| US Fixed Income | Barclays Aggregate Bond | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1976 | 6.25% | 4.25% |
| US Municipal Fixed Income | Merrill Lynch Municipal, 5-7 Years | US Fixed Income + Expected Return | Historical yield spread to US Fixed Income with similar duration | 6.60% | 4.60% |
| US Long term Fixed Income | Barclays Long Term G/C | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1979 | 6.75% | 4.75% |
| US High Yield | ML High Yield | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1985 | 9.50% | 7.50% |
| International Fixed Income | Citi Non-US World Govt | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1986 | 8.50% | 6.50% |
| Emerg Mkts Fixed Income | JPM Emerg Mkt Bond | Risk Free Rate + Expected Return | Historical yield spread to US Treasuries with similar duration | 9.00% | 7.00% |
| Commodities | Dow AIG Commodity | Risk Free Rate + Expected Return | Historical premium over T-Bills since 1992 plus adjustment | 10.00% | 8.00% |
| Low Volatility Hedge FOF | HFRI FOF Conservative | Risk Free Rate + Expected Return | Median annual return premium since 1990 | 8.00% | 6.00% |
| Mid Volatility Hedge FOF | HFRI FOF Diversified | Risk Free Rate + Expected Return | Median annual return premium since 1990, volatility adjusted | 10.25% | 8.25% |
| High Volatility Hedge FOF | HFRI FOF Strategic | Risk Free Rate + Expected Return | Median annual return premium since 1990, volatility adjusted | 12.00% | 10.00% |
| Private Equity | Russell 1000 | Large Cap US + Expected Return | Historical premium over Large Cap US since 1986 (Cambridge PE Index) | 12.75% | 10.75% |

Expected returns for each asset class are determined using a risk-premium methodology which is reviewed and revised on an annual basis. The risk-premium methodology begins with the WaterStreet Investment Committee's 10 year expected return for 90 day Treasury Bills. The Committee reviews historic returns, current rates, and the current market environment to determine the expectation. The expected returns are simply a forecast of possible outcomes and in no way constitute a guarantee of future performance.



**WATERSTREET** INVESTMENT CONSULTANTS, LLC

Please see disclaimers on last page.

# Snapshot as of 7/31/2010

### Previously Recommended Allocation

- Equity 51%
- Cash 1%
- Real Assets 10%
- Fixed Income 10%
- Alternatives 28%

### Current Allocation

- Equity 53%
- Cash 7%
- Fixed Income 40%

## Previously Recommended Allocation
Holding Period Return (beginning at 5/1/2009 when Investment Policy was executed: **+21.6% or $22,907,862**

## Current Allocation (Index Weighted)
Holding Period Return (beginning at 5/1/2009 when Investment Policy was executed: **+14.7% or $15,634,703**



WATERSTREET
INVESTMENT CONSULTANTS, LLC

Please see disclaimers on last page.

6

## Snapshot Breakdown as of 7/31/2010

| | Equity | Fixed Income | Alternatives | Real Assets | Cash & Equiv. | TOTAL |
|---|---|---|---|---|---|---|
| **Current Allocation (Indices)** | | | | | | |
| S&P 500 Index | 64,564,542 | | | | | 64,564,542 |
| Barclays Interm Govt' Credit Bond Index | | 48,727,956 | | | | 48,727,956 |
| 90-Day T-Bills | | | | | 8,527,392 | 8,527,392 |
| **Current Allocation Totals** | **$ 64,564,542** | **$ 48,727,956** | **$  -** | | **$ 8,527,392** | **$121,819,891** |
| **Previously Recommended Allocation** | | | | | | |
| Vanguard 500 Index | 10,446,074 | | | | | 10,446,074 |
| Snow Capital Opportunity I | 3,430,578 | | | | | 3,430,578 |
| Turner Mid Cap Growth Instl | 3,400,315 | | | | | 3,400,315 |
| Keeley Small Cap Value I | 3,319,880 | | | | | 3,319,880 |
| Buffalo Small Cap | 3,163,788 | | | | | 3,163,788 |
| Thornburg International Value I | 13,312,437 | | | | | 13,312,437 |
| T Rowe Price International Discovery | 14,737,442 | | | | | 14,737,442 |
| Driehaus Emerging Markets Growth | 15,350,131 | | | | | 15,350,131 |
| Credit Suisse Commodity Return Strategy | | | | 4,948,655 | | 4,948,655 |
| Alpine International Real Estate | | | | 3,259,673 | | 3,259,673 |
| RS Global Natural Resources | | | | 4,169,892 | | 4,169,892 |
| PIMCO Total Return Instl | | 4,874,750 | | | | 4,874,750 |
| Driehaus Active Income | | | 4,754,123 | | | 4,754,123 |
| T Rowe Price High Yield | | 2,774,194 | | | | 2,774,194 |
| Loomis Sayles Global Bond Instl | | 2,561,187 | | | | 2,561,187 |
| PIMCO Emerging Markets Bond Instl | | 2,673,955 | | | | 2,673,955 |
| Goldman Sachs Absolute Return Tracker Fund | | | 17,630,139 | | | 17,630,139 |
| Goldman Sachs Absolute Return Tracker Fund | | | 13,222,604 | | | 13,222,604 |
| Cash | | | | | 1,063,232 | 1,063,232 |
| **Previously Recommended Allocation Totals** | **$ 67,160,645** | **$ 12,884,086** | **$ 35,606,867** | **$ 12,378,220** | **$ 1,063,232** | **$129,093,050** |

- Previously Recommended Allocation Totals were derived from the Total Portfolio's back-dated estimated 5/1/2009 values and then used actual returns from mutual funds during holding period (5/1/2009 – 7/31/2010).



Please see disclaimers on last page.

7