# New Allocation Recommendation



Cash
1%

US Large Cap Equity
9%

US Small Cap Equity
9%

Int'l Small Equity
10%

Int'l Large Equity
10%

Emerging Markets Equity
10%

US Intermediate Bond
4%

High Yield Bond
2%

Global Bond
2%

Emerging Markets Bond
2%

Global Energy
3%

Global Real Estate
2%

Commodities
4%

Low Vol HFOF
20%

Mid Vol HFOF
12%

Please see disclaimers on last page.



8

# Optimization / Risk Analysis

## Asset Allocation Analysis

### Analysis Inputs
Case: 2010 Inputs

| Assets | Forecast Return | Forecast Risk | Date Start | Date End | Constraint Min | Constraint Max |
|---|---|---|---|---|---|---|
| Large Cap US Equity | 7.0% | 16.1% | Jan 2000 | Dec 2006 | 0% | 75% |
| Small Cap US Equity | 8.6% | 21.5% | Jan 2000 | Dec 2006 | 0% | 15% |
| Global Energy | 10.2% | 23.5% | Jan 2000 | Dec 2006 | 0% | 15% |
| Global Real Estate | 7.0% | 20.1% | Jan 2000 | Dec 2006 | 0% | 15% |
| Large Cap Intl Eq | 8.0% | 17.9% | Jan 2000 | Dec 2006 | 0% | 15% |
| Small Cap Intl Eq | 8.5% | 19.5% | Jan 2000 | Dec 2006 | 0% | 20% |
| Emerging Mkt Equity | 13.2% | 24.7% | Jan 2000 | Dec 2006 | 0% | 20% |
| US Intermediate Bond | 4.3% | 3.6% | Jan 2000 | Dec 2006 | 0% | 20% |
| High Yield Bond | 7.5% | 11.0% | Jan 2000 | Dec 2006 | 0% | 15% |
| International Bond | 6.5% | 9.0% | Jan 2000 | Dec 2006 | 0% | 15% |
| Emerging Mkt Bond | 7.0% | 10.8% | Jan 2000 | Dec 2006 | 0% | 15% |
| Commodities | 6.0% | 17.4% | Jan 2000 | Dec 2006 | 0% | 10% |
| Low Vol Hedge FOF | 6.0% | 4.3% | Jan 2000 | Dec 2006 | 0% | 35% |
| Mid Vol Hedge FOF | 8.3% | 6.4% | Jan 2000 | Dec 2006 | 0% | 35% |
| High Vol Hedge FOF | 10.2% | 8.0% | Jan 2000 | Dec 2006 | 0% | 100% |
| Private Equity | 10.8% | 15.3% | Jan 2000 | Dec 2006 | 0% | 0% |
| Citigroup 3-month T- | 1.8% | 0.5% | Jan 2000 | Dec 2006 | 0% | 20% |
| | | | | | | |
| Benchmark S&P 500 | 9.0% | 16.1% | Jan 2000 | Dec 2006 | | |

**Projection Inputs:**
Target Return: 8.6%
Time Horizon: 20 Years
Initial Value: $121,820,000

### Correlations

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Large Cap US Equity | 1.00 | | | | | | | | | | | | | | | | |
| 2. Small Cap US Equity | 0.79 | 1.00 | | | | | | | | | | | | | | | |
| 3. Global Energy | 0.66 | 0.50 | 1.00 | | | | | | | | | | | | | | |
| 4. Global Real Estate | 0.64 | 0.66 | 0.52 | 1.00 | | | | | | | | | | | | | |
| 5. Large Cap Intl Eq | 0.85 | 0.68 | 0.72 | 0.66 | 1.00 | | | | | | | | | | | | |
| 6. Small Cap Intl Eq | 0.77 | 0.76 | 0.68 | 0.76 | 0.95 | 1.00 | | | | | | | | | | | |
| 7. Emerging Mkt Equity | 0.76 | 0.77 | 0.68 | 0.73 | 0.87 | 0.88 | 1.00 | | | | | | | | | | |
| 8. US Intermediate Bond | -0.09 | -0.07 | -0.03 | 0.16 | -0.03 | 0.07 | -0.03 | 1.00 | | | | | | | | | |
| 9. High Yield Bond | 0.52 | 0.55 | 0.22 | 0.48 | 0.48 | 0.55 | 0.66 | 0.23 | 1.00 | | | | | | | | |
| 10. International Bond | -0.03 | -0.04 | 0.13 | 0.07 | 0.25 | 0.26 | 0.08 | 0.68 | 0.08 | 1.00 | | | | | | | |
| 11. Emerging Mkt Bond | 0.53 | 0.53 | 0.31 | 0.45 | 0.47 | 0.54 | 0.61 | 0.44 | 0.62 | 0.14 | 1.00 | | | | | | |
| 12. Commodities | 0.23 | 0.24 | 0.68 | 0.33 | 0.34 | 0.43 | 0.44 | 0.09 | 0.24 | 0.05 | 0.35 | 1.00 | | | | | |
| 13. Low Vol Hedge FOF | 0.53 | 0.55 | 0.55 | 0.51 | 0.54 | 0.57 | 0.62 | -0.00 | 0.48 | 0.01 | 0.51 | 0.32 | 1.00 | | | | |
| 14. Mid Vol Hedge FOF | 0.58 | 0.66 | 0.56 | 0.55 | 0.73 | 0.74 | 0.77 | -0.00 | 0.54 | 0.01 | 0.54 | 0.44 | 0.65 | 1.00 | | | |
| 15. High Vol Hedge FOF | 0.64 | 0.72 | 0.59 | 0.51 | 0.76 | 0.78 | 0.82 | -0.01 | 0.57 | -0.00 | 0.51 | 0.44 | 0.64 | 0.91 | 1.00 | | |
| 16. Private Equity | 0.72 | 0.66 | 0.44 | 0.33 | 0.69 | 0.66 | 0.69 | -0.16 | 0.47 | -0.18 | 0.38 | -0.03 | 0.56 | 0.66 | 0.67 | 1.00 | |
| 17. Citigroup 3-month T- | 0.01 | 0.01 | 0.07 | 0.03 | 0.01 | 0.01 | 0.05 | 0.06 | 0.01 | 0.08 | 0.02 | 0.08 | 0.25 | 0.18 | 0.18 | 0.14 | 1.00 |

Please see disclaimers on last page.

