## CERTIFICATE OF SERVICE

       I hereby certify that on the 18th day of August, 2010, the following documents were filed electronically and thereby made available for viewing and downloading from the Court's Electronic Case Filing System:

1. Motion for Admission Pro Hac Vice of Charles L. Kerr, Esq.;

2. Motion for Admission Pro Hac Vice of Mark David McPherson, Esq.; and

3. Motion for Admission Pro Hac Vice of Harold McElhinny, Esq.

       I further hereby certify that on the 18th day of August, 2010, the Applications for Admission Pro Hac Vice associated with the above-referenced Motions were filed conventionally with the Court and served by First Class Mail to all counsel of record as follows:

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI   02903

Ramsey Clark, Esq.
Lawrence W. Schilling, Esq.
Clark & Schilling Law Offices
36 East 12$_{th}$ Street
New York, NY   10003

Richard A. Hibey, Esq.
Brian A. Hill, Esq.
Mark J. Rochon, Esq.
Miller & Chevalier Chartered
655 Fifteenth St, NW – Suite 900
Washington, DC   20005

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio LLP
55 Dorrance Street - Suite 400
Providence, RI   02903

James R. Oswald, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

Karen Pelczarski, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI  02903

Tamara L. Schlinger, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY  10005-1702

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street; Suite 400
Providence, RI  02903

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI  02903

/s/ Joseph V. Cavanagh, III