AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| The Estate of Yaron Ungar, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 00-105L |
| The Palestinian Authority, et al. ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___07/13/2004___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending. A motion for relief from the default judgment has been filed by Defendants The Palestinian Authority and the Palestine Liberation Organization. An evidentiary hearing on the motion is scheduled for January 18, 2011.

Date: ___08/25/2010___

CLERK OF COURT
David A. DiMarzio

By: *Paulette J Dube*
Signature of Clerk or Deputy Clerk
Chief