UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, *et al.,* : | |
| Plaintiffs : | |
| : | |
| Vs. : | C.A. No. 00-105L (RLL) |
| : | |
| THE PALESTINIAN AUTHORITY, *et al.,* : | |
| Defendants : | |

ENTRY OF APPEARANCE

    Joseph V. Cavanagh, Jr. hereby enters his appearance on behalf of Third-Party Intervenor, The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip.

                        THE PALESTINIAN PENSION FUND FOR
                        THE STATE ADMINISTRATIVE
                        EMPLOYEES IN THE GAZA STRIP,

                        By its Attorneys,

                        /s/ Joseph V. Cavanagh, Jr.

                        Joseph V. Cavanagh, Jr. (#1139)
                        BLISH & CAVANAGH, LLP
                        30 Exchange Terrace
                        Providence, RI 02903
                        (401) 831-8900
                        (401) 751-7542 (fax)
                        jvc@blishcavlaw.com

Dated: August 31, 2010

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court DM/ECF System.

                                                                 /s/ Joseph V. Cavanagh, Jr.