# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| The Estates of YARON UNGAR and EFRAT UNGAR, by and through the Administrator of their estates David Strachman; DVIR UNGAR, minor, by his guardians and next friend; YISHAI UNGAR, minor, by his guardians and next friend; PROFESSOR MEYER UNGAR, JUDITH UNGAR, RABBI URI DASBERG, JUDITH DASBERG, (individually and in their capacities as legal guardians of plaintiffs Dvir Ungar and Yishai Ungar); AMICHAI UNGAR; DAFNA UNGAR AND MICHAL COHEN, <br><br> Plaintiffs <br><br> v. <br><br> THE PALESTINIAN AUTHORITY (A.K.A. "THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY"), THE PALESTINE LIBERATION ORGANIZATION, YASSER ARAFAT, JIBRIL RAJOUB, MUHAMMED DAHLAN, AMIN AL-HINDI, TAWFIK TIRAWI, RAZI JABALI, HAMAS – ISLAMIC RESISTANCE MOVEMENT (A.K.A. "HARAKAT AL-MUQAWAMA AL-ISLAMIYYA"), ABDEL RAHMAN ISMAIL ABDEL RAHMAN GHANIMAT, JAMAL ABDEL FATAH TZABICH AL HOR, RAED FAKHRI ABU HAMDIYA, IBRAHIM GHANIMAT and IMAN MAHMUD HASSAN FUAD KAFISHE, <br><br> Defendants | C.A. No. 00-105L |

<u>ORDER</u>

In view of the fact that the Court of Appeals has stated that when a party is moving to set aside a judgment that was

secured by intentional and deliberate default the matter is fact specific, the Court will hold an evidentiary hearing to determine precisely what the facts are concerning the deliberate decision to default and the factual circumstances surrounding that matter.

The defendants will have the burden of proving the variety of factors set forth by the Court of Appeals which would justify a vacation of the judgment under these circumstances, including exceptional circumstances.

At an appropriate time, the Court will have a scheduling conference with the attorneys and establish a schedule for discovery and the filing of pre-hearing memoranda.

ENTER:                                          BY ORDER,

*/s/ Ronald R. Lagueux*                         */s/*
Ronald R. Lagueux                               Deputy Clerk
Senior Judge
April 1, 2010