# EXHIBIT G

Case 1:00-cv-00105-L-DLM Document 519-7 Filed 09/01/10 Page 2 of 4 PageID #: 3301
Case 1:00-cv-00105-L-DLM Document 408-1 Filed 12/28/07 Page 2 of 4
DEC-11-2007 16:39    JUDGE VICTOR MARRERO                    212 805 6382    P.02/04

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LESLYE KNOX, individually, as personal   :
representative of the Estate of Aharon   :
Ellis and as natural guardian of         :
plaintiffs Jordan Terrell Ellis, Reuven  :
Carter, Shanon Carter, Shayrah Carter,   :
Yoshavyah Carter and Amitai Carter,      :
JORDAN TERRELL ELLIS, minor, REUVEN      :
CARTER, minor, SHANON CARTER, minor,     :
SHAYRAH CARTER, minor, AMITAI CARTER,    :
minor, by their next friend and guardian :
Leslye Knox, PRINCE SHALEAK, MELLONEE    :
ELLIS, FRANCINE ELLIS, LYNNE ELLIS,      :
YIHONADAV ELLIS, TSAPHRIRAH ELLIS and    :   03 Civ. 4466
ARON CARTER,                             :
                                         :
                   Plaintiffs,           :
                                         :          ORDER
        - against -                      :
                                         :
THE PALESTINE LIBERATION ORGANIZATION,   :
THE PALESTINIAN AUTHORITY (aka "The      :
Palestinian Interim Self-Government      :
Authority" and/or "The Palestinian       :
Council" and/or "The Palestinian         :
National Authority"), YASSER ARAFAT,     :
MARWAN BARGHOUTI, NASSER AWIS, ZIAD      :
MUHAMMAD DAAS, ESTATE OF ABDEL SALAM     :
SADEK HASSUNA, deceased and JOHN DOES    :
1-99,                                    :
                                         :
                   Defendants.           :
------------------------------------X
```

VICTOR MARRERO, United States District Judge.

## I. BACKGROUND

This action was brought under the Antiterrorism Act of 1991, 18 U.S.C. §§ 2331-2339D, by the representatives and heirs of Aharon Ellis, an American citizen who was murdered in a terrorist shooting in Hadera, Israel, on January 17, 2002.

Case 1:09-cv-00105-L-DLM Document 519-7 Filed 09/01/10 Page 3 of 4 PageID #: 3302
Case 1:00-cv-00105-L-DLM Document 408-1 Filed 12/28/07 Page 3 of 4
DEC-11-2007 16:40   JUDGE VICTOR MARRERO   212 805 6382   P.03/04

Plaintiffs ("Plaintiffs") contend that the terrorist attack was planned and carried out by defendants Palestine Liberation Organization and Palestine Authority (collectively, "Defendants"). This Court issued a default judgment dated July 11, 2006 (the "Default Judgment") in favor of Plaintiffs, after Defendants failed to answer the Plaintiffs' complaint and to acknowledge the jurisdiction of this Court.

Currently before this Court is Defendants' Motion for Relief from Judgment, dated July 31, 2007, seeking to vacate the Default Judgment. Defendants allege that "[a]n allegation of terrorist activities against [Defendants], with whom the United States has diplomatic relations and views as critical participants in the on-going peace process in the Middle East," will have significant foreign policy consequences. (See Defendants' Reply to Plaintiffs' Memorandum in Opposition, dated November 15, 2007). Accordingly, the Court seeks an expression from the United States of America as to whether it contemplates issuing any suggestion of interest in the resolution of this case or in any of the other similar cases pending in other Districts.

## II. ORDER

For the reasons discussed above, it is hereby

**ORDERED** that the United States of America (the "Government") is directed to inform this Court within forty-five days of the

-2-

Case 1:00-cv-00105-L-DLM Document 519-7 Filed 09/01/10 Page 4 of 4 PageID #: 3303
Case 1:00-cv-00105-L-DLM Document 408-1 Filed 12/28/07 Page 4 of 4
DEC-11-2007 16:43    JUDGE VICTOR MARRERO                    212 805 6382   P.04/04

date of this Order whether the Government contemplates issuing a suggestion of interest in the resolution of this case, or in any of the other cases pending in other Districts against the defendants in this action raising similar issues as to the appropriateness of reopening default judgments entered against the defendants.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         11 December 2007

                                    Victor Marrero
                                    U.S.D.J.

-3-