**CREDIT SUISSE | PRIVATE BANKING**

8070 ZUERICH-PARADEPLATZ
01/333 1111

Account holder

630
05

**COPY**

| STATEMENT OF ACCOUNT | PER 30.06.97 |
|---|---|

Account No. 883237-32
CURRENT ACCOUNT

THE PALESTINIAN PENSION FUND OF STATE ADMINISTRATIVE EMPLOYEES REPR.BY THE PNA
RET

Currency: US DOLLARS   HBL 1   Sheet 1

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance |
|---|---|---|---|---|---|---|---|
| 290197 | OPENING OF ACCOUNT | | | | | | |
| 300197 | PAYMENT 74MORGAN STANLEY + CO INC NY O/REF-O | | | | 67,000,000.00 | 290197 | 67,000,000.00 C |
| 300197 | FIDUC. CALL DEPOSIT XFHA 089-922-650 | | | 63,999,000.00 | | 300197 | |
| 300197 | HANDLING-FEE XFHA 089-922-650 | | | 74.62 | | 300197 | |
| 240297 | NEW ISSUES 25,575.45 BELINVEST BRAZIL FD | | | 3,010,950.29 | | 300197 | 10,024.91 D |
| 010497 | NEW ISSUES 34,074.45 BELINV.REALTY FD-A | | | 4,014,599.69 | | 040297 | |
| 150497 | NEW ISSUES 34,074.45 BELINVEST REALTY FD | | | 4,014,599.69 | | 040297 | |
| 150497 | REVERSAL 34,074.45 BELINV.REALTY FD-A | 9021 | | | 4,014,599.69 | 040297 | 4,024,624.60 D |
| 050297 | HANDLING-FEE XFHA 089-922-650 | | | 70.42 | | 060297 | |
| 050297 | FIDUC. CALL DEP.-REDUCTION XFHA 089-922-650 | | | | 54,000,000.00 | 060297 | |
| 100297 | NEW ISSUES 32,368.325 BELINVEST MULTI BND | | | 50,182,498.99 | | 060297 | 207,194.01 D |
| 130297 | SECUR. PURCH. 5,000,000 5.725 MIDLAND FRN | | | 4,521,618.94 | | 180297 | |
| 130297 | SECUR. PURCH. 5,000,000 5.9 ST.CHART.85FRN3 | | | 4,428,700.83 | | 180297 | |
| 140297 | HANDLING-FEE XFHA 089-922-650 | | | 70.42 | | 180297 | |
| 140297 | FIDUC. CALL DEP.-REDUCTION XFHA 089-922-650 | | | | 9,150,000.00 | 180297 | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

☐ In your favour = C
In our favour = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

CONFIDENTIAL MATERIAL

PPF 0006268

**CREDIT SUISSE | PRIVATE BANKING**

8070 ZUERICH-PARADEPLATZ
01/333 1111

STATEMENT OF ACCOUNT — PER 30.06.97

Account No. 883237-32
CURRENT ACCOUNT

COPY

| Currency | Sheet | |
|---|---|---|
| US DOLLARS | HBL 1 | 2 |

Account holder:
THE PALESTINIAN PENSION FUND OF STATE ADMINISTRATIVE EMPLOYEES REPR. BY THE PNA
RET
630 05

RET

| Date | Text | Ref. legend | In our favour | In your favour | Value | Balance |
|---|---|---|---|---|---|---|
| 180297 | FID. CALL DEP. INT. SETTLEMT. XFHA 089-925-650 | | | 76,080.84 | 180297 | 68,496.64 C |
| 130297 | SECUR. PURCH. 4,000,000 5.90 WESTPAC FRN | | 3,720,515.07 | | 190297 | |
| 170297 | FIDUC. CALL DEP. LIQUIDATION XFHA 089-925-650 | | | 849,000.00 | 190297 | |
| 190297 | FID. CALL DEP. INT. SETTLEMT. XFHA 089-925-650 | | | 109.08 | 190297 | |
| 200297 | PAYMENT MORGAN STANLEY NEW YORK NY | | 2,532,780.88 | | 190297 | |
| 050297 | PAYMENT THE PALESTINIAN PENSION FUND OF STAT | | 2,955,000.00 | | 190297 | 2,684,871.53 C |
| 190297 | SECUR. PURCH. 3,000,000 5.8125 CIBC 85 FRN | | 2,637,765.00 | | 240297 | 47,106.53 C |
| 200397 | SECUR. PURCH. 3,000,000 3.59375 NBC 2087FRN | | 2,487,451.96 | | 250397 | |
| 030497 | PAYMENT THE PALESTINIAN PENSION FUND OF STAT | | 2,455,000.00 | | 250397 | 14,654.57 C |
| 270397 | COUPONS 4,000,000 5.61875 WESTPAC FRN | | | 116,688.89 | 270397 | 131,343.46 C |
| 180397 | TRANSFER BAL. OF CLOSING ENTRIES FROM ACC. 883237-32-2 | | | 18,602.14 | 280397 | |
| 060497 | PAYMENT ORDER THE PALESTINIAN PENSION FUND OF STAT | | 110,000.00 | | 280397 | 2,741.32 C |
| 040697 | FIDUC. CALL DEPOSIT XFHA 132-071-131 | | 50,002,000.00 | | 070497 | |
| 040697 | HANDLING-FEE XFHA 132-071-131 | | 69.44 | | 070497 | |
| 060497 | PAYMENT EURO-TRADE BANK LTD TEL AVIV | | | 50,000,000.00 | 070497 | 671.88 C |

