SCANNED ON 12/16/2008

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: **HON. SHIRLEY WERNER KORNREICH**
_____ PART _____
Justice

Index Number : 102101/2006

**YARON UNGAR**

VS.

**PALESTINIAN AUTHORITY**

SEQUENCE NUMBER : 013

STAY PROCEEDINGS

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. _____
MOTION CAL. NO. _____

this motion to/for _____

PAPERS NUMBERED

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...
Answering Affidavits — Exhibits ...
Replying Affidavits ...

Cross-Motion:   ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this motion is granted to the extent of staying the action pending trial pending decision by Judge Lagueux of federal court in Rhode Island. The parties are to appear before this court for a pre-trial conference on February 12, 2009 at 11 a.m.

Dated: 12/11/08

HON. SHIRLEY WERNER KORNREICH

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Check one:   ☐ FINAL DISPOSITION   ☒ NON-FINAL DISPOSITION
Check if appropriate:   ☐ DO NOT POST   ☐ REFERENCE