**Plaintiffs' Motion for Summary Denial of Motion to Intervene**

**EXHIBIT J part 1**

**EXHIBIT J part 2**