# EXHIBIT 2

798192.1

# WISTOW & BARYLICK
### INCORPORATED
### ATTORNEYS AT LAW
### 61 WEYBOSSET STREET
### PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
MICHAEL J. STEVENSON
MICHAEL R. BOTTARO
BENJAMIN G. LEDSHAM

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

September 7, 2010

VIA E-MAIL
mrochon@milchev.com

Mark J. Rochon, Esq.
Miller Chevalier Chartered
655 Fifteenth Street, NW
Suite 900
Washington, DC  20005-5701

Dear Mr. Rochon:

    This is in response to your letter of September 3, 2010. We have not responded sooner because it was e-mailed to us at 5:44 p.m. on the Friday before the long Labor Day weekend.

    In our letter to you of September 2, 2010, we invited you to set up a "meet and confer" with regard to the Qurei deposition. We again invite you to do so. Mr. Strachman and I are ready to have such a discussion at your convenience-with the exception of Thursday and Friday, when, for religious reasons Mr. Strachman will be unavailable. Other than having such a discussion, there is virtually nothing in your letter with which we agree, either from a factual or legal point of view.

    I hope that any future efforts to resolve differences without court intervention will be more productive than our experiences thus far. It might help if the Miller Chevalier group displayed more candor and less of the haughty mien of the visiting sophisticates who find themselves having to deal with inferior provincials. Even if
we were the slack-jawed country bumpkins you believe us to be, we are entitled to be dealt with honestly and without deception.

Very truly yours,

Max Wistow

MW/ni
cc:   David Strachman, Esq. (via email)
       Deming Sherman, Esq. (via email)