# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

           Plaintiffs – Judgment Creditors,

    v.                                            C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

           Defendants – Judgment Debtors.

## PLAINTIFFS-JUDGMENT CREDITORS' NOTICE
## OF TAKING THE DEPOSITION OF AHMED QUREI

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for the Plaintiffs-Judgment Creditors will take the deposition of Ahmed Qurei in his capacity as an officer of Defendant-Judgment Debtor the Palestine Liberation Organization ("PLO"). The deposition will take place at 9:00 a.m. on September 13, 2010, at the offices of Wistow & Barylick, Inc. 61 Weybosset Street, Providence, RI 02903, at which time and place the PLO shall cause Ahmed Qurei to appear to be deposed.

The deposition shall be taken before a court reporter or any other officer authorized to take depositions. This deposition is being taken for the purpose of discovery, for use at the hearing scheduled in this matter, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

The deposition will be recorded by stenographic and audiovisual means.

Dated: August 27, 2010

Plaintiffs-Judgment Creditors,
by their Attorney,

David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Max Wistow #0330
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
mw@wistbar.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 27th day of August, 2010, a true and genuine copy of

the foregoing was sent by first class mail and electronic mail to Defendants' counsel of record

listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

2