# EXHIBIT 11

798192.1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

           Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

           Defendants.

### DECLARATION OF YASSER ABED RABBO

Pursuant to 28 U.S.C. § 1746, I, Yasser Abed Rabbo, declare under penalty of perjury under the laws of the United States as follows:

1. I currently reside in Ramallah, Occupied Palestinian Territory.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. The Palestine Liberation Organization ("PLO") was founded in 1964. At that time, the Palestine National Council ("PNC") was established as the governing body of the PLO. The PNC subsequently appointed the PLO Executive Committee to serve as the administrative organization of the PLO with responsibility to conduct the business of the PLO between sessions of the PNC.

4. I have been a member of the PLO Executive Committee since 1971, and I currently serve as the Secretary General of the PLO, and I have been a member of the PNC. I am also a co-founder and the current head of the Palestinian Peace Coalition.

5. During the period October 1, 2000 to February 18, 2002, Ahmed Qurei was not a member of the PLO Executive Committee and did not hold any other executive position in the PLO. During that time period, Mr. Qurei did not have any power or authority to exercise any individual judgment or discretion on behalf of the PLO.

6. On August 27, 2009, Ahmed Qurei was elected to the PLO Executive Committee for the first time. Currently, there are seventeen members of the PLO Executive Committee other than Mr. Qurei. In his current capacity as one of eighteen members of the PLO Executive Committee, Mr. Qurei does not possess the power or authority to exercise individually any judgment or discretion on behalf of the PLO. Since August 27, 2009, The PLO Executive Committee has not delegated to Mr. Qurei any sole, executive or individual responsibilities to act on behalf of the PLO or the PLO Executive Committee, and Mr. Qurei does not have any other individual or executive responsibility within the PLO.

7. It is my understanding that, on or about the day after Mr. Qurei was elected to the PLO Executive Committee, the Plaintiff in the above-referenced matter issued a notice to Mr. Qurei to take his deposition in the above-captioned matter.

8. After the issuance of the Notice of Deposition, I spoke with Mr. Qurei and notified him that the Plaintiff in the above-captioned action had noticed his deposition and requested him to appear and provide deposition testimony in the above-captioned action. Although I do not know whether the Plaintiff is entitled, as a matter of law under the procedures of United States courts, to compel the PLO to produce Mr. Qurei to testify during a deposition in the above-captioned action, I nevertheless directed Mr. Qurei to give deposition testimony in the above-captioned action. Mr. Qurei responded that, despite my direction, he would not voluntarily appear and provide testimony in the above-captioned action.

Case 1:00-cv-00105-L-DLM   Document 529-12   Filed 09/09/10   Page 4 of 4 PageID #: 3925
Case 1:04-cv-20225-PAS   Document 367-1   Entered on FLSD Docket 11/02/2009   Page 4 of 4

9. I am aware that this declaration is being filed in support of a motion by the PLO and the PA for entry of a protective order regarding the Plaintiff's Notice of Deposition of Mr. Qurei in the above-captioned action. I have authorized the use of my declaration for such a purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___ day of October, 2009, in Ramallah, Occupied Palestinian Territory.

*Yasser Abed Rabbo*
Yasser Abed Rabbo
Secretary General
Executive Committee
Palestine Liberation Organization

3