# EXHIBIT 12

798192.1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

                Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

                Defendants.

## SUPPLEMENTAL DECLARATION OF YASSER ABED RABBO

Pursuant to 28 U.S.C. § 1746, I, Yasser Abed Rabbo, declare under penalty of perjury under the laws of the United States as follows:

1. I currently reside in Ramallah, Occupied Palestinian Territory.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I am submitting this Supplemental Declaration in response to certain allegations that the Plaintiff has made in his Motion for Leave to File a SurReply ("Motion for Leave") in further opposition to Defendants' Motion for Protective Order in this case.

4. Specifically, Plaintiff's contend that statements I made in paragraph 6 of my Declaration submitted with Defendants' Reply Brief on November 2, 2009 are "absolutely false" (Motion for Leave at p. 1), that I made a claim in paragraph 6 that is "patently untrue" (i.e., I allegedly claimed that Ahmed Qurei "has not been granted an [sic] special authority or an office within the PLO" -- a statement that does not appear anywhere in paragraph 6 of my Declaration) (id. at p. 2) and that I attempted "to conceal from the Court" the fact that Ahmed Qurei "is in fact

1010459.1

an *officer* of the PLO" because of a role he has on the PLO's Executive Committee regarding the Jerusalem Affairs department. *Id.* (emphasis in original).

5. Plaintiff's contentions are incorrect. The statements I made in paragraph 6 of my Declaration were accurate when I made them and remain so. I have never attempted or intended to mislead this Court and would not knowingly do so. I am aware of the constant efforts over several years by the attorneys who are representing the Plaintiff in this lawsuit and plaintiffs in other lawsuits to wrongly accuse the Palestinian Authority and the PLO of many things and, in doing so, to misuse or misconstrue information they obtain in the public domain, including on the internet. It is inconceivable that I would intentionally make false statements to, or conceal information from, this Court regarding public matters knowing that the attorneys for the Plaintiff are constantly monitoring publicly available information to make allegations against anyone associated with the Palestinian Authority and the PLO.

6. In paragraph 6 of my Declaration, I made three statements regarding Ahmed Qurei that Plaintiff now challenges, numbered and highlighted as follows:

> ... In his current capacity as one of eighteen members of the PLO Executive Committee, Mr. Qurei **[1] does not possess the power or authority to exercise individually any judgment or discretion on behalf of the PLO.** Since August 27, 2009, **[2] The PLO Executive Committee has not delegated to Mr. Qurei any sole, executive or individual responsibilities to act on behalf of the PLO or the PLO Executive Committee,** and **[3] Mr. Qurei does not have any other individual or executive responsibility within the PLO.**

These three statements were true when I made them, and they remain so notwithstanding Plaintiff's contentions in its Motion for Leave.

7. Within the PLO Executive Committee, members are often given committee assignments to monitor certain subject matters and to report to the PLO Executive Committee as a whole with information and developments on those subject matters. Having such a committee

1010459.1

assignment within the PLO Executive Committee does not confer upon an individual PLO Executive Committee member "any sole, executive or individual responsibilities to act on behalf of the PLO or the PLO Executive Committee" or "the power or authority to exercise individually any judgment or discretion on behalf of the PLO." All actions and authority regarding any matters of substance relating to the functioning of the PLO Executive Committee derive from the PLO Executive Committee as a whole, not from an individual member.

8. In accordance with the statements in paragraph 7 above, the committee assignment of Mr. Qurei, in his capacity as a member of the PLO Executive Committee, regarding the Jerusalem Affairs department, of which I was aware at the time I signed my Declaration and which was a matter of public record, does not confer upon Mr. Qurei "any sole, executive or individual responsibilities to act on behalf of the PLO or the PLO Executive Committee" or "the power or authority to exercise individually any judgment or discretion on behalf of the PLO." Any actions of substance by the PLO regarding the Jerusalem Affairs department would have to be approved, authorized and taken by the PLO Executive Committee itself. Accordingly, it was my belief at the time I signed my Declaration, and remains my belief, that Statements No. 1 and 2 regarding Mr. Qurei in paragraph 6 of my Declaration are true and accurate.

9. Mr. Qurei does not currently hold any position with the PLO other than as a member of the PLO Executive Committee. Accordingly it was my belief at the time I signed my Declaration, and remains my belief, that Statement No. 3 regarding Mr. Qurei in paragraph 6 of my Declaration is true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1010459.1

Executed on this 19th day of November, 2009, in Ramallah, Occupied Palestinian Territory.

*Yasser Abed Rabbo*
Yasser Abed Rabbo
Secretary General
Executive Committee
Palestine Liberation Organization