# EXHIBIT 13

798192.1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF FLORIDA
      ------------------------------------------x
 4
      MOSHE SAPERSTEIN, et al.,
 5
                      Plaintiffs,
 6
              vs.
 7
      THE PALESTINIAN AUTHORITY and THE
 8    PALESTINAIN LIBERATION ORGANIZATION,
 9                  Defendants.
10    ------------------------------------------x
11
12
13                  ** CONFIDENTIAL **
14
15         VIDEOTAPED DEPOSITION of AHMED QUREI,
16      taken before Cheryll Kerr, LSR, a Shorthand
17      Reporter, Notary Public, and Commissioner,
18      held at the Ambassador Hotel, East Jerusalem,
19      Israel, on Thursday, the 17th day of June,
20      2010 at 10:29 a.m.
21
22
23
24
25
```

Page 30

Confidential - A. Qurei

1 Q. And, sir, is it fair to say that you were
2 chosen for that position because of your 13-year
3 experience in the banking world?
4         (Thereupon, the interpreter begins to
5         translate the record into Arabic for the
6         witness.)
7         MR. ROCHON: Objection, calls for
8         speculation.
9         MR. STEINER: If you know.
10        (Thereupon, the interpreter then
11        continues to translate the record into
12        Arabic for the witness.)
13        THE WITNESS: It was a selection.
14 BY MR. STEINER:
15 Q. And was it --
16    Did you have a good understanding of banking at
17 that time, when you were chosen for that position?
18        MR. ROCHON: Objection, vague.
19        (Thereupon, the interpreter then
20        begins to translate the record into Arabic
21        for the witness.)
22 BY MR. STEINER:
23 Q. By "bank," I mean general knowledge of
24 banking that you would expect --

Page 31

Confidential - A. Qurei

1 A. I was experienced in economic affairs
2 with the organization.
3 Q. And at that time, sir, did you have a
4 good general understanding of banking, as one would
5 expect somebody with 13 years of experience in the
6 banking industry to have?
7         MR. ROCHON: Objection, vague.
8         (Thereupon, the interpreter then
9         begins to translate the record into Arabic
10        for the witness.)
11        THE WITNESS: I -- I cannot judge
12        myself.
13        My colleagues and those who deal with
14        me are in better position to judge me.
15 BY MR. STEINER:
16 Q. Sir, during that period of time, as a
17 member of the economic department for the PLO, were
18 you involved in the receipt of funds and the
19 distribution of funds for the PLO?
20 A. No.
21 Q. Who was?
22 A. The Palestinian National Fund.
23 Q. And what individuals would have knowledge
24 about the receipt of and distribution of funds

Page 32

Confidential - A. Qurei

1 during that period of time?
2 A. There was a board of directors from
3 officials in the -- in the organization, and some of
4 them were from the private sector.
5 Q. Whose name from that board of directors
6 do you remember as you sit here today?
7 A. I don't remember.
8 Q. What were your duties and
9 responsibilities as a member of the economic
10 department of the PLO during the time period you've
11 mentioned?
12 A. To study and to follow up of the social
13 and economic conditions of the Palestinians, and to
14 prepare studies. We did prepare studies that were
15 published.
16 Q. Do you remember the name of any of those
17 studies?
18 A. Many studies about agriculture, industry,
19 tourism, of the conditions at schools, education,
20 health -- health care.
21 Q. Was the purpose of those studies to
22 determine the financial needs of the Palestinian
23 people?
24 A. The first purpose was to shed light on

Page 33

Confidential - A. Qurei

1 the conditions of the Palestinian people and to try
2 to get them assistance to -- as much as possible.
3 Q. And were you giving them assistance
4 through an organization known as Samed?
5 A. The Samed organization's function was to
6 employ people and to create job opportunities.
7 Q. You mentioned earlier that over the
8 course of the period of time you spent in Lebanon,
9 you saw 4,000 to 4,500 Palestinians employed in
10 various professions.
11    Do you remember saying that?
12 A. They were labor.
13 Q. And that was under your direction,
14 correct?
15 A. My direction and the direction of others.
16 It was an organization with -- with a big board of
17 directors, a big administrative apparatus.
18 Q. And by "organization," are you referring
19 to Samed?
20 A. I mean an organized -- an organized
21 institute. Okay. I did not mean by "the
22 organization" the PLO, and --
23        BY THE INTERPRETER: The interpreter
24        wishes to say the word (speaking in

Page 34

Confidential - A. Qurei

Arabic) could mean organized or could mean organization, and in this context, apparently the witness meant organized or well organized.

MR. STEINER: Is that the opinion of the check interpreter as well?

MS. DAIBAS: Yeah.

BY MR. STEINER:

Q. Was the employment organized? And by "employment" I mean the 4,000 to 4500 Palestinians engaged in the employment, labor. Was the employment organized by the Samed organization?

A. Every factory had -- had an administration and had someone in charge, and most of those laborers were involved with vocational work.

Q. Who owned the factories you're describing?

A. It's a nonprofit organization that was registered in Lebanon.

Q. What was the name of that organization?

A. Samed.

Q. And did Samed -- what was Samed's relationship to the PLO?

Page 35

Confidential - A. Qurei

A. It's -- the --

It's a relation similar to the relation of any organization with the mother organization, but it had its independence and its own management.

Q. And did it answer to or report to the PLO as its mother organization?

A. It's like an affiliation.

Q. Did it receive finances from the PLO? And by "it," I mean Samed.

A. At the beginning, for founding purposes. Anyway, there are books, reports and studies about Samed. It's not a secret movement.

