Page 82

Confidential - A. Qurei

step out, so, if you want to, note the time. I'm not trying to --

MR. STEINER: How long do you anticipate the record will be?

MR. ROCHON: Two minutes, three minutes.

(Thereupon, the witness, Mr. McAleer, and the two interns leave the conference room.)

MR. ROCHON: For the record, the interns filed out with the witness, and Mr. McAleer, to figure out what to do about that.

The witness is correct that this is completely irrelevant to this litigation. We're talking about a case that happened in 2002. You've got theories about the funding of Al-Aqsa. You've got theories about Fatah.

Obviously you've got some -- so yes, I do want to have a proffer from you as to where this is going. I think the witness is absolutely correct in his reaction, and I'm not surprised at it.

Page 83

Confidential - A. Qurei

You're talking about an organization in 1995, Samed. This may be of interest to plaintiffs in other cases, but it is irrelevant to the Saperstein case.

MR. STEINER: I'm not sure I'm required to give you a proffer.

While your position is certainly one to which you're entitled, and the witness is certainly entitled to his position, you are still required, as you know, to respond to the questions.

The arguments regarding relevance may become ripe at a future date, and his reluctance and refusal to answer at this time is inappropriate and in violation of the rules governing this deposition.

MR. ROCHON: So far he hasn't refused to answer any questions. I will say I am well aware of counsel handling other matters with the fascination of Samed of some of the plaintiff's counsel in other cases, but it is irrelevant to this case.

This is not a case about overall assets. I've been through this litigation

Page 84

Confidential - A. Qurei

with brother counsel and on other cases. We are not here to gather discovery for other cases. We're here to gather discovery for the Saperstein case.

I will ask that the questions at least have some tangible relevance to the Saperstein case.

(Thereupon, an informal discussion was held off the record.)

MR. ROCHON: If you want, I can have Mr. McAleer bring the witness back.

MR. STEINER: No. I will respond to your argument briefly.

It's our position that the PLO, obviously, is the defendant in this action, and their assets, their funding, and their possible links to the other organizations which are named and have come up during the course of this dispute, and the function of those organizations is all ripe, pertinent, and relevant to the subject matter at hand. That's our response.

MR. ROCHON: The board of directors

Page 85

Confidential - A. Qurei

of Samed in 1995, and who was chosen and how, has nothing to do with where the money went. If you're asking him about where the money is, what the money was for, what happened to the funding, get to it.

I didn't object to funding questions, and I won't. That's what you've said was part of your theory, but this has nothing to do with your theory.

Now, we can agree to disagree gentlemanly, as we have. I will have the witness come in. I'm not directing him not to answer, but --

MR. STEINER: I will state I'm not consenting it's necessary at this time that I do have and have seen information which clearly states that large amounts of funds that were intended for the PLO and for the PA and for Fatah were actually deposited in accounts which were named to personal individuals, including this individual (indicating), who is the witness before us today.

**Page 86**

Confidential - A. Qurei

1  MR. ROCHON: If you want to ask him
2  about that, ask him.
3  MR. STEINER: I will get to that, but
4  I think I have enough of a good-cause
5  reason to delve into the other board
6  members who also might have had accounts
7  in their own names, knowing that this
8  individual had his, which handled assets
9  that were intended for the PLO and the PA.
10 MR. ROCHON: The curiosity of
11 plaintiff's counsel with PLO funding is
12 interesting, and I'm sure fascinating, but
13 not related to Mr. Saperstein, and none of
14 these questions go to that, and there's no
15 connection to Mr. Saperstein.
16 MR. STEINER: Okay.
17 MR. ROCHON: Now we're agreeing to
18 disagree, so we can have the witness come
19 in.
20 (Thereupon, an informal discussion was
21 held off the record.)
22 MR. ROCHON: The court reporter has
23 asked for a restroom break. Let's go off.
24 MR. STEINER: Can we go off for five

**Page 87**

Confidential - A. Qurei

1  minutes?
2  THE VIDEOGRAPHER: Off the record.
3  The time is 12:15.
4  (Recess taken at 12:15 p.m.)
5  (Resumed at 12:29 p.m.)
6  THE VIDEOGRAPHER: Back on the
7  record. The time is 12:29. This begins
8  Tape No. 3 in the deposition of Ahmed
9  Qurei.
10 BY MR. STEINER:
11 Q. Sir, we've had approximately a ten-minute
12 break, during which time you were out of the room
13 together with your attorneys.
14 And I'm wondering upon your return if any of
15 your responses regarding who these individuals named
16 in Exhibit 1 are and what positions they hold now or
17 have ever held in the PLO and/or Palestinian
18 Authority are.
19 A. First of all, I consider this a private
20 Palestinian matter. This is a private matter of the
21 Palestinian National Authority, and I don't believe
22 that this is the place to -- to engage in discussion
23 of that nature.
24 Q. So, sir, did you respond "I don't know"

**Page 88**

Confidential - A. Qurei

1  in an attempt to evade the question while indeed you
2  did know?
3  A. Before you continue, I do not evade. I
4  do not -- I'm -- I'm not evasive.
5  Q. Okay.
6  A. I am speaking straightforward and very
7  accurate and correct manner --
8  Q. Okay.
9  A. -- and I respect the mission on which you
10 are -- which you are doing now, but also you are
11 supposed to respect my situation and the Authority.
12 Q. Sir, while you were being as what you
13 described as non-evasive and answering the
14 questions, you responded that you don't know who
15 these individuals are (indicating), right?
16 (Thereupon, the interpreter then
17 begins to translate the record into Arabic
18 for the witness.)
19 MR. ROCHON: Objection.
20 (Thereupon, the interpreter continues
21 to translate the record into Arabic to the
22 witness.)
23 MR. ROCHON: Objection,
24 mischaracterizes the testimony.

