

**TRANSPERFECT**
**T R A N S L A T I O N S**

City of New York, State of New York, County of New York

I, Fumi Ishikawa, hereby certify that the following is, to the best of my knowledge and belief, within the given parameters, a true and accurate translation of the attached document "Law number (7) for 1995" from Arabic into English.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Fumi Ishikawa

Sworn to before me this

19th day of September, 2005

Signature, Notary Public

HEATHER BOSLEY
Notary Public–State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 2008

Stamp, Notary Public
State of New York

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

PPF 0026455

Palestine Liberation Organization
Palestinian National Authority
Office of the President                              [logo]


Number: _____
Date: _____

### LAW NUMBER (7) OF THE YEAR 1995
### Composition of Board of Directors for Insurance and Pension Fund

Chairman of the Palestinian Liberation Organization Executive Committee
President of the Palestinian National Authority

After examining:
The President of the Palestinian National Authority's decision issued on 05/20/1994 regarding the continued application of rules, regulations and orders which were valid before 5/06/1967 in the Palestinian lands "the West Bank and Gaza Strip" till unified.
The Insurance and Pension Law for the employees and workers of the Public Administration, Municipal and Rural Councils, and Department of Islamic Waqf, which was issued in decision no. eight for the year 1964 and its amendments, particularly Article (3).

Responding to the requirements of the public interest, the following law has been enacted:

### Article (1)
The Insurance and Pension Fund, which has been stated in the Decision of Law (8) of the year 1964, shall have a Board of Directors that will include:
1- Minister of Justice,
2- Minister of Finance,
3- Minister of Local Government,
4- Director General of the Insurance and Pensions Affairs,
5- Director General of the Employees Department, and
6- Representative of the Retired Employees Association.

PPF 0026456

Palestine Liberation Organization
Palestinian National Authority
Office of the President                    [logo]


Number: _____
Date: _____


The Board of Directors will hold meetings upon the invitation of its Chairman and any meeting cannot be
considered legal until at least four (4) of its members attend it. The decisions will be issued by a majority of
the attendants, and when the votes are equal, the side on which the chair is shall win.

Article (2)
Article (3) of the mentioned Law (8) for 1964 shall be cancelled and any rule that contravenes this Law.

Article (3)
All the concerned parties, each in its specialization, shall implement this Law, which shall be valid from the
date of its publication in the formal Gazette.

Issued in Gaza on 05/14/1995.

[illegible signature]
Yasser Arafat
Chairman of the Palestine Liberation Organization Executive Committee
President of the Palestinian National Authority

PPF 0026457



**PALESTINE LIBERATION ORGANIZATION**
**Palestinian National Authority**
**Office of the President**

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

الرقم : _____
التاريخ : _____

قانون رقم ( ٧ ) لسنة ١٩٩٥

بتشكيل مجلس ادارة صندوق التأمين والمعاشات

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

بعد الاطلاع على قرار رئيس السلطة الوطنية الفلسطينية، الصادر بتاريخ ١٩٩٤/٥/٢٠ بشأن
استمرار العمل في القوانين والانظمة والاوامر التي كانت سارية المفعول قبل تاريخ ١٩٦٧/٦/٥
في الاراضي الفلسطينية " الضفة الغربية وقطاع غزة " حتى يتم توحيدها.
وعلى قانون التأمين والمعاشات لموظفي ومستخدمي الادارة العامة والمجالس البلدية والقروية
ودائرة الأوقاف الاسلامية الصادر بالقرار رقم (٨) لسنة ١٩٦٤ وتعديلاته، ولاسيما
المادة (٢) منه.

وبناءً على ما تقتضيه المصلحة العامة

أصدرنا القانون الآتي :

مادة (١)

ينشأ لصندوق التأمين والمعاشات المنصوص عليه في القرار بقانون رقم (٨) لسنة ١٩٦٤
المشار اليه مجلس ادارة يشكل على الوجه التالي :

١ – وزير العمل
٢ – وزير المالية
٣ – وزير الحكم المحلي
٤ – مدير عام شؤون التأمين والمعاشات
٥ – مدير عام ديوان الموظفين
٦ – ممثل عن جمعية الموظفين المتقاعدين

PPF 0026458

16 JUN 2000 12:14    HP LASERJET 3200    P-2

**PALESTINE LIBERATION ORGANIZATION**
Palestinian National Authority
Office of the President



منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

الرقم : _____
التاريخ : _____

وينعقد المجلس بدعوة من رئيسه، ولايكون انعقاده صحيحاً إلا إذا حضر الاجتماع أربعة أعضاء
على الأقل وتصدر القرارات بأغلبية الحاضرين، وعند التساوي يرجح الجانب الذي منه الرئيس.

مادة (٢)

تلغى المادة (٢) من القرار بقانون رقم (٨) لسنة ١٦٦٤ المشار اليه، وأي حكم يخالف أحكام
هذا القانون.

مادة (٣)

على جميع الجهات المختصة كل فيما يخصه، تنفيذ هذا القانون، ويعمل به من تاريخ صدوره،
وينشر في الجريدة الرسمية.

صدر في غزة وتاريخ : ١٩٩٥/٥/١٤

ياسر عرفات
رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية
رئيس السلطة الوطنية الفلسطينية

PPF 0026459