**In the Name of Allah, Most Gracious. Most Merciful**
**Minutes of the Meeting of the Board of Directors of the Insurance and Pension Fund**
**Held on June 3, 1995**

The Board of Directors of the Insurance and Pension Fund met at 6 p.m. on Saturday, June 3, 1995 at the office of the Minister of Justice, Lawyer Freih Abu Meddain, as Chairman:

And membership of:

| | |
|---|---|
| Mr. Mohamed Russian Al A'araj | Director General of the Insurance and Pension Affairs |
| Mr. Mohammad Abdul Aziz Abu Shariya | Director General of the Civil Service Bureau |
| Mr. Rafiq Ibrahim Al Khodary, | Representative of the Retired Employees Society |

Both Mr. Mohammad Zahdi Nashashibi, Minister of Finance and Dr. Saeb Arikat Minister of Local Government were absent because they were abroad.

The Chairman, Lawyer Freih Abu Meddain, opened the meeting by Welcoming the Board members. adding that the Insurance and Pension Fund Is independent from the legal Point Of view. It is a central department for all government and non government authorities that serve retired employees.

He also said that the Board of Directors has to undertake some difficult responsibilities, adding that we thank Allah that the Board was formed under Law No. 7 of 1995 issued by His Excellency Abu Ammar, Chairman of the Palestinian Liberation Organization Executive Committee and Chairman of the Palestinian Liberation Organization.

Then, he began to address Mr. Mohamed Al A'araJ in his capacity as the Director General of the Fund, who knows well the activities and important issues of the Fund asking him if there are any issues he would like to raise.

The Director General of the Fund explained that there are several issues resulting from the accumulations of occupation years. Such issues have to be examined and new decision have to be taken. Consequently, he requests that a weekly meeting should be held by the Board of Directors to discuss such issues.

The Board of Directors took the following resolutions:

1. Convening the new meeting which will be held on Tuesday. June 6, 1995 and will be attended by all Board Directors. An agenda explaining the items to be discussed will be delivered to each member by the Director General of the Fund. It was also decided that weekly periodic meetings would be held.

**CONFIDENTIAL MATERIAL**                                    [PPF 0026599]

2. The Dismissed employee Fayadh Mustafa Abu Mu'ailaq

The dismissal of Mr. Fayadh Abu Mu'ailaq was raised in the meeting. Mr. Mohamed AI- A'araj, the Director General of the Fund, explained the issue in detail and the circumstances that led the non-payment of his pension dues because of the occupation, the damages he suffered and his right in a monthly pension.

Accordingly, the Board decided the monthly pension of Mr. Fayadh Abu Mu 'ailaq from the date of this dismissal on November 18, 1980 and up until now according to- his scale and the salary paid to that scale on the date of payment divided by two, or the total of the monthly accumulative pension according to salary increases, whichever is better for the beneficiary. After that, he will continue to receive a monthly salary according to the scale and salary.


3. A Cost of Living Allowance for the Children of Retired Employees

Mr. Mohamed A1 A'araj raised the issue of a cast of living allowance for the children of retired employees from the date of implementing such allowance in the Fund and up until now. He explained that a retired employee has the right to a cost of living allowance for his children (boys and girls) up to the age of eighteen. A working employee gets that allowance for his daughters until they are married and for his sons unfit beyond the age of eighteen in some circumstances. Our aim is to make working and retired employees equal in this respect according to the order of the Executive Council No. 3 or 1963 with respect to the rules and conditions of payment of the cost of living allowance.

The Board agreed as to the equal treatment of working and retired employees with respect to the implementation of the cost of living family allowance, which is currently in force regarding the Palestinian National Authority employees with effect from June 1, 1995.

4. Service Periods Exceeding 35 years as a Maximum Period for Pension Entitlement.

 Mr. Mohamed Al A'araj explained that in accordance with the Insurance and Pension Law:

 *** The maximum pension is 70% of the monthly salary. This percentage equals 35 years of service.
*** The employee pays 1090 of his salary and the employer pays 12.5%.

