**In the Name of Allah, Most Gracious, Most Merciful**

**Minutes of the Meeting of the Board of Directors of the Insurance and Pension Fund Held on July 1, 1995**

The Board of Directors of the Insurance and Pension Fund met at 7 p.m. on Saturday, 07.01.1995 under the chairmanship of:

| | |
|---|---|
| Lawyer Freih Abu Meddain, | The Minister of Justice, and membership of: |
| Mr. Mohamed Hussain Al A'araj, | Director General of the Insurance and Pension Affairs |
| Mr. Mohammad Abdul Aziz Abu Sharya | Head of the Civil Service Bureau |
| Mr. Rafiq Ibrahim Al Khodary, | Representative of the Retired Employees Society |

The following did not attend the meeting:
Mr. Mohammad Zahdi Nashashibi, Minister of Finance,

And Dr. Saeb Arikat, Minister of Local Government

**The Board of Directors discussed the following issues:**

**1) Insurance and Pension Fund's Land**
Mr. Freih Abu Meddain, the Minister of Justice said that he suggested to His Excellency the President the exchange of the Insurance and Pension land with the land in the corner opposite Al-Azhar Al Sharif in the same area. His Excellency the President expressed his preliminary approval for the exchange. The Director General of the Insurance and Pension said that the follow-up of the issue shows that the issue is now before the Minister of Housing for approval and exchange.
The Board agreed that Mr. Freih Abu Meddain, the Minister of Justice and Mr. Mohamed Hussain Al A'araj, Director General of the Fund will pursue the issue and finalize it with the Minister of Housing.

**2) Funeral Costs**
Mr. Rafiq Ibrahim Al Khodary, representative of the Retired Employees Society talked about the issue of funeral costs saying that the amount specified by law does not meet the necessary requirements for this purpose. The Director General of the Fund stated that the minimum amount of the funeral costs according to the latest amendment is 2S0 shekels and the maximum amount is 500 shekels. The Board discussed the issue and decided that the funeral costs will equal the salary of one month, whether paid to the beneficiary or pensioner, provided that it shall not be less than 250 shekels. The law governing funeral costs will be amended later.

**3) The money of the Fund in Israel**
The issue of the money of the Fund with Israel was raised Mr. Freih Abu Meddain, the Minister of Justice stated that there is a preliminary agreement between him and Lawyer Danoon [sic: Banon] according to which Lawyer Danoon [sic: Banon] will be invited to the Board meeting to explain how the money transferred to the American Morten and Standing Bank [sic: Morgan Stanley Bank] is being invested.
[signature]

CONFIDENTIAL MATERIAL                                                              [PPF 0026611]

**10) The Issue of the martyr Judge Shawqi Al Fara:**

The application submitted by the widow of the martyr Judge Shawqi Al Fara was raised. The application was referred to the Fund by the Minister of Finance and the Director General of the Civil Service Bureau upon a memorandum from the Director General of the Insurance and Pension Affairs. The Board decided to study this issue in the next meeting, together with the file located in the Civil Service Bureau.

**11) Employees who were dismissed for security reasons and returned to work:**

The Director General of the Insurance and Pension Affairs raised this issue from the Fund viewpoint using a comprehensive memorandum. It was decided that copies of the memorandum will be given to the members for study.

**12) Payment of exchange amounts by retired employees:**

The representative of the Retired Employees Society raised the issue that some retired employees exchanged part of their pension for lifetime pension, adding that they complained that they paid double what they received.
The Director General of the Insurance and Pension Affairs explained the legal status of this issue.
The Board decided that the representative of the Retired Employees Society will present a memorandum regarding this issue to be examined in the next meeting.

**13) Cumulative service periods, Fayadh Abu Mu'ailaq and other issues:**
The Board decided to review these issues in the next meeting.


The meeting was over at 9:30 p.m. on Saturday, July 1, 1995.

The Board will meet again at 7 p.m. on Thursday, July 6, 1995.


**Director General of Civil Service Bureau**
**Mohammad Abu Shariya**
[signature]

**Board Chairman**
**Minister of Justice**
**Lawyer Freih Abu Meddain**
[signature]

**Representative of Retired Employees Society**
**Rafiq Ibrahim Al Khodary**
[signature]

**Director General of Insurance and Pension Affairs**
**Mohamed Al A'araj**
[signature]

CONFIDENTIAL MATERIAL                                    [PPF 0026612]

# Aaita Arabic Consultants

Interpreting / Translating • All Dialects of Arabic
**Marwan Abdel-Rahman**
•
**Federal Court & NJ Administrative Office of the Courts Authorized**

## Certification

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

I, Ahmed Abdelmotaleb, hereby certify the accuracy of this translation (**Minutes of Board Meeting on July 1, 1995**) from Arabic to English. The Translator further affirms his competency in both Arabic & English and his qualifications to perform such translations.

