PLAINTIFFS' CORRECTED MOTION FOR SUMMARY DENIAL
OF MOTION TO INTERVENE

EXHIBIT O part 1

EXHIBIT O part 2