# ATTACHMENT B

798192.1

# SALAM FAYYAD DEPOSITION TRANSCRIPT (7/28/2010)
# ERRATA SHEET AND CERTIFICATE OF WITNESS

## UNGAR, ET AL. v. THE PALESTINIAN AUTHORITY, ET AL.

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 6 | 14 | "In Arabic, I think that's the translation" to "In Arabic, I think that's a different translation" | Clarify Record |
| 12 | 13 | "defense" to "defended" | Transcriptional Error |
| 12 | 18 | "ask" to "answer" | Clarify Record |
| 13 | 19 | "Mr. Wistow--" to "Mr. Wistow I object--" | Clarify Record |
| 20 | 2 | "That's my recollection, yes." to "To the best of my recollection, yes" | Clarify Record |
| 26 | 2 | A. Yes | Deletion |
| 26 | 6 | "I know what this case is generally about. I know" to "I know generally what this is about. I know" | Clarify Record |

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 28 | 23 | "understand" to "understood" | Transcriptional Error |
| 29 | 17 | "branch telling the judiciary what to do on the one hand," to "telling the judiciary what to do on the one hand," | Transcriptional Error |
| 33 | 25 | "If you want a stipulation--" to "If you want a stipulation, I was offering it to you--" | Clarify Record |
| 34 | 7 | "12-28-077" to "12-28-07" | Transcriptional Error |
| 34 | 20 | "vacate the judgment" to "vacate the default" | Clarify Record |
| 37 | 4 | "I really want to answer your questions." to "I really do want to answer your questions." | Clarify Record |
| 40 | 11 | "constant" to "constantly" | Transcriptional Error |
| 43 | 10 | "Okay. Sure." to "Okay. Fair enough" | Clarify Record |

2

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 46 | 19 | "We're agreeing. The Answer to" to "No we're agreeing just let me finish. The answer to" | Clarify Record |
| 48 | 1 | "Statement of Interest in a generic sense" to "statement of interest in a generic sense." | Transcriptional Error |
| 57 | 8 | "wait" to "waste" | Clarify Record |
| 59 | 3 | "Oh, Please. I don't want to" to "Oh, I don't know. Oh, Please. I don't want to" | Clarify Record |
| 59 | 11 | "out." to "out briefly that would be great." | Clarify Record |
| 59 | 12 | Mr. Wistow: Ok, why don't we--<br><br>Mr. Rochon: Stay on the record | Addition |
| 60 | 2 | "we're on the record. I'm just eating the" to "Mr. Prime Minister if you could step out please. We're on the record. I'm just eating the" | Clarify Record |
| 60 | 4 | "lawyers they to use up the other guy's time." to "lawyers try to use up the other sides time. I'm | Clarify Record |

3

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| | | trying to let him know I'm not doing that." | |
| 60 | 11 | "to get money. He's trying to get security. He's trying" to "to get money. He's trying to tell them he's got security. He's trying" | Clarify Record |
| 60 | 25 | "I will not." to "I will not. I will not claim it as a waiver" | Clarify Record |
| 61 | 10 | "I'm offering it to you because" to "I can't make you but I'm offering it to you because" | Clarify Record |
| 62 | 6 | "here" to "him" | Transcriptional Error |
| 64 | 11 | "No. I'm not eating anything," to "No I don't have to eat this one. No. I'm not eating anything," | Clarify Record |
| 65 | 19 | "get" to "go" | Transcriptional Error |
| 74 | 1 | "Understand what's going on." to "understood the substance of what's | Clarify Record |

4

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| | | going on." | |
| 74 | 7 | "read it to him, you might just want him to be able to" to "read it to him, I just want him to be able to" | Transcriptional Error |
| 96 | 14 | "Are there things that he can do, other than" to "And I accept those, are there things that he can do, other than" | Clarify Record |
| 98 | 13 | "in a position to communicate with international on" to "in a position to communicate with international communities on" | Clarify Record |
| 98 | 16 | "Technically, it was really they have not" to "Technically, because they have not" | Transcriptional Error |
| 98 | 17 | "fulfilled the requirements under the Road Map stipulated" to "fulfilled the requirements under the Road Map as stipulated" | Transcriptional Error |

