UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                            )
THE ESTATE OF YARON UNGAR, et al.,          )
                                            )
    Plaintiffs,                             )
                                            )
    v.                                      )   C.A. No. 00-105L
                                            )
THE PALESTINIAN AUTHORITY, et al.,          )
                                            )
    Defendants.                             )
                                            )
_____)

## DEFENDANTS' MOTION TO AMEND OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE, TO COMPEL, AND FOR RELATED RELIEF (DE 518)

Defendants, The Palestinian Authority and the Palestine Liberation Organization, respectfully move pursuant to Local Rule of Civil Procedure 15 to amend their previously-filed Opposition to Plaintiffs' Motion to Preclude, to Compel, and for Related Relief.  DE 518.  The supporting memorandum explains how the amended pleading differs from the original and why the amendment is necessary.

                                                                 Respectfully submitted,

Dated:  September 20, 2010             /s/ Mark J. Rochon___
                                                                Mark J. Rochon (D.C. Bar #376042)
                                                                Admitted *pro hac vice*
                                                                Richard A. Hibey (D.C. Bar #74823)
                                                                Admitted *pro hac vice*
                                                                MILLER & CHEVALIER CHARTERED
                                                                655 Fifteenth Street, N.W., Suite 900
                                                                Washington, DC  20005-5701
                                                                Tel. (202) 626-5800
                                                                Fax. (202) 626-5801
                                                                rhibey@milchev.com

1091919.1

>Deming E. Sherman (#1138)
>EDWARDS ANGELL PALMER
>& DODGE LLP
>2800 Financial Plaza
>Providence, Rhode Island 02903
>Tel. (401) 274-9200
>Fax. (401) 276-6611
>dsherman@eapdlaw.com
>
>*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 20th day of September, 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

>David J. Strachman
>McIntyre, Tate & Lynch, LLP
>321 South Main Street, Suite 400
>Providence, RI  02903
>djs@mtlhlaw.com
>
>Max Wistow
>Wistow and Barylick Incorporated
>61 Weybosset Street
>Providence, RI 02903
>mwistow@wistbar.com
>
>*Attorneys for Plaintiffs*

>/s/ Mark J. Rochon

1091919.1