UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                            )
THE ESTATE OF YARON UNGAR, et al.,          )
                                            )
    Plaintiffs,                             )
                                            )
        v.                                  )   C.A. No. 00-105L
                                            )
THE PALESTINIAN AUTHORITY, et al.,          )
                                            )
    Defendants.                             )
                                            )
_____)

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO AMEND
OPPOSITION TO PLAINTIFFS' MOTION TO
PRECLUDE, TO COMPEL, AND FOR RELATED RELIEF (DE 518)**

Defendants, The Palestinian Authority and the Palestine Liberation Organization, submit the following in support of their motion to amend their previously-filed Opposition to Plaintiffs' Motion to Preclude, to Compel, and for Related Relief. DE 518.

The original motion made reference to Prime Minister Salam Fayyad's Errata sheet for his July 28, 2010 deposition. At the time of the filing, that Errata had been transmitted to counsel for the Plaintiffs but the signature page had not been executed. It now has.

Defendants' proposed Amended Opposition (attachment A) would reflect that fact by changing a sentence on page 13 to replace "will execute" with "executed" with the resulting sentence reading:

> The Prime Minister ~~will execute~~ executed the errata under the same oath as governed the deposition, and the answer contained in the errata therefore has the same force and legal effect as a deposition answer.

The Prime Minister's signed errata (attachment B) would be substituted for the previously filed unexecuted copy of the same document.

1091919.1

                        Respectfully submitted,

Dated: September 20, 2010         /s/ Mark J. Rochon
                                          Mark J. Rochon (D.C. Bar #376042)
                                          Admitted *pro hac vice*
                                          Richard A. Hibey (D.C. Bar #74823)
                                          Admitted *pro hac vice*
                                          MILLER & CHEVALIER CHARTERED
                                          655 Fifteenth Street, N.W., Suite 900
                                          Washington, DC 20005-5701
                                          Tel. (202) 626-5800
                                          Fax. (202) 626-5801
                                          rhibey@milchev.com

                                          Deming E. Sherman (#1138)
                                          EDWARDS ANGELL PALMER
                                          & DODGE LLP
                                          2800 Financial Plaza
                                          Providence, Rhode Island 02903
                                          Tel. (401) 274-9200
                                          Fax. (401) 276-6611
                                          dsherman@eapdlaw.com

                                          *Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

1091919.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20th day of September, 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

>David J. Strachman
>McIntyre, Tate & Lynch, LLP
>321 South Main Street, Suite 400
>Providence, RI  02903
>djs@mtlhlaw.com
>
>Max Wistow
>Wistow and Barylick Incorporated
>61 Weybosset Street
>Providence, RI 02903
>mwistow@wistbar.com
>
>*Attorneys for Plaintiffs*

/s/ Mark J. Rochon

1091919.1