UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al
    Plaintiffs-Judgment Creditors

v.                                    C.A. No. 00-105L

THE PALESTINIAN AUTHORITY, et al
    Defendants-Judgment Debtors

ORDER

The motion of the Palestinian Pension Fund to intervene in this case is denied for all the reasons set forth by the Court from the bench on September 21, 2010.

IT IS SO ORDERED,

_Ronald R. Lagueux_
Ronald R. Lagueux
Senior Judge
September 21, 2010