## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of September, 2010, the Third-Party Intervenor the Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip's Memorandum of Law in Opposition to Plaintiffs' "Motion for Summary Denial" of its Motion to Intervene was filed electronically and thereby made available for viewing and downloading from the Court's Electronic Case Filing System.

                                        /s/ Charles L. Kerr
                                        /s/ Joseph V. Cavanagh, III