## CERTIFICATE OF SERVICE

       I hereby certify that on the 20th day of September, 2010, the Declaration of Charles L. Kerr in Further Support of Third-Party Intervenor the Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip's Motion to Intervene, and to Vacate or Modify the Preliminary Injunction was filed electronically and thereby made available for viewing and downloading from the Court's Electronic Case Filing System.

                                                /s/ Charles L. Kerr
                                                /s/ Joseph V. Cavanagh, III