UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | C.A. No. 00-105L (RRL) |

## NOTICE OF APPEAL

Notice is hereby given that The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip hereby appeals to the United States Court of Appeals for the First Circuit from the order denying its Motion to Intervene and to Vacate or Modify the Preliminary Injunction, entered in this action on September 21, 2010.

    Respectfully submitted,

    /s/ Joseph V. Cavanagh, Jr.
    /s/ Joseph V. Cavanagh, III
    Joseph V. Cavanagh, Jr. #1139
    Joseph V. Cavanagh, III #6907
    Blish & Cavanagh, LLP
    30 Exchange Terrace
    Providence, Rhode Island 02903
    Telephone: (401) 831-8900
    Facsimile: (401) 751-7542
    jvc@blishcavlaw.com
    jvc3@blishcavlaw.com

                                          Charles L. Kerr
                                        Mark David McPherson
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York  10104-0050
                                        Telephone:  (212) 468-8000
                                        ckerr@mofo.com
                                        mmcPherson@mofo.com

                                        Harold J. McElhinny
                                        MORRISON & FOERSTER LLP
                                        425 Market Street
                                        San Francisco, California 94105
                                        Telephone:  (415) 268-7000
                                        hmcelhinny@mofo.com

                                        *Attorneys for Third-Party Intervenor*
                                        *The Palestinian Pension Fund for the*
                                        *State Administrative Employees in the*
                                        *Gaza Strip*

Dated: September 27, 2010

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of September, 2010, the within document was filed electronically and thereby made available for viewing and downloading from the Court's Electronic Case Filing System by all parties.

                                                            /s/ Joseph V. Cavanagh, III