```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND

                          APPEAL COVER SHEET


     1.    D.C.: CA 00-105L           C.A.#_____

     2.    TITLE OF CASE - UNGAR V. PLO

     3.    NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):
```
Joseph Cavanagh

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
831-8900

```
     4.    NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
```
**David J. Strachman**

McIntyre Tate & Lynch LLP
321 South Main Street
Suite 400
Providence, RI 02903
401-351-7700

1.

```
     5.    NAME OF JUDGE: Ronald R. Lagueux

     6.    FEE: PAID

     7.    RELATED CASE ON APPEAL

           C.C.A. # (IF AVAILABLE)

           DATE OF LAST N.O.F.A. FILED    _____

     8.    SPECIAL COMMENTS:
```

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND


DAVID A. DIMARZIO
   CLERK OF COURT
```

September 27, 2010

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA   02210

    RE: **CA 00-105L**

Dear Mr. Donovan:

Enclosed herewith you will find the record on appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:

*Barbara J. Gilfillan*
   DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

    Witness my hand and the Seal of said Court at Providence in said District,Monday, September 27, 2010

                                        David A. DiMarzio, CLERK

                                        S/s Barbara Gilfillan

                                    BY: *Barbara J. Gilfillan*
                                    DEPUTY CLERK