# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                    C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

## **ORDER**

Upon consideration of Plaintiffs' motion for two one day enlargements, it is hereby ordered:

1. Plaintiffs' motion is hereby granted.

2. Plaintiffs' response to Defendants' motion for protective order (dkt. #528) may be filed on September 28, 2010.

3. Plaintiffs' response to Defendants' motion to compel (dkt. #530) may be filed on October 4, 2010.

**SO ORDERED**

Date: _____, 2010

                                                            _____