```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF RHODE ISLAND


* * * * * * * * * * * * * * * CIVIL ACTION
THE ESTATE OF YARON UNGAR,    * 00-105L
et al                         *
                              *
VS.                           * JUNE 15, 2010
                              *
THE PALESTINIAN AUTHORITY,    *
et al                         * PROVIDENCE, RI
* * * * * * * * * * * * * * *



         HEARD BEFORE THE HONORABLE RONALD R. LAGUEUX
                   SENIOR DISTRICT JUDGE
  (DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S MEMO AND
  ORDER)


  APPEARANCES:

  FOR THE PLAINTIFFS:        DAVID J. STRACHMAN, ESQ.
                             McIntyre, Tate & Lynch LLP
                             321 South Main Street
                             Providence, RI  02903

  FOR THE DEFENDANTS:        RICHARD A. HIBEY, ESQ.
                             Miller & Chevalier
                             655 Fifteenth Street, N.W.
                             Suite 900
                             Washington, D.C.  20005

                             DEMING SHERMAN, ESQ.
                             Edwards Angell Palmer &
                             Dodge LLP
                             2800 Financial Plaza
                             Providence, RI  02903

  Court Reporter:            Anne M. Clayton, RPR
                             One Exchange Terrace
                             Providence, RI  02903



       Proceeding reported and produced by computer-aided
                          stenography
```

28

```
 1    actions of the Israeli courts in granting a writ of
 2    attachment, and there is now in the registry of the
 3    country of Israel over one hundred million dollars
 4    that's been withheld from payment to the Palestinian
 5    Authority.  So that's sufficient security.
 6         If it turns out that the Israeli courts vacate
 7    that attachment, then the Plaintiffs can come before me
 8    and request that a bond be filed to protect the
 9    Plaintiffs because they have for a long enough time
10    been stonewalled by these Defendants in attempting to
11    collect on this judgment.  And this judgment was
12    affirmed by the Court of Appeals initially after I
13    entered it.  Now we're dealing with a motion to vacate.
14    The Court of Appeals sent it back to me, and I will
15    deal with it after an evidentiary hearing.
16         So that's my ruling today.  I am deferring
17    deciding the applicability of 9-28-3.  I have a lot of
18    personal experience with that statute, and there are
19    other statutes which apply to non-individuals which may
20    shed some light on what 9-28-3 means when the words
21    "his" or "her" are used.  In every case I ever heard,
22    and it's probably close to a hundred under that
23    statute, every one of the cases involved an individual.
24    I will tell you that.  But that's just what has been
25    happening.  That doesn't mean that the Legislature
```