07/15/2010 12:34 #0923 P.001 /001

Case 1:00-cv-00105-L-DLM-PDocument 552-6 Filed 08/27/10 Page 1 of 5 PageID #:
Case 3:05-md-00208-PCD Document 192 Filed 07/16/10 Page 1 of 5
5020

## DECLARATION OF MARWAN ABDEL-RAHMAN

I, Marwan Abdel-Rahman, of 123 Lincoln Street, Jersey City, New Jersey, DECLARE PURSUANT TO 28 U.S.C. §1746, AS FOLLOWS:

1. I am completely fluent in Arabic and English, and I am capable of translating accurately between those languages. I have been employed as a professional Arabic-English translator and interpreter for over thirteen years.

2. The English-language document attached hereto as Appendix 1 is an accurate translation of the Arabic-language document attached hereto as Appendix 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 15, 2010

_____
Marwan Abdel-Rahman

# Appendix 1

Case 1:00-cv-00105-␣-␣ Document 552-6 Filed 09/27/10 Page 3 of 5 PageID #:
Case 3:05-mc-00208-PCD Document 192 Filed 07/16/10 Page 3 of 5
5022



Date: 2004/2/5

FDI-2004-0006

Messrs. Arab Bank – Al-Muhandeseen Branch

Greetings to you,

Please take the necessary steps to transfer the sum of 1,050,000.00 American dollars (one million, fifty thousand American dollars) from our account with you number 126908 to the following account:

| | |
|---|---|
| Financial institution: | PNC Bank NA |
| Address: | 76 Nassau Street |
| | Princeton, NJ 08542 |
| ABA#: | 031-207-607 |
| Account No. to credit: | 8012590163 |
| | Canaan Clearing Account |
| | For further credit to: Canaan Equity III Offshore C.V. |
| | Investment account No: 8017522741C |
| | Reference: Becont Limited |
| | Attn: Sue Skalandunas (203) 861-0223 |

| | | |
|---|---|---|
| Talal Nasser A-Din | Mohammed Rashid | Dr. Salam Fayyad |
| *Signature* | | *Signature* . |

**CONFIDENTIAL PURSUANT TO AGREEMENT**
C 01573

# Appendix 2



التاريخ: 2004/2/5

FDI-2004-0006

السادة البنك العربي – فرع المهندسين

تحية طيبة وبعد،

برجاء عمل اللازم لتحويل مبلغ 1,050,000.00 دولار أمريكي (مليون وخمسون ألف دولار أمريكي) من حسابنا لديكم رقم 126908 إلى الحساب التالي:

Financial institution: PNC Bank N.A  
Address: 76 Nassau Street  
Princeton, NJ 08542  
ABA#: 031-207-607  
Account No. to credit: 8012590163  
Canaan Clearing Account  
For further credit to: Canaan Equity III Offshore C.V  
Investment account No: 8017522741C  
Reference: Becont Limited  
Attn: Sue Skalandunas (203) 861-0223

د. سلام فياض     محمد رشيد     طلال ناصر الدين

**CONFIDENTIAL PURSUANT TO AGREEMENT**
**C 01573**