Palestinian Entities Outbound Wire Instructions For Cash Distributions as of May 10, 2005

Palestine Investment Fund Wire Instructions

    **Canaan Equity II Offshore CV:**
    Beneficiary:
    Palestine Investment Fund
    1191 Corniche El-Nile,
    WTC Hilton Residnece /9th Floor
    Tele: +202-574-4788
    Bank: Arab Bank
    Branch: Mohandessin, Egypt
    50 Gueziret El-Arab St.,
    PO Box 68, Mohandessin
    Tele: +202-302-4439
    PIC Code: ARABEGCX
    Account Number: 5004-126908-430

    **Canaan Equity III Offshore CV:**
    Interaudi Bank USA, New York
    ABA#026-006-237
    Account Name: Becont Limited
    Account Number: 710634

Palestinian Pension Fund for the State Administrative Employees

    **Canaan Equity II Offshore CV**
    Bank: Bank of New York, New York
    ABA #: 021 0000 18
    In favor of Credit Suisse First Boston, Zurich
    Acount #: 80 3334 2099
    Further credit to account #: 0835-984704-82, PNA

    **Canaan Equity III Offshore CV**
    Bank: Bank of New York, New York
    ABA #: 021 0000 18
    In favor of Credit Suisse First Boston, Zurich
    Account #: 80 3334 2099
    Further credit to account #: 0835-984704-82, PNA

**Becont**

    **Canaan Equity Offshore CV**
    Currently set to receive a check

    **Canaan Equity II Offshore CV**
    Interaudi Bank USA, New York
    ABA#026-006-237
    Account Name: Becont Limited
    Account Number: 710634

    **Canaan Equity III Offshore CV**
    Interaudi Bank USA, New York
    ABA#026-006-237
    Account Name: Becont Limited
    Account Number: 710634

CONFIDENTIAL PURSUANT TO AGREEMENT
C 00001