Table 4: Comparison Report on  PNA Fiscal Operations  - Revenues, Expenditures and Financing Sources for years 2004-2008
Consiledated Statement (Cash basis, and Commetment Basis)

|  | ACTUAL | | | | BUDGETED |
|---|---|---|---|---|---|
|  | 2004 | 2005 | 2006 | 2007 | 2008 |
|  | (in millions of US dollars) | | | | |
| **Total net revenue** | 954 | 1,232 | 1,148 | 1194 | 1486 |
| Gross domestic revenue | 337 | 476 | 378 | 323 | 419 |
| Clearance revenue (accrued) | 617 | 757 | 770 | 896 | 1067 |
| Clearance revenue (cash) | 713 | 894 | 344 | 1318 | 1067 |
| Clearance revenue (net arrears accumulation) | -97 | -137 | 427 | -422 | 0 |
|  |  |  |  | 25 | 0 |
| **Total expenditure and net lending (commitment basis)** | 1,528 | 1,994 | 2,310 | 2544 | 2846 |
| Wage expenditure (commitment) | 870 | 1,001 | 1,189 | 1283 | 1481 |
| Wage expenditure (cash) | 870 | 1,001 | 658 | 1369 | 1568 |
| Wage expenditure (net arrears accumulation) | 0 | 0 | 532 | -86 | -86 |
| Non wage expenditure (commitment)   (1) | 501 | 649 | 745 | 725 | 964 |
| Non wage expenditure (cash) | 501 | 649 | 392 | 663 | 1022 |
| Non wage expenditure (net arrears accumulation) | 0 | 0 | 353 | 62 | -58 |
| Net lending            (2) | 157 | 344 | 376 | 535 |  |
| **Balance (commitment basis)** | -574 | -762 | -1,162 | -1350 | -1360 |
| add: expenditure arrears (net accumulation) | ... | ... | 884 | -23 | -144 |
| subtract: net clearance withheld (+) or transferred from past | -97 | -137 | 427 | -422 | 0 |
| **Balance (cash basis)** | -477 | -625 | -705 | -951 | -1504 |
| add: external budgetary support | 353 | 349 | 738 | 1012 | 1635 |
| **Balance (commitment basis, after external budgetary support)** | -221 | -413 | -424 | -338 | 275 |
| **Balance (cash basis, after external budgetary support)** | -124 | -276 | 34 | 61 | 131 |
| **Devopment  expenditures** |  | 287 | 281 | 310 | 492 |
| **Overal balance ( cash basis ,including devlopment expenditures )** |  | -563 | -247 | -249 | -362 |
| **Total other financing** | 124 | 563 | 247 | 249 | 362 |
| Palestinian Investment Fund advances | 0 | 173 | 146 | 78 | 0 |
| Net domestic bank financing | 134 | 304 | -171 | -132 | -124 |
| External financing for devlopment expenditures |  | 287 | 281 | 310 | 492 |
| Residual | -9 | -202 | -8 | -6 | 0 |
| *Memorandum items:* | | | | | |
| Exchange rate, budget | 4.70 | 4.35 | 4.50 | 4.20 | 4.15 |
| Exchange rate, actual (annual average) | 4.48 | 4.49 | 4.46 | 4.10 | 3.60 |

(1) Including minor outlays for domestically financed development expenditure.
(2) Including transfers related to the marketing of petroleum products.