**Table 5: Revenues by Source (Commitment Basis) December, 2008.**

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | November | December | Jan - Dec | Budget 2008 |
|---|---|---|---|---|---|---|---|---|
| | | | (In millions of US dollars) | | | | | |
| **Total Net Revenue** | 334.7 | 571.6 | 493.4 | 365.6 | 144.5 | 104.0 | 1,765.4 | 1,486 |
| **Net Tax Revenues** | 298.3 | 328.4 | 347.1 | 305.1 | 100.0 | 94.8 | 1,278.9 | 1,213 |
| **Domestic Tax Revenues** | 68.1 | 80.9 | 62.8 | 61.0 | 25.6 | 15.1 | 272.8 | 145 |
| Income Tax | 33.9 | 24.0 | 14.8 | 11.3 | 3.9 | 3.9 | 84.0 | 55 |
| Value Added Tax | 21.3 | 39.5 | 29.6 | 35.3 | 17.4 | 6.3 | 125.7 | 55 |
| Customs | 2.7 | 3.4 | 4.7 | 3.8 | 1.6 | 1.2 | 14.5 | 5 |
| Excises on Beverages | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.3 | |
| Excises on Tobacco | 9.0 | 13.5 | 13.3 | 10.4 | 2.6 | 3.6 | 46.2 | 29 |
| Property Tax | 1.1 | 0.5 | 0.4 | 0.2 | 0.0 | 0.1 | 2.1 | 1 |
| **Clearance Revenue** | 267.7 | 290.6 | 308.4 | 255.6 | 78.1 | 82.7 | 1,122.3 | 1,087 |
| Customs | 75.6 | 91.9 | 110.3 | 90.5 | 27.9 | 37.4 | 368.3 | 333 |
| Value Added Tax | 86.8 | 108.1 | 109.6 | 80.8 | 23.0 | 22.6 | 385.3 | 409 |
| Purchase Tax | 1.1 | 1.0 | 0.8 | 0.7 | 0.3 | 0.0 | 3.6 | 12 |
| Petroleum Excises | 83.4 | 89.7 | 87.7 | 83.5 | 26.9 | 22.7 | 344.3 | 333 |
| Other (1) | 20.8 | 0.0 | 0.0 | | 0.0 | | 20.8 | |
| **Tax Refund** | 37.5 | 43.2 | 24.1 | 11.5 | 3.8 | 3.0 | 116.3 | 20 |
| **Domestic Fees and Charges** | 36.4 | 46.1 | 121.2 | 30.6 | 14.5 | 9.2 | 234.3 | 127 |
| Stamps Tax | 0.2 | 0.3 | 0.4 | 0.1 | 0.1 | 0.0 | 1.1 | |
| Civil Registration Fees | 2.8 | 5.9 | 4.9 | 3.1 | 1.0 | 0.9 | 16.7 | |
| Health Fees | 1.6 | 1.9 | 1.8 | 1.7 | 0.6 | 0.5 | 7.0 | |
| Health Insurance | 9.9 | 9.7 | 12.3 | 6.2 | 3.1 | 2.9 | 38.1 | |
| Transportation | 2.0 | 3.4 | 2.9 | 2.8 | 1.1 | 0.9 | 11.2 | |
| Agriculture Services | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.0 | 0.6 | |
| Local Government | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | |
| Ministry of Economy | 0.4 | 0.6 | 1.0 | 0.6 | 0.2 | 0.2 | 2.6 | |
| Shari'a Courts Fees | 0.3 | 0.4 | 0.5 | 0.3 | 0.1 | 0.1 | 1.5 | |
| Land Registration | 1.1 | 2.0 | 2.0 | 2.5 | 1.0 | 0.6 | 7.6 | |
| Ministry of Housing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Tourist Fees | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | |
| Telecommunication Fees | 0.2 | 0.2 | 0.1 | 0.2 | 0.0 | 0.1 | 0.6 | |
| Ministry of Education | 0.0 | 0.5 | 0.3 | 3.7 | 1.6 | 1.2 | 4.5 | |
| High Court of Justice Fees | 0.4 | 1.1 | 0.9 | 0.9 | 0.2 | 0.3 | 3.2 | |
| Foreign Affairs | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | |
| Licenses | 14.4 | 13.6 | 92.8 | 7.3 | 4.9 | 1.2 | 128.1 | |
| Others | 2.8 | 6.1 | 0.9 | 1.0 | 0.5 | 0.3 | 10.8 | |
| **Investments Profits (2)** | 0.0 | 197.1 | 25.0 | 30.0 | 30.0 | 0.0 | 252.1 | 146 |

(1) First Quarter and Jan - Dec revenue include $ 20.8 million received in February as Initial interest payments on frozen clearance revenue.
(2) Non Tax revenue in the second quarter and in Jan - Dec total includes $197.1 million received as dividend from the PIF to repay PNA debt to the PIF which is included under Net Domestic Bank Financing.
In August non tax revenues include $79.8 million license fee from Wataniah Communication Company and $25 million as a cash dividend from the P.I.F. In November non tax revenues include $30 million as a cash divident from the P.I.F.

15 Jan, 2009