UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF YARON UNGAR, *et al.*, <br><br> Plaintiffs / Judgment Creditors, <br><br> v. <br><br> PALESTINIAN AUTHORITY, *et al.*, <br><br> Defendants / Judgment Debtors. <br><br> ORASCOM TELECOM HOLDING S.A.E., <br><br> Nonparty. | Miscellaneous Action No. 05-180 (GK) |

**ORASCOM TELECOM HOLDING S.A.E.'S
NOTICE OF DEVELOPMENTS IN RELATED EGYPTIAN LITIGATION**

Nonparty Orascom Telecom Holding S.A.E. ("Orascom") — a corporation organized under the laws of Egypt, headquartered in Egypt, and with its principal place of business in Egypt — respectfully submits this notice regarding recent developments in related Egyptian legal proceedings. Such developments may concern the same property that purportedly is subject to the Writ of Attachment that is presently before this Court. Orascom has moved to quash the Writ of Attachment for lack of personal jurisdiction and improper service of process. That motion is fully briefed. *See* Dkt. Entry #90 (motion to quash); Dkt. Entry #91 (opposition to motion to quash); Dkt. Entry #92 (reply in support of motion to quash).

Orascom is mindful that this filing does not request relief from the Court. Nevertheless, it is out of respect for this Court that Orascom provides this notice so that the Court may be fully informed of all developments that may be relevant to these proceedings.

As Plaintiffs are already aware through their March 2007 deposition of Orascom's Executive Chairman, the Palestinian Investment Fund ("PIF") initiated legal proceedings in Egypt against Orascom concerning the same property that purportedly is subject to the Writ of Attachment at issue here. Orascom has been defending itself against the PIF in Egyptian courts for four years and, until recently, has succeeded in obtaining dismissals of the PIF's action from three different Egyptian courts.

In 2008, the PIF appealed the most recent dismissal to the Court of North Cairo (Appellate Division — Civil). Orascom's Egyptian litigation counsel has been informed that on March 27, 2010, the Court of North Cairo issued an oral ruling apparently reversing the lower court's dismissal of the PIF's action and finding in favor of the PIF. Orascom understands that the Court of North Cairo is expected to publish a formal written decision addressing the specifics of its ruling in the near future. Until Orascom receives the published decision, Orascom has no further information concerning the details of the Egyptian Court's decision.

As a result of the Egyptian Court's decision, Orascom now may find itself in a predicament not of its own making. In particular, Orascom is facing a court order in Egypt — Orascom's home country — in favor of the PIF with regard to property held by Orascom in Egypt. This Egyptian court order may address the same property that Plaintiffs contend (and Orascom denies) is subject to the Writ of Attachment at issue here.

Orascom stands ready to provide the Court with any additional information regarding the Egyptian proceedings to date in the manner that the Court would find most helpful. Orascom also will provide this Court with a copy of the Egyptian Court's published decision as soon as it becomes available.

Dated: April 7, 2010 	Respectfully submitted,

**WHITE & CASE** LLP

 /s/ Nicole E. Erb
Christopher M. Curran (D.C. Bar No. 408561)
Nicole E. Erb (D.C. Bar No. 466620)
Matthew S. Leddicotte (D.C. Bar No. 487612)
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  + 1 202 626 3600
Facsimile:  + 1 202 639 9355

*Attorneys for Orascom Telecom Holding S.A.E.*