

**About the Palestine Investment Fund** | **Board of Directors** | **Dr. Mohammad Mustafa**



**Dr. Mohammad Mustafa**

Dr. Mohammad Mustafa was appointed CEO of the Palestine Investment Fund (PIF) on 7 December 2005 and, in addition, as Chairman of PIF on 1 January 2009. He has also been the Economic Adviser to H.E. Mahmoud Abbas, the President of the Palestinian National Authority (a Ministerial level ranking), since 15 November 2005.  In this capacity, Dr. Mustafa represents PIF on the boards of several leading Palestinian companies, including Wataniya Mobile (Chairman), Amaar Real Estate Investment Co. (Chairman), Arab Palestine Investment Company (Member) and Palestine Power Generation Company (Member).

Prior to joining PIF, Mustafa spent fifteen years at the World Bank (Washington, D.C.) in several positions, where his work covered various countries in four different regions and involved sectors including Private Sector Development, Infrastructure, Industry & Energy, Project Finance and ICT. He also served as Senior Adviser to the Public Investment Fund (in the Kingdom of Saudi Arabia) on privatization and public-private partnerships (1997-98), and as an Economic Adviser to the Government of Kuwait on economic reform (2000). He also worked in the corporate sector in the US, Kuwait and Palestine, during which he became the founder and CEO of Palestine Telecommunication Company (Paltel, 1995-1996).

Dr. Mustafa holds a BSc Degree in Electrical Engineering (Baghdad University) and Masters Degree and PhD in Management and Economics from George Washington University.

© All rights reserved for Palestine Investment Fund 2009