---------- Forwarded message ----------
From: **Benjamin Ledsham** <bledsham@wistbar.com>
Date: Fri, Aug 13, 2010 at 9:32 AM
Subject: re: Ungar v. PA
To: BHill@milchev.com
Cc: Max Wistow <MW@wistbar.com>, djs@mtlesq.com, M Haller <hallermm@gmail.com>, mrochon@milchev.com, awise@milchev.com, dsherman@eapdlaw.com


Counsel -

In respect to your item #4 below our position is as follows:

We will accept your proposal to extend defendants' time to produce privilege logs and any non-privileged documents and answers (you did not mention answers in your email) responsive to Request 1 of Plaintiffs' Second Request for Production of Documents and Plaintiffs' Interrogatory Number 2 until September 2, 2010, provided that defendants agree to an expedited briefing schedule on any motion to strike objections/compel that the plaintiffs file in respect to these discovery requests, such that defendants' opposition to any such motion must be filed within 7 business days of the filing of such a motion.

Please advise whether you agree to the above proposal.

Also, the amended responses were agreed to with more specificity than indicated in your e-mail and included withdrawing your objections. We trust that you will proceed in accordance with the oral agreement, however, and nothing more need be said concerning that between now and Tuesday.

- Max Wistow and Benjamin Ledsham


Benjamin Ledsham
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI  02903
ph. (401) 831-2700
fax (401) 272-9752
bledsham@wistbar.com

---

**From:** Hill, Brian [mailto:BHill@milchev.com]
**Sent:** Thursday, August 12, 2010 4:49 PM
**To:** Max Wistow; djs@mtlhlaw.com

**Cc:** Rochon, Mark; Wise, Andrew; dsherman@eapdlaw.com
**Subject:** RE: Ungar v. PA

Counsel:

This will confirm the following from today's call:

1. You will be responding separately to our proposal below regarding a schedule for disclosure of witnesses, exhibits and experts.

2. Will will be serving amended responses to Plaintiff's First and Second Requests for Production of Documents and First Set of Interrogatories on Tuesday August 17.

3. The parties will confer by phone at 3:00 p.m. on Tuesday August 17 regarding Plaintiffs' responses to Defendants' First Set of Interrogatories and First Requests for Production of Documents.

4. Defendants proposed to produce a privilege log and any non-privileged documents responsive to Request 1 of Plaintiff's Second Request for Production of Documents and Interrogatory Number 2 in three weeks. You will be responding separately to this proposal.

Please let me know if any of the foregoing is incorrect.

Regards,

Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801