Case 1:00-cv-00105-L-DLM Document 553-7 Filed 09/28/06 Page 1 of 1 PageID #:
Case 3:05-mc-00208-PCD Document 192-2 Filed 07/16/10 Page 1 of 1
5281

Palestinian Entities Outbound Wire Instructions For Cash Distributions as of May 10, 2005

Palestine Investment Fund Wire Instructions

**Canaan Equity II Offshore CV:**
Beneficiary:
Palestine Investment Fund
1191 Corniche El-Nile,
WTC Hilton Residnece /9th Floor
Tele: +202-574-4788
Bank: Arab Bank
Branch: Mohandessin, Egypt
50 Gueziret El-Arab St.,
PO Box 68, Mohandessin
Tele: +202-302-4439
PIC Code: ARABEGCX
Account Number: 5004-126908-430

**Canaan Equity III Offshore CV:**
Interaudi Bank USA, New York
ABA#026-006-237
Account Name: Becont Limited
Account Number: 710634

Palestinian Pension Fund for the State Administrative Employees

**Canaan Equity II Offshore CV**
Bank: Bank of New York, New York
ABA #: 021 0000 18
In favor of Credit Suisse First Boston, Zurich
Acount #: 80 3334 2099
Further credit to account #: 0835-984704-82, PNA

**Canaan Equity III Offshore CV**
Bank: Bank of New York, New York
ABA #: 021 0000 18
In favor of Credit Suisse First Boston, Zurich
Account #: 80 3334 2099
Further credit to account #: 0835-984704-82, PNA

Becont

**Canaan Equity Offshore CV**
Currently set to receive a check

**Canaan Equity II Offshore CV**
Interaudi Bank USA, New York
ABA#026-006-237
Account Name: Becont Limited
Account Number: 710634

**Canaan Equity III Offshore CV**
Interaudi Bank USA, New York
ABA#026-006-237
Account Name: Becont Limited
Account Number: 710634

CONFIDENTIAL PURSUANT TO AGREEMENT
C 00001