# DECLARATION OF MARWAN ABDEL-RAHMAN

I, Marwan Abdel-Rahman, of 2828 JFK Blvd., Jersey City, New Jersey, DECLARE PURSUANT TO 28 U.S.C. §1746, AS FOLLOWS:

1.      I am completely fluent in Arabic and English, and I am capable of translating accurately between those languages.

2.      I have been employed as a professional Arabic-English translator for 11 years.

3.      The English-language document attached hereto as Appendix 1 and captioned "Summary of Revenues and Expenditures from October to December 2006 (in millions of dollars)" is an accurate translation of an Arabic-language document downloaded from the website of the Palestinian Authority's Finance Ministry, www.mof.gov.ps/monthly-reports/2006/10t012-2006/1.htm, a copy of which is attached hereto immediately following the English translation.

4.      The English-language document attached hereto as Appendix 2 is an accurate translation of an Arabic-language news report regarding Ghazi Jabali[1] downloaded from the Voice of Palestine news website at http://www.palvoice.com/index.php?id=3583 a copy of which news report is attached hereto immediately following the English translation.

5.      The English-language document attached hereto as Appendix 3 is an accurate translation of an Arabic-language news report regarding Ghazi Jabali downloaded from the Watan news website at http://www.watan.com/index.php?name=News&file=article&sid=3648 a copy of which news report is attached hereto immediately following the English translation.

6.      The subtitles appearing on the video recording of an interview of Mohammed Dahlan contained on the DVD submitted herewith as Appendix 4 and marked "Dahlan" constitute an accurate translation of Mr. Dahlan's Arabic-language statements on that recording. I recognize Mohammed Dahlan, who is a well known public figure, and confirm that he is the speaker.

---

[1] The Arabic name "Ghazi" starts with a guttural consonant which has no equivalent in English, and is sometimes transliterated as "Razi." The family name "Jabali" is often written in Arabic with the direct article "al" – i.e. as "al-Jabali" – and I have followed that convention in the translations.

7.    The subtitles appearing on the video recording of an interview of Jibril Rajoub contained on the DVD submitted herewith as Appendix 5 and marked "Rajoub" constitute an accurate translation of Mr. Rajoub's Arabic-language statements on that recording. I recognize Jibril Rajoub, who is a well known public figure, and confirm that he is the speaker.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February 4, 2008

_____
            Marwan Abdel-Rahman

# APPENDIX 1

**Palestinian National Authority**
**Ministry of Finance**

# Summary of Revenues and Expenditures from October to December 2006

**(in millions of dollars)**
**Preliminary**

| | | | |
|---|---:|---:|---:|
| **Gross Revenues** | | | **65.83** |
| **Domestic revenues** | | 65.83 | |
| Tax revenues | 46.73 | | |
| Nontax revenues | 19.11 | | |
| **Clearance revenues** | | 0.00 | |
| **(Tax refunds)** | | | **(0.00)** |
| **Net revenues** | | | **65.83** |
| **Total expenditures and net lending** | | | **432.57** |
| **Total expenditures** | | 421.99 | |
| **Wages and salaries** | 309.49 | | |
| - Civilian | 173.65 | | |
| - Military | 135.84 | | |
| **Other current and capitalistic expenditures** | 109.61 | | |
| **Development expenditures** | 2.89 | | |
| **Net lending** | | 10.58 | |
| **Balance** | | | **-366.74** |
| **External financing** | | | **167.63** |
| **Other sources of financing** | | | **36.60** |
| - Transfer of previously withheld clearance revenue | | 0.00 | |
| - Financing from commercial banks | | 20.71 | |
| - Palestine Investment Fund | | 27.06 | |
| - Monetary Insurances/ Palestine Investment Fund | | 0.00 | |
| - Net change of arrears | | - | |

11.17

---

**Footnotes :**

1   The dollar average exchange rate from October to  December 2006  **USD 1 = NIS <u>4.265101</u>**

**Robert J. Tolchin**

| | |
|---|---|
| **From:** | Saved by Windows Internet Explorer 7 |
| **Sent:** | Friday, February 01, 2008 7:26 AM |

