```
                                                             1
 1

 2       UNITED STATES DISTRICT COURT

 3       SOUTHERN DISTRICT OF FLORIDA
         ----------------------------------------------------x
 4
         MOSHE SAPERSTEIN, et al.,
 5
                         Plaintiffs,
 6
                 vs.
 7
         THE PALESTINIAN AUTHORITY and THE
 8       PALESTINAIN LIBERATION ORGANIZATION,

 9                       Defendants.

10       ----------------------------------------------------x

11

12

13                    ** CONFIDENTIAL **

14

15              VIDEOTAPED DEPOSITION of AHMED QUREI,

16           taken before Cheryll Kerr, LSR, a Shorthand

17           Reporter, Notary Public, and Commissioner,

18           held at the Ambassador Hotel, East Jerusalem,

19           Israel, on Thursday, the 17th day of June,

20           2010 at 10:29 a.m.

21

22

23

24

25
```

```
                                                                 218
 1                     Confidential - A. Qurei
 2         Q.    It's on Exhibit 4, for the record.
 3         A.    Do you want me to discuss this matter?
 4         Q.    No.
 5               (Thereupon, an informal discussion was
 6           held off the record.)
 7               MR. ROCHON:  Do you guys want to go
 8           outside?
 9               MR. STEINER:  No.  I will just move
10           to strike the witness's question and the
11           response.  It's a deposition where I pose
12           the questions.
13     BY MR. STEINER:
14         Q.    Okay.  Sir, you mentioned earlier that
15     you are the head of the Jerusalem department of the
16     PLO, correct?
17         A.    Yes.
18         Q.    And do you meet with foreign officials as
19     part of your duties as head of that department?
20         A.    I have always been meeting with foreign
21     persons.
22         Q.    And that's also true in your capacity as
23     head of the Jerusalem department of the PLO, in that
24     capacity you also met with the foreign officials?
25         A.    Yes.
```

                                                                        219

```
 1                  Confidential - A. Qurei
 2         Q.    And who are the foreign officials that
 3    you have met in this capacity?
 4         A.    You mean when?  At that time?  At that
 5    date?  On that date?
 6         Q.    I am talking specifically about the time
 7    you were appointed head of the Jerusalem department
 8    of the PLO until today.
 9         A.    I met with all the representatives that
10    we have, and I met with foreign -- with the foreign
11    ministers, visiting foreign ministers --
12         Q.    Can you just very briefly describe for
13    me --
14         A.    -- and I met with some Israelis.
15         Q.    Okay, and can you briefly describe for me
16    who some of the foreign officials are that you've
17    met with in this capacity?
18         A.    I'm not supposed to submit a report about
19    whom I met with.
20         Q.    Well, are you required to get their
21    permission each time you meet with foreign officials
22    from the PLO?  And from the PLO, I mean from the
23    Executive Committee?
24         A.    No.  That's my work.
25         Q.    What type of things do you discuss with
```