# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

## ORDER

Upon consideration of Plaintiffs' motion to file instanter, it is hereby ordered:

1.     Plaintiffs' motion is hereby granted.

**SO ORDERED**

Date: _____, 2010

                                                            _____