# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

    v.                                    Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

## PLAINTIFFS-JUDGMENT CREDITORS' MOTION TO COMPEL THE DEPOSITION OF AHMED QUREI

For the reasons set forth in the attached Memorandum, the Plaintiffs-Judgment Creditors hereby respectfully move for an ORDER:

(1)    Directing Defendant-Judgment Debtor Palestine Liberation Organization ("PLO") to produce Ahmed Qurei for a deposition within two weeks in Providence, Rhode Island.

(2)    Granting any other relief that the Court finds just, necessary or appropriate.

Dated: September 29, 2010                  Plaintiffs-Judgment Creditors,
                                                                       by their Attorneys,

                                                                       /s/ David J. Strachman
                                                                       David J. Strachman (#4404)
                                                                       McIntyre, Tate & Lynch LLP
                                                                       321 South Main Street, Suite 400
                                                                       Providence, RI 02903
                                                                       (401) 351-7700
                                                                       (401) 331-6095 (fax)
                                                                       djs@mtlesq.com

Max Wistow (#0330)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
MW@wistbar.com

## RULE 37 CERTIFICATE

I HEREBY CERTIFY that I made a good faith effort to resolve the within discovery dispute with opposing counsel prior to the commencement of this motion practice.

/s/ David J. Strachman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 29, 2010, a true and genuine copy of the foregoing was filed by ECF which served Defendants' counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/s/ David J. Strachman