

| Jerusalem affairs chief optimistic |
|---|

Monday 13/09/2010 (Last Update) Time 12:34



JERUSALEM (Ma'an) -- Head of the PLO's Jerusalem Affairs unit Ahmed Qurei said he was optimistic that Palestinian leaders would be able to provide necessary services for Jerusalem residents and support them in resisting Israeli expulsion policies.

Qurei, or Abu Ala, made the comments during an Eid Al-Fitr celebration in the Jerusalem-area town of Abu Dis, where he hosted delegations from the area on Saturday at his home.

Visitors called on the official to strengthen the presence of Palestinian institutions in Jerusalem, as part of ongoing efforts to strengthen communities there, who face constant pressure from Israeli authorities.

Financial problems plague residents, delegates told Qurei, who responded saying there was nothing in the way of providing services for Palestinians living in East Jerusalem.

Source: http://www.maannews.net/eng/ViewDetails.aspx?ID=314495

