# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

      v.                                                                                          Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' RESPONSE TO DEFENDANT-JUDGMENT CREDITORS' MOTION TO AMEND

Plaintiffs-Judgment Creditors ("Ungars") hereby consent to Defendants-Judgment Debtors' Motion to Amend Opposition to Plaintiffs' Motion to Preclude, to Compel, and for Related Relief. Dkt # 537.

The Ungars consent to the amendment without conceding the accuracy thereof.

Dated: September 29, 2010

Plaintiffs-Judgment Creditors,
by their Attorneys,

/s/ David J. Strachman
David J. Strachman (#4404)
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Max Wistow (#0330)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 29, 2010, a true and genuine copy of the foregoing was served by ECF on Defendants' counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/s/ David J. Strachman
David J. Strachman