UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PALESTINIAN AUTHORITY, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | C.A. No. 00-105L |

## DEFENDANTS' RULE 35(a) MOTION TO COMPEL MENTAL EXAMINATIONS OF PLAINTIFFS

Defendants The Palestinian Authority and The Palestine Liberation Organization ("Defendants"), through counsel, respectfully move pursuant to Federal Rule of Civil Procedure 35(a) to compel mental examinations of Plaintiffs. Because Plaintiffs' mental conditions are in controversy and because there is good cause, the Court should grant Defendants' motion.

### FEDERAL RULE OF CIVIL PROCEDURE 26(c)(1) CERTIFICATION

Counsel for Defendants hereby certify that, as required by Fed. R. Civ. P. 26(c)(1), they have conferred with all parties or non-parties who may be affected by the relief sought in the Motion in a good faith effort to resolve the issues raised in the Motion and have been unable to do so.

### LOCAL RULE Cv 7(e) REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule Cv 7(e), Defendants respectfully request oral argument on the issues raised in this Motion. Defendants estimate that an oral argument on this Motion will last approximately one half hour.

1090604.6

Respectfully submitted,

Dated: October 4, 2010

/s/ Mark J. Rochon
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Brian A. Hill (D.C. Bar #456086)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
mrochon@milchev.com
rhibey@milchev.com
bhill@milchev.com

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*