# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
* * * * * * * * * * * * * *   CIVIL ACTION
THE ESTATE OF YARON UNGAR,  * 00-105L
et al                       *
                            *
VS.                         * JUNE 15, 2010
                            *
THE PALESTINIAN AUTHORITY,  *
et al                       * PROVIDENCE, RI
* * * * * * * * * * * * * *
```

HEARD BEFORE THE HONORABLE RONALD R. LAGUEUX
SENIOR DISTRICT JUDGE
(DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S MEMO AND ORDER)

**APPEARANCES**:

FOR THE PLAINTIFFS:   DAVID J. STRACHMAN, ESQ.
                      McIntyre, Tate & Lynch LLP
                      321 South Main Street
                      Providence, RI   02903

FOR THE DEFENDANTS:   RICHARD A. HIBEY, ESQ.
                      Miller & Chevalier
                      655 Fifteenth Street, N.W.
                      Suite 900
                      Washington, D.C.   20005

                      DEMING SHERMAN, ESQ.
                      Edwards Angell Palmer &
                      Dodge LLP
                      2800 Financial Plaza
                      Providence, RI   02903

Court Reporter:       Anne M. Clayton, RPR
                      One Exchange Terrace
                      Providence, RI   02903

Proceeding reported and produced by computer-aided stenography

```
 1  intended that.  They may have intended something else.
 2  But that's a substantial issue that I will deal with at
 3  the appropriate time.
 4       What we should focus on right now is getting
 5  your discovery done.  And then in January, we will have
 6  an evidentiary hearing and then I will decide whether
 7  or not the motion to vacate this $116,000,000 judgment
 8  should be granted or not.  One hundred sixteen million
 9  sounds like a lot of money, but Magistrate Judge Martin
10  made a very thorough analysis of the damages suffered
11  by the several Plaintiffs from the death of Mr. Ungar,
12  and the Anti-Terrorism Act calls for trebling the
13  damages and that's why the judgment ended up being
14  high.
15       I still believe that my recollection is correct,
16  that the Court of Appeals in an opinion written by
17  Judge Lipez upheld the size of this judgement.  I will
18  find that case.
19       MR. STRACHMAN:  Your Honor, can I be heard?
20       THE COURT:  What do you want to be heard on?
21       MR. STRACHMAN:  Your Honor, it's my
22  understanding that by not ruling on this motion you're
23  effectively giving a stay to the judgment debtors when
24  they have not asked for a stay.  They have not provided
25  the security required in Rule 60 for a stay.  The funds
```