# Exhibit 4

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF RHODE ISLAND

3

4

5     *  *  *  *  *  *  *  *  *  *  *  *  *  *        C.A. NO. 00-105I
                                           *
6    THE ESTATE OF YARON UNGAR,            *
     ET AL                                 *
7                                          *
          VS.                              *        JULY 15, 2002
8                                          *        2:00 P.M.
     THE PALESTINIAN AUTHORITY,            *
9    ET AL                                 *
                                           *
10    *  *  *  *  *  *  *  *  *  *  *  *  *  *        PROVIDENCE, RI

11

12          BEFORE MAGISTRATE JUDGE DAVID L. MARTIN

13

14       (Plaintiffs' Motion to Enter Default Judgment)

15

16   APPEARANCES:

17   FOR THE PLAINTIFFS:        DAVID J. STRACHMAN, ESQ.
                                McIntyre, Tate, Lynch & Holt
18                              321 South Main Street
                                Suite 400
19                              Providence, RI  02903

20

21   Court Reporter:           Karen M. Zinni, RPR-RMR-CRR
                               One Exchange Terrace
22                             Providence, RI  02903

23                             🖎 ORIGINAL

24

25      Proceeding reported and produced by computer-aided
                         stenography

                KAREN M. ZINNI, RPR-RMR-CRR

1    15 JULY 2002 -- AFTERNOON SESSION

2         THE COURT:  This is the matter of the Estate of

3    Yaron Ungar, et al, versus The Palestinian Authority,

4    et al, Civil Action Number 00-105L.  This is a

5    continuation of a hearing on the Plaintiffs' motion to

6    enter default judgment against Defendants HAMAS and

7    HAMAS operatives.

8         Mr. Strachman, will you state your full name,

9    please.

10         MR. STRACHMAN:  David Strachman for the

11    Plaintiffs.

12         THE COURT:  Are you ready to proceed?

13         MR. STRACHMAN:  Yes, your Honor.

14         THE COURT:  Call your first witness.

15         MR. STRACHMAN:  Thank you.  Allan Brendan.

16    **ALLAN BRENMAN, PLAINTIFF WITNESS, SWORN**

17         THE CLERK:  Could you please state your name and

18    spell your last name for the record.

19         THE WITNESS:  Alan Brenman, B-R-E-N-M-A-N.

20         THE COURT:  Is your first name spelled A-L-A-N?

21         THE WITNESS:  Double L-A-N.

22         THE COURT:  You may proceed, Mr. Strachman.

23         MR. STRACHMAN:  Thank you.

24

25

KAREN M. ZINNI, RPR-RMR-CRR

<u>**DIRECT EXAMINATION**</u>

**BY MR. STRACHMAN:**

Q.   Dr. Brenman, what is your profession?

A.   I'm a licensed psychologist.

Q.   And where were you educated in that profession?

A.   My doctorate and master's are from Harvard

University School of Education.

Q.   If you're a psychologist, why were you in the

School of Education?

A.   The School of Education has a Department of Human

Development and Psychology where a lot of students who

wish to do more clinical -- clinically related work go

to school and receive their training there.

Q.   And you have a master's degree as well from

Harvard?

A.   Right.

Q.   And in what area of psychology do you --

A.   In child psychology.

Q.   You're a child psychologist?

A.   Yes.

Q.   And can you tell us a little bit about your

experience and where you've worked.

A.   I did my training in the Boston area at the

Franciscan Children's Hospital working with children

with emotional and behavioral problems.  I've done an

1    internship at the Dana Farber Cancer Institute working

2    with children and families of cancer patients and a

3    year at the Kennedy Memorial Hospital doing my clinical

4    internship also working with children with medical,

5    cognitive and emotional problems.

6              After graduation, I did a year of post-doctoral

7    training in the Department of Child and Family

8    Psychiatry at Rhode Island Hospital.

9    Q.  Subsequently, you were employed as a psychologist?

10   A.  Yes, I'm self-employed in private practice.

11   Q.  Were you on the staff of Bradley Hospital?

12   A.  I worked part time in the Outpatient Department at

13   Bradley for four years.

14   Q.  Is that a child psychiatric hospital?

15   A.  Yes, it's a total child hospital.

16   Q.  And subsequent to working there, did you -- have

17   you worked in any other -- did you have any other jobs

18   as a psychologist other than your private practice?

