UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | C.A. No. 00-105L |

**[PROPOSED] ORDER**

Having considered Defendants The Palestinian Authority's and The Palestine Liberation Organization's Motion to Compel Mental Examinations of Plaintiffs, and any Opposition and Reply thereto, and good cause appearing, it is hereby **ORDERED** that Defendants' Motion to Compel is **GRANTED**; and it is further ordered that:

Plaintiffs Dvir Ungar, Yishai Ungar, Judith Ungar, Meir Ungar, Michal Cohen, Amichai Ungar and Dafna Ungar shall appear for Rule 35(a) mental examinations to be administered by Dr. Eileen P. Ryan, D.O., at the law offices of Edwards, Angell, Palmer & Dodge LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 commencing at 9:00 a.m. on November 9, 2010, and continuing on November 10 and 11, 2010 until completion.

**SO ORDERED**

Date: October __, 2010

_____

1107357.1