# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

LESLYE KNOX, et al., )
                     )
            Plaintiffs, )
                     )
v.                   )   Civil Action No. 03 CV 4466 (VM)
                     )
THE PALESTINE LIBERATION )
ORGANIZATION, THE PALESTINIAN )
AUTHORITY, et al., )
                     )
            Defendants. )

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-10

## STIPULATION AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and defendants The Palestine Liberation Organization and The Palestinian Authority (collectively, "Defendants"), as follows:

1. The parties entered into a Settlement Agreement dated October 20, 2009 ("Settlement Agreement").

2. The parties have fully complied with the terms of the Settlement Agreement.

3. Pursuant to the terms of the Settlement Agreement, the judgment which the Court entered against the Defendants on August 1, 2006 (Dkt. #87) and which the Court conditionally vacated on March 27, 2009 (Dkt. #122) (hereinafter, the "Judgment") shall be, and hereby is, unconditionally and fully vacated.

4. Pursuant to the terms of the Settlement Agreement, this action shall be, and hereby is, dismissed with prejudice, as settled.

5. This Court retains jurisdiction to hear any dispute between the parties arising from the Settlement Agreement.

| STIPULATED AND AGREED FOR PLAINTIFFS: *[signature]*<br><br>David J. Strachman, Esq.<br>McIntyre, Tate, Lynch & Holt<br>321 South Main Street, Suite 400<br>Providence, Rhode Island 02903<br>(401) 351-7700 (telephone)<br>(401) 331-6095<br>Counsel for Plaintiffs | STIPULATED AND AGREED FOR JUDGMENT-DEFENDANTS: *[signature]*<br><br>Richard A. Hibey, Esq.<br>Mark J. Rochon, Esq.<br>Miller & Chevalier Chartered<br>655 15th Street, N.W., Suite 900<br>Washington, D.C. 20005<br>(202) 626-5800 (telephone)<br>(202) 626-5801 (facsimile)<br>Counsel for Defendants The Palestine Liberation Organization and The Palestinian Authority |
|---|---|
| Robert J. Tolchin, Esq.<br>The Berkman Law Office, LLC<br>111 Livingston Street, Suite 1928<br>Brooklyn, NY 11201<br>Counsel for Plaintiffs | |

SO ORDERED this 20th day of January, 2010.

The Clerk of Court is hereby directed to mark the Judgment against the Defendants dated August 1, 2006 (Dkt. #87) as vacated and to mark this action dismissed with prejudice, as settled.

THIS IS A FINAL ORDER.

*[signature]*
Victor Marrero
United States District Court Judge

Copies to All Counsel of Record

2