# Exhibit 4

061605PMA.txt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
* * * * * * * * * * * CIVIL ACTION
PALESTINE MONETARY    * NO. 05-261L
AUTHORITY             *
                      *
VS.                   * JUNE 16, 2005
                      *
DAVID STRACHMAN, et   *
al                    * PROVIDENCE, RI
* * * * * * * * * * *
```

HEARD BEFORE THE HONORABLE RONALD R. LAGUEUX

SENIOR DISTRICT JUDGE

(PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION)

APPEARANCES:

FOR THE PLAINTFFS:          HAIG V. KALBIAN, ESQ.
                            Kalbian Hagerty, LLP
                            888 17th Street
                            Suite 1000
                            Washington, DC  20006
                            (202) 223-5600

FOR THE DEFENDANTS:         DAVID J. STRACHMAN, ESQ.
                            McIntyre, Tate, Lynch &
Holt
                            321 South Main Street
                            Providence, RI  02903

Page 1

```
                              061605PMA.txt
     2       can get rid of this problem, and then let it be

     3       tried on the merits at some later time.

     4            But the problem, the big problem I have is

     5       that I don't know why the Bank of New York acted

     6       the way they did.  And they're not a party to this

     7       litigation.  As a matter of fact, it would seem to

     8       me that the proper place for all these arguments

     9       are in New York where the judgment has been

    10       registered and where this action has been taken in

    11       order to collect the judgment.  And it is pending.

    12       It's pending in the Supreme Court of New York with

    13       all the parties before that court, and it's not a

    14       question of the interpretation of my order.  My

    15       order is clear.  What has to be determined now are

    16       those facts.  And maybe you're prepared to present

    17       facts, but it seems to me they ought to be

    18       presented to the Supreme Court judge in New York.

    19            MR. KALBIAN:  Well, obviously that --

    20            THE COURT:  Even if you prove what you say

    21       you could prove here, that there are no funds of
                                  Page 18
```

```
                              061605PMA.txt
         25            your Honor.
20

         1                     THE COURT:  I understand that.  And I
         2            understand that there is a judgment here against
         3            the PA and the PLO for $116,000,000, also against
         4            the Hamas for that amount.  And the plaintiffs in
         5            the Ungar case are trying to collect.  They're
         6            going around trying to find out where these assets
         7            are held.
         8                     MR. KALBIAN:  And apparently, they've been
         9            able to snare from the schedule of the Bank of New
         10           York some funds of those judgment debtors at the
         11           Bank of New York.  We're not --
         12                    THE COURT:  And that's where this case
         13           belongs, because I've done my job.  I've entered
         14           the judgment.  There are no funds in Rhode Island.
         15           I just refused yesterday to appoint a receiver.
         16           And Mr. Strachman will have to go to New York,
         17           Washington and other places and institute
         18           proceedings there to collect on the judgment.  And
         19           that's where this litigation belongs at this
                                   Page 24
```

061605PMA.txt

20      point.
21              MR. KALBIAN: But, I think, your Honor,
22      respectfully, if your Honor would give some
23      clarity to this injunction, if your Honor would
24      look at the notice of injunction that
25      Mr. Strachman is using to piggy-back on and go to

21

1       all these jurisdictions, what could potentially
2       happen is you'd have 50 different lawsuits in 50
3       different states.
4               However, if your Honor would hold an
5       evidentiary hearing, where I believe, and I would
6       respectfully submit we can make it crystal clear
7       to this Court that this notice of injunction is
8       void, it is an impermissible expansion of your
9       Honor's injunction.
10              THE COURT: If I rule that, that's not the
11      end of the matter. Even if I make that ruling
12      right now today, it's not the end of the matter.
13      It's just the beginning of the matter.
14              MR. KALBIAN: If I read what the New York
15      judge said on June 3rd, his first reaction was why

Page 25