# Exhibit 1

**Palestine Liberation Organization**
*Palestine National Authority*
*Office of the President*



منظمــة التحريــر الفلسطينيــة
السلطة الوطنية الفلسطينية
الرئاسة
ديــوان الرئاســـة

December 18, 2007

To the Honorable Courts of the United States

In my capacity as President of the Palestinian National Authority (referred to in the United States as the Palestinian Authority, or "PA") and Chairman of the Palestine Liberation Organization ("PLO"), I have delegated to Salam Fayyad, Prime Minister and Finance Minister of the PA and head of the Economic Affairs Department of the PLO, the authority to oversee litigation in the United States against the PA and PLO.

When Salam Fayyad retained the Washington, D.C. law firm of Miller & Chevalier to represent the PA and PLO in Anti-Terrorism Act, Alien Tort Claims Act, and Torture Victim Protection Act cases in the U.S. courts, he did so with my full authority. Miller & Chevalier is the PA's and PLO's United States counsel in these matters.

Sincerely,

Mahmoud Abbas
Chairman of the Palestinian Liberation Organization
President of the Palestinian National Authority