UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE PALESTINIAN AUTHORITY, et al.,  )<br>)<br>Defendants.  )<br>) | C.A. No. 00-105L |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE AND TO COMPEL**

On September 9, Defendants filed a Motion for Entry of a Protective Order Regarding Plaintiffs' Requests for Discovery of Certain Third-Party Communications. Dkt. No. 526. Plaintiffs' opposition was due on September 27.

On September 27, Plaintiffs filed a Motion to Strike and to Compel (Dkt. No. 551) accompanied by a "Memorandum in Support of Plaintiffs-Judgment Creditors' Motion to Strike and to Compel and in Opposition to Defendants-Judgment Debtors' Motion for a Protective Order" (Dkt. No. 552). The next day, Plaintiffs filed this same memorandum as an opposition to Defendants' motion for a protective order. See Dkt. No. 553.

As Defendants have already responded to Plaintiffs' motion to strike and to compel in their reply to Plaintiffs' opposition to Defendants' motion for a protective order, see Dkt. No. 561, that reply should be treated as constituting Defendants' opposition to Plaintiffs' motion to strike and to compel. Because it adds needless complexity and delay, Plaintiffs are not entitled to create an opportunity for the "last word" by accompanying opposition briefs with a new motion.

1112121.1

Defendants thus file this "Opposition" only to make the record clear that Plaintiffs' motion to strike and to compel is opposed for the reasons stated in Defendants' reply brief (Dkt. No. 561) and to state their position that Plaintiffs are not entitled to what essentially is a sur-reply on the issue of Plaintiffs' third-party communication discovery requests by pursuing the dual-purpose memorandum tactic.

Respectfully submitted,

Dated: October 14, 2010

/s/ Mark J. Rochon
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Brian A. Hill (D.C. Bar #456086)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
mrochon@milchev.com
rhibey@milchev.com
bhill@milchev.com

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of October 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

>David J. Strachman
>McIntyre, Tate & Lynch, LLP
>321 South Main Street, Suite 400
>Providence, RI 02903
>djs@mtlhlaw.com
>
>Max Wistow
>Wistow and Barylick Incorporated
>61 Weybosset Street
>Providence, RI 02903
>mwistow@wistbar.com
>
>*Attorneys for Plaintiffs*

/s/ Mark J. Rochon