# Exhibit 1

Page 1

RECEIVED
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2002 APR -3 PM 2: 17

NANCY M.
MAYER-WHITTINGTON
CLERK

DVIR UNGAR, et al.,           .
                              .  Docket No. CA 00-2606 JR
        Plaintiffs,           .
                              .  Washington, D.C.
        v.                    .  Tuesday, January 15, 2002
                              .  9:44 a.m.
THE ISLAMIC REPUBLIC OF IRAN, .
et al.,                       .
                              .      FILED
                              .    APR - 3 2002
        Defendants.           .
                              .  NANCY MAYER WHITTINGTON, CLERK
. . . . . . . . . . . . . . . .      U.S. DISTRICT COURT

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:         McINTYRE, TATE, LYNCH, AND HOLT
                            DAVID J. STRACHMAN, ESQ.
                            321 South Main Street
                            Suite 400
                            Providence, Rhode Island 02903
                            Phone: 401-351-7700

For the Defendants:         (No appearances)


Court Reporter:             DENNIS A. DINKEL, RDR, CRR
                            Official Court Reporter
                            Room 6818, U.S. Courthouse
                            Washington, D.C. 20001
                            PHONE:  (202) 289-8661

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription


                    Dennis A. Dinkel, RDR, CRR
                    Official Court Reporter

DENNIS A. DINKEL, RDR, CRR -- Official Court Reporter
Phone: (202) 289-8661
Electronically signed by Dennis A. Dinkel (301-173-695-7434)
E-mail: dadinkel@directvinternet.com
baa1ba46-1359-487d-a106-5648eed5bf3b

Page 126

1  back to Congress presumably for some authority to collect it;
2  is that right?
3     MR. STRACHMAN: I think I described accurately, Your
4  Honor, the process. The statute was changed -- there were five
5  cases, five specific cases identified by date of filing. This
6  was not one of the cases. This case was filed on or about the
7  very week that the statute was amended.
8     And there is a process; and as I said before, the Elahi
9  case which was decided within weeks of the October amendment
10 being passed was specifically not included, was recognized by
11 the Judge in Elahi as being not within that. You are right.
12 In a sense a judgment will be inchoate in the sense that we
13 have to figure out how to collect it.
14    There are other mechanisms potentially of collection as
15 well that are being explored and have been explored by the
16 plaintiffs in the other cases. This is not the exclusive
17 mechanism of recovery. In other words, against the Treasury
18 vis-a-vis the Foreign Military Sales Act account that
19 Dr. Clawson mentioned.
20    THE COURT: All right. Well, as I said this morning,
21 Mr. Strachman, you have been very responsive to the concerns I
22 laid out in the memorandum I issued a couple of weeks ago.
23    I think we have done about all that we can do today. I
24 need to consider the testimony I've heard today, the materials
25 that you submitted to me, and determine where we go from here;

Page 127

1  but I will get to that as soon as I can and I will let you know
2  by the issuance of an appropriate memorandum or order.
3     MR. STRACHMAN: Thank you, Your Honor.
4     THE COURT: Oh, one more thing. You did say -- you
5  remember you -- when I issued that memo you called and said --
6  you called, I called back, we had this avowedly ex parte
7  communication which I said was okay because there was nobody
8  else in the case anyway, in which you expressed some concern
9  about going forward on this basis today because you said you
10 had some additional information that had to be translated and
11 so forth.
12    I gather those concerns are past and that I may consider
13 this the complete record on liability?
14    MR. STRACHMAN: It was my understanding -- it was my
15 understanding that if the Court needed more information, we
16 would have an opportunity to obtain more information. We
17 thought that based on the concern for scheduling, et cetera,
18 that we were going to go forward today.
19    THE COURT: Right. But what more information is
20 there? Or would you have provided if you had had more time?
21    MR. STRACHMAN: Well, on one level, we would start
22 digging. On another level, I think there'd be thousands of
23 pages of Hebrew and Arabic translations that would be
24 submitted, excerpts of which we provided to the Court and also
25 I think we sort of brought in to the Court by the expert

Page 128

1  witnesses.
2     THE COURT: My assumption is that I have heard it
3  through the experts.
4     MR. STRACHMAN: Correct.
5     THE COURT: And the experts have told me what's
6  essentially in those documents. If I needed the raw documents,
7  you could provide them; but the experts have told me what is
8  known about the trainer and his relationship to this cell and
9  the relationship of Iran to Hamas generally.
10    MR. STRACHMAN: Correct.
11    THE COURT: So the only thing you would provide would
12 be more, sort of source material, shall we say?
13    MR. STRACHMAN: And the source material is of the
14 nature that we described. It is -- to be frank, it is not more
15 direct than what we have.
16    THE COURT: Okay. That's exactly what I wanted to
17 hear. I'm going to consider this record complete.
18    MR. STRACHMAN: Lastly, Judge, so we are clear: All
19 of those underlying documents that were testified to are here
20 and have been delivered to the Court in the raw form by the
21 Israeli government.
22    I ask those records be made part of the record somehow.
23 They were returned to me, but I believe that appropriately they
24 are returnable to the Court and not to me.
25    THE COURT: Well, here's how we do it here: We

Page 129

1  return them to the -- we return them to you with instructions
2  that you got to hang on to them. That means the clerk doesn't
3  have to worry about filing them or find a place to file them or
4  to figure out how to file them.
5     But if they are ever needed for review, you're on the hook
6  to provide them.
7     MR. STRACHMAN: I'll be happy to do that, Judge, Your
8  Honor. I just didn't want to possess documents that you
9  felt --
10    THE COURT: I understand. But our ruling here is
11 that an officer of the court may perform that function for the
12 court; so you're it. You're the file clerk for these
13 documents.
14    MR. STRACHMAN: Thank you, Your Honor.
15    THE COURT: Okay. If there's nothing further, I want
16 to thank you all very much. We're adjourned.
17    MR. STRACHMAN: Thank you.
18    (Proceedings adjourned at 3:14 p.m.)

33 (Pages 126 to 129)

DENNIS A. DINKEL, RDR, CRR -- Official Court Reporter
Phone: (202) 289-8661
Electronically signed by Dennis A. Dinkel (301-173-695-7434)
E-mail: dadinkel@directvinternet.com
baa1ba46-1359-487d-a106-5648eed5bf3b



```
 1      * * * * * *
 2         CERTIFICATE
 3   I, DENNIS A. DINKEL, Official Court Reporter,
 4   certify that the foregoing pages are a correct transcript
 5   from the record of proceedings in the above-entitled matter.
 6   _____
         Dennis A. Dinkel
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*UNCERTIFIED PRINTED COPY — The original certified e-transcript was electronically signed using realLegal.com technology.*

34 (Page 130)

DENNIS A. DINKEL, RDR, CRR -- Official Court Reporter

Phone: (202) 289-8661
Electronically signed by Dennis A. Dinkel (301-173-695-7434)

E-mail: dadinkel@directvinternet.com
baa1ba46-1359-487d-a106-5648eed5bf3b