# EXHIBIT 10



```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
 2
 3                    FOR THE DISTRICT OF RHODE ISLAND
 4
 5     ++++++++++++++++++++++++++++
 6     EFRAT UNGAR, et al    CA No. 00-105 L
 7
 8          v                         PROVIDENCE, RI
 9                                    12 JULY 2002
10     THE PALESTINIAN
       LIBERATION ORGANIZATION
11
12     ++++++++++++++++++++++++++++++
13              BEFORE MAGISTRATE JUDGE DAVID L. MARTIN
14     APPEARANCES:
15     FOR THE PLAINTIFF:        DAVID STRACHMAN, ESQ.
16                               321 South Main St.
                                 Suite 400
17                               Providence, RI 02903
                                 351-7700
18
19     FOR THE DEFENDANT:        DEMING E. SHERMAN, ESQ.
                                 2800 Financial Plaza
20                               Providence, RI 02903
                                 274-9200
21
22     COURT REPORTER:           JOSEPH A. FONTES
                                 One Exchange Terrace
23                               Providence, RI 02903
                                 272-0344
24
25     Proceeding reported and produced by computer-aided
                          stenography
```



1  A.  His wife was killed next to him.
2  Q.  She was killed instantly?
3  A.  She was killed instantly.
4  Q.  And she was killed by that bullet that struck
5  through the seat of her car?
6  A.  Yes, sir.
7  Q.  The headrest of her car?
8  A.  Yes.
9  Q.  And that's shown in that trajectory?
10 A.  Trajectory through the -- from the back window
11 through the headrest.  There's 2 bullets they put rods
12 through that show coming through that back window in
13 through the headrest.
14 Q.  And Yaron Ungar's son Yishai, Y-I-S-H-A-I, was in
15 -- was in the car?
16 A.  There was a car seat in the car.
17 Q.  He was not injured in that -- in this incident; is
18 that right?
19 A.  Umn, there is no report that I have that indicates
20 he was.
21 Q.  Okay.
22        MR. STRACHMAN: I believe that's all, your
23 Honor.
24        THE COURT: Do you have any training in
25 crime scene investigation, doctor?

```
 1              THE WITNESS:  No, I do not.  However, much
 2   of what I do is, again as we touched upon this earlier,
 3   is taking a trauma report and piecing together what
 4   happens and determining the treatment plan.
 5              THE COURT:  Do you know whether or not the
 6   car the victims were riding in speeded up prior to the
 7   first shot being fired?
 8              THE WITNESS:  No.  However, again she's shot
 9   in the head, in back of the head twice, immediately.
10   Nobody can know if they sped up or they slowed down.
11   If she's driving, and she's dead, it could be that the
12   foot hits the accelerator and they speed up, or that
13   her car, her foot falls off the gas pedal and they slow
14   down.  I have no clue.
15              THE COURT:  All right.  Have you concluded,
16   Mr. Strachman?
17              MR. STRACHMAN: Yes, your Honor.
18              THE COURT:  Thank you, Doctor.  You're
19   excused.
20              MR. STRACHMAN: Your Honor, at this point I'd
21   move for Exhibit 5 to be admitted as a full exhibit.
22   That was the forensic report, and that was also
23   provided to us pursuant -- by the the Israeli
24   Government pursuant to the certification that's
25   attached, and that is -- I have the original and also a
```