# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

      v.                                                   Civ No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' MOTION
### TO STRIKE DEFENDANTS' OBJECTIONS TO AND COMPEL COMPLIANCE WITH CERTAIN REQUESTS CONTAINED IN PLAINTIFFS-JUDGMENT CREDITORS' THIRD REQUEST FOR PRODUCTION

For the reasons set forth in the attached Memorandum, the Plaintiffs-Judgment Creditors hereby respectfully move for an ORDER

(1) Striking the objections asserted by the Palestinian Authority ("PA") to certain requests for production (that are specified in the attached Memorandum) contained in Plaintiffs-Judgment Creditors' Third Request of Defendant-Judgment Debtor the Palestinian Authority for Production of Documents and Things Relevant to Defendants-Judgment Debtors' Rule 60(b)(6) Motion and compelling the PA to comply fully with those requests for production;

(2) Striking the objections asserted by the Palestine Liberation Organization ("PLO") to certain requests for production (that are specified in the attached Memorandum) contained in Plaintiffs-Judgment Creditors' Third Request of Defendant-Judgment Debtor the Palestine Liberation Organization for Production of Documents and Things Relevant to Defendants-Judgment Debtors' Rule 60(b)(6) Motion and compelling the PLO to comply fully with those requests for production;

   (3)  Granting any other relief that the Court finds just, necessary or appropriate.

Dated: November 5, 2010        Plaintiffs-Judgment Creditors,
                  by their Attorneys,

                  /s/ David J. Strachman
                  David J. Strachman (#4404)
                  McIntyre, Tate & Lynch LLP
                  321 South Main Street, Suite 400
                  Providence, RI 02903
                  (401) 351-7700
                  (401) 331-6095 (fax)
                  djs@mtlesq.com


                  Max Wistow (#0330)
                  Wistow & Barylick, Inc.
                  61 Weybosset Street
                  Providence, RI 02903
                  (401) 831-2700
                  (401) 272-9752 (fax)
                  MW@wistbar.com

## RULE 37 CERTIFICATE

I HEREBY CERTIFY that I made a good faith effort to resolve the within discovery dispute with opposing counsel prior to the commencement of this motion practice.

/s/ David J. Strachman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 5, 2010, a true and genuine copy of the foregoing was filed by ECF which served Defendants' counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

Additionally, this document was hand delivered to the following counsel on November 5, 2010:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

/s/ David J. Strachman

3