## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

  v.                                                                                            Civ No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' FIRST MOTION IN LIMINE

For the reasons set forth in the attached Memorandum, the Plaintiffs-Judgment Creditors hereby respectfully move for an ORDER

(1)    Finding that Defendants-Judgment Creditors Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO") ("Defendants") are precluded from presenting any arguments, evidence or testimony in support of their pending Rule 60(b)(6) motion intended to demonstrate that the Second Claim for Relief, the Third Claim for Relief and the Fourth Claim for Relief set forth in the Amended Complaint in this action do not state viable claims;

(2)    Finding that the Defendants are precluded from presenting any arguments, evidence or testimony in support of their pending Rule 60(b)(6) motion intended to demonstrate that the amount of the judgment entered in this action was erroneous; and

(3)    Granting any other relief that the Court finds just, necessary or appropriate.

|  |  |
|---|---|
| Dated: November 8, 2010 | Plaintiffs-Judgment Creditors, by their Attorneys, |
|  | /s/ David J. Strachman<br>David J. Strachman (#4404)<br>McIntyre, Tate & Lynch LLP<br>321 South Main Street, Suite 400<br>Providence, RI 02903<br>(401) 351-7700<br>(401) 331-6095 (fax)<br>djs@mtlesq.com |
|  | Max Wistow (#0330)<br>Wistow & Barylick, Inc.<br>61 Weybosset Street<br>Providence, RI 02903<br>(401) 831-2700<br>(401) 272-9752 (fax)<br>mw@wistbar.com |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on November 8, 2010, a true copy of the foregoing was filed by ECF which served Defendants' counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

     Additionally, this document and exhibits were hand delivered to the following counsel on November 8, 2010:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza

Providence, RI 02903

/s/ David J. Strachman

3