INSTITUTE OF **Law, Psychiatry** ————————
**and Public Policy** UNIVERSITY OF VIRGINIA
————————————
P.O. Box 800660 • UVA Health System • Charlottesville, Virginia 22908-0660

October 15, 2010

Brian A. Hill, Esquire
Miller Chevalier
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
Fax: (202) 626-5801

Re: *The Estate of Yaron Ungar et al. v. The Palestinian Authority, et al.*

Dear Mr. Hill,

As per your request, this letter serves as the Rule 26(a)(2) Expert Report of my Opinion on whether the examination of Dr. Allan Brenman was sufficient to render an expert opinion on the issues before the court in the above referenced case, specifically with respect to the psychological status of Dvir and Yishai Ungar and the relationship of their current mental status to the deaths of their parents.

I am an Associate Professor of Psychiatry and Behavioral Neurosciences at the University of Virginia School of Medicine and the Medical Director of the Institute of Law, Psychiatry and Public Policy at the University of Virginia. I am an attending psychiatrist at the Commonwealth Center for Children and Adolescents in Staunton, Virginia. My publications and credentials to provide this expert opinion are outlined in my Curriculum Vitae, attached hereto as Exhibit A. A list of deposition and trial testimony provided over the past four years is also included. The fee for all time and services performed by me is $400.00 per hour for evaluation services and $500.00 per hour for any legal proceeding, including declarations, affidavits, depositions, and court testimony.

This analysis was performed by the application of my education, training, and experience to the facts of the case and by reviewing the following material:

1. The two-day hearing transcripts from the Damages hearing that occurred on July 12, 2002 and July 15, 2002, which included the testimony of psychologist Allan Brenman
2. The January 27, 2004 Decision in the above referenced case

Richard Bonnie, L.L.B./Director
Bruce Cohen, M.D., Thomas Hafemeister, J.D., Ph.D.,
Shelly Jackson, Ph.D., John Monahan, Ph.D., Daniel Murrie, Ph.D.,
Eileen Ryan, D.O., Janet Warren, D.S.W.
Telephone 434-924-5435 • Facsimile 434-924-5788 • Website www.ilppp.virginia.edu
Street delivery: 1230 Cedars Court, Suite B, Charlottesville, VA 22903

3. The July 12, 2004 Decision in the above referenced case

A forensic evaluation differs from a clinical evaluation in a number of important ways, and the role of a forensic evaluator differs from that of a clinical psychologist or psychiatrist evaluating a potential patient. Given the fact that forensic evaluation is undertaken for legal purposes, the forensic evaluator must be aware of the multitude of factors impacting on the reasons for the evaluation as well as the evaluee's claimed distress. The need to strive for objectivity is a canon of forensic evaluation. Objectivity requires that the evaluator be privy to all the data available and to search for information that might contradict the evaluator's initial opinion and/or biases. It is my opinion to a reasonable degree of medical certainty that Dr. Brenman's testimony indicates deficits in several areas of forensic evaluation that compromised his ability to render an opinion to a reasonable degree of professional certainty:

1. Dr. Brenman spoke to Dvir and Yishai Ungar on what he admitted was a "superficial" level, and did not perform an "in-depth" assessment of them. Therefore he did not assess their then current mental status, nor did he perform an adequate evaluation of their emotions, cognitions, and behaviors that may or may not have been related to the death of their parents. A thorough forensic evaluation would need to have included a standard psychological or psychiatric evaluation of each boy, including a mental status evaluation, in order to diagnose the presence or absence of a mental disorder.

2. Dr. Brenman's opinion regarding the Ungar boys' functioning at that time was based on history provided by the maternal grandparents, which was inadequate for the purposes of forensic psychological evaluation. In forensic evaluation, the possibility that the evaluee and his or her family may have strong and understandable reasons to minimize, exaggerate, or misperceive signs and symptoms must be considered. Therefore it is critical that additional data be sought in forming one's opinion. Such sources of information may include:
   a. School records
   b. Medical and mental health records, including records of grief counseling, psychiatric or psychological evaluation, and mental health treatment records
   c. Other pertinent records as available that may have shed light on the boys' functioning at the time of the evaluation and in the past

3. Because Dr. Brenman lacked sufficient data on their then current mental state of Dvir and Yishai Ungar, and did not obtain their own accounts of how they perceived the deaths of their parents to have affected them, much of his testimony recounted possibilities of how children generally might be expected to react. His opinions were not based on adequate evaluations of these particular boys, Dvir and Yishai Ungar. Adequate forensic evaluation would have included collateral interviews with additional collateral sources who knew the boys, and a review of critical records, which would have provided more objective data regarding their functioning.

4. While Dr. Brenman testified that the children had suffered "psychic trauma," he had not performed an adequate psychological evaluation of the children, which would have been necessary to come to that conclusion. As in other areas of

*The Estate of Yaron Ungar et al. v. The Palestinian Authority, et al.*
*October 15, 2010*
*Page 3 of 3*

medicine, a thorough evaluation is critical to accurate diagnosis. While it may be appropriate to assume that an individual who has been exposed to tuberculosis, may have contracted tuberculosis, this is not always or even often the case. Whether or not an exposed individual is infected with the pathogen that causes tuberculosis is result of a variety of factors. Likewise, whether or not an individual manifests a psychiatric disorder is related to a host of factors, and proper evaluation requires a thorough assessment of the individual as well as his or her environment. Dr. Brenman did not perform a forensic psychiatric or psychological evaluation that would have enabled him to testify to a reasonable degree of professional certainty regarding the mental state of either Ungar child or to the potential relationship of parental loss to their then current functioning.

