UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                                Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

**TEMPORARY RESTRAINING ORDER**

WHEREAS Plaintiffs-Judgment Creditors have filed an Urgent Motion for a Temporary Restraining Order and a Preliminary Injunction supported by a Verified Memorandum; and

WHEREAS the Verified Memorandum and the exhibits attached thereto provide evidence that (a) Judgment Debtor Palestinian Authority ("PA") and its Economic Advisor are taking actions to compel payment of a debt owed by Orascom Telecom Holding S.A.E. ("Orascom") to the Palestine Investment Fund ("PIF") against which the Plaintiffs-Judgment Creditors are attempting to enforce the judgment entered in their favor in this case (b) those actions endanger the ability of the Plaintiffs-Judgment Creditors to enforce their judgment against that debt and (c) absent entry of a temporary restraining order the sum of the debt may be seized or paid before this Court has considered and ruled on Plaintiffs-Judgment Creditors' motion for a Preliminary Injunction;

THEREFORE, IT IS HEREBY ORDERED that the PA shall be and hereby is prohibited from taking any actions to collect or compel payment of any debt owed by Orascom to the PIF pending the hearing on and disposition of the motion for a preliminary injunction.

Date: 11/11/10
2:45 PM

                                                          _Ronald Lagueux_
                                                       Senior United States District Judge

*Hearing on P.I. 1/12/10 at 3 PM in Courtroom 4      Ronald R. Lagueux*
*So USDJ 11/11/10*