(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Ungar, et al.
_____
        Plaintiff(s)
v. Palestinian Authority, et al.
_____
        Defendant(s)

00-105L
Dkt. No._____

### MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~  Estate of Yaron Ungar, et al., _____ hereby moves that

Robert J. Tolchin _____ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_____
Signature of Local Counsel

David Strachman
_____
Print Name

McIntyre, Tate & Lynch, LLP
_____
Firm and Business Address

321 South Main Street, Suite 400

Providence, RI 02903

RI Bar ID # 4404 _____

Email: djs@mtlesq.com _____

Tel. # (401) 351-7700 _____

Fax # (401) 331-6095 _____

---

### ORDER

This motion is hereby    _____ GRANTED    _____ DENIED

_____
District Judge

_____
Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this November 12, 2010, a true and genuine copy of the foregoing was filed by ECF which served the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

Joseph V. Cavanagh, III
Joseph V. Cavanagh, Jr
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

Charles L. Kerr
Mark David McPherson
Harold McElhinny
Morrison and Foerster
1290 Avenue of the Americas
New York, New York  10104