UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                            )
THE ESTATE OF YARON UNGAR, et al.,          )
                                            )
    Plaintiffs,                              )
                                            )
    v.                                       )   C.A. No. 00-105L
                                            )
THE PALESTINIAN AUTHORITY, et al.,          )
                                            )
    Defendants.                              )
_____)

**DEFENDANTS' NOTICE OF APPEAL OF MAGISTRATE JUDGE MARTIN'S
OCTOBER 27 & 28 ORDERS (DKT. NOS. 575, 577, 578, 579)**

For the reasons set forth in the accompanying Memorandum of Law, pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72(c), the Palestinian Authority and the Palestine Liberation Organization (collectively, "Defendants"), through counsel, respectfully appeal portions of:

(1)  Magistrate Judge Martin's October 27, 2010 "Order Granting in Part and Denying in Part Motions" (Dkt. No. 575);

(2)  Magistrate Judge Martin's October 27, 2010 "Order Granting in Part and Denying in Part Defendant's Motion to Compel" (Dkt. No. 577);

(3)  Magistrate Judge Martin's October 28, 2010 "Order Granting Defendants' Motion for Protective Order and Identifying Relevant Rule 30(b)(6) Topics" (Dkt. No. 578); and

(4)  Magistrate Judge Martin's October 28, 2010 "Order Denying Defendants' Motion for Mental Examinations" (Dkt. No. 579).

1118536.1

Dated: November 15, 2010                Respectfully submitted,

           By: /s/ Mark J. Rochon
              Mark J. Rochon (D.C. Bar #376042)
              Admitted *pro hac vice*
              Richard A. Hibey (D.C. Bar #74823)
              Admitted *pro hac vice*
              Brian A. Hill (D.C. Bar #456086)
              Admitted *pro hac vice*
              MILLER & CHEVALIER CHARTERED
              655 Fifteenth Street, N.W., Suite 900
              Washington, DC  20005-5701
              Tel. (202) 626-5800
              Fax. (202) 628-0858
              mrochon@milchev.com
              rhibey@milchev.com
              bhill@milchev.com

              Deming E. Sherman (#1138)
              EDWARDS ANGELL PALMER
              & DODGE LLP
              2800 Financial Plaza
              Providence, Rhode Island 02903
              Tel. (401) 274-9200
              Fax. (401) 276-6611
              dsherman@eapdlaw.com

              *Attorneys for the Palestinian Authority and*
              *the Palestine Liberation Organization*

1118536.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of November 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

> David J. Strachman
> McIntyre, Tate & Lynch, LLP
> 321 South Main Street, Suite 400
> Providence, RI  02903
> djs@mtlhlaw.com
>
> Max Wistow
> Wistow and Barylick Incorporated
> 61 Weybosset Street
> Providence, RI 02903
> mwistow@wistbar.com
>
> *Attorneys for Plaintiffs*

/s/ Mark J. Rochon

1118536.1