# EXHIBIT 6

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF RHODE ISLAND
 2

 3
       YARON UNGAR, et al              C.A. NO. 00-105 L
 4
            Plaintiffs
 5
       V
 6

 7     THE PALESTINIAN LIBERATION      OCTOBER 25, 2010
       ORGANIZATION, et al             PROVIDENCE, RI
 8
            Defendants
 9

10          BEFORE: MAGISTRATE JUDGE DAVID L. MARTIN

11
       APPEARANCES:
12

13     FOR THE PLAINTIFFS:     DAVID J. STRACHMAN, Esq.
                               321 S. Main St.
14                             Suite 400
                               Providence, RI 02903
15                             401-351-7700

16                             MAX WISTOW, Esq.
                               61 Weybosset St.
17                             Providence, RI 02903
                               401-831-2700
18
       FOR THE DEFENDANTS:     DEMING F. SHERMAN, Esq.
19                             2800 Financial Plaza
                               Providence, RI 02903
20                             401-274-9200

21                             MARK J. ROCHON, Esq.
                               BRIAN A. HILL, Esq.
22                             655 Fifteenth St., NW
                               Suite 900
23                             Washington, DC 20005
                               202-626-5800
24

25
```

1      THE COURT: You may.
2      MR. ROCHON: Thank you, your Honor. The fact
3  is we have argued in response to this motion and to
4  tomorrow's motions that the issues of timing and
5  willfulness are not actually proper areas for
6  discovery in this matter. We've argued that timing is
7  a threshold matter, and willfulness is a conceded
8  matter. We think those are strong arguments. In any
9  event, however the Court comes down on those, the fact
10 that they're now dominating the discovery in this case
11 is turning this entire discovery process upside down.
12 We have a situation where the defendants have stood
13 before Judge Lagueux, both in papers and in person,
14 and the First Circuit, and said willfulness is
15 conceded. And yet the entirety, not the entirety, but
16 huge swats of the discovery sought by the plaintiffs
17 go to willfulness. And other huge swats go to why did
18 you file your motion in December 2007 instead of
19 sometime between July 2004 and then.
20     THE COURT: Well, let me stop you at that
21 point. Your position is that the issue of
22 willfulness, that the defendants deliberately
23 defaulted, is not an issue as relevant -- not an issue
24 that requires any discovery because you've conceded
25 that.

140

# CERTIFICATION

I, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


/sJOSEPH A. FONTES/

COURT REPORTER

NOVEMBER 10, 2010

DATE