# EXHIBIT 2

ANNUAL REPORT



# CONSOLIDATED STATEMENT OF FINANCIAL POSITION

## AS AT DECEMBER 31, 2009

## (U.S. $ 000'S)

| | Notes | U.S. $ 000'S 2009 | 2008 |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 5 | 89,155 | 38,103 |
| Goodwill | 6 | 26,483 | 25,582 |
| Investment in properties | 7 | 90,238 | 8,994 |
| Projects in progress | 8 | 23,350 | 14,098 |
| Investments in associates | 9 | 54,143 | 65,672 |
| Joint ventures | 10 | 27,562 | 28,980 |
| Loans granted | 11 | 15,134 | 4,739 |
| Available-for-sale investments | 12 | 252,289 | 260,284 |
| | | 578,354 | 446,452 |
| **Current assets** | | | |
| Accounts receivable and other receivables | 13 | 20,327 | 18,521 |
| Other current assets | 14 | 39,772 | 6,947 |
| Cash and deposits at banks | 15 | 163,173 | 183,756 |
| | | 223,272 | 209,224 |
| Total assets | | 801,626 | 655,676 |
| **Equity and liabilities** | | | |
| **Equity** | | | |
| Paid-in share capital | 16 | 574,000 | 574,000 |
| Shareholder's current account | | (45,800) | (139,628) |
| Advances on capital increase | 17 | - | 11,851 |
| Statutory reserve | 18 | 70,570 | 64,422 |
| Special reserve | 18 | 6,148 | - |
| Proposed dividends | 19 | 40,000 | 9,929 |
| Foreign currency translation | | 7,737 | 8,414 |
| Cumulative changes in fair value | 12 | 44,260 | 64,721 |
| Retained earnings | | 20,396 | 11,212 |
| Total equity attributable to shareholder | | 717,311 | 604,921 |
| Non-controlling interests | | 795 | 338 |
| Total equity | | 718,106 | 605,259 |
| **Non-current liabilities** | | | |
| Long-term finance lease obligations | 20 | 27,430 | - |
| | | 27,430 | - |
| **Current liabilities** | | | |
| Accounts payable | 21 | 15,044 | 16,342 |
| Provisions and other current liabilities | 22 | 26,464 | 21,896 |
| Short term loan | 23 | 8,255 | - |
| Finance lease obligations maturing within one year | 20 | 6,327 | 12,179 |
| | | 56,090 | 50,417 |
| Total liabilities | | 83,520 | 50,417 |
| Total equity and liabilities | | 801,626 | 655,676 |

The attached notes 1 to 37 form part of these consolidated financial statements.