# EXHIBIT 9

798192.1

## ⅢＩ ERNST & YOUNG

- **RAMALLAH**
  P.O. Box 1373
  Sixth Floor
  Trust Bldg., Jerusalem St. Sixth Floor
  Ramallah – Palestine
  Tel.: (02) 240 – 1011
  Fax: (02) 240 – 2324

- **GAZA**
  P.O. Box 5315, Omar Al Mokhtar
  Third Floor, Suite 307
  Al Jala' Tower, Ahmad Abdel Aziz St.
  Gaza – Palestine
  Tel.: (08) 2821004
  Fax: (08) 2828647

### Independent Auditors' Report to the Shareholders of Palestine Investment Fund Company

We have audited the accompanying consolidated financial statements of Palestine Investment Fund Company (PIF), which comprise the consolidated balance sheet as at December 31, 2006 and the consolidated income statement, consolidated statement of changes in equity and consolidated cash flow statement for the year then ended, and a summary of significant accounting policies and other explanatory notes. The financial statements of Palestine Commercial Services Company (PCSC), Hanadi Tower Company and Bulk Express Company as at December 31, 2006 were audited by other auditors' whose unqualified reports have been furnished to us. Total assets and revenues of these companies represent 4.5% and 8.7% of the total assets and revenues of the consolidated financial statements of the PIF as at December 31, 2006. Our opinion, as far as it relates to the data included in the financial statements of Palestine Commercial Services Company, Hanadi Tower and Bulk Express, is based solely on the reports of the other auditors.

### Management's Responsibility for the Financial Statements

The Board of Directors is responsible for the preparation and fair presentation of these financial statements in accordance with International Financial Reporting Standards. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with International Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate for the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

**≡!! ERNST & YOUNG**

We believe that the audit evidence we have obtained and the reports of the other auditors is sufficient and appropriate to provide a basis for our audit opinion.

Opinion

In our opinion, based on our audit and based on the reports issued by the other auditors, the consolidated financial statements give a true and fair view of the financial position of Palestine Investment Fund Company as at December 31, 2006 and its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards.

Without qualifying our opinion, as depicted in note (10) to the accompanying financial statements, the available for sale investments include mortgaged securities against credit facilities granted to the shareholder, the fair value of these securities as at December 31, 2006 amounted to U.S. $381,695,861.

*Ernst + Young*

Ramallah, Palestine
April 12, 2007

Palestine Investment Fund Company

Consolidated Balance Sheet
As at December 31, 2006

| | Note | 2006 U.S. $ | 2005 U.S. $ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 4 | 39,767,842 | 43,126,389 |
| Investment properties | 5 | 9,700,630 | 9,700,630 |
| Projects in progress | 6 | 13,051,057 | 11,738,929 |
| Goodwill | 7 | 28,680,176 | 28,680,176 |
| Investments in associates | 8 | 316,211 | 19,133,718 |
| Loans | 9 | 30,705,475 | 31,118,995 |
| Available for sale investments | 10 | 691,824,352 | 872,664,809 |
| | | 814,045,743 | 1,016,163,646 |
| **Current assets** | | | |
| Accounts receivable | 11 | 39,876,782 | 48,928,489 |
| Other current assets | 12 | 13,692,760 | 17,935,377 |
| Cash and cash equivalents | 13 | 24,508,565 | 53,166,375 |
| | | 78,078,107 | 120,030,241 |
| **Total Assets** | | 892,123,850 | 1,136,193,887 |
| **Equity and Liabilities** | | | |
| **Equity attribution to Equity Holders** | | | |
| Paid-in share capital | 14 | 574,000,000 | 574,000,000 |
| Shareholders current account | | (446,047,696) | (314,841,410) |
| Advances on capital increase | 15 | 798,536 | - |
| Statutory reserve | 17 | 32,406,663 | 22,996,535 |
| Proposed cash dividends | 18 | 50,000,000 | 60,000,000 |
| Foreign currency translations | | 3,492,243 | 483,905 |
| Cumulative changes in fair value | 16 | 531,110,404 | 673,166,567 |
| Retained earnings | | 86,659,970 | 51,968,814 |
| | | 832,420,120 | 1,067,774,411 |
| Minority Interests | | 247,560 | 197,805 |
| **Total Equity** | | 832,667,680 | 1,067,972,216 |
| **Non-current Liabilities** | | | |
| Long-term interest-bearing loans and borrowings | 19 | 7,272,728 | 16,000,000 |
| Finance lease obligations | 21 | 12,027,719 | 12,674,601 |
| | | 19,300,447 | 28,674,601 |
| **Current Liabilities** | | | |
| Short-term interest-bearing loans and borrowings | 20 | 7,301,399 | 4,001,684 |
| Accounts payable | 22 | 17,327,825 | 20,288,313 |
| Provisions and other current liabilities | 23 | 14,084,100 | 13,813,242 |
| Short term finance lease obligations | 21 | 1,442,399 | 1,443,831 |
| | | 40,155,723 | 39,547,070 |
| **Total Liabilities** | | 59,456,170 | 68,221,671 |
| **Total Equity and Liabilities** | | 892,123,850 | 1,136,193,887 |

The attached notes 1 to 36 form part of these consolidated financial statements.

