UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) | C.A. No. 00-105L |
| ) | |
| THE PALESTINIAN AUTHORITY, et al., ) ) | |
| Defendants. ) ) | |

**DEFENDANT'S MOTION TO SHORTEN THE BRIEFING SCHEDULE FOR, AND FOR AN EXPEDITED RULING ON, DEFENDANT'S RULE 60(b)(4) MOTION FOR RELIEF FROM THE CREDITOR'S BILL JUDGMENT REGARDING THE PALESTINE INVESTMENT FUND**

Defendant The Palestinian Authority ("PA"), by and through counsel, respectfully moves this Court to shorten the briefing schedule for, and for an expedited ruling on, Defendant's Rule 60(b)(4) Motion for Relief from the Creditor's Bill Judgment Regarding the Palestine Investment Fund ("PIF") (Dkt. No. 597) for the reasons that follow.

It has become clear that resolving the validity or invalidity of the creditor's bill judgment issued by this Court on September 16, 2006, Dkt. No. 381, is critical to keeping the January 18, 2011 hearing date for Defendants' Rule 60(b)(6) Motion to Vacate the default judgment and also to resolving significant motions currently before the Court, including Plaintiffs' motion for preliminary injunction, Dkt. No. 588, and Defendants' Rule 72 Objections to rulings on discovery related to PIF, Dkt. No. 594.

Plaintiffs have recently engaged in several efforts to give broad effect to the creditor's bill judgment both through their Rule 60(b)(6) related filings and through their motion for a preliminary injunction. Specifically, the Ungars have pursued extensive discovery, under the

*Denied, Ronald R. Lagueux Sr. U.S.D.J. 11/17/10*

1118786.1