(Effective 3/17/2008)

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT COURT OF RHODE ISLAND

Ungar, et al.
_____
                    Plaintiff(s)
v. Palestinian Authority, et al.

_____
                    Defendant(s)

00-105L

Dkt. No._____

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~   Estate of Yaron Ungar, et al., _____ hereby moves that

Robert J. Tolchin _____ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_____
Signature of Local Counsel

David Strachman
_____
Print Name

McIntyre, Tate & Lynch, LLP
_____
Firm and Business Address

321 South Main Street, Suite 400

Providence, RI 02903

RI Bar ID # 4404 _____

Email: djs@mtlesq.com _____

Tel. # (401) 351-7700 _____

Fax # (401) 331-6095 _____

============================================================================

## ORDER

This motion is hereby ___✓ GRANTED    _____ DENIED

_____
District Judge  11/17/10

_____
Date