# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

      v.                                                                                                          Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' MOTION FOR A PROTECTIVE ORDER AND AN ORDER QUASHING DEPOSITION NOTICES OR, ALTERNATIVELY, FOR AN ORDER OF PRECLUSION

For the reasons set forth in the attached Memorandum, the Plaintiffs-Judgment Creditors ("Ungars") hereby respectfully move

(1) For a protective order finding that the Ungars are not obligated under Fed.R.Civ.P. 26, or otherwise, to cause the expert witnesses whose testimony the Ungars may present at the hearing on Defendants-Judgment Creditors' ("Defendants") motion to vacate to appear to be deposed by the Defendants;

(2) For an order quashing the notices served on the Ungars' counsel purporting to require the Ungars to cause persons they have identified as potential expert witnesses to appear to be deposed by the Defendants;

(3) Alternatively, in the event that the Court finds that Rule 26 applies to the proceedings on Defendants' motion to vacate, for an order pursuant to Rule 37(c)(1), precluding the Defendants from presenting any evidence or testimony at the hearing on their motion to vacate, due to their failure to provide the initial disclosures required by Rule 26(a)(1); and

(4) Granting any other relief the Court finds just, proper or necessary.

1

**FEDERAL RULE OF CIVIL PROCEDURE 26(c)(1) CERTIFICATION**

The Ungars' counsel certify that they have conferred with Defendants' counsel about the applicability of Rule 26 to these proceedings and have been unable to resolve their differences.

**LOCAL RULE Cv 7(e) REQUEST FOR ORAL ARGUMENT**

Pursuant to LR Cv 7(e), the Ungars respectfully request oral argument on this motion. The Ungars estimate that oral argument on this motion will last approximately one hour.

Dated: November 17, 2010

Plaintiffs-Judgment Creditors,
by their Attorneys,

/s/ David Strachman
David J. Strachman (#4404)
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

Max Wistow (#0330)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
mw@wistbar.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 17, 2010, I filed this motion via ECF which served the following counsel of record:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/s/ David Strachman