UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | C.A. No. 00-105L |

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 26(b)(4)(A) and 30, Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") will take the deposition upon oral examination of Daniel Reisner. Mr. Reisner's deposition will commence on Thursday, November 18, 2010 at 10:00 a.m. and continue day-to-day thereafter until completed.

The deposition shall be conducted before a Notary Public or other duly qualified officer and may be recorded by stenographic means. The deposition shall be held at the American Colony Hotel, Jerusalem.

This deposition shall be taken for purposes of discovery, use at the hearing scheduled for January 2011 in this matter, or both.

1116155.1

Respectfully submitted,

Dated: November 9, 2010

/s/ [signature]
_____
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Brian A. Hill (D.C. Bar #456086)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
mrochon@milchev.com
mailto:rhibey@milchev.com
bhill@milchev.com

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

2

1116155.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of November 2010, a true and genuine copy of the foregoing was sent by email and first class mail to:

> David J. Strachman
> McIntyre, Tate & Lynch, LLP
> 321 South Main Street, Suite 400
> Providence, RI 02903
> Djs@mtlhlaw.com
>
> Max Wistow
> Wistow and Barylick Incorporated
> 61 Weybosset Street
> Providence, RI 02903
> mwistow@wistbar.com
>
> *Attorneys for Plaintiffs*

/s/ Ben

1116155.1