## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 00-105L |
| ) | |
| THE PALESTINIAN AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 26(b)(4)(A) and 30,
Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization
("PLO") will take the deposition upon oral examination of Daniel Reisner. Mr. Reisner's
deposition will commence on Thursday, November 18, 2010 at 10:00 a.m. and continue
day-to-day thereafter until completed.

The deposition shall be conducted before a Notary Public or other duly qualified
officer and may be recorded by stenographic means. The deposition shall be held at the
American Colony Hotel, Jerusalem.

This deposition shall be taken for purposes of discovery, use at the hearing
scheduled for January 2011 in this matter, or both.

1116155.1

Respectfully submitted,

Dated:  November 9, 2010

/s/ Bah

Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Brian A. Hill (D.C. Bar #456086)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
mrochon@milchev.com
mailto:rhibey@milchev.com
bhill@milchev.com

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and
the Palestine Liberation Organization*

1116155.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of November 2010, a true and genuine

copy of the foregoing was sent by email and first class mail to:

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI  02903
Djs@mtlhlaw.com

Max Wistow
Wistow and Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
mwistow@wistbar.com

*Attorneys for Plaintiffs*

1116155.1