UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PALESTINIAN AUTHORITY, et al., )<br>)<br>Defendants. )<br>)<br>) | C.A. No. 00-105L |

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 26(b)(4)(A) and 30, Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") will take the deposition upon oral examination of Roni Shaked. Mr. Shaked's deposition will commence on Friday, November 19, 2010 at 10:00 a.m. and continue day-to-day thereafter until completed.

The deposition shall be conducted before a Notary Public or other duly qualified officer and may be recorded by stenographic means. The deposition shall be held at the American Colony Hotel, Jerusalem.

This deposition shall be taken for purposes of discovery, use at the hearing scheduled for January 2011 in this matter, or both.

1116156.1

|  |  |
|---|---|
| Dated: November 9, 2010 | Respectfully submitted,<br><br>/s/ *[signature]*<br>Mark J. Rochon (D.C. Bar #376042)<br>Admitted *pro hac vice*<br>Richard A. Hibey (D.C. Bar #74823)<br>Admitted *pro hac vice*<br>Brian A. Hill (D.C. Bar #456086)<br>Admitted *pro hac vice*<br>MILLER & CHEVALIER CHARTERED<br>655 Fifteenth Street, N.W., Suite 900<br>Washington, DC 20005-5701<br>Tel. (202) 626-5800<br>Fax. (202) 628-0858<br>mrochon@milchev.com<br>mailto:rhibey@milchev.com<br>bhill@milchev.com<br><br>Deming E. Sherman (#1138)<br>EDWARDS ANGELL PALMER<br>& DODGE LLP<br>2800 Financial Plaza<br>Providence, Rhode Island 02903<br>Tel. (401) 274-9200<br>Fax. (401) 276-6611<br>dsherman@eapdlaw.com<br><br>*Attorneys for the Palestinian Authority and the Palestine Liberation Organization* |

1116156.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of November 2010, a true and genuine copy of the foregoing was sent by email and first class mail to:

> David J. Strachman
> McIntyre, Tate & Lynch, LLP
> 321 South Main Street, Suite 400
> Providence, RI 02903
> Djs@mtlhlaw.com
>
> Max Wistow
> Wistow and Barylick Incorporated
> 61 Weybosset Street
> Providence, RI 02903
> mwistow@wistbar.com
>
> *Attorneys for Plaintiffs*

_____

1116156.1