UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | C.A. No. 00-105L |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 26(b)(4)(A) and 30, Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") will take the deposition upon oral examination of Dr. Boaz Shnoor. Dr. Shnoor's deposition will commence on Thursday, November 18, 2010 at 9:00 a.m. and continue day-to-day thereafter until completed.

The deposition shall be conducted before a Notary Public or other duly qualified officer and may be recorded by stenographic means. The deposition shall be held at the offices of Miller & Chevalier Chartered, 655 Fifteenth St., N.W, Suite 900, Washington, DC 20005.

This deposition shall be taken for purposes of discovery, use at the hearing scheduled for January 2011 in this matter, or both.

1118413.1

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: November 15, 2010 | /s/ *signature* |
| | Mark J. Rochon (D.C. Bar #376042) |
| | Admitted *pro hac vice* |
| | Richard A. Hibey (D.C. Bar #74823) |
| | Admitted *pro hac vice* |
| | Brian A. Hill (D.C. Bar #456086) |
| | Admitted *pro hac vice* |
| | MILLER & CHEVALIER CHARTERED |
| | 655 Fifteenth Street, N.W., Suite 900 |
| | Washington, DC 20005-5701 |
| | Tel. (202) 626-5800 |
| | Fax. (202) 628-0858 |
| | mrochon@milchev.com |
| | mailto:rhibey@milchev.com |
| | bhill@milchev.com |

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

1118413.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of November 2010, a true and genuine copy of the foregoing was sent by email and first class mail to:

> David J. Strachman
> McIntyre, Tate & Lynch, LLP
> 321 South Main Street, Suite 400
> Providence, RI  02903
> Djs@mtlhlaw.com
>
> Max Wistow
> Wistow and Barylick Incorporated
> 61 Weybosset Street
> Providence, RI 02903
> mwistow@wistbar.com
>
> *Attorneys for Plaintiffs*

/s/