THE ESTATE OF YARON UNGAR, et al.,

        Plaintiffs – Judgment Creditors,

    v.                                                Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

        Defendants – Judgment Debtors.

**CORRECTED EXHIBITS A- H TO:**

**REPLY IN FURTHER SUPPORT OF PLAINTIFFS-JUDGMENT CREDITORS' URGENT MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION DKT #606**