EXHIBIT A TO SECOND RULE 26(b)(5)(A) STATEMENT OF
THE PLO AND PA, DATED NOVEMBER 12, 2010

## LIST OF DOCUMENTS WITHHELD ON THE BASIS OF PRIVILEGE AND/OR PROTECTION

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 1 | Communication regarding court order in D.R.I. Ungar case, with attachment | Ferguson, Laura G. | Baloul, Gassan | Hibey, Richard; Rochon, Mark; McAleer, Chas | 3/26/2010 | Work Product |
| 2 | Communication regarding court filing in D.R.I. Ungar case, with attachment | Ferguson, Laura G. | Baloul, Gassan | Rochon, Mark | 9/15/2009 | Work Product |
| 3 | Communication regarding court filing date in D.R.I. Ungar case and status of other PA/PLO litigation | Ferguson, Laura G. | Baloul, Gassan | | 9/2/2009 | Work Product |
| 4 | Communication to arrange discussion regarding discovery requests in D.R.I. Ungar case | Rochon, Mark | Hirsh, Lawrence S. | Baloul, Gassan; Hill, Brian; Nielsen, Erik | 8/11/2010 | Work Product |
| 5 | Communication to arrange discussion regarding discovery requests in D.R.I. Ungar case | Rochon, Mark | Hirsh, Lawrence S. | Baloul, Gassan; Hill, Brian; Nielsen, Erik | 8/11/2010 | Work Product |
| 6 | Communication to arrange discussion regarding discovery requests in D.R.I. Ungar case | Rochon, Mark | Hirsh, Lawrence S.; Baloul, Gassan | Hill, Brian; Nielsen, Erik | 8/11/2010 | Work Product |
| 7 | Communication to arrange discussion regarding discovery requests in D.R.I. Ungar case | Hirsh, Lawrence S. | Rochon, Mark | Baloul, Gassan; Hill, Brian; Nielsen, Erik | 8/11/2010 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 8 | Communication to arrange discussion regarding discovery requests in D.R.I. Ungar case | Hirsh, Lawrence S. | Rochon, Mark | Baloul, Gassan; Hill, Brian; Nielsen, Erik | 8/12/2010 | Work Product |
| 9 | Communication to arrange discussion regarding discovery requests in D.R.I. Ungar case | Hirsh, Lawrence S. | Rochon, Mark | Baloul, Gassan; Hill, Brian; Nielsen, Erik | 8/11/2010 | Work Product |
| 10 | Communication regarding discovery requests in D.R.I. Ungar case, with attachments | Nielsen, Erik | Hirsh, Lawrence S.; Baloul, Gassan | Rochon, Mark; Hill, Brian | 8/12/2010 | Work Product |
| 11 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark | Baloul, Gassan; Ferguson, Laura; McAleer, Chas | 10/2/2007 | Work Product |
| 12 | Communication regarding discovery matter in D.R.I. Ungar case, with attachment | McAleer, Chas | Rohback, Thomas G. | Gottehrer, Gail L.; Ferguson, Laura; Rochon, Mark | 10/2/2007 | Work Product |
| 13 | Communication regarding discovery served in D.R.I. Ungar case and regarding other PA/PLO litigation, with attachments | McAleer, Chas | Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/16/2007 | Work Product |
| 14 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L.; McAleer, Chas | 7/28/2008 | Work Product |

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 15 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura; Hibey, Richard | Gottehrer, Gail L. | 4/1/2008 | Work Product |
| 16 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L | 2/1/2008 | Work Product |
| 17 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L | 2/1/2008 | Work Product |
| 18 | Communication regarding court order in D. Conn. enforcement action and regarding communication with State Department | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L | 1/31/2008 | Work Product |
| 19 | Communication regarding court filing in D. Conn. enforcement action, with attachments | Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; Rochon, Mark | Gottehrer, Gail L | 1/9/2008 | Work Product |
| 20 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Gottehrer, Gail L. | Rochon, Mark; Hibey, Richard; McAleer, Chas | 1/9/2008 | Work Product |
| 21 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Gottehrer, Gail L. | Rochon, Mark | 1/7/2008 | Work Product |
| 22 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Rochon, Mark; Hibey, Richard | Gottehrer, Gail L | 1/2/2008 | Work Product |

3

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 23 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Rochon, Mark; Hibey, Richard | Gottehrer, Gail L | 1/2/2008 | Work Product |
| 24 | Communication regarding court filing date in D. Conn. enforcement action | Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; Rochon, Mark | Gottehrer, Gail L. | 12/11/2007 | Work Product |
| 25 | Communication regarding court filing date in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Rochon, Mark; Hibey, Richard | Gottehrer, Gail L. | 12/11/2007 | Work Product |
| 26 | Communication regarding court filing date in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Rochon, Mark; Hibey, Richard | Gottehrer, Gail L. | 12/7/2007 | Work Product |
| 27 | Communication regarding court filing in D. Conn. enforcement action and regarding Israeli collection proceedings | Rohback, Thomas G. | Ferguson, Laura | Gottehrer, Gail L. | 12/5/2007 | Work Product |
| 28 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura; Hibey, Richard | Gottehrer, Gail L. | 12/4/2007 | Work Product |
| 29 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura; Gottehrer, Gail L.; Hibey, Richard | O'Toole, Timothy | 11/9/2007 | Work Product |

4

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 30 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura; Gottehrer, Gail L.; Rochon, Mark; Hibey, Richard | O'Toole, Timothy | 11/9/2007 | Work Product |
| 31 | Communication regarding status hearing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 10/19/2007 | Work Product |
| 32 | Communication regarding D.R.I. Ungar case | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 10/19/2007 | Work Product |
| 33 | Communication regarding communication with State Department and Department of Justice | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 10/9/2007 | Work Product |
| 34 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 9/26/2007 | Work Product |
| 35 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 9/26/2007 | Work Product |
| 36 | Communication to arrange status discussion between counsel | Rochon, Mark | Hirsh, Lawrence S.; Ferguson, Laura; Baloul, Gassan | | 6/17/2009 | Work Product |

5

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 37 | Communication regarding court order in D. Conn. enforcement action and regarding communication with State Department | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L. | 2/1/2008 | Work Product |
| 38 | Communication regarding Israeli collection proceedings and to arrange discussion between counsel | Rochon, Mark | Gottehrer, Gail L.; Rohback, Thomas G. | Ferguson, Laura; O'Toole, Timothy; McAleer, Chas; Hibey, Richard | 1/4/2008 | Work Product |
| 39 | Communication to arrange discussion regarding court filing in D. Conn. enforcement action and regarding discussion with State Department | Rochon, Mark | Gottehrer, Gail L.; Rohback, Thomas G. | Ferguson, Laura; O'Toole, Timothy; McAleer, Chas; Hibey, Richard | 1/4/2008 | Work Product |
| 40 | Communication regarding court filing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 12/20/2007 | Work Product |
| 41 | Communication regarding court filing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | O'Toole, Timothy; Ferguson, Laura; Hibey, Richard | 11/12/2007 | Work Product |

