# EXHIBIT 7

798192.1

MCINTYRE, TATE,
& LYNCH LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN *
ROBERT S. PARKER *
ROBERT J. SGROI †

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

November 12, 2010

*VIA EMAIL*

Mark Rochon. Esq.
Richard Hibey, Esq.
Brian Hill, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC 20005-5701

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Re:   *Ungar v. Palestinian Authority, et al.*, 00-105L (D.R.I.)

Counsel,

I write to supplement our responses to your interrogatories seeking information about our witnesses. This supplemental information is being sent in letter form for the time being because we expect to provide further supplemental information on Monday.

The information below is being provided subject to our objections to your interrogatories and purely as a response to your interrogatories and not pursuant to Rule 26, which as we have indicated in prior communications does not apply to this proceeding. Accordingly, nothing contained herein should be construed as a derogation of Plaintiffs' position that Rule 26 is inapplicable to the pending motion to vacate the judgment, or that Defendants are precluded from challenging the damage award and Plaintiffs' causes of action under Israeli law. This information is being supplied subject to the objections Plaintiffs previously asserted in response to Defendants' discovery demands and Plaintiffs' reservation of the right to file motions in limine regarding some or all of the topics referenced below.

Furthermore, the identification of potential witnesses regarding the damages award and Israeli law is being made purely out of an abundance of caution, in the event that the Court denies our motion in limine to exclude such testimony.

Subject to the above, the expert witnesses the Plaintiffs may use at the hearing in this matter are, based on current information, the following:

Professor Barry Rubin -- Middle East expert who will address assertions made by Glenn Robinson and Raja Shehadeh.

Dr. Matthew Levitt -- expert on Hamas who will address assertions made by Robinson.

Ofer Saad -- Israeli military intelligence officer between 1994-1996 who specialized in terrorism and Palestinian affairs who will address assertions made by Glenn Robinson and Raja Shehadeh.

Daniel Reisner -- international law expert and a co-drafter of the Oslo Accords who will address assertions made by Glenn Robinson and Raja Shehadeh.

Dr. Lone Thanning -- a forensic expert who will testify to Yaron Ungar's conscious pain and suffering.     See attached report

Dr. Allan Brenman -- psychologist who will testify to his examination of Dvir and Yishai Ungar. See attached report.

Dr. Boaz Shnoor -- expert on Israeli tort law who will address assertions made by Mohammed Dahleh and Raja Shehadeh.

Professor Emanuel Gross -- expert on Israeli criminal law who will address assertions made by Mohammed Dahleh and Raja Shehadeh.

As noted, we expect to have further information by Monday.

Sincerely,

David J. Strachman

Enclosures

cc:   Max Wistow