# EXHIBIT 10

Case 1:00-cv-00105-L-DLM   Document 608-10   Filed 11/18/10   Page 1 of 2 PageID #: 8767

798192.1

## Hill, Brian

| | |
|---|---|
| **From:** | admin@mtlhlaw.com [admin@mtlesq.com] |
| **Sent:** | Monday, November 15, 2010 5:37 PM |
| **To:** | Hill, Brian; Rochon, Mark; Hibey, Richard; dsherman@eapdlaw.com |
| **Cc:** | 'Max Wistow'; 'Benjamin Ledsham'; 'RJT@TolchinLaw.com' |
| **Subject:** | Expert Report of Daniel Reisner |
| **Attachments:** | Reisner Report.pdf |

Counsel,

Without derogating from our position that Rule 26 is inapplicable to these proceedings and that experts on foreign law are not required to produce a report even when Rule 26 applies, please find attached the Expert Report of Daniel Reisner. The substance of the report constitutes a supplemental response to defendants' interrogatories, without derogating from our objections to those interrogatories.

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

11/18/2010