# EXHIBIT 11

798192.1

**Hill, Brian**

| | |
|---|---|
| **From:** | David J. Strachman [djs@mtlesq.com] |
| **Sent:** | Monday, November 15, 2010 7:44 PM |
| **To:** | Hibey, Richard; Rochon, Mark; Hill, Brian; dsherman@eapdlaw.com |
| **Cc:** | 'Max Wistow'; 'RJT@TolchinLaw.com'; 'Benjamin Ledsham' |
| **Subject:** | Rubin Report |
| **Attachments:** | Rubin Report.pdf |

Counsel,

Without derogating from our position that Rule 26 does not apply to this proceeding, please find attached the Expert Report of Professor Barry Rubin. For technical reasons Professor Rubin was unable to send a signed copy of the report; we expect to be able send you a signature page/signed copy tomorrow. Without derogating from our objections to your interrogatories, the information contained in the report should be considered a supplemental response to your interrogatories.

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com