# Exhibit 8

# Hill, Brian

| | |
|---|---|
| **From:** | Hill, Brian |
| **Sent:** | Monday, September 27, 2010 8:14 PM |
| **To:** | 'David J. Strachman'; 'Max Wistow' |
| **Cc:** | Rochon, Mark; Hibey, Richard; Wise, Andrew; DSherman@eapdlaw.com |
| **Subject:** | Ungar v. PA |
| **Attachments:** | CANON-9070_EXCHANGE_09272010-200021.PDF; CANON-LAC_EXCHANGE_09272010-195944.PDF; CANON-LAC_EXCHANGE_09272010-200300.PDF |

Counsel,

Please see the attached correspondence and Objections and Responses to Plaintiffs' 3rd Requests for Production (the latter of which has been scanned as two separate files due to its length).

We are also transmitting by FedEx hard copies of the Objections and Responses to David Strachman and Max Wistow, and FedExing 5 boxes of responsive documents to David Strachman.

Regards,


Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801

11/18/2010