# Exhibit 9


**MILLER CHEVALIER**

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

September 27, 2010

**BY ELECTRONIC MAIL AND
FEDERAL EXPRES**

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903

Re:  *Ungar et. al. v. The Palestinian Authority, et al.*, Case No. 00-105L (D.R.I.)

Dear Counsel:

I am enclosing herein a service copy of the Objections and Responses of Defendants The Palestine Liberation Organization and the Palestinian Authority to Plaintiffs-Judgment Creditors' Third Request for Production of Documents and Things Relevant to Defendants-Judgment Debtors' Rule 60(B)(6) Motion. I am happy to discuss these Objections and Responses with you on a mutually convenient date.

Subject to and without waiving Defendants' pending General and Specific Objections to Plaintiffs-Judgment Creditors' Third Request, I am enclosing certain responsive, non-privileged documents of Defendants The Palestine Liberation Organization and the Palestinian Authority which have been assigned the following production numbers: 01:000070 - 01:0012062. These documents are being produced subject to the terms of the Confidentiality Agreement and Stipulation for the Entry of a Protective Order entered in this case on October 26, 2007, and regarding which the Parties have corresponded in communications dated September 27, 2010, and September 26, 2010.

Please let me know if you have any questions regarding the foregoing.

Sincerely,

Brian A. Hill

Enclosures