# Exhibit 10

## Hill, Brian

**From:** David J. Strachman [djs@mtlesq.com]
**Sent:** Wednesday, September 29, 2010 5:10 PM
**To:** Rochon, Mark; Hibey, Richard; Wise, Andrew; Hill, Brian; DSherman@eapdlaw.com
**Cc:** 'Max Wistow'
**Subject:** Ungar v. PA/PLO-- Defendants' response to Plaintiffs 3rd RPD

Counsel,
1) After a quick review of the 5 boxes you provided yesterday, it seems all the documents supplied are pleadings from US cases in which the PA and PLO are defendants. Is this accurate? Are there *any* documents that are not pleadings? If there are other documents mixed in, please identity them forthwith.
2) Also, we demand that you immediately provide an index correlating the 12,000 page mass of documents to the specific document requests.
3) Please advise of a time Monday or Tuesday for a "meet and confer" with respect to the Defendants' objections to the Plaintiffs Third Request for Documents. I am also available Sunday if convenient for you.
Dave

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

11/18/2010