# Exhibit 13

**Hill, Brian**
___

**From:** Hill, Brian
**Sent:** Thursday, October 07, 2010 3:28 PM
**To:** 'David J. Strachman'
**Cc:** DSherman@eapdlaw.com
**Subject:** Ungar v. PA

David,

In response to your questions during today's meet and confer call regarding our recent document productions, the following bates ranges represent discovery material served in other cases, 01:0009805-01:0011901, and the following bates ranges represent material that is neither Defendants' filings in other matters nor discovery material served in other cases: 01:0011902-01:0012504.

Regards,

Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801

1