# Exhibit 14

## Hill, Brian

**From:** David J. Strachman [djs@mtlesq.com]
**Sent:** Thursday, October 07, 2010 8:01 PM
**To:** Hill, Brian; Rochon, Mark; Hibey, Richard; DSherman@eapdlaw.com; Wise, Andrew
**Cc:** 'Max Wistow'
**Subject:** Ungar v. PA/PLO

**Counsel,**

**Defendants recently produced a large number of Arabic documents. Certainly, you obtained English-language translations of these documents prior to production.  Those translations are responsive to our requests and therefore we request that you immediately provide us with any and all English-language translations of all Arabic documents you have produced.**

**Please confirm by tomorrow that you are forwarding the translations.**

**Thank you**

**Dave**

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

11/18/2010