# Exhibit 16



**MILLER CHEVALIER**

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

October 29, 2010

**BY FEDERAL EXPRESS**
David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903

> Re: *Ungar et. al. v. The Palestinian Authority, et al.*, Case No. 00-105L (D.R.I.)

Dear Counsel:

Subject to and without waiving Defendants' pending General and Specific Objections to Plaintiffs-Judgment Creditors' First, Second and Third Requests for Production of Documents and Things Relevant to Defendants-Judgment Debtors' Rule 60(B)(6) Motion, I am enclosing additional responsive, non-privileged documents of Defendants The Palestine Liberation Organization and the Palestinian Authority which have been assigned the following production numbers: 01:0012549-12554. I am also enclosing certified translations of documents produced on October 4, 2010 and Bates labeled 01:0012063-0012128. Those Bates numbers are prefaced with the letter "T" corresponding to "Translation," and the letter "C," corresponding to "Certification."

As with our prior productions, certain of these documents are being produced subject to the terms of the Confidentiality Agreement and Stipulation for the Entry of a Protective Order entered in this case on October 26, 2007, and regarding which the Parties have agreed, through an exchange of communications dated September 26, 2010, and September 27, 2010, shall apply to this and other document productions by Defendants in this matter. The documents which are being produced as confidential correspond to Bates numbers T 01:0012063-12086 and T 01:12088-12126.

Please let me know if you have any questions regarding the foregoing.

Sincerely,

Brian A. Hill

Enclosures

cc Counsel of Record (by email w/o enclosures)

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com
1113944.1