# Exhibit 17



**MILLER CHEVALIER**

Ungar et. al. v. The Palestinian Authority, et al., Case No. 00-105L (D.R.I.)
*Case No. 04-20225-CIV*

## Correlation of Defendants' Productions in Response to Plaintiffs' Third Request for Production of Documents

| Request Number | Bates Numbers |
|---|---|
| 3 RPD 1a | 01:0011903-01:0011917; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 1b | 01:0011903-01:0011917; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 2j | 01:0000065-01:0000069 |
| 3 RPD 4m | 01:0000070-01:0011901 |
| 3 RPD 4n | 01:0000070-01:0011901 |
| 3 RPD 6a | 01:0011903-01:0011913; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6b | 01-0000065-01:0000066; 01:0011903-01:0011913; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6c | 01-0000065-01:0000066; 01:0011903-01:0011917; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6d | 01:0011903-01:0011917; 01:0012033-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6e | 01:0011903-01:0011917; 01:0012033-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6f | 01:0011903-01:0011917; 01:0012033-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6g | 01:0011903-01:0011917; 01:0012033-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 6h | 01:0011903-01:0011913; 01:0012063-01:0012128 |
| 3 RPD 6i | 01:0011903-01:0011913; 01:0012063-01:0012128 |
| 3 RPD 7a | 01:0011903-01:0011917; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 7b | 01:0011903-01:0011917; 01:0012016-01:0012128; 01:0012505-01:0012538 |
| 3 RPD 7c | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7d | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7e | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7f | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7g | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7h | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7i | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 7j | 01:0000059-01:0000069; 01:0011902 |

**MILLER CHEVALIER**

| | |
|---|---|
| 3 RPD 7k | 01:0000059-01:0000069 |
| 3 RPD 7l | 01:0000059-01:0000069 |
| 3 RPD 9e | 01:0000070-01:0011901 |
| 3 RPD 9f | 01:0000070-01:0011901 |
| 3 RPD 10h | 01:0000059-01:0000069; 01:0011902 |
| 3 RPD 10i | 01:0000059-01:0000069 |
| 3 RPD 11c | 01:0009805-01:0011901 |
| 3 RPD 11d | 01:0009805-01:0011901 |
| 3 RPD 12e | 01:0000070-01:0000651; 01:0001158-01:0001454; 01:0002099-01:0002501; 01:0003451-01:0003473; 01:0004060-01:0004302; 01:0008800-01:0008864 |
| 3 RPD 12f | 01:0000070-01:0011901 |
| 3 RPD 12g | 01:0000070-01:0011901 |
| 3 RPD 13c | 01:0002588-01:0003440 |
| 3 RPD 13d | 01:0002588-01:0003440 |
| 3 RPD 13e | 01:0000070-01:0011901 |
| 3 RPD 13f | 01:0000070-01:0011901 |
| 3 RPD 13g | 01:0000070-01:0011901 |
| 3 RPD 14a | 01:0012158-01:0012159 |
| 3 RPD 14bi | 01:0011918-01:0011919; 01:0012539-01:0012548 |
| 3 RPD 14bii | 01:0011918-01:0011919; 01:0011927-01:0011986; 01:0012490-01:0012495 |
| 3 RPD 14biii | 01:0012129-01:0012157 |
| 3 RPD 14bv | 01:0011918-01:0011919; 01:0011927-01:0011986; 01:0012490-01:0012495 |
| 3 RPD 14ci | 01:0011920; 01:0012539-01:0012548 |
| 3 RPD 14cii | 01:0011920; 01:0011927-01:0011986; 01:0012481-01:0012489 |
| 3 RPD 14ciii | 01:0012129-01:0012157 |
| 3 RPD 14civ | 01:0011920 |
| 3 RPD 14cv | 01:0011920; 01:0011927-01:0011986; 01:0012481-01:0012489 |
| 3 RPD 14di | 01:0011926; 01:0012539-01:0012548 |
| 3 RPD 14dii | 01:0011926-01:0011986; 01:0012474-01:0012480 |
| 3 RPD 14diii | 01:0012129-01:0012157 |
| 3 RPD 14div | 01:0011926 |
| 3 RPD 14dv | 01:0011926-01:0011986; 01:0012474-01:0012480 |
| 3 RPD 14ei | 01:0011925 |
| 3 RPD 14eii | 01:0011925; 01:0011927-01:0012015; 01:0012496-01:0012504 |
| 3 RPD 14eiii | 01:0011923 |
| 3 RPD 14eiv | 01:0011923-01:0011925 |



| 3 RPD 14ev | 01:0011923-01:0011925; 01:0011927-01:0012015; 01:0012496-01:0012504 |
|---|---|
| 3 RPD 14evi | 01:0011923 |
| 3 RPD 14fi | 01:0011921-01:0011922; 01:0012539-01:0012548 |
| 3 RPD 14fii | 01:0011921-01:0011922; 01:0011927-01:0012015; 01:0012467-01:0012473 |
| 3 RPD 14fiii | 01:0011921-01:0011922 |
| 3 RPD 14fiv | 01:0011921-01:0011922; 01:0011927-01:0012015; 01:0012467-01:0012473 |