UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

---------------------------------------------------------------- x
THE ESTATE OF YARON UNGAR, et al.,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　: Case No. 1:00-cv-00105-L-DLM
　　　　　　　　- against -　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
THE PALESTINIAN AUTHORITY, et al.,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　　　:
---------------------------------------------------------------- x


**THE NON-PARTY CANAAN ENTITIES' MOTION TO QUASH
PLAINTIFFS' NOVEMBER 16, 2010 DOCUMENT SUBPOENA**


　　　　　　　　　　　　　　　　ADLER POLLOCK & SHEEHAN P.C.
　　　　　　　　　　　　　　　　One Citizens Plaza, 8th Floor
　　　　　　　　　　　　　　　　Providence, Rhode Island 02903-1345
　　　　　　　　　　　　　　　　Tel: (401) 274-7200
　　　　　　　　　　　　　　　　Fax: (401) 751-0604

　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　CAHILL GORDON & REINDEL LLP
　　　　　　　　　　　　　　　　Eighty Pine Street
　　　　　　　　　　　　　　　　New York, New York 10005-1702
　　　　　　　　　　　　　　　　Tel: (212) 701-3000
　　　　　　　　　　　　　　　　Fax: (212) 269-5420

　　　　　　　　　　　　　　　　Attorneys For Non-Parties Canaan Equity
　　　　　　　　　　　　　　　　　Offshore C.V., Canaan Equity II Offshore C.V.
　　　　　　　　　　　　　　　　　and Canaan Equity III Offshore C.V.

November 22, 2010

Non-party venture capital funds Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. (collectively, "Canaan") respectfully submit this motion, pursuant to Federal Rules of Civil Procedure 26, 34 and 45, for an Order quashing plaintiffs' November 16, 2010 document subpoena (the "Subpoena"), which was served upon Canaan on November 17, 2010.

The grounds for Canaan's motion are set forth in the accompanying Memorandum of Law, filed concurrently herewith.

**Dated:  Providence, Rhode Island**
**November 22, 2010**

**ADLER POLLOCK & SHEEHAN P.C.**

**By: /s/ James R. Oswald**
**James R. Oswald (Joswald@apslaw.com)**

**One Citizens Plaza, 8th Floor**
**Providence, Rhode Island 02903-1345**
**Tel:  (401) 274-7200**
**Fax: (401) 751-0604**

- and -

**CAHILL GORDON & REINDEL LLP**
**Robert A. Alessi**
**Mary McCann**
**Eighty Pine Street**
**New York, New York 10005-1702**
**Tel:  (212) 701-3000**
**Fax: (212) 269-5420**

**Attorneys For Non-Parties Canaan Equity**
**Offshore C.V., Canaan Equity II Offshore C.V.**
**and Canaan Equity III Offshore C.V.**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of November, 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLLP
2800 Bank Boston Plaza
Providence, RI 02903
dsherman@eapdlaw.com

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
rhibey@milchev.com

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 0203
djs@mtlhlaw.com

Max Wistow
Wistow and Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
mwistow@wistbar.com

/s/ James R. Oswald