# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

      v.                                                     Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' SECOND MOTION IN LIMINE

For the reasons set forth in the attached Memorandum, the Plaintiffs-Judgment Creditors hereby respectfully move for an ORDER

(1) Prohibiting Defendants-Judgment Creditors Palestinian Authority and Palestine Liberation Organization ("Defendants") from presenting any fact testimony or expert testimony in support of their pending Rule 60(b)(6) motion intended to demonstrate that the judgment in this case has foreign policy implications and/or that the denial of the Rule 60(b)(6) motion will have foreign policy implications;

(2) Prohibiting Defendants from presenting any documents or other evidence in support of their pending Rule 60(b)(6) motion intended to demonstrate that the judgment in this case has foreign policy implications and/or that the denial of the Rule 60(b)(6) motion will have foreign policy implications, other than materials in the public record; and

(3) Granting any other relief that the Court finds just, necessary or appropriate.

Dated: November 26, 2010

Plaintiffs-Judgment Creditors,
by their Attorneys,

/s/ David J. Strachman
David J. Strachman (#4404)
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

Max Wistow (#0330)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
mw@wistbar.com

Robert Joseph Tolchin
111 Livingston Street
Suite 1928
Brooklyn, NY 11201
(718) 855-3627
(718) 504-4943 (fax)
rjt@tolchinlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on November 26, 2010, a true copy of the foregoing was filed by ECF which served Defendants' counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

                                                           /s/ David J. Strachman