**From:** Hill, Brian [mailto:BHill@milchev.com]
**Sent:** Tuesday, November 16, 2010 11:51 AM
**To:** djs@mtlesq.com; Hibey, Richard; Rochon, Mark; Sherman, Deming
**Cc:** MW@wistbar.com; bledsham@wistbar.com; Robert Tolchin
**Subject:** RE: Re: Ungar v. PLO--- Robinson

Counsel:

We will abide Judge Martin's order (DKT 574) and not rely on any materials that are not in the public record.  Nothing in Professor Robinson's report references anything outside the public record.  We made clear to the Court that we were calling Professor Robinson (see Oct. 25, 2010, Transcript at 23), and you had his report at the time of the hearing before Judge Martin.  Our position is as it was: we are not relying on materials outside the public record, but we are relying on Professor Robinson and his report.

If we call fact witnesses at the hearing on this issue, they too will rely on materials in the public record.

Regards,


Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801