From: **David J. Strachman** <djs@mtlesq.com>
Date: Mon, Nov 15, 2010 at 10:54 AM
Subject: Ungar v. PLO
To: "David J. Strachman" <djs@mtlesq.com>, "Hill, Brian" <BHill@milchev.com>, "Hibey, Richard" <rhibey@milchev.com>, "Rochon, Mark" <mrochon@milchev.com>, "Sherman, Deming" <dsherman@eapdlaw.com>
Cc: Max Wistow <mw@wistbar.com>, Benjamin Ledsham <bledsham@wistbar.com>, "RJT@TolchinLaw.com" <RJT@tolchinlaw.com>

Brian,

We reject your assertions of privilege regarding the PIF/PSCS communications for the same very detailed reasons as were asserted in our papers and arguments in opposition to your motion for a protective order and in support of our motion to compel (including inter alia substantial need and the crime-fraud exception) and for the additional reasons that none of the communications logged appears to have been prepared for litigation and that many of them were shared with parties that could not have been expected to keep the communications from the Ungars.

Please provide a straight answer, without further obfuscation or delaying tactics, by noon today, as to whether you will withdraw any of your assertions of privilege and if so in respect to which documents.

Dave
David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com