# EXHIBIT I

MCINTYRE, TATE, & LYNCH LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN *
ROBERT S. PARKER *
ROBERT J. SGROI †

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

November 12, 2010

*VIA EMAIL*

Mark Rochon. Esq.
Richard Hibey, Esq.
Brian Hill, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC 20005-5701

Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Re:    *Ungar v. Palestinian Authority, et al.*, 00-105L (D.R.I.)

Counsel,

        I write to supplement our responses to your interrogatories seeking information about our witnesses. This supplemental information is being sent in letter form for the time being because we expect to provide further supplemental information on Monday.

        The information below is being provided subject to our objections to your interrogatories and purely as a response to your interrogatories and not pursuant to Rule 26, which as we have indicated in prior communications does not apply to this proceeding. Accordingly, nothing contained herein should be construed as a derogation of Plaintiffs' position that Rule 26 is inapplicable to the pending motion to vacate the judgment, or that Defendants are precluded from challenging the damage award and Plaintiffs' causes of action under Israeli law.  This information is being supplied subject to the objections Plaintiffs previously asserted in response to Defendants' discovery demands and Plaintiffs' reservation of the right to file motions in limine regarding some or all of the topics referenced below.

Furthermore, the identification of potential witnesses regarding the damages award and Israeli law is being made purely out of an abundance of caution, in the event that the Court denies our motion in limine to exclude such testimony.

Subject to the above, the expert witnesses the Plaintiffs may use at the hearing in this matter are, based on current information, the following:

Professor Barry Rubin -- Middle East expert who will address assertions made by Glenn Robinson and Raja Shehadeh.

Dr. Matthew Levitt -- expert on Hamas who will address assertions made by Robinson.

Ofer Saad -- Israeli military intelligence officer between 1994-1996 who specialized in terrorism and Palestinian affairs who will address assertions made by Glenn Robinson and Raja Shehadeh.

Daniel Reisner -- international law expert and a co-drafter of the Oslo Accords who will address assertions made by Glenn Robinson and Raja Shehadeh.

Dr. Lone Thanning -- a forensic expert who will testify to Yaron Ungar's conscious pain and suffering.    See attached report

Dr. Allan Brenman -- psychologist who will testify to his examination of Dvir and Yishai Ungar.  See attached report.

Dr. Boaz Shnoor -- expert on Israeli tort law who will address assertions made by Mohammed Dahleh and Raja Shehadeh.

Professor Emanuel Gross -- expert on Israeli criminal law who will address assertions made by Mohammed Dahleh and Raja Shehadeh.

As noted, we expect to have further information by Monday.

Sincerely,

David J. Strachman

Enclosures

cc:    Max Wistow




**Forensic Medical Consulting of NY, P.C.**

Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

October 5, 2009

Stephen P. Sheehan, Esq.
Wistow & Barylick, Inc.
Attorneys at Law
61 Weybosset Street
Providence, RI 02903

**Re: Estate of Jason Swift vs. City of Pawtucket, et al.**

**DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2):**

Dear Mr. Sheehan,

Pursuant to your request, I have examined the following documents and evidence pertaining to the above captioned matter:

**I.     THE DATA AND OTHER INFORMATION CONSIDERED IN FORMING THE OPINIONS:**

1. Plaintiff's Complaint. 9 pages.
2. Autopsy Report; Toxicology Report.
3. CD-Rom with Crime Scene Photographs and Autopsy Photographs produced by Rhode Island State Police and Pawtucket Police Department.
4. CD-Rom with Case Photographs produced by Office of the State of Rhode Island Medical Examiner.
5. Rhode Island State Police Witness Statements
   a. Wallace Martin. 18 pages.
   b. Anthony Lucchetti. 18 pages.
   c. David Dolan. 15 pages.
   d. David Kelly (2). 15 + 3 pages.
   e. Betty Swift. 16 pages.
   f. Lynn Miler. 20 pages.
6. Depositions, with Digests
   a. Wallace Martin; May 19, 2009. 409 pages + 34 pages Digest. Martin, 443 pages.
   b. Anthony Lucchetti, May 18, 2009. 170 pages + 12 pages Digest + Plaintiff's Exhibits # 1-4, 24 pages, Luchetti, 206 pages.

Re: Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

      c.  David Dolan; May 20, 2009.  191 pages + 14 pages Digest + 5 pages of Plaintiff's Exhibits # 1-4, Dolan.  210 pages.

      d.  David Kelly; May 21, 2009.  88 pages + 16 pages Digest + 20 pages of Plaintiff's Exhibits # 1-4, Kelly.  124 pages.

7.  Rhode Island State Police Summary.  20 pages.
8.  133 Hard Copy Color Prints of all Autopsy Photographs, (approximately 39 photographs); Crime Scene Photographs (approximately 85 photographs); and photographs of P.O. W. Martin's, P.O. D. Dolan's and P.O. A. Lucchetti's uniforms and (parts of) bodies.  (9 photographs).
9.  13 Postmortem x-rays, copies, from the Medical Examiner's Office.
10. Re-Deposition Transcripts of all 4 Police Officers on Scene:
      a.  David H. Kelly.  15 pages.
      b.  Anthony M. Lucchetti.  15 pages.
      c.  David F. Dolan.  16 pages, including one Exhibit.
      d.  Wallace H. Martin; 35 pages plus Exhibits and Correspondence; 3 pages.
11. 3 CD-Roms of Ballistics Photographs
      a.  Caravalho 1 & 2 – tiff/jpegs.
      b.  Caravalho 3 & 4 – tiff/jpegs.
      c.  Caravalho 567 – tiff/jpegs.
12. 08/29/09 Depostion Transcript of Dr. Peter Gillespie, M.E.
13. Schedule of Weights of Bullet Fragments.

## IIa.  BASIS AND REASONS FOR OPINIONS:

Based upon all of the above, as well as my background, education, training and experience as a Board Certified Diplomate of Anatomic Pathology, Forensic Pathology, Forensic Examination and Forensic Medicine; and, furthermore, as former Chair and Chair Emeritus of the American Board of Forensic Medicine, Faculty Director and Associate Professor of Forensic Examination, Touro College School of Health Sciences, Assistant and Deputy Medical Examiner; Recently Retired Chief Medical Examiner of Rockland County Office of the Chief Medical Examiner; Currently a Police Surgeon Life Fellow and Advisory Board Member of the International Society of Police Surgeons, Distinguished Lecturer of Law, Jacob D. Fuchsberg School of Law, and President of Forensic Medical Consulting of NY, P.C.; I have arrived at the following:

2

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

**IIb.    CASE SUMMARY:**

On February 12, 2008 at approximately 7:35 – 7:45 a.m., Mr. Jason Swift, a then 30 year old, white male was beaten, pepper-sprayed, baton-bludgeoned, and subsequently twice fatally shot by a member of the Pawtucket Police Department; Police Officer Wallace Martin.  The circumstances were as follows:

A 911 call was placed by Mr. Swift's mother, Ms. Betty Swift, from the street near her apartment located at 71 Lupine Street in Pawtucket, Rhode Island.  Police Officers Martin and Lucchetti were dispatched to assist Mr. Swift during his transport to a psychiatric facility, as he was acting delusional.  Police Officer Dolan was also dispatched in a separate patrol vehicle.

