# EXHIBIT S



Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

October 15, 2010

**BY ELECTRONIC
AND FIRST-CLASS MAIL**

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903

Re:  *The Estate of Yaron Ungar, et al. v. The Palestinian Authority, et al.*, C.A. No. 00-105L (D.R.I.)

Dear Mr. Strachman,

I am enclosing herein the following:

- An additional production of documents by Defendants numbered 01:0012505-01:0012548, which is responsive to Plaintiffs' First and Third Requests for Production of Documents;

- Certified translations of several documents previously produced by Defendants, which are labeled with either a "C" (for "certification" page) or a "T" (for "translation") in front of the Bates number for each page of each previously produced document (please be advised that we are also in the process of obtaining certified translations of other documents Defendants anticipate they will use at the January 2011 hearing, and we will produce those as soon as the translations are ready);

- An additional chart correlating Defendants' productions of documents with Plaintiffs' various requests in their Third Request for Production of Documents, which you requested during our most recent meet-and-confer conference;

- Defendants' Second Supplemental Objections and Answers to Plaintiffs' First Set of Interrogatories;

- Defendants' Second Supplemental Objections and Responses to Plaintiffs' First Request for Production of Documents and Things; and

- Defendants' Rule 26(a)(2) Expert Witness Disclosure and accompanying reports.

Please let me know if you have any questions regarding the foregoing.

Sincerely,

*[signature]*

Brian A. Hill

cc:   All counsel of record