UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 00-105L |
| ) | |
| THE PALESTINIAN AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION PURSUANT TO *DAUBERT* AND FEDERAL RULES OF EVIDENCE 702 AND 403 TO EXCLUDE TESTIMONY BY PLAINTIFFS' EXPERT WITNESSES**

Defendants The Palestinian Authority and the Palestine Liberation Organization ("Defendants"), through counsel and for the reasons set forth in the accompanying Memorandum of Law, respectfully move pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and Federal Rules of Evidence 702 and 403 to exclude the testimony of Plaintiffs' expert witnesses at the January 18, 2011 hearing in this matter.

**FEDERAL RULE OF CIVIL PROCEDURE 37(a)(1) CERTIFICATION**

Counsel for Defendants hereby certifies that, as required by Fed. R. Civ. P. 37(a)(1), counsel has conferred with all parties or non-parties who may be affected by the relief sought in the Motion in a good faith effort to resolve the issues raised in the Motion and have been unable to do so.

1120996.4

Respectfully submitted,

Dated: November 29, 2010

/s/ Mark J. Rochon
Mark J. Rochon (D.C. Bar #376042)
Admitted *pro hac vice*
Richard A. Hibey (D.C. Bar #74823)
Admitted *pro hac vice*
Brian A. Hill (D.C. Bar #456086)
Admitted *pro hac vice*
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
mrochon@milchev.com
rhibey@milchev.com
bhill@milchev.com

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-9200
Fax. (401) 276-6611
dsherman@eapdlaw.com

*Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

1120996.4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of November 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to counsel of record for all parties.

                                                                                      /s/
                                                                             Mark J. Rochon