# EXHIBIT 11

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF RHODE ISLAND
```

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al | CIVIL ACTION 00-105L |
| VS. | JUNE 15, 2010 |
| THE PALESTINIAN AUTHORITY, et al | PROVIDENCE, RI |

HEARD BEFORE THE HONORABLE RONALD R. LAGUEUX
SENIOR DISTRICT JUDGE
(DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S MEMO AND ORDER)

**APPEARANCES:**

FOR THE PLAINTIFFS:   DAVID J. STRACHMAN, ESQ.
                     McIntyre, Tate & Lynch LLP
                     321 South Main Street
                     Providence, RI   02903

FOR THE DEFENDANTS:   RICHARD A. HIBEY, ESQ.
                     Miller & Chevalier
                     655 Fifteenth Street, N.W.
                     Suite 900
                     Washington, D.C.   20005

                     DEMING SHERMAN, ESQ.
                     Edwards Angell Palmer &
                     Dodge LLP
                     2800 Financial Plaza
                     Providence, RI   02903

Court Reporter:       Anne M. Clayton, RPR
                     One Exchange Terrace
                     Providence, RI   02903


         Proceeding reported and produced by computer-aided
                            stenography

1  intended that.  They may have intended something else.
2  But that's a substantial issue that I will deal with at
3  the appropriate time.
4        What we should focus on right now is getting
5  your discovery done.  And then in January, we will have
6  an evidentiary hearing and then I will decide whether
7  or not the motion to vacate this $116,000,000 judgment
8  should be granted or not.  One hundred sixteen million
9  sounds like a lot of money, but Magistrate Judge Martin
10 made a very thorough analysis of the damages suffered
11 by the several Plaintiffs from the death of Mr. Ungar,
12 and the Anti-Terrorism Act calls for trebling the
13 damages and that's why the judgment ended up being
14 high.
15       I still believe that my recollection is correct,
16 that the Court of Appeals in an opinion written by
17 Judge Lipez upheld the size of this judgement.  I will
18 find that case.
19       MR. STRACHMAN:  Your Honor, can I be heard?
20       THE COURT:  What do you want to be heard on?
21       MR. STRACHMAN:  Your Honor, it's my
22 understanding that by not ruling on this motion you're
23 effectively giving a stay to the judgment debtors when
24 they have not asked for a stay.  They have not provided
25 the security required in Rule 60 for a stay.  The funds

# C E R T I F I C A T I O N

     I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

/s/ Anne M. Clayton
_____
Anne M. Clayton, RPR


June 17, 2010
_____
Date