UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATE OF YARON UNGAR, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PALESTINIAN AUTHORITY, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 00-105L |

## DEFENDANTS' MOTION TO HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED

Defendants, the Palestinian Authority and the Palestine Liberation Organization, through counsel and for the reasons set forth in the accompanying Memorandum in Support, respectfully move this Court pursuant to Federal Rule of Civil Procedure 36 to deem admitted the Requests for Admission listed individually in the accompanying Memorandum.

### FEDERAL RULE OF CIVIL PROCEDURE 37(a)(1) CERTIFICATION

Counsel for Defendants hereby certifies that counsel has conferred with all parties or non-parties who may be affected by the relief sought in a good faith effort to resolve the issues raised in the Motion and have been unable to do so.

1121310.1

        Respectfully submitted,

Dated: November 29, 2010      /s/ Mark J. Rochon
      Mark J. Rochon (D.C. Bar #376042)
      Admitted *pro hac vice*
      Richard A. Hibey (D.C. Bar #74823)
      Admitted *pro hac vice*
      Brian A. Hill (D.C. Bar #456086)
      Admitted *pro hac vice*
      MILLER & CHEVALIER CHARTERED
      655 Fifteenth Street, N.W., Suite 900
      Washington, DC 20005-5701
      Tel. (202) 626-5800
      Fax. (202) 628-0858
      mrochon@milchev.com
      rhibey@milchev.com
      bhill@milchev.com

      Deming E. Sherman (#1138)
      EDWARDS ANGELL PALMER
      & DODGE LLP
      2800 Financial Plaza
      Providence, Rhode Island 02903
      Tel. (401) 274-9200
      Fax. (401) 276-6611
      dsherman@eapdlaw.com

      *Attorneys for the Palestinian Authority and the Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of November 2010, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to counsel of record for all parties.

/s/ Mark J. Rochon