# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                       Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

## PLAINTIFFS' NOTICE OF DEPOSITION TO THE PALESTINIAN AUTHORITY PURSUANT TO RULES 30(b)(6) AND 69

**PLEASE TAKE NOTICE** that pursuant to Rules 30(b)(6) and 69 of the Federal Rules of Civil Procedure, counsel for Plaintiffs-Judgment Creditors will take the deposition of Defendant-Judgment Creditor Palestinian Authority ("PA"), on December 2, 2010, at 10:00 a.m., at the David Citadel Hotel in Jerusalem, Israel. The PA is directed, pursuant to Rules 30(b)(6) and 69, to designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf at the time and place stated above, regarding the following matters (1) all transfers of funds from the Palestine Investment Fund ("PIF") to the PA between September 19, 2006 and the present day and (2) any and all changes in the ownership and in the Articles of Association of the PIF from the time of its establishment until the present day.

Dated: November 22, 2010

Plaintiffs-Judgment Creditors,
by their Attorneys,

*[signature]*

Robert J. Tolchin
JAROSLAWICZ & JAROS, LLC
225 Broadway, 24th floor
New York, New York 10007
(212) 227-2780
tolchinlaw@gmail.com

*[signature]*

David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

Max Wistow #0330
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
mw@wistbar.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2010, a true copy of the foregoing was sent by first class mail and electronic mail to the PA's counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

Robert J. Tolchin