# EXHIBIT 2

## Hill, Brian

| | |
|---|---|
| From: | Hill, Brian |
| Sent: | Tuesday, November 23, 2010 3:44 PM |
| To: | 'tolchinlaw@gmail.com' |
| Cc: | dsherman@eapdlaw.com; Hibey, Richard; Rochon, Mark; 'David J. Strachman'; 'Max Wistow' |
| Subject: | RE: |

Counsel:

As you requested, this will confirm that, for a variety of reasons, including the fact that discovery closed on November 19, Defendants will not be producing a witness in response to the deposition notice attached to your email below.

Regards,

Brian A. Hill
Miller & Chevalier, Chtd
655 15th Street, NW Suite 900
Washington, DC 20005
Direct: (202) 626-6014
Fax: (202) 626-5801

-----Original Message-----
From: tolchinlaw@gmail.com [mailto:tolchinlaw@gmail.com]
Sent: Monday, November 22, 2010 9:59 AM
To: dsherman@eapdlaw.com; Hibey, Richard; Rochon, Mark; Hill, Brian
Subject:

Counsel -

Please find attached a deposition notice issued pursuant to Rule 69
and in light of Judge Lagueux's November 19 order.

Please advise by 3 PM today whether you will be producing a witness.

Given the short time frame, and the intervening holiday, absent your confirmation by that time we will move to compel, and seek an
immediate oral ruling by the Court.

- Bob Tolchin


Sent from my Verizon Wireless BlackBerry

1