# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                           Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' MOTION TO STRIKE AND TO COMPEL

For the reasons set forth in the attached Memorandum, the Plaintiffs-Judgment Creditors hereby respectfully move for an ORDER

(1) Striking the objections served by Defendants-Judgment Creditors Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO") ("Defendants") to Plaintiffs-Judgment Creditors' Second Set of Interrogatories to Defendant-Judgment Debtor Palestinian Authority ("PA") Relevant to the PA's Rule 60(b)(6) Motion and to Plaintiffs-Judgment Creditors' Second Set of Interrogatories to Defendant- Judgment Debtor Palestine Liberation Organization ("PLO") Relevant to the PLO's Rule 60(b)(6) Motion, both dated October 19, 2010 ("Interrogatories") and compelling the Defendants to provide full answers to Interrogatories Nos. 3 and 5 sworn under oath;

(2) Striking Defendants' objections to Plaintiffs-Judgment Creditors' Fourth Request of Defendant-Judgment Debtor the Palestinian Authority for Production of Documents and Things Relevant to Defendants-Judgment Debtors' Rule 60(b)(6) Motion and to Plaintiffs-Judgment Creditors' Fourth Request of Defendant-Judgment Debtor the Palestine Liberation

Organization for Production of Documents and Things Relevant to Defendants-Judgment Debtors' Rule 60(b)(6) Motion, both dated October 19, 2010 ("RPDs"), and compelling Defendants to produce the documents and things sought in RPDs Nos. 1-6 and 9-15; and

(3)     Granting any other relief that the Court finds just, necessary or appropriate.

## FEDERAL RULE OF CIVIL PROCEDURE 26(c)(1) CERTIFICATION

Without derogating from their position that Fed.R.Civ.P. 26 is inapplicable to this proceeding, counsel for the Ungars hereby certify that, as required by Rule 26(c)(1), they have conferred with all parties or non-parties who may be affected by the relief sought herein in a good faith effort to resolve the issues raised herein and have been unable to do so.

## LOCAL RULE Cv 7(e) REQUEST FOR ORAL ARGUMENT

Pursuant to LR Cv 7(e), the Ungars respectfully request oral argument on the issues raised in this motion, and estimates that an oral argument will last approximately 45 minutes.

Dated: November 29, 2010

Plaintiffs-Judgment Creditors,
by their Attorneys,

/s/ David J. Strachman
David J. Strachman (#4404)
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

Max Wistow (#0330)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)

Robert J. Tolchin
JAROSLAWICZ & JAROS, LLC
225 Broadway, 24th floor
New York, New York 10007
(212) 227-2780
tolchinlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 29, 2010, a true copy of the foregoing was filed by ECF which served Defendants' counsel of record listed below:


Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701