# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs – Judgment Creditors,

v.                                                C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' FOURTH REQUEST OF DEFENDANT-JUDGMENT DEBTOR THE PALESTINE LIBERATION ORGANIZATION FOR PRODUCTION OF DOCUMENTS AND THINGS RELEVANT TO DEFENDANTS-JUDGMENT DEBTORS' RULE 60(b)(6) MOTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs–Judgment Creditors, by counsel, request that Defendant–Judgment Debtor the Palestine Liberation Organization ("PLO") produce, within thirty (30) days of the service of these requests, the following documents, things and electronically stored information as described in Fed.R.Civ.P. 34(a)(1)(A) (collectively hereinafter: "documents").

1. All documents constituting the Cairo Agreement.

2. All documents created, generated, signed and/or executed by the PA that reflect, evidence and/or describe the text and/or terms of the Cairo Agreement.

3. All documents created, generated, signed and/or executed by the PLO that reflect, evidence and/or describe the text and/or terms of the Cairo Agreement.

4. All documents created, generated, signed and/or executed by the PA relating to, and/or as a result of, the Cairo Agreement.

5. All documents created, generated, signed and/or executed by the PLO relating to, and/or as a result of, the Cairo Agreement.

6. All documents created, generated, signed and/or executed by Hamas relating to, and/or as a result of, the Cairo Agreement.

7. All communications and correspondence between the PA and the State of Israel and/or any agency or instrumentality thereof (including any official or employee of the State of Israel and/or any agency or instrumentality thereof) regarding the Letter of Request issued in this matter on August 9, 2010 (dkt. # 505).

8. All communications and correspondence between the PLO and the State of Israel and/or any agency or instrumentality thereof (including any official or employee of the State of Israel and/or any agency or instrumentality thereof) regarding the Letter of Request issued in this matter on August 9, 2010 (dkt. # 505).

9. Any and all criminal indictments filed by the PA at any time prior to June 9, 1996, charging any person(s) with any crime(s) carried out on behalf and/or as an agent of Hamas.

10. Any and all criminal convictions and sentencing instruments issued by any PA court at any time prior to June 9, 1996, convicting and/or sentencing any person(s) of any crime(s) carried out, on behalf and/or as an agent of Hamas.

11. All documents evidencing and/or reflecting the actual sentences served, if any, by the person(s) described in Request No. 10, including all documents evidencing and/or reflecting the dates on which such person(s) entered and left prison or jail.

12. All documents constituting, evidencing and/or relating to all requests made by the State of Israel to the PA for the arrest and/or transfer of any person, including without limitation all the persons listed in the documents attached hereto as Appendices 1 and 2.

2

13. All documents constituting, evidencing and/or relating to any and all responses made by the PA to the State of Israel in respect to the requests described in Request No. 12.

14. All documents evidencing and/or relating to the employment by the PA of any of the persons described in Request No. 12.

15. All documents evidencing and/or relating to the employment by the PLO of any of the persons described in Request No. 12.

16. All documents relating to the arrest, indictment, trial, sentencing, incarceration and release from prison or jail of Amjad Hinawi, including all documents evidencing and/or reflecting the actual sentence served by Amjad Hinawi and all documents evidencing and/or reflecting the dates on which Amjad Hinawi entered and left prison or jail.

17. All documents constituting, evidencing and/or relating to all communications to the PA from any foreign government relating to Amjad Hinawi's release(s) from prison or jail and/or Amjad Hinawi's presence in and/or absence from prison or jail.

18. All documents constituting, evidencing and/or relating to any and all responses made by the PA in respect to the communications described in Request No. 17.

19. All documents relating to the arrest, indictment, trial, sentencing, incarceration and release from prison or jail of Khalil Al-Sharif, including all documents evidencing and/or reflecting the actual sentence served by Khalil Al-Sharif, if any, and all documents evidencing and/or reflecting the dates on which Khalil Al-Sharif entered and left prison or jail.

20. All documents constituting, evidencing and/or relating to all communications between Nayef Rajoub and Jibril Rajoub.

21. All documents relating to the PA's investigation of the assassination of Yichyeh Ayyash.

## GENERAL DEFINITIONS

1. "Relate to" or "relating to" shall mean and include constituting, discussing, mentioning, containing, embodying, reflecting, identifying, incorporating, referring to, dealing with, or pertaining to in any way.

