UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                                                                    Civ. No. 00-105L

THE PALESTINIAN AUTHORITY, et al.,

    Defendants – Judgment Debtors.

### PLAINTIFFS-JUDGMENT CREDITORS' MOTION FOR ENLARGEMENT

The Plaintiffs-Judgment Creditors hereby respectfully move for an enlargement of two current briefing deadlines as follows:

1.    December 2, 2010 is currently Plaintiffs' deadline for filing their response to Defendants'-Judgment Debtors' appeal of Magistrate Judge Martins' rulings on several discovery motions. Dkt. # 593.

2.    December 3, 2010 is currently Plaintiffs' deadline for filing their response to Defendants'-Judgment Debtors' motion to vacate the September 2006 creditors' bill judgment. Dkt. # 597.

3.    As indicated below these deadlines are impossible for Plaintiffs to meet and accordingly they respectfully request enlargement of both deadlines until December 13, 2010.

4.    Plaintiffs are diligently preparing for the January 18, 2010 hearing on Defendants' motion to vacate the July 2004 judgment.

*granted: Ronald R. Lagueux*
*Sr. US DJ 12/7/10*

1