# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs—Judgment Creditors,

      v.            C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants—Judgment Debtors.

## JOINT MOTION TO MODIFY INJUNCTION

On May 5, 2005, this Court entered an Injunction prohibiting Defendants—Judgment Debtors from withdrawing or transferring their assets "located within the jurisdiction of the United States or of any State thereof." Dkt. # 322.

The need has now arisen to enable the transfer of funds into two separate escrow accounts. Accordingly, Plaintiffs--Judgment Creditors and Defendants--Judgment Debtors Palestinian Authority and Palestine Liberation Organization respectfully request that the Court enter a proposed Order that the parties will be filing under seal. *See* Joint Motion to Seal (January 20, 2011).

      WHEREFORE the instant motion should be granted.

Dated: January 20, 2011            Plaintiffs, by their Attorneys,

                                      /s/ David J. Strachman
                                      David J. Strachman (#4404)
                                      McIntyre, Tate & Lynch LLP
                                      321 South Main Street, Suite 400
                                      Providence, RI 02903
                                      (401) 351-7700 (telephone)
                                      (401) 331-6095 (facsimile)
                                      djs@mtlesq.com

Dated: January 20, 2011                              Defendants, by their Attorneys,


                                                     /s/ Deming E. Sherman
                                                     Deming E. Sherman  (#1138)
                                                     Edwards Angell Palmer & Dodge LLP
                                                     2800 Financial Plaza
                                                     Providence, RI  02903
                                                     (401) 276-6443 (telephone)
                                                     (401) 276-6611 (facsimile)
                                                     dsherman@eapdlaw.com

                                                     Admitted Pro Hac Vice:


                                                     /s/ Richard A. Hibey
                                                     Richard A. Hibey
                                                     Mark J. Rochon
                                                     Miller & Chevalier Chartered
                                                     655 Fifteenth Street, NW, Suite 900
                                                     Washington, DC  20005-5701
                                                     (202-626-5888 (telephone)
                                                     (202) 626-5801 (facsimile)
                                                     rhibey@milchev.com
                                                     mrochon@milchev.com

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the January 20, 2011, a copy of the foregoing was sent by ECF to the following counsel of record:

                       David J. Strachman, Esq.
                       McIntyre, Tate & Lynch LLP
                       321 South Main Street, Suite 400
                       Providence, RI  02903
                       Attorneys for Plaintiffs



                                                     /s/ Deming E. Sherman


                                                                                  1134513.1
PRV 1114064.1