## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

      Plaintiffs—Judgment Creditors,

v.                                                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

      Defendants—Judgment Debtors.

### JOINT MOTION TO SEAL

Now come the Plaintiffs and Defendants and hereby jointly move to seal the proposed and anticipated orders with respect to the Joint Motion to Modify Injunction filed by the Plaintiffs and Defendants on January 20, 2011 in the above-captioned action.

This motion is supported by the attached memorandum. A proposed order is also attached hereto.

Dated: January 20, 2011

                                                    Plaintiffs, by their Attorneys,

                                                    /s/ David J. Strachman  DES
                                                    David J. Strachman (#4404)
                                                    McIntyre, Tate & Lynch LLP
                                                      321 South Main Street, Suite 400
                                                      Providence, RI 02903
                                                      (401) 351-7700 (telephone)
                                                      (401) 331-6095 (facsimile)
                                                      djs@mtlesq.com

Dated: January 20, 2011

                                                    Defendants, by their Attorneys,

                                                    /s/ Deming E. Sherman
                                                    Deming E. Sherman (#1138)
                                                    Edwards Angell Palmer & Dodge LLP
                                                    2800 Financial Plaza
                                                    Providence, RI 02903
                                                    (401) 274-92003 (telephone)
                                                     (401) 276-6611 (facsimile)
                                                     dsherman@eapdlaw.com

Admitted Pro Hac Vice:

*Richard A. Hibey*
Richard A. Hibey
Mark J. Rochon
Miller & Chevalier Chartered
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701
(202-626-5888 (telephone)
(202) 626-5801 (facsimile)
rhibey@milchev.com
mrochon@milchev.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the January 20, 2011, a copy of the foregoing was mailed to the following counsel of record:

David J. Strachman, Esq.
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
Attorneys for Plaintiffs