# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.,

        Plaintiffs—Judgment Creditors,

    v.                         C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.,

        Defendants—Judgment Debtors.

## ORDER

For the reasons set forth in the Joint Motion to Seal filed by the Plaintiffs and Defendants, it is hereby **ORDERED** that the parties' Joint Motion to Seal is hereby granted and that the proposed Order presented by the parties to the Court regarding the parties' Joint Motion to Modify Injunction dated January 20, 2011 shall be sealed and placed in the Court's vault. The Clerk is hereby ordered to place the proposed Order (granting the parties' Joint Motion to Modify Injunction) under seal and in the Court's vault.

**SO ORDERED**, this 24th day of January, 2011

                             Ronald R. Lagueux
                             Senior United States District Judge