# United States Court of Appeals
## For the First Circuit

No. 10-2145

EFRAT UNGAR ET AL.,

Plaintiffs, Appellees,

v.

YASSER ARAFAT ET AL.,

Defendants, Appellees,

THE PALESTINIAN PENSION FUND FOR THE STATE ADMINISTRATIVE EMPLOYEES IN THE GAZA STRIP,

Movant, Appellant.

**JUDGMENT**

Entered: February 9, 2011

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Matsui, Mr. Kerr, Mr. Strachman, Ms. Maynard, Mr. Sherman, Mr. McElhinny, Mr. Oswald, Mr. Joseph V. Cavanagh, III, Mr. Joseph V. Cavanagh, Jr., Ms. Pelcsarski, Ms. Ferguson, Mr. McPherson, Mr. Rochon, Mr. Wistow, Mr. Marcaccio, Mr. Hibey & Mr. Tolchin.