WATERSTREET
INVESTMENT CONSULTANTS, LLC

## Optimization / Risk Analysis

**Efficient Frontier**
Case: 2010 Inputs    Return vs. Risk, (Standard Deviation)

Return (y-axis: 0 to 16)
Risk (Standard Deviation) (x-axis: 0 to 30)

Data points:
- Citigroup 3-month T-
- US Intermediate Bond
- Low Vol Hedge FOF
- Current Alloc
- Mid Vol Hedge FOF
- International Bond
- Emerging Mkt Bond
- High Yield Bond
- Recommended Alloc
- High Vol Hedge FOF
- Large Cap US Equity
- Commodities
- Large Cap Int'l Eq
- Global Real Estate
- Small Cap Int'l Eq
- Small Cap US Equity
- Private Equity
- Global Energy
- Emerging Mkt Equity

WATERSTREET
INVESTMENT CONSULTANTS, LLC

Please see disclaimers on last page.

# Optimization / Risk Analysis

## Asset Allocation Analysis



### Portfolio Statistics

Case 2010 Inputs   Target Return: 6.50% - 30 Year Time Horizon - 65% of Projected Return Distribution

### Portfolio Allocations

| | Current Alloc | Recommended Alloc |
|---|---|---|
| **Asset Allocations** | | |
| Large Cap US Equity | 63.0% | 9.6% |
| Small Cap US Equity | 0.0% | 9.2% |
| Global Energy | 0.0% | 3.0% |
| Global Real Estate | 0.0% | 2.0% |
| Large Cap Int'l Eq | 0.0% | 10.0% |
| Small Cap Int'l Eq | 0.0% | 10.0% |
| Emerging Mkt Equity | 0.0% | 10.0% |
| US Intermediate Bond | 40.0% | 4.0% |
| High Yield Bond | 0.0% | 2.0% |
| International Bond | 0.0% | 2.0% |
| Emerging Mkt Bond | 0.0% | 2.0% |
| Commodities | 0.0% | 4.0% |
| Low Vol Hedge FOF | 0.0% | 20.0% |
| Mid Vol Hedge FOF | 0.0% | 12.0% |
| Citigroup 3-month T-... | 7.0% | 1.0% |
| **Turnover** | | |
| Total Turnover | | 86.2% |

### Portfolio Statistics

| | Current Alloc | Recommended Alloc |
|---|---|---|
| **Expected Return (Annualized)** | | |
| One Year | 5.5% | 8.0% |
| Time Horizon | 6.2% | 7.4% |
| **Expected Risk** | | |
| One Year | 8.6% | 11.6% |
| Time Horizon | 1.9% | 2.6% |
| **Best Case Return (Annualized)** | | |
| One Year | 23.3% | 32.4% |
| Time Horizon | 9.0% | 12.5% |
| **Worst Case Return (Annualized)** | | |
| One Year | -10.3% | -13.0% |
| Time Horizon | 1.5% | 2.4% |
| **Probability of Target Return** | | |
| One Year | 36.0% | 46.0% |
| Time Horizon | 4.3% | 32.8% |
| **Probability of Negative Return** | | |
| One Year | 28.7% | 26.4% |
| Time Horizon | 0.3% | 0.2% |
| **Benchmark Tracking** | Tracking to Market Benchmark | |
| R-Squared | 97% | 74% |
| Tracking Error | 7.98% | 6.50% |

Please see disclaimers on last page.

**WATERSTREET**
INVESTMENT CONSULTANTS, LLC

# Monte Carlo Simulation

## Forecasted Market Values – Current Portfolio

| Portfolio Value | Year 5 |
|---|---|
| 10th Percentile: | $196,988,800 |
| 25th Percentile: | $176,774,000 |
| 50th Percentile: | $156,569,312 |
| 75th Percentile: | $138,966,256 |
| 90th Percentile: | $124,510,752 |

| Mean Return: | 5.51% |
|---|---|
| Std Deviation: | 8.55% |

## Forecasted Market Values – New Recommended Portfolio

| Portfolio Value | Year 5 |
|---|---|
| 10th Percentile: | $237,581,104 |
| 25th Percentile: | $203,993,344 |
| 50th Percentile: | $173,885,456 |
| 75th Percentile: | $148,125,888 |
| 90th Percentile: | $127,712,264 |

| Mean Return: | 7.97% |
|---|---|
| Std Deviation: | 11.58% |

- Monte Carlo Simulation was generated by using WaterStreet's short-term expected returns for each asset class. The median portfolio values and returns (highlighted in red) is based on 5 year expected returns.

- Current Portfolio is projected to return +5.51% or +$34,749,421. Our New Recommended Portfolio is projected to return +7.97% or +$52,065,565



WATERSTREET
INVESTMENT CONSULTANTS, LLC

Please see disclaimers on last page.

12