* Legend:
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

☐ In our favour = D
☐ In your favour = C

Yours faithfully

CREDIT SUISSE

Form without signature

Conditions governing your deposits in foreign currencies

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The court's of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**
According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

CONFIDENTIAL MATERIAL
PPF 0006269

**CREDIT SUISSE | PRIVATE BANKING**

8070 ZUERICH-PARADEPLATZ
01/333 1111

**COPY**

STATEMENT OF ACCOUNT    PER 30.06.97

Account No. 883237-32
CURRENT ACCOUNT

Currency: US DOLLARS     Sheet: HBL 1     3

Account holder
THE PALESTINIAN PENSION FUND OF   630
STATE ADMINISTRATIVE EMPLOYEES    05
REPR. BY THE PNA
RET

RET

| Date | Text | Ref. legend * | In our favour | In your favour | Value | Balance |
|---|---|---|---|---|---|---|
| 080497 | FIDUC. CALL DEP.-INCREASE XFHA 132-071-131 | | 39,025,000.00 | | 080497 | |
| 080497 | HANDLING-FEE XFHA 132-071-131 | | 69.44 | | 080497 | |
| 100497 | PAYMENT PALESTINIAN PENSION FUND | | | 39,026,635.70 | 080497 | 2,238.14 C |
| 090497 | HANDLING-FEE XFHA 132-071-131 | | 69.44 | | 100497 | |
| 090497 | FIDUC. CALL DEP.-REDUCTION XFHA 132-071-131 | | | 30,000,000.00 | 100497 | |
| 140497 | NEW ISSUES 19,558.244 BELINVEST MULTI BND | | | | | |
| 090497 | SECUR. PURCH. 6,000,000 5.8125NATWEST-B-FRN | | 30,109,499.31 | | 100497 | 107,330.61 D |
| 090497 | SECUR. PURCH. 5,000,000 5.775 ANZ BK 86 FRN | | 5,419,097.81 | | 140497 | |
| 090497 | SECUR. PURCH. 4,000,000 3.59375 NBC 2087FRN | | 4,616,558.44 | | 140497 | |
| 090497 | SECUR. PURCH. 2,000,000 5.875 MIDL.BK85 FRN | | 3,324,604.69 | | 140497 | |
| 100497 | SECUR. PURCH. 6,000,000 5.90 WESTPAC FRN | | 1,818,880.50 | | 140497 | |
| 110497 | SECUR. PURCH. 6,000,000 5.90 WESTPAC FRN | | 5,398,475.40 | | 140497 | |
| 110497 | HANDLING-FEE XFHA 132-071-131 | | 5,398,475.40 | | 140497 | |
| 110497 | REVERSAL 6,000,000 5.90 WESTPAC FRN | 9011 | 69.44 | | 140497 | |
| 110497 | FIDUC. CALL DEP.-REDUCTION XFHA 132-071-131 | | | 5,398,475.40 | 140497 | |
| 140497 | SECUR. PURCH. 6,000,000 5.90 WESTPAC FRN | | 5,398,851.15 | 20,580,000.00 | 140497 | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

☐ In your favour = C
   In our favour = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

Conditions governing your deposits in foreign currencies

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

Important!