Q. Was there a response to whether or not Samed received donations of funds from the PLO?

A. Samed, as a nonprofit organization, received funds from the PLO and other organizations in the Arab world, and from organizations with similar goals. Social and economic goals.

(Thereupon, a clarification about the testimony was made by the court reporter with the official interpreter.)

BY MR. STEINER:

Q. Sir, you mentioned that there are books and many reports written about Samed, correct?

Page 36

Confidential - A. Qurei

A. Yes.

Q. And you've also been interviewed and asked questions over the course of your lifetime about Samed, haven't you?

A. Possibly.

Q. Sir, I'd like to ask you:

In 2001, to the best of your knowledge, were there still large projects with a few African countries that were related to Samed? Did -- let me -- withdrawn.

Did Samed still have large projects with a few African countries in 2001?

A. Yes, there were some projects, but those projects were built in the framework of technical cooperation, not as investment projects.

(Thereupon, the interpreter begins to confer with the witness in Arabic.)

THE WITNESS: Now they have been all liquidated.

BY MR. STEINER:

Q. When did that liquidation occur?

A. I don't remember. They are all gone. They either have confronted problems, like the farm in Somalia, and -- and like the farm in Guinea,

Page 37

Confidential - A. Qurei

Coveckni (phonetic) and Ginibisau (phonetic).

Q. When these projects were liquidated, where did the funds from the liquidation go?

(Thereupon, the interpreter begins to translate the question into Arabic for the witness.)

THE WITNESS: (Begins speaking in Arabic.)

BY THE INTERPRETER: "There were no funds. There were just" --

(Thereupon, the interpreter begins to confer with the witness in Arabic to clarify his testimony.

BY THE INTERPRETER: "They did not have assets. They were farms that had some agriculture going on which -- which dealt with local markets in those poor African countries."

BY MR. STEINER:

Q. Sir, we discussed some large projects that Samed still had in 2001 in Africa.

Didn't Samed also have assets in Syria at that time, in 2001?

A. There was a cow farm.

### Page 38

Confidential - A. Qurei

2  Q. And was that farm ultimately liquidated as well?
4  A. Pretty much, yes.
5  Q. What do you mean by "pretty much," sir?
6  A. I mean it's no longer operating.
7  Q. What happened?
8  A. It had its own independent department administration.
10 Q. And is that independent administration running the farm at this time?
12 A. No. I don't know.
13 Q. What happened with the assets from the liquidation of that farm?
15 A. I don't know.
16 Q. Does Samed have any assets today?
17 A. They were liquidated.
18 Q. What happened with the assets from those liquidations?
20 A. They went to the mother institution.
21 Q. What was the mother institution, sir?
22 A. The Fatah movement.
23 Q. And is it fair to say, then, that it did not go to the PLO, but to Fatah?
25 A. To Fatah.

### Page 39

Confidential - A. Qurei

2  Q. Is the Samed organization still registered in Lebanon?
4  BY THE INTERPRETER: "Still registered in Lebanon"?
6  MR. STEINER: That was the question.
7  (Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)
10 THE WITNESS: It's still registered, but after the division within the movement occurred in Lebanon after we left Lebanon, they took over all our factories there.
14 BY MR. STEINER:
15 Q. To the best of your recollection, what was the sum of money that resulted from the liquidation of Samed and went to Fatah?
18 A. I don't remember.
19 Q. Approximately how much was it?
20 A. I don't know.
21 Q. Was it billions of dollars?
22 A. (No response).
23 Q. Was it millions of dollars?
24 A. I don't remember;
25 But it was very small, because the purpose was

### Page 40

Confidential - A. Qurei

2  social and economic, not investment.
3  Q. Social and economic purposes continued after the liquidation of Samed, didn't it?
5  (Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)
8  MR. ROCHON: Objection, vague.
9  (Thereupon, the interpreter then continues to translate the record into Arabic for the witness.)
12 THE WITNESS: Well, there is still some work practiced by the government. The organization has a government now. There is a -- there is an authority that was established by virtue of Oslo.
17 BY MR. STEINER:
18 Q. And any monies which were accumulated through the work of the Samed organization would still go towards the social and economic development of the Palestinian people, regardless of where they were, wouldn't it?
23 MR. ROCHON: Objection, leading.
24 THE WITNESS: Certainly, for the same purposes and functions for which it was

### Page 41

Confidential - A. Qurei

2  founded to begin with.
3  BY MR. STEINER:
4  Q. So when factories and farms are liquidated, it's important to track that money and make sure it goes on to serve the purpose for which it was intended, to help the Palestinian people, right?
9  (Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)
12 MR. ROCHON: Objection to form.
13 BY MR. STEINER:
14 Q. So wouldn't it be important, sir, to know what that sum of money is?
16 A. No.
17 Q. Did that money go on to serve the Palestinian people after the liquidation?
19 A. All our work, all our efforts, all our abilities are dedicated to help with the Palestinian people.
22 MR. STEINER: I received a note from the videographer that we have 10 minutes left. I received that about a minute and a half ago.

**Page 42**

Confidential - A. Qurei

1. This might be a good time to take a
2. break for five minutes or so, if it's all
3. right with everybody.
4. THE VIDEOGRAPHER: Okay. Off the
5. record.
6. The time is 11:19. This ends Tape
7. No. 1 in the deposition of Ahmed Qurei.
8. (Recess taken at 11:19 a.m.)