**Page 89**

Confidential - A. Qurei

1  MR. STEINER: He said he's not
2  evasive and he was answering the
3  questions.
4  MR. ROCHON: You said that he
5  testified he didn't know who these people
6  are.
7  MR. STEINER: He said he didn't
8  know --
9  MR. ROCHON: He testified he didn't
10 know what position they hold.
11 MR. STEINER: -- and -- but the
12 record will speak to that.
13 BY MR. STEINER:
14 Q. You testified you don't know what
15 positions these individuals (indicating) have held,
16 right?
17 That's what you said, isn't it?
18 A. (No response).
19 Q. Sir, I need you to respond yes or no, or
20 any other response you would like to give.
21 A. I don't know.
22 Q. The last name on the document before you
23 is Hassan Ibrahim Hassan Abu Lebdeh, isn't it?
24 A. Yes.

Page 90

Confidential - A. Qurei

1  Q. And while you were prime minister, he was
2  your director general, wasn't he?
3  A. If you know that, why are you asking?
4  Q. Was he your director general while you
5  were prime minister, sir?
6  A. Please, ask me about myself. Don't ask
7  me about others.
8  Q. Sir, you responded that you are not
9  evasive and that you are answering the questions,
10 and earlier, when I asked you what positions these
11 people held, you told me you do not know --
12     MR. ROCHON: Excuse me, Counsel.
13 He's giving an answer.
14     MR. STEINER: I'm not finished with
15 my question.
16     MR. ROCHON: You had.
17 At least give the interpreter a
18 chance to translate it.
19     MR. STEINER: Well, I will ask the
20 question.
21     (Thereupon, the interpreter then
22 continues to translate the record into
23 Arabic for the witness.)
24     THE WITNESS: Yes, I have been

Page 91

Confidential - A. Qurei

1  answering, and still answering the
2  questions.
3  BY MR. STEINER:
4  Q. One of your answers is you don't know
5  what positions these individuals held, right?
6  A. (No response).
7  Q. That was your answer? "I don't know"?
8  A. Hmm.
9  Q. Well, didn't you know Mr. Hassan Ibrahim
10 Hassan Abu Lebdeh was your director general?
11 A. I am an old man, and I started to forget.
12 Q. Very well, sir.
13 Are you now reminded that indeed he was your
14 director general?
15 A. Yes.
16 Q. And are you now able to tell me, if I can
17 have the interpreter re-read to me the second name
18 which appears under the witness's name?
19     THE INTERPRETER: The second name on
20 the list?
21     MR. STEINER: Yes.
22     THE INTERPRETER: Okay. Engineer
23 Fadel Saed Mohammed Kaawash.
24     (Thereupon, an informal discussion was

Page 92

Confidential - A. Qurei

1  held off the record.)
2     THE REPORTER: Thank you.
3  BY MR. STEINER:
4  Q. Do you know who that individual is, sir?
5  A. I don't want to answer any of these
6  (indicating).
7  Q. Okay, so is your answer that --
8  Having stated your reluctance to answer these
9  questions, are you indeed aware of who these
10 individuals are and what positions they held?
11 A. I'm not answering.
12 Q. And are you not answering because you are
13 trying to protect these individuals?
14 A. Why -- from what should I put -- why
15 would I protect them? For what? From what am I
16 protecting them?
17 What is the case? What are you asking about?
18 What is the subject matter here? I don't -- I don't
19 understand.
20 Q. The question, sir, is I want you to
21 explain --
22 A. I don't believe --
23     (Thereupon, an informal discussion was
24 held off the record.)

Page 93

Confidential - A. Qurei

1     THE WITNESS: I am objecting again to
2  the word "protect," because they are not
3  accused.
4  BY MR. STEINER:
5  Q. Well, is it a fear that they may be
6  accused of something?
7  A. This is our business (indicating). This
8  is Palestinian affair. If they become accused, we
9  will take necessary steps.
10 Q. Sir, I'm a lawyer from New York, and I'm
11 representing a Mr. Moshe Saperstein, who was a
12 victim of a terrorist attack that occurred in the
13 Gaza Strip in 2002.
14 I'm here under the authority of the federal
15 courts of the United States of America to ask you
16 questions, and I would appreciate it if you could
17 please answer my questions.
18 A. That's why you should ask about -- you
19 should stick to the subject. This is irrelevant to
20 the subject.
21 Q. I will decide what questions I'm going to
22 ask and what questions I believe are relevant.
23 A. And I'm going to decide what questions to
24 answer.

Page 94

1  Confidential - A. Qurei
2  Q. If you don't answer --
3  If you decide not to answer a question, I would
4  ask that you state that, that "I refuse to answer,"
5  and not mislead people by stating you don't know.
6  MR. ROCHON: Objection.
7  (Thereupon, the interpreter then
8  begins to translate the record into Arabic
9  for the witness.)
10  MR. ROCHON: Objection.
11  THE WITNESS: I will say what I want.
12  I will say what I want. No one tells me
13  what to say.
14  MR. ROCHON: Objection. I suggest we
15  take a break. I will try to instruct the
16  witness.
17  Your colleagues, I can hear, are
18  making noises and are upset about this.
19  If they could keep that noise to
20  themselves --
21  MR. STEINER: Let's take a break.
22  Note the time.
23  THE VIDEOGRAPHER: The time is 12:36.
24  Off the record.
25  (Thereupon, an informal discussion was

Page 95

1  Confidential - A. Qurei
2  held off the record.)
3  (Recess taken at 12:36 p.m.)
4  (Resumed at 12:55 p.m.)
5  THE VIDEOGRAPHER: Back on the
6  record.
7  The time is 12:55.
8  MR. ROCHON: Okay. Thank you.
9  For the record, I have consulted with
10  Mr. Qurei, and before he answers any
11  further questions that --
12  The tone of the exchange before he
13  left had gotten unpleasant, and in my
14  view, I understand that you don't like
15  that Mr. Qurei has not answered the
16  questions the way you wish, but it's
17  disrespectful to Mr. Qurei, and I've asked
18  counsel to not to be disrespectful to
19  Mr. Qurei, even if you don't agree with
20  his answers.
21  MR. STEINER: It was not my intention
22  to be disrespectful to Mr. Qurei. I'm
23  just seeking to elicit answers and do my
24  utmost to treat -- do my utmost best to
25  treat him with respect.