*** Such payments of 10 and 12.5% are paid to the Fund from the date of entitlement under the law and up to the date of service termination, even when the employee's service term exceeds 40 years or more. An employee does not receive any pension or remuneration for periods exceeding 35 years upon leaving the service.

**CONFIDENTIAL MATERIAL**                                                        **[PPF 002600]**

***It is in the interest of the Fund not to pay for periods exceeding 35 years.

*** The Director General of the Fund sees that non-payment constitutes injury to the right of the employee. When the law was made, this problem was not there because the Jaw was new. The problem should be solved by amending the law and payment of a remuneration for periods exceeding the maximum limit specified by law to put an end to the injury suffe by the employees in this concern, particularly because this is the first meeting. of the Board of Directors under the Palestinian National Authority.

The Board of Directors, having examined and discussed the issue, decided as follows:

1. Payment of an end of service remuneration to employees whose service periods exceed the pension maximum limit In accordance with the Law of Insurance and Pension with effect from today.

2. Dealing with cases preceding this date by payment of due remunerations to the people have right therein.

3. Referring the issue to the Fatwa and Legislation Bureau as a draft law to issue the necessary legal amendment.

4. The Board of Directors decided that Mr. Mohamed A1 A'araj, the Director General of the Fund shall be appointed as a rapporteur to the Board.

The meeting was over at 7:30 p.m. on Saturday, June 3, 1995. The next meeting will be held next 'Tuesday, June 6, J995. The time and venue of the meeting will be specified later in the invitations to the meeting.

<table>
<tr><td align="center">**Board Rapporteur**<br>**Director General of Insurance and Pension Affairs**<br>**Mohamed Al A'araj.**<br>[Signature]</td><td align="center">**Board Chairman**<br>**Minister of Justice**<br>**Lawyer Freih Abu Meddain**<br>[Signature]</td></tr>
<tr><td align="center">**Director General of Civil Service Bureau**<br>**Mohammad Abu Shariya**<br>[signature]</td><td align="center">**Representative of Retired Employees Society**<br>**Rafiq Al-Khodary**<br>[signature]</td></tr>
</table>

**CONFIDENTIAL MATERIAL**                                                              **[PPF 0026601]**

# *Aaita Arabic Consultants*

### Interpreting / Translating • All Dialects of Arabic
**Marwan Abdel-Rahman**

•

### *Federal Court & NJ* Administrative Office of the Courts Authorized

## <u>Certification</u>

STATE OF NEW YORK      )

                                          :   ss.:

COUNTY OF NEW YORK   )

I, Ahmed Abdelmotaleb, hereby certify the accuracy of this translation (**Minutes of Board Meeting on 6-3-1995**) from Arabic to English. The Translator further affirms his competency in both Arabic & English and his qualifications to perform such translations.

Ahmed Abdelmotaleb

Sworn to before me this
12th day of April, 2007

Notary Public

JOHN A. GARVER JR.
Notary Public, State of New York
No. 01GA6131561
Qualified in New York County
Commission Expires Aug. 08, 2009

Mailing Address: 2828 John F. Kennedy Blvd., Jersey City, NJ 07306
Tel: (201) 200-1503   •   Cell: (201) 920-7475   •   Fax: (201) 200-1562   •   Email: marwan711@aol.com

بســم اللـــه الرحمـــن الرحـــيم

محضـر جلسة مجلس ادارة صنـدوق التـأمـين والمعـاشـات

المنعقدة بتـاريـخ ٣/٦/١٩٩٥

اجتمـع مجلس ادارة صنـدوق التأمين والمعـاشـات في السـاعة السادسـة من مسـاء يوم السبت
الموافق ١٩٩٥/٦/٣ بمكتب السيد/وزير العدل المحامي فريح أبو مدين برئاسـته
وبحضـوريـة كـل مـن :

| السيد / محمد حسين الأعــــرج | مديـر عـام شـئون التأمـين والمعاشـات |
| / محمد عبد العزيز أبو شريعة | مديـر عـام ديـوان الموظفين العـام |
| / رفيق ابراهيم الخضـري | ممثل عـن جمعية الموظفين المتقاعدين |