*[signature]*
Ahmed Abdelmotaleb

Sworn to before me this
12th day of April, 2007

*[signature]*
Notary Public

JOHN A. GARVER JR.
Notary Public, State of New York
No. 01GA6131561
Qualified in New York County
Commission Expires Aug. 08, 2009

Mailing Address: 2828 John F. Kennedy Blvd., Jersey City, NJ 07306
Tel: (201) 200-1503   •   Cell: (201) 920-7475   •   Fax: (201) 200-1562   •   Email: marwan711@aol.com

21 Sep 2005 11:31    HP LASERJET FAX    P.5

احبـــــا م ب

بســم اللـــه الرحمــن الرحــيم

محضر جلسة مجلس ادارة صندوق التأمين والمعاشات

المنعقدة بتاريخ ١٩٩٥/٧/١

اجتمع مجلس ادارة صندوق التأمين والمعاشات في مكتب التأمين والمعاشات في الساعة السابعة من
مساء يوم السبت الموافق ١٩٩٥/٧/١ برئاسة

السيد المعالي / فريح مصطفى أبو مدين         وزيــر العــدل
وعضوية كل من السيد / محمد حسين الأعــرج      مدير عام شؤون التأمين والمعاشات
•    / محمد عبد العزيز أبو شريعة            مدير عام ديــوان الموظفين العــام
•    / رفيق ابراهيم الخضــري              ممثل جمعية الموظفين المتقاعدين

( ) وقد تغيب عن حضور لجنة السيد / محمد زهدي النشاشيبي وزير المالية .
والسيد / الدكتور صائب عريقات وزير الحكم المحلي .
وقد ناقش المجلس المواضيع الآتية :-

١) أرض التأمين والمعاشات :
عرض الأستاذ فريح أبو مدين وزير العدل بأنه قد طرح على السيد الرئيس استبدال أرض التأمين
والمعاشات بالأرض المتقابلة في الزاوية المقابلة للأزهر الشريف من نفس المنطقة وقد أبدى فخامة
الرئيس موافقته المبدئية عن ذلك . كما عرض مدير عام التأمين والمعاشات بأنه من خلال متابعته
للموضوع فإن الأمر معروض على السيد / وزير الاسكان للموافقة واجراء الاستبدال .
وقد اتفق المجلس على أن يقوم الأستاذ فريح أبو مدين وزير العدل والسيد / محمد الأعرج مدير عام
الصندوق بمتابعة وانهاء هذا الموضوع مع السيد / وزير الاسكان .

٢) مصاريف الجنازة :
عرض السيد / رفيق الخضري ممثل جمعية الموظفين المتقاعدين موضوع مصاريف الجنازة ودون القيمة
المحددة في القانون لا تفي بالتزامات العائلة لهذا الغرض .
وقد أوضح مدير عام الصندوق بأن مصاريف الجنازة وفقا لآخر تعديل هي راتب شهر بحد أدنى ٢٥٠
شيكل وحد أقصى ٥٠٠ شيكل وقد ناقش المجلس هذا الموضوع وقرر أن تكون مصاريف الجنازة
بمعدل راتب أو معاش شهر واحد سواء للمنتفع أو لصاحب المعاش بحد أدنى ٢٥٠ شيكل على أن يتم
اجراء التعديل القانوني اللازم لاحقاً .

٣) أموال الصندوق لدى اسرائيل :
طرح موضوع أموال الصندوق ذي الجانب الاسرائيلي وقد أفاد الأستاذ / فريح أبو مدين وزير العدل
بأن هناك اتفاق مبدئي بينه وبين المحلي بأنه يتم بموجبه دعوة السيد / المحلي بأنه إلى جلسة
مجلس الادارة لشرح كيفية استثمار أموال الصندوق التي حولت الى بنك موردن قد استكنتج الامريكي
( Morten and standing )

رمز

CONFIDENTIAL MATERIAL                                                    PPF 0026611

١٠) موضوع الشهيد القاضي شوقي الفرا :

عرض الطلب المقدم من أرملة الشهيد القاضي شوقي الفرا ـ المحول الى الصندوق من قبل السيد / وزير المالية والسيد /مدير عام ديوان الموظفين العام ـ بمذكرة من السيد /مدير عام شؤون التأمين والمعاشات وقد قرر المجلس النظر في هذا الموضوع في الجلسة القادمة مع ملفه الموجود في ديوان الموظفين العام .

١١) موضوع الموظفين المفصولين أمنيا وعادوا الى العمل :

عرض السيد /مدير عام شؤون التأمين والمعاشات هذا الموضوع بمذكرة شاملة من وجهة نظر الصندوق وقد تقرر توزيعها على الأعضاء لدراستها .

١٢) سداد مبالغ الاستبدال من المتقاعدين :

عرض السيد /ممثل جمعية الموظفين المتقاعدين بأن هناك متقاعدين استبدلوا جزءا من معاشاتهم لمدى الحياة وقيم يشكون بأنهم سددوا هذه المبالغ أضعافا مضاعفة .

ولوضح السيد /مدير عام شؤون التأمين والمعاشات الوضع القانوني لهذا الموضوع .

وقد قرر المجلس أن يقدم ممثل جمعية الموظفين المتقاعدين مذكرة حول هذا الموضوع تبحث في الجلسة القادمة .

١٣) مدد الخدمة المتراكمة وموضوع فياض أبو معيلق ومواضيع أخرى :

قرر المجلس بحث هذه المواضيع في الجلسة القادمة .

انتهت الجلسة في تمام الساعة التاسعة والنصف من مساء اليوم السبت الموافق ١٩٩٥/٧/١ .

على أن يتم دعوة المجلس الى الانعقاد في الساعة السابعة من مساء يوم الخميس الموافق ٩٥/٧/٦ .

| | |
|---|---|
| رئيس مجلس الإدارة | مدير عام ديوان الموظفين العام |
| وزير العدل | محمد عبد العزيز أبو شريعة |
| المحامي فريح أبو مدين | |
| مقرر المجلس | ممثل جمعية الموظفين المتقاعدين |
| مدير عام شؤون التأمين والمعاشات | رفيق إبراهيم الخضري |
| محمد حسين الأعرج | |

CONFIDENTIAL MATERIAL                                                    PPF 0026612