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 99 | 7 | "I believe it." to "I believe it is" | Transcriptional Error |
| 100 | 3 | "That's the position as I understand it." to "That's the position of the United States as I understand it." | Clarify Record |
| 103 | 8 | "there" to "here" | Transcriptional Error |
| 103 | 11 | "Yes. As a matter of fact, this is 2006," to "Yes. Because as a matter of fact, this is a 2006 letter," | Clarify Record |
| 103 | 12 | "April 22, 2006" to "April 27, 2006" | Clarify Record |
| 105 | 21 | "do" to "know" | Transcriptional Error |
| 106 | 12 | "case" to "file" | Transcriptional Error |
| 114 | 2 | "Yes, because I just need to" to "Yes, because this is security I need to" | Transcriptional Error |

1087365.1

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 115 | 5 | "Objection. We're going to get into privileged areas" to A: "The declaration was prepared jointly by me and lawyers at Miller and Chevalier who are counsel for the PA and the PLO. Walid Najjab, who I have retained, through his company Management Consulting Services, to facilitate communication between myself and the U.S. attorneys retained to defend the PNA and PLO in litigation brought against them in the United States, was involved in communications between me and Miller and Chevalier regarding the declaration and its contents." | The objection is hereby withdrawn and the responsive answer is provided. |
| 115 | 11 | "Objection. Don't answer the question." to "The declaration was prepared jointly by me and lawyers at Miller and Chevalier who are counsel for the PA and the PLO. Walid Najjab, who I have retained, through his | The objection is hereby withdrawn and the responsive answer is provided. |

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| | | company Management Consulting Services, to facilitate communication between myself and the U.S. attorneys retained to defend the PNA and PLO in litigation brought against them in the United States, was involved in communications between me and Miller and Chevalier regarding the declaration and its contents." | |
| 115 | 19 | "Whatever you say. Just." to "Well that's what you say. Just" | Transcriptional Error |
| 119 | 5 | "Same objections, and the answer" to "Same objections, any answer" | Transcriptional Error |
| 125 | 18 | A. I understand<br>Q. It's a very serious matter | Addition |
| 127 | 10 | "cannot tell you." to "cannot really tell you." | Transcriptional Error |
| 136 | 5 | "I don't know. Typically, generally, first thing" to "Typically, generally, first | Clarify Record |

8

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| | | thing" | |
| 141 | 19 | "Can I just do this?" to "Well, counsel maybe we could-- can I just do this?" | Clarify Record |
| 142 | 12 | "symbol" to "simple" | Transcriptional Error |
| 146 | 24 | "and pass judgment on, if I can say legal counsel, in" to "and pass judgment on, efficacy of legal counsel, in" | Clarify Record |
| 147 | 18 | "I was not involved in the litigation early on. I" to "You know, I was not involved with directing this litigation early on" | Clarify Record |
| 150 | 8 | "Will you agree to submit to the Federal Court in" to "Will you agree to submit to the Jurisdiction of the Federal Court in" | Clarify Record |
| 150 | 11 | "It's an argument." to "It's just an argument" | Transcriptional Error |

9

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 151 | 13 | "I mean I" to "And I" | Transcriptional Error |
| 151 | 24 | "I mean more than just a personal commitment made" to "And I understand for this to mean more than just a personal commitment made" | Clarify Record |
| 152 | 2 | "proceeds" to "succeeds" | Transcriptional Error |
| 164 | 14 | "You've got it already." to "Counsel, asked and answered. You've got it already." | Clarify Record |
| 170 | 9 | Mr. Wistow: You don't know who you asked?" | Addition |
| 170 | 9 | "Mr. Rochon: Counsel. Redundant" to "Mr. Rochon: Counsel, we've done this for 30 minutes" | Clarify Record |
| 170 | 11 | "Because you asked to." to "Only because you asked him to." | Transcriptional Error |
| 171 | 1 | "recollect a specific time and place, all this and that." to "recollect a specific | Clarify Record |

10

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| | | time and place, when you said what you said, and all of that." | |
| 172 | 19 | "No doubt, none, that you knew that the First" to "Ok so there is absolutely no doubt, none, that you knew that the First" | Clarify Record |
| 176 | 18 | "Yes." to "Yes as evidenced by this letter." | Clarify Record |
| 179 | 13 | "conversation with him." to "conversation with him more then once." | Clarify Record |
| 189 | 24 | "Okay. Could he have gotten instructions from the" to "Okay. Could he have gotten permission from the or instructions from the" | Clarify Record |
| 190 | 2 | "take instructions from the" to "take directions from the office" | Clarify Record |
| 193 | 16 | "remember" to "really" | Transcriptional Error |