<div dir="rtl">

السلطة الوطنية الفلسطينية

وزارة المالية

</div>

<div dir="rtl">

## خلاصة الإيرادات والنفقات من اكتوبر حتى ديسمبر من عام 2006

### (بالمليون دولار)

### أولــي

</div>

<div dir="rtl">

| | | | |
|---|---|---|---|
| 65.83 | | | إجمالي الإيرادات |
| | 65.83 | | الإيرادات المحلية |
| | | 46.73 | الإيرادات الضريبية |
| | | 19.11 | الإيرادات غير الضريبية |
| | 0.00 | | إيرادات المقاصة |
| (0.00) | | | رديات ضريبية |
| 65.83 | | | صافي الإيرادات |
| 432.57 | | | إجمالي النفقات وصافي الإقراض |
| | 421.99 | | إجمالي النفقات |
| | | 309.49 | الرواتب والأجور |
| | | 173.65 | مدنيون |
| | | 135.84 | عسكريون |
| | | 109.61 | نفقات جارية ورأسمالية أخرى |
| | | 2.89 | نفقات تطويرية |
| | 10.58 | | صافي الإقراض |
| 366.74 | | | الرصيد |

</div>

1

| | |
|---|---|
| **167.63** | **التمويل الخارجي** |
| **36.60** | **مصادر تمويل أخرى** |
| 0.00 | تحويل مقاصة من المتأخرات السابقة |
| 20.71 | تمويل من البنوك التجارية |
| 27.06 | صندوق الإستثمار الفلسطيني |
| 0.00 | تأمينات نقدية/ صندوق الإستثمار الفلسطيني |
| -11.17 | صافي التغير في المتأخرات |

**ملاحظــــات :**

متوسط سعر صرف الدولار خلال اكتوبر حتى ديسمبر 2006        4.265101 شيكل        1

# APPENDIX 2

**National Center for News and Information**
**Voice of Palestine – Fatah Movement**
**October 6, 2007**

## Deal: Release of Ghazi al-Jabali in Company of Khaled Mashaal at Saudi Airport of Jeddah.

A Palestinian official stated that on Thursday, Saudi security forces arrested the former Commissioner of the Palestinian Police, Ghazi al-Jabali, while he was present on Saudi soil for "*Umrah*".[1]

The official, who refused to identify himself, said that the Saudi security arrested al-Jabali inside the Kingdom. He added that the former Commissioner of the Palestinian Police, who arrived on Thursday in Saudi territory accompanying the Head of Hamas' Political Department, Khaled Mashaal, was arrested after he performed the *Umrah*.

He explained that al-Jabali has lived in Damascus since he fled from Gaza in 2005, and that he works as an advisor to Khaled Mashaal. He added that "negotiations are underway to deport him to Damascus, where he came from."

Palestinian sources said that many parties have mediated with the Saudi security agencies to release him and return him to Damascus.

The same sources added that Khaled Mashaal personally intervened with Saudi Interior Minister Prince Naief to release Ghazi al-Jabali and return him to Damascus. After extensive negotiations, General Ghazi al-Jabali was released as a result of a deal, whose details are unknown at this time.

Preparation is ongoing now to return him to Syria, his safe haven from justice.

---

[1] Translator's note: "*Umrah*" is a form of religious pilgrimage to Mecca performed by Muslims.

Page 1 of 2    صفقة : الافراج عن غازي الجبالي بعد إلقاء القبض عليه برفقة خالد مشعل بمطار جدة السعودي « حركة التحرير الو...

Case 1:00-cv-00105-L-DLM    Document 553-8    Filed 09/28/10    Page 10 of 15 PageID #: 5291



| الإتصال بنا | من نحن | أرشيف الأخبار | أقسام الأخبار | دردشة الموقع | منتديات الحوار | شاشة البداية |
|---|---|---|---|---|---|---|

الشهيد أبو عمار    الرئيس أبو مازن    الحركة الأسيرة    ملف الشهداء    حركة فتح

الإتصال بنا    من نحن



**دردشة ونقاش »**

**إستطلاع الرأي »**
لا يوجد استطلاع هذا اليوم
استطلاعات سابقة

**مواضيع ذات صلة »**



تيسير خالد : اضراب غير
عادل ويخدم الفوضى
والفلتان في الوظيفة
العمومية

ابو علي شاهين : حماس
انقلبت على فلسطين
"التاريخ والجغرافيا"
والصليب الاخضر لن يقود
فتح وابو مازن لا يتخذ
القرار المناسب في اللحظة
المناسبة