19   A.  I worked for Roger Williams Hospital running some

20   bereavement groups for the Hope Center for Life

21   Enhancement, running a group for men with prostate

22   cancer; and I work as a clinical consultant currently

23   with the Department of Human Services helping to run a

24   Medicaid program for disabled children.

25   Q.  In front of you, do you have a copy of Exhibit

KAREN M. ZINNI, RPR-RMR-CRR

1    Number 15 -- excuse me, 17?

2    A.  My resume.

3    Q.  You prepared that?

4    A.  Yes.

5         MR. STRACHMAN:  I'd ask that that be marked as a

6    full exhibit.

7         THE COURT:  It may be so marked.

8         MR. STRACHMAN:  Thank you.

9         (Plaintiff's Exhibit 17 was admitted as a full

10   exhibit)

11   Q.  And could you tell us, Doctor, about your

12   experience in the field of child psychology.

13   A.  I began my training in 1986 working with children

14   with emotional and behavioral problems.  One of the

15   areas of specialty that I've worked in is the whole

16   area of bereavement, death and grief work starting with

17   the work I did at the Dana Farber Cancer Institute

18   working with children with cancer and their families.

19   Q.  Subsequent to that, do you have other experience

20   dealing with children as a child psychologist?

21   A.  Well, my practice currently is about 50 to 60

22   percent working with children and adolescents.

23   Q.  And have you dealt with people -- I think you told

24   us a little bit about grief and bereavement groups.

25   Have you dealt with children whose family has suffered

KAREN M. ZINNI, RPR-RMR-CRR

1    a trauma or children who have lost a parent?

2    A.   That's one of the areas of specialty that I work

3    in.   I get referrals from hospitals when there is a

4    parent with cancer or who has recently died; and I will

5    counsel the children, the family through the grief and

6    bereavement period.

7         I've worked with children from abusive homes in

8    helping them and the families deal with the emotional

9    consequences of those behaviors; and most recently I've

10   treated a family who's lost somebody in the September

11   11th attack.

12   Q.   And have you dealt with, in your practice that

13   deals with adults, have you dealt with -- have you been

14   involved in the bereavement and grief field?

15   A.   All the time, either through working with the

16   families where one of the parents has died from cancer

17   or some other terminal illness through running

18   bereavement groups for adults who have lost a loved one

19   in their families.

20   Q.   You told us that you were involved in grief

21   counselling.   Could you tell us what that entails, what

22   that means?

23   A.   It means that at various points after a loss, I

24   help people to cope with the intense feelings that they

25   experience, natural feelings that they experience as a

1    result of a death or a loss that they experience.  Very

2    often for children it's helping them to label their

3    feelings, helping them to express their feelings in

4    different ways, to normalize it, help them to explain

5    the grief process and provide a lot of support during

6    this period which can last up to a couple of years

7    after a death.

8            MR. STRACHMAN:  Your Honor, I'd ask that

9    Dr. Brenman be qualified as both a child psychologist

10   and expert in grief counselling.

11           THE COURT:  Granted.

12           MR. STRACHMAN:  Thank you.

13   Q.  Now, Dr. Brenman, did you have an opportunity to

14   meet with Dvir and Yishai Unger?

15   A.  Yes, I did.

16   Q.  And did you meet with the Dasberg family?

17   A.  Yes, I did.

18   Q.  And do you speak Hebrew, by the way?

19   A.  Yes.

20   Q.  Were you able to speak to them in Hebrew directly?

21   A.  To the children I spoke directly in Hebrew and to

22   the grandparents in English.

23   Q.  And did you speak to -- could you tell us what you

24   learned about how they're doing and how they're

25   functioning, specifically the children.

A.   Sure.   In my conversations with the children, it
was more superficial, how are you doing and how was the
trip in, a little bit about why they were here.   I
didn't go into an in-depth assessment of them, but I
did with the grandparents.   And I was able to observe
the interactions between the grandparents and the
grandchildren.

From what I could gather from the grandparents,
overall the children are doing quite well now.   They're
in school, and they're doing well.   They have positive
relationships with their grandparents and other members
of the family.   They've got some friends.   Socially
they seem to be doing fairly well as well.