I hope that the information I have provided is useful and clear. Please feel free to contact me with any questions at (540) 294-0632.

Sincerely,

Eileen P. Ryan, D.O.
Associate Professor of Psychiatry &
    Neurobehavioral Sciences
Medical Director, Institute of Law,
    Psychiatry & Public Policy
University of Virginia

# EXHIBIT A

# EXHIBIT A

**EILEEN P. RYAN, D.O.**
**Institute of Law, Psychiatry & Public Policy**
**Box 800660**
**University of Virginia Health System**
**Charlottesville, Virginia 22908**
**(540) 294-0632or (434) 924-9848 (phone)**
**(434) 243-5788 (fax)**
**er3h@virginia.edu**
**epr7857@comcast.net**

## Curriculum Vitae

**I.  Education**

| | |
|---|---|
| 1979 | **Bachelor of Arts**<br>New York University<br>New York, New York |
| 1984 | **Doctor of Osteopathic Medicine**<br>Chicago College of Osteopathic Medicine<br>Chicago, Illinois |

**II.  Academic Appointments**

| | |
|---|---|
| 1989--1992 | **Assistant Professor of Child and Adolescent Psychiatry**<br>Department of Psychiatry<br>University of Pittsburgh School of Medicine<br>Pittsburgh, Pennsylvania |
| 1989--1992 | **Medical Director**<br>Diagnostic and Evaluation Center<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh Medical Center<br>Pittsburgh, Pennsylvania |
| 1989--1992 | **Medical Director**<br>Clinical Interviewing and Scheduling Center<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh Medical Center |
| 1992--2002 | **Assistant Professor of Clinical Psychiatric Medicine**<br>Department of Psychiatric Medicine<br>University of Virginia School of Medicine<br>Charlottesville, Virginia |
| 2002--present | **Associate Professor of Psychiatry and Behavioral Neurosciences**<br>Department of Psychiatry and Behavioral Neurosciences |

CURRICULUM VITAE
RYAN, EILEEN P
Page 2 of 20

|  |  |
|---|---|
| | University of Virginia School of Medicine |
| 2002--present | **Director, Forensic Child Psychiatry Clinic** |
| | Institute of Law, Psychiatry and Public Policy |
| | University of Virginia Health System |
| 2004--present | **Medical Director** |
| | Institute of Law, Psychiatry and Public Policy |
| | University of Virginia Health System |
| 2005--2010 | **Section Chief, Community Services and Public Policy** |
| | Department of Psychiatry and Behavioral Neurosciences |
| | University of Virginia Health System |
| 2009--present | **Associate Professor of Psychiatry and Behavioral Neurosciences** |
| | University of Virginia School of Law |

## III.   Postgraduate Education

| | |
|---|---|
| 1985 | **Internship (Medicine, Surgery, Ob-Gyn, Pediatrics, Emergency Medicine, Family Practice)** |
| | Baptist Medical Center |
| | Brooklyn, New York |
| 1989 | **Residency in General Psychiatry and Fellowship in Child and Adolescent Psychiatry** |
| | University of Pittsburgh School of Medicine |
| | Pittsburgh, Pennsylvania |
| 2002 | **Fellowship in Forensic Psychiatry** |
| | University of Virginia School of Medicine |
| | Charlottesville, Virginia |

## IV.   Other Clinical/Hospital Appointments

| | |
|---|---|
| 1986--1990 | **Child and adolescent psychiatrist** |
| | Northern/Southwest Communities Child & Adolescent Mental Health and Mental Retardation Services |
| | Pittsburgh, Pennsylvania |
| 1987--1989 | **Psychiatrist** |
| | Waynesburg State Correctional Center for Women |
| | Waynesburg, Pennsylvania |
| 1989-1990 | **Clinical psychiatrist** |
| | Services for Teens at Risk (provided clinical evaluation and treatment, as well as supervision of cognitive behavioral therapists) in this research clinic for suicidal children and adolescents) |
| | Western Psychiatric Institute and Clinic |

CURRICULUM VITAE
RYAN, EILEEN P
Page 3 of 20

University of Pittsburgh

| | |
|---|---|
| **1992--1993** | **Private practice of psychiatry** |
| | Augusta Psychological Associates, Staunton, Virginia |
| **1992--1994** | **Medical staff** |
| | Waynesboro Community Hospital and Kings Daughters |
| | Hospital (now merged as Augusta Medical Center, |
| | Fishersville, Virginia) |
| **1992--2002** | **Attending psychiatrist** |
| **2010--present** | Commonwealth Center for Children and Adolescents |
| | (formerly DeJarnette Center) |
| | Staunton, Virginia |
| **1995--2000** | **Clinical director, adolescent unit** |
| | Commonwealth Center for Children and Adolescents |
| | Staunton, Virginia |
| **2004--present** | **Psychiatrist** |
| | Shenandoah Valley Juvenile Detention Center |
| | Staunton, Virginia |
| **2006--2008** | **Psychiatrist** |
| | Pain Management Clinic |
| | University of Virginia Health System |
| **2007-2009** | **Psychiatrist** |
| | Blue Ridge Juvenile Detention Center |
| | Charlottesville, Virginia |