1

Palestine Investment Fund Company

Consolidated Income Statement
For the Year Ended December 31, 2006

|  | Note | 2006 U.S. $ | 2005 U.S. $ |
|---|---|---|---|
| **Revenues** |  |  |  |
| Operating income | 24 | 106,104,032 | 114,047,495 |
| Gain from investment portfolio | 25 | 133,454,612 | 241,677,698 |
| Finance revenues | 26 | 2,619,760 | 3,583,092 |
| Share of loss of associates |  | (3,780,091) | (503,661) |
| Gain from selling an aircraft |  | - | 1,753,117 |
| Other revenues, net |  | 5,776,935 | 66,535 |
|  |  | 244,175,248 | 360,624,276 |
| **Expenses** |  |  |  |
| Operating expenses | 24 | (91,996,772) | (100,142,295) |
| General and administrative expenses | 27 | (7,567,369) | (12,921,312) |
| Depreciation and amortization |  | (646,975) | (791,631) |
| Finance costs |  | (1,228,298) | (1,953,186) |
| Decline in fair value of available for sale investments |  | (15,597,669) | (125,768,068) |
| Loss from disposal of investment in a subsidiary | 28 | (1,791,902) | (4,240,805) |
| Foreign exchange differences |  | (2,472,653) | (1,404,503) |
| Impairment of Projects in progress |  | (2,062,499) | (10,225,000) |
| Provision for doubtful accounts and advances |  | (26,660,072) | (13,879,133) |
| Disposal of goodwill of sold associates |  | - | (9,907,205) |
| Impairment of goodwill |  | - | (401,237) |
| Provision for litigations and other contingencies |  | - | (3,758,134) |
| Profit for the year |  | 94,151,039 | 75,231,767 |
| Attributable to: |  |  |  |
| Equity holders of PIF |  | 94,101,284 | 75,157,208 |
| Minority interests |  | 49,755 | 74,559 |
| Profit for the year |  | 94,151,039 | 75,231,767 |
| Basic and diluted earnings per share | 29 | 0.16 | 0.13 |

The attached notes 1 to 36 form part of these consolidated financial statements.

2

Palestine Investment Fund Company

Consolidated Statement of Changes in Equity
For the Year Ended December 31, 2006

| | | | | Equity Attributable to equity holders | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Paid-in share capital US $ | Shareholders current account US $ | Advances on capital increase US $ | Statutory reserve US $ | Proposed Cash dividends US $ | Foreign currency translations US $ | Cumulative changes in fair value US $ | Retained earnings US $ | Minority interests US $ | Total equity US $ |
| **2006** | | | | | | | | | | |
| At January 1, 2006 | 574,000,000 | (314,361,410) | - | 22,996,535 | 60,000,000 | 483,905 | 673,166,567 | 51,968,614 | 197,905 | 1,067,972,216 |
| Cumulative changes in fair value | - | - | - | - | - | - | (142,056,163) | - | - | (142,056,163) |
| Foreign currency translation | - | - | - | - | - | 3,008,338 | - | - | - | 3,008,338 |
| Total income and expenses for the year recognized directly in equity | - | - | - | - | - | 3,008,338 | (142,056,163) | - | - | (139,047,825) |
| Profit for the year | - | - | - | - | - | - | - | 94,101,294 | 49,755 | 94,151,049 |
| Total income and expenses for the year | - | - | - | - | - | 3,008,338 | (142,056,163) | 94,101,294 | 49,755 | (44,896,766) |
| Advances on capital increase | - | - | 798,536 | - | - | - | - | - | - | 798,536 |
| Transfers to statutory reserve | - | - | - | 9,410,128 | - | - | - | (9,410,128) | - | - |
| Transfers to the shareholder | - | (191,206,286) | - | - | - | - | - | - | - | (191,206,286) |
| Cash dividends | - | 60,000,000 | - | - | (60,000,000) | - | - | - | - | - |
| Proposed cash dividends | - | - | - | - | 50,000,000 | - | - | (50,000,000) | - | - |
| At December 31, 2006 | 574,000,000 | (445,567,696) | 798,536 | 32,406,663 | 50,000,000 | 3,492,243 | 531,110,404 | 86,659,970 | 247,560 | 832,667,680 |
| **2005** | | | | | | | | | | |
| At January 1, 2005 | 574,000,000 | (9,801,635) | - | 15,480,814 | 60,000,000 | 1,991,202 | 260,642,544 | 44,327,327 | 123,246 | 946,161,518 |
| Cumulative changes in fair value | - | - | - | - | - | - | 412,524,003 | - | - | 412,524,003 |
| Foreign currency translation | - | - | - | - | - | (907,297) | - | - | - | (907,297) |
| Total income and expenses for the year recognized directly in equity | - | - | - | - | - | (907,297) | 412,524,003 | - | - | 411,616,706 |
| Profit for the year | - | - | - | - | - | - | - | 75,157,208 | 74,559 | 75,231,767 |
| Total income and expenses for the year | - | - | - | - | - | (907,297) | 412,524,003 | 75,157,208 | 74,559 | 486,848,473 |
| Transfers to statutory reserve | - | - | - | 7,515,721 | - | - | - | (7,515,721) | - | - |
| Transfers to the shareholder | - | (305,057,775) | - | - | - | - | - | - | - | (305,057,775) |
| Cash dividends | - | - | - | - | (60,000,000) | - | - | - | - | (60,000,000) |
| Proposed cash dividends | - | - | - | - | 60,000,000 | - | - | (60,000,000) | - | - |
| At December 31, 2005 | 574,000,000 | (314,861,410) | - | 22,996,535 | 60,000,000 | 483,905 | 673,166,567 | 51,968,814 | 197,805 | 1,067,972,216 |