6

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 42 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | O'Toole, Timothy; Ferguson, Laura; Hibey, Richard | 11/12/2007 | Work Product |
| 43 | Communication regarding court filing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura; Gottehrer, Gail L.; Hibey, Richard | O'Toole, Timothy | 11/9/2007 | Work Product |
| 44 | Communication regarding court filing in D. Conn. enforcement action | Rochon, Mark | Gottehrer, Gail L.; Ferguson, Laura; Hibey, Richard | Rohback, Thomas G.; O'Toole, Timothy | 11/9/2007 | Work Product |
| 45 | Communication regarding D.R.I. Ungar case and status hearing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L. | 10/19/2007 | Work Product |
| 46 | Communication regarding discussion with State Department | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L. | 10/9/2007 | Work Product |
| 47 | Communication regarding status of D. Conn. enforcement action | Kamal, Rasem | Ferguson, Laura | Hibey, Richard; O'Toole, Timothy; Matta, Lamia; Baloul, Gassan; Setrakian, Berge | 5/19/2009 | Work Product |

7

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 48 | Communication regarding court order in D.R.I. Ungar case | Kamal, Rasem | Ferguson, Laura | Hibey, Richard; O'Toole, Timothy; Matta, Lamia; Baloul, Gassan; Setrakian, Berge | 5/18/2009 | Work Product |
| 49 | Communication regarding Ungar enforcement efforts | Kamal, Rasem | Ferguson, Laura; Baloul, Gassan | Hibey, Richard; O'Toole, Timothy; Matta, Lamia | 4/18/2009 | Work Product |
| 50 | Communication regarding contact information for attorneys representing another entity in another enforcement matter, with attachments | O'Toole, Tim | Baloul, Gassan | | 4/22/2009 | Work Product |
| 51 | Communication to arrange status discussion between counsel | Hirsh, Lawrence S. | Rochon, Mark | Baloul, Gassan; Ferguson, Laura | 6/18/2009 | Work Product |
| 52 | Communication regarding court filing in D. Conn. enforcement action | Hibey, Richard | Rohback, Thomas G.; Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 4/1/2008 | Work Product |
| 53 | Communication regarding court filing date in D. Conn. enforcement action | Hibey, Richard | Rohback, Thomas G.; Ferguson, Laura; Rochon, Mark | Gottehrer, Gail L. | 12/11/2007 | Work Product |
| 54 | Communication regarding PIF attorney staffing | Gottehrer, Gail L. | Ferguson, Laura | | 10/23/2008 | Work Product |

8

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 55 | Communication regarding court filing in D. Conn. enforcement action and PIF attorney staffing, with attachment | Gottehrer, Gail L. | Ferguson, Laura | | 10/23/2008 | Work Product |
| 56 | Communication regarding court filing in D. Conn. enforcement action | Gottehrer, Gail L. | Ferguson, Laura | O'Toole, Timothy | 10/2/2008 | Work Product |
| 57 | Communication regarding PIF attorney staffing | Gottehrer, Gail L. | Ferguson, Laura | | 9/23/2008 | Work Product |
| 58 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Ferguson, Laura | | 9/12/2008 | Work Product |
| 59 | Communication regarding court filing in D. Conn. enforcement action | Gottehrer, Gail L. | Ferguson, Laura | | 9/11/2008 | Work Product |
| 60 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Ferguson, Laura | | 8/22/2008 | Work Product |
| 61 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Ferguson, Laura; Rochon, Mark; McAleer, Chas; Hibey, Richard | Rohback, Thomas G. | 8/21/2008 | Work Product |

9

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 62 | Communication regarding court filing in D. Conn. enforcement action, with attachments | Gottehrer, Gail L. | Ferguson, Laura | | 7/23/2008 | Work Product |
| 63 | Communication regarding hearing in D.R.I. Ungar case | Gottehrer, Gail L. | Ferguson, Laura | | 4/30/2008 | Work Product |
| 64 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Rochon, Mark; Ferguson, Laura | Rohback, Thomas G. | 2/1/2008 | Work Product |
| 65 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Ferguson, Laura; Rochon, Mark; McAleer, Chas; Hibey, Richard | Rohback, Thomas G. | 1/8/2008 | Work Product |
| 66 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Ferguson, Laura; Rochon, Mark; Hibey, Richard; McAleer, Chas | Rohback, Thomas G. | 1/8/2008 | Work Product |
| 67 | Communication regarding Israeli collection proceedings | Gottehrer, Gail L. | Ferguson, Laura | | 1/4/2008 | Work Product |
| 68 | Communication regarding Israeli collection proceedings | Gottehrer, Gail L. | Ferguson, Laura | | 1/4/2008 | Work Product |
| 69 | Communication regarding court filing in D. Conn. enforcement action, with attachments | Gottehrer, Gail L. | Ferguson, Laura | Rohback, Thomas G. | 1/4/2008 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 70 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Rochon, Mark; Hibey, Richard; McAleer, Chas; Ferguson, Laura | Rohback, Thomas G. | 1/2/2008 | Work Product |
| 71 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Rochon, Mark | Rohback, Thomas G. | 12/21/2007 | Work Product |
| 72 | Communication regarding court filing in D. Conn. enforcement action | Gottehrer, Gail L. | Ferguson, Laura; Rochon, Mark; Hibey, Richard | Rohback, Thomas G. | 11/9/2007 | Work Product |
| 73 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Rochon, Mark; Hibey, Richard; Ferguson, Laura | Rohback, Thomas G.; O'Toole, Timothy | 11/9/2007 | Work Product |
| 74 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | Rohback, Thomas G. | 11/7/2007 | Work Product |
| 75 | Communication regarding deposition in another PA/PLO case, with attachment | Ferguson, Laura G. | Baloul, Gassan | | 4/19/2010 | Work Product |
| 76 | Communication to arrange status discussion between counsel | Ferguson, Laura G. | Hirsh, Lawrence S.; Baloul, Gassan | Rochon, Mark | 6/15/2009 | Work Product |