The Officers were met with Mr. Swift holding a sheathed Samurai sword in the yard outside his mother's apartment building entrance.  Upon the officer's command, Mr. Swift dropped the sword onto the ground.  (Ms. Swift later threw the sword over a fence onto a neighbor's property).  However, the six feet and four inches, 281 pound Mr. Swift failed to follow instructions to drop to his knees.  According to Officer Martin's testimony, during a subsequent pat down search, Mr. Swift, in response to being touched, swung around striking Officer Martin on his right cheek causing the Officer's sunglasses to fall off his face to the ground.  As Officers Martin and Lucchetti were trying to physically restrain Mr. Swift, they resorted to utilize their department issued pepper spray, which they sprayed onto Mr. Swift's face.  The Officers then took to their department issued ASP batons striking Mr. Swift several times.  Mr. Swift broke away and retreated towards the entrance of the building, ignoring the Officers' commands to stop and get on the ground (as per the Pawtucket Police Shooting Investigation of 02/12/08).

Officer Lucchetti radioed for backup.  Officer Dolan had just arrived when Officer Martin, as the senior member, made the decision to enter the building for the purpose of arresting Mr. Swift, who had now barricaded himself in his mother's third floor apartment.  The Officers kicked in the door forcing their entrance into the apartment where they came upon Mr. Swift completely naked, standing in the kitchen.  Mr. Swift complied with their orders to lie face down on the ground.

However, once again, as this time, Officer Dolan touched Mr. Swift to attempt to handcuff him, an altercation erupted.  Mr. Swift reportedly began to choke Officer Lucchetti.  Officer Martin deployed his ASP baton and struck Mr. Swift in his head and on his arms.  Mr. Swift then turned to Officer Martin and attempted to choke him.  Police Officer Martin slipped out of his jacket,

3

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

turning it inside out in the process, thereby freeing himself from Mr. Swift's grasp.  Mr. Swift then got a hold of Officer Martin's baton and struck him once on the right side of his head.

The altercation continued for several minutes moving from the kitchen area into the living room.  At some point, the 3 officers and Mr. Swift all fell onto a coffee table and then to the floor.  Police Officer Martin then asked Police Officers Dolan and Lucchetti to back away from Mr. Swift, who was commanded to stay down on the floor and stop fighting.  For a while he complied.  Then he sat up touching the back of his head, asking "who did this to me?".

According to the Officers' statements:

 Mr. Swift stood up on his feet, focusing his attention on Officer Martin.  Officer Lucchetti struck Mr. Swift on his right arm, as Mr. Swift was approaching Officer Martin.  Mr. Swift allegedly lunged forward, arms straight out in front of him.  Officer Martin then fired one shot into Mr. Swift's chest.    Following this shot, Mr. Swift stood momentarily, then lunged a second time at Officer Martin.  He then fired a second shot, again striking Mr. Swift in the front of his chest.  Moments later Mr. Swift fell to the ground.  One round was fired within 2 – 2 ½ feet per CUI (Crime Unit Investigation) Report; 1-3 or 4 feet per the three Officers' testimonies.

Mr. Swift was pronounced expired at the scene by Firefighter James Joyce upon his arrival at approximately 7:46 a.m.

As noted above, Officer Martin testified that Mr. Swift held his hands out in front of him and lunged forward when he fired the first shot.  As Mr. Swift paused for a second time before lunging forward again, he fired the second shot.  Mr. Swift then turned 180 degrees and collapsed face down (prone) onto the floor.  A neighbor, Ms. Lynn Miller, did not eyewitness, but overheard the two gunshots.

Police Officer, David Kelly, arrived at the subject apartment moments before the shooting.  He backs up the other Officers' recounting of the incident.  They all testify that Mr. Swift was on his feet, standing straight up, and not bent in any way, as he was lunging twice toward Police Officer Martin, who then shot him each time in response to Mr. Swift's aggressive behavior, and not heeding the Officer's repeated commands to get down and stay down on the floor.

4

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

**Shooting Scenario, as per Police Officer Martin's Deposition and Re-Deposition Testimony, corroborated by Officers Kelly and Dolan, but Unwitnessed (as to the second shot) by Police Officer Lucchetti (see 07/30/2009 Transcripts) for most specific details:**

**P.O. Martin, page 27:**  He's facing me full arms, hands out pretty much horizontal to the ground.  His body completely perpendicular to the ground, including his chest.  P.O. Martin's hands horizontal (to the ground) up to 4 feet distance from end of hand gun barrel aimed at Mr. Swift's chest.

**P.O Martin, page 32-33:** *Question:*  As for the second shot he (Mr. Swift) was in that very same position he had been in before, he may have been a little bit closer but he was still coming at you straight on, **standing** up with his arms extended; is that fair?  *Answer:*  Correct.
*Question:*  First shot did not cause him to bend down?  *Answer:*  Correct.

The other Police Witnesses testified similarly with regard to the relative positioning between Mr. Swift and Police Officer Martin.

## INJURY ANALYSIS:

The autopsy evidence documents the following blunt force and explosive injuries:

## I.  Blunt Force Injuries:

    **a.  Anatomical Regions:  Nature of Injuries**

        1.  Face:  contusions and abrasions.
        2.  Scalp:  lacerations, 3.
        3.  Torso, front:  abrasions and contusions.
        4.  Torso, back:  abrasions and contusions.
        5.  Extremities, upper:  abrasions and contusions.
        6.  Extremities, lower:  abrasions and contusions.
        7.

    **Apparent Baton Injuries:**  includes patterned contusions and lacerations:  (from photographic autopsy evidence:

        1.  Right upper, outer arm, 2.
        2.  Right and midline of chin.

5

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

    3.  Left lateral eyebrow.
    4.  Left upper, fronto-temporal scalp, 2.
    5.  Right upper chest, front of armpit.
    6.  Right top of shoulder.
    7.  Midline, upper forehead, slightly toward right.
    8.  Back of left knee, 2.
    9.  Left calf.
    10. Back of right knee.
    11. Left, upper, parietal scalp.

**Number of Apparent, Visible Baton Injuries:  Approximately 14 in total.**

**II.  Explosive Injuries:  Two Gunshot Wounds.**

  a.  **Anatomical Regions:  Right and Left Upper Anterior Chest Gunshot Entrance Wounds:**  Two spent rounds with one separate copper jacket and one recovered lead bullet fragment.  Mid-lower left chest cavity.

  b.  **Both Shell Casings:**  Federal Ammunition; 40 caliber S&W.

  c.  **Entrance Wounds:**  A&B, both penetrating, (not perforating) wounds:
      **A.**  Left, upper anterior chest.
      **B.**  Right, upper anterior chest.

  d.  **Succession of Shots:**
    Not determined to a reasonable degree of medical certainty.

  e.  **Sequence of Shots:**
    Rather quickly, but not immediate.  Mutual stance of parties involved appears only minimally altered.

  f.  **Distances of Shots:**
    *Gunshot Wound A:*  **Distance shot**, no soot or stippling, consistent with greater than 2 – 2 ½ feet's distance.