## SPECIFIC DEFINITIONS

1. "PA" shall mean and refer to defendant The Palestinian Authority.

2. "PLO" shall mean and refer to defendant The Palestine Liberation Organization.

3. "Defendants" shall mean and refer to Defendants PA and PLO, both individually and collectively.

4. "Cairo Agreement" shall mean and refer collectively to any and all written and/or oral agreements, declarations, understandings and/or pacts that were made, reached and/or concluded on or about December 21, 1995, to which either of the Defendants and Hamas were parties.

5. "Amjad Hinawi" is the same Amjad Hinawi who participated in the murder of U.S. citizen David Boim. *See Boim v. Quranic Literacy Inst. and Holy Land Foundation For Relief And Development*, 291 F.3d 1000, 1002 (7th Cir. 2002).

6. "Khalil Al-Sharif" is the same Khalil Al-Sharif who participated in the murder of U.S. citizen David Boim. *Id.*.

Dated: October 19, 2010

Plaintiffs-Judgment Creditors,
by their Attorneys,

_____
David J. Strachman #4404
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlesq.com

Max Wistow #0330
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
mw@wistbar.com

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 19, 2010, a true copy of the foregoing was sent by first class mail and electronic mail to Defendants' counsel of record listed below:

Richard A. Hibey
Mark J. Rochon
Brian Hill
Miller & Chevalier Chartered.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

_____
David J. Strachman

I HEREBY FURTHER CERTIFY that, on October 19, 2010, a true copy of the foregoing was hand delivered and sent by electronic mail to Defendants' counsel of record listed below:

Deming E. Sherman
Edwards Angell Palmer & Dodge LLP
2800 Bank Boston Plaza
Providence, RI 02903

_____
David J. Strachman

6

**ISRAEL MINISTRY OF FOREIGN AFFAIRS**

**Palestinian Suspects Wanted by Israel for Terrorism and Other Crimes**
27 Oct 1998

## Palestinian Suspects Wanted by Israel for Terrorism and Other Crimes

Background Paper
October 22, 1998

1. Among the issues raised by Israel at the talks taking place at Wye Mills, Maryland, is the matter of the "transfer" of Palestinians wanted for murder, terrorist attacks and other crimes committed in Israel or against Israeli citizens.

2. The Palestinian Authority is obligated under the "Interim Agreement" to assent to Israeli requests for the arrest and transfer of suspects to Israel.

3. This matter was dealt with explicitly in the "Protocol Concerning the Redeployment in Hebron" (Jan. 1997), wherein the Palestinians reiterated their committment as stated in the "Interim Areement".

4. Israel has presented two lists (Mar. 31, 1997 & Sept. 17, 1997) containing 36 specific requests for transfers to the PA. As of this date Israel has received no response to its requests.

5. Moreover, 12 suspects mentioned in these lists have been employed by the the Palestinian Police in the past or present, or are undergoing recruitment into that organization.

6. Notwithstanding the formal issues regarding Palestinian non-compliance with a signed agreement this is a monstrous absurdity whereby those who have committed murder, mayhem and other terrorist acts not only go unpunished but are actually entrusted with official responsibilities, including policework. This while both sides are supposed to be building mutual trust as part of the process of reconcilliation.

   This situation is especially intolerable when viewed from the vantage point of those who have either been wounded or have lost their loved ones in terrorist attacks. Rightfully, they refuse to accept a situation whereby the criminals whose actions have scarred them or murdered their loved ones go unpunished, live their lives freely and in some circumstances even act in an official capacity for Israel's "partner" in peace, the PA.

Following is the list of suspects as of today October 22, 1998:

1. Col. Ghazi Jabali - Commander of the Palestinian Police Force. Suspected of organizing terrorist cells within the Palestinian police and issuing instructions to Palestinian policemen to carry out terror attacks against Israelis.

2. Imjad Muhammad Hinawi - member of Hamas who took part in the murder of 16-year old David Boim, an American-Israeli citizen, in Beit El in May 13, 1996. The PA detained Hinawi but subsequently released him in February 1997 on holiday leave for the Id al-Fitr festival.

3. Ibrahim Ghneimat - member of the Tzurif terror cell who was involved in numerous terror attacks against Israelis. He took part in the kidnapping and murder of Israeli soldier Sharon Edri and planned the March 21, 1997 bombing at a Tel Aviv caf which killed Yael Gilad, Anat Rozen-Winter and Michal Avrahami. He was also involved in the murder of Yaron and Efrat Ungar on June 9, 1996 and the murder of Uri, Rachel and Zeev Munk on July 26, 1996. He murdered major Oz Tivon and sargent Yaniv Schimmel.