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

**CONFIDENTIAL MATERIAL**

PPF 0006270

CONFIDENTIAL MATERIAL

PPF 0006271

# CREDIT SUISSE | PRIVATE BANKING

01/333 1111
8070 ZUERICH-PARADEPLATZ

**STATEMENT OF ACCOUNT**  PER 30.06.97

Account No. 883237-32
CURRENT ACCOUNT

Currency: US DOLLARS

Sheet: HBL 1 / 4

COPY

Account holder:
THE PALESTINIAN PENSION FUND OF STATE ADMINISTRATIVE EMPLOYEES  630
REPR. BY THE PNA  05
RET  059

| Date | Text | Ref. legend | In our favour | In your favour | Value | Balance |
|---|---|---|---|---|---|---|
| 140497 | REVERSAL | | | | | |
| | 6,000,000 5.90 WESTPAC FRN | 9011 | | | | |
| 100497 | SECUR. PURCH. | | | 5,398,475.40 | 140497 | 105,392.64 D |
| | 6,000,000 5.25 PARIBAS FRN | | 6,099,598.46 | | | |
| 140497 | HANDLING-FEE XFHA 132-071-131 | | 69.44 | | 150497 | |
| 140497 | FIDUC. CALL DEP.-REDUCTION | | | | 150497 | |
| | XFHA 132-071-131 | | | | | |
| 160497 | PAYMENT ORDER BELESTA ZUERICH | | 70,505.02 | 6,170,000.00 | 150497 | 35,060.54 D |
| 250497 | HANDLING-FEE XFHA 132-071-131 | | 69.44 | | 160497 | 105,565.56 D |
| 250497 | FIDUC. CALL DEP.-REDUCTION | | | | 280497 | |
| | XFHA 132-071-131 | | | | | |
| 210597 | NEW ISSUES | | | 2,115,000.00 | 280497 | |
| | 16,114.74 BELINVEST BRAZIL FD | | 2,007,300.38 | | 280497 | |
| 290497 | HANDLING-FEE XFHA 132-071-131 | | 69.44 | | 300497 | 2,064.62 C |
| 290497 | FIDUC. CALL DEP.-REDUCTION | | | | | |
| | XFHA 132-071-131 | | | | | |
| 300497 | FID. CALL DEP. INT. SETTLEMT. | | | 28,162,000.00 | 300497 | |
| | XFHA 132-071-131 | | | | | |
| 300497 | COUPONS | | | 141,239.54 | 300497 | |
| | 5,000,000 5.7125 ANZ BK 86FRN | | | | | |
| 090597 | NEW ISSUES | | | 145,177.08 | 300497 | |
| | 29,126.213 BELINVEST EQUIPLUS | | | | | |
| 120697 | NEW ISSUES | | 30,109,499.39 | | 300497 | 1,659,087.59 D |
| | 6,410.215 BELINVEST MULTI BND | | | | | |
| 070597 | SECUR. SALE | | 10,036,499.50 | | 080597 | 11,695,587.09 D |
| | 5,000,000 6.2125 ANZ BK 86FRN | | | 4,486,275.10 | 060597 | |
| 090597 | SECUR. SALE | | | 5,436,605.00 | 060597 | 1,772,706.99 D |
| | 6,000,000 5.8125NATWEST-B-FRN | | | | | |

Legend:
F = Free of commission
N = Not subject to deduction of interest
d = Subject to deduction of interest, debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

☐ In your favour = C
☐ In our favour = D

Yours faithfully
CREDIT SUISSE

Form without signature

Conditions governing your deposits in foreign currencies

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effect as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**
According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

**CREDIT SUISSE | PRIVATE BANKING**

8070 ZUERICH-PARADEPLATZ
01/333 1111

**COPY**

| STATEMENT OF ACCOUNT | PER 30.06.97 |

Account No. 883237-32
CURRENT ACCOUNT

Currency: US DOLLARS    HBL 1    Sheet 5

Account holder
THE PALESTINIAN PENSION FUND OF    630
STATE ADMINISTRATIVE EMPLOYEES    05
REPR.BY THE PNA
RET

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance |   |
|---|---|---|---|---|---|---|---|---|
| 020697 | FID. CALL DEP. INT. SETTLEMT. XFHA 132-071-131 | | | | 8,912.50 | 310597 | 1,763,794.49 | D |
| 040697 | FIDUC. CALL DEP.LIQUIDATION XFHA 132-071-131 | | | | 2,000,000.00 | 060697 | | |
| 090697 | FID. CALL DEP. INT. SETTLEMT. XFHA 132-071-131 | | | | 1,725.00 | 060697 | 237,930.51 | C |
| 100697 | COUPONS 5,000,000 5.8375ST.CHAT85FRN3 | | | | 149,138.89 | 100697 | 387,069.40 | C |
| 170697 | COUPONS 7,000,000 5.75 PARIBAS FRN | | | | 102,861.11 | 170697 | | |
| 170697 | COUPONS 5,000,000 5.9125 MIDLAND FRN | | | | 144,715.28 | 170697 | 634,645.79 | C |
| 180697 | SECUR. PURCH. 5,000,000 6.5 FLEMING FLR. | | | 4,277,705.00 | | 230697 | | |
| 180697 | SECUR. SALE 5,000,000 6.025 WESTPAC FRN | | | | 4,614,391.61 | 230697 | 971,332.40 | C |
| 270697 | COUPONS 2,000,000 5.875 MIDL.BK85 FRN | | | | 59,402.78 | 270697 | 1,030,735.18 | C |
| 300697 | BALANCE OF CLOSING ENTRIES | | | 23,312.49 | | 300697 | 1,007,422.69 | C |
| | | | | | | | ************** | |
| 190697 | TRANSFER BAL.OF CLOSING ENTRIES FROM ACC. 883237-32-2 | | | 49,268.88 | | 010797 | | |
| 300697 | BOOK BALANCE | | | | | | 958,153.81 | C |
| | TOTAL TURNOVER | | | 346,332,135.96 | 347,290,289.77 | | | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

☐ In your favour = C
   In our favour = D

Yours faithfully

CREDIT SUISSE

Form without signature

Conditions governing your deposits in foreign currencies

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

Important!

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

**CONFIDENTIAL MATERIAL**

PPF 0006272