9. (Resumed at 11:29 a.m.)
10. THE VIDEOGRAPHER: We're back on the
11. record. The time is 11:29.
12. This begins Tape No. 2 in the
13. deposition of Ahmed Qurei.
14. BY MR. STEINER:
15. Q. All right. Sir, who is Abdel Muna'em Hassan?
16. A. I don't remember.
17. Q. Is it a name you're aware --
18. A. (Speaking in English) I don't know.
19. (Thereupon, the interpreter begins to speak to the witness in Arabic.)
20. BY MR. STEINER:
21. Q. Is it a name that you've heard before and you just don't know who it is, or it's unknown to

**Page 43**

Confidential - A. Qurei

you?
A. I don't remember, and I don't remember having heard that name.
Q. Sir, I'm going to have the interpreter read to you an Arabic name of a company registered in the Palestinian Authority.
I am passing the name to the interpreter (indicating).
(Interpreter complies.)
THE WITNESS: This Samed company -- it's known. It's well known.
BY MR. STEINER:
Q. What is that company?
A. The Palestinian territory.
Q. Is a proper translation of that -- Is it Samed Company for Development and Investment?
THE INTERPRETER: Is that a question to the interpreter?
MR. STEINER: Yeah. No.
Ask him that, you interpret that best you can back into Arabic, and see if he agrees. Samed Company for Development and Investment.

**Page 44**

Confidential - A. Qurei

(Thereupon, the interpreter then continues to translate the record into Arabic for the witness.)
THE WITNESS: Yes, it is Samed Company for Development and Investment. It was founded after 1994, in the West Bank and Gaza.
MR. STEINER: Can you read back the last part?
THE REPORTER: Yes.
(Whereupon, the requested portion of the record was read back by the court reporter.)
BY MR. STEINER:
Q. For what purpose was it founded, sir?
A. Together everything that Samed -- that Samed had and to reinvest it for the -- for the good of the Palestinian people in the West Bank and Gaza.
Q. So who, then, capitalized it, sir?
THE INTERPRETER: "Who then capitalized it?"
BY MR. STEINER:
Q. Who capitalized it? Who funded it?
A. From the assets of Samed abroad.

**Page 45**

Confidential - A. Qurei

Q. What was the total of those assets from Samed abroad?
A. I don't remember.
Q. When you say "Samed abroad," do you mean the Samed we discussed earlier that existed in Lebanon?
A. Samed that was founded in Lebanon.
Q. So is it fair to say that it's a substantial amount of money that was transferred from that Lebanese Samed to you, the new Samed we are discussing, upon the creation of the new Samed Company for Development and Investment?
A. As I said, the majority of Samed's workshops and factories were either destroyed in Israel, in Lebanon, or taken by the -- the defectors within the -- the split movement within the Fatah movement, and -- after the invasion, yeah.
Q. Sir, I'm a little confused, and maybe you could clarify it so maybe I can understand it better.
A. If you are confused, don't get me confused as well.
Q. Okay. You probably won't be, but --
You say the Samed Company for Development and

## Page 46

Confidential - A. Qurei

1  Investment was originally funded by the assets from
2  the Lebanese Samed company?
3      (Thereupon, the interpreter then
4  begins to translate the record for the
5  witness into Arabic.)
6      MS. DAIBAS: (Begins speaking in
7  Arabic to the official interpreter.)
8      (Thereupon, the interpreter then
9  continues to translate the record into
10 Arabic for the witness.)
11     THE WITNESS: Correct.
12 BY MR. STEINER:
13   Q.  But if I understand correctly, you're
14 saying that there were no assets from the Lebanese
15 Samed company, because the factories were destroyed
16 and such?
17   A.  That's regarding the assets, but they
18 also had some financial -- financial assets that
19 were all transferred.
20   Q.  Okay. What were those assets?
21   A.  I have a question to ask:
22 Are we here to investigate our previous work,
23 or to investigate a particular case?
24 What I am seeing is that we have been stepping

## Page 47

Confidential - A. Qurei

1  out of the subject, and if we -- if we were to go --
2  go according to the Israeli rumors, then we are not
3  in good shape.
4      I am not authorized -- I don't really wish to
5  discuss those matters. This is not the case. We
6  are here for --
7    Q.  Sir, a moment ago you said that there
8  were finances that belonged to the Lebanese Samed
9  that were used to create the new Samed Company for
10 Development and Investment.
11   A.  After -- after we came back here,
12 everything that we had abroad, we brought it back to
13 the homeland.
14 Because we believed that we would be in fact
15 able to build peace and create mutually recognized
16 states.
17   Q.  And sir, what was the structure and sum
18 of those financial assets that belonged to Samed
19 that were used to create the new Samed Company for
20 Development and Investment?
21   A.  I don't know.
22   Q.  Approximately, what was the total of
23 those assets?
24   A.  I don't know.

## Page 48

Confidential - A. Qurei

1    Q.  Was it tens of millions of dollars?
2    A.  I don't know.
3    Q.  Was it hundreds of millions of dollars?
4      (Thereupon, the interpreter then
5  begins to translate the record for the
6  witness into Arabic.)
7      MR. ROCHON: Objection, asked and
8  answered.
9      (Thereupon, the interpreter then
10 continues to translate the record into
11 Arabic for the witness.)
12     THE WITNESS: Just to -- just to make
13 this short, less than 10. Less than five.
14     (Thereupon, an informal discussion was
15 held off the record.)
16 BY MR. STEINER:
17   Q.  And by "five," you mean less than five
18 million, correct?