Page 96

1  Confidential - A. Qurei
2  However, I request that he not be
3  evasive and that he be forthright and that
4  he answer questions, and what had actually
5  transpired is he repeatedly stated that he
6  does not know the individuals on this
7  document (indicating).
8  After stating such, he was confronted
9  with the fact that one of the individuals
10  was indeed his director general, and he
11  blamed his failure to know that on his
12  age.
13  THE WITNESS: What does it help you
14  in this?
15  MR. ROCHON: The name --
16  THE WITNESS: What help does this
17  give you?
18  What is the issue here? What case
19  are we here for, just so I know?
20  MR. STEINER: Sir, we are here, as I
21  stated, because I am a lawyer --
22  (Thereupon, an informal discussion was
23  held off the record.)
24  MR. STEINER: To respond to the
25  witness, I am a lawyer from New York, and

Page 97

1  Confidential - A. Qurei
2  I'm prosecuting an action in which a Jew
3  was killed by terrorists in the Gaza
4  Strip.
5  The defendants on that action are the
6  PLO and the Palestinian Authority. I'm
7  sorry. A Jew was shot by terrorists, and
8  another Jew was killed, and I'm
9  prosecuting an action on behalf of the
10  Jew, Moshe Saperstein, who was shot.
11  Under the authority of the federal
12  courts of the United States of America, my
13  intention, sir, is in the most respectful
14  way possible to ask you questions.
15  MR. ROCHON: Mr. Steiner, you put
16  that in a political way.
17  THE WITNESS: I do not see that
18  respect.
19  MR. ROCHON: Yes, and I -- and I
20  agree with the witness. You've put that
21  in a political way, referencing terror and
22  the -- and the religion of the victims,
23  which is not pertinent to the claims.
24  It's not part of the claims.
25  It's done to possibly try to

Page 98

Confidential - A. Qurei

1 antagonize or inflame the witness, and if
2 you wish to get answers, I suggest you
3 just try to ask the questions you have,
4 and we will move forward.
5 If the witness doesn't answer a
6 question to your satisfaction and you want
7 to document that, feel free to do so, but
8 don't try to antagonize him.
9 BY MR. STEINER:
10 Q. Sir, did any of the individuals who are
11 listed in Exhibit 1 ask you not to discuss what
12 their status was in the Palestinian Authority or the
13 PLO?
14 A. No, but because of my responsibility and
15 my position, I do not discuss people with any in the
16 world, with any lawyer in the world.
17 If there is a specific case, I will answer
18 questions in all honesty about that particular case.
19 Q. What was Marwan Barghouti?
20 A. And this is not a secret. This is no
21 secret. This is National Authority.
22 MR. ROCHON: For the record, when he
23 said "this," he was handling the
24 Plaintiff's Exhibit 1.

Page 99

Confidential - A. Qurei

1 MR. STEINER: Thank you.
2 I would like to have this marked
3 Exhibit 2, please (indicating).
4 (Thereupon, a document was marked by
5 the reporter as Plaintiff's Qurei Exhibit 2
6 for identification.)
7 THE WITNESS: Yes.
8 BY MR. STEINER:
9 Q. Sir, the column with the caption on the
10 top states "Shareholders," doesn't it?
11 A. Yes.
12 Q. And that's a document -- Exhibit 2 --
13 which depicts the shareholders that are presently
14 the shareholders in the corporation that we've been
15 discussing?
16 The new Samed, correct?
17 A. Yes.
18 MR. ROCHON: All right.
19 Just note the objection that this
20 also is a document that was not produced
21 that would have been subject to document
22 requests.
23 You had previously suggested that
24 our -- that Exhibit 1 should not have been

Page 100

Confidential - A. Qurei

1 produced -- should have been produced by
2 the defendants in response to a
3 plaintiff's request, and I asked you for
4 what those requests were.
5 I understand this to be a document
6 also related to Samed, and I would note
7 that of the well over a hundred total
8 number of interrogatories and document
9 requests that have been propounded to us
10 by the plaintiffs in this case, not one of
11 them has been in reference to Samed.
12 There is certainly nothing that has
13 been requested of us in that regard, so
14 this is not a failure of production by us.
15 We also, therefore, because it hasn't been
16 produced to us, question the authenticity
17 of this document, which is in Arabic,
18 which I don't read, or the date of this
19 document, which I understand is not on it,
20 according to the brief look at it from our
21 translator.
22 Counsel, you have an obligation under
23 the discovery rules to provide documents
24 for a host of reasons, not just document

Page 101

Confidential - A. Qurei

1 requests, but there are affirmative
2 obligations under the federal rules.
3 If this deposition is going to become
4 a series of documents by surprise, let us
5 know, but that's not an appropriate way to
6 proceed, and there's nothing wrong with us
7 having had the opportunity to prepare a
8 witness with documents that are in the
9 case.
10 So the idea of doing discovery by
11 surprise in the deposition of a
12 74-year-old gentleman is just
13 completely -- dealing with documents, some
14 of them that go back 15 years, is
15 improper, and it's unfair to the witness.
16 MR. STEINER: It is -- this is --
17 MR. ROCHON: Now, are you going to
18 make proffer as to the date, the
19 provenance, or the authenticity of this
20 document?
21 MR. STEINER: This is a document that
22 we've just become in receipt of, that
23 we've just received.
24 MR. ROCHON: I don't know if you

Page 102

Confidential - A. Qurei

1  picked it up on the sidewalk, or if you
2  have a representation as to the provenance
3  of the document.
4      MR. STEINER: Well, the witness just
5  described what the document was.
6      MR. ROCHON: The witness didn't
7  describe the date or the authenticity of
8  the document.
9      MR. STEINER: We will get to that.
10 We will get to that.
11     MR. ROCHON: I'm sorry? You said you
12 will get to that?
13     MR. STEINER: Yeah.
14     MR. ROCHON: Okay.
15     Are you making a proffer to me as
16 brother counsel as to a document you are
17 producing for the first time today, as to
18 the provenance of this document?
19     MR. STEINER: I've given you the
20 document.
21     If you want to take a few minutes and
22 go over it with your translator, that's
23 fine. Would you like to do that?
24     MR. ROCHON: I've asked you about the