وقد تغيب عن حضور الجلسة السيد /محمد زهدي النشاشيبي وزير المالية .
والسيد /الدكتور منـتب عريقات وزير الحكم المحلي لوجودهما في الخارج .
استهل الجلسة السيد /رئيس المجلس المحـامي فريح أبو مدين بالترحيب بأعضـاء المجلس
وأوضح بأن صندوق التأمين والمعاشـات جهاز لـه صفة استقلالية من الناحية القانونية وهو جهاز
مركزي لجميع المصـالح الحكومية وغير الحكومية يقوم على خدمة الموظفين المتقاعدين .
وأن على المجلس مسؤوليت جسام يتعين عليه القيام بها ولنا نحمد الله أن المجلس قد شكل
بالقانون رقم ٧٠ لسنة ١٩٩٥ الذي أصدره فخامة الأخ القائد أبو عمار رئيس اللجنة التنفيذية
لمنظمة التحرير الفلسطينية ورئيس السلطة الوطنية الفلسطينية .
ثم وجه الحديث الى السيد /محمد الاعرج مدير عام الصندوق بصفته الوظيفية "وهو أعلم
بأعمال الصندوق وفصيله "لذا كان هناك مواضيع يرى طرحها على المجلس ؟
فأوضح مدير عام الصندوق بأن هناك مواضيع كثيرة نتيجة للتراكمات التي أفرزتها سنوات
الاحتلال وهي نحتاج الى بحث وتأنذ قرارات وعليه فانه يطلب أن تكون هناك جلسة أسبوعية
لمجلس الادارة حتى يمكن من خلال هذه الجلسات التغلب والبت في هذه المواضيع .
وقد قرر المجلس :-

١.   الدعوة الى جلسة قادمة يوم الثلاثاء القادم الموافق ١٩٩٥/٦/٦ يحضرها جميـع
الاخوة أعضـاء مجلس الادارة على أن يوافي الاعضـاء بجدول أعمال بالمواضيع
التي تبحث في الجلسة القادمة من السيد /مدير عام الصندوق . كما تقرر أن تكون
جلسات دورية أسبوعية للمجلس .

**CONFIDENTIAL MATERIAL**

PPF 0026599

21 Sep 2005 11:29    HP LASERJET FAX    p.2

٢.    الموظف المفصول غياض مصطفى أبو معيلق

طرح موضوع السيد / غياض أبو معيلق في الجلسة وقد بين السيد / محمد الأعرج مدير عام لصندوق الموضوع مفصلاً والظروف التي أحاطت بعدم صرف مستحقاته المعاشية في ظل الاحتلال ومدى ما لحق بالمذكور من ظلم ولحقيته في معاش تقاعدي شهري .

وعليه قرر المجلس صرف ما يستحقه السيد / غياض أبو معيلق من معاشات تقاعدية شهرية من تاريخ فصله في ١٩٨٠/١١/١٨ حتى تاريخه وفقاً لدرجته ودرجته الترجة في تاريخ الصرف مقسوما على اثنين أو مجموع المعاشات التقاعدية الشهرية حسب ترجت لرتب أيما أفضل لصالح المنتفع .

ثم الاستمرار في صرف ما يستحقه من معاش دوري شهري وفقاً للدرجة والرتب.

٣.    علاوة غلاء المعيشة لأبناء المتقاعدين

عرض السيد / محمد الأعرج موضوع علاوة غلاء المعيشة العائلية للمتقاعدين من تاريخ العمل بها في الصندوق حتى تاريخه وأوضح بأن المتقاعد يتقاضى علاوة غلاء معيشة لأبنته حتى من الثامنة عشر من العمر يتين وبنت في حين أن الموظف العامل يصرف هذه العلاوة لبنته حتى يتزوجن وللأبناء في حالات خاصة فوق السن المذكور وقال أنه يريد أن نساوي في هذه الشريحة من العلاوة بين الموظف والمتقاعد وفقاً لقرار المجلس التنفيذي رقم " ٣ • "لسنة ١٩٦٣ الذي ينظم قواعد وشروط صرف اعانة غلاء المعيشة .