11

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 193 | 19 | "opposing" to "enforcing" | Transcriptional Error |
| 195 | 6 | "As a result of receiving?" to "As a result of receiving counsel?" | Transcriptional Error |
| 204 | 2 | "I'd like to get it all in one" to "I know but I'd like to get it all in one" | Clarify Record |
| 210 | 17 | "matters" to "areas" | Transcriptional Error |
| 211 | 4 | "deposition" to "position" | Transcriptional Error |
| 214 | 6 | "Q: Where do I talk about salaries?" to "A: Where do I talk about salaries?" | Transcriptional Error |
| 216 | 11 | "Q: Please feel free to ask me however many questions" to "A: Please feel free to ask me however many questions" | Transcriptional Error |
| 223 | 23 | "That was serious, and it continues to be." to "and it continues to be." | Clarify Record |

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 229 | 25 | "injection" to "injunction" | Transcriptional Error |
| 231 | 7 | "lawyers for the Pension Fund." to "lawyers for the PMA and there are lawyers for the Pension Fund" | Clarify Record |
| 232 | 19 | "about so far--the PMA--" to "about so far--the PMA--which has counsel" | Clarify Record |
| 240 | 6 | "record or off." Either we're stopping talking or--" to "record or off. If we are off the record we're stopping taking, if we're on the record--" | Clarify Record |
| 260 | 2 | "I mean in the sense of what's going on, in terms" to "I mean in the sense the latest of what's going on, in terms" | Clarify Record |
| 260 | 12 | "the Ministry of Finance. I mean I don't think he does" to "the Ministry of Finance. I mean I don't think I've see him do" | Clarify Record |
| 275 | 4 | "Use whatever you want." to "Use whatever term you want." | Transcriptional Error |

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 281 | 9 | "Just for the record, make it" to "Just for the record, can we make it" | Transcriptional Error |
| 281 | 10 | "eight weeks, January 12 to mid-March, by my calculation." to "eight weeks, from January 12 to mid-March, by my count its eight weeks" | Clarify Record |
| 282 | 4 | "If you want to argue for the" to "If you want to argue the objections" | Clarify Record |
| 282 | 5 | "Judge, that means I'm going to have objections." to "that means I'm going to argue the objections" | Clarify Record |
| 282 | 24 | "definitely" to "basically" | Transcriptional Error |
| 282 | 25 | "already" to "letter" | Transcriptional Error |
| 285 | 21 | "Well, 12-12. That's what we agreed." to "Well, 12-12. I thought we agreed" | Transcriptional Error |
| 290 | 11 | "A government including Hamas?" to "In other words, a government including Hamas?" | Clarify Record |

14

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 298 | 7 | "2003" to "2002" | Transcriptional Error |
| 315 | 10 | "through" to "throughout" | Transcriptional Error |
| 320 | 7 | "That's not evidence that Hamas" to "The facts that aren't in evidence is the notion that Hamas" | Clarify Record |
| 328 | 12 | "no" to "to" | Transcriptional Error |
| 336 | 10 | "it" to "that" | Transcriptional Error |
| 337 | 2 | "anything" to "a" | Transcriptional Error |
| 337 | 5 | "representation" to "repetition" | Transcriptional Error |
| 337 | 16 | "this has taken long. My views are different than yours." to "this has taken so long. My views are different than yours." | Transcriptional Error |

1087365.1

| Page | Line | Change | Reason for Change |
|---|---|---|---|
| 381 | 14 | "within the European Union, the EU itself as an" to "within the European Union circles, the EU itself as an" | Transcriptional Error |
| 385 | 13 | "PLO" to "PA" | Transcriptional Error |

***

I, SALAM FAYYAD, witness herein, do hereby certify and declare the within and foregoing transcription to be my examination under oath in said action taken on July 28, 2010; that I have read, corrected, and do hereby affix my signature under penalty of perjury to said examination under oath.

_____          _____
     SALAM FAYYAD, Witness                               Date

1087365.1