أبو الغيط يؤكد على
ضرورة عودة ممثلي
السلطة الفلسطينية والاتحاد
الأوروبي لتشغيل معبر رفح

---

تصنيف الخبر : أخبار يوميـة
بتاريخ : 06-10-2007 - 09:58 PM
تعليقات : 0 | مشاهدة : 200 | + ح - ح

صفقة : الافراج عن غازي الجبالي بعد إلقاء القبض عليه برفقة خالد مشعل بمطار جدة السعودي

أعلن مسؤول فلسطيني أن سلطات الأمن السعودية اعتقلت الخميس قائد الشرطة الفلسطينية الأسبق غازي الجبالي أثناء تواجده داخل السعودية لأداء العمرة.

وقال المسؤول، الذي رفض كشف هويته إن الأمن السعودي ألقى القبض على الجبالي داخل المملكة. وأضاف أن قائد الشرطة الفلسطينية الأسبق والذي وصل الخميس إلى السعودية برفقة رئيس المكتب السياسي لحركة (حماس) خالد مشعل تم إلقاء القبض عليه بعدما أدى العمرة.

وأوضح أن الجبالي الذي يقيم في دمشق بعد هربه من غزة في 2005 يعمل مستشاراً لمشعل. وأضاف انه تجري الآن وساطات لترحيله إلى دمشق التي وصل منها.

وذكرت مصادر فلسطينية أن إطراف عديدة تدخلت للتوسط لدي أجهزة الأمن السعودية لإخلاء سبيلة وإعادة الى دمشق.

وأضافت المصادر أن خالد مشعل تدخل شخصيا لدي وزير الداخلية السعودي الامير نايف للافراج عن غازي الجبالي وإعادته الى دمشق وبعد مشاورات كبيرة تم الإفراج عن اللواء غازي الجبالي خلال صفقة غير معلومة حتي اللحظة.

وتجري ألان الاستعدادات لإعادة المتهم الى سوريا حيث ملاذه الأمن للهروب من العدالة

التعليقات على المقال : 0

**أخي الزائر يمكنك التعليق على الموضوع**

سوف يتم نشر التعليقات بعد مراجعتها من قبل الادارة

اسم الكاتب:

بريد الكتروني:

أرسل التعليق

☑ حفظ معلوماتي؟

---

**منتديات الحوار »**

**رمز فلسطن »**
مواضيع ومقالات وسيرة
الشهيد ياسر عرفات

**ملف خاص ...**

**الرئيس أبو مازن »**

**ملف خاص ...**

**ملف حركة فتح »**
النظام الداخلي لحركة فتح
وشؤوون حركية

**ملف خاص ...**

**الحركة الأسيرة »**

---

Page 2 of 2    صفحة : الافراج عن غازي الجبالي بعد إلقاء القبض عليه برفقة خالد مشعل بمطار جدة السعودي « حركة التحرير الو...

Case 1:00-cv-00105-L-DLM    Document 553-8    Filed 09/28/10    Page 11 of 15 PageID
#: 5292

حالة ترقب وقلق تعيشها
اسرائيل بسبب فينو غراد



قطر ترعى التطبيع الثقافي
والسياسي مع الكيان
الصهيوني

المزيـد ...

الحركة الاسرة وأخبار اسرائنا
البواسل

ملف خاص ...

# APPENDIX 3

# Watan

## Saudi Arabia Arrests Ghazi al-Jabali

A Palestinian official stated that on Thursday, Saudi security forces arrested the former Commissioner of the Palestinian Police, Razi al-Jabali, when he was present in Saudi territory for *Umrah*.[1]

The official, who refused to identify himself, said that Saudi security arrested al-Jabali inside the Kingdom. He added that the former Commissioner of the Palestinian Police, who arrived on Saudi soil on Thursday accompanying the head of Hamas' Political Department, Khaled Mashaal, was arrested after he performed the *Umrah*.

He explained that al-Jabali has been living in Damascus since fleeing Gaza in 2005, and that he works as an advisor to Khaled Mashaal. He added that "mediation is underway to deport him to Damascus, where he came from."

---

[1] Translator's note: "*Umrah*" is a form of religious pilgrimage to Mecca performed by Muslims.



# APPENDIX 4 AND APPENDIX 5

# DVD's FILED AND SERVED BY HAND