There were a number of points, though, that I
picked up on that I did have some concerns about.   For
the older boy, Dvir, who is eight years old, one of the
things that I observed and that the grandmother also
attested to was his overprotectiveness of his younger
brother, constantly where is the younger brother, even
at home, prefers to play with the younger brother and
his friends rather than be with children his own age
and older; and this seems to be accepted by everybody.

But he's very protective of wanting to play with
his younger brother and aware of where he's at, almost
to the point of a dependency, which is somewhat odd.

1    You wouldn't expect that from an older brother who

2    typically is off with their own friends and wants very

3    little to do with their younger sibling.  That was one

4    thing that I noticed.

5         The other thing that the grandmother talked a

6    little bit about was with Yishai, the younger boy who

7    is seven, beginning to show a temper and some anger,

8    which is new to him.  And they're not quite sure where

9    this is coming from, but she's observed that and is

10   aware of that.  And Dvir has had some -- the older boy

11   has some aggressive behavior recently in school as well

12   that they're worried about.

13   Q.  And why, if at all, is that notable?

14   A.  Well, any kind of aggressiveness is notable.  You

15   know, an incident of aggression here or there is not

16   unusual; but if it's a pattern of behavior that is

17   sustained and continues, we would want to look at it

18   and explore it further to see where it's coming from,

19   what the source is.  We would need ongoing monitoring

20   supervision.

21   Q.  And how did they -- did you discuss with the

22   parents or with the children -- excuse me, the

23   Dasbergs, the grandparents, how the children are

24   reacting to their parents' death?

25   A.  Yes.  We went back -- I wanted to learn a little

KAREN M. ZINNI, RPR-RMR-CRR

1  bit about what happened right at the time of the

2  murders, and --

3  Q.  What did you learn about that?

4  A.  That overall there was somewhat of an emotional

5  reaction that would have been expected.  I mean, these

6  children were 9 months and about 20 months old, and we

7  would expect there to be an emotional reaction.  At

8  this age, if you think about it, children, all they

9  know is their parents.  Even at 9 months old, babies

10  react more to their parents visually than they do to

11  anybody else, even from birth.  They know their parents

12  best of all.

13       And after 9 months old, that's where they feel

14  their security.  They reach to their parents, they want

15  their parents and certainly at 20 months old the

16  relationship only deepens.  And during this time there

17  are some psychological events that we see, stranger

18  anxieties and separation anxieties, that are normal for

19  all children to go through; but this was the time where

20  their parents were killed and they were separated

21  forever from their parents.

22       There was some crying and distress from the

23  baby, to some extent hard to console for the

24  nine-month-old, for Yishai.  It's hard to say exactly

25  what the separation did for these children; but we do

KAREN M. ZINNI, RPR-RMR-CRR

1    know that, even thinking about it, the two people in

2    their lives to provide them with safety and security

3    were taken away.  Children don't have the language to

4    express what that's like, but all we know is that that

5    is a trauma.  That's a psychic trauma for these

6    children that they have endured and they live with.

7         For the 20-month-old as well it is -- there was

8    a larger connection, a deeper connection with his

9    parents; and how he understands why they're not there

10    is difficult to say and may take time, certainly in the

11    future, to figure out how they're sort of incorporating

12    this event.

13         The other thing that happened was that the older

14    boy, Dvir, became -- at that point, that's when he

15    became very attached to his younger brother, wanted him

16    around, and that didn't surprise me at all.  This is

17    what he knew of his nuclear family.  That's all that

18    was left of the four of them.  So it makes sense to me

19    that even at that young age, he would want something

20    that is familiar and comforting to him around him.

21    Q.  Did you learn anything else about the period

22    subsequent to -- immediately following their parents'

23    death?

24    A.  Overall it sounds like the children have done quite

25    well in attaching to their grandparents.  These are

KAREN M. ZINNI, RPR-RMR-CRR

1  people that they knew, so it wasn't totally foreign.

2  One thing that I did note in talking to the grandmother

3  was how she coped because if she became -- she became

4  the surrogate parent, so to speak.  She took an

5  attitude of there will be no sadness, I will not deal

6  with sadness, I will take this event and I will

7  transform it into something positive, a way to keep her

8  daughter's memory alive; and she said her family

9  adopted the same attitude.

10        And we have to commend them for taking on this

11  challenge and this task of raising these children, and

12  in the short term that's a wonderful way to cope.  She

13  got through that, she was able to provide these boys --

14  she wanted to provide the best life for them that she

15  could.