## V.  Licensure/Board Certification
### A.   Certification

**Diplomate, National Board of Medical Examiners**
National Board of Examiners for Osteopathic Physicians and Surgeons
July, 1985 (Certificate #11102)
**American Board of Psychiatry and Neurology (Psychiatry)**
November 1989 through present (Certificate #32025)
**American Board of Psychiatry and Neurology (Child & Adolescent Psychiatry)**
September 1991 through present (Certificate #2853)
**Sex Offender Treatment Provider Certification**
Virginia Department of Health Professionals (Certificate #0812000309)
1999 through present
**American Board of Psychiatry and Neurology (Forensic Psychiatry)**
March 2005 through present (Certificate #1567)

CURRICULUM VITAE
RYAN, EILEEN P
Page 4 of 20

### B. Licensure
**New York State Board of Medicine**
(#164566) Licensed in 1985 (now inactive)
**Pennsylvania State Board of Osteopathic Medicine**
(#0S005784L) Licensed in 1986 (now inactive)
**Virginia Board of Medicine**
(#37146) June 1992 – present

## VI.  Honors and Awards
| | |
|---|---|
| 1984 | **Delta Omega Scholarship Award** |
| 1984 | **CIBA Outstanding Medical Student Award** |
| 2006 | **Academy of Distinguished Educators** |
| 2009 | **Best Doctors in America** |

## VII.  Professional Affiliations
| | |
|---|---|
| 1985--present | **American Psychiatric Association** |
| 1985--1993 | **Pennsylvania Psychiatric Society** |
| 1985--present | **American Academy of Child & Adolescent Psychiatry** |
| | **Community Psychiatry Committee, 1993--2002** |
| | **Rights and Legal Matters Committee, 2004--present** |
| 1989--1992 | **Pittsburgh Psychiatric Society** |
| 1992--present | **Blue Ridge Psychiatric Society** |
| 1993--present | **Virginia Psychiatric Society** |
| 1993--present | **National Alliance for the Mentally Ill (NAMI)** |
| 1996--present | **Virginia Alliance for the Mentally Ill** |
| 1999--present | **Medical Society of Virginia** |
| 2000--present | **American Academy of Psychiatry and the Law** |
| | **Committee on Children & Adolescents, 2009-present** |

## VIII.  Teaching Activities
### A. Supervisory and Administrative
| | |
|---|---|
| 2002--present | **Director of Forensic Child Psychiatry Clinic** |
| | Institute of Law, Psychiatry and Public Policy |
| | Department of Psychiatry and Neurobehavioral Sciences |
| | University of Virginia Health System |
| 2002--present | **Course Director, Forensic Child Psychiatry Seminar** |
| | Department of Psychiatry and Neurobehavioral Sciences |
| | University of Virginia Health System |
| 2004--present | **Assistant Program Director, Forensic Psychiatry** |
| | **Residency Training Program** |

CURRICULUM VITAE
RYAN, EILEEN P
Page 5 of 20

|  |  |
|---|---|
|  | Department of Psychiatry and Neurobehavioral Sciences |
|  | University of Virginia |
| **2005--present** | **Course Director, 4th year Psychiatry Residency Elective in Forensic Psychiatry** |
|  | Department of Psychiatry and Neurobehavioral Sciences |
|  | University of Virginia Health System |
| **2006** | **Sponsorship and supervision of Jefferson Extern in Child  Psychiatry** |
|  | University of Virginia |
| **2006-2008** | **Mentor of recipients of the Center for Global Health Grant** |
|  | University of Virginia |

## B.  Medical Student Teaching

|  |  |
|---|---|
| **2003--2009** | **Group leader--Introduction to Psychological Medicine for 2nd year students** |
|  | University of Virginia School of Medicine |
| **2007--2009** | **Supervisor—Selective in Child Psychiatry** |
|  | University of Virginia School of Medicine |
| **2007** | **Cells to Society Mentor** |
|  | University of Virginia School of Medicine |

## C.  Lectures/Seminars

| YEAR | COURSE | TALK | # per year | LENGTH | % Responsibility |
|---|---|---|---|---|---|
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Pharmacologic Management of the Agitated and Violent Patient | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | The Mental Status Evaluation | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Psychiatric Presentations of Neurological Disorders | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Alcohol-Related Emergencies | 3 | 1 hour | 100% |

CURRICULUM VITAE
RYAN, EILEEN P
Page 6 of 20

| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Intoxication and Withdrawal Syndromes | 3 | 1 hour | 100% |
|---|---|---|---|---|---|
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | The Personality Disordered Patient in the Emergency Setting | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Child and Adolescent Evaluation in the Emergency Setting | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | The Mental Status Evaluation | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Suicidality and Homicidality in the Emergency Setting | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Malingering and Deception | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Evaluating Suicidality in Children and Adolescents | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Evaluation of Lethality | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Dissociative Disorders | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Crisis Intervention in the Emergency Setting | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Geriatric Psychiatric Assessment in the Emergency Setting | 3 | 1 hour | 100% |
| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Organicity and Psychiatric Syndromes | 3 | 1 hour | 100% |