The attached notes 1 to 36 form part of these consolidated financial statements.

3

Palestine Investment Fund Company

CONSOLIDATED STATEMENT OF CASH FLOWS
For the Year Ended December 31, 2006

|  |  | 2006 | 2005 |
|---|---|---|---|
|  |  | U.S. $ | U.S. $ |
| **Operating activities** |  |  |  |
| Profit for the year |  | 94,151,039 | 75,231,767 |
| Adjustments: |  |  |  |
| Net finance costs |  | (1,391,462) | (1,629,903) |
| Share of loss of associates |  | 3,780,091 | 503,661 |
| Gain from investment portfolio |  | (133,454,612) | (241,677,698) |
| Gain from sale of property, plant and equipment |  | - | (1,753,117) |
| Non cash expenditures |  | 60,651,708 | 156,404,778 |
| Change in working capital |  |  |  |
| Accounts receivable |  | (13,609,829) | 19,875,624 |
| Other current assets |  | 4,242,617 | 21,837,979 |
| Accounts payable |  | (2,960,488) | 5,950,215 |
| Provisions and other current liabilities |  | 270,858 | 772,284 |
| Finance costs paid |  | (1,228,298) | (364,134) |
| Net cash flows from operating activities |  | 10,451,624 | 35,151,456 |
| **Investing activities** |  |  |  |
| Purchase of property, plant and equipment |  | (767,563) | (2,059,711) |
| Proceeds from sale of property, plant and equipment |  | 52,518 | 8,936,984 |
| Disposal of an associate assets |  | - | 2,536,433 |
| Purchase of investment properties |  | - | (354,160) |
| Purchases of available for sale investments |  | (2,839,380) | (166,770,484) |
| Sales of available for sale investments |  | 151,590,677 | 124,492,240 |
| Projects in progress |  | (3,374,627) | (1,416,001) |
| Loans |  | (739,785) | (2,119,855) |
| Proceeds from loans |  | 325,000 | 26,514,654 |
| Proceeds from sale of investments in associates |  | - | 340,000,000 |
| Dividends received |  | 11,292,863 | 5,595,270 |
| Interest received |  | 248,065 | 664,097 |
| Net cash flows from investing activities |  | 155,787,768 | 336,019,467 |
| **Financing activities** |  |  |  |
| Cash dividends paid |  | (60,000,000) | (60,000,000) |
| Payments of finance lease obligations |  | (648,314) | (5,224,660) |
| Repayments of interest-bearing loans and borrowings |  | (5,427,558) | 5,919,050 |
| Shareholders withdrawals |  | (131,206,286) | (264,315,872) |
| Net cash flows used in financing activities |  | (197,282,158) | (323,621,482) |
| Net (decrease) increase in cash and cash equivalents |  | (31,042,766) | 47,549,441 |
| Cash and cash equivalents, beginning of year |  | 53,166,375 | 6,524,231 |
| Foreign currency translations difference |  | 2,384,956 | (907,297) |
| Cash and cash equivalents, end of year | 13 | 24,508,565 | 53,166,375 |

The attached notes 1 to 36 form part of these consolidated financial statements.

4