11

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 77 | Communication regarding court order in D.R.I. Ungar case and regarding status of D. Conn. enforcement action | Ferguson, Laura G. | Kamal, Rasem | Hibey, Richard; O'Toole, Timothy; Matta, Lamia; Baloul, Gassan; Setrakian, Berge | 5/18/2009 | Work Product |
| 78 | Communication regarding court filing date in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 12/11/2007 | Work Product |
| 79 | Communication regarding court filing in D. Conn. enforcement action, with attachments | Ferguson, Laura G. | Gottehrer, Gail L. | | 9/7/2007 | Work Product |
| 80 | Communication regarding deposition in another PA/PLO case | Baloul, Gassan | Ferguson, Laura | | 4/19/2010 | Work Product |
| 81 | Communication regarding court order in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura | Hibey, Richard; Rochon, Mark; McAleer, Chas | 3/26/2010 | Work Product |
| 82 | Communication regarding court filing in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura | Rochon, Mark | 9/15/2009 | Work Product |
| 83 | Communication regarding status of D.R.I. Ungar case and other PA/PLO litigation | Baloul, Gassan | Ferguson, Laura | | 9/2/2009 | Work Product |

12

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 84 | Communication regarding court filing in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura | | 6/2/2009 | Work Product |
| 85 | Communication regarding court filing in D. Conn. enforcement action and status of D.R.I. Ungar case, with attachment | Baloul, Gassan | Ferguson, Laura | | 6/2/2009 | Work Product |
| 86 | Communication regarding court filing in D. Conn. enforcement action and status of D.R.I. Ungar case, with attachment | Baloul, Gassan | Ferguson, Laura; Kamal, Rasem | Hibey, Richard; O'Toole, Timothy; Matta, Lamia; Setrakian, Berge | 5/19/2009 | Work Product |
| 87 | Communication regarding court order in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura | Hibey, Richard; O'Toole, Timothy; Matta, Lamia; Setrakian, Berge | 5/13/2009 | Work Product |
| 88 | Communication regarding Ungar enforcement efforts | Baloul, Gassan | Ferguson, Laura; Kamal, Rasem | Hibey, Richard; O'Toole, Timothy; Matta, Lamia | 4/16/2009 | Work Product |
| 89 | Communication regarding status of D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura; | | 11/26/2008 | Work Product |
| 90 | Communication regarding court filing dates in D.R.I. Ungar case | Ferguson, Laura G. | Baloul, Gassan; Kamal, Rasem | | 5/19/2009 | Work Product |

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 91 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rohback, Thomas G. | Rochon, Mark | Gottehrer, Gail L. | 11/14/2007 | Work Product |
| 92 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Gottehrer, Gail L. | O'Toole, Timothy; Ferguson, Laura; Hibey, Richard | 11/12/2007 | Work Product |
| 93 | Communication regarding court filing in D. Conn. enforcement action and communication with State Department, with attachment | Rochon, Mark | Rohback, Thomas G. | Gottehrer, Gail L.; Hibey, Richard; Ferguson, Laura; McAleer, Chas; O'Toole, Timothy | 11/8/2007 | Work Product |
| 94 | Communication regarding court filing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G.; Hibey, Richard; Ferguson, Laura; McAleer, Chas | Gottehrer, Gail L.; O'Toole, Timothy; McAleer, Chas | 11/8/2007 | Work Product |
| 95 | Communication regarding meeting of PIF representatives with the U.S. Consulate in Jerusalem, with attachment | Kamal, Rasem | Rochon, Mark | | 6/25/2007 | Work Product |
| 96 | Communication regarding PIF structure, with attachment | Kamal, Rasem | Rochon, Mark | Matta, Lamia | 6/25/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 97 | Communication to arrange status discussion between counsel | Hirsh, Lawrence S. | Rochon, Mark; Ferguson, Laura | Baloul, Gassan | 6/17/2009 | Work Product |
| 98 | Communication to arrange status discussion between counsel | Hirsh, Lawrence S. | Ferguson, Laura; Baloul, Gassan | Rochon, Mark | 6/15/2009 | Work Product |
| 99 | Communication regarding court order relevant to D. Conn. enforcement action from another jurisdiction and regarding PIF attorney staffing, with attachment | Ferguson, Laura G. | Gottehrer, Gail L. | Rochon, Mark; O'Toole, Timothy | 9/22/2008 | Work Product |
| 100 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L.; Rohback, Thomas G. | Rochon, Mark; Hibey, Richard; McAleer, Chas | 1/8/2008 | Work Product |
| 101 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | Rochon, Mark | 1/7/2008 | Work Product |
| 102 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Ferguson, Laura G. | Gottehrer, Gail L.; Rochon, Mark; Hibey, Richard | Rohback, Thomas G.; O'Toole, Timothy | 11/9/2007 | Work Product |

15

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 103 | Communication regarding court filing in D. Conn. enforcement action and regarding Israeli collection proceedings, with attachments | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; McAleer, Chas; O'Toole, Timothy | 12/6/2007 | Work Product |
| 104 | Communication to arrange discussion between counsel | McAleer, Chas | Gottehrer, Gail L. | | 8/30/2007 | Work Product |
| 105 | Communication to arrange discussion regarding subpoena issued in D.R.I. Ungar case | McAleer, Chas | Daniels, Bowe | Hibey, Richard; Rochon, Mark; Ferguson, Laura; Rohback, Thomas G. | 7/25/2007 | Work Product |
| 106 | Communication to arrange discussion between counsel regarding subpoena issued in D.R.I. Ungar case | McAleer, Chas | Daniels, Bowe | Hibey, Richard; Rochon, Mark; Gottehrer, Gail L.; Woodward, Blair | 7/25/2007 | Work Product |
| 107 | Communication regarding court filing in D.R.I. Ungar case | Rohback, Thomas G. | McAleer, Chas; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark | 8/4/2007 | Work Product |
| 108 | Communication to arrange discussion regarding notice of deposition and court filing in D.R.I. Ungar case | Rohback, Thomas G. | McAleer, Chas; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/7/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 109 | Communication to arrange discussion regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | McAleer, Chas; Rochon, Mark; Ferguson, Laura | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/10/2007 | Work Product |
| 110 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/5/2007 | Work Product |
| 111 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/5/2007 | Work Product |
| 112 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/5/2007 | Work Product |
| 113 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/7/2007 | Work Product |
| 114 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; McAleer, Chas | Gottehrer, Gail L. | 11/8/2007 | Work Product |

17

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 115 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Hibey, Richard; Ferguson, Laura; McAleer, Chas | Gottehrer, Gail L. | 11/8/2007 | Work Product |
| 116 | Communication to arrange discussion regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark | Gottehrer, Gail L.; Hibey, Richard; Ferguson, Laura; McAleer, Chas; O'Toole, Timothy | 11/8/2007 | Work Product |
| 117 | Communication to arrange discussion between counsel regarding court filings in D. Conn. enforcement action | Rohback, Thomas G. | McAleer, Chas; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; O'Toole, Timothy | 12/5/2007 | Work Product |
| 118 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Rochon, Mark; Gottehrer, Gail L. | Ferguson, Laura; O'Toole, Timothy; McAleer, Chas; Hibey, Richard | 1/4/2008 | Work Product |
| 119 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/5/2007 | Work Product |
| 120 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/5/2007 | Work Product |