6

Re:  **Estate of Jason Swift vs. City of Pawtucket, et al.**

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

*Gunshot Wound B:*  **Intermediary distance shot** with conspicuous stippling pattern characteristics of handgun firing with medium to large caliber slug of 2 - 4 inches to 2 – 2½ feet's distance from end of barrel to skin.

g.  **Directionality/Angle of Shots:**
*Gunshot Wound A:*  No abrasion collar.  This entrance wound has an indeterminate angle to the surface of the left upper chest.  Distance shot; from beyond 2 – 2 ½ feet in indoor environment, assuming no significant wind-draft.

*Gunshot Wound B:*  3-11 o'clock partial abrasion collar with maximum thickness, radius at 9 o'clock.  Acute angle, tangential shot to the right side of the body from within approximately 2 – 2 ½ feet's distance with a lateral shot, (wide), and descending stippling pattern.  Bullet wipe is noted from 9 o'clock – 1 o'clock, approximately.  This is consistent with the bullet grazing the skin coming from above and from the right side of Mr. Swift.

h.  **Trajectories:  Overall Directionality with Indications of Anatomical, Visceral Involvement:**
*Gunshot Wound A:*  Second intercostal space, causing minimal scalloped fracture avulsion of the left third anterior rib's upper, thin edges.  It then perforates pericardium, left ventricle, front and back, with large, gaping deflect.  Then upper aspect of lower lung lobe to lower left chest cavity after shedding copper jacket.

**Gunshot Wound A Overall Trajectory:  Front to back, downward and right to left.**

*Gunshot Wound B:*  Proximal, medial right clavicle perforation, then perforation right upper lung lobe, superior portion, sparing rib #1, [confirming lateral, downward, acute angle entrance trajectory]; the aorta, the diaphragm, upper aspect of left liver lobe [suggesting indirect blast injury to liver rather than trajectory channel}, the esophagus, the stomach, by GE junction, the peri-pancreatic soft tissue; upper left kidney pole, and fracture of left 12th rib.  Bullet recovered in soft tissue of left back.

**Gunshot Wound B Overall Trajectory:  Front-to-back, downward and right to left.**

**Note:  The two gunshot wound trajectories almost exactly copy one another, both in detail and in overall trajectories of the various angles.**

7

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

### III.  a) SUMMARY OF OPINIONS TO BE RENDERED REGARDING THE BALLISTICS EVIDENCE:

Police Officer Martin shot Mr. Jason Swift twice in the upper front of his chest, one shot fired to each side of the chest.  Gunshot wound arbitrarily designated Gunshot Wound B, was a soon-to-be, fatal, tangentially angled shot at 2 inches to 2 – 2 ½ feet intermediary distance, fired sideways and from above to the right upper chest. [Eccentric abrasion margin, stippling, bullet wipe and wound channel patterns determine the angle of this shot]. **This shot was, in fact, sideways and downwards, rather than straight on.  The physical evidence excludes the possibility of a straight on shot.**

The gunshot wound arbitrarily designated Gunshot Wound A was also tangentially angled, from the right and above, but was a more distance shot, (from greater than 2 – 2 ½ feet away), and more immediately fatal.  The bullet traveled **front-to-back, downwards** and **right to left**, or **laterally (outward)**.  **This trajectory is also in 2 dimensions out of 3 inconsistent** with the Officers' recounting of a straight on, front to back, somewhat upwards shot angle by the face-to-face horizontally level shooting stance onto the straight upright on his feet, Mr. Swift; considering the approximately 6 ½ inch difference in height between Police Officer Martin and Mr. Swift; as well as possibly an approximately 10 inch high ledge upon which Officer Martin may have been positioned.  **This shot was, in fact, also sideways and downwards rather than straight on and upwards, besides front to back, in overall shot angle.  The physical evidence excludes the possibility of a straight on shot.**

A metal probe photograph, or preferably a live demonstration, using a probe placed into a hanging skeleton model would clearly illustrate both bullets' paths.

8

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

### III. b)  SUMMARY OF OPINIONS TO BE RENDERED REGARDING THE BLUNT FORCE AND OTHER INJURIES AND MECHANISM, CAUSE AND MANNER OF DEATH:

In my professional opinion, Mr. Jason Swift died as a result of:

**Ia.**  **Immediate Cause:**
Exsanguination.

**Due to:  Ib.  Proximate Cause:**
Two Penetrating Gunshot Wounds of Chest with Multi-Organ Lacerations.

**II.  Associated Conditions:**
Baton Bludgeoning; Pepper-Spray Exposure; Acute Psychosis (NOS).

**MANNER OF DEATH:**       **HOMICIDE; Shot Twice During Police Custody/Arrest.**

It is more probable than not that Mr. Swift experienced conscious pain and suffering for a period of 1-2 minutes following the second shot.

All opinions are stated to a reasonable degree of medical certainty.  Testimony in circumstances and further information presented to me before or at trial, and including my response to posed hypothetical theories might provide greater latitude in my rendering further opinions.

### IV.    EXHIBITS TO BE USED AS A SUMMARY OF OR SUPPORT FOR OPINIONS:

Exhibits:  To be determined.

### V.    QUALIFICATIONS, INCLUDING A LIST OF ALL PUBLICATIONS AUTHORED BY ME WITHIN THE PRECEDING 10 ( TEN) YEARS:  SEE ATTACHED CURRICULUM VITAE.

9

Re:  Estate of Jason Swift vs. City of Pawtucket, et al.

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

VI.     **THE COMPENSATION TO BE PAID FOR THE STUDY AND TESTIMONY: SEE ATTACHED FEE SCHEDULE.**

VII.    **A LISTING OF ANY OTHER CASES I TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEDING 4 (FOUR) YEARS:  SEE ATTACHED LISTING.**

Respectfully Submitted,

LONE THANNING, M.D., F.C.A.P.
FACFE, DABFM
FORENSIC PATHOLOGIST

LT:dg
PC09-07-1048

10




# *Forensic Medical Consulting of NY, P.C.*

Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

## CURRICULUM VITAE

### PERSONAL DATA:

**Name:**     **Lone Thanning, M.D., F.C.A.P., DACFE, DABFM**
             **Board Certified: Anatomic and Forensic Pathology,**
             **Forensic Medicine and Forensic Examination.**

**Address:**     Primary:     148 Huntington Bay Road
                              Huntington, NY 11743

                 Secondary:   P.O. Box 426
                              Piermont, NY 10968

**Citizenship:**     United States

**Date of Birth:**     May 6, 1953

**Place of Birth:**     Greve, Denmark

### EMPLOYMENT:

1989 - Present:     **Director, Forensic Medical Consulting of New York, P.C.**
                    Anatomic and Forensic Pathologist Practice.
                    [Incorporated April 2006].

April 1, 2003 -     **Chief Medical Examiner,**
Present:            Office of Chief Medical Examiner, Rockland County, New York.

August 1, 2002:     **Forensic Pathologist Consultant,**
                    Office of Chief Medical Examiner, Rockland County, New York.

January 1994 –      **Acting Assistant Medical Examiner**
September 1994:     Office of the Medical Examiner, Onondaga County, New York.
                    Locum Tenens Position. In charge of 24 hour operation of
                    Medical Examiner's Office.