**31 Formal Requests Previously Submitted to the PA**

4. Ibrahim Salah Mustafa Alkam - suspect in the murder of Etta Tzur and her 12-year old son Ephraim on December 11, 1996, who were shot to death by terrorists near Beit El while driving in their car.

5. Abdel Nasser Ismail Hassin Alkaisi - suspect in the murder of Etta Tzur and her 12-year old son Ephraim on December 11, 1996, who were shot to death by terrorists near Beit El while driving in their car.

6. Ibrahim Massad Elias Hani - suspect in the murder of Etta Tzur and her 12-year old son Ephraim on December 11, 1996, who were shot to death by terronsts near Beit El while driving in their car.

7. Bassam Khalil Abdel Rahman Aram - resident of Khan Yunis; suspect in the attempted murder of Zvi Fixler at Moshav Gan-Or on December 10, 1993. He was arrested and then set free by the Palestinian police and is now active in the Palestinian security forces.

8. Yasser Muhammad Musa Aram - resident of Khan Yunis; active in Islamic Jihad; suspected of involvement in the attempted murder of Zvi Fixler at Moshav Gan-Or on December 10, 1993. He was arrested and then set free by the Palestinian police. There are indications that he may have joined the Palestinian security forces.

9. Abdallah Mahmoud Samiri - suspect in the murder of 75-year old Naftali Sahar near Rehovot on February 10, 1994. Sahar, a farmer, was found dead in his orange grove after having been beaten with an iron bar. Islamic Jihad claimed responsibility for the attack.

10. Bassam Subhi Issa - suspected of involvement in the terror attack on Yoel Solomon street in Jerusalem on October 9, 1994. Two people were killed and eight injured in the attack when terrorists opened fire on the crowded street lined with open-air cafes. He also took part in the murder of three IDF soldiers in April 1993. He was arrested and later released by the Palestinian police, and was then drafted to serve in Jibril Rajoub's Palestinian Preventive Security Service. He planned the suicide bombing at the International Center for Congresses in Jerusalem in December 1994, in which 13 soldiers were injured.

11. Hisham Salim Dib - suspected on involvement in the suicide bombing attack at Dizengoff Center on March 4, 1996. 13 people were killed in the attack, for which Hamas claimed responsibility.

12. Nafez Mahmoud Sabih - suspected of involvement in planning the two suicide bombing attacks on Bus 18 in Jerusalem on February 25 and March 2, 1996, and the suicide bombing attack in Ashkelon on February 25. 1996. A total of 45 people were killed in the three attacks, for which Hamas claimed responsibility. Among the victims were 2 American citizens - Sara Duker and Matthew Eisenfeld.

13. Imad Mahmoud Issa Abbas - suspect in the murder of Moshe Bino and Amikam Zaltzman. who were stabbed to death in their Karni vegetable packing house near Gaza by terrorists posing as buyers on June 25, 1992.

14. Atef Hamadan - suspect in the attempted kidnapping and murder of an IDF soldier on September 18, 1992, and the murder of several Palestinians suspected on collaborating with Israel. In September 1996, he was arrested and then released by the Palestinian police, and was drafted to serve in Jibril Rajoub's Palestinian Preventive Security Service.

15. Rajah Khalil Ali Abu-Sita - resident of Khan Yunis: a Fatah activist who is suspected of involvement in the murder of Uri Megiddish of Gan-Or on March 9, 1993. Israel formally requested his transfer on September 29, 1994. On December 24, 1994, the Palestinians rejected Israel's request. He has since been arrested by the Palestinian police for having killed a local Palestinian. He confessed to the crime. was tried, and is currently awaiting sentencing.

16. Amru Abdallah Abu-Sita - resident of Khan Yunis: a Fatah activist who is suspected of involvement in the murder of Uri Megiddish of Gan-Or on March 9, 1993. Israel formally requested his transfer on September 29, 1994. On December 24, 1994, the Palestinians rejected Israel's request.

17. Salah Mustafa Othman - resident of Jabalya, Gaza; member of the Hamas military wing, took part in the attack on Bus 25 in Jerusalem on July 1, 1993 (attempted to commandeer the bus with two accomplices, shot and killed two Israeli passengers, Olga Chaikov and Jannet Kadosh, and wounded several others). Israel formally requested his transfer on several occasions: January 26. 1995. August 29, 1995 and September 6, 1995.