19   A.  I believe so. I don't remember, really.
20 I don't remember.
21   Q.  Was it over three million dollars?
22     (Thereupon, the interpreter then
23 begins to translate the record into Arabic
24 for the witness.)

## Page 49

Confidential - A. Qurei

1      MR. ROCHON: Objection.
2      THE WITNESS: I don't remember.
3  BY MR. STEINER:
4    Q.  Where were those monies held?
5    A.  I don't know.
6    Q.  Were they in the name of a corporation or
7  in personal names?
8    A.  I don't know.
9      MR. STEINER: I am going to have this
10 document which I've just handed to defense
11 counsel marked as Plaintiff's 1, if the
12 reporter wouldn't mind.
13     (Thereupon, a document was marked by
14 the reporter as Plaintiff's Qurei Exhibit 1
15 for identification.)
16     THE REPORTER: Hand it to the
17 witness?
18     MR. STEINER: Yes, hand it to the
19 witness.
20     MR. ROCHON: We object.
21 This document has not been introduced
22 in discovery.
23     (Thereupon, an informal discussion was
24 held off the record.)

13 (Pages 46 to 49)

Page 50

Confidential - A. Qurei

1  MR. ROCHON: Norm, I note you are
2  consulting counsel. I will wait until you
3  are done.
4  MR. STEINER: You can make your
5  objection.
6  MR. ROCHON: Thank you. We object.
7  This document's not been produced in
8  discovery in this case.
9  Obviously, it would have been
10 producible in response to numerous
11 requests that have been made for claims.
12 MR. STEINER: We've just received it,
13 sir, and it's the plaintiff's position
14 that this is something --
15 We've just received it, sir, and it's
16 our position this is something that was in
17 the defendant's possession and should have
18 been turned over to us pursuant to our
19 discovery requests by defendant.
20 MR. ROCHON: Do you have a specific
21 discovery request you are referencing?
22 (Pause)
23 MR. ROCHON: As I understand it, this
24 is a document that purports to be a Samed

Page 51

Confidential - A. Qurei

1  registration. There's no request that
2  this would have been responsive to.
3  (Thereupon, an informal discussion was
4  held off the record.)
5  MR. STEINER: I don't have the
6  request for discovery in front of me and
7  cannot cite to a specific request, but
8  it's my position --
9  MR. ROCHON: Right.
10 Since counsel said that it would have
11 been producible by -- a response to a
12 discovery request, I would think that you
13 would have something specific if you are
14 going to make allegation as to us in your
15 obligation to produce it. Obviously this
16 is a document that's part of your defense
17 that would have been producible pursuant
18 to numerous requests, and in fact,
19 pursuant to your obligations under the
20 Federal Rules.
21 BY MR. STEINER:
22 Q. Okay.
23 Sir, I am going to ask you to take a look at
24 this document (indicating).

Page 52

Confidential - A. Qurei

1  A. I don't see it necessary. No reason to
2  do that.
3  Q. Okay. Are you refusing to look at it,
4  sir?
5  (Thereupon, the interpreter then
6  begins to translate the record into Arabic
7  for the witness.)
8  MR. ROCHON: For the record --
9  (Thereupon, the interpreter begins to
10 confer with the witness in Arabic.)
11 THE WITNESS: I'm not saying I'm
12 refusing --
13 BY MR. STEINER:
14 Q. Okay.
15 A. -- but it's not necessary.
16 Q. So I am asking, please --
17 MR. ROCHON: I'll just object.
18 The witness had an opportunity to
19 look at the document while counsel were
20 engaged in discussion. He has seen the
21 document.
22 BY MR. STEINER:
23 Q. Is that fair to say, sir? You've seen
24 it?

Page 53

Confidential - A. Qurei

1  A. This is not secret. This is kept by the
2  Ministry of the -- and the Ministry of Commerce.
3  Why is it here?
4  What is the reason for it? I am asking: What
5  case are we discussing now? Why are we going all
6  different ways?
7  Q. Sir, what is that document (indicating)?
8  A. This is in connection with the
9  institution we have been discussing, which is Samed
10 Company for Development and Investment.
11 It's an institution under the Palestinian
12 Authority. It's -- it's official.
13 Q. Is that fair to say that that's the
14 certificate of incorporation for that company?
15 A. Yes. It is a corporation registration --
16 Q. Sir --
17 A. -- and it's signed by the Ministry of
18 Commerce.
19 Q. And does it also contain the names of the
20 shareholders of the Samed Company for Development
21 and Investment?
22 A. This is the board of directors, I believe
23 (indicating). This is the board. This is the
24 founding -- the founding entity, the founding body.

## Page 54

Confidential - A. Qurei

Q. What year did these founding members found the company?

A. After '94, and I don't remember.

Q. Can you please read me the name of the first founding member as it's stated on the certificate of incorporation?

(Thereupon, the interpreter begins to translate the question into Arabic for the witness.)

THE WITNESS: (Begins speaking in Arabic).

(Thereupon, the interpreter then begins to confer with the witness in Arabic to clarify his testimony.)

THE INTERPRETER: "Yes, my name."

BY MR. STEINER:

Q. Sir, at that time, what position did you hold with the Palestinian Authority or the PLO? And "by that time," I mean the time that this company was incorporated.