(lines 1-25, numbering on left)

Page 103

Confidential - A. Qurei

1  provenance. My translator can't help me
2  as to the authenticity or the date of the
3  document, which doesn't appear on it, nor
4  on its face, unlike the first document,
5  which is purported to have a seal.
6      MR. STEINER: I will continue with my
7  questions.
8  BY MR. STEINER:
9      Q. Sir, you've already agreed that this is
10 an updated list of the current shareholders of
11 Samed, correct?
12     A. Not updated? Not updated? Since when?
13 This is from the '90s, as far as I believe.
14     Q. Why do you say that?
15     A. Because after that, nothing happened. I
16 don't remember.
17     MR. STEINER: Can you read back three
18 or four questions ago when I asked the
19 witness if this is an updated list, and he
20 said "yes"?
21     (Whereupon, the requested portion of
22 the record was read back by the court
23 reporter.)
24     (Thereupon, the interpreter then

Page 104

Confidential - A. Qurei

1  begins to translate the record into Arabic
2  for the witness.)
3      THE WITNESS: They are not current
4  shareholders, because it's over. It's
5  dissolved.
6  BY MR. STEINER:
7      Q. Okay. When was it dissolved?
8      A. About two years ago. About two years
9  ago.
10     Q. Why was it dissolved?
11     A. That's what we decided.
12     Is it concern to you why? Do I ask you about
13 any Israeli institutions, why they were dissolved?
14 Or American institutions? It was decided that it be
15 dissolved.
16     Q. Did the corporation exist between October
17 2000 and February 2002?
18     A. Yes.
19     Q. And while it existed between those dates,
20 were these the shareholders (indicating), those
21 depicted on Exhibit 2?
22     A. I believe so, but I am not completely
23 sure.
24     MR. STEINER: Okay.

Page 105

Confidential - A. Qurei

1      I would ask the interpreter to recite
2  the name of the first individual on the
3  document to the witness.
4      THE INTERPRETER: Abdul Aziz (last
5  name unintelligible).
6  BY MR. STEINER:
7      Q. Are you familiar with that gentleman,
8  sir?
9      A. Are we back to the same questions? Are
10 we back to the same questions?
11     Q. Are you refusing to answer whether or not
12 you are familiar with that gentleman, sir?
13     A. I have not refused. I have neither
14 refused nor accepted.
15     Q. Then --
16     A. I would like to get the point. What do
17 you want? I am not accused of anything before you.
18 Not at all.
19     I am here to be questioned regarding a
20 particular case as a Palestinian official, and I've
21 been answering.
22     Q. Will you tell me who these individuals
23 are and what positions they held in the PLO or the
24 Palestinian Authority between October 2000 and

**Page 106**

Confidential - A. Qurei

February of 2002?

A. I can hardly remember what happened last year. Many events have been happening, much more important than this (indicating).

(Thereupon, an informal discussion was held off the record.)

BY MR. STEINER:

Q. What happened to the assets of the new Samed that we're discussing, after it was dissolved at the time you say it was dissolved?

A. It was liquidated, and it went to sources.

Q. Can you tell me please what those sources were?

A. Sources.

Q. Such as?

A. The entities that had founded it.

Q. What entities are those?

A. Where do you -- what are you trying to get? Why are you interfering with the Palestinian -- with the Palestinian affairs?

Q. I've tried my best to explain to you why, and I don't think I need to repeat it.

A. No. You have been explaining things to

**Page 107**

Confidential - A. Qurei

me that are irrelevant to the matter.

It was liquidated by an official decision. Whoever made the decision was in charge of it.

Q. Sir, what sources did the funds go to upon the liquidation of this corporation (indicating)?

A. The sources -- the sources were the entities that had founded it.

Q. And who are they?

A. It's not -- it's not your right.

MR. ROCHON: Objection. There's already been testimony about that.

THE WITNESS: This mission is not your right.

BY MR. STEINER:

Q. Are you then refusing to respond?

A. No.

I'm asking that you be employed by us so that you can ask such a question.

Q. I've explained to you the authority under which I'm asking you those questions, sir.

A. And I explained to you what authority I am answering under.

Q. The problem is, sir, you have not

**Page 108**

Confidential - A. Qurei

answered, and again, I will pose the question, and -- and --

Again, I will pose the question. Who are the sources --

A. Do not pose the question.

Q. Who are the sources that received the assets?

A. Let's get to the point. Let's cut to the chase.

Q. The point now is for me to determine where the money went.

A. None of your business.

(Speaking in English) It's not your business.

Q. Are you refusing to answer?

A. It's not your business.

(Speaking in English) Can I ask where your money --

Q. If you were --

(Thereupon, an informal discussion was held off the record.)

BY MR. STEINER:

Q. If you were an attorney deposing me, you could ask.

A. I wouldn't be asking you these questions,

**Page 109**

Confidential - A. Qurei

because I respect people.

Q. Over the course of the existence of the new Samed corporation, who, if anybody, did it pay dividends to?

A. What do you mean by "new"? Was there a new one and an old one? That's how the Israelis classified it.

Q. By "new" Samed corporation, sir, I mean the one that's depicted in the certificate of incorporation in Exhibit 1 (indicating), not the one which existed in Lebanon.

A. So this is a new term I am just learning from you.

(Several speakers talk over each other at the same time.)