وقد قرر المجلس الموافقة على مساواة المتقاعدين بالموظفين العاملين في مجال تطبيق اعانة غلاء المعيشة العائلية المسارية المفعول حاليا على موظفي السلطة الوطنية الفلسطينية اعتباراً من ١٩٩٥/٦/١ .

٤.    مدة الخدمة التي تزيد عن ٣٥ سنة كحد أقصى لاستحقاق المعاش

أوضح السيد / محمد الأعرج بأنه وفقاً لقانون التأمين والمعاشات بأن :

•••    الحد الأقصى للمعاش التقاعدي هو ٧٠٪ من الراتب الشهري وهذه النسبة تعادل ٣٥ سنة خدمة .

•••    أن الموظف يدفع للصندوق ١٠٪ من راتبه والجهة المشغلة تدفع ١٢٫٥٪ .

•••    أن هذه الدفعات من ١٠ و ١٢٫٥٪ تدفع للصندوق من تاريخ التحاق الموظف بالقانون وحتى تاريخ تركه للخدمة حتى ولو وصلت مدة خدمته ٤٠ سنة وأكثر وأن الموظف لا يتقاضى أي معاش أو مكافأة عن المدة التي تزيد عن ٣٥ سنة عند تركه للخدمة .

CONFIDENTIAL MATERIAL

PPF 0026600

21 Sep 2005 11:29    HP LASERJET FAX    P.3

*** أن من مصلحة الصندوق أن لا يدفع عن المدد التي تزيد عن ٢٥ سنة .

*** أن مدير عام الصندوق يرى أن في عدم الدفع حصما لحق للموظف وأنه عند وضع القانون لم تكن هذه القضية قائمة لحداثة القانون وأنه يتين معالجة القضية بتعديل القانون ودفع مكافأة عن مدة الخدمة التي تزيد عن الحد الأقصى المنصوص عليه في القانون لإزالة الظلم الواقع على الموظفين في هذا الموضوع خاصة وأن هذه هي الجلسة الأولى لمجلس الادارة في ظل السلطة الوطنية الفلسطينية .

بحث ومناقشة الموضوع قرر المجلس بالاجماع :

١.   صرف مكافأة خدمة للموظفين الذين تنتهي خدمتهم عن مدد خدمتهم التي تزيد عن الحد الأقصى للمعاش وفقا لقانون التأمين والمعاشات اعتبارا من تاريخه .

٢.   معالجة القضايا السابقة على هذا التاريخ بصرف ما يستحقه لصحابها من مكافأة .

٣.   تحويل الموضوع لديوان الفتوى والتشريع "بمشروع قانون "لاصدار لتعديل القانوني اللازم

٤.   قرر المجلس تكليف السيد / محمد الأعرج مدير عام الصندوق بأن يكون مقررا للمجلس .

انتهت الجلسة في تمام الساعة السابعة والنصف من مساء اليوم السبت ١٩٩٥/٧/٢ على أن تعقد الجلسة القادمة يوم الثلاثاء القادم ١٩٩٥/٧/٦ ويتم تحديد الزمان والمكان لاحقا في الدعوة الى الجلسة .


رئيس مجلس الادارة                          مقرر المجلس
وزير العـــــدل                            مدير عام شئون التأمين والمعاشات
المحامي فريح أبو مدين                       محمد الأعـــرج


ممثل جمعية الموظفين المتقاعدين              مدير عام ديوان الموظفين العام
رفيق الخضري                               محمد أبو شريعة


**CONFIDENTIAL MATERIAL**

PPF 0026601