16        On the other hand, I have some serious concerns

17  about that.  There has to be sadness.  There has to be

18  room for these boys to feel sad that their parents have

19  died and are not there.  And in the long term, that

20  could cause some kind of problems in the future for

21  them.  If sadness isn't tolerated, if sadness is not

22  allowed, if they're not shown how to handle sadness,

23  that certainly could be a source of problems in the

24  future.

25  Q.  What do these children face in the near term?

KAREN M. ZINNI, RPR-RMR-CRR

1    They're now eight and seven.  What do they face in sort

2    of the next period of life?

3    A.  Well, at each developmental stage, they will have

4    to almost be -- have to deal with their parents' death

5    all over again.  As their brains develop and

6    cognitively become more complex and their ability to

7    understand things in a more abstract way and at a

8    deeper level, they will take in this information over

9    and over again.

10           So even now they are asking more questions than

11   they did two years ago or four years ago, and that will

12   continue.  At each stage, they will ask questions and

13   be able to understand it more and more and in more

14   depth.

15   Q.  What did you learn, if anything, about the

16   questions that they're asking?

17   A.  They don't ask a lot.  They ask, though, about the

18   information, what happened.  They want to know that

19   they've been given -- more recently, Yishai, the

20   younger boy, asked, Is there anything else that I don't

21   know about?  You know, Have you told me everything?

22   Which raises -- to me it means, you know, can I trust

23   that you're really providing me with all the

24   information.

25           And, again, at seven years old, he's only

1   capable of handling a certain amount of information.

2   It raises questions for them now and I think in the

3   future about their religious convictions.  How could --

4   if you believe in a God that is all powerful, how could

5   God allow this to happen to them?  They're already

6   asking that kind of question.  And certainly as they

7   develop their own sense of identity, their own sense of

8   a religious identity, it would not be unreasonable for

9   them to think that -- that's going to be questioned as

10  a result of this act.

11  Q.  You discussed the grandparents and this sort of

12  mechanism or method that they have to deal with this

13  loss, the lack of grieving.  Does that impact the

14  children right now?  Is that causing an impact on the

15  children?

16  A.  Not necessarily right now; but, you know, looking

17  down in the future, these children will have to mourn

18  the death of their parents in order to sort of -- they

19  are being brought up -- also, it's important to

20  remember the context that these children are being

21  brought up in.

22      Their parents, as the mother said, they're sort

23  of all around.  There are pictures of them around.

24  They've published the books from the mother's drawings,

25  from the comic strips.  They're very involved in the

KAREN M. ZINNI, RPR-RMR-CRR

1    works of this mother.  So it's not like these parents

2    are sort of not discussed and not talked about.  So the

3    issue that their parents have died is constantly there

4    for them.  They are growing up with that.

5          And it's also important to remember that, as

6    opposed to when children are older and they have

7    memories of a parent, these children were too young to

8    have any memories from their parents.  Any information

9    they have is what's being provided to them by their

10   families, by the grandparents.  That's very different

11   because there's almost like an absence or an emptiness

12   as a result of their parents' death.

13   Q.  Do they, in fact, have any memories of their

14   parents?  I mean, at age 9 months and 20 or 22 months,

15   do they form any memories of their parents?

16   A.  No, not at that point.  It's more of a sensory

17   piece.  They certainly would know their mother's and

18   their father's smell, their father's feel, et cetera;

19   but memories of events, no.  The brain isn't developed

20   enough at that age to encode that kind of information.

21   Q.  So they, then, would grow up not having any

22   memories of their parents?

23   A.  Right, which makes it more difficult to mourn and

24   grieve.  When I work with kids who have lost a parent,

25   I create a memory book with them.  They bring in

1    pictures.  We tell stories.  I audio tape them.  I

2    write things down for them to create a document that is

3    theirs of their memories.  This helps with the

4    bereavement.  This helps them to connect with the

5    person who is gone; and it helps, again, the process of

6    grieving.

7          These children don't have that.  Anything that

8    they have is from other people's memories.  What

9    children do then is create in their minds almost a

10   fantasy of this person who has died, their relationship

11   with this person who has died; and this is something

12   that lasts throughout life because there's an emptiness

13   there that has to be filled, and they can fill it, and

14   there are any number of ways that they can fill it.