CURRICULUM VITAE
RYAN, EILEEN P
Page 7 of 20

| 1989-1992 | Emergency Psychiatry Seminar (WPIC) | Legal and Ethical Issues in the Psychiatric Emergency Setting | 3 | 1 hour | 100% |
|---|---|---|---|---|---|
| 1993-1996 | Child Psychiatry Seminar (UVA) | General Principles of Psychopharmacologic Treatment in Children and Adolescents | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry seminar (UVA) | Tricyclic Antidepressants and Mania in Children | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry Seminar (UVA) | The Use of Mood Stabilizers in Children and Adolescents | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry Seminar (UVA) | Pharmacologic treatment of ADHD | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry Seminar (UVA) | Delirium in Children | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry Seminar (UVA) | The Treatment of Psychosis in Children and Adolescents | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry seminar (UVA) | The Use of Antidepressants in Children and Adolescents | 1 | 1 hour | 100% |
| 1993-1996 | Child Psychiatry seminar (UVA) | Neuroleptic Malignant Syndrome— Pathology, Recognition, and Treatment | 1 | 1 hour | 100% |
| 2000-present | Basic Forensic Evaluation | Issues of Psychopathology and the Juvenile Offender | 2 | 2 hours | 100% |
| 2000-present | Basic Forensic Evaluation | Issues of Mental Retardation and the Juvenile Offender | 2 | 2 hours | 100% |
| 2002-present | Child Psychiatry Forensic Seminar | Juvenile Justice | 1 | 2 hours | 100% |
| 2002-present | Child Psychiatry Forensic | General Principles of Pediatric Forensic Evaluation | 1 | 2 hours | 100% |

CURRICULUM VITAE
RYAN, EILEEN P
Page 8 of 20

| | | | | | |
|---|---|---|---|---|---|
| 2002-present | Seminar Child Psychiatry Forensic Seminar | Adolescent Development and Culpability | 1 | 1 hour | 100% |
| 2002-present | Child Psychiatry Forensic Seminar | Child Custody Evaluation | 1 | 3 hours | 100% |
| 2002-present | Child Psychiatry Forensic Seminar | Suicide and Suicide Risk Assessment | 1 | 1 hour | 100% |
| 2006-present | Child Psychiatry Forensic Seminar | Competencies—Civil and Criminal | 1 | 1 hour | 100% |
| 2006-present | Basic Forensic Evaluation | Clinical Evaluation of Sanity | 2 | 2 hours | 100% |
| 2007--2009 | Child Psychiatry Advanced Seminar Series | Trauma-Focused Cognitive Behavioral Therapy in Children and Adolescents | 1 | 8 hours | 100% |
| 2009 | Child Psychiatry Forensic Seminar | Sex Offending Youth: Clinical and Forensic Evaluation | 1 | 2 hours | 100% |
| 2009 | Child Psychiatry Forensic Seminar | Violence and Suicide Risk Assessment | 1 | 2 hours | 100% |
| 2009, 2010 | Mental Health, Juvenile Justice, and Family Law | Juvenile Sex Offenders | 1 | 2 hours | 100% |
| 2009, 2010 | Mental Health, Juvenile Justice, and Family Law | Child Custody | 1 | 2 hours | 100% |

## D.  Clinical Teaching
**1989--1992**          **Emergency Psychiatry Seminar**
                    University of Pittsburgh Department of Psychiatry

CURRICULUM VITAE
RYAN, EILEEN P
Page 9 of 20

| | |
|---|---|
| 1989--1992 | **Clinical Supervision**<br>University of Pittsburgh Department of Psychiatry |
| 1989--1992 | **Clinical Case Conference**<br>University of Pittsburgh Department of Psychiatry |
| 1990--1992 | **Interviewing Course**<br>University of Pittsburgh Department of Psychiatry |
| 1992--1998 | **Clinical Case Conference**<br>Commonwealth Center for Children and Adolescents<br>(formerly DeJarnette Center) |
| 1993--1996 | **Child Psychiatry Psychopharmacology Seminar**<br>Department of Psychiatric Medicine<br>University of Virginia Health System |
| 2002--2005 | **Child Psychiatry Clinical Case Conference**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2002--2010 | **Attending Physician, Outpatient Child and Family Psychiatry Clinic**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2002--present | **Attending Psychiatrist, Institute of Law, Psychiatry and Public Policy Forensic Clinic**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2002--2010 | **Attending Psychiatrist, Child Psychiatry Consultation Service**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2002--present | **Resident Clinical Supervision**<br>Department of Psychiatry and Neurobehavioral Science<br>University of Virginia Health System |
| 2003--present | **Attending Psychiatrist – Forensic Journal Club**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2004--present | **Director of Child Psychiatry Community Psychiatry Rotation**<br>Department of Psychiatry and Neurobehavioral Science<br>University of Virginia Health System |
| 2004--2009 | **Coordinator of Forensic Clinical Case Conference**<br>Institute of Law, Psychiatry and Public Policy<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |

CURRICULUM VITAE
RYAN, EILEEN P
Page 10 of 20

| | |
|---|---|
| **2005--present** | **Attending Psychiatrist, Psychiatric Adult Inpatient Service**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |

## E.   Grand Rounds

| | |
|---|---|
| 1987 | **Obsessive-Compulsive Behavior in a Nine-Year Old Boy**<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh Medical Center |
| 1989 | **Psychopharmacology of Self-Injurious Behavior**<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh Medical Center |
| 1989 | **Toxic Effects of Psychotropic Agents**<br>Emergency Medicine Grand Rounds,<br>Presbyterian University Hospital.<br>University of Pittsburgh Medical Center |
| 1990 | **Diagnostic Interviewing**<br>Warren State Hospital<br>Warren, Pennsylvania |
| 2003 | **Issues in Juvenile Psychiatric Forensic Evaluation**<br>Inova Mt. Vernon Hospital.<br>Mt. Vernon, Virginia |
| 2003 | **Juvenile Crime and Culpability**<br>Psychiatry Grand Rounds<br>University of Virginia Health System |
| 2003 | **Juvenile Crime and Culpability**<br>Western State Hospital<br>Staunton, Virginia |
| 2006 | **Munchausen by Proxy**<br>Western State Hospital<br>Staunton, Virginia |
| 2007 | **Munchausen by Proxy: Clinical and Forensic Issues**<br>Psychiatry Grand Rounds<br>University of Virginia<br>Charlottesville, Virginia |
| 2009 | **Emotional Responses of Staff to Patient Assault**<br>Western State Hospital<br>University of Virginia |

CURRICULUM VITAE
RYAN, EILEEN P
Page 11 of 20

| | |
|---|---|
| 2009 | **Child and Adolescent Antisocial Behavior--What Should Pediatricians Know About Prognosis and Public Policy?**<br>Pediatrics Grand Rounds<br>University of Virginia<br>Charlottesville, Virginia |

## F.  Educational Administration and Leadership

| | |
|---|---|
| 1990--1991 | **Interviewer, General Psychiatry Residency Program**<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh |
| 1991 | **Interviewer, Psychology Internship Program**<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh |
| 2002--2009 | **Interviewer, Child Psychiatry Fellowship Program**<br>University of Virginia Health System |
| 2002--2009 | **Interviewer, Child Psychology Postdoctoral Fellowship**<br>University of Virginia Health System |
| 2002--2009 | **Interviewer, General Psychiatry Residency Program**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2004--present | **Assistant Program Director, Forensic Psychiatry Residency Training Program**<br>Department of Psychiatry and Neurobehavioral Sciences<br>University of Virginia Health System |
| 2009 | **Development of child psychiatry rotation for pediatric residents**<br>University of Virginia Health System |

## IX.  Invited Lectures and Teaching outside the School of Medicine

| | |
|---|---|
| 1989 | **Evaluation of Behavioral Problems in Children in the Primary Care Setting**<br>Family Practice Residency Program, St. Margaret's Hospital<br>Pittsburgh, Pennsylvania |
| 1991 | **Suicidality:  Assessment and Management (Course)**<br>University of Pittsburgh Center for Continuing Education in the Health Sciences<br>East Liverpool, Ohio |
| 1992 | **Psychiatric Emergencies in Children and Adolescents** |

CURRICULUM VITAE
RYAN, EILEEN P
Page 12 of 20

|      | Family Practice Residency Program, St. Margaret's Hospital |
|------|-----|
|      | Pittsburgh, Pennsylvania |
| 1999 | **Influencing Children's Well Being in the Public Sector** |
|      | Presentation at the 46th Annual Meeting of the American Academy of Child & Adolescent Psychiatry |
|      | Chicago, Illinois |
| 2000 | **Community Psychiatry in the New Millennium** |
|      | Presentation at the 47th Annual Meeting of the American Academy of Child & Adolescent Psychiatry |
|      | New York, New York |
| 2002 | **Forensic Evaluation and Risk Assessment of Juveniles (course)** |
|      | 33rd Annual Meeting of the American Academy of Psychiatry and the Law (AAPL) |
|      | Newport Beach, California |
| 2002 | **Post hoc Forensic Evaluation of Campus Suicide. Suicide, Violence, and Disruptive Behavior on University Campuses: Clinical, Administrative and Legal Issues** |
|      | University of Virginia |
|      | Charlottesville, Virginia |
| 2002 | **Threshold of Juvenile Adjudicative Competence** |
|      | University of Virginia School of Law |
|      | Charlottesville, Virginia |
| 2002 | **Clinical Evaluation of Children and Adolescents** |
|      | Virginia Office of the Attorney General |
|      | Richmond, Virginia |
| 2003 | **Evaluation of Competency to Stand Trial in Children and Adolescents (workshop)** |
|      | 50th Annual Meeting of the American Academy of Child and Adolescent Psychiatrists (AACAP) |
|      | Miami, Florida |
| 2003 | **Issues in Juvenile Forensic Psychiatry** |
|      | Virginia Psychiatric Society |
|      | Roanoke, Virginia |
| 2004 | **Is Negotiation a Viable Solution to Reducing Seclusion and Restraint and Providing a Safe Environment? Reducing Seclusion and Restraint:  Creating Culture Change and Transformation** |