18

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 121 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/5/2007 | Work Product |
| 122 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | Ferguson, Laura; Hibey, Richard; O'Toole, Timothy; McAleer, Chas | 11/7/2007 | Work Product |
| 123 | Communication to arrange discussion regarding court filing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G. | Gottehrer, Gail L.; Hibey, Richard; Ferguson, Laura; McAleer, Chas; O'Toole, Timothy | 11/8/2007 | Work Product |
| 124 | Communication to arrange discussion between counsel | Rochon, Mark | Gottehrer, Gail L.; Rohback, Thomas G. | Ferguson, Laura; McAleer, Chas; Hibey, Richard | 1/4/2008 | Work Product |
| 125 | Communication to arrange discussion regarding meeting with State Department and Department of Justice | Kamal, Rasem | Rochon, Mark; Matta, Lamia; Husseini, Rafiq | Hibey, Richard; McAleer, Chas; Ferguson, Laura | 9/7/2007 | Work Product |
| 126 | Communication to arrange discussion regarding meeting with State Department and Department of Justice | Rasem Kamal | Matta, Lamia; Rochon, Mark; Husseini, Rafiq | Hibey, Richard; McAleer, Chas; Ferguson, Laura | 9/7/2007 | Work Product |

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 127 | Communication to arrange discussion regarding subpoena issued in D.R.I. Ungar case | McAleer, Chas | Daniels, Bowe; Woodward, Blair; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark | 7/25/2007 | Work Product |
| 128 | Communication to arrange discussion regarding subpoena issued in D.R.I. Ungar case | McAleer, Chas | Daniels, Bowe; Woodward, Blair | Hibey, Richard; Rochon, Mark; Gottehrer, Gail L. | 7/26/2007 | Work Product |
| 129 | Communication regarding court filing in D.R.I. Ungar case, with attachment | McAleer, Chas | Rohback, Tom; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark | 8/3/2007 | Work Product |
| 130 | Communication regarding notice of deposition and court filing in D.R.I. Ungar case, with attachments | McAleer, Chas | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark | 8/6/2007 | Work Product |
| 131 | Communication to arrange discussion regarding notice of deposition and court filing in D.R.I. Ungar case; | McAleer, Chas | Gottehrer, Gail L.; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/7/2007 | Work Product |
| 132 | Communication to arrange discussion regarding notice of deposition and court filing in D.R.I Ungar case | McAleer, Chas | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/7/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 133 | Communication to arrange discussion regarding notice of deposition and court filing in D.R.I. Ungar case | McAleer, Chas | Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; Rohback, Thomas G. | 8/7/2007 | Work Product |
| 134 | Communication regarding court filings in D.R.I. Ungar case, with attachments | McAleer, Chas | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/7/2007 | Work Product |
| 135 | Communication to arrange discussion between counsel regarding court filings in D. Conn. enforcement action | McAleer, Chas | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; O'Toole, Timothy | 12/5/2007 | Work Product |
| 136 | Communication to arrange discussion between counsel regarding court filings in D. Conn. enforcement action | McAleer, Chas | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; O'Toole, Timothy | 12/5/2007 | Work Product |
| 137 | Communication to arrange discussion regarding meeting with State Department and Department of Justice | Matta, Lamia | Kamal, Rasem; Rochon, Mark; Husseini, Rafiq | Hibey, Richard; McAleer, Chas; Ferguson, Laura | 9/7/2007 | Work Product |
| 138 | Communication regarding court filing date in D. Conn. enforcement action | Hibey, Richard | Rohback, Thomas G.; Ferguson, Laura; Rochon, Mark | Gottehrer, Gail L. | 12/11/2007 | Work Product |
| 139 | Communication to arrange discussion regarding subpoena issued in D.R.I. Ungar case | Gottehrer, Gail L. | McAleer, Chas; Daniels, Bowe | Hibey, Richard; Rochon, Mark; Woodward, Blair | 7/25/2007 | Work Product |

21

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 140 | Communication regarding notice of deposition and court filing in D.R.I. Ungar case | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark | 8/6/2007 | Work Product |
| 141 | Communication to arrange discussion regarding notice of deposition and court filing in D.R.I. Ungar case | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/7/2007 | Work Product |
| 142 | Communication regarding court filings in D.R.I. Ungar case | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/7/2007 | Work Product |
| 143 | Communication to arrange discussion regarding court filing in D. Conn. enforcement action | Gottehrer, Gail L. | Rochon, Mark; Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; O'Toole, Timothy | 11/8/2007 | Work Product |
| 144 | Communication to arrange discussion between counsel regarding court filings in D. Conn. enforcement action | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; O'Toole, Timothy | 12/5/2007 | Work Product |
| 145 | Communication to arrange discussion between counsel regarding court filings in D. Conn. enforcement action | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura; O'Toole, Timothy | 12/5/2007 | Work Product |
| 146 | Communication to arrange discussion between counsel | Gottehrer, Gail L. | Rochon, Mark; Rohback, Thomas G. | Ferguson, Laura; O'Toole, Timothy; McAleer, Chas; Hibey, Richard | 1/4/2008 | Work Product |

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 147 | Communication regarding court filing in D.R.I. Ungar case, with attachments | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; McAleer, Chas | 8/28/2007 | Work Product |
| 148 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Rohback, Thomas G.; Rochon, Mark; Hibey, Richard | Gottehrer, Gail L. | 1/2/2008 | Work Product |
| 149 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 1/3/2008 | Work Product |
| 150 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L.; Rochon, Mark; McAleer, Chas; Hibey, Richard | Rohback, Thomas G. | 8/21/2008 | Work Product |
| 151 | Communication regarding court filing dates in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura; Kamal, Rasem | Hibey, Richard; O'Toole, Timothy; Matta, Lamia; Setrakian, Berge | 5/19/2009 | Work Product |
| 152 | Communication to arrange dates for meeting with State Department | Rohback, Thomas G. | Hibey, Richard; Gottehrer, Gail L. | | 6/29/2007 | Work Product |
| 153 | Communication to arrange dates for meeting with State Department | Rohback, Thomas G. | Hibey, Richard; Gottehrer, Gail L. | | 7/2/2007 | Work Product |