July 1987 –         **Deputy Medical Examiner-Forensic Pathologist**
August 1993:        Office of the Medical Examiner, Nassau County, New York.

148 Huntington Bay Road, Huntington, N.Y. 11743
Cell: (516) - 528-5448 • Tel: (631) - 470-7309 • Fax: (631) - 421-1376
E-mail: lthanning@optonline.net

**LONE THANNING, M.D.**                                                      2
**Curriculum Vitae**

## PROFESSIONAL TRAINING:

7/86 - 6/87:      Fellowship in Forensic Pathology, Office of the Medical Examiner, Nassau County, New York.
**A.C.G.M.E. - ACCREDITED PROGRAM**

7/83 - 6/86:      Resident Physician in Anatomic Pathology, State University of New York at Stony Brook.
**Chief Resident, 7/1/85 - 6/30/86.**
**A.C.G.M.E. - ACCREDITED PROGRAM**

3/82 - 6/83:      Resident Physician in Internal Medicine, Amtssygehuset, Maribo, Denmark.
**Chief Resident and Attending Physician 11/1/82 - 6/30/83.**

3/80 - 2/82:      Mixed Medical Intern and Resident Physician, University of Copenhagen.  Affiliated Hospitals, Denmark and Sweden.
**National Health Department of Denmark Accredited Program.**

## EDUCATION:

9/72 - 1/80:      **Medical School, University of Copenhagen, Denmark.**
All Clinical Training received at The Royal National Institute of Health.
**Degree:  Medical Doctor.**

8/69 - 6/72:      Roskilde Kommunale Gymnasium, Denmark.
**Degree:  University-prep Degree.**

## CERTIFICATES:

**NATIONAL MEDICAL SPECIALTY BOARDS:**

**ABP**
**AMERICAN BOARD OF PATHOLOGY:**      **Board Certified Diplomate, Anatomic Pathology**
**Board Certified Diplomate, Forensic Pathology.**
Issued:  June 1993.

**ACFE**
**AMERICAN COLLEGE OF FORENSIC EXAMINERS:**      **Board Certified Diplomate, Forensic Examiner, (DACFE).** Issued:  May, 1995.

**Board Certified Diplomate, Forensic Medicine, (DABFM).** Issued:  September, 1995.

**LONE THANNING, M.D.**
**Curriculum Vitae**

3

**CERTIFICATES (cont.):**

| | |
|---|---|
| **FLEX CERTIFICATION:** **National Medical Board** **of USA Equivalent** | Parts I and II of II <br> Issued:  September, 1985. |
| **V.Q.E. CERTIFICATION:** **Visa Qualifying Examination** | Certificate Number:  341-150-1 <br> Issued:  October, 1983. |
| **E.C.F.M.G. CERTIFICATION:** **Educational Commission of** **Foreign Medical Graduates** | Certificate Number:  341-150-1 <br> Issued:  May, 1982. |

**LICENSES:**  Medical License, Unrestricted, to Practice Independently as a Physician in the:

**State of New York:**  License #:  167182-1.
Issued:  July, 1986

**State of Florida:**  License #:  55030.
Issued:  February, 1989
Status:  Inactive.

**Countries of Scandinavia, European Economic Community, Greenland, and the Faroe Islands:**
License #:  060553-0958
Issued:  October, 1982.

**LANGUAGES:**

**Fluent in Written and Spoken:**  Danish, English, Swedish, Norwegian, French and German.

**PROFESSIONAL SOCIETIES:**

1) Fellow - College of American Pathologists (F.C.A.P.).  ID#:  0701990.

2) Life Fellow - American College of Forensic Examiners (FACFE-Life).

3) Member United States and Canadian Academy of Pathology, Inc.

4) Member New York Society of Medical Jurisprudence.

5) Subs. Member National Association of Medical Examiners.

6) Member New York State Association of County Coroners & Medical Examiners.

**LONE THANNING, M.D.**
**Curriculum Vitae**

4

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| **2007.  Touro Law** | Conveyed Honorary Title of: "DISTINGUISHED LECTURER IN LAW". Touro College Jacob D. Fuchsberg Law Center. |
| **2003.  Intoxikon.** | Advisory Member Board of Directors. |
| **Touro International College, School of Health Sciences Appointed 2000** | PROGRAM DIRECTOR Head of Faculty, Forensic Examination, and Associate Professor. |
| **American College of Forensic Examiners** | CHAIRMAN The American Board of Forensic Medicine. Executive Board of Medical Advisors (ABFM). 1997 Term of Office. 1998 Term of Office (Re-appointed). 1999 Term of Office (Re-appointed). CHAIR EMERITUS The American Board of Forensic Medicine. 2000 Term of Office. 2001 Term of Office (Re-appointed). |
| **American Academy of Thermology 1999:** | Conference Faculty Member Faculty Member. |
| **ACFE 1996 - 1999:** | Conference Faculty Member American College of Forensic Examiners. |
| **American College of Forensic Examiners** | Member, Executive Board of Advisors for Professional Standards (ACFE). 1998 Term of Office. |
| **International Society of Police Surgeons (ISPS): 1997-Present** | Member, Executive Advisory Board for the International Society of Police Surgeons (ISPS). Life Fellow, Police Surgeon, ID Badge #: 485. |
| **ACFE** | Chairman, Continuing Education Subcommittee, (ABFM), 1998 and 1999 Term of Office. |
| **ACFE 12/14/96 – 12/99:** | Member, Editorial Board of Advisors, The American College of Forensic Examiners. |

LONE THANNING, M.D.                                                5
Curriculum Vitae

## ACADEMIC APPOINTMENTS (CONT.):

| | |
|---|---|
| **ABFM**<br>9/14/95 - 12/14/96: | <u>Member of the Executive Board of Advisors</u> for Professional Standards.<br>The American Board of Forensic Medicine. |
| **New York State University (SUNY at Stony Brook).**<br>2/87 - 11/93: | Faculty Appointment as Clinical Instructor, Department of Pathology, (Teaching of Medical Students and Residents). |
| **New York State University (SUNY at Stony Brook).**<br>7/83 - 6/ 86: | Faculty Appointment as Assistant Clinical Instructor, Department of Pathology. |

## HONORARY AWARDS:

| | |
|---|---|
| **January 2004:** | Achievement Award for Working and Helping Veterans Who Served. |
| **2002 Edition:** | Listed in Nationwide Register's "Who's Who" in Executives and Businesses. |
| **October 1998:** | Honored for dedicated leadership as Chairman; American Board of Forensic Medicine. |
| **September 1994:** | Honored for Leadership Onondaga Medical Examiner's Office, Onondaga County. |

## OTHER TEACHING ACTIVITIES:

| | |
|---|---|
| **4/03 – Present:** | Medical Examiner's Office, Rockland County. Instruction and Supervision of Forensic Medical Investigators, Morgue Technicians, Clerical Staff and Laboratory Personnel. Supervision of Forensic Lecturing of High-School Students, Police Academy Students, and BOCES Students. |
| **1/94 - 9/94:** | Medical Examiner's Office, Onondaga County, New York. Instruction and Supervision of Forensic Medical Investigators, Morgue Technicians, Clerical Staff and Laboratory Personnel. |
| **7/87 - 8/93:** | Medical Examiner's Office Nassau County, New York. Forensic Pathology Teaching and Supervision of Fellow Medical Examiner-Pathologist Trainees, Pathology Residents, Medical Students, Law Students, Police Academy Students, EMS and AMS |

**LONE THANNING, M.D.**                                                                                      6
**Curriculum Vitae**

## OTHER TEACHING ACTIVITIES (CONT.):

Trainees.  Instruction and Supervision of Forensic Medical Investigators and Laboratory Personnel.