18. Iyad Hamdi Abu-Shakafa - resident of Khan Yunis; Fatah member suspected in the attempted murder of Shaul David in Ramle on February 9, 1994. Israel formally requested his transfer on several occasions: September 13, 1994, December 13, 1994, August 22, 1995 and September 6, 1995. Currently serving in the Palestinian police.

19. Iyad Abdelkader Ismail Basheeti - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis, Gil Revach and Shlomo Kapach in Ramle on August 26, 1994. Israel formally requested his transfer on several occasions: August 28, 1994 and August 22, 1995. He was arrested and then set free by the Palestinian police, who then apparently drafted him to join their ranks.

20. Yusuf Mahmoud Abdelaziz Malahi - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on August 26, 1994. Israel formally requested his transfer on August 28, 1994 and August 22, 1995. He was arrested and then set free by the Palestinian police, and is currently in the process of being drafted to serve in their ranks.

21. Shahdi Subhi Abdel Rahman Abu Khaja - suspect in the attempted murder of Shimon Dror on September 19, 1994. Israel formally requested his transfer on several occasions: December 13, 1994, August 29, 1995 and September 6, 1995. The PA has failed to respond to the Israeli requests. An accomplice to the crime, Majdi Khalifa, was caught by Israel and is currently serving a 12-year prison sentence.

22. Yusuf Muhammad Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on July 18, 1995. Israel formally requested his transfer on September 13, 1995 and November 14, 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to 7 years in prison.

23. Shaher Ali Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on July 18, 1995. Israel formally requested his transfer on September 13, 1995 and November 14, 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to 7 years in prison and hard labor. He remains under detention by the Palestinian General Intelligence Service.

24. Khader Saba Yakub Abu Abra - resident of Beit Jallah, Bethlehem; member of the PFLP, suspected of attempts to obtain weapons for the PFLP, and apparently issued instructions to the attackers who killed two Israeli hikers in Wadi Kelt on July 18, 1995. Israel formally requested his transfer on September 13, 1995 and November 14, 1995. He was arrested by the Palestinian police on February 15, 1996 in the wake of a grenade attack on a joint patrol near Beit Jallah. He was held until May 1996, when he was released and placed under house arrest.

25. Abd al-Majid Dudin - resident of Dura; Hamas member, trained people to carry out suicide bombings, including the terrorist who attacked Bus 26 in Jerusalem in August 1995. Three people were killed in the attack, including Joan Davenny, a schoolteacher from Connecticut, and 103 others were injured. Israel formally requested his transfer on March 12, 1996. He was arrested by the Palestinian police in July 1996 and sentenced to 12 years in prison.

26. Ala Ahmed Abd al-Munim Salah - resident of Khan Yunis; member of the DFLP; suspected of involvement in the murder of Yossi Zindani in Beni-Ayish on March 31, 1994. Israel formally requested his transfer on July 10, 1996. He was recently arrested by the Palestinian police, apparently in connection with criminal activity.

27. Awad Silmi - resident of Gaza; took part in many terror attacks, including the murder of Lt. Col. Meir Mintz and various shooting attacks, and was connected to at least one suicide bombing attack. Israel formally requested his transfer on March 13, 1996. Currently detained by the Palestinian Preventive Intelligence Service.

28. Ibrahim Lateef Shaheed - resident of Tulkarem; Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on October 12, 1994. Fled to Jericho and is active under the protection of the Palestinian Preventive Security Service. Israel requested his transfer on June 18, 1995 and September 6, 1995. Currently serves in the Palestinian police in Tulkarem.

29. Khalil Abdel Rahman Abadi - suspect in the murder of his brother on March 13, 1995. The motive is believed to have been his brother's alleged collaboration with Israel or perhaps a family dispute. Israel formally requested his transfer on August 29, 1995.

30. Nabil Hassan Abu Khader - Murdered his sister in Jerusalem on 20.7.94. Israel formally requested his transfer twice.

31. Billal Natzri Rasheed Ayash - Perpetrated an armed robbery in the Gilo neighborhood in Jerusalem on 21.12.94. Israel formally requested his transfer twice.

32-33. Haled Mahmoud Amru and Hassan Ahmed Rashaida - In the years 1995-96, stole dozens of vehicles in Israel taking them to the Palestinian Authority in order to dismantle and sell them as spare parts. Their transfer was requested twice.