A. I don't -- I don't remember.

Q. Did you indeed hold a position with the Palestinian Authority or the PLO in 1994?

A. I don't remember.

## Page 55

Confidential - A. Qurei

Q. Were you still engaged in the social commission advancement of the Palestinian people in 1994?

A. I spoke already. I don't remember.

Q. And were you doing it as a freelance agent, or were you part of a group?

(Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)

MR. ROCHON: Objection to the form.

(Thereupon, the interpreter continues to translate the record into Arabic to the witness.)

BY MR. STEINER:

Q. Were you doing it independently, or were you part of a group?

(Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)

MR. ROCHON: Objection to form.

THE WITNESS: The Palestinian politics cannot be discussed here.

BY MR. STEINER:

Q. Were you helping the Palestinian people

## Page 56

Confidential - A. Qurei

in 1994 independently?

A. My whole life and our whole life have been dedicated to helping the Palestinian people.

Q. And were you doing that as part of a larger organization for your whole life?

A. What do you mean?

Q. Were you doing it as part of Fatah, as part of the PLO, and/or as part of the Palestinian Authority --

(Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)

BY MR. STEINER:

Q. -- or other organizations that I haven't mentioned?

(Thereupon, the interpreter continues to translate the record into Arabic to the witness.)

THE INTERPRETER: What was the last part?

MR. STEINER: "Or other organizations, which I haven't mentioned."

(Thereupon, the interpreter then continues to translate the record into

## Page 57

Confidential - A. Qurei

Arabic for the witness.)

THE WITNESS: No. The Palest -- the official organizations for some of them or all of them.

BY MR. STEINER:

Q. And in 1994, that was also true, wasn't it? You were doing it under an official organization?

A. When?

Q. 1994, the period that we've been discussing, when this company was incorporated as reflected in Qurei Exhibit 1.

(Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)

THE WITNESS: We had returned to the homeland at that point.

BY MR. STEINER:

Q. And at that point when you returned to what you described as the "homeland," what was your position? What are you referring to as the "homeland"?

A. It is the homeland. It looks like you are shedding doubt on that. It is the homeland.

Page 58

Confidential - A. Qurei

1  Q. I'm also not here to discuss the politics
2  with you, sir.
3  A. This is my homeland.
4  Q. Okay. When you returned to your
5  homeland, sir --
6  A. Yeah.
7  Q. -- in 1994, what position were you -- did
8  you hold?
9  A. There is no reason to discuss all that.
10 I already spoke about all this. I said that I was
11 leading the Oslo negotiations.
12    Then I led the transitional negotiations, and I
13 kept on leading the negotiations until 2008 with
14 Israel, not with anyone else.
15  Q. And you had a title when you were engaged
16 in that activity, didn't you?
17  A. Not necessarily. This is our business.
18  Q. Sir, the certificate which is before you
19 as Exhibit 1 actually states that the corporation
20 was formed in June of 1995, doesn't it?
21  A. That's what it says (indicating). It's a
22 document in front of you. Will I be more accurate
23 than the document?
24  Q. You've already told us, sir, that your

Page 59

Confidential - A. Qurei

1  life and the positions you've held and the
2  accomplishments you've attained has been documented
3  in textbooks, correct?
4     (Thereupon, the interpreter then
5     begins to translate the record into Arabic
6     for the witness.)
7     MR. ROCHON: Asked and answered.
8     (Thereupon, the interpreter continues
9     to translate the record into Arabic to the
10    witness.)
11    THE WITNESS: Correct.
12 BY MR. STEINER:
13  Q. And are you telling me, sir, that while
14 textbooks describe the positions you've held over
15 the course of your lifetime, you as you sit here
16 today do not remember what position you held in
17 1995?
18  A. Go back to the textbooks and to the
19 documents. I believe that the subject is different.
20 This is not the subject. This is not the subject.
21  Q. And are you refusing to answer this --
22  A. Are we Palestinian citizens being put in
23 such position?
24  Q. Are you refusing to answer, then, because

Page 60

Confidential - A. Qurei

1  of your belief that it's not appropriate?
2  A. I am asking you not to put words in my
3  mouth.
4  Q. Sir, I'm asking you to use your own
5  words, then. Why aren't you answering the question,
6  then?
7  A. You have a document, and you are looking
8  at it, and you're telling me this is the document
9  (indicating).
10  Q. And the only thing I'm trying to
11 ascertain --
12  A. And I already listed for you the tasks
13 that I handled.
14  Q. The only thing I'm trying to ascertain at
15 this time, before I move on, is what position you
16 held for Fatah, the Palestinian Authority, or the
17 PLO or any other organization in 1995, when your
18 name appeared as the first member of the
19 corporation.
20    (Thereupon, the interpreter begins to
21    translate the question into Arabic for the
22    witness.)
23    THE INTERPRETER: The interpreter is
24    not getting to finish the interpretation,

Page 61

Confidential - A. Qurei

1  with all due respect to Mr. Qurei, will
2  your counsel ask him to give me an
3  opportunity to interpret before he
4  answers?
5     MR. ROCHON: If you could, wait until
6     he finishes before you answer.
7     (Thereupon, the interpreter continues
8     to translate the record into Arabic to the
9     witness.)
10    MR. STEINER: Do you need to take a
11    short break, sir?
12    THE WITNESS: No. I am excellent.
13    MR. STEINER: Okay. Thank you.
14 BY MR. STEINER:
15  Q. Could we have the answer, please?
16    MR. ROCHON: If the question could be
17    asked in a noncompound way?
18    You are putting a lot of facts in
19    your question.