BY MR. STEINER:

Q. That's why -- I just thought of this term now. I apologize if it's --

A. (Speaking in English) The new and old, because we don't know it. You are more sophisticated than us.

Q. Well, I appreciate your humor and sarcasm, sir.

(Several speakers talk over each other

Page 110

Confidential - A. Qurei

1  
2      at the same time.)  
3   BY MR. STEINER:  
4      Q.   And perhaps the proceedings need some  
5   levity, although I do take the subject of my  
6   client's matter seriously.  
7      A.   I'm not sarcastic. These are new names.  
8      Q.   Sir, I take the injury of my clients  
9   quite seriously, and I take the damages and pain and  
10  suffering that he endured seriously.  
11     A.   I take my suffering seriously, too.  
12  (Speaking in English) More than his suffering.  
13  Until I arrived here, I suffered.  
14     Q.   Well, sir, I'm here representing --  
15     A.   (Speaking in English) If you would -- if  
16  you would -- if you would put it in a fair way.  
17     Q.   I am here representing him. I am here  
18  representing Mr. Moshe Saperstein.  
19     A.   Okay.  
20     Q.   I'm sure you appreciate that.  
21     A.   Okay. All respect.  
22     Q.   Thank you.  
23     Where did the dividends from the corporation  
24  which is depicted in Plaintiff's Exhibit 1 go  
25  (indicating) over the course of the corporation's  

Page 111

Confidential - A. Qurei

1  
2   existence?  
3          MR. ROCHON: Objection, assumes a  
4       fact not in evidence.  
5   BY MR. STEINER:  
6      Q.   Were there dividends from the  
7   corporation?  
8      A.   I'm not answering. I'm not answering.  
9   This question has nothing to do with the subject  
10  matter.  
11         (Thereupon, an informal discussion was  
12      held off the record.)  
13         THE WITNESS: What are these  
14      questions?  
15  BY MR. STEINER:  
16     Q.   Sir, this was an organization in which  
17  you were the first member listed on the shareholder  
18  certificate when it was established, right?  
19     A.   Are we back?  
20     Q.   And indeed you were listed --  
21     A.   Please, please.  
22     Q.   You are listed as the head of the board  
23  of directors?  
24     A.   Please, excuse me. Is this the subject  
25  matter?  

Page 112

Confidential - A. Qurei

1  
2      Q.   I am trying to find out --  
3      A.   You, as an Attorney General, did you come  
4   for this matter?  
5      Q.   I came to find out at this stage in the  
6   proceedings where the money went. I am trying to  
7   find out where the money went.  
8      A.   What business is yours? What business  
9   yours is where the money is (sic)?  
10         (Several speakers talk over each other  
11      at the same time.)  
12  BY MR. STEINER:  
13     Q.   Are you refusing to answer the question  
14  about where the money went?  
15     A.   It's none of your business.  
16     Q.   Sir, I have one final question --  
17         (Thereupon, the witness begins  
18      speaking to the interpreter in Arabic.)  
19         THE INTERPRETER: The witness just  
20      asked the interpreter about the gentleman  
21      sitting to the right of Mr. Steiner  
22      (indicating).  
23         MR. STEINER: This is an attorney,  
24      Israeli counsel to -- to the plaintiff.  
25         THE WITNESS: You are welcome.  

Page 113

Confidential - A. Qurei

1  
2          MR. STEINER: I am an attorney from  
3       New York who is representing him, and he's  
4       local counsel. He's counsel from Israel.  
5          THE WITNESS: I am not a lawyer from  
6       Palestine. I am under the Israeli  
7       occupation.  
8   BY MR. STEINER:  
9      Q.   Okay, which may indeed be the last  
10  question on this subject, sir.  
11     The corporation that you say was liquidated two  
12  years ago -- is that the corporation which is  
13  depicted in Plaintiff's Exhibit 1 (indicating)?  
14     A.   This is the same. The same --  
15     Q.   Okay.  
16     A.   -- institution.  
17     Q.   So this corporation no longer exists?  
18  That's your testimony?  
19     A.   Finito.  
20         (Thereupon, an informal discussion was  
21      held off the record.)  
22  BY MR. STEINER:  
23     Q.   Sir, it's fair to say that the social and  
24  economic programs that you engage in for the  
25  betterment of the Palestinian people requires money,

### Page 194

Confidential - A. Qurei

1. begins to translate the record into Arabic
2. for the witness.)
3. MR. ROCHON: Just one minute.
4. Objection, calls for speculation.
5. THE WITNESS: He -- if he received a
6. salary from the Legislative Council, he
7. wouldn't receive a salary from the
8. movement.
9. If he received a salary from the PA,
10. that -- then it doesn't get paid by the
11. movement.
12. BY MR. STEINER:
13. Q. Did he have an office by virtue of his position with Fatah between October 2000 and February 2002?
14. A. There was the Office of Organization and Mobilization.
15. Q. And that -- was that a Fatah office?
16. A. The Mobilization and Organization, of course.
17. Q. And did Mr. Marwan Barghouti have staff within that office such as assistants, secretaries?
18. A. I really wouldn't know.
19. Q. And --

### Page 195

Confidential - A. Qurei

1. (Thereupon, an informal discussion was held off the record.)
2. BY MR. STEINER:
3. Q. The office that you described -- who paid the rent for that?
4. A. Which office?
5. Q. The one where you stated previously Mr. Marwan Barghouti conducted his work.
6. (Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)
7. MR. ROCHON: Objection.
8. BY MR. STEINER:
9. Q. I don't remember the name of it.
10. A. There was no office named Marwan Barghouti's office. There is the mobilization and organizing office.
11. Q. Thank you. Who paid for that office?
12. A. The movement.
13. Q. You mean PA, PLO, Fatah?
14. A. Fatah.
15. Q. Okay. Now, sir, are you familiar with an organization called Black September?

### Page 196

Confidential - A. Qurei

1. (Thereupon, the interpreter begins to translate the question into Arabic for the witness.)
2. MR. ROCHON: Objection. There is -- This is so far afield from this case. This is so far afield, I mean, this is curiosity for some other case.
3. MR. STEINER: Are you directing the witness not to answer?
4. THE WITNESS: I am with Green September.
5. BY MR. STEINER:
6. Q. Who are they?
7. A. Black September? Oh, you mean Green? I am joking. I'm sorry.
8. Q. Are you familiar with that organization, sir? Black September?
9. A. It is not an organization. It's something that came up after September events in Jordan. It doesn't physically exist. There's not physically something called "organization" in that name.
10. (Thereupon, an informal discussion was held off the record.)