15         It's not uncommon for people to make a martyr

16   out of the parent who has died.  These happen to be

17   wonderful people, but their children can even make that

18   into something larger than life.

19   Q.  Why is that a problem?

20   A.  Well, it can be a problem because you can never

21   measure up to it.  We are constantly aware of our

22   parents' approval of us, want our parents' approval,

23   want our parents to be proud of us.  That is a very

24   natural tendency for people, even grown adults, to want

25   their parents to be pleased with them, to want that

KAREN M. ZINNI, RPR-RMR-CRR

1    approval.

2         When you have a parent who is larger than life,

3    it's almost as if you can never fill that void, you can

4    never be good enough, and that's a lot of pressure to

5    grow up in.  They know their mother was a very talented

6    artist, their father was a learned man, a wonderful

7    teacher.  They could develop very high expectations of

8    themselves based on what they know of their parents.

9    And, again, growing up with this kind of pressure can

10   be very, very difficult.

11   Q.  How is that different if their parents, you know,

12   survived but were very talented?  In other words, they

13   grew up in their household.  Their father was going to

14   be a teacher and rabbi and their mother an illustrator,

15   a well-known sort of personality.

16   A.  Because they would have a relationship with that

17   person who would be able to guide them, to talk with

18   them, to demystify things.  Somebody could say, you

19   know, it looks like this, but this is the reality of

20   the situation, and also just to help them out.

21        In the absence of that, kids have magical

22   thinking.  They think differently than adults, and they

23   can grow up with these fantasies that can last a

24   lifetime; and that's where it can be very, very

25   difficult for them as they grow up.

KAREN M. ZINNI, RPR-RMR-CRR

1    Q.   Is there evidence of that now?

2    A.   The only evidence that the grandmother talked about

3    was the similarities between the boys and their

4    parents; that the older boy very much is like his

5    father, more studious, more serious in book learning

6    and the younger one is more of a freer spirit and

7    artistic type.   I don't know if the parents -- if the

8    grandparents are sort of pegging them to some extent,

9    that you're like your father, you're like your mother,

10   which also can provide comparisons that could be

11   unrealistic for the boys.   That's all that I noticed in

12   seeing them.

13   Q.   When you discussed the role of the grandparents or

14   the grandparents' sort of method of reacting to the

15   death, are there things they could do to sort of

16   improve things for the children?   In other words, are

17   they part of the problem for these kids in terms of

18   growing up, or are they a plus for the children?

19   A.   They're a net plus.   They think, again, given the

20   situation, they are doing, number one, the best job

21   that they can and a fine job at bringing these boys up.

22   They have to also deal with their own reactions and

23   grief to this; and any way that helps them to survive

24   it and move on to provide a nurturing home for these

25   boys, you know, can't be really criticized.

KAREN M. ZINNI, RPR-RMR-CRR

1    That doesn't mean there's not room for

2    improvement. Nothing's perfect. Nobody's perfect. So

3    I think they're trying the best they can, but there are

4    certain things that are inevitable in this situation.

5    The fact that these boys will have to mourn their

6    parents, the fact that they have been brought up

7    without a relationship with their parents, the fact

8    that they may long their whole lives to fill this

9    emptiness is inevitable. That can't be filled by

10   anybody.

11   Q. And how is that feeling, how is that going to be

12   manifest, say, in -- when they become adolescents or

13   young adults?

14   A. Well, adolescence is an interesting time of life

15   where you're really developing your sense of self, who

16   you are, your identity, where you come from, what do

17   you believe in, who am I, and it's very much related to

18   your parents, where you're coming from; and although

19   they have grandparents, these are still grandparents

20   raising children.

21       It's not the same as parents, and even the

22   grandmother noted she's spoiling them. She's different

23   in how she's raising them than she is with her own

24   children that she raised.

25   Q. How is that a problem or how does that affect the

KAREN M. ZINNI, RPR-RMR-CRR

1    kids?

2    A.  Well, they're not as tight with them.  They may not

3    allow them to sort of suffer a little bit.  We all --

4    you know, I have kids.  You know, you can't say yes all

5    the time.  You have to be able to say no and teach the

6    kid to be able to tolerate that.  If the children

7    aren't given a lot of chances to tolerate any painful

8    experiences, then they do grow up in a different way,

9    having expectations, being less self-sufficient, not

10   working as hard.