CURRICULUM VITAE
RYAN, EILEEN P
Page 13 of 20

|          |                                                                                           |
|----------|-------------------------------------------------------------------------------------------|
|          | Virginia DMHMRSAS and the National Association of State Mental Health Program Directors Richmond, Virginia |
| 2004--2005 | **Forensic Risk Assessment** University of Virginia Charlottesville, Virginia |
| 2005 | **Panel discussant:  Imaging the Adolescent's Brain: What We Have Learned about Judgment and Decisional Capacity** Advanced Forensic Evaluation Training Institute of Law, Psychiatry and Public Policy University of Virginia |
| 2005 | **Understanding "Psycho-babble" So You Can Ethically Serve as Guardian Ad Litem** 6th Annual Advanced Guardian Ad Litem Seminar Virginia Continuing Legal Education, Virginia Law Foundation Richmond, Virginia |
| 2005 | **Panel Chair: Sentencing of Juveniles Who Commit Serious Offenses:  What Have We Learned?** 29th International Congress on Law and Mental Health Paris France |
| 2005 | **Mental Disorders among Juvenile Offenders** 29th International Congress on Law and Mental Health Paris, France |
| 2006 | **Posttraumatic Stress Disorder in Litigation:  Forensic Psychiatric Issues** Virginia Association of Defense Attorneys Keswick, Virginia |
| 2006 | **Evaluating Juveniles:  Forensics, Child Custody and Competency** Ohio State University Department of Psychiatry and Columbus Children's Hospital Columbus, Ohio.  Also Sponsored by the Psychiatry and the Courts Subcommittee of the Supreme Court of the Ohio Advisory Committee on Mental Illness and the Courts |
| 2007 | **Chair, Panel on Recovered Memories and False Confessions—Legal and Psychological Issues** 30th International Congress on Law and Mental Health Padua, Italy |
| 2007 | **Recovered Memories of Early Sexual Abuse** |

CURRICULUM VITAE
RYAN, EILEEN P
Page 14 of 20

| | |
|---|---|
| | 30th International Congress on Law and Mental Health Padua, Italy |
| 2007 | **Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies (workshop)** 54th Annual Meeting of the American Academy of Child and Adolescent Psychiatrists (AACAP) Boston, Massachusetts |
| 2007 | **Suicide Risk Assessment in Children and Adolescents** Virginia Association of Community Services Boards Culpeper, Virginia |
| 2008 | **Risk Assessment for Violence in Children and Adolescents** Virginia Association of Community Services Boards Culpeper, Virginia |
| 2008 | **Suicide Contagion** Teen Culture Conference at the University of Virginia Charlottesville, Virginia |
| 2009 | **Violence Risk Assessment in Youth** Charlottesville-Albemarle Bar Association Charlottesville, Virginia |
| 2009 | **Mental Health, Juvenile Justice, and Family Law Course** University of Virginia School of Law Charlottesville, Virginia |
| 2009 | **Evaluation of Juveniles Charged with Sex Offenses: How Do They Differ from Adult Offenders** 31st International Congress on Law and Mental Health New York, New York (June, 2009) |
| 2009 | **What Psychiatry, Developmental Psychology, and Neuroscience Can Teach Us about At-Risk Students** Washington and Lee School of Law Lexington, Virginia |

## X. Development of New Curriculum and Teaching Materials

| | |
|---|---|
| 1995 | Salguero C. and **Ryan E.** Community Child Psychiatry and Consultation to Agencies—Curriculum Module of Community Mental Health Centers in <u>A Core Curriculum for Training in Community Psychiatry and Consultation to</u> |

|      |      |
|------|------|
|      | <u>Agencies</u> developed by the American Academy of Child and Adolescent Psychiatry's Committee on Community Psychiatry. |
| 2003 | Warren, JI, **Ryan EP**, and Ritterband L.  The Kid in Trouble: Issues of Development, Diagnosis, Treatment and Risk.  A CD-ROM Tutorial.  Funded by the Virginia Department of Criminal Justice Services, Juvenile Unit |
| 2006 | **Child and Adolescent Psychiatry and the Law** Ohio State University Child and Adolescent Forensic Psychiatry Fellowship Columbus Ohio |

## XI.  Development of Clinical Programs

|      |      |
|------|------|
| 1990 | **Development of Crisis Intervention Program** Diagnostic and Evaluation Center, Western Psychiatric Institute & Clinic University of Pittsburgh |
| 2002--present | **Development of Child and Adolescent Forensic Clinic** This clinic provides forensic evaluation of children, adolescents, and their families for the courts (criminal and civil) Institute of Law, Psychiatry and Public Policy University of Virginia School of Medicine |
| 2004--present | **Development of Child Psychiatry Evaluation and Treatment Program for Incarcerated Youth** Shenandoah Valley Juvenile Detention Center Staunton, Virginia Blue Ridge Juvenile Detention Center Charlottesville, Virginia |

## XII.  School, University, Hospitals, Departments, National and State Committees and Councils

### A.  School of Medicine (University of Virginia)

|      |      |
|------|------|
| 2006--2007 | **Chair, Search Committee for a forensic psychologist** Department of Psychiatry and Neurobehavioral Sciences University of Virginia School of Medicine |
| 2007--present | **Membership Committee** Academy of Distinguished Educators University of Virginia School of Medicine |

CURRICULUM VITAE
RYAN, EILEEN P
Page 16 of 20

### B. National

| | |
|---|---|
| 1993--2002 | **Community Psychiatry Committee** |
| | American Academy of Child & Adolescent Psychiatry |
| 2004--present | **Rights and Legal Matters Committee** |
| | American Academy of Child and Adolescent Psychiatry |
| 2006 | **Ohio State University Department of Psychiatry, Division of Child Psychiatry** |
| | Columbus, Ohio |
| | I provided consultation on decreasing seclusion and restraint and alternative strategies to seclusion and restraint on an inpatient pediatric psychiatry unit |

### C. State

| | |
|---|---|
| 1988 | **Consultation around follow-up of violent adolescents** |
| | Allegheny Valley Base Service Unit |
| | New Kensington, Pennsylvania |
| 1988--1989 | **Consultation around outpatient needs and follow-up of violent adolescents discharged into the community** |
| | Mayview State Hospital |
| | Bridgeville, Pennsylvania |
| 1990 | **Consultation to Patient Care Peer Review Committee, Office of Mental Health** |
| | Commonwealth of Pennsylvania Department of Public Welfare |
| | Harrisburg, Pennsylvania |
| 2006 | **Commission on Mental Health Law Reform—Task Force on Children and Adolescents** |
| | Appointed by Chief Justice Leroy Roundtree Hassell, Sr., Supreme Court of Virginia |