23

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|-----|----------------|--------|-----------|--------|------|-------------------|
| 154 | Communication regarding arrangements for meeting with State Department | Rohback, Thomas G. | Hibey, Richard; Gottehrer, Gail L.; Kerr, Charles; Kalbian, Haig; Salem, George; Matta, Lamia; Ferguson, Laura; Rochon, Mark; McAleer, Chas | | 7/5/2007 | Work Product |
| 155 | Communication regarding arrangements for meeting with State Department | Rohback, Thomas G. | Hibey, Richard; Gottehrer, Gail L.; Kerr, Charles; Kalbian, Haig; Salem, George; Matta, Lamia; Ferguson, Laura; Rochon, Mark; McAleer, Chas | | 7/5/2007 | Work Product |
| 156 | Communication regarding discussion with State Department | Rohback, Thomas G. | Dolan, JoAnn; Hibey, Richard; Rochon, Mark; Kalbian, Haig; Kerr, Charles; Salem, George | Gottehrer, Gail L. | 7/13/2007 | Work Product |
| 157 | Communication to arrange dates for meeting with State Department | Rohback, Thomas G. | Hibey, Richard; Gottehrer, Gail L. | | 6/29/2007 | Work Product |
| 158 | Communication regarding arrangements for meeting with State Department | Rohback, Thomas G. | Hibey, Richard; Gottehrer, Gail L.; Kerr, Charles; Kalbian, Haig; Salem, George; Matta, Lamia; Ferguson, Laura; Rochon, Mark; McAleer, Chas | | 7/4/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 159 | Communication regarding arrangements for meeting with State Department | Hibey, Richard | Rohback, Thomas G.; Gottehrer, Gail L.; Kerr, Charles; Salem, George; Matta, Lamia; Ferguson, Laura; Rochon, Mark; McAleer, Chas | | 7/5/2007 | Work Product |
| 160 | Communication to arrange dates for meeting with State Department | Hibey, Richard | Rohback, Thomas G.; Gottehrer, Gail L. | | 6/29/2007 | Work Product |
| 161 | Communication to arrange dates for meeting with State Department | Hibey, Richard | Gottehrer, Gail L. | Rohback, Thomas G. | 6/29/2007 | Work Product |
| 162 | Communication regarding prior discussion with State Department and to arrange dates for meeting with State Department | Hibey, Richard | Kerr, Charles; Rohback, Tom; Gottehrer, Gail; Baker, Mary | Rochon, Mark; McAleer, Chas; Ferguson, Laura | 6/28/2007 | Work Product |
| 163 | Communication to arrange dates for meeting with State Department | Gottehrer, Gail L. | Hibey, Richard | Rohback, Thomas G. | 6/29/2007 | Work Product |
| 164 | Communication regarding preparation for meeting with State Department | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L.; Salem, George; Kerr, Charles | Hibey, Richard; Rochon, Mark; McAleer, Chas; Matta, Lamia | 7/5/2007 | Work Product |
| 165 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Ferguson, Laura; Gottehrer, Gail L. | O'Toole, Timothy | 6/25/2008 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 166 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Ferguson, Laura; Gottehrer, Gail L. | O'Toole, Timothy | 6/25/2008 | Work Product |
| 167 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Ferguson, Laura; Gottehrer, Gail L. | Rochon, Mark; O'Toole, Timothy | 6/23/2008 | Work Product |
| 168 | Communication to arrange discussion between counsel | Gottehrer, Gail L. | Ferguson, Laura; Rohback, Thomas G. | O'Toole, Timothy | 6/25/2008 | Work Product |
| 169 | Communication to arrange discussion between counsel | Gottehrer, Gail L. | Ferguson, Laura; Rohback, Thomas G. | Rochon, Mark; O'Toole, Timothy | 6/23/2008 | Work Product |
| 170 | Communication regarding contact information for attorneys representing another entity in another enforcement matter | Baloul, Gassan | O'Toole, Timothy | | 4/22/2009 | Work Product |
| 171 | Communication regarding hearing in D.R.I. Ungar case, with attachment | Ferguson, Laura G. | Gottehrer, Gail L. | | 4/30/2008 | Work Product |
| 172 | Communication to arrange discussion between counsel regarding order in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L.; Rohback, Thomas G. | Rochon, Mark | 5/14/2008 | Work Product |
| 173 | Communication to arrange discussion between counsel regarding order in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L.; Rohback, Thomas G. | Rochon, Mark | 5/14/2008 | Work Product |
| 174 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | | 5/16/2008 | Work Product |

26

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 175 | Communication to arrange discussion between counsel and regarding other PA/PLO litigation | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | Rochon, Mark | 6/23/2008 | Work Product |
| 176 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | Rochon, Mark; O'Toole, Tim | 6/23/2008 | Work Product |
| 177 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Gottehrer, Gail L.; Rohback, Thomas G. | O'Toole, Tim | 6/25/2008 | Work Product |
| 178 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | O'Toole, Tim | 6/25/2008 | Work Product |
| 179 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 7/23/2008 | Work Product |
| 180 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 7/23/2008 | Work Product |
| 181 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 8/22/2008 | Work Product |
| 182 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 8/22/2008 | Work Product |
| 183 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | O'Toole, Tim | 9/11/2008 | Work Product |

27

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 184 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 9/11/2008 | Work Product |
| 185 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 9/12/2008 | Work Product |
| 186 | Communication regarding PIF attorney staffing | Ferguson, Laura G. | Gottehrer, Gail L. | | 9/23/2008 | Work Product |
| 187 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | O'Toole, Tim | 10/2/2008 | Work Product |
| 188 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 10/2/2008 | Work Product |
| 189 | Communication regarding notice of filing in Connecticut state court, with attachments | Ferguson, Laura G. | Gottehrer, Gail L. | Rochon, Mark; O'Toole, Tim | 10/8/2008 | Work Product |
| 190 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 10/21/2008 | Work Product |
| 191 | Communication regarding PIF attorney staffing | Ferguson, Laura G. | Gottehrer, Gail L. | | 10/23/2008 | Work Product |
| 192 | Communication regarding status of D.R.I. Ungar case | Ferguson, Laura G. | Baloul, Gassan | | 11/26/2008 | Work Product |