## PUBLICATIONS AND LECTURES:

1. **L. Thanning, M.D.,  Presenter/Speaker:  Nassau-Suffolk Counties Trial Lawyers' Association.**  Case Presentations and Discussions.  County Attorneys Offices, Mineola, New York, December 2000; Hilton Hotel, Melville, NY 1998; Westbury Manor, March 2007; "Forensic Considerations in Civil Litigation". Powerpoint Presentation.

2. **L. Thanning, M.D., Presenter/Speaker:  Trauma Symposium.  Hilton Hotel, Mahwah, New Jersey.**  Sponsored by Good Samaritan Hospital, Suffern, New York. November 2005.

3. **L. Thanning, M.D., Lecturer.  Touro College.**  Jacob D. Fuchsberg School of Law. Fall 2004 and 2005.

4. **L. Thanning, M.D., ACFE//APA'S 7th Annual National Academy Convention.** Wrote "Core Course I" and Presented Part 3: "Principles and Practice of Forensic Medicine Applied in Civil Cases".  Served on Teaching Faculty and as Moderator, Waldorf-Astoria Hotel, New York City, October 1999.

5. **S. Govindan, M.D. and L. Thanning, M.D., The American Academy of Thermology 28th Annual Meeting.**  "Monitoring Postmortem Cooling of the Human Head".  Abstract presentation.  May 1999.

6. **L. Thanning, M.D., Article published in "The Forensic Examiner" Journal of the ACFE.**  "Professional Medical Misconduct".  Volume 8, Number 182, January/February 1999.

7. **L. Thanning, M.D., Srini Govindan, M.D. (Co-lecturer), American College of Forensic Examiners' 6th Annual Academy Meeting, Naples, Florida.**  "Sudden Death in Head Injury".  A Forensic perspective.  Abstract Presentation.  Served on Conference Faculty for this National Convention.  October 1998.

8. **L. Thanning, M.D., Editorial Letter Published in "The Forensic Examiner" Journal of the ACFE.**  "On Issues of Ethics and Integrity Requirements in Continuing Education".  Volume 7, Numbers 5 & 6, May/June 1998.

9. **L. Thanning, M.D., American College of Forensic Examiners' 5th Annual Academy Meeting.  San Diego, California.**  "Medico-Legal Controversies".  A colloquy addressing problems in Death Certification.  December 1997.

**LONE THANNING, M.D.**                                                    7
**Curriculum Vitae**

**PUBLICATIONS AND LECTURES (CONT.):**

Served as **Division Chair** (Forensic Medicine) for this **National Convention**.

10. **L. Thanning, M.D., American College of Forensic Examiners' 4th Annual Academy Meeting, San Diego, California.** "Mysterious Undiagnosed Deaths" - A Neuro-Psychiatric-Pathological Discussion, Co-Lecturer: David Rosengard, M.D., December 1996.

11. **Peer Review Editing of Multiple Articles Submitted to the "Forensic Examiner" Journal of the ACFE and National Continuing Medical Education Courses, as follows:**
    - **CME Course: Evaluation of National Internet Distance Course on Disability Assessments.** Author Gabriel E. Sella, M.D., American Academy of Family Practitioners. January 1996.
    - **"Legal Issues and Ethics",** 1996.
    - **"Delaware's Medico-Legal Investigation of Death",** 1997.
    - **"Delaware's Serial Killer",** 1997.
    - **"The Role of Forensic Psychological Evaluation in Death Row Appeal Cases",** 1997.
    - **"The Relationship Between Chronic Pain and Fear-Induced Disability",** 1997.
    - **"The Humpty Dumpty Affliction",** 1997.
    - **CME Course: "Syllabus on Forensic Sculpture." (Facial Reconstruction from the Human Skull),** 1997.
    - **"Teenage Suicide and Equivocal Cases",** 1998.

12. **L. Thanning, M.D., American Board of Forensic Medicine Section on Forensic Psychiatry Certification.** Editorial Letter published in "The Forensic Examiner" Journal of the ACFE. Volume 6. Numbers 9 & 10, Sept. - Oct. 1997.

13. **International Lecture: L. Thanning, M.D., Royal Danish National Institute of Health (Rigshospitalet) Department of Anesthesiology.** "Medico-Legal Aspects of Anesthetic Complications Regarding Central Venous Catheterization. July 1996.

14. **International Lecture: L. Thanning, M.D., University of Copenhagen, Denmark. Institute of Forensic Pathology.** "The Role of the Forensic Pathologist in the American Legal System". December 1993.

15. **L. Thanning, M.D., Presenter/Speaker: Nassau - Suffolk Counties Trial Attorney's Association:** Hilton Hotel, Huntington, New York. "The Role of the Forensic Pathologist in Litigation." November 1993.

16. Chumas, J., **Thanning, L.,** Mann, W. Malignant mixed mullerian tumor arising in Extragenital endometriosis. **Case Report and Literature Review.** International Journal of Gynecologic Oncology: 23, 227-233, January 1986.

LONE THANNING, M.D.                                                                          8
Curriculum Vitae

## PUBLICATIONS & LECTURES (CONT.):

17. **L. Thanning, M.D., Lecture:  State University of New York, SUNY at Stony Brook, Department of Pathology.**  "Biopsy Interpretation of Renal-Transplant Rejection."  March 1986.

18. **Thanning, M.D., Lecture:  State University of New York,  SUNY at Stony Brook, Department of Pathology.**  "Neuropathologic Changes Applicable in Medico-legal Deaths".   November 1985.

19. **Lone Thanning, M.D.,** Tutorials in Surgery 5.  Surgical Pathology.  F.D. Smiddy and P.N. Cowen.  Diman Prss, Bath, 1984.  Pp. 273, **Abstract on Medical Textbook Review.**  Published in "The Journal of Histotechnology".

20. **Thanning, L.,** Knuhtsen, B.  Non-specific spondylitis.  **Case Reports.**  Ugeskrift for Iaeger (The Danish Medical Journal.  English Abstract) 50, 145:3913-3914. December 1983.

## PARTICIPATION IN UNPUBLISHED RESEARCH PROJECTS:

1. E. Coryllos, Editor, **Thanning, L.,** Leiderman, M., Lukash, L., Office of the Medical Examiner, Nassau County.  **Chapter in Book,** on Sports Medicine.  "Sudden Unexpected Non-Traumatic Death in Children and Adolescents During Physical Exertion."  1990 - 1992.

2. Fromowitz, F.B., Lane, B.P., **Thanning, L.,** State University of New York at Stony Brook, Department of Pathology.  **Comparative Study** on Prostate Cancer Classification.  Electron Microscopy vs. Immunohistochemical Features.  1985 - 1986.