34. Abed El-Nasser Muhamad Mahmoud Razek - Kidnapped and murdered Shmuel Ben Baruch in 14.8.97. His transfer was requested.



**TRANSFER OF TERRORIST SUSPECTS TO ISRAEL BY THE PALESTINIAN COUNCIL - 17-Dec-96**
17 Dec 1996

17 December 1996

# TRANSFER OF TERRORIST SUSPECTS TO ISRAEL BY THE PALESTINIAN COUNCIL

The Interim Agreement provides that Israel may request the Palestinian Council to arrest and transfer to Israel any individual suspected of, charged with or convicted of an offense which falls under Israeli criminal jurisdiction who is present in the autonomous areas (Annex IV, Article II.7.b).

On receipt of a formal request, the Palestinian side is obliged to arrest and transfer the suspect to Israel. If the individual requested is detained in custody or serving a prison sentence, the transfer may be delayed for the duration of the detention or imprisonment (Article II.7.f).

The following list, prepared by the Government Press Office, details 27 terrorist suspects who have been requested by Israel for serious security-related offenses. Of these, 16 have been the subject of formal requests while the remaining 11 have been the subject of informal requests. While informal requests are not directly addressed in the agreement, the agreement does require both sides to cooperate in all security matters of mutual concern (Annex I, Article III).

In practice, the Palestinian Council has failed to respond to any of these 27 requests, with the exception of numbers 13 and 14 in which cases they refused to comply.

Of the 27 terrorist suspects included in the list, 10 are either serving in the Palestinian Police or are in the process of joining its ranks. This in itself is a serious breach of the Interim Agreement which provides that Palestinian policemen to whom Israel objects shall not be recruited, and that policemen who have been found to be involved in terrorist activities will be dismissed immediately, and their weapons confiscated (Annex I Article IV.4).

List of terrorist suspects requested by Israel:

1. Atef a-Wahab Hamadan - resident of Khan Yunis; Hamas member involved in the kidnapping and wounding of an Israeli soldier. Israel informally requested his transfer from the PA on 1 August 1996. The PA arrested him and then released him in September 1996. He has been drafted to serve in the PA's Preventive Security Service.

2. Bassam Subhi Shaaban Issa - resident of Sheikh Radwan, Gaza; involved in a string of serious attacks. He assisted those carrying out attacks, trained Hamas members in the use of weapons and issued instructions to Hamas cells to carry out attacks. He took part in the murder of 3 Israeli soldiers in April 1993. Israel informally requested his transfer on 7 July 1996. He was arrested and then released by the PA police and then drafted to serve in the PA's Preventive Security Service.

3. Said Massoud Salah Arabid - resident of Medinat Nasser; involved in the terror attack which killed Lt. Col Meir Mintz in Gaza in 1993. Israel informally requested his transfer on 1 August 1996. He was arrested and then released by the Palestinian police. Together with Muhammad Deif and Adnan Gohl, he is currently attempting to join the PA's Preventive Security Service.

4 Waleed Fawzi Abu Daka - resident of Khan Yunis; involved in an incident during which an Israeli guard was shot to death in Petah Tikva. Israel informally requested his transfer on 1 August 1996. He was arrested and then freed by the Palestinian police. He currently serves in the Palestinian Military Intelligence Service.

5. Nafez Mahmoud Sabih - resident of Gaza; involved in coordinating suicide bombing attacks in Jerusalem and Ashkelon and in drafting recruits to Hamas. Israel informally requested his transfer on 28 July 1996. Currently held by the Palestinian police.

6. Imad Mahmoud Issa Abbas - resident of Gaza; participated along with two others in the murder of two Israeli civilians near Karni in 1992. Israel informally requested his transfer on 15 July 1996. Currently held by the Palestinian police.

7. Adnan Yihye Mahmoud Jaber al-Gohl - resident of Gaza; member of Islamic Jihad who was involved in a series of attacks starting in the late 1980s. He has trained terrorists, helped conceal the car that was used in the suicide bombing attack at Kfar Darom, and was involved in a shooting attack in August 1987. Israel informally requested his transfer on 31 July 1996. He was arrested and then freed by the Palestinian police, and is currently trying to join the PA's Preventive Security Service.