20    MR. STEINER: Very well, sir.
21 BY MR. STEINER:
22  Q. Sir, my question is:
23 What position did you hold in 1995 when you
24 were listed as the first shareholder of the

16 (Pages 58 to 61)

## Page 62

Confidential - A. Qurei

1 corporation which is depicted on Plaintiff's
2 Exhibit 1?
3  A. I am at the PLO and a member thereof. I
4 am at Fatah and a member thereof. I am at the
5 Palestinian National Authority and a member thereof,
6 and I am in charge of negotiations with Israel.
7  Q. And as a member of the organizations that
8 you just mentioned, and as a negotiator with Israel,
9 as you just mentioned, did you hold a title in any
10 of those organizations in 1995?
11    (Thereupon, the interpreter begins to
12    translate the question into Arabic for the
13    witness.)
14    THE WITNESS: (Begins speaking in
15    Arabic.)
16    THE INTERPRETER: "Of course. At all
17    stages there are responsibilities that are
18    distributed."
19    (Thereupon, the interpreter begins to
20    confer with the witness in Arabic to clarify
21    his testimony.)
22    THE INTERPRETER: "I'm not -- I -- I
23    was someone in charge. I was not someone
24    out of -- I was not jobless."

## Page 63

Confidential - A. Qurei

1  BY MR. STEINER:
2  Q. I appreciate that, sir. Thank you. What
3 was that job title?
4  A. What do you want?
5  Q. The job title.
6  A. I was a member of the Palestinian
7 Organization -- Palestinian Liberation Organization
8 into the entire -- in front of the whole world.
9 I was a member of the Fatah movement in front
10 of the whole world. I was a member of the
11 Palestinian National Authority, and one of the
12 founders in front of the whole world.
13 Q. In addition to being a member, you were
14 an important member of those organizations, weren't
15 you?
16    THE INTERPRETER: "You were" -- what?
17    MR. STEINER: "An important member of
18    those organizations, weren't you?"
19    (Thereupon, the interpreter then
20    begins to translate the record into Arabic
21    for the witness.)
22    THE WITNESS: I have always been
23    important. I've always been important.
24    Leave humbleness alone.

## Page 64

Confidential - A. Qurei

1  BY MR. STEINER:
2  Q. And those organizations had a structure,
3 didn't they?
4  A. Certainly. Every organization, every
5 institution has a structure.
6  Q. And in 1995, the PLO had a structure as
7 well, didn't it?
8  A. Certainly, of course.
9  Q. And that structure ranged from the
10 highest member of the organization, whatever title
11 that might be, to the lowest member of the
12 organization, whatever title that might be, correct?
13 A. Yes, of course. Possibly.
14 Q. And what was your title?
15    MR. ROCHON: Wait. He --
16    MR. STEINER: I'm sorry.
17    MR. ROCHON: I don't know if the
18    interpreter --
19    (Thereupon, an informal discussion was
20    held off the record.)
21    THE INTERPRETER: "Possibly."
22 BY MR. STEINER:
23 Q. So, then, sir, what was your title in
24 1995?

## Page 65

Confidential - A. Qurei

1    (Thereupon, the interpreter then
2    begins to translate the record into Arabic
3    for the witness.)
4    MR. ROCHON: Objection, relevance.
5    (Thereupon, the interpreter continues
6    to translate the record into Arabic to the
7    witness.)
8    THE WITNESS: Like I said, I was in a
9    position of responsibility in economic and
10   social affairs.
11      And when we came back within the
12   Palestinian Authority, I also had an
13   important position. I was in charge of
14   Bekdar.
15    MR. STEINER: In charge of what?
16    THE INTERPRETER: Bekdar,
17    B-E-K-D-A-R.
18    (Thereupon, an informal discussion was
19    held off the record.)
20    MR. ROCHON: Let's get the answer
21    clear. Objection.
22    THE INTERPRETER: This interpreter is
23    not Palestinian. He doesn't know much
24    about the Palestinian Organization.

### Page 66

Confidential - A. Qurei

    MR. ROCHON: Right.
I will offer a stipulation to what the witness said, because we are familiar with the term. PECDAR, P-E-D-C-A-R.
    THE REPORTER: Thank you.
    THE WITNESS: (Speaking in English) Palestinian Economy Development Organization or something.
BY MR. STEINER:
    Q. Sir, on that document (indicating), which I would ask be put back in front of you, Exhibit 1 --
Yours is the first name, as we've already agreed, correct?
    A. Yes.
    Q. Why was it decided that you would be first?
    (Thereupon, the interpreter begins to translate the question into Arabic for the witness.)
    MR. ROCHON: Objection, calls for speculation.
BY MR. STEINER:
    Q. If you know.

### Page 67

Confidential - A. Qurei

    THE INTERPRETER: Why was it --
BY MR. STEINER:
    Q. If you know, why was it decided that you would be first?
    A. Ask those who decided.
    (Brief clarification by the court reporter.)
BY MR. STEINER:
    Q. There's a column to the left of that page alongside your name, isn't there?
    MR. STEINER: And I'll indicate to the witness visually what I mean (indicating).
    (Thereupon, the interpreter begins to translate the question into Arabic for the witness.)
    THE WITNESS: Yes.
BY MR. STEINER:
    Q. And there it lists your title as head of the board of directors, doesn't it?
    A. Yes, yes.
    Q. And do you know why you were chosen to be head of the board of directors?
    A. (Speaking in English) Because I am nice.

### Page 68

Confidential - A. Qurei

    THE INTERPRETER: In English, "Because I am nice."