### Page 197

Confidential - A. Qurei

1. BY MR. STEINER:
2. Q. If it's not an organization, sir, who -- what did it consist of?
3. A. I don't know.
4. Q. Who was in it?
5. A. I don't know.
6. Q. Did the PLO fund Black September activities?
7. A. I don't know, but I don't believe so.
8. Q. Did the PLO give instructions to Black September?
9. A. (Begins speaking in Arabic).
10. (Thereupon, the interpreter then begins to confer with the witness in Arabic.)
11. THE INTERPRETER: "I really don't know, but I don't believe so."
12. BY MR. STEINER:
13. Q. Did Black September advance the goals of the PLO?
14. (Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)
15. MR. ROCHON: I am going to object.

**Page 198**

Confidential - A. Qurei

1. description of Black September, I think
2. Given the witness's previous
3. description of Black September, I think
4. the question is based on a fact not in
5. evidence.
6. BY MR. STEINER:
7. Q. You can answer, sir.
8. A. What was the question?
9. Q. Did Black September advance the goals of
10. the PLO?
11. A. The goals of the PLO are very clear.
12. Black September --
13. I do not know that it is an organization. It
14. was a phenomenon that existed for a certain period
15. of time, and it's gone.
16. Q. Are you familiar with an individual named
17. Abu Daoud?
18. A. Abu Daoud?
19. Q. Yes.
20. A. If I know him personally?
21. Q. Are you aware of -- are you familiar with
22. him?
23. A. He was with me at the classroom, at
24. school.
25. (Speaking in English) At school, but I was

**Page 199**

Confidential - A. Qurei

1. never connected to him directly in any work.
2. Q. Where was that, sir? Which school did
3. you attend with him?
4. A. In Jerusalem. Rashidiyyah Omaryyah.
5. (Thereupon, an informal discussion was
6. held off the record.)
7. BY MR. STEINER:
8. Q. Sir, is there a formal body in the
9. Palestinian Authority that's responsible for the
10. naming of public streets and public squares?
11. THE INTERPRETER: "Formal body"?
12. BY MR. STEINER:
13. Q. Is there a formal body in the Palestinian
14. Authority that's responsible for the naming of
15. public streets and public buildings?
16. A. The concerned ministries.
17. Q. And sir, aren't streets and buildings
18. named after --
19. Weren't streets and buildings within areas
20. controlled by the Palestinian Authority named after
21. individuals that launched attacks against the state
22. of Israel with suicide bombers?
23. A. My knowledge is that it's names of
24. Palestinian leaderships.

**Page 200**

Confidential - A. Qurei

1. Q. Palestinian who?
2. THE INTERPRETER: "Leaderships."
3. Leaders, leaderships.
4. BY MR. STEINER:
5. Q. Aren't there streets in areas that are
6. controlled by the Palestinian Authority which are
7. named in memory of individuals that launched attacks
8. against Israel?
9. A. It's possible. I don't know. I'm not
10. sure, but it's possible. Not because they committed
11. that, but because they are freedom fighters.
12. Q. Isn't there a museum within the areas
13. controlled by the Palestinian Authority which
14. displays figures of Arabs that launched attacks
15. against Israel who are now martyred?
16. (Thereupon, the interpreter then
17. begins to translate the record into Arabic
18. for the witness.)
19. MR. ROCHON: Objection. Please
20. finish that.
21. (Thereupon, the interpreter continues
22. to translate the record into Arabic to the
23. witness.)
24. MR. ROCHON: So -- objection. We

**Page 201**

Confidential - A. Qurei

1. have a time frame for this case.
2. To the degree this kind of stuff
3. would be relevant, it would have to be a
4. time frame that possibly could have
5. prompted this act. You didn't give a time
6. frame for your question.
7. MR. STEINER: I'm not sure I agree
8. with you. It certainly goes to state of
9. mind.
10. MR. ROCHON: State of mind in 2010 is
11. not causation for 2002. You guys made
12. proffer to have this man come, made a lot
13. of long arguments, now you are asking him
14. about street naming?
15. MR. STEINER: Yeah.
16. MR. ROCHON: This is -- you know, you
17. made representations to the Court to get
18. him here. You've covered the areas that
19. prompted him having to come here.
20. MR. STEINER: Uh-huh.
21. MR. ROCHON: And now you're just
22. engaging in some kind of random questions
23. on some other agenda that can't be this
24. case.

**Page 218**

Confidential - A. Qurei

Q. It's on Exhibit 4, for the record.
A. Do you want me to discuss this matter?
Q. No.
(Thereupon, an informal discussion was held off the record.)
MR. ROCHON: Do you guys want to go outside?
MR. STEINER: No. I will just move to strike the witness's question and the response. It's a deposition where I pose the questions.
BY MR. STEINER:
Q. Okay. Sir, you mentioned earlier that you are the head of the Jerusalem department of the PLO, correct?
A. Yes.
Q. And do you meet with foreign officials as part of your duties as head of that department?
A. I have always been meeting with foreign persons.
Q. And that's also true in your capacity as head of the Jerusalem department of the PLO, in that capacity you also met with the foreign officials?
A. Yes.

**Page 219**

Confidential - A. Qurei

Q. And who are the foreign officials that you have met in this capacity?
A. You mean when? At that time? At that date? On that date?
Q. I am talking specifically about the time you were appointed head of the Jerusalem department of the PLO until today.
A. I met with all the representatives that we have, and I met with foreign -- with the foreign ministers, visiting foreign ministers --
Q. Can you just very briefly describe for me --
A. -- and I met with some Israelis.
Q. Okay, and can you briefly describe for me who some of the foreign officials are that you've met with in this capacity?
A. I'm not supposed to submit a report about whom I met with.
Q. Well, are you required to get their permission each time you meet with foreign officials from the PLO? And from the PLO, I mean from the Executive Committee?
A. No. That's my work.
Q. What type of things do you discuss with