11        So there could be ramifications in the future as

12   a result of that, and some of this is going to come out

13   during adolescence where they're really going to be

14   beginning to rebel from their homes and trying to

15   become independent.  And that's where I see potential

16   for some of the psychological problems, anxieties of

17   going out on their own, becoming independent, where

18   they have been somewhat protected, anxieties of, well,

19   how do I enter into the world when this happened to my

20   parents.  You know, that's potential that could happen

21   to me, too.

22        So issues of anxiety are very large here, fear

23   of other deaths, you know, the fear that if it happened

24   once already, and again they're growing up with death

25   all around them in a sense.  These parents are ever

KAREN M. ZINNI, RPR-RMR-CRR

1    present in a way.  So the fear of losing other people

2    in their life.  They are more susceptible and

3    vulnerable to issues of these fears, fears of death,

4    fear of separation from people.  So adolescence

5    potentially is a very difficult time for them.

6    Q.  What about after adolescence, once they're sort of

7    young adults?

8    A.  Again, in the literature, and even in the people

9    that I've treated, difficulties that they experience

10   are really one of forming other relationships, issues

11   of trust, being able to become close with somebody

12   without the fear of them having -- leaving you or

13   abandoning you.  That's a fairly common and big issue

14   for young people with an early loss.  Again, they're

15   very susceptible to these feelings of fear of somebody

16   leaving them.

17   Q.  And do these feelings and this anxiety that you

18   mentioned, do these kinds of feelings and issues

19   dissipate over time, or will they remain with these

20   children for the rest of their lives?

21   A.  It's hard to exactly say now what will happen.  I

22   believe that they will have to deal with all of these

23   issues at some point in their lifetime.  The magnitude

24   and the intensity is very hard to say.  The fact that

25   they will have to struggle with these issues to me is a

KAREN M. ZINNI, RPR-RMR-CRR

1   given.  That's just part of who they are, part of how

2   they've developed as a result of their parents' being

3   murdered at such a young age and this loss in their

4   life.  That they will have to do.

5       They will have to, again, go through a mourning

6   period at different parts in their life.  It is not

7   uncommon at each milestone in a person's life, when

8   they finish high school, when they start a university,

9   when they graduate, when they get married, it brings up

10  losses.  It's bittersweet.  It's great that these

11  things are happening, but it would have been nice had

12  my parents been there.  What would my parents have been

13  like?  What advice would my parents give me in these

14  circumstances?  And they won't have that.  So that at

15  each point they will have to suffer the loss all over

16  again.

17  Q.  What will the loss -- ultimately the loss of their

18  grandparents, you know, who are raising them, how will

19  that impact them?

20  A.  I would think pretty significantly because it

21  catapults them into being orphaned a second time by the

22  people who basically raised them, at a much younger

23  age; that they're being raised by a generation older

24  than their parents, and they will die sooner.  That's a

25  given.  And, again, any loss -- previous losses sort of

KAREN M. ZINNI, RPR-RMR-CRR

1    are compounded by the earlier ones.

2        So that potentially could be an incredibly

3    difficult time for them, you know, feelings of being

4    alone in the world.  You know, this is all they had,

5    and now they're gone; and chances are these boys are

6    going to be quite young when that happens.  A lot of

7    this, again, left untreated or at its worst can be some

8    serious depression where there's a sense of

9    hopelessness and loneliness and sadness.  At the

10    extreme end is suicide, which happens, but, you know,

11    that is an extreme, to anxiety disorders,

12    post-traumatic stress disorder.

13        It is not inconceivable that at some point in

14    their lives they will hear about these murders from the

15    outside, not necessarily from their families.  They can

16    read about it.  Pictures are available.  In order -- it

17    is possible that kids become traumatized again even

18    hearing about the information in the future.  You don't

19    have to be at the event to suffer a stress disorder.

20    So they are susceptible to that in the future as well

21    just by gathering information about what happened; and,

22    again, during adolescence, young adulthood, that's when

23    people think about, Well, where did I come from?  Who

24    were these people?  And their own investigations about

25    what happened could lead to them being traumatized all

1    over again.

2    Q.  I just wanted to go back for one second.  The

3    actual trauma or potential trauma of actually being in

4    that car for Yishai, is there any evidence that he

5    suffered any particularized trauma that sort of affects

6    him?