### D. Institutional

| | |
|---|---|
| 1989--1991 | **Committee to revise the initial evaluation form and discharge summary** |
| | Western Psychiatric Institute and Clinic |
| | University of Pittsburgh, Pittsburgh, Pennsylvania |
| 1989--1990 | **Child Steering Committee** |
| | Western Psychiatric Institute and Clinic |
| | University of Pittsburgh, Pittsburgh, Pennsylvania |
| 1990--1992 | **Medical Records Committee** |
| | Western Psychiatric Institute and Clinic |
| | University of Pittsburgh, Pittsburgh, Pennsylvania |
| 1991--1992 | **Medical Emergency Committee** |

CURRICULUM VITAE
RYAN, EILEEN P
Page 17 of 20

|  |  |
|---|---|
|  | Western Psychiatric Institute and Clinic<br>University of Pittsburgh, Pittsburgh, Pennsylvania |
| 1991--1992 | **Managed Care Committee**<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh, Pittsburgh, Pennsylvania |
| 1991--1992 | **Academic Promotions Committee**<br>Western Psychiatric Institute and Clinic<br>University of Pittsburgh, Pittsburgh, Pennsylvania |
| 1995--1996 | **Clinical Staff Vice President**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1995--1996 | **Clinical Review Committee**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1995--1997 | **Quality Improvement Committee**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1995--2000 | **Chair, Forensic Committee**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1996--1997 | **Clinical Staff President** (during JCAHO review)<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1996--1997 | **Management Team**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1996--1998 | **Chair, Seclusion & Restraint Task Force**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 1999--2002 | **Forensic Coordinator**<br>Commonwealth Center for Children and Adolescents,<br>Staunton, Virginia |
| 2005--2006 | **Violent-Aggressive Patient (VAP) Behavioral Response Committee**<br>University of Virginia Health System<br>Charlottesville, Virginia |

## XIII. Other Professional Activities

|  |  |
|---|---|
| 2007 | **Journal of Current Psychiatry**<br>Reviewer |

CURRICULUM VITAE
RYAN, EILEEN P
Page 18 of 20

2009                    **Journal of Forensic Nursing**
                        Reviewer

## XIV. Publications

### A. Peer Reviewed Journals

**Ryan E.P**, Helsel WJ, Lubetsky MD, Miewald BK, Hersen M, and Bridge J (1989).
Use of Naltrexone in Reducing Self-Injurious Behavior: A Single Case Analysis.
*Journal of the Multihandicapped Person, 2(4)*: 295-309.
This journal is now the *Journal of Developmental and Physical Disabilities.*

Cox Jones C, Vallano G, **Ryan E**, Helsel WJ, and Rancurello MD (1991). Self-Injurious Behavior: Strategies for Assessment and Management. *Psychiatric Annals, 21(5)*: 9-11.

Warren JI, Aaron J, **Ryan E**, Chaun P, and DuVal J (2003). Correlates of Adjudicative Competence Among Psychiatrically Impaired Juveniles. *Journal of the American Academy of Psychiatry and the Law, 31(3):* 299-309.

**Ryan EP**, Sparrow V, Messick D, Aaron J and Burnette M (2004). A Prospective Study of Assault against Staff by Youths in a Pediatric State Hospital. *Psychiatric Services, 55(6):* 665-670.

**Ryan EP** and Redding RE (2004). A Review of Mood Disorders Among Juvenile Offenders. *Psychiatric Services, 55 (12):* 1397-1407.

**Ryan, EP**, Aaron J, and Sparrow Hart V (2004). Reducing Assaults among Hospitalized Youths. *Psychiatric Services, 55(11)* 1318.

**Ryan EP** and Murrie, D (2005). Competence to Stand Trial and Young Children: Is the Presumption of Competence Valid? *Journal of Forensic Psychology Practice, 5(1):* 89-102.

**Ryan EP** and Berson, SB (2006). Mental Illness and the Death Penalty. *Saint Louis University School of Law Public Law Review, 25(2)*: 351-381.

**Ryan EP**, Aaron, J, Burnette M, Warren JI, Aaron T (2008). Psychological Responses of Staff to Patient Assault in a Pediatric Psychiatric State Hospital. *Journal of the American Academy of Psychiatry and Law, 36*: 360-368.

Warren, JI, DuVal J, Komarovska I, Chauhan P, Buffington-Vollum J, **Ryan E** (2009). Developing a Forensic System for Juveniles Adjudicated Incompetent to Stand Trial. *International Journal of Forensic Mental Health, 8*: 245-262.

**Ryan EP** (in press).  What Psychiatry, Developmental Psychology, and Neuroscience Can Teach Us about At-Risk Students.  *Journal of Civil Rights and Social Justice.*

**Ryan EP**, Burnette ML, Aaron J, Sparrow-Hart V, Messick D (Submitted for publication).  Correlates of staff assaults perpetuated by youth in a psychiatric hospital.

## B.  Books
**Ryan EP**, Murrie D, Hunter J (in preparation).  *Evaluation and Treatment of Juveniles Who Sexually Offend.*  New York: Oxford University Press.