28

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 193 | Communication regarding Ungar enforcement efforts, with attachment | Ferguson, Laura G. | Kamal, Rasem; Baloul, Gassan | Hibey, Richard.; O'Toole, Tim.; Matta, Lamia | 4/16/2009 | Work Product |
| 194 | Communication regarding court order in D.R.I. Ungar case, with attachment | Ferguson, Laura G. | Baloul, Gassan | | 5/13/2009 | Work Product |
| 195 | Communication regarding court order in D.R.I. Ungar case, with attachment | Ferguson, Laura G. | Baloul, Gassan | | 5/13/2009 | Work Product |
| 196 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Baloul, Gassan; Kamal, Rasem | Hibey, Richard.; O'Toole, Tim.; Matta, Lamia; Setrakian, Berge | 5/19/2009 | Work Product |
| 197 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Baloul, Gassan | | 6/2/2009 | Work Product |
| 198 | Communication regarding court filing in D.R.I. Ungar case, with attachment | Ferguson, Laura G. | Baloul, Gassan | | 6/2/2009 | Work Product |
| 199 | Communication to arrange status discussion between counsel | Ferguson, Laura G. | Hirsh, Lawrence S.; Baloul, Gassan | Rochon, Mark | 6/15/2009 | Work Product |
| 200 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Gottehrer, Gail L. | Rohback, Thomas G. | 9/5/2007 | Work Product |
| 201 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Gottehrer, Gail L. | | 9/5/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 202 | Communication to arrange discussion between counsel | Ferguson, Laura G. | Gottehrer, Gail L. | Rohback, Thomas G. | 9/5/2007 | Work Product |
| 203 | Communication regarding court filing in D. Conn. enforcement action and regarding Israeli collection proceedings | Ferguson, Laura G. | Rohback, Thomas G. | Gottehrer, Gail L. | 12/5/2007 | Work Product |
| 204 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Gottehrer, Gail L. | | 1/4/2008 | Work Product |
| 205 | Communication regarding Israeli collection proceedings | Ferguson, Laura G. | Gottehrer, Gail L. | | 1/4/2008 | Work Product |
| 206 | Communication regarding Israeli collection proceedings, with attachment | Ferguson, Laura G. | Gottehrer, Gail L. | | 1/4/2008 | Work Product |
| 207 | Communication to arrange status discussion between counsel, with attachment | Rochon, Mark | McPherson, Mark D.; Kerr, Charles; Kalbian, Haig; Hirsh, Lawrence S.; Baloul, Gassan; Salem, George; McElhinny, Harold J.; Lynch, James | Ferguson, Laura; Hibey, Richard; McAleer, Chas | 6/22/2009 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 208 | Communication to arrange status discussion between counsel, with attachment | Rochon, Mark | McPherson, Mark D.; Kerr, Charles; Kalbian, Haig; Hirsh, Lawrence S.; Baloul, Gassan; Salem, George; McElhinny, Harold J. | Ferguson, Laura; Hibey, Richard; McAleer, Chas | 6/19/2009 | Work Product |
| 209 | Communication regarding court filing in D. Conn. enforcement action, with attachments | Gottehrer, Gail L. | McAleer, Chas | Rohback, Thomas G. | 8/8/2007 | Work Product |
| 210 | Communication regarding hearing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | McAleer, Chas; Ferguson, Laura | Rohback, Thomas G. | 7/6/2007 | Work Product |
| 211 | Communication regarding PA/PLO's counsel's representation of PA/PLO in other matters and about dates for meeting with State Department | Gottehrer, Gail L. | McAleer, Chas | | 6/29/2007 | Work Product |
| 212 | Communication to arrange meeting between PA/PLO attorneys and representatives of PIF | Gottehrer, Gail L. | McAleer, Chas | | 6/26/2007 | Work Product |
| 213 | Communication regarding court filing and hearing date in D.R.I. Ungar case, with attachment | Gottehrer, Gail L. | McAleer, Chas | Rohback, Thomas G. | 6/13/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 214 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | McAleer, Chas; O'Toole, Timothy | 8/1/2008 | Work Product |
| 215 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Gottehrer, Gail L.; Rochon, Mark | McAleer, Chas; O'Toole, Timothy | 8/1/2008 | Work Product |
| 216 | Communication to arrange discussion between counsel | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L.; McAleer, Chas | 7/28/2008 | Work Product |
| 217 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L.; McAleer, Chas | 7/28/2008 | Work Product |
| 218 | Communication to arrange discussion between counsel | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L.; McAleer, Chas | 7/28/2008 | Work Product |
| 219 | Communication regarding court filing in D. Conn. enforcement action | McAleer, Chas | Gottehrer, Gail L. | Ferguson, Laura | 7/18/2007 | Work Product |
| 220 | Communication regarding change of hearing date in D.R.I. Ungar case | McAleer, Chas | Gottehrer, Gail L. | Rohback, Thomas G. | 5/24/2007 | Work Product |
| 221 | Communication regarding change of hearing date in D.R.I. Ungar case | McAleer, Chas | Gottehrer, Gail L. | Rohback, Thomas G. | 5/21/2007 | Work Product |
| 222 | Communication regarding change of hearing date in D.R.I. Ungar case | Gottehrer, Gail L. | McAleer, Chas | Rohback, Thomas G. | 5/23/2007 | Work Product |

32

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 223 | Communication regarding change of hearing date in D.R.I. Ungar case | Gottehrer, Gail L. | McAleer, Chas | Rohback, Thomas G. | 5/21/2007 | Work Product |
| 224 | Communication regarding court filing in D.R.I. Ungar case, with attachment | Ferguson, Laura | Baloul, Gassan | | 9/14/2010 | Work Product |
| 225 | Communication regarding discovery served in D.R.I. Ungar case, with attachment | McAleer, Chas | Baloul, Gassan | | 10/26/2010 | Work Product |
| 226 | Communication regarding court filing in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura | | 9/14/2010 | Work Product |
| 227 | Communication regarding preparation for meeting with State Department, with attachment | Hibey, Richard | Rohback, Tom; Salem, George; Kerr, Charles; Matta, Lamia | Rochon, Mark; Ferguson, Laura | 7/10/2007 | Work Product |
| 228 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura | | 12/4/2007 | Work Product |
| 229 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Ferguson, Laura | | 12/4/2007 | Work Product |
| 230 | Communication regarding communication with State Department | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | | 10/18/2007 | Work Product |

33

I1180291

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 231 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rohback, Thomas G. | Rochon, Mark | | 10/2/2007 | Work Product |
| 232 | Communication regarding court filing in D. Conn. enforcement action, with attachments | Rochon, Mark | Rohback, Thomas G. | Rochon, Mark | 1/6/2008 | Work Product |
| 233 | Communication regarding discussion regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | Hibey, Richard; Rochon, Mark | | 11/8/2007 | Work Product |
| 234 | Communication regarding meeting with State Department and Department of Justice | Rochon, Mark | Matta, Lamia; Husseini, Rafiq; Kamal, Rasem | Hibey, Richard; McAleer, Chas; Ferguson, Laura | 9/7/2007 | Work Product |
| 235 | Communication to arrange meeting between PA/PLO attorneys and representatives of PIF | McAleer, Chas | Gottehrer, Gail | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 6/26/2007 | Work Product |
| 236 | Communication to arrange discussion between PA/PLO and PIF representatives | Ferguson, Laura G. | Matta, Lamia; Husseini, Rafiq; Kamal, Rasem | Hibey, Richard; Rochon, Mark; McAleer, Chas | 9/7/2007 | Work Product |