3. Sloan-Kettering Memorial Hospital; New York City.  Tissue Laboratory.  Director and Chairman Professor Bo Dupont.  **Experimental Study** on T-Cell//NK Cells.  1981.

## CURRENT OR FORMER FORENSIC PATHOLOGIST EXPERT CONSULTANT FOR:

- **New York City;  Patrolmen's Benevolent Association.**
- **New York City;  The Legal Aid Society, Criminal Defense Division.**
- **New York City;  The Neighborhood Defender Service of Harlem.**
- **New York State; Attorney General's Office.**
- **New York State; Office of Mental Health.**
- **New York State; Nassau County District Attorney's Office, Special Investigations Bureau and County Attorney's Office.**
- **Metro Medical Services (MMS).**
- **New York State; Capital Defender's Office.**
- **State of Kansas:  Capital Defender's Office.**
- **Metropolitan Transportation Authority; Long Island Rail Road.**

**LONE THANNING, M.D.**                                                                                      9
**Curriculum Vitae**

## CURRENT OR FORMER FORENSIC PATHOLOGIST EXPERT CONSULTANT FOR (CONT.):

- **Nationally; Medically Dedicated Incorporated (MDI).**
- **New York State;   Indigent Defendants' Legal Panel.  Assigned Counsel Plan.**
- **New York State; Onondaga County and Oneida County; District Attorney's Office.**
- **Washington, D.C.; Attorney General's Office.  Pro Bono.  For National Disaster Team Investigation of Major Airplane Crash.  Avianca Airline, January 1990.** (Participated in scene investigation, triage operation and conducted multiple autopsies).
- **United Cerebral Palsy (UCP) Of Greater Suffolk, NY.** (Pro Bono Consultant).

## PROFESSIONAL EXPERIENCE:

- **Over 4000 Autopsies and External Examinations Performed.**
- **Assisted in/Supervised over 5000 Autopsies.**
  (Hospital-Based, Medical Examiner Cases and Private Cases).
- **Performed Multiple Exhumation Autopsies.**
- **Performed Several Hundred Forensic Scene Investigations.**
  (Involving Homicide, Accidental, Suicidal and Natural Deaths).
- **Testified as an expert more than 400 times in the Court of Law and in Depositions.**
  (Includes Criminal Court, Supreme Court, Federal Court, Court of Claims, Hearings and Arbitrations in approximately 11 of the United States (NY, NJ, CT, RI, PA, NC, WV, KS, KY, FL, MI).

## MEDIA EXPOSURE:

1. ABC Eyewitness News, TV and Website. Reconstruction of Unidentified Body, 2004.
2. National Prime Time Radio (ABC News-Court TV):  O.J. Simpson Trial Commentator. 1995.
3. Portrayed by Canadian Broadcast Television Company Aired in 59 Countries Worldwide; Forensic Case Work-up of High Profile Murder, 1990.
4. Danish National News Magazine Article, 1990.
5. National Educational Television on Drug and Alcohol Abuse-Related Fatalities.  Aired more than one dozen times.  Approximately 1988.

LT:dg
MAY 2007





*Forensic Medical Consulting of NY, P.C.*

Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

## 2009 FEE & CANCELLATION SCHEDULES

### 2009 FEE SCHEDULE

### EIN #: 20-4871921

Preparation of Court Testimony, Personal Meetings with Attorneys and/or other Experts, Review of Medical Records, Police Reports, Accident Reports, Ambulance Call Reports, Toxicology Reports, Autopsy Reports, Insurance Records; including Oral and Written Reports with Analysis and Interpretation of Injuries and other Medico-Legal Issues, Microscopic Slide Review, Physical Examination of Evidence; including Travel Time and Expenses.

**$350.00 per hour.**

Physician's Affidavit or Affirmation.

**$750.00.**

Medical Expert Witness Court Testimony by Forensic Pathologist Litigation Consultant:

    a.  Local Courts (New York City, Nassau and Suffolk Counties), including travel time and expenses.

**$5,000.00.**

    b.  All other New York State Courts, <u>excluding</u> travel time and expenses.

**$5,000.00.**

        Travel time in excess of 2 hours (Port-to-Port) is computed at the usual hourly rate of $350.00.

    c.  Out of State Testimony, <u>excluding</u> travel time and expenses.

**$5,000.00.**

        Travel time in excess of 2 hours (Port-to-Port) is computed at a reduced hourly rate of $250.00, when more than one day of travel is involved.

### <u>ALL AIRFARE AND HOTEL EXPENSES ARE ADDITIONAL.</u>

148 Huntington Bay Road, Huntington, N.Y. 11743
Cell: (516) - 528-5448 • Tel: (631) - 470-7309 • Fax: (631) - 421-1376
E-mail: lthanning@optonline.net

## 2009 FEE SCHEDULE (CONT.)

d. **Deposition Testimony**, including travel time and expenses in Nassau & Suffolk Counties, the Bronx, Brooklyn, Queens and Manhattan Counties. Travel time in excess of 2 hours (Port-to-Port) is computed at the usual hourly rate of $350.00.

**Minimum Daily Rate Flat Fee:**            $3,500.00.

This represents a 10 hour Minimum Daily Rate, including up to 2 hours of Travel Time. It also includes Scheduling/Re-Scheduling and Documents and Evidence to be produced at, before or after the Deposition.

If the 10 hours are met or Exceeded: Separate Billing will be issued for Time Spent Proof Reading Transcript and Filling Out Errata Sheet.

**Please Note:  No Third Party Billing Will Be Undertaken of Opposing Counsel or Agency.**

e. **Microscopic Slide Review:**
   - **In House - up to 10 Microscopic slides.**                 $ 750.00.
   - **In House > 10 Microscopic Slides = Extended Slide Review.**   $1000.00.
   - **On Location.  Including up to 2 hours travel time; expenses included, Port-to-Port.**  Travel time in excess of 2 hours is computed at the usual hourly rate of $350.00.

**Minimum Rate Flat Fee:**            $1500.00.

## PREPAYMENT IS REQUIRED WHEN APPOINTMENT IS BOOKED AND MINIMUM 5 BUSINESS DAYS BEFORE APPEARANCE DAY TO GUARANTEE MY AVAILABILITY.

**\*\*ALL BILLING STATEMENTS ARE DUE UPON RECEIPT. AFTER 30 DAYS, A 15% LATE SERVICE CHARGE IS APPLICABLE. AFTER 60 DAYS, THE STATEMENTS ARE SENT TO A COLLECTION AGENCY, WHEREBY THE CLIENT WILL BE RESPONSIBLE FOR THE COLLECTION AGENCY'S FEE OF 25% OF THE TOTAL OUTSTANDING BILL.\*\***

## 2009 CANCELLATION SCHEDULE

➤ **With more than 5 Business Days Notice:  75% Refund of Total Amount.**

➤ **With more than 2 Business Days (> 48 hours) Notice:**

50% OF TOTAL FEE RECEIVED AT TIME OF CANCELLATION WILL BE REFUNDED OR APPLIED TOWARDS ADJOURNMENT DATE. [FUNDS NOT RECEIVED WIHTIN 5 BUSINESS DAYS OF SCHEDULED TRAVEL DATE VS. TESTIMONY WILL NOT BE

## 2009 FEE SCHEDULE (CONT.)

SUBJECT TO CANCELLATION REFUNDS, BUT WILL BE RE-BILLED PRIOR TO ADJOURNMENT DATE].