8. Muhammed Arafat Ibrahim Khawaja - resident of Sheikh Radwan, Gaza; suspected of involvement in an attack at the Erez junction which left 2 Israeli soldiers dead. Israel informally requested his transfer in May 1996. Currently held by the Palestinian police.

9. Hisham Ashour a-Malic Salam - resident of Gaza; suspected of coordinating the transportation for the terrorist who carried out the suicide bombing at Dizengoff center in Tel Aviv. Israel informally requested his transfer on 14 July 1996. Currently held by the Palestinian police.

10. Bassam Khalil Abdel Rahman Aram - resident of Khan Yunis; suspected of involvement in the murder of Zvi Fixler at Moshav Gan-Or on 10 December 1993. Israel formally requested his transfer in 1995. He was arrested and then set free by the Palestinian police and is now active in the Palestinian security forces.

11. Yasser Muhammad Musa Aram - resident of Khan Yunis; active in Islamic Jihad; suspected of involvement in the murder of Zvi Fixler at Moshav Gan-Or on 10 December 1993. Israel formally requested his transfer on 10 July 1996. He was arrested and then set free by the Palestinian police. There are indications that he may have joined the Palestinian security forces.

12. Ala Ahmed Abd al-Munim Salah - resident of Khan Yunis; member of the DFLP; suspected of involvement in the murder of Yossi Zindani in Beni-Ayish on 31 March 1994. Israel formally requested his transfer on 10 July 1996. He was recently arrested by the Palestinian police, apparently in connection with criminal activity.

13. Rajah Khalil Ali Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megidish of Gan-Or on 9 March 1993. Israel formally requested his transfer on 29 September 1994. On 24 December 1994, the Palestinians rejected Israel's request. He has since been arrested by the Palestinian police for having killed a local Palestinian. He confessed to the crime, was tried, and is currently awaiting sentencing.

14. Amru Abdallah Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megidish of Gan-Or on 9 March 1993. Israel formally requested his transfer on 29 September 1994. On 24 December 1994, the Palestinians rejected Israel's request.

15. Salah Mustafa Othman - resident of Jabalya, Gaza; member of the Hamas military wing, took part in the attack on Bus 25 in Jerusalem on 1 July 1993 (attempted to commandeer the bus with two accomplices, shot and killed one Israeli passenger and wounded several others). Israel formally requested his transfer on several occasions: 26 January 1995, 29 August 1995 and 6 September 1995.

16. Raid Abu Libda - resident of Rafah, Gaza; member of the PFLP, suspected of murdering Natalia Ivanov in Ashdod on 23 September 1994. Israel formally requested his transfer on 30 November 1994. Currently held by the Palestinian police.

17. Iyad Hamdi Abu-Shakafa - resident of Khan Yunis; Fatah member suspected in the attempted murder of Shaul David in Ramle on 9 February 1994. Israel formally requested his transfer on several occasions: 13 September 1994, 13 December 1994, 22 August 1995 and 6 September 1995. Currently serving in the Palestinian police.

4 Waleed Fawzi Abu Daka - resident of Khan Yunis; involved in an incident during which an Israeli guard was shot to death in Petah Tikva. Israel informally requested his transfer on 1 August 1996. He was arrested and then freed by the Palestinian police. He currently serves in the Palestinian Military Intelligence Service.

5. Nafez Mahmoud Sabih - resident of Gaza; involved in coordinating suicide bombing attacks in Jerusalem and Ashkelon and in drafting recruits to Hamas. Israel informally requested his transfer on 28 July 1996. Currently held by the Palestinian police.

6. Imad Mahmoud Issa Abbas - resident of Gaza; participated along with two others in the murder of two Israeli civilians near Karni in 1992. Israel informally requested his transfer on 15 July 1996. Currently held by the Palestinian police.

7. Adnan Yihye Mahmoud Jaber al-Gohl - resident of Gaza; member of Islamic Jihad who was involved in a series of attacks starting in the late 1980s. He has trained terrorists, helped conceal the car that was used in the suicide bombing attack at Kfar Darom, and was involved in a shooting attack in August 1987. Israel informally requested his transfer on 31 July 1996. He was arrested and then freed by the Palestinian police, and is currently trying to join the PA's Preventive Security Service.

8. Muhammed Arafat Ibrahim Khawaja - resident of Sheikh Radwan, Gaza; suspected of involvement in an attack at the Erez junction which left 2 Israeli soldiers dead. Israel informally requested his transfer in May 1996. Currently held by the Palestinian police.