    THE WITNESS: (Speaking in English) I am good.
BY MR. STEINER:
    Q. And by "nice" and "good" --
"Nice" I know, but good at what? You're good --
    A. (Speaking in English) I am in this field.
    THE INTERPRETER: "I am in this field."
    THE WITNESS: (Begins speaking in Arabic.)
    MR. STEINER: Okay.
    MR. ROCHON: Was that the last he said?
    THE INTERPRETER: What he said in Arabic was a translation of what he said in English.
    MR. ROCHON: Thank you.
BY MR. STEINER:
    Q. And was the head of the board of directors an appointed position, or a position

### Page 69

Confidential - A. Qurei

decided by some sort of vote?
    A. By agreement.
    Q. Who agreed?
    A. Those members and high-level -- higher level entities.
Is this the case that we are discussing here? I have no problem with that. I will stay with you until tomorrow, but this is the subject?
    Q. Sir, who are the higher authorities that you just mentioned?
    A. The authorities like the head of the -- the head of the organization and the head of the Authority.
    Q. And who was the head of the organization at that time?
    A. The head of the organization? Isn't he known enough?
    Q. Which organization are we talking about?
    MS. DAIBAS: (Begins speaking in Arabic.)
    THE WITNESS: The Palestinian Liberation Organization.
BY MR. STEINER:
    Q. I'm sorry, sir.

**Page 70**

1  Confidential - A. Qurei
2  I didn't know that was the organization you are
3  referring to.
4  A. The head is the head of the Palestinian
5  Authority, Yasser Arafat.
6  Q. So, sir, is it fair to say that it was
7  Yasser Arafat that appointed you to be the head of
8  the board of directors?
9  A. Certainly. I couldn't have been without
10 that.
11     MR. ROCHON: Norm, we are going to
12     interpose, if you like, a standing
13     relevance objection to Samed. I don't
14     want to do an objection after each of
15     these questions.
16     You've been going for a quite a while
17     on Samed, if it's okay with you, I will
18     object on relevance ground and not object
19     on each question as you go on with Samed
20     in the '90s.
21     (Thereupon, an informal discussion was
22     held off the record.)
23 BY MR. STEINER:
24 Q. Sir, what's the second name right beneath
25 yours (indicating)?

**Page 71**

1  Confidential - A. Qurei
2  A. I am not ready to discuss names.
3  Q. Will you tell me what the third or any of
4  the other names are on that document?
5  A. (Speaking in English) Not any name.
6  (Begins speaking in Arabic).
7     THE INTERPRETER: In English, "Not
8     any name."
9     In Arabic, "Not any name."
10 BY MR. STEINER:
11 Q. And I'm not trying to put words in your
12 mouth, sir, but is it fair to say that by not being
13 ready to discuss these names that you are refusing
14 to answer?
15    (Thereupon, the interpreter then
16    begins to translate the record into Arabic
17    for the witness.)
18    MR. ROCHON: Let me just --
19    THE WITNESS: (Begins speaking in
20    Arabic.)
21    MR. STEINER: Can we get a
22    translation of what the witness said?
23    THE INTERPRETER: "I'm not ready to
24    discuss names."
25    MR. ROCHON: Objection. The document

**Page 72**

1  Confidential - A. Qurei
2  speaks for itself. If you like, you can
3  have your interpreter read you the names.
4  Asking the witness to read a document
5  aloud to you is not really what the former
6  prime minister came to the deposition to
7  do today.
8  If you want to read the name to him
9  and ask about a person, fine, but he's not
10 here to read for you.
11    MR. STEINER: Mr. Interpreter, could
12    you read me the name of the second person
13    on the document?
14    THE INTERPRETER: Sure. The second
15    name is Engineer Fadel Saed Mohammed
16    Kaawash.
17    (Thereupon, an informal discussion was
18    held off the record between the court
19    reporter and the official interpreter.)
20 BY MR. STEINER:
21 Q. Sir, do you know that person?
22 A. Of course. I know them all.
23 Q. And what position does that individual
24 hold with the Palestinian Authority or the PLO?
25    (Thereupon, the interpreter then

**Page 73**

1  Confidential - A. Qurei
2  begins to translate the record into Arabic
3  for the witness.)
4  MR. ROCHON: I am going to object.
5  Are you asking him what this person's
6  position was in 1995?
7  MR. STEINER: Today.
8  MR. ROCHON: Well, that wasn't in
9  your question.
10 MR. STEINER: I thought I said "does
11 this person hold."
12 (Thereupon, the interpreter then
13 begins to translate the record into Arabic
14 for the witness.)
15 THE WITNESS: (No response).
16 MR. STEINER: Let the record indicate
17 the witness has raised his right hand and
18 looked upward.
19 THE WITNESS: They're all involved in
20 the Palestinian National Authority.
21 BY MR. STEINER:
22 Q. What position do the individuals
23 listed --
24 A. (Answering in Arabic before the question
25 is translated) It's none of my business.

### Page 74

Confidential - A. Qurei

MR. STEINER: I would ask the interpreter to read the name of the third person.

THE INTERPRETER: Okay. Engineer Abdul Aziz Abdul Rahman Alaraj.

(Thereupon, an informal discussion was held off the record between the court reporter and the official interpreter.)

BY MR. STEINER:

Q. What position does that individual hold in the PLO or the Palestinian Authority at this time?

A. (Speaking in English before the question is translated) I don't know.

Q. What position did that individual hold in 1995?

A. (Speaking in English) I don't know.

Q. Sir, nine names remain beneath the individual just mentioned to you.

A. "I don't know" goes for all of them.

Q. My question was going to be: Is it safe to assume that if I continued to ask you what positions these individuals hold today at

### Page 75

Confidential - A. Qurei

the Palestinian Authority, your answer would be the same?