**Page 220**

Confidential - A. Qurei

these foreign officials?
MR. ROCHON: Objection.
The witness is not going to answer questions about the diplomatic relations of the PLO. Move on, please.
BY MR. STEINER:
Q. Well, have you spoken out against the Judaization of Israel?
A. Yes.
Q. And what do you mean by "the Judaization of Jerusalem"?
A. I mean this -- this is a sacred city, and I meant Judaization and Israelization. Israelization is to empty the city from its -- its Palestinian population through measurements and practices that are very strange and tough, and this includes demolishing of homes -- of their homes.
It includes the issuance of IDs and permits and the right to -- to stay or reside in their city, and this involves the checkpoints that have completely closed the city. Now the city is almost closed by military checkpoints. No one can enter without a permit. This is regarding the population. That is why it is a matter of making things difficult in

**Page 221**

Confidential - A. Qurei

addition to confiscation of lands and construction of settlements.
As for Judaization, it means close the city and try to isolate it from its population and building those new -- those Israeli cities around it, and the old city -- the excavation work that we -- that they do unilaterally and we do not accept, we do not approve of, they do it by force, but by this, they will not get it. Let me tell you.
Jerusalem is the most important issue to you guys. It's important, but to us, it's a matter of history. It's a matter of history. No Palestinian state and no peace without Jerusalem. I have said it to all Israelis that I negotiated with.
(Speaking in English) I said it to Olmert, the prime minister.
(Thereupon, an informal discussion was held off the record.)
THE WITNESS: And this is a fact that is not recognized. If it is not recognized, it will be the recipe for violence and terrorism. This was the situation, has only been official to the power of -- through the forces of radical

### Page 222

Confidential - A. Qurei

powers, radicalism, extremism, radicalism which extend from Kabul to Casablanca.

The Israeli radicalism as well. These are the ones who pushed things in that direction. The direction of more extremism and inability to achieve peace. We are one of those who still believe that there is a possibility for peace, and I am one of those who still believes that it is possible, it is attainable; but to make it happen, that -- that -- there are certain requirements.

First, you must provide the necessary atmosphere. You must stop all suppressive measurements against Palestinians. Those measurements have been extremely tough and atrocious. I am the son of Abu Dis. Abu Dis is two kilometers away from Jerusalem, from the old city. When I was young, I used to walk to school. Now I have to go around for an hour to get here.

This is not a normal situation. It is not a healthy situation, I am telling you. I am saying this because this is an

### Page 223

Confidential - A. Qurei

official meeting, official session.

Israelis can by force make the situation stay like this for a certain period of time, but it cannot keep it -- keep the situation forever, and we can live under these circumstances for a certain period of time, but we cannot stay and live like this forever.

Islamic and Arab countries to whom Jerusalem is an important thing can -- can be silent for a certain period of time, but cannot remain silent forever. I am hopeful that the American efforts which are being exerted now will be successful and again accomplish a result. Otherwise, frustration, despair will be the natural outcome.

The Al Aqsa Intifada had been after the -- after what happened when Sharon came to visit. A group of young people went on a demonstration. They were attacked. There was a reaction, and things developed until we -- in order for us to contain it, it took us years, and I

### Page 224

Confidential - A. Qurei

was the one who handled that mission. I was the prime minister, and I brought them together in all areas, so if good intentions were not there, we will continue in this vicious cycle, and there will be --

We will be looking for trivial things when the real issue is big and complicated. The factors involved in it when the international and regional ramifications are big. Therefore, I -- I am hopeful -- despite what I have heard in this session, I am hopeful that the -- the spirit of peace will prevail. No future for us and no future for Israel without peace.

BY MR. STEINER:

Q. Is the Judaization of Jerusalem a verb? Judaization? Is that a verb that you've created?

A. No. I do not coin words. This is a term that really describes their -- those practices. Look, the most dangerous thing -- the most dangerous thing that could occur in this case is that the attempt to demolish Al-Aqsa and the attempt to

### Page 225

Confidential - A. Qurei

change the cultural features and the historical and cultural features of the city unilaterally -- this will destroy everything. This is what I mean by Judaization.

Q. Sir, you would certainly agree there are Jews who have held property and owned property in Jerusalem for hundreds of years, wouldn't you?

(Thereupon, the interpreter then begins to translate the record into Arabic for the witness.)

MR. ROCHON: Just -- just -- please finish your translation, but I have an objection.

THE INTERPRETER: I'm done.

MR. STEINER: You've finished the question?

THE INTERPRETER: Yes.

MR. ROCHON: We are not here to debate the politics.

MR. STEINER: He opened the door.

MR. ROCHON: No, no. You asked -- you asked a political question, you get the political answer. You asked a question whispered in your ear instead of

### Page 226

Confidential - A. Qurei

1  a question relevant to the case.
2  This is the same thing that happened
3  at the last deposition. We're not here to
4  debate this. You didn't need to ask that
5  question, but if you ask that political
6  question, which has nothing to do with
7  this case, you're going to get this.
8  BY MR. STEINER:
9  Q. Is there land that was owned by Jews in
10 Jerusalem for hundreds of years?
11 A. There are -- there are possibly some
12 properties, because this country has never
13 discriminated on a racial basis. Allow me, please.
14 Nobody -- no offense to anyone. There is
15 racial discrimination now. There was nothing
16 before.
17 Q. And you don't consider the term
18 "Judaization" racial discrimination?
19 A. I'm sorry, no. It was this city has
20 certain -- certain style, vision, Christian,
21 Islamic, Jewish, and tampering with that style is
22 destructive, because they have the power to do it.
23 Q. Well, this city is divided into areas
24 which are inhabited by all the people that you just

### Page 227

Confidential - A. Qurei

1  mentioned, correct, Christians, Armenians, Muslims.
2  (Thereupon, the interpreter then
3  begins to translate the record into Arabic
4  for the witness.)
5  MR. ROCHON: Objection.
6  THE WITNESS: I -- I -- I have a
7  counter -- I have a counterargument. Then
8  we will engage in historical argument.
9  BY MR. STEINER:
10 Q. If you can, give me a yes or a no
11 response. Does the city have areas which are --
12 (Thereupon, the interpreter begins to
13 translate the question into Arabic for the
14 witness.)
15 THE INTERPRETER: "Of course. They
16 used to live in the city. They existed --
17 they never denied their existence, but
18 they deny our existence.
19 "The Judaization is a process of land
20 confiscation, and the Israelization is the
21 attempt to expel, evacuate the city of its
22 population."
23 MR. STEINER: Why are you staring at
24 me?