7    A.  There's no outward evidence.  A lot of this is

8    invisible, you know, and it also depends on the way you

9    understand child development.  If you think about this

10   child having heard the gunshots, crying, startle

11   response, which most likely happened, crying as a

12   result without their primary caretaker responding, on a

13   sensory level, that's a trauma.  How long he was in the

14   car before somebody found them is unknown.  It might

15   have been hours and hours.

16       Then the, again, ripping away the parents, who

17   are the main source of safety and security for these

18   children, even at nine months old is a trauma.  How

19   that encodes in the brain, we don't exactly know; but

20   the fact that it was a trauma to him, that he

21   experienced that is true, making him susceptible and

22   vulnerable to some psychological problems in the

23   future.

24   Q.  And is that, then, basically your conclusion as to

25   how this loss affects these children?  In other words,

KAREN M. ZINNI, RPR-RMR-CRR

1    you've told us that they seem to be doing pretty good

2    now, pretty well?

3    A.   Yes.

4    Q.   And they are subject to some issues in terms of

5    their behavior but nothing that is clinical or has --

6    A.   Right.

7    Q.   -- immediate ramifications?

8    A.   Exactly.

9    Q.   Or immediate implications; is that right?

10    A.   Right.

11    Q.   Is what, then, you're telling us that these

12    children are at risk for these kinds of sufferings down

13    the road?

14    A.   Absolutely.

15    Q.   And can you discuss what that means because I just

16    want to be clear for the Court in terms of we're not --

17    you're not saying, from what I understand, that right

18    now these kids are debilitated.  You don't know that

19    they will be debilitated, but you know that they're at

20    risk.  What does that mean?

21    A.   Right.  All I can say now is that they are

22    different than their peers.  They are being brought up

23    by their grandparents because their parents were

24    murdered.  That's not a typical case scenario, and

25    their friends are aware of that and the community is

KAREN M. ZINNI, RPR-RMR-CRR

1    aware of that.  So they are being brought up somewhat

2    differently than a regular child, an average child.

3         But yes, the ramifications of this are a lot in

4    the future, but they are susceptible to deal with

5    issues of depression and anxiety and post-traumatic

6    stress disorder as a result of this in the future.

7    They will have a lot of issues to sort of work through

8    in their lifetime as a result.

9    Q.  Is there any way to know if these issues are going

10   to manifest themselves to the extent that they will

11   need intensive treatment or counselling or suffer any

12   of the sort of particularized types of manifestations

13   that you referenced before?

14   A.  There's no way to -- I can't say yes or no.  I

15   wouldn't -- you know, again, given these situations, I

16   wouldn't be surprised given the adults that I've

17   treated where there's been a significant loss in the

18   past, I wouldn't be surprised if, yes, at some point in

19   their lifetime they would need some kind of

20   psychotherapy to help them cope with the feelings that

21   come up.

22        It also depends on their personalities.

23   Everybody responds differently, even to these

24   situations where death -- they've grown up, again, with

25   death.  Some people respond by it limits them.  They

KAREN M. ZINNI, RPR-RMR-CRR

1    sort of become a viewer of life because of that sadness

2    and emptiness.  They don't participate as fully because

3    of that depression.  Other people become risk-takers,

4    and they almost defy death.  You can't get me.  And

5    those are the ones jumping out -- the James Dean types

6    who take risks and almost defy it.  You can't get me.

7    You got my parents.  You're not going to get me.  That

8    puts people at certain risks as well.

9              So, again, it's hard to determine exactly how

10   these boys are going to respond in the future, but all

11   I know is they have a huge psychological and emotional

12   battle to deal with in their lifetime as a result.

13             MR. STRACHMAN:  Thank you.

14             THE COURT:  You may step down, Doctor.  Thank

15   you.

16             MR. STRACHMAN:  Your Honor, I would just like at

17   this point, if I could, to introduce some remaining

18   exhibits.  We have provided to the Court an original

19   and a copy of the notice to the Defendants that we

20   provided on June 25, 2002, of this hearing.  I'd like

21   that to be made part of the record that they were

22   particularly notified of this hearing.  We also have --

23             THE COURT:  We'll do that.  Has it been

24   designated?

25             MR. STRACHMAN:  Yes, your Honor.  That's

KAREN M. ZINNI, RPR-RMR-CRR