## C.  Book Chapters
**Ryan EP** (1995). Clinical Interviewing. In VB Van Hasselt and M Hersen (Eds.), Handbook of Adolescent Psychopathology: A Guide to Diagnosis and Treatment. New York: Macmillan Publishing.

**Ryan EP** (1998). Psychiatric Emergencies in the Pediatric Setting.   In RT Ammerman and JV Campo (Eds.), Handbook of Pediatric Psychology and Psychiatry.  New York: Allyn & Bacon.

Redding R, Lexcen FJ, and **Ryan EP** (2004).  Mental health treatment for juvenile offenders in residential psychiatric and juvenile justice settings.  In K. Heilbrun, N. Goldstein, & R. Redding (Eds.), Current perspectives on juvenile delinquency: Prevention, assessment, and intervention.  New York:  Oxford University Press.

**Ryan EP**, Burket R, Aaron J, Collins J, Tucker (in preparation).  Adolescent and Child psychiatry. In B Johnson, B Cohen, and N Ait-Daoud (Eds.) *Handbook on Psychiatric Practice: Principles and Applications*. World ScientificPublishing/ Imperial College Press.

## D.  Book Review
**Ryan EP** (2005). Review of *Juvenile Justice Sourcebook:  Past, Present, and Future*, by  Albert R. Roberts (Editor).  New York:  Oxford University Press, 2004.  In *Community Mental Health Journal, 40(6), 755-756.*

## E.  Health Education
**Ryan EP** (2001). Mood Disorders in Juvenile Offenders. Juvenile Justice Fact Sheet. Institute of Law, Psychiatry & Public Policy, University of Virginia.

CURRICULUM VITAE
RYAN, EILEEN P
Page 20 of 20

Burket RC, **Ryan EP**, Lyles BW (2004). "Arrest Histories in Adolescents with Emotional Problems." Poster session, presented at the 2004 Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, Arizona.

**Ryan EP** (2001). Mood Disorders in Juvenile Offenders: Symptoms and Treatments. In R.E. Redding (Ed.), Mental Health Needs of Juvenile Offenders: Identification and Treatment. A Reference and Training Manual for Juvenile Justice Professionals. Virginia Department of Criminal Justice Services.

Hall K, Massaro TA, Ngwenya BN, Nthomang K, Patrick P, Phaladze NA, **Ryan E** (2007). Psychosocial Support for Children: A Guidebook for Service Providers. A Joint Venture from The University of Botswana and The University of Virginia.

# EXHIBIT B

INSTITUTE OF **Law, Psychiatry** ———————————————————
——————————————————— **and Public Policy** UNIVERSITY OF VIRGINIA
P.O. Box 800660 • UVA Health System • Charlottesville, Virginia 22908-0660

October 15, 2010

Brian A. Hill, Esquire
Miller Chevalier
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
Fax: (202) 626-5801

Dear Mr. Hill,

As per your request, I offer the following information regarding my trial and deposition testimony over the past four years.

**Deposition Testimony**

*Johnny Doe v. Northern Virginia Baptist Center* (2006).

*Penny Curry v. John K. Marlow, et al.* (2007).

*Victoria Mantyla v. C. Prasad and Fairfax Hospital* (2008).

*Jared Hyams, a minor, by and through his parents and Natural Guardians, Douglas and Linda Hyams, et al. v. Cleveland Clinic Foundation, et al.* (2009).

*Estate of John C. Sanford v. VCU Health System/MCV Hospitals and Physicians* (2009).

*Antoinette Marie Sherman v. R.M.D. Corp., d/b/a Hooters of Knoxville* (2010).

*Schulz v. Schulz* (2010).

**Trial Testimony**

*Commonwealth of Virginia v. Matthew Lotz* (2006). Augusta County Circuit Court.

*Commonwealth of Virginia v. Alan Newsom* (2006). Albemarle County J&DR.

Richard Bonnie, L.L.B./Director
Bruce Cohen, M.D., Thomas Hafemeister, J.D., Ph.D.,
Shelly Jackson, Ph.D., John Monahan, Ph.D., Daniel Murrie, Ph.D.,
Eileen Ryan, D.O., Janet Warren, D.S.W.
Telephone 434-924-5435 • Facsimile 434-924-5788 • Website www.ilppp.virginia.edu
Street delivery: 1230 Cedars Court, Suite B, Charlottesville, VA 22903

*Testimony of Eileen Ryan 2006-2010*
*October 15, 2010*
*Page 2 of 2*

*Commonwealth of Virginia v. Chaunnoah Green* (2006).  Fairfax County Circuit Court.

*Commonwealth of Virginia v. Daunteril Hall* (2007).  Loudon County Circuit Court.

*Commonwealth of Virginia v. Vincent Harold Marshall* (2007).  Warren County Circuit Court.

*In Re:  Grace P. Scott* (2008).  Louisa County Circuit Court.

*In Re:  Allison Victoria Snoddy* (2008).  Albemarle County Circuit Court.

*Victoria Mantyla v. C. Prasad and Fairfax Hospital* (2008). Fairfax County Circuit Court.

*Schulz v. Schulz* (2009). Madison County Circuit Court.

*Schulz v. Schulz-West* (2010), Culpeper Circuit Court

Regards,

Eileen P. Ryan, D.O.
Associate Professor of Psychiatry &
Neurobehavioral Sciences
Medical Director, Institute of Law,
Psychiatry & Public Policy
University of Virginia