34

I118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 237 | Communication regarding discussion with State Department | Salem, George | Dolan, JoAnn; Hibey, Richard; Rochon, Mark; Kalbian, Haig; Rohback, Tom; Kerr, Charles | Gately, Mary | 7/13/2007 | Work Product |
| 238 | Communication regarding arrangements for meeting with State Department | Rohback, Thomas G. | Hibey, Richard | | 7/5/2007 | Work Product |
| 239 | Communication to arrange dates for meeting with State Department | Rohback, Thomas G. | Hibey, Richard | | 7/2/2007 | Work Product |
| 240 | Communication regarding arrangements for meeting with State Department | Rohback, Thomas G. | Hibey, Richard | | 7/5/2007 | Work Product |
| 241 | Communication to arrange dates for meeting with State Department | Rohback, Thomas G. | Hibey, Richard | | 7/2/2007 | Work Product |
| 242 | Communication to arrange dates for meeting with State Department | Rohback, Thomas G. | Hibey, Richard | | 7/2/2007 | Work Product |
| 243 | Communication regarding arrangements for meeting with State Department | Rohback, Thomas G. | Hibey, Richard | | 7/5/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 244 | Communication regarding arrangements for meeting with State Department | Hibey, Richard | Rohback, Thomas G. | | 7/5/2007 | Work Product |
| 245 | Communication to discuss arrangements and preparation for meeting with State Department | Hibey, Richard | Rohback, Tom; Gottehrer, Gail; Kerr, Charles; Salem, George; Matta, Lamia; Ferguson, Laura; Rochon, Mark; McAleer, Chas | Najjab, Walid | 7/3/2007 | Work Product |
| 246 | Communication to arrange dates for meeting with State Department | Hibey, Richard | Rohback, Thomas G. | | 7/2/2007 | Work Product |
| 247 | Communication to arrange dates for meeting with State Department | Hibey, Richard | Rohback, Thomas G. | | 7/2/2007 | Work Product |
| 248 | Communication to arrange dates for meeting with State Department | Hibey, Richard | Rohback, Thomas G. | | 7/2/2007 | Work Product |
| 249 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Rohback, Thomas G. | | 12/4/2007 | Work Product |
| 250 | Communication regarding court filing in D. Conn. enforcement action | Ferguson, Laura G. | Rohback, Thomas G. | | 12/4/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 251 | Communication to arrange discussion between counsel | Rohback, Thomas G. | McAleer, Chas | | 7/6/2007 | Work Product |
| 252 | Communication regarding PIF attorney staffing | Hibey, Richard | Rohback, Thomas G.; McAleer, Chas; Ferguson, Laura; Lamia Matta | Rochon, Mark | 9/8/2008 | Work Product |
| 253 | Communication regarding court filing in D.R.I. Ungar case, with attachment | Ferguson, Laura | Baloul, Gassan | | 9/14/2010 | Work Product |
| 254 | Communication regarding court filing in D.R.I. Ungar case | Baloul, Gassan | Ferguson, Laura | | 9/14/2010 | Work Product |
| 255 | Communication regarding discovery responses in D.R.I. Ungar case, regarding court filing in D. Conn. enforcement action, and to arrange discussion between counsel, with attachments | McAleer, Chas | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/30/2007 | Work Product |
| 256 | Communication regarding PIF attorney staffing | Rohback, Thomas G. | Ferguson, Laura | | 9/8/2008 | Work Product |
| 257 | Communication regarding court filing in D. Conn. enforcement action and regarding communication with State Department and Department of Justice | Rohback, Thomas G. | Rochon, Mark | Gottehrer, Gail L.; Ferguson, Laura | 9/27/2007 | Work Product |

37

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 258 | Communication regarding court filing in D. Conn. enforcement action and regarding communication with State Department and Department of Justice | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 9/27/2007 | Work Product |
| 259 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Rohback, Thomas G. | Rochon, Mark; Ferguson, Laura | Gottehrer, Gail L. | 9/25/2007 | Work Product |
| 260 | Communication regarding court filing in D. Conn. enforcement action | Rohback, Thomas G. | McAleer, Chas; Ferguson, Laura | Gottehrer, Gail L. | 9/19/2007 | Work Product |
| 261 | Communication regarding communication with State Department and Department of Justice, with attachments | Rochon, Mark | Rohback, Thomas G. | Gottehrer, Gail L.; Ferguson, Laura; McAleer, Chas | 10/2/2007 | Work Product |
| 262 | Communication regarding court filing in D. Conn. enforcement action and regarding communication with State Department and Department of Justice | Rochon, Mark | Rohback, Thomas G. | Gottehrer, Gail L.; Ferguson, Laura | 9/27/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 263 | Communication regarding court filing in D. Conn. enforcement action and regarding communication with State Department and Department of Justice | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L. | 9/26/2007 | Work Product |
| 264 | Communication to arrange discussion between PA/PLO and PIF representatives regarding discussion with State Department | Rochon, Mark | Gottehrer, Gail L.; Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/5/2007 | Work Product |
| 265 | Communication to arrange discussion between counsel regarding discussion with State Department | Rochon, Mark | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/4/2007 | Work Product |
| 266 | Communication regarding discussion with State Department and court filing in D. Conn. enforcement action, with attachments | Hibey, Richard | Rohback, Tom | Gottehrer, Gail; Rochon, Mark; McAleer, Chas; Ferguson, Laura; O'Toole, Timothy | 9/13/2007 | Work Product |
| 267 | Communication regarding court filing in D. Conn. enforcement action, with attachment | Gottehrer, Gail L. | McAleer, Chas; Ferguson, Laura | | 7/18/2007 | Work Product |
| 268 | Communication regarding court filing in D. Conn. enforcement action | Hibey, Richard | Rohback, Thomas G. | | 11/7/2007 | Work Product |

39

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 269 | Communication regarding communication with State Department | Rohback, Thomas G. | Rochon, Mark | Gottehrer, Gail L. | 9/25/2007 | Work Product |
| 270 | Communication regarding court filing in D. Conn. enforcement action | Rochon, Mark | Rohback, Thomas G.; Ferguson, Laura | Gottehrer, Gail L. | 9/26/2007 | Work Product |
| 271 | Communication regarding communication with State Department | Rochon, Mark | Rohback, Thomas G. | | 9/25/2007 | Work Product |
| 272 | Communication regarding discussion with State Department and court filing in D. Conn. enforcement action, with attachment | Ferguson, Laura G. | Rohback, Thomas G.; Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark; McAleer, Chas; O'Toole, Timothy | 9/12/2007 | Work Product |
| 273 | Communication regarding communication with State Department | Rohback, Thomas G. | Hibey, Richard | Rochon, Mark; McAleer, Chas; Ferguson, Laura | 7/11/2007 | Work Product |
| 274 | Communication to arrange discussion between counsel | Rohback, Thomas G. | McAleer, Chas | Gottehrer, Gail L.; Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/16/2007 | Work Product |
| 275 | Communication to arrange discussion between PA/PLO and PIF representatives | Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura | Rochon, Mark; Matta, Lamia; Lawson, Sherry; Salem, George; Gottehrer, Gail L. | 9/5/2007 | Work Product |