➢ With <u>less</u> than 2 Business Days (< 48 hours) Notice:     <u>**NO REFUND.**</u>

**This Fee/Compensation Agreement is Between Forensic Medical Consulting of NY, P.C. and the Retaining Party Only.  Any Dispute of this Pre-Payment Arrangement Subjected to Court Ruling will not alter this Agreement entered into between the Parties Undersigned Herewith.**

_____

Lone Thanning, M.D., F.C.A.P.
President Forensic Medical Consulting of NY, P.C.

_____

Law Firm/Agency/Individual Counsel

LT:dg

3



# *Forensic Medical Consulting of NY, P.C.*



Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

## LAST FOUR YEARS OF TRIAL TESTIMONIES AND DEPOSITIONS

### 2005

02/02/2005:  Trial Testimony.  Gao vs. Brandeis.  Supreme Court, NY.  Index #: 116654/00.
For Plaintiff's Attorney, Nathan L. Dembin, Esq. of Nathan L. Dembin & Associates, P.C.  Hon.
Judge Carol Edmede, 60 Centre Street, New York, NY.  Room 543.

03/07/2005 & 03/08/2005:  Federal Court Trial Testimony.  For Plaintiff's Attoney, Mr. David
Morowitz.  Law Offices of David Morowitz, Ltd., Providence RI.  Calderone vs. Kent County
Memorial Hospital and John Isaac, M.D.  Providence Federal Court House, RI.  Hon. Judge,
Mary M. Lisi.

04/20/2005:  Trial Testimony.  Supreme Court of the State of New York, County of Nassau.
LaMarca vs. Dr. Romanelli and Richmar Corporation.  For Defense Attorney, Mr. Stephen P.
Haber, Law Offices of Stephen P. Haber.  Hon. Judge Ute Wolff-Lally, 4th Floor.

06/03/2005:  Trial Testimony.  Martin/Wasornik vs. Karellas.  For Plaintiff's Attorney, Mr. Tom
Ram of the Gucciardo Law Firm.  Nassau County Supreme Court, 3rd Floor.  Hon. Judge
Kenneth Davis.

08/24/2005:  Deposition Testimony.  Offices of Corporation Counsel, Church Street, City of
New York.  For Plaintiff's Attorney, Mr. Mark Manus, of Lipsig, Shapey, Manus & Moverman.
Estate of Jose Mateo, D/A 6/4/03 vs. City of New York.

09/29/05:  Deposition Testimony.  PAV/Beyer vs. Dr. Pervaiz.  For Plaintiff's Attorney, Mr.
Lefler, of Gibson, Lefler & Associates.  On location, Fink & Carney Reporting and Video, 39
West 37th Street, New York, NY.

11/16/2005:  Trial Testimony.  Bronx Supreme Court.  Void vs. City of New York.  For
Plaintiff's Attorney, Mr. Gerald Allen, Goldberg and Allen, L.L.P.  Hon. Judge Salerno, 5th
Floor, Room #:  18-2.

12/16/2005:  Trial Testimony.  Nieves vs. City of New York.  For Plaintiff's Attorney.  Harvey
Weitz, Esq. of Paul B. Weitz & Associates, P.C.  Bronx Supreme Court.  Hon. Judge K.
Thompson, Jr.  Room 408.

**LONE THANNING, M.D.**

## LIST OF TRIAL TESTIMONIES AND DEPOSITIONS (CONT.)

### 2006

01/13/2006 & 01/23/2006:  Trial Testimony.  For Plaintiff's Attorney, Mr. Ira Slavit.  Bronx Supreme Court, Bronx County, IA.  Part 6, Room 405A.  Hon. Lucy Billings.

01/18/2006:  Trial Testimony.  Stroker/Coppola vs. Burce & Flynn.  For Defense Attorney, Michael Callari, of Epstein, Rayhill & Frankini.  Hon. Judge William R. LaMarca. Nassau County Supreme Court House, Mineola, NY.

02/17/06:  Trial Testimony.  Jules vs. Jeudy.  For Defense Counsel, Steven DiSiervi, Esq., of Abrams, Gorelick, Friedman & Jacobson, P.C.  Brooklyn Supreme Court, Room 362.  Hon. Judge Partnow.

05/01/2006:  Trial Testimony.  Houck vs. Rock, et al.  For Plaintiff Attorney, Anthony P. Gallo, P.C.  Riverhead Criminal Court House, Supreme Court Par.  Hon. Judge Ralph Costello.  Room 210.

05/18/2006:  Trial Testimony.  For Plaintiff's Attorney, Edward Sivin of Sivin & Miller, L.L.P. Melvin Sylvester, Estate of, vs. City of New York.  Federal Court House, Manhattan, 500 Pearl Street.  Court Room 11C. Hon. Judge, Magistrate Frank Maas.

05/19/2006:  Trial Testimony.  For Plaintiff's Attorney, Joseph A. Hansche PLLC.  Danielle Portello vs. Dr. Joh Brebbia.  Criminal Court House.  Second Floor. Supreme Court Division, Riverhead, Suffolk County.  Hon. Judge Mayer.

06/22/2006:  Trial Testimony.  Estate of John F. Beyer vs. Dr. Parvaiz, et al.  For Plaintiff's Attorney, Michael Gibson of Gibson, Lefler & Associates.  Mercer County.  Supreme Court Princeton, West Virginia.  Hon. Judge Barek Swope.

07/11/2006:  Trial Testimony.  Cavalieri vs. NYC Housing Authority, et al.  For Plaintiff's Attorney, Mr. Kenny, Law Office of William J. McLaughlin. Kings County Supreme Court, 4th Floor, Room 441A, Part 13.  Hon. Judge Kramer.

08/10/2006:  Trial Testimony.  Arriaga vs. Dr. Holden et al.  For Plaintiff's Attorney, Joseph R. D'Addario of John J. Guadagno Law Offices.  Nassau County Supreme Court.  Hon. Judge Brandveen, 4th Floor.

2

**LONE THANNING, M.D.**

## LIST OF TRIAL TESTIMONIES AND DEPOSITIONS (CONT.)

### 2006

08/17/2006:  Trial Testimony.  Wong/Manganello vs. Hamilton vs. Chimney and Furnace Vacuum Cleaning Corp.  For Plaintiff's Attorney, Mr. Ivan Schneider of Schneider, Kleinick, et al.  Queens Supreme Court.  Room 45.  Hon. Judge Dorsa.  Index #:  5255/04.

10/06/2006:  Trial Testimony.  Powers vs. Landau, M.D., et al.  Index #:  6213/05.  For Plaintiff's Attorney, Mr. Charles N. Rock of Rock & Rosmarin.  Goshen Supreme Court.  Hon. Judge Owen.  Court Room #2.

10/18/2006:  Trial Testimony.  Estate of Joan Catapano vs. LIRR.  For Plaintiff's Attorney, Mr. Levy of Friedman, Levy, Goldfarb & Weiner, P.C.  Nassau County Supreme Court, 4th Floor.  Hon. Judge LaMarca.