9. Hisham Ashour a-Malic Salam - resident of Gaza; suspected of coordinating the transportation for the terrorist who carried out the suicide bombing at Dizengoff center in Tel Aviv. Israel informally requested his transfer on 14 July 1996. Currently held by the Palestinian police.

10. Bassam Khalil Abdel Rahman Aram - resident of Khan Yunis; suspected of involvement in the murder of Zvi Fixler at Moshav Gan-Or on 10 December 1993. Israel formally requested his transfer in 1995. He was arrested and then set free by the Palestinian police and is now active in the Palestinian security forces.

11. Yasser Muhammad Musa Aram - resident of Khan Yunis; active in Islamic Jihad; suspected of involvement in the murder of Zvi Fixler at Moshav Gan- Or on 10 December 1993. Israel formally requested his transfer on 10 July 1996. He was arrested and then set free by the Palestinian police. There are indications that he may have joined the Palestinian security forces.

12. Ala Ahmed Abd al-Munim Salah - resident of Khan Yunis; member of the DFLP; suspected of involvement in the murder of Yossi Zindani in Beni-Ayish on 31 March 1994. Israel formally requested his transfer on 10 July 1996. He was recently arrested by the Palestinian police, apparently in connection with criminal activity.

13. Rajah Khalil Ali Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megidish of Gan-Or on 9 March 1993. Israel formally requested his transfer on 29 September 1994. On 24 December 1994, the Palestinians rejected Israel's request. He has since been arrested by the Palestinian police for having killed a local Palestinian. He confessed to the crime, was tried, and is currently awaiting sentencing.

14. Amru Abdallah Abu-Sita - resident of Khan Yunis; a Fatah activist who is suspected of involvement in the murder of Uri Megidish of Gan-Or on 9 March 1993. Israel formally requested his transfer on 29 September 1994. On 24 December 1994, the Palestinians rejected Israel's request.

15. Salah Mustafa Othman - resident of Jabalya, Gaza; member of the Hamas military wing, took part in the attack on Bus 25 in Jerusalem on 1 July 1993 (attempted to commandeer the bus with two accomplices, shot and killed one Israeli passenger and wounded several others). Israel formally requested his transfer on several occasions: 26 January 1995, 29 August 1995 and 6 September 1995.

16. Raid Abu Libda - resident of Rafah, Gaza; member of the PFLP, suspected of murdering Natalia Ivanov in Ashdod on 23 September 1994. Israel formally requested his transfer on 30 November 1994. Currently held by the Palestinian police.

17. Iyad Hamdi Abu-Shakafa - resident of Khan Yunis; Fatah member suspected in the attempted murder of Shaul David in Ramle on 9 February 1994. Israel formally requested his transfer on several occasions: 13 September 1994, 13 December 1994, 22 August 1995 and 6 September 1995. Currently serving in the Palestinian police.

18. Iyad Abdelkader Ismail Basheeti - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on 26 August 1994. Israel formally requested his transfer on several occasions: 28 August 1994, 22 August 1995 and 10 July 1996. He was arrested and then set free by the Palestinian police, who then apparently drafted him to join their ranks.

19. Yusuf Mahmoud Abdelaziz Malahi - resident of Rafiah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on 26 August 1994. Israel formally requested his transfer on several occasions: 28 August 1994, 22 August 1995, and 10 July 1996. He was arrested and then set free by the Palestinian police, and is currently in the process of being drafted to serve in their ranks.

20. Yusuf Muhammad Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to seven years in prison.

21. Shaher Ali Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to seven years in prison and hard labor. He remains under detention by the Palestinian General Intelligence Service.

22. Khader Saba Yakub Abu Abra - resident of Beit Jallah, Bethlehem; member of the PFLP, suspected of attempts to obtain weapons for the PFLP, and apparently issued instructions to the attackers who killed two Israeli hikers in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by the Palestinian police on 15 February 1996 in the wake of a grenade attack on a joint patrol near Beit Jallah. He was held until May 1996, when he was released and placed under house arrest.

23. Muhi a-Din a-Sharif - transported the explosives to the terrorist who carried out the suicide bombing attack against Bus 26 in Jerusalem in August 1995. Four people were killed and 103 injured. Israel formally requested his transfer on 13 March 1996.