A. I don't know.

Q. Sir, do you not know what positions these people hold, or is it that you do not want to discuss what positions these people hold?

A. I don't know.

Q. Sir, you were for a time the prime minister of the PLO, weren't you?

A. Yes.

Q. And as prime --

And as prime minister, you were aware of most of the goings on related to the organization, weren't you?

THE INTERPRETER: "As prime minister you were" --

BY MR. STEINER:

Q. You were aware of most of the goings on related to the organization, weren't you? Most of the activities?

A. Possibly.

Q. And you were aware of the structural hierarchy and different positions which were in place in the PLO, weren't you?

### Page 76

Confidential - A. Qurei

A. What do you mean?

Q. We agreed earlier that the PLO and the PA are structured by different job titles ranging from the top official to the lowest official.

A. So what?

Q. My question now is: As prime minister, you're aware --

You would be aware of at least the important job titles which were within the hierarchy of the structure of the PLO, weren't you?

A. I became a prime minister in 2003.

Q. And you are saying, sir, that when you look down at these names (indicating) before you, you do not know any of the job titles of any of these individuals today? What they are today?

A. I don't know.

Q. Do you know any positions that any of these individuals held while you were prime minister?

A. I don't know.

Q. And do you know any positions that any of these individuals held when the company was incorporated in 1995?

A. I don't know.

### Page 77

Confidential - A. Qurei

Q. Who appointed these individuals, sir?

A. I don't know.

Q. Would it be the same individual who appointed you, Mr. Yasser Arafat?

A. Possibly. I don't know.

Q. Sir, it's fair to say that this organization existed for the betterment of the Palestinian people, didn't it?

A. Supposedly.

Q. Well, do you have any knowledge of any activities that this corporation which was --

withdrawn.

Do you have any knowledge of any activities that this corporation was engaged in, which was not for the betterment of the Palestinian people?

And the only reason why I'm asking, because your answer was "supposedly."

A. Activities not in the favor of the Palestinian people?

Q. That's right.

The only reason why I'm asking is because your response was "Supposedly."

A. Supposedly what?

Q. When I asked you if this organization

#### Page 78

Confidential - A. Qurei

existed for the betterment of the Palestinian people, your response was "Supposedly."

A. I said "It is supposed to," meaning "of course."

MR. STEINER: Does the check interpreter agree?

MS. DAIBAS: Yes.

MR. STEINER: Okay.

BY MR. STEINER:

Q. So, sir, the betterment of the Palestinian people, as you've stated previously, was the cause and concern of your entire life, correct?

A. Of course.

Q. So when an organization -- when a corporation's created to better the lives of Palestinians, it's done in a structured format, isn't it? There's a lot at stake?

(Thereupon, the interpreter begins to translate the question into Arabic for the witness.)

THE WITNESS: (Begins speaking in Arabic.)

(Thereupon, the interpreter then begins to confer with the witness in Arabic

#### Page 79

Confidential - A. Qurei

to clarify his testimony.)

THE INTERPRETER: "The ultimate goal of -- of every work we engaged in was the good of the Palestinian people."

BY MR. STEINER:

Q. So shareholders and members of an important corporation are not chosen randomly, are they?

(Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)

MR. ROCHON: Objection.

(Thereupon, the interpreter continues to translate the record into Arabic to the witness.)

MR. ROCHON: It's mischaracterizing the previous testimony.

The witness said he didn't know. The witness simply said he didn't know how they chose. He did not say that it was random.

BY MR. STEINER:

Q. I am asking if it was selected randomly.

(Thereupon, the interpreter then

#### Page 80

Confidential - A. Qurei

begins to translate the record into Arabic for the witness.)

MR. ROCHON: I'm going to object. I'm going to ask the witness step out, so you don't think a speaking objection by me is directing or suggesting anything to the witness.

MR. STEINER: I will ask --

MR. ROCHON: I'll even take it on my time, if you want.

MR. STEINER: I don't mind the witness stepping out after he gives a response to the question.

MR. ROCHON: Okay. So the question was -- you are saying?

BY MR. STEINER:

Q. In a corporation such as this --

MR. ROCHON: Wait. Let's just be clear. You are withdrawing the last question?

MR. STEINER: Clarifying the last question.

BY MR. STEINER:

Q. All right.

#### Page 81

Confidential - A. Qurei

In a corporation such as this one, whose sole purpose is to better the lives of the Palestinian people, who oversees large funds, are its shareholders randomly selected?

A. I believe this is out of the subject matter. Completely out of the subject. This has nothing to do with what I thought would be the subject.

Q. And sir, if I could just ask --

MR. ROCHON: Wait.

You said you would take a break after he you got an answer, so if Mr. -- I would have the witness step out.

THE VIDEOGRAPHER: Off the record.

MR. ROCHON: I wanted to be on the record. I just want the witness to step out, because I don't want my objection, which needs to be on the record -- to have you guys argue to say I am suggesting something to the witness, which is what you always say when I object.

MR. STEINER: Thank you. We'll have him step out.

MR. ROCHON: I will ask the witness