### Page 228

Confidential - A. Qurei

1  MR. McALEER: Counsel, conduct your
2  deposition.
3  MR. STEINER: Why are you staring at
4  me?
5  MR. McALEER: I'm not staring at you.
6  You are the one asking questions.
7  MR. STEINER: He was responding. You
8  are sitting there giving me this nasty
9  look. Is everything all right?
10 MR. McALEER: I'm absolutely fine,
11 Counsel.
12 BY MR. STEINER:
13 Q. Has Judaization occurred in the Armenian
14 quarter?
15 (Thereupon, the interpreter then
16 begins to translate the record into Arabic
17 for the witness.)
18 MR. ROCHON: Objection. Objection.
19 Just --
20 We're not here to have a political,
21 philosophical debate on these very
22 important issues.
23 MR. STEINER: Don't give speaking
24 objections. I'm asking the question, and

### Page 229

Confidential - A. Qurei

1  my position is it goes to bias. If you
2  want to direct him not to answer, direct
3  him not to answer.
4  MR. ROCHON: He already said he's
5  used the term. You got what you want.
6  MR. STEINER: Are you directing him
7  not to answer?
8  MR. ROCHON: What? No, I'm not
9  directing him not to answer. I'm asking
10 you not to ask political questions.
11 BY MR. STEINER:
12 Q. Yes or no?
13 Has Judaization occurred in the Armenian
14 quarter? What you described as Judaization?
15 A. In the whole city. In the entire city.
16 Please listen to me. Don't listen to that other
17 one. (Speaking in English) Listen to me. When the
18 city was occupied in 1967, its area -- its area was
19 6.7 square kilometers.
20 The city now is 72 square kilometers, and the
21 plan that is -- that was prepared by Israel for the
22 year 222 Metropolitan Jerusalem is we make the city
23 440 square kilometers.
24 This is a unilateral action from one side

Page 230

Confidential - A. Qurei

1 against the will of the Palestinians, who are under
2 the occupation.
3     MR. ROCHON: Given the time --
4     MR. STEINER: Right. We are almost
5     done. Sure.
6 BY MR. STEINER:
7     Q. Sir, while I understand and appreciate
8 your position, I'm sure you would agree that there
9 are those who have different opinions, and there are
10 arguments on the other side as well, correct?
11 Without getting into all of that --
12     A. We are all supposed to reach -- to
13 respect each other until we reach a solution.
14 I'm -- not to make force the decisive factor.
15     (Thereupon, an informal discussion was
16     held off the record.)
17 BY MR. STEINER:
18     Q. Sir, two or three more questions. Just
19 two or three more questions. Thank you.
20     If a Jew builds on land in East Jerusalem that
21 has been owned by Jews for hundreds of years, is
22 that Judaization?
23     A. No one confiscates someone else's land if
24 it was in his name, but I do not accept the

Page 231

Confidential - A. Qurei

1 reasoning that is based on 3,000 years old history.
2 Otherwise, I would say yeah, in the Philippines we
3 will claim Mecca, because it's Muslim.
4     Q. Sir, do you remember earlier in this
5 deposition --
6     A. Some understanding could be reached.
7 It's possible. It's possible to negotiate the
8 status of the city. How the status will be so that
9 all Jews feel that it is theirs, and Muslims feel it
10 is theirs, and Christians feel it is theirs, that's
11 possible, doable.
12     But to come and tell me this is what I want and
13 you can bang your head against the wall, that
14 doesn't work.
15     Q. Earlier on in this deposition, there was
16 a point in time when an Israeli attorney entered the
17 room --
18     A. Yes.
19     Q. -- Avi Har-Zahav, and you asked who he
20 was. Do you remember that?
21     A. Yes.
22     Q. And then you went on to describe how
23 "There are so many of them. They are outnumbering
24 us. There are always so many of them." Do you

Page 232

Confidential - A. Qurei

1 remember that?
2     A. Like there are in Jerusalem.
3     Q. Was that Judaization also?
4     A. No. Let's not oversimplify it. This is
5 a city under occupation, and it's a -- it's a --
6 it's an issue subject to negotiations. I -- I am
7 not going to impose anything against them except
8 that what we both agree on, and they should not
9 impose anything on me. In the same fashion, nothing
10 should be imposed against us unless we agree on it.
11 What is going on it is unilateral action.
12     One of the important items in the Oslo Accords
13 provides that neither one -- neither one of the two
14 sides has the right to do any act unilaterally
15 that -- which could prejudice the outcome of the
16 permanent state of negotiations. Now, what's
17 happening now is a prejudice, is prejudice,
18 prejudicial, and it's imposition of --
19     MS. DAIBAS: De facto situation.
20     THE INTERPRETER: "De facto
21     situation."
22     MR. STEINER: Sir, I have no further
23 questions for you. I thank you very much
24 for your time and patience and for coming

Page 233

Confidential - A. Qurei

1 today.
2     I wish you continued good health with
3 your eye, and I also wish you success in
4 your peace negotiations.
5     THE WITNESS: Thank you by (sic) your
6 help.
7     MR. ROCHON: Sir, let's take five
8 minutes, and then we will see if we have
9 any questions.
10     THE VIDEOGRAPHER: Off the record.
11 The time is 5:08.
12     This is the end of Tape No. 5 in the
13 deposition of Ahmed Qurei.
14     (Recess taken at 5:08 p.m.)
15     (Resumed at 5:16 p.m.)
16     (Thereupon, a document was marked by
17 the reporter as Plaintiff's Qurei Exhibit 7
18 for identification.)
19     THE VIDEOGRAPHER: Back on the
20 record. The time is 5:16. This is Tape
21 No. 6 in the deposition of Ahmed Qurei.
22     MR. ROCHON: Thank you.
23     During the break, plaintiff's counsel
24 and I agreed to have a document marked as