40

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 276 | Communication regarding PIF attorney staffing | Rohback, Thomas G. | McAleer, Chas; Ferguson, Laura; Hibey, Richard; Lamia Matta | | 9/8/2008 | Work Product |
| 277 | Communication to arrange discussion between counsel regarding discussion with State Department | Rochon, Mark | Gottehrer, Gail L.; Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/4/2007 | Work Product |
| 278 | Communication to arrange discussion between counsel regarding discussion with State Department | Rochon, Mark | Gottehrer, Gail L.; Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/4/2007 | Work Product |
| 279 | Communication to arrange discussion between counsel | Rochon, Mark | Gottehrer, Gail L. | Rohback, Thomas G.; McAleer, Chas; Ferguson, Laura; Hibey, Richard; O'Toole, Timothy | 9/7/2007 | Work Product |
| 280 | Communication regarding other PA/PLO litigation and to arrange discussion between counsel | McAleer, Chas | Rohback, Tom | Hibey, Richard; Rochon, Mark; Matta, Lamia | 5/18/2007 | Work Product |
| 281 | Communication to arrange discussion between counsel regarding D.R.I. Ungar case developments | McAleer, Chas | Rohback, Tom | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 6/19/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 282 | Communication regarding subpoena issued in D.R.I. Ungar case, with attachment | McAleer, Chas | Gottehrer, Gail L. | Hibey, Richard; Rochon, Mark | 7/25/2007 | Work Product |
| 283 | Communication to arrange discussion between counsel | McAleer, Chas | Rohback, Thomas G. | Gottehrer, Gail L.; Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/16/2007 | Work Product |
| 284 | Communication to arrange discussion between counsel | McAleer, Chas | Rohback, Thomas G. | Gottehrer, Gail L.; Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/16/2007 | Work Product |
| 285 | Communication to arrange discussion between counsel | McAleer, Chas | Rohback, Thomas G. | Hibey, Richard | 8/20/2007 | Work Product |
| 286 | Communication to arrange discussion between counsel | McAleer, Chas | Rohback, Thomas G. | Hibey, Richard | 8/20/2007 | Work Product |
| 287 | Communication to arrange discussion between counsel | McAleer, Chas | Rohback, Thomas G. | Hibey, Richard | 8/20/2007 | Work Product |
| 288 | Communication regarding communication with State Department | Hibey, Richard | Rohback, Thomas G. | Rochon, Mark; McAleer, Chas; Ferguson, Laura | 7/11/2007 | Work Product |

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 289 | Communication to arrange discussion between PA/PLO and PIF representatives | Hibey, Richard | Rohback, Thomas G.; Ferguson, Laura | Rochon, Mark; Matta, Lamia; Lawson, Sherry; Salem, George; Gottehrer, Gail L. | 9/5/2007 | Work Product |
| 290 | Communication regarding contact information for State Department | Gottehrer, Gail L. | Hibey, Richard | | 7/26/2007 | Work Product |
| 291 | Communication to arrange discussion between counsel | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | | 8/16/2007 | Work Product |
| 292 | Communication to arrange discussion between counsel | Gottehrer, Gail L. | McAleer, Chas; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | 8/30/2007 | Work Product |
| 293 | Communication to arrange discussion between counsel regarding discussion with State Department | Gottehrer, Gail L. | Rochon, Mark; Rohback, Thomas G. | Hibey, Richard; Rochon, Mark; Ferguson, Laura | | Work Product |
| 294 | Communication to arrange discussion between counsel regarding discussion with State Department | Gottehrer, Gail L. | Rochon, Mark; Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/4/2007 | Work Product |
| | | | | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/4/2007 | Work Product |

43

1118029.1

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 295 | Communication to arrange discussion between counsel regarding discussion with State Department | Gottehrer, Gail L. | Rochon, Mark; Rohback, Thomas G. | Hibey, Richard; Ferguson, Laura; McAleer, Chas; Matta, Lamia; Salem, George | 9/4/2007 | Work Product |
| 296 | Communication to arrange discussion between counsel | Gottehrer, Gail L. | Rochon, Mark | Rohback, Thomas G.; McAleer, Chas; Ferguson, Laura; Hibey, Richard; O'Toole, Timothy | 9/7/2007 | Work Product |
| 297 | Communication regarding communication with State Department, with attachment | Ferguson, Laura G. | Rohback, Thomas G. | Hibey, Richard | 7/12/2007 | Work Product |
| 298 | Communication to arrange discussion between PA/PLO and PIF representatives | Ferguson, Laura G. | Gottehrer, Gail L.; Rohback, Thomas G.; Salem, George; Lawson, Sherry; Matta, Lamia | Rochon, Mark; Hibey, Richard | 9/5/2007 | Work Product |
| 299 | Communication regarding PIF attorney staffing | Ferguson, Laura G. | Rohback, Thomas G | | 9/8/2008 | Work Product |
| 300 | Communication regarding PIF attorney staffing | Ferguson, Laura G. | Rohback, Thomas G. | | 9/8/2008 | Work Product |
| 301 | Communication regarding discovery served in D.R.I. Ungar case, with attachment | McAleer, Chas | Baloul, Gassan | | 10/26/2010 | Work Product |

44

| NO. | SUBJECT MATTER | SENDER | RECIPIENT | COPIED | DATE | TYPE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| 302 | Communication regarding discovery served in D.R.I. Ungar case | McAleer, Chas | Hirsh, Lawrence S.; Baloul, Gassan | | 11/2/2010 | Work Product |
| 303 | Communication regarding discovery served in D.R.I. Ungar case, with attachment | McAleer, Chas | Hirsh, Lawrence S.; Baloul, Gassan | | 11/3/2010 | Work Product |
| 304 | Communication regarding discovery served in D.R.I. Ungar case | McAleer, Chas | Hirsh, Lawrence S.; Baloul, Gassan | | 11/3/2010 | Work Product |
| 305 | Communication regarding discovery served in D.R.I. Ungar case | Hirsh, Lawrence S. | McAleer, Chas; Baloul, Gassan | | 11/2/2010 | Work Product |
| 306 | Letter regarding enforcement efforts against PIF, with attachments | Rochon, Mark | Dolan, JoAnn; Bhattacharyya, Rupa | Rohback, Thomas G. | 10/2/2007 | Work Product |
| 307 | Communication regarding discovery served in D.R.I. Ungar case | McAleer, Chas | Hirsh, Lawrence S.; Baloul, Gassan | | 11/8/2010 | Work Product |
| 308 | Communication regarding discovery served in D.R.I. Ungar case | McAleer, Chas | Hirsh, Lawrence S.; Baloul, Gassan | | 11/9/2010 | Work Product |
| 309 | Communication regarding discovery served in D.R.I. Ungar case | McAleer, Chas | Hirsh, Lawrence S.; Baloul, Gassan | | 11/9/2010 | Work Product |

45

1118029.1