11/03/2006:  Deposition Testimony.  Green vs. Trump Taj Mahal.  For Defense Attorney, Mr. McDevitt of Nulty, Scaricamazza & McDevitt, LLP; Marlton, New Jersey.

12/20/2006:  Trial Testimony.  Matrimonial Family Court, Child Custody Case Proceeding.  Mohen vs. Mohen.  Index #:  202313/04.  For Plaintiff's Attorney, Mr. Sheldon Krupnick.  Hon. Judge Elaine Jackson Stack of Nassau County.

01/16/2007:  Deposition Testimony.  Villanueva vs. Township of Bloomfield, et al.  Docket #:  ESX-6-3286-03.  For Defense Attorney, Mr. Robertelli of Rivkin Radler, Attorneys at Law, Hackensack, New Jersey.

05/03/2007:  Deposition Testimony.  Higginbotham vs. King, et al.  Civil Action #:  04-C-470.  For Plaintiff's Attorney, Curry & Tolliver, PLLC of Charleston, West Virginia.

05/14/07:  Trial Testimony.  Cherbavaz vs. County of Suffolk, et al.  For Plaintiff's Attorney, Frederick K. Brewington.  Federal Court.  Eastern District, Central Islip, NY.  Room 940.  Hon. Judge Wexler.  Docket #:  CV-05-4250.  (LDW) ETB.

05/29/07:  Trial Testimony.  Shanley vs. Caltabellotta.  For Defense Attorney, Eugene G. Gallagher of Mead, Hecht, Conklin, & Gallagher.  Rockland County Supreme Court.  4th Floor.  Hon. Judge Nelson.

06/29/07:  Trial Testimony.  Crombie vs. Simhaee.  Fore Plaintiff's Attorney, Larry Singer of Counsel to Ronemus & Vilensky, LLP.  Queens County Supreme.  5th Floor, Part 10, Room 505.  Hon. Judge Kerrigan.

3

**LONE THANNING, M.D.**

## LIST OF TRIAL TESTIMONIES AND DEPOSITIONS (CONT.)

### 2007

07/02/07: Trial Testimony. Pflanz vs. Kenmore Hospital, et al. For Plaintiff's Attorney, John Dempsey of Dempsey & Dempsey. Supreme Court of Buffalo, New York. Hon. Judge Timothy J. Drury, Part 8. Index #: 2000-6719.

08/13/2007: Deposition Testimony. Hartmann vs. County of Nassau. For Plaintiff's Attorney, Mr. Daniel J. Hansen. Office of Nassau County Attorney, 1 West Street, Mineola, NY. Index #: CV-04-J784 (ILG)(CLP).

10/12/2007: Videotaped Trial Testimony. Katz, Administrator of the Estate of DiPietro vs. Parliman. Docket #: L2304-06. ON the premises of Forensic Medical Consulting of NY, P.C., Huntington, NY. For Defense Attorneys, Mr. Ralph Smith and Mr. Robert M. Kaplan of Margolis Edelstein Attorneys at Law, Westmont, New Jersey.

11/02/2007: Trial Testimony. Berger, Administratrix of The Estate of Hinda Esther Segal vs. The City of New York, et al. For Plaintiff's Attorney, Mr. Alan M. Greenberg, P.C. Kings County Supreme Court, Adams Street, Brooklyn. Room #424. Honorary Judge Solomon.

11/16/2007: Trial Testimony. Burwell, Administratrix of The Estate of Travis Davis vs. St. Joseph's hospital, et al. Index #: 17962/01. For Plaintiff's Attorney, Mr. Verchick of Werbel, Werbel & Verchick, LLP. Westchester County Supreme Court, 111 Martin Luther King Drive, White Plains, NY. Room 1200, 12th Floor. Hon. Judge Colabella.

12/06/2007: Trial Testimony. Mazur vs. Town of Evans. For Plaintiff's Attorney, Gregory P. Krull, of Lipsitz, Green, Scime & Cambria, LLP. Eerie County Supreme Court, Buffalo, NY. 4th Floor.

### 2008

02/08/2008: Trial Testimony. Carroll vs. Betancourt. For Plaintiff's Attorney, Natascia Ayers, Law Offices of Jaroslawicz & Jaros, 111 Centre Street. Room 1227, 12th Floor, New York, NY. Hon. Judge Sherley Kornreich.

06/04/2008: Deposition Testimony. Estate of Angel Rodriguez vs. The U.S.A. and Jason Aaron Roberts. For Plaintiff's Attorney, Mr. Jay S. Knispel c/o David Resnick & Associates. On location, Office of U.S. Attorney, 86 Chambers Street, New York, NY 10007.

**LONE THANNING, M.D.**

## LIST OF TRIAL TESTIMONIES AND DEPOSITIONS (CONT.)

### 2008

06/24; 06/26; 08/25/08: Trial Testimony. Kiril Tzotchev vs. Irina Tzotcheva. Nassau County Family Court; Matrimonial Section; Child Custody Case. For Plaintiff, Kiril Tzotchev by Attorney Eric Prusan Court Attorney Referee, Corb.

09/11/08: Trial Testimony. Lin Tsao, as Administratrix of the Estate of Kiang, Kiang & Chiang, individually, vs. Walker DBA Kelly Acres. Queens County Supreme Court, 2nd Floor, Room 24. For Defense, Mr. Cuomo of Finder & Cuomo. Hon. Judge Kelly.

09/18/08: Trial Testimony. Caputo vs. LIJ Hospital, et al. Queens County Supreme Court, 2nd Floor, Room 23. For Plaintiff, John Langell, Esq. of Fitzgerald & Fitzgerald. Hon. Judge Rosengarten.

### 2009

02/18/09: Deposition Testimony. Estate of Kazimierz Leja vs. Schmidt Manufacturing, Inc., et al. U.S. District Court, D.N.J. (Newark Vicinage). Civil Action #: 2: 01CV05042. For Plaintiff's Attorney, Anthony V. D'Elia, Esq., on premises of Law Offices Chasan Leyner & Lamparello, P.C.; Secaucus, New Jersey.

03/30/09, 03/31/09, 04/01/09, 04/02/09: Trial Testimony. Talan vs. Anderson/State Farm Insurance Company. For Defense Attorney, Patrick Morale of Picciano & Scahill, P.C. Hon. Judge John Michael Galasso, Part 39, 3rd Floor. Nassau County Supreme Court House.

09/08/09: Deposition Testimony. Gabriella Palmer vs. St. Joseph's Regional Hospital. For Plaintiff's Attorney, Donald J. Rinaldi, Esq. of DiBiasi & Rinaldi, LLC; on premises, 345 Centre Street, Nutley, New Jersey 07110; Law Offices.

09/11/09: Trial Testimony. Garnett Morris vs. St. Joseph's Hospital Catholic Medical Center, et al. For Plaintiff's Attorney, Philip Gutsin, Esq. of Engel & Gutsin Law offices. Hon. Judge Rosengarten, Room 23, 2nd Floor, Suthpin Blvd., Jamaica, Queens County Supreme Court House, NY.

5