24. Abd al-Majid Dudin - resident of Dura; Hamas member, trained people to carry out suicide bombings, including the terrorist who attacked Bus 26 in Jerusalem in August 1995. In that attack, four people were killed and 103 injured. Israel formally requested his transfer on 12 March 1996. He was arrested by the Palestinian police in July 1996 and sentenced to 12 years in prison.

25. Awad Silmi - resident of Gaza; took part in many terror attacks, including the murder of Lt.-Col. Meir Mintz and various shooting attacks, and was connected to at least one suicide bombing attack. Israel formally requested his transfer on 18 January 1995 and 6 September 1995. He is currently being detained by the Palestinian Preventive Intelligence Service.

26. Nidal Ahmed Mustafa Barakat - resident of Tulkarem, Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on 1 October 1994. He fled to Jericho and is currently under the protection of the Palestinian Preventive Security Service. Israel informally requested his transfer on 18 January 1995 and 6 September 1995. He was arrested by the Palestinian police in October 1996 for car theft.

27. Ibrahim Lateef Shaheed - resident of Tulkarem; Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on 1 October 1994. He fled to Jericho and is currently active under the protection of the Palestinian Preventive Security Service. Israel informally requested his transfer on 18 January 1995 and 6 September 1995. He currently serves in the Palestinian police in Tulkarem.

18. Iyad Abdelkader Ismail Basheeti - resident of Rafah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on 26 August 1994. Israel formally requested his transfer on several occasions: 28 August 1994, 22 August 1995 and 10 July 1996. He was arrested and then set free by the Palestinian police, who then apparently drafted him to join their ranks.

19. Yusuf Mahmoud Abdelaziz Malahi - resident of Rafiah, Gaza; Hamas member, suspected of involvement in the murder of two Israelis in Ramle on 26 August 1994. Israel formally requested his transfer on several occasions: 28 August 1994, 22 August 1995, and 10 July 1996. He was arrested and then set free by the Palestinian police, and is currently in the process of being drafted to serve in their ranks.

20. Yusuf Muhammad Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to seven years in prison.

21. Shaher Ali Ahmed Raghi - resident of Kalkilya; participated in the murder of two Israeli hikers, Ohad Bachrach and Uri Shahor in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by Palestinian Intelligence in September 1995 and sentenced to seven years in prison and hard labor. He remains under detention by the Palestinian General Intelligence Service.

22. Khader Saba Yakub Abu Abra - resident of Beit Jallah, Bethlehem; member of the PFLP, suspected of attempts to obtain weapons for the PFLP, and apparently issued instructions to the attackers who killed two Israeli hikers in Wadi Kelt on 18 July 1995. Israel formally requested his transfer on 13 September 1995 and 14 November 1995. He was arrested by the Palestinian police on 15 February 1996 in the wake of a grenade attack on a joint patrol near Beit Jallah. He was held until May 1996, when he was released and placed under house arrest.

23. Muhi a-Din a-Sharif - transported the explosives to the terrorist who carried out the suicide bombing attack against Bus 26 in Jerusalem in August 1995. Four people were killed and 103 injured. Israel formally requested his transfer on 13 March 1996.

24. Abd al-Majid Dudin - resident of Dura; Hamas member, trained people to carry out suicide bombings, including the terrorist who attacked Bus 26 in Jerusalem in August 1995. In that attack, four people were killed and 103 injured. Israel formally requested his transfer on 12 March 1996. He was arrested by the Palestinian police in July 1996 and sentenced to 12 years in prison.

25. Awad Silmi - resident of Gaza; took part in many terror attacks, including the murder of Lt.-Col. Meir Mintz and various shooting attacks, and was connected to at least one suicide bombing attack. Israel formally requested his transfer on 18 January 1995 and 6 September 1995. He is currently being detained by the Palestinian Preventive Intelligence Service.

26. Nidal Ahmed Mustafa Barakat - resident of Tulkarem, Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on 1 October 1994. He fled to Jericho and is currently under the protection of the Palestinian Preventive Security Service. Israel informally requested his transfer on 18 January 1995 and 6 September 1995. He was arrested by the Palestinian police in October 1996 for car theft.

27. Ibrahim Lateef Shaheed - resident of Tulkarem; Fatah member wanted for the murder of Labib Latif Shadeed, a suspected collaborator with Israel, on 1 October 1994. He fled to Jericho and is currently active under the protection of the Palestinian Preventive Security Service. Israel informally requested his transfer on 18 January 1995 and 6 September 1995. He currently serves in the Palestinian police in Tulkarem.